*(Rev. 5/29/07)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| Akeem Henderson, et al. | Civil No. 5:19-CV-00163-EEF-MLH |
| Plaintiff | |
| VS. | Judge Foote |
| Willis-Knighton Medical Center | Magistrate Judge Hornsby |
| Defendant | |

### RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel (and any unrepresented parties) was held on <u>April 12, 2019 at 2:00p.m.</u> ☒ by telephone or ☐ in person. The following persons participated: [List all parties and their counsel, if any.]

Sedric E. Banks for the Plainitffs Akeem Henderson, et al.
Lamar P. Pugh, Robert W. Robison, Jr., Robert G. Pugh, III & Shelby Giddings for the Defendant Willis-Knighton Medical Center

1. **Nature of Plaintiff's Claim:** *(Identify the basic nature of Plaintiff's primary claim. For example, "employment discrimination (sex)," "personal injury (slip and fall)," "civil rights (excessive force)," "copyright infringement (software)" or "breach of contract (oil and gas)." Do <u>not</u> summarize or restate the allegations of the complaint.*

   **Plaintiffs allege Defendant violated EMTALA by failing to stabilize a patient prior to discharge.**

2. **Bench or Jury Trial:** *(Has any party demanded a trial by jury? If so, identify the pleading containing the jury demand.)*

   **Jury.**

3. **Initial Disclosures:** *(Have the parties exchanged initial disclosures? If not, explain.)*

   **April 22, 2019.**

4. **Jurisdiction:** *(Does any party challenge the court's subject matter jurisdiction over this case? If so, briefly explain the basis for the challenge.)*

   **No.**

5. **Joinder of Parties and Amendment of Pleadings:**

   A. Does any party anticipate seeking leave to amend a pleading or add a party?

      No.

   B. If so, describe briefly the anticipated amendments and identify any potential new parties and the nature of the claim against them.

      N/A

   C. State a proposed deadline for all amendments. If any party requests a deadline that is more than 30 days after the date of the scheduling conference, provide a detailed explanation.

      June 12, 2019.

6. **Discovery Issues:** *(Absent stipulation or leave of court, the court will enforce the limitations on discovery in the F.R.C.P., including no more than 10 depositions per side [Rule 30(a)(2)]; each deposition is limited to one day of seven hours [Rule 30(d)(2)]; and no more than 25 interrogatories per party [Rule 33(a)]. With those rules, and the issues identified in F.R.C.P. 26(f)(1)-(4), in mind:)*

   A. Each party shall briefly describe (i) any discovery disputes the party anticipates may arise and (ii) any relief the party requests from the court in connection with the discovery issues.

      N/A.

   B. State a proposed deadline for completion of all discovery. If any party requests a deadline that is more than 5 months after the date of the scheduling conference, provide a detailed explanation.

      Due to the number of physicians and medical personnel to be deposed the parties would request 9 months to complete discovery.

7. **Motion Practice:**

   A. Identify all pending motions.

      None.

   B. Does either party anticipate filing a case dispositive motion? If so, (i) identify the proposed motion and (ii) state a proposed deadline for dispositive motions.

      Not at this time; however, both parties may consider filing a Motion for Summary Judgment.

8. **Alternative Dispute Resolution:** *(In accordance with Local Rule 16.3.1 and 28 U.S.C. §652, the parties must consider the use of alternative dispute resolution (ADR). State the position of the parties on whether this case is amenable to ADR and, if so, what form of ADR is considered most appropriate.*

   **Counsel for Defendant is willing to discuss settlement opportunities in this case following discovery.**

9. **Related Cases:** *(Is this case related to another case pending in the Western District of Louisiana? If yes, give the name, docket number and a brief description of the other case.*

   No.

10. **Trial by Magistrate Judge:** *(Do all parties consent to trial before the assigned magistrate judge?)*

    Yes both sides are willing to discuss Trial by Magistrate.

_____          _____
Signature of Attorney for Plaintiff or *Pro Se* Plaintiff          Signature of Attorney for Defendant or *Pro Se* Defendant

| | | | |
|---|---|---|---|
| Name: | Sedric E. Banks and S. Hutton Banks | Name: | Lamar P. Pugh, Robert W. Robison, Jr., Robert G. Pugh, III & Shelby Giddings |
| Firm: | | Firm: | Pugh, Pugh & Pugh, LLP / Watson, Blanche, Wilson & Posner |
| Address: | 1038 North Ninth Street / Monroe, LA 71201 | Address: | 333 Texas Street, Suite 2100 / Shreveport, Louisiana 71101 / 505 North Blvd / Baton Rouge, LA 70802-2995 |
| Telephone: | 318-388-1655 | Telephone: | 318-227-2270 / 225-387-5511 |