*Physician Documentation*                                          *Willis Knighton South*

**Name:** Aaliyah Henderson
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 02/10/2018 **Time:** 01:54
**Bed** 20

**MRN:** 11162
**Account#:** K
**Private MD:**

EXHIBIT 1

### HPI:

02/10 This 4 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Breathing**   dre/mj2
02:33 **Difficulty, Asthma Exacerbation**.

02:33 Onset: The symptoms/episode began/occurred at 00:00. The patient has been recently seen by a   dre/mj2
physician: SEEN AT QUICK CARE THURSDAY, DX WITH URI/STREP GIVEN Z PAK. HX AUTISM, ASTHMA, HAS BREATHING MACHINE AT HOME-ALBUTEROL, ONE TX PTA. The patient presents to the emergency department with cough, wheezing. Associated signs and symptoms: Pertinent positives: cough, wheezing, Pertinent negatives: abdominal pain, body aches, chest pain, constipation, diarrhea, dysuria, earache, fever, headache, myalgias, nasal discharge, seizure, sore throat, vomiting. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. The patient has experienced a previous episode.

### Historical:
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Inhl as needed
  2. **dulera 2 puffs am and 2 puffs pm**
  3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

### Historical:

02:11 Family history: No immediate family members are acutely ill. Immunization history: Childhood   sr11
immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with mother The patient attends nursery school the patient is a minor.

02:33 The history from nurses notes was reviewed and confirmed.   dre/mj2

### ROS:

02:33 **Eyes:** Negative for injury, pain, redness, and discharge, **ENT:** Negative for injury, pain, and discharge,   dre/mj2
**Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Constitutional:** Positive for coughing, shortness of breath, Negative for chills, fatigue, malaise, acute pain, poor PO intake, vomiting, weight loss. **Respiratory:** Positive for cough, wheezing, Negative for dyspnea on exertion, hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea, sputum production.

### Exam:
02:33   dre/mj2

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction, uvula midline. Mucous membrane moist
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.

## Physician Documentation Con't.

**Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses intact and symmetrical throughout. No edema or JVD.
**Abdomen/GI:** Soft, non-tender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Joints show full, normal range of motion. Good muscle tone and strength. No acute changes of nails or digits
**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, symetrical, no use of accessory muscles, no grunting, no evidence of nasal flaring, no appreciated paradoxical movements, no prolonged exhalations, no pursed lip breathing, no retractions, no shallow respirations, no splinting, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, wheezing, that is mild, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated.

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 02:05 | | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)                                                    sr11
02:05 100% breathing treatment                                                                       sr11

### Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

### MDM:

02:30 Patient medically screened.                                                                    dre
02:33                                                                                                dre/mj2
   **Data interpreted:** Pulse oximetry: on room air observed by me at the bedside is 91 %.
03:50                                                                                                dre
   **Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, pneumonia URI, UTI, viral Infection.
   **Data reviewed:** vital signs, nurses notes, lab test result(s), radiologic studies.
   **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up.
   **Response to treatment:** the patient's symptoms have resolved after treatment, the patient's condition has returned to base line.

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 02/10/18 02:04 | sr11 | dre |
| | Administered | 02/10/18 02:04 | sr11 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Easterling, David 02/10/18 02:31 | | | |

## *Physician Documentation Con't.*

| 02/10/18 02:04 | Administered: DuoNeb 1 unit dose Inhalation | | | | sr11 |
|---|---|---|---|---|---|
| 02/10/18 02:32 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | sr11 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Influenza by PCR | Ordered | 02/10/18 02:31 | dre | dre |
| | Reviewed | 02/10/18 03:10 | David Easterling | |
| **Notes:** | **Order Method:** Electronic | | | |

Interpretation: negative.
Ordering Location: ERSPC100.1
Priority LAB: Stat
Collected by Nurse? (Yes - Change to No for Lab Collect): Yes
Specimen Source (LBFLUSPEC): Nasopharynx

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:32 | Susan Rainer | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 02/10/18 02:31 | dre | dre |
| | In Process Unspecified | 02/10/18 03:39 | Dispatcher MedHost | |
| **Notes:** Bed Name: 20 | **Order Method:** Electronic | | | |

Interpretation: perihilar infiltrates, otherwise negative.
Is the patient able to bear weight? (OERDBEARWT):
Is the patient at risk for falls? (OERDFALLS):
MODE OF TRANSPORTATION : (OERDTRANS): Stretcher
O2: (OEADO2): No
Priority RAD: Stat
REASON FOR EXAM: (OERDEXAM): Breathing Difficulty, Asthma Exacerbation
WEIGHT? : (OERDWEIGHT): 18.14
ER EXAM ROOM/BED: (OERDERRMBD): 20

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:36 | Susan Rainer | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation once | Ordered | 02/10/18 03:11 | dre | dre |
| | Administered | 02/10/18 03:16 | sr11 | |
| **Notes:** | **Order Method:** Electronic | | | |

**Name:** Aaliyah Henderson

**MRN:** 1116206
**Account#:** K20034594943

Print Time: 3/6/2018 11:28:56        WK RECORDS BN p. 285        Page 3 of 4

## Physician Documentation Con't.

| 02/10/18 03:16 | Administered: Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation | | | | sr11 |
|---|---|---|---|---|---|
| 02/10/18 03:55 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | sr11 |
| **Order** | | **Status** | **Time** | **By** | **For** |
| Decadron - Dexamethasone Sodium Phosphate 4 mg IM once | | Ordered | 02/10/18 03:12 | dre | dre |
| | | Administered | 02/10/18 03:44 | mh7 | |
| **Notes:** | | **Order Method:** Electronic | | | |
| 02/10/18 03:44 | Administered: Decadron - Dexamethasone Sodium Phosphate 4 mg IM in left ventrogluteal | | | | mh7 |
| 02/10/18 04:00 | Follow Up: Response: No Adverse Reaction; Tolerated well | | | | sr11 |

**Order Signatures:**
Easterling, David, MD          MD   dre          Rainer, Susan, RN          RN   sr11

**Scribe Statement:**
02/10
02:13 Scribed for **Dr. David R Easterling, MD** by Morgan Jaudon, Scribe                                    dre/mj2
**Disposition:**
03:50 Electronically signed by: David Easterling, M.D. I personally performed the services described in this          dre
       documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**
**02/10/18 03:52 Discharged to Home/Self Care. Impression: Acute bronchospasm.**
- Condition is Stable.
- Discharge Instructions: Bronchospasm, Pediatric.
- Prescriptions for
   prednisolone 15 mg/5 mL Oral Solution
      - take 10 milliliter by ORAL route once daily for 5 days with food; 50 milliliter.
- Follow up: Allen, Scott; When: 2 days; Reason: Recheck today's complaints.
- Problem is an acute exacerbation.
- Symptoms are resolved.

**Signatures:**
Easterling, David, MD          MD   dre          Jaudon, Morgan, Scribe          Scribe   mj2
Harmon, Melissa, RN            RN   mh7          Rainer, Susan, RN               RN       sr11

---

**Name:** Aaliyah Henderson                                                                 **MRN:** 1116206
                                                                                            **Account#:** K20034594943
Print Time: 3/6/2018 11:28:56              WK RECORDS BN p. 286                             Page 4 of 4

## Nurse's Notes

**Name:** Aaliyah Henderson
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 02/10/2018 **Time:** 01:54
**Bed** 20

### Willis Knighton South
**MRN:** 1116206
**Account#:** K20034594943
**Private MD:** Allen, Scott

**Presentation:**

02/10 Presenting complaint: Mother states: woke up at midnight wheezing and coughing, i took her to quick care   sr11
02:05 the other day, she has strep throat and URI, shes been taking a z pack, gave breathing treatment at home with no relief, pt currently sitting in tripod position. Preferred language for medical communication is English. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Mechanism of Injury: denies injury. Care prior to arrival: Medications: Albuterol Neb.

02:11 Acuity: 2 - Emergent.   sr11
02:15 Method of Arrival: Ambulatory.   sr11

**Triage Assessment:**

02:05 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed, well   sr11
nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility; ambulates without assistance.

**Historical:**
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Inhl as needed
  2. _dulera 2 puffs am and 2 puffs pm_
  3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

**Historical:**

02:11 Family history: No immediate family   sr11
members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with mother The patient attends nursery school the patient is a minor.

02:33 The history from nurses notes was   dre/mj2
reviewed and confirmed.

**Screening:**

02:05 **Abuse screen:**   sr11
Denies threats or abuse. Denies injuries from another. there are no obvious signs of child abuse.
**Patient fall risk assessment;**
No risks identified.
**Learning Barriers:**
No barriers to teaching and learning identified.
**Pedi Fall Risk**
No risks identified.
**Exposure risk/Travel Screening:**
No exposures identified.

**Assessment:**

02:11 **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed,   sr11
well nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility; ambulates without assistance. **Neuro:** Level of Consciousness is alert, awake, obeys commands. **EENT:** Reports Sore Throat Parent/caregiver reports the patient having nasal congestion nasal discharge. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers Rhythm is sinus tachycardia. **Respiratory:** Respiratory effort is labored, with retractions, using tripod position, Respiratory pattern is tachypnea Airway is patent Breath sounds with wheezes bilaterally. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is pink, warm & dry. normal.

02:33 **Respiratory:** Reassessment: Patient states symptoms have improved.   sr11

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 02:05 | | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)   sr11

Print Time: 3/6/2018 11:29:33            *** CHART COMPLETE ***            Page 1 of 3

WK RECORDS BN p. 287

## Nurse's Notes Con't

| | |
|---|---|
| 02:05 100% breathing treatment | sr11 |

**Vitals:**

| | |
|---|---|
| 02:05 Acuity: 2 - Emergent. | sr11 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

**ED Course:**

| | |
|---|---|
| 01:54 Patient arrived in ED. | ms2 |
| 01:54 Patient moved to KIOSK. | ms2 |
| 02:04 Patient moved to 20. | sr11 |
| 02:04 Rainer, Susan, RN is Primary Nurse. | sr11 |
| 02:11 Triage completed. | sr11 |
| 02:11 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Child being held by parent. Pulse oximetry, Bedside monitor alarms on and audible. | sr11 |
| 02:13 Easterling, David, MD is Attending Physician. | dre |
| 02:15 Allen, Scott is Private Physician. | sr11 |
| 02:33 Influenza culture sent to lab. | sr11 |
| 02:46 Patient moved to Radiology. | jat |
| 02:46 Chest 2 View *routine* Sent. | jat |
| 03:29 Patient moved to 20. | jat |
| 03:51 Allen, Scott is Referral Physician. | dre |
| 03:59 No procedures done that require assistance. | sr11 |

**Administered Medications:**

| Time | Drug & Dose<br>Dispensable & Quantity | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 02:04 | DuoNeb 1 unit dose | | Inhalation | | | | | sr11 |
| 02:32 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:16 | Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg | | Inhalation | | | | | sr11 |
| 03:55 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:44 | Decadron - Dexamethasone Sodium Phosphate 4 mg | | IM | | | left ventrogluteal | | mh7 |
| 04:00 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | sr11 |

**Outcome:**

| | |
|---|---|
| 03:52 Discharge ordered by MD. | dre |
| 03:59 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, medications, Prescriptions given; 1, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. | sr11 |

**Name:** Aaliyah Henderson

Print Time: 3/6/2018 11:29:33

WK RECORDS BN p. 288

**MRN:** 1116206
Account#: K20034594943
Page 2 of 3

## Nurse's Notes Con't

04:00 Electronic medical record closed. sr11

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Easterling, David, MD | MD | dre | Scriptuser, MEDHOST | | ms2 |
| Torres, Jose | | jat | Jaudon, Morgan, Scribe | Scribe | mj2 |
| Harmon, Melissa, RN | RN | mh7 | Rainer, Susan, RN | RN | sr11 |

Name: Aaliyah Henderson  
Print Time: 3/6/2018 11:29:33  
WK RECORDS BN p. 289  
MRN: 1116206  
Account#: K20034594943  
Page 3 of 3