ER nurse- Susan Rainer (practicing 5 yrs)
Melissa Harmon, RN

resp - no apprep paradoxical movements, no prolonged exp
no pursed lip breathing, no retractions
no shallow respirations
wheeze - mild, bronchial sounds / ↓BS - not appreciated,
stridor - not appreciated
                RR

2:05    156 - 36   99²   91%
3:23    146   34         99%

                eye resp.    verbal    motor    (GCS)
@ 2:05    spontaneous    oriented    obey

pt reassessed @ 3:50 am
    response to tx: pts symptoms have resolved p̄ tx.
    pts condition has returned to baseline.

tests: flu ordered: ⊖
    CXR (2 view) - pt able to do 2 view (really sick pts - do 1 view)
    ordered 2:31a   (2:46 - pt moved to Radiology)   Radiologist
    interpretation: perihilar infiltrates, otherwise ⊖ - read as NC
    went by stretcher off oxygen

                                            15/5
D/c Dx: Acute Bronchospasm   Rx: tw prednisolone 10ml qd x 5d

Henderson vs. WK South - ER visit - due 1/25/20

(parents) Akeem Henderson & Jennifa Alexander

Citrix Sharefile - Jacquelyn White - username: jwhite@thehealthhut.org  pw: [redacted]

Mom signing papers @ 1:54 AM

4 yo F ER on 2/10/18 @ 01:54 c̄ difficulty breathing (premature + dx'd c̄ asthma @ 2y)
parents allege "WK familiar c̄ her medical hx"
- child d/c'd @ 3:52 (1 hr 58 min later)
  6:51 (@ 2 hrs 59 min later) pt suffered resp arrest
  pt died 2/16/18 at WK South.

complaint: WK-S failed to stabilize pt prior to d/c in violation of EMTALA.
- stabilize "provide such medical tx of the condition as may be necessary to assure w/i reasonable medical probability, that no material deterioration is likely to result..."

(need definition of EMTALA) **
WAS AN APPROPRIATE SCREENING DONE??
and was pt stabilized prior to d/c

- tripod -

- need any old ER records "both" — ? 11/4/16 last allergy/medicine update
"asthma exacerbation since birth"

Rob Robison - ~~[redacted]~~ rrobison@wbwpla[w]

Saturday 2/10/18 @ 1:54

Acuity 2 - Emergent    nl (22-34)

ER visit: (nurse)^SR   HR ; RR ; pOx-RA     PMH: premature, Autism
tripod position ; 156 ; 36 ; 91%             asthma - dx'd 2 yrs old
distressed, uncomfortable; behavior app. forage;   MEDS: Albuterol prn
*ambulates s̄ assistance*                     Dulera - 2 puffs am & prn
                                              Singulair

(pg 3) 8. WKS provided AH. c̄ an appropriate medical screening + detected
       and emergency medical condition in the pt.

2:04 - administered 1 duoneb - combination
3:16    "     albuterol (2.5 mg)
3:44    4 mg dexamethasone NaPhos IM                    ordered by MD

4A - few reaction -      8 min p̄ last emergent tx, pt was dc'd @ 3:52 AM
no adverse rxn           (dexa is not emergent tx) → kicks in hours lat[er] (6-12)
tolerated well                                    long-acting systemic steroid
3:59 - nurse dc'd to home                         ↓ inflammation in body

- WK "failed to stabilize" - provide such tx necess. to assure
  w/i reasonable medical probability that no material
  deterioration of the condition is likely to result...

(what's the rest of definition)

- claimed that WK "failed to stabilize her prior to dc"
- defendants intentional "dumping" of pt

MD record:
                                              pert +: cough/wheeze
pt presents c̄ cough/wheezing - sxs began @ 00:00 (midnite)   pert ⊖ abd pain, body aches, CP, c/o; fever, c
                                                             nasal d/c, s.t, sore throat
pt has experienced a previous episode.
(2 days prior) pt was seen at Quickcare Thursday - dx'd c̄ URI/strep - Given
       Zpak ; pt has breathing machine at home - albuterol - one tx PTA
PE -  HEENT - no crepitus
      neck - midtrach (no mention of tuggy/pully)
      chest - nl symmetric motion (no mention)
      CV - RRR
      skin - warm, dry, <2 cap refill (no signs shock!)
Neuro - awake/alert, makes good eye contact , nontoxic, afebrile
Resp - pt does NOT display signs of resp distress; resp - nl, symmetric
      [accessory muscles, no grunting, no indrawing ...]