UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **Akeem Henderson, et al.** Plaintiffs; v. **Willis-Knighton Medical Center** Defendant. | Case No. 5:19-CV-00163 Judge Elizabeth E. Foote Magistrate Judge Mark L. Hornsby Jury Trial Demanded |

## PROPOSED ORDER

Defendant, Willis-Knighton Medical Center, filed a *Daubert* Motion to Limit the Scope of Dr. Richard Sobel's Testimony.

Whereas the Court has considered Defendant's Motion and the arguments of the parties, Defendant's Motion is **GRANTED.**

SO ORDERED, this ____ day of _____, 2020.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE