**Jacquelyn Kibodeaux White, MD, FACEP**
**3200 Marcus Drive**
**Ruston, LA  71270**
**318-245-0753 (Cell)**
**tobywhite@juno.com**

**EDUCATION**

*Residency*   University of Arkansas for Medical Sciences
Little Rock, AR  72205
Emergency Medicine
July 1992- June 1995

*Medical School*  Louisiana State University Medical Center
Shreveport, LA  71130
Doctorate of Medicine
August 1988- May 1992

*Undergraduate*  Louisiana Tech University
Ruston, LA  71270
Bachelor of Science
September 1984- March 1988

**EMPLOYMENT**

The Health Hut Medical Mobile Clinic
   Medical Director
   210 W Mississippi St.
   Ruston,  LA 71270
   July 2015 – present

`   Northern Louisiana Medical Center ED
   401 E. Vaughn St.
   Ruston, LA  71270
   October 2001- present
      Asst. Medical Director   June 2014 – June 2018
      Medical Director   April 2002 – June 2010

Glenwood Regional Medical Center ED
   503 McMillan Rd.
   West Monroe, LA  71291
   August 2018- present

MD Live Telehealth
    13630 NW 8th St, Ste 205
    Sunrise, FL 33325
    January 2015 – present

St. Francis Medical Center ED
    309 Jackson St.
    Monroe, LA 71201
    August 2010- August 2016

Air Evac Lifeteam
    Louisiana/OB Medical Director
    1001 Boardwalk Springs Place, Ste 250
    O'Fallon, MO 63368
    May 2009 – February 2014

Conway Regional Medical Center ED
    2302 College Ave.
    Conway, AR 72032
    September 1995 – September 2001
        Medical Director   1998 - 2000

**CERTIFICATIONS**
American Board of Emergency Medicine Certification 1996 - present
ACLS 1992 - present
ATLS 1992 - present
PALS 1993 - present
ACLS Instructor  1992 - 1996
ACLS-EP Instructor 2012 - 2014

**MEMBERSHIPS/COMMITTEES**
American College of Emergency Physicians   1995 - present
Fellow of ACEP 1997 – present
ECI  Patient  Safety  Committee  2013 - 2017
St. Francis Grievance/Complaint Committee   2012 - 2014
Air Medical Physicians Association  2013 – 2014
NLMC – Credentials Committee  2006 – 2010
NLMC – ED Committee Chairman  2002 – 2010
NLMC – Medical Care Committee  2002 – 2010
CRMC – Credentials Committee 1999 – 2001