UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **Akeem Henderson, et al.** <br><br> Plaintiffs; <br><br><br> v. <br><br> **Willis-Knighton Medical Center d/b/a Willis-Knighton South** <br><br> Defendant. | Case No. 5:19-CV-00163 <br><br> Judge Elizabeth E. Foote <br><br> Magistrate Judge Mark L. Hornsby <br><br> Jury Trial Demanded |

## TABLE OF AUTHORITIES

**Cases**

*Am. Home Assurance Co. v. United Space Alliance, LLC,*
  378 F.3d 482 (5th Cir. 2004) ................................................................................................ 9
*Battle v. Mem'l Hosp. at Gulfport,*
  228 F.3d 544 (5th Cir. 2000) ............................................................................................ 4, 5
*Bergwall v. MGH Health Servs.,*
  243 F.Supp.2d 364 (D.Md 2002) ......................................................................................... 5
*Brooker v. Desert Hosp. Corp.,*
  947 F.2d 412 (9th Cir. 1991) ............................................................................................... 5
*Gaspard v. J&H Marsh & Mc Lennan of Louisiana,*
  105 F.Supp.2d 537 (E.D. La. 2000) ..................................................................................... 9
*Green v. Touro Infirmary,*
  992 F.2d 537 (5th Cir. 1993) ............................................................................................... 5
*Hoffman v. Tonnemacher,*
  425 F.Supp. 1120 (E.D. Cal. 2006) ...................................................................................... 5
*Kilroy v. Star Valley Medical Center,*
  237 F.Supp.2d 1298 (D. Wyo. Dec. 18, 2002) ................................................................. 7, 8
*Marshall v. East Carroll Parish Hosp. Serv. Dist.,*
  134 F.3d 319 (5th Cir. 1998) ........................................................................................ 4, 5, 7
*Thornhill v. Jackson Par. Hosp.,*
  184 F.Supp.3d 392 (W.D. La. 2016) .................................................................................... 4
*Vickers v.Nash General Hosp., Inc.,*
  78 F.3d 139 (4th Cir. 1996) ............................................................................................. 5, 7

**Statutes**

Emergency Medical Treatment and Labor Act ("EMTALA"), 42 U.S.C. § 1395(dd) ......... 1, 4, 5

Federal Rules of Civil Procedure, Rule 56 ....................................................................... 9