UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **Akeem Henderson, et al.** | Case No. 5:19-CV-00163 |
| Plaintiffs; | |
| | Judge Elizabeth E. Foote |
| v. | |
| | Magistrate Judge Mark L. Hornsby |
| **Willis-Knighton Medical Center** | |
| Defendant. | |

## AFFIDAVIT

Before me, the undersigned notary public, came and appeared,

### DAVID EASTERLING, M.D.

who after being duly sworn, did declare that:

1. I am a board-certified in Emergency Medicine and am licensed to practice medicine in Louisiana. My qualifications are accurately set forth in my curriculum vitae, which attached to this affidavit as "Exhibit A".

2. I treated the patient, A.H., in the emergency department of Willis-Knighton South & Center for Women's Health, which houses pediatric specialty services, on Saturday, February 10, 2018. I have some independent memory of the patient, and have reviewed the medical records of A.H. documenting that treatment on February 10, 2018. Excerpts of of the Willis-Knighton South medical records are attached as "Exhibit B."

3. A.H. presented to the Emergency Department at Willis-Knighton South on Saturday, February 10, 2018 at 1:54 a.m., with complaints of breathing difficulty and asthma

1

exacerbation. I ordered that the patient be given a DuoNeb 1 unit dose inhalation at 2:04, which was tolerated well. *Exhibit B, p. 122-123.*

4. I did not refuse to provide A.H. emergency medical treatment. I personally examined and screened A.H. approximately 35 minutes after her arrival to the emergency department, after she had been triaged and seen by nursing staff. I personally performed a physical examination of A.H., as is documented in the record. *Exhibit B, p. 122.*

5. A.H. had been seen at the Quick Care Clinic the Thursday before this visit, or two days earlier, and was diagnosed with an upper respiratory infection and strep. She had been given a Z-pack. The child had a history of asthma and autism. *Exhibit B, p. 122; 126.* I I ordered a Stat Influenza test and Stat Chest X-Ray. *Exhibit B, p. 124.* I also monitored her respiration and pulse oximetry levels. I reviewed the patient's vital signs, the nurses' notes, lab test results, and radiologic studies. *Exhibit B, p. 123.* All of this amounted to an appropriate medical screening examination to determine whether an emergency medical condition existed. I do believe an emergency medical condition existed.

6. At 3:11, I ordered Albuterol One Unit Dose – 2.5 mg inhalation, which was administered at 3:16. I also ordered Decadron – Dexamethasone Sodium Phosphate 4 mg IM once, which was administered at 3:44. The patient tolerated both medications well and her respiratory status improved. *Exhibit B, p. 124-125.*

7. The patient's condition improved, as I noted in the record, and I ordered she be discharged to home. I documented that the patient's symptoms had resolved after treatment, and returned to base line. *Exhibit B, p. 123.* My discharge diagnosis was Bronchospasm, Pediatric. I prescribed prednisone 15 mg/5 mL Oral Solution to take at home and gave

instructions to the family to follow up with the patient's primary care provider, Dr. Scott Allen, in 2 days. *Exhibit B, p. 125.*

8. This patient was stabile before she was discharged from Willis-Knighton South. While in the emergency department, A.H. received breathing treatments, medications to treat asthma and bronchospasm, and was monitored until her respiratory status had improved. The flu test was negative and the chest X-ray was also normal. At the time of her discharge, A.H. was not experiencing respiratory distress and was in stable condition at her baseline, non-distressed, well-appearing, and non-toxic. It was my medical opinion, based on my personal examination and treatment of the patient, that A.H. was stable and should be discharged to home. The patient's mother did not object to the discharge of the patient, and no questions or concerned were expressed.

9. If I had thought this patient needed hospitalization, I would have admitted her to the hospital. There is absolutely no reason why I would not admit a patient if I thought the patient was not stable. I did not treat this child differently than I would have treated any other patient in the same condition. On some days, I see several pediatric patients with asthma. We do not admit every patient who comes into the emergency department with asthma symptoms. A.H. had improved and returned to baseline. The family was given clear instructions to return the patient to the emergency department if her condition worsened.

10. I certainly did not have any knowledge that the patient was discharged in an unstable condition. It is still my opinion that this patient was stable at discharge. The patient was not unstable based on her vital signs, improved breathing, and she had returned to baseline.

3

At the time of discharge, I did not expect her condition to deteriorate or worsen. It was appropriate under the circumstances to discharge A.H. rather than admit her to the hospital.

11. I have been practicing emergency room medicine since 1999. For the last 19 years I have cared for and treated a high volume of pediatric patients at Willis-Knighton South & Center for Women's Health, which also houses pediatric specialties. Based on my experience with and understanding of EMTALA, I complied with all requirements of EMTALA in treating A.H.

12. After I treated A.H., I learned that the patient had been brought back into the Willis Knighton hospital in Bossier, in critical condition. I learned that the patient was examined for signs of sexual abuse by a SANE nurse at the hospital in Bossier. I was surprised to learn the patient was returned in critical condition, given her condition at the time I discharged her, which was stable, well-appearing, and non-toxic.

13. There are noted in the records two places where corrections were made to the record. If a correction is made to the electronic record after an initial entry is made, the record shows that a correction was made. A correction to one of my entries made at 3:52 is shown on page 125 of the record, a copy of which is attached to this affidavit. *Exhibit B.*

14. If I were to see a pediatric patient today presenting with the same condition at discharge as A.H., I wouldn't change my course of treatment or decision to discharge.

4

15. The foregoing is based on my personal knowledge, as well as my training, skills, and expertise as a board-certified Emergency Medicine physician.

DAVID EASTERLING, M.D.

**WITNESSES:**

Jean Cottingham

Robert Gahagan Pugh, III

**SWORN TO AND SUBSCRIBED** before me, the undersigned Notary, in Shreveport, Caddo Parish, Louisiana on this 16th day of April, 2020.

Lamar P. Pugh
**LA Bar Roll Number 20070**
**NOTARY PUBLIC**
**My commission expires at death**

5

# DAVID R. EASTERLING

**PERSONAL DATA:**

| | |
|---|---|
| Date of Birth: | February 20, 1969 |
| Place of Birth: | Lake Charles, Louisiana |
| Marital Status: | Married |

**EDUCATION:**

Residency
Medical Center of Louisiana at New Orleans
Emergency Medicine Residency Program
July 1995 – June 1999

Medical School
Louisiana State University School of Medicine
New Orleans, Louisiana
August 1991 – May 1995

Undergraduate
Attended McNeese State University
Lake Charles, Louisiana
August 1987 – May 1991

**HONORS/ACTIVITIES:**

Medical:
The Society of Academic Emergency Medicine Award 1995
Represented Medical School and University of New Orleans in National and State
Flag-Football Tournaments 1992-1994
Southland Conference Post Graduate Scholarship 1991-1992
Southern Medical Association Medical Student Scholarship 1991

Undergraduate:
Student Representative on Disciplinary Committee 1990-1991
McNeese State University School and Stadium Record 96 Yard Interception
Return for a Touchdown
McNeese State University Student Athlete of the Year 1990-1991
GTE CoSIDA Football 1st Team Academic All-American 1990
Southland Conference Defensive Player of the Week 1990
Southland Conference Football Academic 1st Team 3 Years
American Legion Scholarship 1987 T.H. Harris Academic Scholarship 1987-1991
Athletic Scholarship Track 1987-1988; Football 1987-1991
Alpha Phi Omega Honor Society / Dean's List – 8 Semesters

**WORK EXPERIENCE:**

Emergency Department at Hardtner Medical Center
Shreveport, Louisiana 2019 - Present

Emergency Department at Willis Knighton Health Systems
Shreveport, Louisiana 2000 - Present

Emergency Department at Tulane Hospital
New Orleans, Louisiana 1999-2000

Working in the Emergency Department with Gould Group, Schumacher Group and
Vanmeter and Associates at various hospitals throughout Louisiana
February 1997 – 2001

*** REFERENCES AVAILABLE UPON REQUEST ***
As of  April 15, 2020

**Easterling Affidavit**
**Ex. A - C.V.**



**WILLIS-KNIGHTON** HEALTH SYSTEM

CERTIFICATION OF MEDICAL RECORDS

I hereby certify that the attached medical record of:

**A⬛⬛⬛⬛ H⬛⬛⬛⬛⬛⬛⬛**

Is a true copy of the medical record on file at the WILLIS KNIGHTON SOUTH MEDICAL CENTER, 2510 BERT KOUNS IND LP, SHREVEPORT, LA 71118; that these records were prepared by the medical facility personnel during the course of business at or near the time of the visit; that I am the duly authorized Health Information Management Representative, and I have the authority to certify same.

10/4/19

Date

*Patricia Lee,* RHIT

Health Information Management Representative

**Easterling Affidavit**
**Exhibit B - Medical Records**

## WILLIS-KNIGHTON MEDICAL CENTER
### SHREVEPORT, LA
## EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ▮▮▮▮▮▮▮▮

ACCT. NO: **K20034594943**

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107

PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107

PHONE: (318)210-3821    RELATION: PARENT

GUAR EMPLOYER: CHILD
ADDRESS:

PHONE:

ARRIVED FROM: C
ATTENDING PHYS:  Easterling, David R M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS:

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ▮▮▮▮▮▮▮ | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K20034594943
ROOM:
STATUS: REG ER

DATE:      02/10/18
TIME:      0154
SERV/LOC:  ERS

UNIT#: K000629604
F/C:  MA
SS#: ▮▮▮▮▮▮▮

PATIENT: ▮▮▮▮▮▮▮
ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107

PHONE: (318)210-3821

COUNTY: CADDO PARISH

BIRTHDATE ▮▮▮▮▮▮
AGE:    4Y
SEX:    F
RACE    BLACK OR AFRICAN AME
RELIGION: Other
MARITAL STAT: SINGLE

EMPLOYER: GOD'S GIFT
ADDRESS: 2305 MARIAN PL
         SHREVEPORT,LA 71109
         000-0000

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107

PHONE: (318)210-3821    RELATION: PARENT

Is the Patient here for Pre-Op Testing: N
Comments:
Reason for Visit: **BREATHING DIFFICULTY,ASTHMA EXACERBATION**         Admit Clerk: PATERA.AM
Known Drug Allergies: NKDA    HIPPA Notice Given: Y    Date Notice Given: 08/23/14    Device Id: AMSPC5
Interpreter ID Number:        Patient Survey: N    Preferred Language: ENGLISH    Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? N



K20034594943

*Physician Documentation*                                          *Willis Knighton South*

**Name:** ▮▮▮▮▮
**Age:** 4 yrs **Sex:** Female **DOB:** ▮▮▮▮▮          **MRN:** 1116206
**Arrival Date:** 02/10/2018 **Time:** 01:54           **Account#:** K20034594943
**Bed** 20                                              **Private MD:** Allen, Scott

### HPI:

| | | |
|---|---|---|
| 02/10 02:33 | This 4 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Breathing Difficulty, Asthma Exacerbation**. | dre/mj2 |
| 02:33 | The patient presents to the emergency department with cough, wheezing. Onset: The symptoms/episode began/occurred at 00:00. Associated signs and symptoms: Pertinent positives: cough, wheezing, Pertinent negatives: abdominal pain, body aches, chest pain, constipation, diarrhea, dysuria, earache, fever, headache, myalgias, nasal discharge, seizure, sore throat, vomiting. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. The patient has experienced a previous episode. The patient has been recently seen by a physician: SEEN AT QUICK CARE THURSDAY, DX WITH URI/STREP GIVEN Z PAK. HX AUTISM, ASTHMA, HAS BREATHING MACHINE AT HOME-ALBUTEROL, ONE TX PTA. | dre/mj2 |

### Historical:
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Inhl as needed
  2. dulera 2 puffs am and 2 puffs pm
  3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

### Historical:

| | | |
|---|---|---|
| 02:11 | Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with mother The patient attends nursery school the patient is a minor. | sr11 |
| 02:33 | The history from nurses notes was reviewed and confirmed. | dre/mj2 |

### ROS:

| | | |
|---|---|---|
| 02:33 | ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, **ENT:** Negative for injury, pain, and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **Constitutional:** : Positive for coughing, shortness of breath, Negative for chills, fatigue, malaise, acute pain, poor PO intake, vomiting, weight loss. **Respiratory:** Positive for cough, wheezing, Negative for dyspnea on exertion, hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea, sputum production. | dre/mj2 |

### Exam:

| | | |
|---|---|---|
| 02:33 | | dre/mj2 |

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction, uvula midline. Mucous membrane moist
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.

## *Physician Documentation Con't.*

**Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses intact and symmetrical throughout. No edema or JVD.

**Abdomen/GI:** Soft, non-tender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted

**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.

**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.

**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Joints show full, normal range of motion. Good muscle tone and strength. No acute changes of nails or digits

**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable.

**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.

**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, symetrical, no use of accessory muscles, no grunting, no evidence of nasal flaring, no appreciated paradoxical movements, no prolonged exhalations, no pursed lip breathing, no retractions, no shallow respirations, no splinting, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, wheezing, that is mild, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 02:05 | 156 | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)                                    sr11
02:05 100% breathing treatment                                                       sr11

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

**MDM:**

02:30 Patient medically screened.                                                    dre

02:33                                                                                 dre/mj2

**Data interpreted:** Pulse oximetry: on room air observed by me at the bedside is 91 %.

03:50                                                                                 dre

**Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, pneumonia URI, UTI, viral Infection.

**Data reviewed:** vital signs, nurses notes, lab test result(s), radiologic studies.

**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up.

**Response to treatment:** the patient's symptoms have resolved after treatment, the patient's condition has returned to base line.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| DuoNeb 1 unit dose Inhalation once | Ordered | 02/10/18 02:04 | sr11 | dre |
| | Administered | 02/10/18 02:04 | sr11 | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Easterling, David, MD 02/10/18 02:31 | | | |

**Name:** ▮▮▮▮▮▮▮▮▮

## *Physician Documentation Con't.*

**Drug alert over ride reasons:** Clinically indicated

| | | |
|---|---|---|
| 02/10/18 02:04 | **Administered:** DuoNeb 1 unit dose Inhalation | sr11 |
| 02/10/18 02:32 | **Follow Up: Response:** No Adverse Reaction; Respiratory status improved; Tolerated well | sr11 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Influenza by PCR | Ordered | 02/10/18 02:31 | dre | dre |
| | Reviewed | 02/10/18 03:10 | David Easterling | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

**Interpretation:** negative.

**Ordering Location:** ERSPC100.1

**Priority LAB:** Stat

**Collected by Nurse? (Yes - Change to No for Lab Collect):** Yes

**Specimen Source (LBFLUSPEC):** Nasopharynx

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:32 | Susan Rainer | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 02/10/18 02:31 | dre | dre |
| | In Process Unspecified | 02/10/18 03:39 | Dispatcher MedHost | |
| Notes: Bed Name: 20 | Order Method: Electronic | | | |
| | | | | |

**Interpretation:** perihilar infiltrates, otherwise negative .

**Is the patient able to bear weight? (OERDBEARWT):**

**Is the patient at risk for falls? (OERDFALLS):**

**MODE OF TRANSPORTATION : (OERDTRANS):** Stretcher

**O2: (OEADO2):** No

**Priority RAD:** Stat

**REASON FOR EXAM: (OERDEXAM):** Breathing Difficulty, Asthma Exacerbation

**WEIGHT? : (OERDWEIGHT):** 18.14

**ER EXAM ROOM/BED: (OERDERRMBD):** 20

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:36 | Susan Rainer | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation once | Ordered | 02/10/18 03:11 | dre | dre |
| | Administered | 02/10/18 03:16 | sr11 | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

**Name:** ▮▮▮▮▮▮▮▮▮▮

**MRN:** 1116206
**Account#:** K20034594943
Page 3 of 4

## *Physician Documentation Con't.*

| 02/10/18 03:16 | **Administered:** Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation | | | | sr11 |
|---|---|---|---|---|---|

| 02/10/18 03:55 | **Follow Up:** Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | sr11 |
|---|---|---|---|---|---|

| Order | | Status | Time | By | For |
|---|---|---|---|---|---|
| Decadron - Dexamethasone Sodium Phosphate 4 mg IM once | | Ordered | 02/10/18 03:12 | dre | dre |
| | | Administered | 02/10/18 03:44 | mh7 | |
| Notes: | | **Order Method:** Electronic | | | |
| | | | | | |

| 02/10/18 03:44 | **Administered:** Decadron - Dexamethasone Sodium Phosphate 4 mg IM in left ventrogluteal | | | | mh7 |
|---|---|---|---|---|---|

| 02/10/18 04:00 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | | | | sr11 |
|---|---|---|---|---|---|

**Order Signatures:**

Easterling, David, MD      MD    dre      Rainer, Susan, RN      RN    sr11

**Scribe Statement:**

02/10
02:13 Scribed for **Dr. David R Easterling, MD** by Morgan Jaudon, Scribe      dre/mj2

**Disposition:**

03:50 Electronically signed by: David Easterling, M.D. I personally performed the services described in this    dre
     documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**

**02/10/18 03:52 Discharged to Home/Self Care. Impression: Acute bronchospasm.**
- Condition is Stable.
- Discharge Instructions: Bronchospasm, Pediatric.
- Prescriptions for
  prednisolone 15 mg/5 mL Oral Solution
     - take 10 milliliter by ORAL route once daily for 5 days with food; 50 milliliter.
- Follow up: Allen, Scott; When: 2 days; Reason: Recheck today's complaints.
- Problem is an acute exacerbation.
- Symptoms are resolved.

**Signatures:**

Dispatcher MedHost      EDMS      Easterling, David, MD      MD   dre
Jaudon, Morgan, Scribe      Scribe mj2      Harmon, Melissa, RN      RN   mh7
Rainer, Susan, RN      RN    sr11

**Corrections:**

03:52 ~~03:52 02/10/2018 03:52 Discharged to Home/Self Care. Impression: Acute bronchospasm. Condition~~
     ~~is Stable. Follow up: Scott Allen; When: 2 days; Reason: Recheck today's complaints. Problem~~
     ~~is an acute exacerbation. Symptoms are resolved.~~      ~~dre~~   dre

*Nurse's Notes*                                                  *Willis Knighton South*

**Name:** ▉▉▉▉▉▉                                                 MRN: 1116206
**Age:** 4 yrs **Sex:** Female **DOB:** ▉▉▉▉▉▉▉▉              **Account#:** K20034594943
**Arrival Date:** 02/10/2018 **Time:** 01:54                    **Private MD:** Allen, Scott
**Bed** 20

**Presentation:**

| | | |
|---|---|---|
| 02/10 02:05 | Preferred language for medical communication is English. Presenting complaint: Mother states: woke up at midnight wheezing and coughing, i took her to quick care the other day, she has strep throat and URI, shes been taking a z pack, gave breathing treatment at home with no relief, pt currently sitting in tripod position. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Mechanism of Injury: denies injury. Care prior to arrival: Medications: Albuterol Neb. | sr11 |
| 02:11 | Acuity: 2 - Emergent. | sr11 |
| 02:15 | Method of Arrival: Ambulatory. | sr11 |

**Triage Assessment:**

| | | |
|---|---|---|
| 02:05 | **General:** Appears well developed, well nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility; ambulates without assistance. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. | sr11 |

**Historical:**
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Inhl as needed
  2. dulera 2 puffs am and 2 puffs pm
  3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

**Historical:**

| | | |
|---|---|---|
| 02:11 | Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with mother The patient attends nursery school the patient is a minor. | sr11 |
| 02:33 | The history from nurses notes was reviewed and confirmed. | dre/mj2 |

**Screening:**

| | | |
|---|---|---|
| 02:05 | **Abuse screen:** Denies threats or abuse. Denies injuries from another. there are no obvious signs of child abuse. | sr11 |

**Patient fall risk assessment;**
No risks identified.
**Learning Barriers:**
No barriers to teaching and learning identified.
**Pedi Fall Risk**
No risks identified.
**Exposure risk/Travel Screening:**
No exposures identified.

**Assessment:**

| | | |
|---|---|---|
| 02:11 | **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed, well nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility; ambulates without assistance. **Neuro:** Level of Consciousness is alert, awake, obeys commands. **EENT:** Reports Sore Throat Parent/caregiver reports the patient having nasal congestion nasal discharge. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers Rhythm is sinus tachycardia. **Respiratory:** Respiratory effort is labored, with retractions, using tripod position, Respiratory pattern is tachypnea Airway is patent Breath sounds with wheezes bilaterally. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is pink, warm & dry. normal. | sr11 |
| 02:33 | **Respiratory:** Reassessment: Patient states symptoms have improved. | sr11 |

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 02:05 | | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)                          sr11

## *Nurse's Notes Con't*

02:05 100% breathing treatment                                                                    sr11

**Vitals:**
02:05 Acuity: 2 - Emergent.                                                                       sr11

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

**ED Course:**
01:54 Patient arrived in ED.                                                                      ms2
01:54 Patient moved to KIOSK.                                                                      ms2
02:04 Patient moved to 20.                                                                         sr11
02:04 Rainer, Susan, RN is Primary Nurse.                                                          sr11
02:11 Triage completed.                                                                            sr11
02:11 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Child being held  sr11
      by parent. Pulse oximetry, Bedside monitor alarms on and audible.
02:13 Easterling, David, MD is Attending Physician.                                                dre
02:15 Allen, Scott is Private Physician.                                                           sr11
02:33 Influenza culture sent to lab.                                                               sr11
02:46 Patient moved to Radiology.                                                                  jat
02:46 Chest 2 View *routine* Sent.                                                                 jat
03:29 Patient moved to 20.                                                                         jat
03:51 Allen, Scott is Referral Physician.                                                          dre
03:59 No procedures done that require assistance.                                                  sr11

**Administered Medications:**

| Time | Drug & Dose<br>*Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|------|--------|-------|------|--------------|------|----------|-------|
| 02:04 | DuoNeb 1 unit dose | | Inhalation | | | | | sr11 |
| 02:32 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:16 | Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg | | Inhalation | | | | | sr11 |
| 03:55 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:44 | Decadron - Dexamethasone Sodium Phosphate 4 mg | | IM | | | left ventrogluteal | | mh7 |
| 04:00 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | sr11 |

**Outcome:**
03:52 Discharge ordered by MD.                                                                     dre
03:59 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge  sr11
      instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions,
      medications, Prescriptions given; 1, No questions or concerns expressed to me at discharge. No belongings
      were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of
      administered medications were addressed. **Oxygen use:** Oxygen use not applicable.

## *Nurse's Notes Con't*

04:00 Electronic medical record closed.                                                                                  sr11

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Easterling, David, MD | MD | dre | Scriptuser, MEDHOST | | ms2 |
| Torres, Jose | | jat | Jaudon, Morgan, Scribe | Scribe | mj2 |
| Harmon, Melissa, RN | RN | mh7 | Rainer, Susan, RN | RN | sr11 |

**Corrections:**

02:20 ~~02:05 Pulse 156bpm; Resp 36bpm; Pulse Ox 91% RA; 18.14 kg; Height 3 ft. 2 in.; BMI: 19.4; 100%
breathing treatment;~~                                                                                      ~~sr11~~  sr11

02:22 ~~02:11 Respiratory: Respiratory effort is labored, with retractions, grunting, using tripod position;
Respiratory pattern is tachypnea Airway is patent Breath sounds with wheezes bilaterally.~~              ~~sr11~~  sr11

**Name:** ███████████

Print Time: 2/11/2018 06:00:36

```
RUN DATE: 02/13/18        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES        PAGE 1
RUN TIME: 0207                    WKHS Summary Discharge Report
WK=2600 Greenwood Rd   WKS=2510 BertKounsIndLoop   WKB=2400 Hospital Dr   WKP=8001 Youree Dr
Shreveport,LA 71103     Shreveport, LA 71118      Bossier City, LA 71112  Shreveport,LA 71115
```

| | | |
|---|---|---|
| PATIENT: ▮▮▮▮▮▮▮▮▮ | ACCT #: K20034594943  LOC:  ERS | U #: K000629604 |
| DOB: ▮▮▮▮▮▮▮▮ | AGE/SX: 4Y 04M/F   ROOM: | REG: 02/10/18 |
| ATT DR: Easterling, David R M.D | STATUS: DEP ER   BED: | DIS: |

### Point of Care Testing

| Date | --------------FEB 10--------------- | | | |
|------|------|------|------|------|
| Time | 1636 | 1306 | Reference | Units |
| Bedside Glucose | 280 H | | (70-110) | mg/dL |
| FIO2 | | 50% | (ROOM AIR) | % |
| pH | | 6.91 L | (7.31-7.41) | |
| pCO2 | | 88 H | (41-51) | mmHg |
| pO2 | | 33 | (25-40) | mmHg |
| BE | | -15.0 L | (-2-2) | mmol/L |
| HCO3 | | 18 L | (24-38) | mmol/L |
| TCO2 | | 20 L | (25-29) | mmol/L |
| Ionized Calcium | | 0.87 L | (1.12-1.32) | mmol/L |
| Sodium | | 146 H | (136-145) | mmol/L |
| Potassium | | 6.7(A)HH | (3.5-5.1) | meq/L |

   (A)  Point of Care Critical Value-Communication of critical
      values for Point of Care Testing is the responsibility of
      the device operator.  Documentation will be found in the
      patient's medical record.

| | | | | |
|------|------|------|------|------|
| Glucose | | 250 H | (70-110) | mg/dL |
| Hematocrit | | 30.0 L | (38-51) | % |

| Date | --------------FEB 10--------------- | | | |
|------|------|------|------|------|
| Time | 1143 | 1101 | Reference | Units |
| Bedside Glucose | 408(B)HH | 43(B)LL | (70-110) | mg/dL |

   (B)  Point of Care Critical Value-Communication of critical
      values for Point of Care Testing is the responsibility of
      the device operator.  Documentation will be found in the
      patient's medical record.

      Laboratory recommends confirmation at the following ranges:

              <60mg/dL - >350mg/dL
    (NICU Only)    <40mg/dL - >350mg/dL

** CONTINUED ON NEXT PAGE **

```
RUN DATE: 02/13/18        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES        PAGE 2
RUN TIME: 0207                    WKHS Summary Discharge Report
WK=2600 Greenwood Rd  WKS=2510 BertKounsIndLoop   WKB=2400 Hospital Dr    WKP=8001 Youree Dr
Shreveport,LA 71103     Shreveport, LA 71118    Bossier City, LA 71112   Shreveport,LA 71115
```

| PATIENT: ███████████ | ACCT #: K20034594943 | LOC:  ERS | U #: K000629604 |
|---|---|---|---|
| DOB: ███████████ | AGE/SX: 4Y 04M/F | ROOM: | REG: 02/10/18 |
| ATT DR:  Easterling, David R M.D | STATUS: DEP ER | BED: | DIS: |

PCR TESTS

| Date | FEB 10 | | |
| Time | 0230 | Reference | Units |

| Flu A | Negative | (Negative) | |
| Flu B | Negative | (Negative) | |
| Flu Comments | Comments(C) | | |

    (C)   NEGATIVE influenza test results do not preclude influenza
          virus infection and should not be used as the sole basis for
          treatment or other patient management decisions.  False
          negative results may occur if virus is present at levels
          below the analytical limit of detection or the virus mutates
          in the target region.

Comments            See Below(D)

    (D)   The results of this assay should be interpreted in
          conjunction with other laboratory and clinical data.

** END OF REPORT **

```
RUN DATE: 02/11/18        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES          PAGE 1
RUN TIME: 0206                    WKHS Summary Discharge Report
WK=2600 Greenwood Rd  WKS=2510 BertKounsIndLoop  WKB=2400 Hospital Dr   WKP=8001 Youree Dr
Shreveport,LA 71103    Shreveport, LA 71118     Bossier City, LA 71112  Shreveport,LA 71115
```

| | | | |
|---|---|---|---|
| **PATIENT:** ▮▮▮▮▮▮▮▮ | **ACCT #:** K20034594943 | **LOC:** ERS | **U #:** K000629604 |
| **DOB:** ▮▮▮▮▮▮▮ | **AGE/SX:** 4Y 04M/F | **ROOM:** | **REG:** 02/10/18 |
| **ATT DR:** Easterling, David R M.D | **STATUS:** DEP ER | **BED:** | **DIS:** |

| PCR TESTS |
|---|

| Date | FEB 10 | | |
|---|---|---|---|
| Time | 0230 | Reference | Units |

| Flu A | Negative | (Negative) |
|---|---|---|
| Flu B | Negative | (Negative) |
| Flu Comments | Comments(A) | |

    (A)  NEGATIVE influenza test results do not preclude influenza
        virus infection and should not be used as the sole basis for
        treatment or other patient management decisions.  False
        negative results may occur if virus is present at levels
        below the analytical limit of detection or the virus mutates
        in the target region.

Comments        See Below(B)

    (B)  The results of this assay should be interpreted in
        conjunction with other laboratory and clinical data.

** END OF REPORT **

**Willis-Knighton South**
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

| Patient Name: | | | | |
|---|---|---|---|---|
| Adm No: | K20034594943 | | MRN: | 1116206 |
| DOB: | | | Location: | ER Patient - - |
| Age: | 4Y F | | Ord No: | 90022 |
| Corp ID: | 000001116206 | | Hospital: | WKS |

Ordering Dr: DAVID RANDALL EASTERLING          CC:

## Final Report

**Admitting Diagnosis: BREATHING DIFFICULTY,ASTHMA EXACERBATION**
Reason For Exam: Breathing Difficulty, Asthma Exacerbation          Interpretive Location: BOS
**Procedure Date:** 02/10/2018                                                      **Accession Number:** 3960557
**Procedure:** SXR - XR, chest 2 view                                          **CPT Code:** 71046

**IMPRESSION: No acute cardiopulmonary disease.**

RESULT:

Procedure: XR, chest 2 view

Clinical Information: Breathing Difficulty, Asthma Exacerbation

Comparison: 12/6/2017

Findings:
Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass lesion, or effusion. No significant skeletal abnormality is seen.

Electronically Signed by: CORNELIUS J BOS M.D. on Feb 10 2018 5:30A

Techs: Jose A Torres
Additional Staff:

**Read by: CORNELIUS J BOS M.D. on Feb 10 2018 5:30A**
Electronically Signed by: CORNELIUS J BOS M.D. on Feb 10 2018 5:30A

Printed: Feb 10 2018 5:34AM
CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual for entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited   If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

**ALLERGY REPORT**

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████ | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034594943 |
| **DOB:** | ████████████ | **Age/Sex:** | 4Y/F |
| **Adm DTime:** | 02/10/2018  01:54 | **Atn Dr:** | Easterling, David MD |
| **Nurs Sta:** | Willis-Knighton South | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | Severe | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |

© 2004-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 11-Feb-18 04:08

```
RUN DATE: 02/●/18              ●llis Knighton ●th *ADMISSION●                    PAGE 1
RUN TIME: 0219            INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: PATERA.AM
```

Name: ██████████                          DOB: ████████   Age: 4Y 04M
Rm/Bd:                    Serv/Locn: ERS    Status: ER     Sex: F
Unit#: K000629604         Account#:  K20034594943   EPI#: 000000001116206

                                                          Last Update/
                                                          Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

   Allergy1-Med/Contact:                                  11/04/16 - 2201
   NKDA

   Allergy2-Med/Contact:                                  11/04/16 - 2201
   NKDA

   Food Allergies-Intol:                                  11/04/16 - 2201
   NKFA

   Latex Allergy (Y/N):                                   11/04/16 - 2201
   N

**Pharmacy Allergy List (Coded Allergies), historical data:**       11/06/16
   (Duplicate names represent coding within (3) categories:
   Ingredient, Generic and Class allergy codes.)

      NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

Easterling, David R
K20034594943        02/10/18

Willis Knighton South and Center for Womens Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500



**Discharge Instructions for:**

| | |
|---|---|
| **Arrival Date:** | **02/10/2018 01:54** |
| **Care Complete Time:** | **02/10/2018 03:52** |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Easterling, David, MD

**Diagnosis:**   Acute bronchospasm

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchospasm, Pediatric | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Allen, Scott**<br>   When: 2 days; Reason: Recheck today's complaints | prednisolone |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

Henderson

MRN # 1116206

ED Physician or Nurse

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

K20034594943                    02/10/18

Easterling, David R

  

## FOLLOW UP INSTRUCTIONS

Allen, Scott
 When: 2 days
 Reason: Recheck today's complaints

## PRESCRIPTIONS

## TESTS AND PROCEDURES

**Labs**
Influenza by PCR

**Rad**
Chest 2 View *routine*

**Procedures**
Pulse Ox Continuous

**Other**
COLLECT SWAB, Call X-Ray Tech

Easterling, ██  02/10/18
K20034594943