UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **Akeem Henderson, et al.**  Plaintiffs;  v.  **Willis-Knighton Medical Center**  Defendant. | Case No. 5:19-CV-00163  Judge Elizabeth E. Foote  Magistrate Judge Mark L. Hornsby  Jury Trial Demanded |

## **PROPOSED ORDER**

Defendant, Willis-Knighton Medical Center, filed a Rule 56 Motion for Summary Judgment.

Whereas the Court has considered Defendant's Motion and the arguments of the parties, Defendant's Motion is **GRANTED.**

SO ORDERED, this ____ day of _____, 2020.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE