

# WILLIS-KNIGHTON HEALTH SYSTEM

## CERTIFICATION OF MEDICAL RECORDS

I hereby certify that the attached medical record of:

A███████ H█████████



Is a true copy of the medical record on file at the WILLIS KNIGHTON HEALTH SYSTEM, 2600 Greenwood Road, Shreveport, LA; that these records were prepared by the medical facility personnel during the course of business at or near the time of the visit; that I am the duly authorized Health Information Management Representative, and I have the authority to certify same.

11/21/19
Date

Patricia Lee, RHIT
Health Information Management Representative



EXHIBIT
1 - A

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

| | | |
|---|---|---|
| Patient Name: ███████ | | |
| Adm No: K20034595213 | MRN: | 1116206 |
| DOB: 10/01/2013 | Location: | Inpatient - S4PI-S404A |
| Age: 4Y  F | Ord No: | 90028 |
| Corp ID: 000001116206 | Hospital: | WKS |

Ordering Dr: MINH QUACH TRI TRAN                    CC: GIAO NGOC DO

## Final Report

**Admitting Diagnosis: RESPIRATORY FAILURE**
**Reason For Exam:** post cardiac arrest
**Procedure Date:** 02/11/2018
**Procedure:** SCT - CT, head or brain wo contrast

**Interpretive Location:** BOS
**Accession Number:** 3961857
**CPT Code:** 70450

**IMPRESSION: Findings compatible with global hypoxic-ischemic encephalopathy. These findings could be corroborated with diffusion weighted MR imaging.**

RESULT:

Procedure: CT, head or brain wo contrast

Clinical Information:  post cardiac arrest

Comparison: 2/10/2018

Findings:
The study again demonstrates decreased attenuation in the basal ganglia bilaterally. There is loss of normal gray-white matter differentiation. CSF containing spaces are effaced. Findings are compatible with global hypoxic-ischemic encephalopathy.

TECHNIQUE:
Exam: Axial CT of the brain without IV contrast
Type of Scan: Interrupted supine
Slice Thickness: 5 mm
Superior Extent: Vertex
Inferior Extent: Skull base
IV Contrast: No
Oral Contrast: No

All CT scans are performed using radiation dose reduction techniques. Technical factors are evaluated and adjusted to ensure appropriate moderation of exposure. Automated dose management technology is applied to adjust the radiation dose to minimize exposure while achieving a diagnostic-quality image. Dose reduction techniques were used according to ACR guidelines.

Electronically Signed by: CORNELIUS J BOS M.D. on Feb 11 2018  4:19P

**Techs:** Susan D Davis
**Additional Staff:**

**Read by: CORNELIUS J BOS M.D.  on Feb 11 2018  4:16P**
Electronically Signed by: CORNELIUS J BOS M.D. on Feb 11 2018  4:19P

Printed: Feb 11 2018  4:20PM

CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

**Assessment Report**

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034595213 |
| DOB: | 10/01/2013 | Age/Sex: | 4Y/F |
| Adm DTime: | 02/10/2018  09:11 | Atn Dr: | Do, Giao MD |
| Nurs Sta: | S 4 PICU | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/10/2018  10:00 |
| Collected By | Julie E Bolding, RN | | |

### Genitourinary Admit Assessment

| | | | |
|---|---|---|---|
| Urinary catheter present on admission | Indwelling urinary catheter inserted at WKHS | Indwelling Urinary Catheter present on admission | Yes |
| Date / Time Inserted | 02/10/2018 06:00 | Catheter type | Indwelling urinary |
| Catheter size | Other (specify) | Other catheter size | 12F |
| Equipment | Pads / briefs | External genitalia | WDL except |
| Female genitalia | Other (specify) | Female genitalia description | Tears at entrance to vaginal wall - look fresh.  2-3 tears noted.  CPS/SPD notified by Denise, Nursing supervisor |
| Comment | Awaiting exam by SANE nurse. | | |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | Unable to assess | Bones and Joints | Unable to assess |
| Reason unable to assess | Intubated, Sedated | Reason unable to assess | Intubated, Sedated |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Eye opening | Spontaneous | Motor response | No movement |
| Verbal response | Makes no sounds | GCS Total Score | 6 |
| Neurological | Unable to assess | Pupil size, left | Small |
| Pupil size, right | Small | Pupil reaction, left | Sluggish |
| Pupil reaction, right | Sluggish | Reaction with light | 2 |
| Reaction with light | 2 | | |

### Integumentary Assessment

| | | | |
|---|---|---|---|
| Integumentary | WDL except | Skin temperature | Hot |
| Texture | Dry | Location Site 1 | Other (specify) |
| Location detail - Site 1 | Entrance to vagina | Type of wound Site 1 | Skin tear |
| Location Site 2 | Abdomen, right | Type of wound Site 2 | Scar |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Mobility: Ability to change and control body position | Completely Immobile | Activity: Degree of physical activity | Bedfast |
| Sensory Perception: | Very Limited | Moisture | Rarely Moist |
| Friction and shear | No Apparent Problem | Nutrition: Usual food intake pattern | Adequate |
| Tissue perfusion and oxygenation | Adequate | Modified Braden Score | 18 |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Rm/ Bed: | | Page 4 of 5 | |

© 2003-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Assessment Report:
ORE_0010_DSCH_NBR_V1.rpt v1.00
Printed By :Workflow
Printed on: 17-Feb-18 16:17

**Assessment Report**

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034595213 |
| DOB: | 10/01/2013 | Age/Sex: | 4Y/F |
| Adm DTime: | 02/10/2018  09:11 | Atn Dr: | Do, Giao MD |
| Nurs Sta: | S 4 PICU | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## CM Notes

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/12/2018  13:11 |
| Collected By | Frederica D Morris, LMSW | | |

**CM Notes**

| | |
|---|---|
| Care Management Note | COC NOTE; THE SW WAS INFORMED CPS AND SHREVEPORT POLICE IS INVOLVED (SEXUAL ASSAULT). LASHUNDA PRIM 318 676-7323, 318 676-7322, CELL 318 560-1676, DETECTIVE ALLDAY 318 834-8855. |

Clinical Note:

## CM Pediatric Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/11/2018  14:58 |
| Collected By | Linda F Blake | | |

**CM Pediatric Assessment**

| | | | |
|---|---|---|---|
| Lives with | Parent | Name of caregiver | JENNIFER ALEXANDER |
| Caregiver cell phone # | (318)210-3821 | Does caregiver smoke? | Never smoker |
| Smoking cessation program information | No | Main source of income | Employed |
| Problems with transportation | No | Physical/Emotional history | RESPIRATORY FAILURE |
| Family problems/needs that affect child's condition | NONE NOTED AND/OR REPORTED | Church affiliation | CHRISTIAN |
| School attending | NORTH HIGHLANDS | Current grade | PRE-SCHOOL |
| Interventions/Notes | PATIENT IS A 4YR. OLD FEMALE WHO LIVES IN THE HOME WITH HER MOTHER. THE PATIENT HAS GOOD FAMILY SUPPORT.  THE M/GRANDMOTHER AT BEDSIDE DURING SWS VISIT.  THE PATIENT'S PED DOCTOR IS DR. SCOTT ALLEN OF UNNIVERSITY HEALTH.  THE PATIENT IS ENROLLED IN SPEECH THERAPY AT HER SCHOOL.  SS WILL CONTINUE TO FOLLOW. | | |

Clinical Note:

© 2003-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Feb-18 16:17

# Assessment Report

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ▓▓▓▓▓▓▓▓L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034595213 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 4Y/F |
| **Adm DTime:** | 02/10/2018  09:11 | **Atn Dr:** | Do, Giao MD |
| **Nurs Sta:** | S 4 PICU | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Central Venous Access

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/10/2018  10:30 |
| Collected By | Julie E Bolding, RN | | |

### Central Venous Access

| | | | |
|---|---|---|---|
| Dressing condition, site 1 | Clean, dry, intact | Date Dressing change due, site 1 | 02/12/2018 |
| Dressing | Applied chlorhexidine - impregnated sponge | | |

Clinical Note:

## Death Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/16/2018  10:44 |
| Collected By | Tiffany R Jemer, RN | | |

### Death Assessment

| | | | |
|---|---|---|---|
| Date / Time Death pronounced | 02/16/2018 10:10 | Pronounced by | Dr Giao Do, brain death |
| Preliminary Cause of Death | Cardiopulmonary arrest | Physician notified | Dr Do at bedside and pronounced patient brain dead |
| Next of kin notified | family at bedside and brain death discussed with them per Dr Do | Coroner case | Autopsy |
| Date / Time Coroner notified | 02/16/2018 10:44 | Coroner's representative notified | K. Wright and M. Johnson from Coroner's office on unit to see patient |
| Body released by coroner | No | Autopsy | Yes |
| Complete Authorization of Autopsy and obtain physician order | Unknown, coroner's case | University Health's representative notified | LOPA representative Marji states she will notify University Health |
| Funeral Home name | Benevolent | Funeral Home representative notified | LOPA representative Marji states she will notify funeral home |
| Date / Time of Death | 02/16/2018 10:10 | | |

### LOPA Notification of Referral

| | | | |
|---|---|---|---|
| Referral number | 1802-0647 | Date / Time of referral | 02/11/2018 10:15 |
| Screened by | MAGGIE BENEZECH | Date / Time of Death | 02/16/2018 10:10 |
| Ventilated patient | Yes | Comments | LOPA on unit to assume care of patient at 1600. |
| Date / Time Death pronounced | 02/16/2018 10:10 | | |

Clinical Note:

## Edema Additional Findings

| | | | |
|---|---|---|---|
| **Pt Name:** ▓▓▓▓▓▓L | **MRN:** 1116206 | | **Assessment Report** |
| **Rm/ Bed:** | Page 73 of 139 | | ORE_0010_DSCH_NBR_V1.rpt v1.00 |
| | | | Printed By :Workflow |

© 2003-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034595213 |
| DOB: | 10/01/2013 | Age/Sex: | 4Y/F |
| Adm DTime: | 02/10/2018  09:11 | Atn Dr: | Do, Giao MD |
| Nurs Sta: | S 4 PICU | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/12/2018  07:10 |
| Collected By | Tiffany R Jemer, RN | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| Activity | Lying quietly, normal position, moves easily | Cry | No cry |
| Consolability | Content, relaxed | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL except |
| Conjunctiva and sclera, left | Sclera jaundice | Conjunctiva and sclera, right | Sclera jaundice |
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | Unable to assess |
| Reason Unable to Assess | Intubated, Sedated | | |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL except | FIO2 (%) | 50 |
| O2 Delivery method | Endotracheal tube | Respiratory | WDL except |
| Ventilated | Yes | Breath sounds within defined limits | WDL except |
| LUL | Coarse rales | LLL | Coarse rales |
| RUL | Coarse rales | RML | Coarse rales |
| RLL | Coarse rales | | |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL except |
| Radial pulse, left | Inaccessible due to dressing in place | | |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Gastrointestinal | WDL except | Abdomen | Distended, Soft |
| Equipment | Pads / briefs | LUQ bowel sounds | Hypoactive |
| LLQ bowel sounds | Hypoactive | RUQ bowel sounds | Hypoactive |
| RLQ bowel sounds | Hypoactive | G-tube / PEG tube | Yes |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL except | Urine color | Pink tinged, Yellow |
| Aids to elimination | Catheter, indwelling | Urinary catheter present on admission | Indwelling urinary catheter inserted at WKHS |
| Date / Time Inserted | 02/10/2018 06:00 | Catheter type | Indwelling urinary |
| Catheter size | Other (specify) | Other catheter size | 12F |
| External genitalia | WDL except | Female genitalia | Other (specify) |

© 2003-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Feb-18 16:17

**Assessment Report**

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034595213 |
| DOB: | 10/01/2013 | Age/Sex: | 4Y/F |
| Adm DTime: | 02/10/2018  09:11 | Atn Dr: | Do, Giao MD |
| Nurs Sta: | S 4 PICU | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Urinary Catheter Discontinuation

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/14/2018  04:12 |
| Collected By | Jennifer L Hooker, RN | | |

### Urinary Catheter Discontinuation

| | | | |
|---|---|---|---|
| Date/Time Catheter discontinued | 02/14/2018 01:45 | Catheter type | Indwelling urinary |
| Catheter size | Other (specify) | Other catheter size | 12F |
| Balloon Inflation volume | 5 mL | Urine color | Yellow |
| Tolerated procedure | Good | | |

Clinical Note:

## Urinary Catheter Insertion

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/14/2018  04:12 |
| Collected By | Jennifer L Hooker, RN | | |

### Urinary Catheter Insertion

| | | | |
|---|---|---|---|
| Reason for Catheter Placement | Clinical need for accurate intake and output | Date / Time Inserted | 02/14/2018 01:45 |
| Catheter type | Indwelling urinary | Catheter size | Other (specify) |
| Other catheter size | 10 | Balloon Inflation volume | 3 mL |
| Urinary catheter present on admission | Indwelling urinary catheter inserted at WKHS | | |

Clinical Note:

## Urinary Catheter Management - Indwelling

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/16/2018  07:13 |
| Collected By | Tiffany R Jemer, RN | | |

### Urinary Catheter Management - Indwelling

| | | | |
|---|---|---|---|
| Urinary Catheter continuation qualifying criteria | Intake and output monitoring - when accurate measurements are required for the following patients: critically ill deemed hemodynamically unstable, unable to reliably collect urine measurements, receiving large volumes fluid and / or diuretics | Indwelling urinary catheter maintenance procedure completed | Yes |

Clinical Note:

## Urinary Catheter Management - Indwelling

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 02/15/2018  08:00 |
| Collected By | Julie E Bolding, RN | | |

### Urinary Catheter Management - Indwelling

---

© 2003-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Feb-18 16:17

**Clinical Notes Report**

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034595213 |
| DOB: | 10/01/2013 | Age/Sex: | 4Y/F |
| Adm DTime: | 02/10/2018  09:11 | Atn Dr: | Do, Giao MD |
| Nurs Sta: | S 4 PICU | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

---

Collected Date/Time: 02/15/18  17:32          Status: Complete

Collected By: Julie E Bolding, RN

---

Collected Date/Time: 02/15/18  17:08          Status: Complete

Collected By: Julie E Bolding, RN

Note:  Spoke with LOPA again per Dr. DO - updating them that he plans to take her off life support in am.  I spoke with Ms. Vickers again, updated her.  She stated that LOPA rep would be here around 8:00-8:30 in the am.

---

Collected Date/Time: 02/15/18  16:30          Status: Complete

Collected By: Julie E Bolding, RN

Note:  Spoke with LaSundra Prim - updated her on brain death studies today and planned for again in am.

1645  Spoke with Det Allday again - autopsy will definitely be done.  Spoke with LOPA Ms. Vickers -- She states that LOPA does preautopsy harvests all the time and work closely with the coroner.  Dr. Do updated.  All lab work and chest x-rays dc'd per Dr. Do.

---

Collected Date/Time: 02/15/18  15:15          Status: Complete

Collected By: Julie E Bolding, RN

Note:  Detective Allday (834-8855) was called up update on Brain Death studies, last set to be performed by Dr. Do 2/16/18 am.

Attempt to contact CPS - LaSundra Prim - left message on voicemail at office and voicemail on cell phone.

---

Collected Date/Time: 02/15/18  14:09          Status: Complete

Collected By: Julie E Bolding, RN

Note:  1140  To NM for perfusion study of brain.  Pt tolerated procedure well.
1240 Pt back to room, stable.
1300 Dr. Tran at BS with discussion concerning perfusion study and death studies about to be performed.  Cold calorics, head tilt, corneal reflexes, and apnea challenge performed with C02 in 90s.
1400 Dr. Tran spoke with family at length concerning results and outcomes.  Family voiced unerstanding.  Paient repositioned with pressure points.  VSS.

---

Collected Date/Time: 02/14/18  14:04          Status: Complete

Collected By: Julie E Bolding, RN

Note:  1230  US of abdomen being done.  EEG tech in room preparing for EEG.

---

© 2005-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Printed By :Workflow

Printed On: 17-Feb-18 16:17

## Clinical Notes Report

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034595213 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 4Y/F |
| **Adm DTime:** | 02/10/2018  09:11 | **Atn Dr:** | Do, Giao MD |
| **Nurs Sta:** | S 4 PICU | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

**Collected Date/Time:** 02/14/18  14:04          **Status:** Complete

**Collected By:** Julie E Bolding, RN

1300   Fentanyl turned off.

1330   EEG completed.

---

**Collected Date/Time:** 02/14/18  13:51          **Status:** Complete

**Collected By:** Sandra D Williams

**Note:**  EEG  COMPLETE PT UNRESPONSIVE ON VENT. MOM DEMONSTRATES UNDERSTANDING. INFECTION CONTROL AND PAT SAFETY PROTOCOL WERE USED. NOTIFIED DR LITTLE UPON COMPLETION

---

**Collected Date/Time:** 02/14/18  11:00          **Status:** Complete

**Collected By:** Julie E Bolding, RN

**Note:**  MD aware of elevated BPs - Fentanyl 15 mcg bolus given to see if BP would lower - no effect.
Family at BS, updated on continued POC.

---

**Collected Date/Time:** 02/13/18  17:50          **Status:** Complete

**Collected By:** Tiffany R Jerner, RN

**Note:**  Large area of swelling noted to pubic mound region and labia (more so pubic mound).  IVF infusion without difficulty.
Positive blood return from distal port.  Foley care done.

---

**Collected Date/Time:** 02/13/18  13:10          **Status:** Complete

**Collected By:** Tiffany R Jerner, RN

**Note:**  Before blood transfusion, distal port had been saline locked, flushed with 5 ml NS and clamped.  When I attempted to restart IVFs, distal port would not flush or draw back blood.  IVFs moved to medial port.  Dr Tran notified.  No new orders.

---

**Collected Date/Time:** 02/13/18  12:05          **Status:** Complete

**Collected By:** Tiffany R Jerner, RN

**Note:**  FiO2 decreased per RT.

---

**Collected Date/Time:** 02/13/18  11:20          **Status:** Complete

**Collected By:** Tiffany R Jerner, RN

---

| | | | |
|---|---|---|---|
| **Pt Name:** | HENDERSON████████L | **MRN:** | 1116206 | Clinical Notes Report |
| **Rm/ Bed:** | | Page 4 of 8 | | ORE_0030_DSCH_NBR_V1.rpt v1.00 |

© 2005-2018 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Feb-18 16:17

## Clinical Notes Report

Generated from 02/10/2018 00:00 to 02/18/2018 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034595213 |
| DOB: | 10/01/2013 | Age/Sex: | 4Y/F |
| Adm DTime: | 02/10/2018  09:11 | Atn Dr: | Do, Giao MD |
| Nurs Sta: | S 4 PICU | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

---

Collected Date/Time: 02/10/18  15:55              Status: Complete

Collected By: Robert D Timmons, LPN

Note: CT SCAN ORDERED c CONTRAST. pt HAS ALLERGY TO FISH CONTAINING PRODUCTS. NO PRE-MED ORDERED BY MD OR RADIOLOGIST.

---

Collected Date/Time: 02/10/18  09:50              Status: Complete

Collected By: Julie E Bolding, RN

Note: 0950    Patient arrived per EMS, bagging in progress. Patient placed on bed. Monitor connected. ETT possibly displaced on arrival - C02 detector - no color change. Dr. Tran at BS. Heather, RT at BS. RNs X 2 at BS. ETT exchanged for a 6.0 cuffed ETT, with good color change, secured with Necbar at 18 at the lip. Patient placed on Servo Vent - see flowsheet for settings. R hand PIV with + flush. R leg IO - out, lying in gauze. Patient very cold and dry. No response to stimuli. NGT R nare exchanged for a 12 F NGT connected to ILWS - dark particulate drainage noted. CXR performed for placement of NGT and ETT. 6 French Foley was in place on arrival, had not drainaged anything to urimeter. Rocuronium 17 mg given IVP. Fentanyl drip started at 1 mg/kg. Lhand 22 gauge PIV started per R. Timmons, LPN II. MD noted skin tears at entranance to vagina. Denise (House Supervisor) informed. Denise called CPS, SPD. 5.5 13 cm TL CVL placed in R fem - Bolus of 1000 ml given per gravity. Blood obtained for lab and ISTAT. Bair Hugger placed for low temp (unable to read axillary and was not to use rectal due to SANE nurse coming for examination. 1 Amp D50 given at 1104 for OF of 43. Concentrated orange urine with small red blood clots noted draining to urimeter after the bolus.

1135  IVF (D5NS started at 65 ml/hr to CVL. Another bolus of NS 300 ml over 30 minutes given per MD order. 1315 ISTAT performed. 1425  Insulin drp at 0.05 units/hr started to R hand. 1445 Rocuronium drip started to CVL at 10.2 ml/hr. 1500 Bair Hugger off. Patient temp WNL.

1600  Patient to CT and back at 1630. BP decreased, Epi drip started at 15.9 ml/h. 1630 ISTAT.  1745  Calcium chloride started over 1 hour (105 ml). FFS (200 ml) given over 1 hour.

---

© 2005-2018 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

*Physician Documentation*　　　　　　　　　　　　　　　*Willis Knighton South*

**Name: Aaliyah** ▇▇▇▇▇▇▇
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 02/10/2018 **Time:** 01:54
**Bed** 20

MRN: 1116206
**Account#:** K20034594943
**Private MD:** Allen, Scott

**HPI:**

02/10　This 4 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Breathing**　　dre/mj2
02:33　**Difficulty, Asthma Exacerbation**.

02:33　The patient presents to the emergency department with cough, wheezing. Onset: The symptoms/episode　dre/mj2
began/occurred at 00:00. Associated signs and symptoms: Pertinent positives: cough, wheezing, Pertinent
negatives: abdominal pain, body aches, chest pain, constipation, diarrhea, dysuria, earache, fever,
headache, myalgias, nasal discharge, seizure, sore throat, vomiting. Modifying factors: The patient
symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. The patient has
experienced a previous episode. The patient has been recently seen by a physician: SEEN AT QUICK
CARE THURSDAY, DX WITH URI/STREP GIVEN Z PAK. HX AUTISM, ASTHMA, HAS BREATHING
MACHINE AT HOME-ALBUTEROL, ONE TX PTA.

**Historical:**
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Inhl as needed
  2. dulera 2 puffs am and 2 puffs pm
  3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

**Historical:**

02:11　Family history: No immediate family members are acutely ill. Immunization history: Childhood　　sr11
immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with
mother The patient attends nursery school the patient is a minor.

02:33　The history from nurses notes was reviewed and confirmed.　　dre/mj2

**ROS:**

02:33　ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as　dre/mj2
mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, **ENT:** Negative for injury, pain,
and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain,
palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and
constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and
swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and
discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **Constitutional:**
Positive for coughing, shortness of breath, Negative for chills, fatigue, malaise, acute pain, poor PO intake,
vomiting, weight loss. **Respiratory:** Positive for cough, wheezing, Negative for dyspnea on exertion,
hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea, sputum production.

**Exam:**

02:33　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　dre/mj2

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with
no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or
evidence of obstruction, uvula midline. Mucous membrane moist
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple,
full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.

*Physician Documentation Con't.*

**Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses intact and symmetrical throughout. No edema or JVD.

**Abdomen/GI:** Soft, non-tender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted

**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.

**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.

**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Joints show full, normal range of motion. Good muscle tone and strength. No acute changes of nails or digits

**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable.

**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.

**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, symetrical, no use of accessory muscles, no grunting, no evidence of nasal flaring, no appreciated paradoxical movements, no prolonged exhalations, no pursed lip breathing, no retractions, no shallow respirations, no splinting, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, wheezing, that is mild, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 02:05 | | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)                                                   sr11
02:05 100% breathing treatment                                                                     sr11

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

**MDM:**

02:30 Patient medically screened.                                                                  dre
02:33                                                                                               dre/mj2

**Data interpreted:** Pulse oximetry: on room air observed by me at the bedside is 91 %.

03:50                                                                                               dre

**Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, pneumonia URI, UTI, viral Infection.

**Data reviewed:** vital signs, nurses notes, lab test result(s), radiologic studies.

**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up.

**Response to treatment:** the patient's symptoms have resolved after treatment, the patient's condition has returned to base line.

| Order | | Status | Time | By | For |
|-------|--|--------|------|----|----|
| DuoNeb 1 unit dose Inhalation once | | Ordered | 02/10/18 02:04 | sr11 | dre |
| | | Administered | 02/10/18 02:04 | sr11 | |
| **Notes:** | | **Order Method:** Verbal - Read back | | | |
| | | **Sign off:** Easterling, David, MD 02/10/18 02:31 | | | |

**Name: Aaliyah**

MRN: 1116206
Account#: K20034594943

*Physician Documentation Con't.*

Drug alert over ride reasons: Clinically indicated

| | | |
|---|---|---|
| 02/10/18 02:04 | **Administered:** DuoNeb 1 unit dose Inhalation | sr11 |
| 02/10/18 02:32 | **Follow Up:** Response: No Adverse Reaction; Respiratory status improved; Tolerated well | sr11 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Influenza by PCR | Ordered | 02/10/18 02:31 | dre | dre |
| | Reviewed | 02/10/18 03:10 | David Easterling | |
| **Notes:** | **Order Method:** Electronic | | | |

Interpretation: negative.

Ordering Location:  ERSPC100,1

Priority LAB:  Stat

Collected by Nurse? (Yes - Change to No for Lab Collect):  Yes

Specimen Source (LBFLUSPEC):  Nasopharynx

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:32 | Susan Rainer | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 02/10/18 02:31 | dre | dre |
| | In Process Unspecified | 02/10/18 03:39 | Dispatcher MedHost | |
| **Notes:** Bed Name: 20 | **Order Method:** Electronic | | | |

Interpretation: perihilar infiltrates, otherwise negative .

Is the patient able to bear weight? (OERDBEARWT):

Is the patient at risk for falls? (OERDFALLS):

MODE OF TRANSPORTATION : (OERDTRANS):  Stretcher

O2: (OEADO2):  No

Priority RAD:  Stat

REASON FOR EXAM: (OERDEXAM):  Breathing Difficulty, Asthma Exacerbation

WEIGHT? : (OERDWEIGHT):  18.14

ER EXAM ROOM/BED: (OERDERRMBD):  20

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:36 | Susan Rainer | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation once | Ordered | 02/10/18 03:11 | dre | dre |
| | Administered | 02/10/18 03:16 | sr11 | |
| **Notes:** | **Order Method:** Electronic | | | |

## *Physician Documentation Con't.*

| 02/10/18 03:16 | Administered: Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation | | | | sr11 |
|---|---|---|---|---|---|
| 02/10/18 03:55 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | sr11 |
| Order | | Status | Time | By | For |
| Decadron - Dexamethasone Sodium Phosphate 4 mg IM once | | Ordered | 02/10/18 03:12 | dre | dre |
| | | Administered | 02/10/18 03:44 | mh7 | |
| Notes: | | Order Method: Electronic | | | |
| 02/10/18 03:44 | Administered: Decadron - Dexamethasone Sodium Phosphate 4 mg IM in left ventrogluteal | | | | mh7 |
| 02/10/18 04:00 | Follow Up: Response: No Adverse Reaction; Tolerated well | | | | sr11 |

**Order Signatures:**

Easterling, David, MD          MD    dre          Rainer, Susan, RN                    RN    sr11

**Scribe Statement:**
02/10
02:13 Scribed for **Dr. David R Easterling, MD** by Morgan Jaudon, Scribe          dre/mj2

**Disposition:**
03:50 Electronically signed by: David Easterling, M.D. I personally performed the services described in this          dre
documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**
**02/10/18 03:52 Discharged to Home/Self Care. Impression: Acute bronchospasm.**
- Condition is Stable.
- Discharge Instructions: Bronchospasm, Pediatric.
- Prescriptions for
  prednisolone 15 mg/5 mL Oral Solution
    - take 10 milliliter by ORAL route once daily for 5 days with food; 50 milliliter.
- Follow up: Allen, Scott; When: 2 days; Reason: Recheck today's complaints.
- Problem is an acute exacerbation.
- Symptoms are resolved.

**Signatures:**

| Dispatcher MedHost | EDMS | Easterling, David, MD | MD | dre |
| Jaudon, Morgan, Scribe | Scribe mj2 | Harmon, Melissa, RN | RN | mh7 |
| Rainer, Susan, RN | RN    sr11 | | | |

**Corrections:**
03:52 ~~03:52 02/10/2018 03:52 Discharged to Home/Self Care. Impression: Acute bronchospasm. Condition is Stable. Follow up: Scott Allen; When: 2 days; Reason: Recheck today's complaints. Problem is an acute exacerbation. Symptoms are resolved.~~          dre    dre

**Name:** Aaliyah▮▮▮▮▮▮▮

MRN: 1116206
Account#: K20034594943
Page 4 of 4

Print Time: 2/11/2018 06:00:37

*Nurse's Notes*                                            ***Willis Knighton South***

**Name:** Aaliyah [REDACTED]                              MRN: 1116206
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013          **Account#:** K20034594943
**Arrival Date:** 02/10/2018 **Time:** 01:54               **Private MD:** Allen, Scott
**Bed** 20

**Presentation:**

02/10 Preferred language for medical communication is English. Presenting complaint: Mother states: woke up at     sr11
02:05 midnight wheezing and coughing, i took her to quick care the other day, she has strep throat and URI, shes
been taking a z pack, gave breathing treatment at home with no relief, pt currently sitting in tripod position.
Person Transporting: Parent. Transition of care: patient was not received from another setting of care.
Mechanism of Injury: denies injury. Care prior to arrival: Medications: Albuterol Neb.

02:11 Acuity: 2 - Emergent.                                                                                      sr11

02:15 Method of Arrival: Ambulatory.                                                                            sr11

**Triage Assessment:**

02:05 **General:** Appears well developed, well nourished, well groomed, distressed, uncomfortable, Behavior is   sr11
appropriate for age, anxious, mobility; ambulates without assistance. **Pain:** level that is acceptable is 0 out
of 10 on a pain scale.

**Historical:**                                           **Screening:**
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;       02:05 **Abuse screen:**                                sr11
- **Home Meds:**                                             Denies threats or abuse. Denies injuries from
  1. Albuterol Inhl as needed                               another. there are no obvious signs of child
  2. dulera 2 puffs am and 2 puffs pm                       abuse.
  3. Singulair PO nightly                                  **Patient fall risk assessment;**
- **PMHx:** Asthma; Autism                                 No risks identified.
- **PSHx:** None                                           **Learning Barriers:**
                                                           No barriers to teaching and learning
**Historical:**                                            identified.
02:11 Family history: No immediate family       sr11       **Pedi Fall Risk**
members are acutely ill. Immunization                      No risks identified.
history: Childhood immunizations up to                     **Exposure risk/Travel Screening:**
date, Last flu immunization: up to date.                   No exposures identified.
Social history: The patient lives at home
with mother The patient attends nursery
school the patient is a minor.

02:33 The history from nurses notes was          dre/mj2
reviewed and confirmed.

**Assessment:**

02:11 **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed,  sr11
well nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility;
ambulates without assistance. **Neuro:** Level of Consciousness is alert, awake, obeys commands. **EENT:**
Reports Sore Throat Parent/caregiver reports the patient having nasal congestion nasal discharge.
**Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers Rhythm is sinus tachycardia.
**Respiratory:** Respiratory effort is labored, with retractions, using tripod position, Respiratory pattern is
tachypnea Airway is patent Breath sounds with wheezes bilaterally. **Dermatologic:** Skin is intact, is healthy
with good turgor, Skin is pink, warm & dry. normal.

02:33 **Respiratory:** Reassessment: Patient states symptoms have improved.                                     sr11

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 02:05 | | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)                                                                sr11

## *Nurse's Notes Con't*

02:05 100% breathing treatment                                      sr11

**Vitals:**
02:05 Acuity: 2 - Emergent.                                         sr11

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

**ED Course:**

| | | |
|---|---|---|
| 01:54 | Patient arrived in ED. | ms2 |
| 01:54 | Patient moved to KIOSK. | ms2 |
| 02:04 | Patient moved to 20. | sr11 |
| 02:04 | Rainer, Susan, RN is Primary Nurse. | sr11 |
| 02:11 | Triage completed. | sr11 |
| 02:11 | Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Child being held by parent. Pulse oximetry, Bedside monitor alarms on and audible. | sr11 |
| 02:13 | Easterling, David, MD is Attending Physician. | dre |
| 02:15 | Allen, Scott is Private Physician. | sr11 |
| 02:33 | Influenza culture sent to lab. | sr11 |
| 02:46 | Patient moved to Radiology. | jat |
| 02:46 | Chest 2 View *routine* Sent. | jat |
| 03:29 | Patient moved to 20. | jat |
| 03:51 | Allen, Scott is Referral Physician. | dre |
| 03:59 | No procedures done that require assistance. | sr11 |

**Administered Medications:**

| Time | Drug & Dose<br>*Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|------------------------------------------|--------|-------|------|--------------|------|----------|-------|
| 02:04 | DuoNeb 1 unit dose | | Inhalation | | | | | sr11 |
| 02:32 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:16 | Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg | | Inhalation | | | | | sr11 |
| 03:55 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:44 | Decadron - Dexamethasone Sodium Phosphate 4 mg | | IM | | | left ventrogluteal | | mh7 |
| 04:00 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | sr11 |

**Outcome:**

| | | |
|---|---|---|
| 03:52 | Discharge ordered by MD. | dre |
| 03:59 | Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, medications, Prescriptions given; 1, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. | sr11 |

Name: Aaliyah█████████

Print Time: 2/11/2018 06:00:36

MRN: 1116206
Account#: K20034594943
Page 2 of 3

*Nurse's Notes Con't*

04:00 Electronic medical record closed.                                                    sr11

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Easterling, David, MD | MD | dre | Scriptuser, MEDHOST | ms2 |
| Torres, Jose | | jat | Jaudon, Morgan, Scribe | Scribe mj2 |
| Harmon, Melissa, RN | RN | mh7 | Rainer, Susan, RN | RN sr11 |

**Corrections:**

02:20 ~~02:05~~ ~~Pulse 156bpm; Resp 36bpm; Pulse Ox 91% RA; 19.14 kg; Height 3 ft. 2 in.; BMI: 19.4; 100%~~
        ~~breathing treatment;~~                                                      ~~sr11~~ sr11

02:22 ~~02:11~~ ~~Respiratory:Respiratory effort is labored, with retractions, grunting, using tripod position;~~
        ~~Respiratory pattern is tachypnea Airway is patent Breath sounds with wheezes bilaterally.~~   ~~sr11~~ sr11

*Physician Documentation*                                          *Willis Knighton South*

**Name:** Aaliyah ▇▇▇▇▇▇▇▇
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013        MRN: 1116206
**Arrival Date:** 12/06/2017 **Time:** 08:03              **Account#:** K20034364339
**Bed** Post IM4                                          **Private MD:**

**HPI:**

| | | |
|---|---|---|
| 12/06 08:35 | This 4 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of <u>**Cough**</u>. | ah/ib |
| 08:35 | The patient presents to the emergency department with cough, described as mild, with productive sputum, fever, with an emergency department temperature of 98.6 degrees Fahrenheit. Onset: The symptoms/episode began/occurred 3 day(s) ago. Associated signs and symptoms: Pertinent positives: cough, fever, Pertinent negatives: abdominal pain, body aches, chest pain, congestion, constipation, diarrhea, dysuria, earache, headache, myalgias, nasal discharge, seizure, shortness of breath, sore throat, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. The patient has been recently seen by a physician: a pulmonologist, 2 day(s) ago, with different complaint(s), and apparently was diagnosed with Ear infection. | ah/ib |

**Historical:**
- **Allergies:** Codeine; seafood; FISH PRODUCT DERIVATIVES (Hives); SEA FOOD;
- **Home Meds:**
  1. Albuterol Unknown Inhl Unknown as needed
  2. Dulera 100-5 mcg/actuation inhalation▇▇▇▇2 puffs 2 times per day
  3. Singulair 5 mg PO chew once daily
- **PMHx:** Asthma; Autism
- **PSHx:** None

**Historical:**

| | | |
|---|---|---|
| 08:22 | Family history: Pertinent for; diabetes, hypertension. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: the patient is a minor. | ar6 |
| 08:37 | The history from nurses notes was reviewed and confirmed. | ah/ib |

**ROS:**

| | | |
|---|---|---|
| 08:37 | ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, **ENT:** Negative for injury, pain, and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure, **Psych:** Negative for depression, anxiety, suicide ideation, homicidal ideation, and hallucinations. **Constitutional:** Positive for coughing, fever, Negative for body aches, chills, obvious distress, acute pain, poor PO intake, shortness of breath, vomiting. **Respiratory:** Positive for cough, "sounds productive", Negative for hemoptysis, orthopnea, pleurisy, shortness of breath, wheezing. | ah/ib |

**Exam:**

| | | |
|---|---|---|
| 08:37 | | ah/ib |

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**Neck:** Trachea midline, no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. No JVD.

## *Physician Documentation Con't.*

No pulse deficits.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake and alert, GCS 15. Good muscle tone. Moves all extremities. Sensory grossly intact. Age appropriate reflexes and responses to physical exam.
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.
**ENT:**
**External ear(s):** are unremarkable, no abrasion, no avulsion, no erythema, no laceration, no puncture, no cellulitis, no abscess, no swelling, no contusion, no pain with movement,
**Ear canal(s):** are normal, clear, no abscess, no bleeding, no bloody discharge, no cerumen impaction, no erythema, no foreign body, no purulent discharge, no swelling,
**TM's:** bulging, is not appreciated, decreased mobility, is not appreciated, dullness, is not appreciated, erythema, that is mild, bilaterally, fluid levels, is not appreciated, hemotympanum, is not appreciated, loss of bony landmarks, is not appreciated, rupture, is not appreciated,
**Nose:** Nasal septum: Nasal mucosa: normal, Turbinates: are normal, abrasion, is not appreciated, bleeding, is not appreciated, nasal drainage, that is minimal, and is seen coming from both nares, crusted exudate a foreign body, is not appreciated, laceration, is not appreciated,
**Mouth:** is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities,
**Posterior pharynx:** is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling,
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, symetrical, no use of accessory muscles, no grunting, no evidence of nasal flaring, no appreciated paradoxical movements, no prolonged exhalations, no pursed lip breathing, no retractions, no shallow respirations, no splinting, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated, wheezing, that is mild, is heard diffusely, Expiratory, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated,

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 08:07 | | 144 | 26 | 98.6(TE) | 100% on R/A | 16.33 kg / 36 lbs 0 oz | 3 ft. 2 in. (96.52 cm) | 0/10 | lc4 |
| 08:53 | | 121 | | | | | | | ar6 |

08:07 Body Mass Index 17.53 (16.33 kg, 96.52 cm)                                         lc4

### Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 08:07 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | lc4 |

### MDM:

| | | |
|---|---|---|
| 08:34 Patient medically screened. | | ah |
| 09:42 | | ah |

**Data reviewed:** vital signs, nurses notes.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

**Name: Aaliyah** ▓▓▓▓▓▓▓▓

MRN: 1116206
Account#: K20034364339
Page 2 of 4

*Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 12/06/17 08:36 | ah | ah |
| | Administered | 12/06/17 08:53 | ar6 | |
| Notes: | Order Method: Electronic | | | |

| Drug alert over ride reasons: MD discretion | | |
|---|---|---|
| 12/06/17 08:53 | Administered: DuoNeb 1 unit dose Inhalation | ar6 |
| 12/06/17 09:49 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; Reassessment at discharge | ar6 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest Xray Portable 1 View | Ordered | 12/06/17 08:36 | ah | ah |
| | Reviewed | 12/06/17 09:41 | Andrew Haynes | |
| Notes: Bed Name: 7 | Order Method: Electronic | | | |

| | |
|---|---|
| Interpretation: No acute disease. | |
| **Is the patient able to bear weight? (OERDBEARWT):** | |
| **Is the patient at risk for falls? (OERDFALLS):** | |
| **MODE OF TRANSPORTATION : (OERDTRANS):** Stretcher | |
| **O2: (OEADO2):** No | |
| **Priority RAD:** Stat | |
| **REASON FOR EXAM: (OERDEXAM):** Cough | |
| **SPECIFIC TIME TO BE DONE: (OERDSPECTI):** STAT | |
| **WEIGHT? : (OERDWEIGHT):** 16.33 | |
| **ER EXAM ROOM/BED: (OERDERRMBD):** 7 | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 12/06/17 08:36 | ah | ah |
| | Completed | 12/06/17 08:38 | Marchelle Kelley | |
| Notes: | Order Method: Electronic | | | |

**Order Signatures:**
Haynes, Andrew, MD                    MD    ah

**Scribe Statement:**
12/06
08:34 Scribed for **Dr. Andrew Haynes, MD** by Ideal Bekteshi, Scribe                    ah/ib
**Disposition:**
09:42 Electronically signed by: Andrew Haynes M.D. I personally performed the services described in this    ah
documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**

**12/06/17 09:43 Discharged to Home/Self Care. Impression: URI, Asthma.**
- Condition is Stable.
- Discharge Instructions: Upper Respiratory Infection, Pediatric.

**Name: Aaliyah**████████

## *Physician Documentation Con't.*

- Prescriptions for
  Albuterol Sulfate 2.5 mg /3 mL (0.083 %) Inhalation Solution for Nebulization
    - inhale 1 unit by NEBULIZATION route every 8 hours As needed; 1 box.
  prednisolone 15 mg/5 mL Oral Solution
    - take 10 milliliter by ORAL route once daily for 5 days with food; 55 milliliter.
- School release in 3 days form.
- Follow up: Private Physician; When: 2 days.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Haynes, Andrew, MD | MD    ah |
| Crawford, Lauren, RN | RN | lc4 | Bekteshi, Ideal, Scribe | Scribe ib |
| Kelley, Marchelle, ED Tech | ED Tech | mk3 | Rose, Amanda, RN | RN    ar6 |

**Corrections:**

08:43 08:37 ENT: External ear(s): are unremarkable, no abrasion, no avulsion, no erythema, no laceration, no puncture, no cellulitis, no abscess, no swelling, no contusion, no pain with movement, Ear canal(s): are normal, clear, no abscess, no bleeding, no bloody discharge, no cerumen impaction, no erythema, no foreign body, no purulent discharge, no swelling, TM's: bulging, is not appreciated, decreased mobility, is not appreciated, dullness, is not appreciated, erythema, that is mild, bilaterally, fluid levels, is not appreciated, hemotympanum, is not appreciated, loss of bony landmarks, is not appreciated, rupture, is not appreciated, Nose: is normal, no abrasion, no abscess, no bleeding, no clotted blood, no contusion, no drainage, no edema, no erythema, no laceration, no septal hematoma, no swelling, Mouth: is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling;       ah/ib ah/ib

08:43 08:37 Head/Face: Normocephalic, atraumatic. Eyes: Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema. Neck: Trachea midline, no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla Chest/axilla: Normal symmetrical motion. No tenderness. No crepitus. Cardiovascular: Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. No JVD. No pulse deficits. Abdomen/GI: Soft, non-tender with normal bowel sounds. No distension. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. Back: No spinal tenderness. No costovertebral tenderness. Full range of motion. Skin: Warm and dry with excellent turgor, capillary refill <2 seconds. No cyanosis, pallor, rash or edema. MS/ Extremity: Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion. Neuro: Awake and alert, GCS 15. Good muscle tone. Moves all extremities. Sensory grossly intact. Age appropriate reflexes and responses to physical exam. Psych: Behavior, mood, response, and affect are appropriate for age.       ah/ib ah/ib

09:50 09:43 12/06/2017 09:43 Discharged to Home/Self Care. Impression: URI, Asthma. Condition is Stable. Follow up: Private Physician; When: 2 days. Problem is new. Symptoms have improved.       ah    ar6

---

Name: Aaliyah█████████

Print Time: 12/7/2017 11:51:22

MRN: 1116206
Account#: K20034364339
Page 4 of 4

*Nurse's Notes*                                              *Willis Knighton South*

**Name:** Aaliyah ▇▇▇▇▇▇                                     MRN: 1116206
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013           **Account#:** K20034364339
**Arrival Date:** 12/06/2017 **Time:** 08:03                 **Private MD:**
**Bed** Post IM4

**Presentation:**

| 12/06 08:07 | Method of Arrival: Ambulatory. | lc4 |

08:07 Preferred language for medical communication is English. Presenting complaint: Mother states: "She is   lc4
coughing and coughing up cold, she had fever yesterday. I took her to her pulmonologist on Monday and
they found out she had an ear infection so they put her on antibiotics for that. She was throwing up cold
yesterday". Person Transporting: Parent. Transition of care: patient was not received from another setting of
care.

08:13 Acuity: 4 - Semi-Urgent.                                                                              lc4

**Triage Assessment:**

08:07 **General:** Appears in no apparent distress, Behavior is cooperative. **Pain:** FACES pain scale score is 0 out   lc4
of 10.

**Historical:**                                              **Screening:**
● **Allergies:** Codeine; seafood; FISH PRODUCT            08:07 **Abuse screen:**                           lc4
  DERIVATIVES (Hives); SEA FOOD;                              Denies threats or abuse. Denies injuries from
● **Home Meds:**                                             another.
  1. Albuterol Unknown Inhl Unknown as needed              **Patient fall risk assessment:**
  2. Dulera 100-5 mcg/actuation inhalation▇▇▇2 puffs       risks identified; None.
     2 times per day                                       **Learning Barriers:**
  3. Singulair 5 mg PO chew once daily                     autism.
● **PMHx:** Asthma; Autism                                 **Pedi Fall Risk**
● **PSHx:** None                                           None Identified.
**Historical:**                                            **Exposure risk/Travel Screening:**
                                                           None identified.
08:22 Family history: Pertinent for; diabetes,        ar6
hypertension. Immunization history:
Childhood immunizations up to date, Last flu
immunization: up to date. Last tetanus
immunization: up to date. Social history: the
patient is a minor.

08:37 The history from nurses notes was reviewed   ah/ib
and confirmed.

**Assessment:**

08:22 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale   ar6
score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well
groomed, Behavior is cooperative, appropriate for age, Reports MOM REPORTS "YESTERDAY SHE
STARTED THROWING UP AND BEEN COUGHING EVER SINCE AND SHE HAD A FEVER. MONDAY
SHE HAD A PULMONARY APPT AND THEY DIAGNOSED HER WITH AN EAR INFECTION. SHE IS
TAKING AMOXICILLIN. BUT SHE WASN'T COUGHING THEN". **Neuro:** Level of Consciousness is alert,
awake. **EENT:** Nares DRIED MUCOUS NOTED TO NARES BILATERALLY. **Cardiovascular:** Heart tones
S1 S2 present. **Respiratory:** Respiratory effort is even, unlabored, relaxed, Respiratory pattern is regular,
symmetrical, Airway is patent Breath sounds are clear bilaterally. Respiratory reports
the patient having VOMITTING X 1 YESTERDAY. NONE TODAY. **Genitourinary:** Parent/caregiver reports
the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is
pink, warm & dry. normal. **Musculoskeletal:** No deficits noted. **Injury Description:** denies injury.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 08:07 | | 144 | 26 | 98.6(TE) | 100% on R/A | 16.33 kg / | 3 ft. 2 in. | 0/10 | lc4 |

## *Nurse's Notes Con't*

| | | | | | | 36 lbs 0 oz | (96.52 cm) | | |
|---|---|---|---|---|---|---|---|---|---|
| 08:53 | | 121 | | | | | | | ar6 |

08:07 Body Mass Index 17.53 (16.33 kg, 96.52 cm) — lc4

### Vitals:
08:07 Acuity: 4 - Semi-Urgent. — lc4

### Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 08:07 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | lc4 |

### ED Course:
08:03 Patient arrived in ED. — ms2
08:03 Patient moved to KIOSK. — ms2
08:12 Rose, Amanda, RN is Primary Nurse. — ar6
08:12 Patient moved to 7. — ar6
08:13 Triage completed. — lc4
08:17 Haynes, Andrew, MD is Attending Physician. — ah
08:22 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Pulse oximetry, Bedside monitor alarms on and audible. — ar6
09:49 Patient moved to Post IM4. — ar6
09:50 No procedures done that require assistance. — ar6

### Administered Medications:

| Time | Drug & Dose<br>*Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 08:53 | DuoNeb 1 unit dose | | Inhalation | | | | | ar6 |
| 09:49 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Reassessment at discharge | | | | | | | ar6 |

### Outcome:
09:43 Discharge ordered by MD. — ah
09:50 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge. School excuse given for 3day(s). No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen used on this visit. — ar6
09:50 Electronic medical record closed. — ar6

### Signatures:
| | | | | |
|---|---|---|---|---|
| Haynes, Andrew, MD | MD | ah | Scriptuser, MEDHOST | ms2 |
| Crawford, Lauren, RN | RN | lc4 | Bekteshi, Ideal, Scribe | Scribe ib |
| Rose, Amanda, RN | RN | ar6 | | |

**Name: Aaliyah**

MRN: 1116206
Account#: K20034364339

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

| | | | |
|---|---|---|---|
| Patient Name: | ██████████ | | |
| Adm No: | K20034364339 | MRN: | 1116206 |
| DOB: | 10/01/2013 | Location: | ER Patient - - |
| Age: | 4Y  F | Ord No: | 90021 |
| Corp ID: | 000001116206 | Hospital: | WKS |

Ordering Dr: ANDREW THOMAS HAYNES          CC:

## Final Report

**Admitting Diagnosis: COUGH**
**Reason For Exam:** Cough
**Procedure Date:** 12/06/2017
**Procedure:** SXR - XR, chest 1 view portable

**Interpretive Location:** WKS
**Accession Number:** 3881039
**CPT Code:** 71010

**IMPRESSION: Hazy bilateral perihilar infiltrates**

RESULT:

Procedure: XR, chest 1 view portable

Clinical Information: Cough

Comparison: None.

Findings:
Bilateral hazy perihilar pulmonary infiltrates. Shallow ventilation. Appearance the chest worsened since last exam.

Electronically Signed by: WAYNE JOSEPH HOMZA M.D. on Dec 6 2017 9:52A

**Techs:** Cortney B Roshto   Jaime S Rivers
**Additional Staff:**

**Read by: WAYNE JOSEPH HOMZA M.D. on Dec 6 2017 9:52A**
Electronically Signed by: WAYNE JOSEPH HOMZA M.D. on Dec 6 2017 9:52A

Printed: Dec 6 2017 9:56AM

CONFIDENTIALITY NOTICE: The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

# ALLERGY REPORT

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034364339 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 4Y/F |
| **Adm DTime:** | 12/06/2017  08:03 | **Atn Dr:** | Haynes, Andrew MD |
| **Nurs Sta:** | Willis-Knighton South | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | Severe | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood. |

**Rm/ Bed:**

ORE_0109_DSCH_NBR.rpt v1.00

© 2004-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 07-Dec-17 09:51

RUN DATE: 12/06/17                  llis Knighton      th *ADMISSION                              PAGE 1
RUN TIME: 0813              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: HARTJ.AM

Name:                         L              DOB: 10/01/13      Age: 4Y 02M
Rm/Bd:                  Serv/Locn: ERS       Status: ER         Sex: F
Unit#: X000629604       Account#: K20034364339   EPI#: 000000001116206


                                                              Last Update/
                                                              Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

   **Allergy1-Med/Contact:**                                    11/04/16 - 2201
   NKDA

   **Allergy2-Med/Contact:**                                    11/04/16 - 2201
   NKDA

   **Food Allergies-Intol:**                                    11/04/16 - 2201
   NKFA

   **Latex Allergy (Y/N):**                                     11/04/16 - 2201
   N


**Pharmacy Allergy List (Coded Allergies), historical data:**          11/06/16
  (Duplicate names represent coding within (3) categories:
  Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


HENDERSON              L
10/01/13      4Y 02M
Haynes, Andrew T M.
K20034364339
              12/06/17


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

Willis Knighton South and Center for Womens Health

**Willis Knighton South**
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500



**Discharge Instructions for:** ⬛⬛⬛⬛⬛ L

| | |
|---|---|
| **Arrival Date:** | 12/06/2017 08:03 |
| **Care Complete Time:** | 12/06/2017 09:43 |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Haynes, Andrew, MD

**Diagnosis:** URI, Asthma

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Upper Respiratory Infection, Pediatric | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| Private Physician<br>    When: 2 days | Albuterol Sulfate<br>prednisolone |
| **SPECIAL NOTES** | |
| None | |

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

X _(signature)_ _____   X _(signature)_ _____

**Aaliyah Henderson**
MRN # 1116206

**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

```
10/01/13    4Y 02M
Haynes, Andrew T M.
K20034364339       12/06/17
```



## FOLLOW UP INSTRUCTIONS

Private Physician
    When: 2 days

## PRESCRIPTIONS

Albuterol Sulfate 2.5 mg /3 mL (0.083 %) Inhalation Solution for Nebulization                    Printed
Inhale 1 unit by NEBULIZATION route every 8 hours As needed; Quantity: 1 box

prednisolone 15 mg/5 mL Oral Solution                                                             Printed
Take 10 milliliter by ORAL route once daily for 5 days with food; Quantity: 55 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest Xray Portable 1 View

**Procedures**
Pulse Ox Continuous

**Other**
Call X-Ray Tech

10/01/13   4Y 02M   L
Haynes, Andrew T M.
K20034364339        12/06/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be paid and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 12/06/17

Admission Time: 0803

AM0005

10/01/13      4Y      F
Haynes, Andrew T M.D.
K20034364339  12/06/17

    

WILLIS·KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

**6. *Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

**7. *Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

**8. *Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

**9.** Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

| | | |
|---|---|---|
| Signature of Patient/Guardian   Date/Time | Guarantor   Date/Time | Witness   Date/Time |
| Print Name | Print Name | Print Name |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| | | | |
|---|---|---|---|
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness   Date/Time |

Admission Date: 12/06/17
Admission Time: 0803

AM0005

10/01/13    4Y    F
Haynes, Andrew T M.D.
K20034364339   12/06/17

## WILLIS-KNIGHTON MEDICAL CENTER
## SHREVEPORT, LA
## EMERGENCY ROOM REGISTRATION INFORMATION (3901)

NAME: ████████████████L            ACCT. NO: K20034257293

GUARANTOR: ALEXANDER,JENNIFER         NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET          ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                   SHREVEPORT,LA 71107

PHONE:   (318)210-3821                PHONE: (318)210-3821      RELATION: PARENT

GUAR EMPLOYER: CHILD
ADDRESS:                              ARRIVED FROM: C
                                      ATTENDING PHYS: Willis Jr, Fred Spence M.D.
PHONE:                                ADMIT/OTHER PHYS:
                                      PRIM CARE PHYS:

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ███████████L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K20034257293         DATE:     11/04/17        UNIT#: K000629604
ROOM:                         TIME:     1636            F/C:   MA
STATUS:  REG ER               SERV/LOC: ERS            SS#:   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

PATIENT ████████████L        BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET  AGE:      4Y
         SHREVEPORT,LA 71107   SEX:      F
PHONE:   (318)210-3821        RACE      BLACK OR AFRICAN AME
                              RELIGION: Other
COUNTY:  CADDO PARISH         MARITAL STAT: SINGLE

EMPLOYER: GOD'S GIFT          PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  2305 MARIAN PL      ADDRESS: 2247 LEGARDY STREET
          SHREVEPORT,LA 71109          SHREVEPORT,LA 71107
          000-0000            PHONE: (318)210-3821     RELATION: PARENT

Is the Patient here for Pre-Op Testing: N
Comments:                                          Admit Clerk: SAFFED2.A
Reason for Visit: COUGH,RUNNY NOSE                 Baby ID#:
Known Drug Allergies: A    HIPPA Notice Given: Y   Date Notice Given: 09/23/14   Device Id: AMSPC5
Interpreter ID Number:        Patient Survey: U    Preferred Language: ENGLISH   Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? U

K20034257293

*Physician Documentation*                                    *Willis Knighton South*

**Name:** Aaliyah▓▓▓▓▓▓▓▓
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013        MRN: 1116206
**Arrival Date:** 11/04/2017 **Time:** 16:36              Account#: K20034257293
**Bed** Post IM1                                          Private MD: LSU/UH, Medical Clinic

**HPI:**

11/04    This 4 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Cough, Runny**  sw2/klb2
17:26    **Nose**.

17:26    The patient presents to the emergency department with congestion, cough, fever. Onset: The  sw2/klb2
         symptoms/episode began/occurred 2 day(s) ago. Associated signs and symptoms: Pertinent positives:
         congestion, cough, fever, Pertinent negatives: abdominal pain, constipation, diarrhea, headache, seizure,
         sore throat, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the
         patient symptoms are aggravated by nothing. It is unknown whether or not the patient has had similar
         symptoms in the past. It is unknown whether or not the patient has recently seen a physician.

**Historical:**
- **Allergies:** Codeine; SEA FOOD; FISH PRODUCT DERIVATIVES (Hives);
- **Home Meds:**
    1. Dulera 100-5 mcg/actuation inhalation▓▓▓▓▓2 puffs 2 times per day
    2. Singulair 5 mg oral chew once daily
    3. Albuterol Inhl as needed
- **PMHx:** Asthma; Autism
- **PSHx:** None

**Historical:**

16:51    Family history: Pertinent for; recent upper respiratory infection symptoms, similar symptoms recently, No  hp1
         immediate family members are acutely ill. Immunization history: Childhood immunizations up to date,
         Last flu immunization: up to date. Social history: The patient lives at home with family the patient is a
         minor.

17:26    The history from nurses notes was reviewed and confirmed.                                  sw2/klb2

**ROS:**

17:26    **Constitutional:** Positive for coughing, fever, Negative for chills, fatigue, fussiness, obvious distress, poor  sw2/klb2
         PO intake, vomiting. **ENT:** Positive for sinus congestion, Negative for difficulty swallowing, nose bleed,
         sore throat. **Respiratory:** Positive for cough, Negative for hemoptysis, pleurisy, sputum production,
         wheezing.

17:44    ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as  sw2/klb2
         mentioned below. **Eyes:** r **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for
         chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting,
         diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding,
         discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash,
         and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure.

**Exam:**

17:44                                                                                               sw2/klb2

         **Head/Face:** Normocephalic, atraumatic.
         **Eyes:** PERRLA, EOMI. Normal conjuctiva with no evidence of injection or discharge. Sclera are non-
         icteric. No gross corneal defects and anterior chambers appear normal by gross inspection.
         **Neck:** Supple. Trachea midline. No lymphadenopathy or masses. Normal ROM with no evidence of
         vertebral point tenderness. No meningismus. Lymphatic No abnormal lymphadenopathy noted by
         palpation in the neck or axilla
         **Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.

         **Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses
         intact and symmetrical throughout. No edema or JVD.
         **Respiratory:** CTA with excellent breath sounds in all fields. Symmetrical chest wall movement with no
         wheezing, rales, or rhonchi. No evidence of stridor or nasal flaring.

Print Time: 11/5/2017 20:27:40              **\*\*\* CHART COMPLETE \*\*\***                    Page 1 of 4

## *Physician Documentation Con't.*

**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** No evidence of focal tenderness or deformity. Full ROM throughout with no evidence of weakness.
**Neuro:** Awake, alert, with age appropriate mental status. CN 2-12 grossly intact. Motor strength 5/5 throughout with sensory grossly intact. Age appropriate cerebellar function. Age appropriate ambulatory ability.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well nourished, pleasant, non-toxic, afebrile.
**ENT:** TM's: bulging, is not appreciated, dullness, on the right, erythema, that is moderate, on the right, Nose: is normal, no abrasion, no bleeding, no clotted blood, no edema, no erythema, no laceration, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 16:38 | 106 / 74 | 122 | 22 | 98.9(T) | 99% on R/A | 17.24 kg / 38 lbs 0 oz | | kw1 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 16:38 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | kw1 |

**MDM:**

17:40 Patient medically screened.                                                                 sw2

17:56                                                                                              sw2

**Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, meningitis, pneumonia URI, UTI, viral Infection.
**Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient.
**Data interpreted:** Pulse oximetry: normal.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home. Evaluation of the patients emergency department complaint with medical screening exam, it has been determined no emergency medical condition exists.
**Response to treatment:** the patient's symptoms have markedly improved after treatment.

| Order | | Status | Time | By | For |
|-------|--|--------|------|----|----|
| Chest 2 View *routine* | | Ordered | 11/04/17 17:14 | sw2 | sw2 |
| | | Canceled | 11/04/17 18:08 | Dispatcher MedHost | |
| Notes: Bed Name: 14 | | **Order Method:** Electronic | | | |
| | | | | | |
| Interpretation: NEGATIVE ACUTE. | | | | | |
| Is the patient able to bear weight? (OERDBEARWT): | | | | | |
| Is the patient at risk for falls? (OERDFALLS): | | | | | |
| MODE OF TRANSPORTATION : (OERDTRANS):  Stretcher | | | | | |
| O2: (OEADO2):   No | | | | | |
| Priority RAD:  Stat | | | | | |

**Name: Aaliyah**▬▬▬

Print Time: 11/5/2017 20:27:40

**MRN:** 1116206
**Account#:** K20034257293

Page 2 of 4

*Physician Documentation Con't.*

| REASON FOR EXAM: (OERDEXAM): Cough, Runny Nose |
| --- |
| WEIGHT? : (OERDWEIGHT): 17.24 |
| ER EXAM ROOM/BED: (OERDERRMBD): 14 |

| Order | Status | Time | By | For |
| --- | --- | --- | --- | --- |
| Call X-Ray Tech | Ordered | 11/04/17 17:14 | sw2 | sw2 |
| | Completed | 11/04/17 17:18 | Steven Clinger | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
| --- | --- | --- | --- | --- |
| Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) IM once | Ordered | 11/04/17 18:03 | sw2 | sw2 |
| | Administered | 11/04/17 18:31 | sh1 | |
| Notes: | Order Method: Electronic | | | |

| 11/04/17 18:31 | Administered: Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) IM in left ventrogluteal | sh1 |
| --- | --- | --- |
| 11/04/17 19:01 | Follow Up: Response: No Adverse Reaction | sh1 |
| 11/04/17 19:10 | Follow Up: Response: No Adverse Reaction | kb7 |

| Order | Status | Time | By | For |
| --- | --- | --- | --- | --- |
| XR, chest 1 view portable | Ordered | 11/04/17 18:08 | EDMS | |
| | Reviewed | 11/04/17 18:18 | Fred Willis | |
| Notes: | Order Method: | | | |
| | Sign off: | | | |
| Interpretation: No acute disease except: possible infiltrate. | | | | |

**Order Signatures:**
Willis, Fred, MD              MD    sw2       Dispatcher MedHost                        EDMS

**Scribe Statement:**
11/04
17:26 Scribed for **Dr. Fred S Willis, Jr, MD** by Kerri L Barlow, Scribe                    sw2/klb2
**Disposition:**
17:56 Electronically signed by: FRED WILLIS JR MD. I personally performed the services described in this        sw2
documentation as scribed in my presence and it is both accurate and complete. Disposition. Chart complete.

**Disposition:**
**11/04/17 18:00 Discharged to Home/Self Care. Impression: ACUTE BRONCHITIS.**
• Condition is Stable.
• Discharge Instructions: Acute Bronchitis, Easy-to-Read.
• Prescriptions for
     Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
       - take 10.1 milliliter by ORAL route every 12 hours for 10 days MAX dose = 1750mg/day; 200 milliliter.
     Guaifenesin
       - DM 10-100mg/5 mL Oral Liquid - take 5 milliliter by ORAL route every 8 hours As needed as needed; 60
milliliter.
• Follow up: Willis-Knighton, Tots to Teens Clinic; When: Tomorrow.

Name: Aaliyah███████

## *Physician Documentation Con't.*

- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Clinger, Steven, RN | RN | smc |
| Hovingh, Sue, RN | RN | sh1 | Walthall, Kimberlene, RN | RN | kw1 |
| Willis, Fred, MD | MD | sw2 | Barlow, Kerri, Scribe | Scribe | klb2 |
| Pitarro, Holly, RN | RN | hp1 | Breaux, Kristie, RN | RN | kb7 |

**Corrections:**

| | | | |
|---|---|---|---|
| 17:44 | ~~17:26 Respiratory: Positive for cough, Negative for hemoptysis, pleurisy, sputum production, wheezing;~~ | ~~sw2/klb2~~ | sw2/klb2 |
| 18:08 | ~~17:14 XR, chest 2 view : XR ordered.~~ | ~~EDMS~~ | EDMS |
| 18:08 | ~~18:03 XR, chest 2 view : XR reviewed.~~ | ~~sw2~~ | EDMS |
| 18:08 | ~~18:03 NEGATIVE ACUTE.~~ | ~~sw2~~ | EDMS |
| 18:18 | ~~18:18 possible infiltrate.~~ | ~~sw2~~ | sw2 |

*Nurse's Notes*                                              *Willis Knighton South*

**Name:** Aaliyah████████                                   MRN: 1116206
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013          **Account#:** K20034257293
**Arrival Date:** 11/04/2017 **Time:** 16:36               **Private MD:** LSU/UH, Medical
                                                            Clinic

**Bed** Post IM1
**Presentation:**

11/04 Method of Arrival: Ambulatory.                                                        kw1
16:38

16:38 Preferred language for medical communication is English. Presenting complaint: Patient states: patient to er   kw1
with complaints of having cough congestion fever and runny nose for the past 3 days. Person Transporting:
Parent. Transition of care: patient was not received from another setting of care.

16:41 Acuity: 4 - Semi-Urgent.                                                             kw1

**Triage Assessment:**

16:38 **General:** Appears well developed, well nourished, well groomed, Behavior is cooperative, pleasant. **Pain:**   kw1
Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10.

**Historical:**                                          **Screening:**
• **Allergies:** Codeine; SEA FOOD; FISH PRODUCT        16:38 **Abuse screen:**                        kw1
DERIVATIVES (Hives);                                         Denies threats or abuse.
• **Home Meds:**                                            **Patient fall risk assessment;**
1. Dulera 100-5 mcg/actuation inhalation████2 puffs        risks identified; None.
2 times per day                                             **Learning Barriers:**
2. Singulair 5 mg oral chew once daily                     age barrier identified, caregiver ready and
3. Albuterol Inhl as needed                                willing to learn, prefers oral and written
• **PMHx:** Asthma; Autism                                 instructions.
• **PSHx:** None                                           **Pedi Fall Risk**
**Historical:**                                            None Identified.
                                                           **Exposure risk/Travel Screening:**
16:51 Family history: Pertinent for; recent     hp1       None identified.
upper respiratory infection symptoms,
similar symptoms recently, No immediate
family members are acutely ill.
Immunization history: Childhood
immunizations up to date, Last flu
immunization: up to date. Social history:
The patient lives at home with family the
patient is a minor.

17:26 The history from nurses notes was          sw2/klb2
reviewed and confirmed.

**Assessment:**

16:51 **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears in no apparent   hp1
distress, well developed, well nourished, well groomed, Behavior is appropriate for age, playing, mobility;
ambulates without assistance Reports fever for 0-12 hours, feeling ill for 0-12 hours. **Neuro:** Level of
Consciousness is alert, awake, obeys commands, appropriate to pain. Oriented to person, Moves all
extremities. **EENT:** Parent/caregiver reports the patient having nasal discharge that is watery pulling at both
ears. **Cardiovascular:** Heart tones S1 S2. **Respiratory:** Respiratory effort is even, unlabored, Respiratory
pattern is regular, symmetrical, Airway is patent Breath sounds are clear bilaterally. Reports cough that is
non-productive. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is dry, Skin is normal, Skin
temperature is warm. **Musculoskeletal:** No deficits noted.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 16:38 | 106 / 74 | 122 | 22 | 98.9(T) | 99% on R/A | 17.24 kg / 38 lbs 0 oz | | kw1 |

**Vitals:**

## *Nurse's Notes Con't*

16:38 Acuity: 4 - Semi-Urgent.                                                                          kw1

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 16:38 | spontaneous(4) | oriented(5) | obeys.commands(6) | | 15 | kw1 |

**ED Course:**

16:36 Patient arrived in ED.                                                                            ms2
16:36 Patient moved to KIOSK.                                                                           ms2
16:38 LSU/UH, Medical Clinic is Private Physician.                                                      kw1
16:41 Triage completed.                                                                                 kw1
16:41 Patient moved to Waiting.                                                                         kw1
16:45 Patient moved to 14.                                                                              hp1
16:47 Hovingh, Sue, RN is Primary Nurse.                                                                sh1
16:50 No procedures done that require assistance.                                                       hp1
16:50 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in   hp1
      reach. Patient has correct armband on for positive identification. Adult with patient.
17:14 Willis, Fred, MD is Attending Physician.                                                          sw2
17:20 No apparent distress. Resting quietly.                                                            sh1
17:48 Patient moved to Radiology.                                                                       jsr
17:48 Patient moved to 14.                                                                              jsr
17:50 No apparent distress. Resting quietly.                                                            sh1
17:57 Willis-Knighton, Tots to Teens Clinic is Referral Physician.                                      sw2
18:20 No apparent distress. Resting quietly.                                                            sh1
18:50 No apparent distress. Resting quietly.                                                            sh1
19:10 Patient moved to Post IM1.                                                                        cb6

**Administered Medications:**

| Time | Drug & Dose *Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|--------------------------------------|--------|-------|------|--------------|------|----------|-------|
| 18:31 | Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) | | IM | | | left ventrogluteal | | sh1 |
| 19:01 | Follow up: Response: No Adverse Reaction | | | | | | | sh1 |
| 19:10 | Follow up: Response: No Adverse Reaction | | | | | | | kb7 |

**Outcome:**

18:00 Discharge ordered by MD.                                                                         sw2
19:10 Discharged to home, ambulatory, with family. Discharge instructions given to family, Instructed on discharge   kb7
      instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions,
      medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge. No belongings
      were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of
      administered medications were addressed. **Oxygen use:** Oxygen use not applicable.
19:11 Electronic medical record closed.                                                                kb7

Name: Aaliyah████████

Print Time: 11/5/2017 20:27:39

MRN: 1116206
Account#: K20034257293

Page 2 of 3

## *Nurse's Notes Con't*

**Signatures:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hovingh, Sue, RN | RN | sh1 | Walthall, Kimberlene, RN | | RN | kw1 |
| Rivers, Jaime, RT | RT | jsr | Willis, Fred, MD | | MD | sw2 |
| Scriptuser, MEDHOST | | ms2 | Barlow, Kerri, Scribe | | Scribe | klb2 |
| Pitarro, Holly, RN | RN | hp1 | Blackmon, Connor, ED Tech | | ED Tech | cb6 |
| Breaux, Kristie, RN | RN | kb7 | | | | |

**Corrections:**

18:08 ~~17:48~~ ~~To radiology for XR, chest 2 view+XR.~~                    ~~jsr~~   EDMS

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034257293 |
| DOB: | 10/01/2013 | Age/Sex: | 4Y/F |
| Adm DTime: | 11/04/2017 | Atn Dr: | Willis, Fred MD |
| Dsch DTime: | 11/04/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

Order # :      4374088
Order Type/Sub Type:      Radiology/XRay
Order As Written:      XR, chest 1 view portable Reason Cough, Runny Nose STAT

Order History
Order Source:
Ordered By:      Fred Spencer Willis, MD
Entered By:      JRS on 11/4/2017  6:07:00PM
Order Entered by RAD on 11/04/2017  18:09
In progress by RAD on 11/04/2017  18:09
Discontinue by HSF_JS on 11/04/2017  23:01
Reason for Revision:  Visit is closed for the patient
Electronically Signed By:

Pt. Name: ████████████L

Entity: Willis-Knighton South

Adm Date: 11/04/2017

MRN: 1116206

Page 1 of 1

CPOE Orders Report

ORE W0TB 0149 CPOE Report V9 1.rpt

Generated By: Workflow

Generated On: 05-Nov-17 19:15

Copyright © Cerner Health Services, Inc.  All rights reserved.

Crystal Reports © 2017 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

**Willis-Knighton South**
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

| | | | |
|---|---|---|---|
| Patient Name: ▮▮▮▮▮▮▮▮ | | | |
| Adm No: | K20034257293 | MRN: | 1116206 |
| DOB: | 10/01/2013 | Location: | ER Patient - - |
| Age: | 4Y  F | Ord No: | 90020 |
| Corp ID: | 000001116206 | Hospital: | WKS |

Ordering Dr: FRED SPENCER WILLIS JR              CC:

## Final Report

**Admitting Diagnosis: COUGH, RUNNY NOSE**
**Reason For Exam:** Cough, Runny Nose
**Procedure Date:** 11/04/2017
**Procedure:** SXR - XR, chest 1 view portable

**Interpretive Location:** BOS
**Accession Number:** 3843553
**CPT Code:** 71010

**IMPRESSION: Normal portable chest.**


RESULT:

Procedure: XR, chest 1 view portable

Clinical Information: Cough, Runny Nose

Comparison: 9/23/2017.

Findings:
Heart size and contour are normal for portable technique. The lungs are clear of infiltrate, mass, or effusion. No significant skeletal abnormality is noted.


Electronically Signed by: CORNELIUS J BOS M.D. on Nov  5 2017  5:37A


**Techs:**  Jaime S Rivers   Melinda H Durr
**Additional Staff:**

**Read by:  CORNELIUS J BOS M.D.  on Nov  5 2017  5:37A**
Electronically Signed by: CORNELIUS J BOS M.D. on Nov  5 2017  5:37A

Printed: Nov  5 2017  5:41AM

CONFIDENTIALITY NOTICE:   The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.   This information is intended only for the use of the individual for entity named above.   The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.   If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

Page: 1

**ALLERGY REPORT**

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034257293 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 4Y/F |
| **Adm DTime:** | 11/04/2017  16:36 | **Atn Dr:** | Willis, Fred MD |
| **Nurs Sta:** | Willis-Knighton South | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | Severe | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |

| **Pt Name:** | ████████L | **MRN:** | 1116206 | | Allergy Report |
| **Rm/ Bed:** | | | Page 1 of 1 | | ORE_0109_DSCH_NBR.rpt v1.00 |

Printed By :Workflow
Printed On: 05-Nov-17 19:15

© 2004-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

```
RUN DATE: 11/04/17          llis Knighton    th *ADMISSION                    PAGE 1
RUN TIME: 1642         INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: SAFFED2.AM
```

```
Name:                      L              DOB: 10/01/13    Age: 4Y 01M
Rm/Bd:                 Serv/Locn: ERS      Status: ER       Sex: F
Unit#: K000629604      Account#: K20034257293    EPI#: 000000001116206
```

Last Update/
Acknowledgement:

### Interdisciplinary Assessment (Free Text), historical data:

Allergy1-Med/Contact:                                        11/04/16 - 2201
NKDA

Allergy2-Med/Contact:                                        11/04/16 - 2201
NKDA

Food Allergies-Intol:                                        11/04/16 - 2201
NKFA

Latex Allergy (Y/N):                                         11/04/16 - 2201
N

### Pharmacy Allergy List (Coded Allergies), historical data:          11/06/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

```
              AALIYAH L
10/01/13    4Y 01M
Willis Jr, Fred Spe
K20034257293        11/04/17
```

Willis Knighton South and Center for Womens Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500



**Discharge Instructions for:** ▓▓▓▓▓▓▓▓▓▓L

| | |
|---|---|
| **Arrival Date:** | 11/04/2017 16:36 |
| **Care Complete Time:** | 11/04/2017 18:00 |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Willis, Fred, MD

**Diagnosis:**   ACUTE BRONCHITIS

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Acute Bronchitis, Easy-to-Read | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Willis-Knighton, Tots to Teens Clinic**<br>   When: Tomorrow | Amoxicillin<br>Guaifenesin-DM |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

X _(signature)_                                        _(signature)_

**Aaliyah Henderson**                                **ED Physician or Nurse**
**MRN # 1116206**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

```
HENDERSON ▓▓▓▓▓ L
10/01/13      4Y 01M
Willis Jr, Fred Spe
K20034257293          11/04/17
```



## FOLLOW UP INSTRUCTIONS

Willis-Knighton, Tots to Teens Clinic (Pediatrics)
845 Olive St
Shreveport, LA 71104
318-226-4892
When: Tomorrow

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution                  Printed
Take 10.1 milliliter by ORAL route every 12 hours for 10 days MAX dose = 1750mg/day; Quantity: 200
milliliter

Guaifenesin-DM 10-100 mg/5 mL Oral Liquid                  Printed
Take 5 milliliter by ORAL route every 8 hours As needed as needed; Quantity: 60 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

HENDERSON ████ L
10/01/13   4Y 01M
Willis Jr, Fred Spe
K20034257293          11/04/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 11/04/17

Admission Time: 1636

AM0005

HENDERSON          L
10/01/13     4Y     F
Willis Jr, Fred Spence M.D.
K20034257293   11/04/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

| X _(signature)_ | | X _(signature)_ | | _(signature)_ | 11/4/17 |
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| X Jennifer Alexander | | | | Danielle Settel | 1636 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, _____, do hereby state that I have been given the authority to sign for

_____, either expressed or implied and that he or she is fully aware of this authority.

| _____ | _____ | _____ | _____ | _____ |
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date:  11/04/17
Admission Time:  1636

AM0005

10/01/13      4Y      F
Willis Jr, Fred Spence M.D.
K20034257293  11/04/17

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (SHORT)

NAME: ██████████████L                    ACCT. NO:  K20034103612

GUARANTOR:  ALEXANDER,JENNIFER          NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS:  2247 LEGARDY STREET           ADDRESS:  2247 LEGARDY STREET
          SHREVEPORT,LA 71107                     SHREVEPORT,LA 71107

PHONE:    (318)210-3821                 PHONE:  (318)210-3821    RELATION: PARENT


GUAR EMPLOYER: CHILD
ADDRESS:                                ARRIVED FROM:  C
                                        ATTENDING PHYS:  Brandhurst, Roy E M.D.
PHONE:                                  ADMIT/OTHER PHYS:
                                        PRIM CARE PHYS:

|  | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ████████ | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K20034103612                   DATE:     09/23/17        UNIT#: K000629604
ROOM:                                   TIME:     1813           F/C:  MA
STATUS:  REG ER                         SERV/LOC: ERS            SS#:  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

PATIENT:██████████████L                 BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET            AGE:      3Y
         SHREVEPORT,LA 71107            SEX:      F
PHONE:   (318)210-3821                  RACE      BLACK OR AFRICAN AME
                                        RELIGION: Other
COUNTY:  CADDO PARISH                   MARITAL STAT:  SINGLE

EMPLOYER: GOD'S GIFT                    PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  2305 MARIAN PL                ADDRESS:  2247 LEGARDY STREET
          SHREVEPORT,LA 71109                     SHREVEPORT,LA 71107
          000-0000                      PHONE:  (318)210-3821    RELATION: PARENT

Is the Patient here for Pre-Op Testing: N
Comments:                                               Admit Clerk: SAFFED2.A
Reason for Visit: FEVER,WON'T EAT                       Baby ID#:
Known Drug Allergies: A   HIPPA Notice Given: Y   Date Notice Given: 09/23/14   Device Id: AMSPC5
Interpreter ID Number:        Patient Survey: U   Preferred Language: ENGLISH   Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? U

K20034103612

*Physician Documentation*

*Willis Knighton South*

**Name: Aaliyah**▮▮▮▮▮▮▮▮▮
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 09/23/2017 **Time:** 18:13
**Bed** 10

**MRN:** 1116206
**Account#:** K20034103612
**Private MD:** Allen, Scott

**HPI:**

| | | |
|---|---|---|
| 09/23 18:33 | This 3 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Fever, Won't Eat**. | sd5/eb4 |
| 18:33 | The patient reports fever, that was measured at 102 degrees Fahrenheit, with an emergency department temperature of 99.3 degrees Fahrenheit. Onset: The symptoms/episode began/occurred acutely, yesterday. Modifying factors: there are no obvious modifying factors. Associated signs and symptoms: Pertinent negatives: cough, diarrhea, hemoptysis, sinus congestion, sinus drainage, skin rash, swelling, vomiting. Severity of symptoms: At their worst the symptoms were moderate in the emergency department the symptoms are unchanged. The patient has not experienced similar symptoms in the past. The patient has not recently seen a physician. Mother complains that Pt. hasn't eaten since yesterday. | sd5/eb4 |

**Historical:**
- **Allergies:** FISH PRODUCT DERIVATIVES (Hives); Codeine (Wheezing);
- **Home Meds:**
  1. Tylenol Oral as needed (Last dose: 09/23/2017 18:00)
  2. albuterol sulfate 1.25 mg/3 mL Inhl nebu as needed
  3. Dulera 100-5 mcg/actuation inhalation▮▮▮▮2 puffs 2 times per day
  4. Singulair 4 mg PO chew nightly
- **PMHx:** Asthma; Autism; nonverbal
- **PSHx:** None

**Historical:**

| | | |
|---|---|---|
| 18:31 | Family history: No immediate family members are acutely ill. | amw3 |
| 18:31 | Family history:. Immunization history: Childhood immunizations up to date. | amw3 |
| 18:33 | The history from nurses notes was reviewed and confirmed. | sd5/eb4 |

**ROS:**

| | | |
|---|---|---|
| 18:33 | ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, **ENT:** Negative for injury, pain, and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Respiratory:** Negative for shortness of breath, cough, wheezing, and pleuritic chest pain, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **Constitutional:** Positive for fever, Negative for body aches, coughing, obvious distress, acute pain, poor PO intake, shortness of breath, vomiting. | sd5/eb4 |

**Exam:**

| | |
|---|---|
| 18:33 | sd5/eb4 |

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.

*Physician Documentation Con't.*

**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal gait.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-diaphoretic, febrile, ED temp noted to be 99.3.
**ENT:** External ear(s): are unremarkable, no erythema, no cellulitis, no abscess, no swelling, Ear canal(s): are normal, clear, no abscess, no bleeding, no bloody discharge, no cerumen impaction, no erythema, no foreign body, no purulent discharge, no swelling, TM's: bulging, is not appreciated, decreased mobility, is not appreciated, dullness, is not appreciated, erythema, that is moderate, on the left, fluid levels, is not appreciated, hemotympanum, is not appreciated, loss of bony landmarks, is not appreciated, rupture, is not appreciated, Nose: is normal, no bleeding, no clotted blood, no drainage, no edema, no erythema, no septal hematoma, no swelling, Mouth: is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no swelling.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 18:17 | | 160 | 28 | 99.3(TE) | 96% | 15.42 kg / 34 lbs 0 oz | 30 in. (76.20 cm) (M) | 4/10 | clk |

18:17 Body Mass Index 26.56 (15.42 kg, 76.20 cm)                                                    clk

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 18:17 | to voice(3) | confused(4) | localizes pain(5) | | 12 | clk |

**MDM:**

18:27 Patient medically screened.                                                                    sd5

18:33                                                                                                 sd5/eb4
    **Data reviewed:** vital signs, nurses notes, radiologic studies, plain films, and as a result, I will continue to observe the patient, order radiologic study(s).
    **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

19:15                                                                                                 sd5
    **Differential diagnosis:** bacterial infection, bronchitis, fever, URI, viral Infection, otitis media.
    **Response to treatment:** There is no appreciated change of the patient's symptoms at this time, the patient's symptoms have mildly improved after treatment.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Chest 2 View *routine* | Ordered | 09/23/17 18:33 | sd5 | sd5 |
| | In Process Unspecified | 09/23/17 18:50 | Dispatcher MedHost | |
| Notes: Bed Name: 10 | Order Method: Electronic | | | |
| ER EXAM ROOM/BED: (OERDERRMBD): 10 | | | | |

Name: Aaliyah███████

*Physician Documentation Con't.*

| | |
|---|---|
| Is the patient able to bear weight? (OERDBEARWT): | |
| Is the patient at risk for falls? (OERDFALLS): | |
| MODE OF TRANSPORTATION : (OERDTRANS):   Stretcher | |
| O2: (OEADO2):   No | |
| Priority RAD:   Stat | |
| REASON FOR EXAM: (OERDEXAM):   Fever, Won't Eat | |
| WEIGHT? : (OERDWEIGHT):   15.42 | |

**Order Signatures:**
Denham, Sean, MD                              MD    sd5

**Scribe Statement:**
09/23
18:33 Scribed for **Dr. Sean Denham, MD** by Emily Bender, Scribe                    sd5/eb4

**Disposition:**
19:15 Electronically signed by: Sean C. Denham, MD. I personally performed the services described in this         sd5
      documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**
**09/23/17 19:17 Discharged to Home/Self Care. Impression: Otitis media, unspecified.**
- Condition is Stable.
- Discharge Instructions: Otitis Media, Pediatric.
- Prescriptions for
  Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
      - take 9 milliliter by ORAL route every 12 hours for 10 days MAX dose = 1750mg/day; 180 milliliter.
- Follow up: Allen, Scott; When: ASAP; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**
| | | | | |
|---|---|---|---|---|
| Dispatcher MedHost | EDMS | Denham, Sean, MD | MD | sd5 |
| Kelley, Candes, RN | RN    clk | Wooten, Alexi, RN | RN | amw3 |
| Bender, Emily, Scribe | Scribe eb4 | | | |

*Nurse's Notes*                                                      *Willis Knighton South*

**Name:** Aaliyah███████████
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 09/23/2017 **Time:** 18:13
**Bed** 10

MRN: 1116206
**Account#:** K20034103612
**Private MD:** Allen, Scott

## Presentation:

09/23 Method of Arrival: Ambulatory.                                   clk
18:14

18:14 Preferred language for medical communication is English. Presenting complaint: Mother states: " fever and   clk
wont eat for 24 hours. ". Person Transporting: Parent. Transition of care: patient was not received from
another setting of care. Mechanism of Injury: denies injury. Care prior to arrival: Medications: Tylenol.

18:19 Acuity: 4 - Semi-Urgent.                                        clk

## Triage Assessment:

18:16 **General:** Appears well developed, well nourished, well groomed, Behavior is cooperative, appropriate for   clk
age, pleasant, mobility; ambulates without assistance Reports fever for wont eat for 24 hours. **Pain:**
Complains of pain in throat Faces, Legs, Activity, Cry, Consolability scale score is 4 out of 10.

### Historical:
- **Allergies:** FISH PRODUCT DERIVATIVES (Hives);
  Codeine (Wheezing);
- **Home Meds:**
  1. Tylenol Oral as needed (Last dose: 09/23/2017
     18:00)
  2. albuterol sulfate 1.25 mg/3 mL Inhl nebu as needed
  3. Dulera 100-5 mcg/actuation inhalation███████2 puffs
     2 times per day
  4. Singulair 4 mg PO chew nightly
- **PMHx:** Asthma; Autism; nonverbal
- **PSHx:** None

### Screening:
18:16 **Abuse screen:**                                               clk
Denies threats or abuse. Denies injuries from
another. **Patient fall risk assessment;**
risks identified; None. **Learning Barriers:**
the patient has a cognitive barrier to learning
caregiver ready and willing to learn.
**Pedi Fall Risk**
Neuro Deficit Yes (1 Pt.).
**Exposure risk/Travel Screening:**
None identified.

### Historical:

18:31 Family history: No immediate family        amw3
members are acutely ill.

18:31 Family history:. Immunization history:      amw3
Childhood immunizations up to date.

18:33 The history from nurses notes was          sd5/eb4
reviewed and confirmed.

## Assessment:

18:31 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. FACES pain scale score is 6 out of 10.   amw3
**General:** Appears well developed, well nourished, well groomed, uncomfortable; mobility; ambulates
without assistance. **Neuro:** Level of Consciousness is alert, awake. **EENT:** No deficits noted. **Respiratory:**
Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent.
**Gastrointestinal:** Abdomen is flat, non- distended Bowel sounds present X 4 quads. Abd is soft X 4 quads
Parent/caregiver reports the patient having mother states patient is not wanting to eat. **Genitourinary:**
Reports normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is dry, Skin is
normal, black, Skin temperature is warm. **Musculoskeletal:** No deficits noted.

## Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 18:17 |     | 160   | 28   | 99.3(TE) | 96%  | 15.42 kg / 34 lbs 0 oz | 30 in. (76.20 cm) (M) | 4/10 | clk |

18:17 Body Mass Index 26.56 (15.42 kg, 76.20 cm)                      clk

## Vitals:

## *Nurse's Notes Con't*

18:17 Acuity: 4 - Semi-Urgent.                                                                                    clk

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|----------------|---------------|------------------|-------|-------|
| 18:17 | to voice(3) | confused(4) | localizes pain(5) | | 12 | clk |

**ED Course:**

| | | |
|---|---|---|
| 18:13 Patient arrived in ED. | | ms2 |
| 18:13 Patient moved to KIOSK. | | ms2 |
| 18:14 Allen, Scott is Private Physician. | | clk |
| 18:19 Patient moved to Waiting. | | clk |
| 18:19 Patient placed in waiting room Patient notified of wait time. | | clk |
| 18:22 Patient moved to .HB5. | | amw3 |
| 18:26 Patient moved to 10. | | smc |
| 18:27 Denham, Sean, MD is Attending Physician. | | sd5 |
| 18:29 Wooten, Alexi, RN is Primary Nurse. | | amw3 |
| 18:33 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Patient has correct armband on for positive identification. Adult with patient. | | amw3 |
| 19:16 Allen, Scott is Referral Physician. | | sd5 |
| 19:26 No procedures done that require assistance. | | amw3 |

**Administered Medications:**
No medications were administered

**Outcome:**

19:17 Discharge ordered by MD.                                                                                  sd5
19:26 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on    amw3
   discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of
   instructions, medications, Prescriptions given; 1, No questions or concerns expressed to me at discharge.
   No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:**
   Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable.
19:26 Electronic medical record closed.                                                                         amw3

**Signatures:**

| Clinger, Steven, RN | RN | smc | Scriptuser, MEDHOST | | ms2 |
|---------------------|-----|------|--------------------|------|------|
| Denham, Sean, MD | MD | sd5 | Kelley, Candes, RN | RN | clk |
| Wooten, Alexi, RN | RN | amw3 | Bender, Emily, Scribe | Scribe | eb4 |

**Name: Aaliyah**

**Willis-Knighton South**
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

Patient Name:
Adm No:     K20034103612                    MRN:        1116206
DOB:        10/01/2013                      Location:   ER Patient - -
Age:        3Y  F                           Ord No:     90019
Corp ID:    000001116206                    Hospital:   WKS

Ordering Dr:  SEAN CHRISTOPHER DENHAM                   CC:

## Final Report

Admitting Diagnosis: FEVER,WON'T EAT
Reason For Exam: Fever, Won't Eat
Procedure Date:  09/23/2017                  Interpretive Location:
Procedure:  SXR - XR, chest 2 view          Accession Number:  3792430
                                            CPT Code:  71020

**IMPRESSION: No acute cardiopulmonary disease.**

RESULT:

Procedure: XR, chest 2 view

Clinical Information: Fever, Won't Eat

Comparison: 9/16/2017

Findings:
Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass lesion, or effusion. No significant skeletal abnormality
is seen.

Electronically Signed by: MICHAEL COLTER GATES M.D. on Sep 23 2017  7:36P

Techs:  Jaime S Rivers
Additional Staff:

Read by:  MICHAEL COLTER GATES M.D.  on Sep 23 2017  7:35P
Electronically Signed by: MICHAEL COLTER GATES M.D. on Sep 23 2017  7:36P
                                                        Printed: Sep 23 2017  7:40PM.

CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

# Plan Of Care Report

Generated from 08/24/2017 00:00 to 09/07/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ███████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034103612 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 09/23/2017 18:13 | **Atn Dr:** | Denham, Sean MD |
| **Nurs Sta:** | Willis-Knighton South | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Plan of Care

### No Plans Charted for Visit

### Problems associated to Patient

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| Problem Details | Value | | Problem Details | Value | Problem Details | Value |
| **Breathing Pattern - Ineffective** | | 08/28/2017 04:31 | | Meghan A Wallace, RN | | Resolved |
| Status: | | | | | | |
| **Falls - Risk of** | | 08/28/2017 04:31 | | Meghan A Wallace, RN | | Resolved |
| Comment: | | | Status: | | | |
| **Thermoregulation - Risk of, Imparied** | | 08/28/2017 04:31 | | Meghan A Wallace, RN | | Resolved |
| Comment: | | | Event: | | Day Part: | |
| Severity: | | | Acute/Chronic: | | Onset Date: | |
| Onset: | | | Status: | | | |

## Expected Outcomes

### No Expected Outcomes Charted For Visit

© 2008-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

# ALLERGY REPORT

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | ████████L | **MRN:** | 1116206 | |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034103612 | |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F | |
| **Adm DTIme:** | 09/23/2017  18:13 | **Atn Dr:** | Denham, Sean MD | |
| **Nurs Sta:** | Willis-Knighton South | **Rm & Bed:** | | |
| **Dx:** | | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | Severe | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |

| **Pt Name:** ████████L | **MRN:** 1116206 | Allergy Report |
|---|---|---|
| **Rm/ Bed:** | Page 1 of 1 | ORE_0109_DSCH_NBR.rpt v1.00 |

Printed By :Workflow
Printed On: 24-Sep-17 19:40

© 2004-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

```
RUN DATE: 09/23/17              ⬤llis Knighton ⬤uth *ADMISSIONS              ⬤              PAGE 1
RUN TIME: 1820              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: SAFFED2.AM
```

Name: ██████████L                     DOB: 10/01/13     Age: 3Y 11M
Rm/Bd:                  Serv/Locn: ERS        Status: ER        Sex: F
Unit#: K000629604       Account#: K20034103612   EPI#: 000000001116206


                                                          Last Update/
                                                          Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

   Allergy1-Med/Contact:                                  11/04/16 - 2201
   NKDA

   Allergy2-Med/Contact:                                  11/04/16 - 2201
   NKDA

   Food Allergies-Intol:                                  11/04/16 - 2201
   NKFA

   Latex Allergy (Y/N):                                   11/04/16 - 2201
   N


Pharmacy Allergy List (Coded Allergies), historical data:    11/06/16
   (Duplicate names represent coding within (3) categories:
   Ingredient, Generic and Class allergy codes.)

      NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record

██████████IYAH L
10/01/13     3Y 11M
Brandhurst, Roy E M
K20034103612              09/23/17

Willis Knighton South and Center for Womens Health

## Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500



**Discharge Instructions for:** ▮▮▮▮▮▮▮▮▮▮▮L

**Arrival Date:** 09/23/2017 18:13

**Care Complete Time:** 09/23/2017 19:17

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Denham, Sean, MD

**Diagnosis:** Otitis media, unspecified

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Otitis Media, Pediatric | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Allen, Scott**<br>When: ASAP; Reason: Recheck today's complaints | Amoxicillin |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

_Aaliyah Henderson_

_Alexi Nooten, RN_

**Aaliyah Henderson**
MRN # 1116206

_ED Physician or Nurse_

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

HENDERSON,▮▮▮▮▮▮L
10/01/13    3Y 11M
Brandhurst, Roy E M
K2003410361Z        09/23/17

    

## FOLLOW UP INSTRUCTIONS

Allen, Scott
  When: ASAP
  Reason: Recheck today's complaints

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution                                    Printed
Take 9 milliliter by ORAL route every 12 hours for 10 days MAX dose = 1750mg/day; Quantity: 180 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
None

HENDERSON ████████ L
10/01/13   3Y 11M
Brandhurst, Roy E M
K20034103612          09/23/17

    

**WILLIS-KNIGHTON HEALTH SYSTEM**

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party payors or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 09/23/17

Admission Time: 1813

AM0005

10/01/13      3Y      F
Brandhurst, Roy E M.D.
K20034103612   09/23/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

**6. Assignment to Physicians:** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

**7. Medicare Consent:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

**8. Champus/Medicare Notice:** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

**9.** Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

| X _____ | | X _____ | | _____ 9/28/17 |
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness   Date/Time |

| X _Jennifer Alexander_ | | _____ | | _Danielle Sethel_ 1813 |
| Print Name | | Print Name | | Print Name |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| _____ | _____ | _____ | _____ | _____ |
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date:  09/23/17
Admission Time:  1813

AM0005

10/01/13   3Y      F
Brandhurst, Roy E M.D.
K20034103612   09/23/17



WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION FORM

NAME: ██████████L                                    ACCT. NO: K20034078160

GUARANTOR: ALEXANDER,JENNIFER              NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET                ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                         SHREVEPORT,LA 71107
PHONE:   (318)210-3821                      PHONE: (318)210-3821    RELATION: PARENT


GUAR EMPLOYER: CHILD
ADDRESS:                                    ARRIVED FROM: C
                                            ATTENDING PHYS: Easterling, David R M.D.
PHONE:                                      ADMIT/OTHER PHYS:
                                            PRIM CARE PHYS:

                    NAME              POLICY #              GROUP #           BENEFIT PLAN
  PRIMARY INS: LA HLTHCARE CONN LA ME  1997286459512    ██████████L          MEDICAID
SECONDARY INS:
 TERTIARY INS:
   FOURTH INS:




ACCT NO: K20034078160                       DATE:     09/16/17          UNIT#: K000629604
ROOM:                                       TIME:     0851             F/C: MA
STATUS: REG ER                              SERV/LOC: ERS              SS#: 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

PATIENT: ██████████L                        BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET                AGE:      3Y
         SHREVEPORT,LA 71107                SEX:      F
PHONE:   (318)210-3821                      RACE     BLACK OR AFRICAN AME
                                            RELIGION: Other
COUNTY:  CADDO PARISH                       MARITAL STAT: SINGLE

EMPLOYER: GOD'S GIFT                        PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  2305 MARIAN PL                    ADDRESS: 2247 LEGARDY STREET
          SHREVEPORT,LA 71109                        SHREVEPORT,LA 71107
          000-0000                          PHONE: (318)210-3821    RELATION: PARENT

Is the Patient here for Pre-Op Testing: N
Comments:                                                    Admit Clerk: ALEXAJ.AM
Reason for Visit: COUGH FEVER                                Baby ID#:
Known Drug Allergies: A    HIPPA Notice Given: Y   Date Notice Given: 09/23/14   Device Id: AMSPC6
Interpreter ID Number:     Patient Survey: N   Preferred Language: ENGLISH   Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? N

K20034078160

*Physician Documentation*                                                        *Willis Knighton South*

**Name:** Aaliyah████████████
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013                  **MRN:** 1116206
**Arrival Date:** 09/16/2017 **Time:** 08:42                       **Account#:** K20034078160
**Bed** 10                                                         **Private MD:** Allen, Scott

**HPI:**
09/16   This 3 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Cough, Fever**.     dre/kej
09:09

09:09   The patient presents to the emergency department with congestion, that is moderate, cough, described as   dre/kej
        moderate, fever, that is subjective. Onset: The symptoms/episode began/occurred 2 day(s) ago.
        Associated signs and symptoms: Pertinent positives: congestion, cough, fever, Pertinent negatives:
        abdominal pain, constipation, diarrhea, earache, shortness of breath, sore throat, vomiting, wheezing.
        Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by
        nothing. Treatment prior to arrival: none. The patient has experienced similar episodes in the past, with the
        last episode occurring 2 week(s) ago. The patient has been recently been admitted at Willis Knighton, was
        discharged a couple of weeks ago. Pt recently discharged 2 weeks ago seen "lung doctor per family" given
        breathing treatment and steroid inhaler. Family reports using both. .

**Historical:**
- **Allergies:** No known drug Allergies;
**Historical:**
09:09   The history from nurses notes was reviewed and confirmed. Social history: The patient attends recently   dre/kej
        started., the patient is a minor.
09:24   Family history: Pertinent for; cancer, diabetes, hypertension, pertinent negatives; thyroid disease, No     eb1
        immediate family members are acutely ill. Immunization history: Childhood immunizations up to date.
        Social history: The patient lives at home with family The patient/guardian denies using caffeine The patient
        speaks fluent English.

**ROS:**
09:09   ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned   dre/kej
        below. **Eyes:** Negative for injury, pain, redness, and discharge, **Neck:** Negative for injury, pain, and
        swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for
        abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:**
        Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity,
        **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness,
        tingling, and seizure, **Psych:** Negative for depression, anxiety, suicide ideation, homicidal ideation, and
        hallucinations. **Constitutional:** Positive for coughing, fever, Negative for body aches, chills, fussiness,
        obvious distress, acute pain, poor PO intake, shortness of breath, vomiting. **ENT:** Positive for sinus
        congestion, Negative for difficulty swallowing, nose bleed, pulling at ears, sore throat. **Respiratory:**
        Positive for cough, with no reported sputum, Negative for hemoptysis, shortness of breath, wheezing.

**Exam:**
09:09                                                                                                            dre/kej

        **Head/Face:** Normocephalic, atraumatic.
        **Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
        Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with
        no swelling, redness, or edema.
        **ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
        and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or
        evidence of obstruction, uvula midline. Mucous membrane moist
        **Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full
        range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
        abnormal lymphadenopathy noted by palpation in the neck or axilla
        **Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
        **Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses
        intact and symmetrical throughout. No edema or JVD.

## Physician Documentation Con't.

**Respiratory:** CTA with excellent breath sounds in all fields. Symmetrical chest wall movement with no wheezing, rales, or rhonchi. No evidence of stridor or nasal flaring. No increased work of breathing.
**Abdomen/GI:** Soft, non-tender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Joints show full, normal range of motion. Good muscle tone and strength. No acute changes of nails or digits
**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable.
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Female GU:** Normal external genitalia. Bladder is nontender.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well groomed, non-diaphoretic, afebrile.
**Special observations:** Pt playing on phone during exam..

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 08:43 | | 135 | 28 | 98.4 | 100% on R/A | 16.78 kg / 36 lbs 16 oz | 36 in. (91.44 cm) | 0/10 | js |

08:43 Body Mass Index 20.07 (16.78 kg, 91.44 cm)                                                  js

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 08:43 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | js |

**MDM:**
09:09                                                                                            dre/kej
**Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient, order radiologic study(s), plain X-ray(s).
**Data interpreted:** Pulse oximetry: normal.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.
09:14 Patient medically screened.                                                                 dre
10:02                                                                                            dre
**Differential diagnosis:** bacterial infection, bronchitis, fever, pneumonia URI, UTI, viral Infection.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Chest 2 View *routine* | Ordered | 09/16/17 09:15 | dre | dre |
| | Reviewed | 09/16/17 10:01 | David Easterling | |
| Notes: Bed Name: 10 | Order Method: Electronic | | | |
| Interpretation: VIRAL PATTERN, OTHERWISE NEGATIVE . | | | | |
| WEIGHT? : (OERDWEIGHT):  16.78 | | | | |
| ER EXAM ROOM/BED: (OERDERRMBD):  10 | | | | |
| Is the patient able to bear weight? (OERDBEARWT): | | | | |
| Is the patient at risk for falls? (OERDFALLS): | | | | |

**Name:** Aaliyah ▉▉▉▉▉▉

**MRN:** 1116206
**Account#:** K20034078160

## *Physician Documentation Con't.*

| MODE OF TRANSPORTATION : (OERDTRANS):   Stretcher |
|---|
| O2: (OEADO2):   No |
| Priority RAD:   Stat |
| REASON FOR EXAM: (OERDEXAM):   Cough, Fever |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 09/16/17 09:15 | dre | dre |
| | Completed | 09/16/17 09:54 | Edward Bentrup | |
| Notes: | Order Method: Electronic | | | |

**Order Signatures:**

Easterling, David, MD                    MD    dre

**Scribe Statement:**

09/16
09:08 Scribed for **Dr. David R Easterling, MD** by Katherine E Jaynes, Scribe                    dre/kej

09/16
09:11 Scribed for **Dr. David R Easterling, MD** by Kerri L Barlow, Scribe                    dre/klb2

**Disposition:**

10:02 Electronically signed by: David Easterling, M.D. I personally performed the services described in this                    dre
documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**

**09/16/17 10:03 Discharged to Home/Self Care. Impression: .URI Acute upper respiratory infection, unspecified.**
- Condition is Stable.
- Discharge Instructions: Upper Respiratory Infection, Pediatric.
- Follow up: Private Physician; When: Next week; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Dispatcher MedHost | EDMS | Smith, Justin, RN | RN | js |
| Easterling, David, MD | MD    dre | Bentrup, Edward, RN | RN | eb1 |
| Jaynes, Katherine, Scribe | Scribe kej | | | |

*Nurse's Notes*

**Name:** Aaliyah⬛⬛⬛⬛⬛⬛
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 09/16/2017 **Time:** 08:42
**Bed** 10

*Willis Knighton South*

MRN: 1116206
Account#: K20034078160
**Private MD:** Allen, Scott

### Presentation:

| | | |
|---|---|---|
| 09/16 08:43 | Method of Arrival: Ambulatory. | js |
| 08:43 | Preferred language for medical communication is English. Presenting complaint: Mother states: having a cough since Thursday and fever that started yesterday. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. | js |
| 08:47 | Acuity: 4 - Semi-Urgent. | js |

### Triage Assessment:

08:43 **General:** Appears well developed, well nourished, Behavior is cooperative, pleasant, Reports fever for 1-2   js
days. **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10.

### Historical:

- **Allergies:** No known drug Allergies;

**Historical:**

09:09 The history from nurses notes was   dre/kej
reviewed and confirmed. Social history:
The patient attends recently started., the
patient is a minor.

09:24 Family history: Pertinent for; cancer,   eb1
diabetes, hypertension, pertinent
negatives; thyroid disease, No immediate
family members are acutely ill.
Immunization history: Childhood
immunizations up to date. Social history:
The patient lives at home with family The
patient/guardian denies using caffeine The
patient speaks fluent English.

### Screening:

08:43 **Abuse screen:**   js
Unable to obtain physical abuse screening due
to patient's inability to understand questions.
**Patient fall risk assessment;**
risks identified; None Intervention for positive
screen: ED Physician notified, side rails up,
parent/caregiver holding child, teaching
provided regarding fall risk, with verbalized
understanding.
**Learning Barriers:**
the patient has a cognitive barrier to learning pt
has autism.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

### Assessment:

09:24 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is appropriate for age,   eb1
anxious, uncooperative, mobility; ambulates without assistance. **Neuro:** Level of Consciousness is alert,
awake, obeys commands, Gait is steady, Speech is normal. **EENT:** Parent/caregiver reports the patient
having nasal discharge that is watery for 3 day(s). **Respiratory:** Parent/caregiver reports the patient having
cough that is non-productive, for 3 day(s). **Gastrointestinal:** Parent/caregiver reports the patient having
anorexia. **Genitourinary:** Parent/caregiver reports the patient having normal urinary habits. Age appropriate
behavior- Toddler (12 months to 4 yrs): autonomy-separate from parent, minimal language skills, fears pain,
safety concerns.

10:24 **Pain:** level that is acceptable is 0 out of 10 on a pain scale.   eb1

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 08:43 | | 135 | 28 | 98.4 | 100% on R/A | 16.78 kg / 36 lbs 16 oz | 36 in. (91.44 cm) | 0/10 | js |

08:43 Body Mass Index 20.07 (16.78 kg, 91.44 cm)   js

### Vitals:

08:43 Acuity: 4 - Semi-Urgent.   js

**\*\*\* CHART COMPLETE \*\*\***

## Nurse's Notes Con't

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 08:43 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | js |

**ED Course:**

| | |
|---|---|
| 08:42 Patient arrived in ED. | ms2 |
| 08:42 Patient moved to KIOSK. | ms2 |
| 08:43 Allen, Scott is Private Physician. | js |
| 08:48 Patient moved to Waiting. | js |
| 08:49 Patient moved to 10. | eb1 |
| 08:52 Bentrup, Edward, RN is Primary Nurse. | eb1 |
| 08:53 Easterling, David, MD is Attending Physician. | dre |
| 09:24 Patient/caregiver encouraged to voice any concerns. Bed in low position. Call light in reach. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. | eb1 |
| 09:26 Patient moved to Radiology. | drm |
| 09:26 Patient moved to 10. | drm |
| 09:26 Chest 2 View *routine* Sent. | drm |
| 10:23 No procedures done that require assistance. | eb1 |

**Administered Medications:**
No medications were administered

**Outcome:**

| | |
|---|---|
| 10:03 Discharge ordered by MD. | dre |
| 10:23 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Grandmother Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, medications, Prescriptions given; None. No questions or concerns expressed to me at discharge. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | eb1 |
| 10:24 Electronic medical record closed. | eb1 |

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Smith, Justin, RN | RN | js | Easterling, David, MD | MD | dre |
| Bentrup, Edward, RN | RN | eb1 | Martinez, Dianna, RT | RT | drm |
| Scriptuser, MEDHOST | | ms2 | Jaynes, Katherine, Scribe | Scribe | kej |

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

| | | | |
|---|---|---|---|
| Patient Name: ██████████████ | | | |
| Adm No: | K20034078160 | MRN: | 1116206 |
| DOB: | 10/01/2013 | Location: | ER Patient - ERS- |
| Age: | 3Y  F | Ord No: | 90018 |
| Corp ID: | 000001116206 | Hospital: | WKS |

Ordering Dr:  DAVID RANDALL EASTERLING             CC:

## Final Report

Admitting Diagnosis: COUGH FEVER
Reason For Exam: Cough, Fever
Procedure Date: 09/16/2017
Procedure:  SXR - XR, chest 2 view

Interpretive Location: WKP
Accession Number: 3783078
CPT Code: 71020

IMPRESSION: Mild peribronchial cuffing is noted and can be seen with acute viral illness or in the setting of reactive airway disease.

RESULT:

Procedure: XR, chest 2 view

Clinical Information: Cough, Fever

Comparison: 8/28/2017

Findings:
Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass lesion, or effusion. Mild peribronchial cuffing. No significant skeletal abnormality is seen.

Electronically Signed by: MICHAEL COLTER GATES M.D. on Sep 16 2017  9:55A

Techs:  Dianna Martinez
Additional Staff:

Read by:  MICHAEL COLTER GATES M.D.  on Sep 16 2017  9:52A
Electronically Signed by: MICHAEL COLTER GATES M.D. on Sep 16 2017  9:55A

Printed: Sep 16 2017  9:59AM

CONFIDENTIALITY NOTICE:   The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.   This information is intended only for the use of the individual for entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

## Plan Of Care Report

Generated from 08/17/2017 00:00 to 08/31/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034078160 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 09/16/2017  08:51 | Atn Dr: | Easterling, David MD |
| Nurs Sta: | Willis-Knighton South | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

### Plan of Care

**No Plans Charted for Visit**

### Problems associated to Patient

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | |
| Breathing Pattern - Ineffective | | 08/28/2017  04:31 | | Meghan A Wallace, RN | | Resolved |
| Status: | | | | | | |
| Falls - Risk of | | 08/28/2017  04:31 | | Meghan A Wallace, RN | | Resolved |
| Comment: | | Status: | | | | |
| Thermoregulation - Risk of, Impaired | | 08/28/2017  04:31 | | Meghan A Wallace, RN | | Resolved |
| Comment: | | Event: | | Day Part: | | |
| Severity: | | Acute/Chronic: | | Onset Date: | | |
| Onset: | | Status: | | | | |

### Expected Outcomes

**No Expected Outcomes Charted For Visit**

| | | | |
|---|---|---|---|
| Pt Name: | HENDERSON, ████L | MRN: | 1116206 |
| Rm/ Bed: | | Page 1 of 1 | |

Plan Of Care Report

ORE_0146_DSCH_NBR_v1.rpt v1.00

Printed By :Workflow

Printed On: 17-Sep-17 10:47

© 2008-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

# ALLERGY REPORT

| | | | |
|---|---|---|---|
| **Pt Name:** | ███████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034078160 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTIme:** | 09/16/2017  08:51 | **Atn Dr:** | Easterling, David MD |
| **Nurs Sta:** | Willis-Knighton South | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | Severe | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |

Allergy Report
ORE_0109_DSCH_NBR.rpt v1.00
Printed By :Workflow
Printed On: 17-Sep-17 10:47

© 2004-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

RUN DATE: 09/16/17          Willis Knighton South *ADMISSIONS                    PAGE 1
RUN TIME: 0852              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ALEXAJ.AM

Name: ████████ L                    DOB: 10/01/13     Age: 3Y 11M
Rm/Bd:                 Serv/Locn: ERS       Status: ER      Sex: F
Unit#: K000629604      Account#: K20034078160   EPI#: 000000001116206


                                                          Last Update/
                                                          Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

    Allergy1-Med/Contact:                                 11/04/16 - 2201
    NKDA

    Allergy2-Med/Contact:                                 11/04/16 - 2201
    NKDA

    Food Allergies-Intol:                                 11/04/16 - 2201
    NKFA

    Latex Allergy (Y/N):                                  11/04/16 - 2201
    N


Pharmacy Allergy List (Coded Allergies), historical data:        11/06/16
    (Duplicate names represent coding within (3) categories:
    Ingredient, Generic and Class allergy codes.)

    NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record

HENDERSON██████ L
10/01/13    3Y 11M
Easterling, David R
K20034078160          09/16/17

Willis Knighton South and Center for Womens Health

## Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ▓▓▓▓▓▓L

| | |
|---|---|
| **Arrival Date:** | 09/16/2017 08:42 |
| **Care Complete Time:** | 09/16/2017 10:03 |

10/01/13   3Y IIM
Easterling, David R
K20034078160                    09/16/17

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Easterling, David, MD

**Diagnosis:**   .URI Acute upper respiratory infection, unspecified

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Upper Respiratory Infection, Pediatric | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>    When: Next week; Reason: Recheck today's complaints | None |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

X _Benj Abel_ _____     _Ed Bentrup R_ _____

**Aaliyah Henderson**                           **ED Physician or Nurse**
**MRN # 1116206**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

   

## FOLLOW UP INSTRUCTIONS

Private Physician
 When: Next week
 Reason: Recheck today's complaints

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

AALIYAH L
10/01/13   3Y 11M
Easterling, David R
K20034078160          09/15/17

    

**WL WILLIS-KNIGHTON HEALTH SYSTEM**

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness''). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 09/16/17

Admission Time: 0851

 AM0005



10/01/13     3Y     F
Easterling, David R M.D.
K20034078160  09/16/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

**6. *Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

**7. *Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

**8. *Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

**9.** Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |

| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date:  09/16/17
Admission Time:  0851

AM0005

10/01/13    3Y    F
Easterling, David R M.D.
K20034078160  09/16/17

WILLIS-KNIGHTON SOUTH                                                      SHREVEPORT, LOUISIANA

| | Code |
|---|---|
| ADMITTING DIAGNOSIS: | |
| PRINCIPAL DIAGNOSIS: | |
| OTHER DIAGNOSES: | |

| OPERATIONS/OTHER PROCEDURES: | Date |
|---|---|

| DISCHARGE STATUS | □ Routine □ Expired | □ AMA □ Autopsy | □ SNF/HRF □ OTHER | □ HHA | LENGTH OF STAY DAYS | Physician's Signature | Date |
|---|---|---|---|---|---|---|---|

| Account No. | K20034006872 | | Admission Date | 08/28/17 | NONHCFAC | MEDITECH Unit Number | K000629604 |
|---|---|---|---|---|---|---|---|

Room/Bed        S5517/A              Admission Time   0307       ER          Subscriber Name:
Type            DIS IN               Previous Status  EDDISIN                 Subscriber DOB:
Location/Svc    PED                  Last Dish Date   02/16/18                Soc Sec Number    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
Patient                                                  Patient                              Financial Class_  MA
Name            _____ L                      Date of Birth    10/01/13       Age: 4Y      Sex: F
Street          2247 LEGARDY STREET                     Age              4Y
City/State/Zip  SHREVEPORT, LA 71107                    Sex              F
Home Phone      (318)210-3821                           Race             BLACK OR AFRICAN AME
                                                        Religion         Other
County          CADDO PARISH                            Marital Status   SINGLE
Patient Employer                                        Person to Notify
Name            CHILD                                   Name             ALEXANDER,JENNIFER
Street                                                  Street           2247 LEGARDY STREET
City/State/Zip                                          City/State/Zip   SHREVEPORT, LA 71107
Phone                            CHILD                  Phone            (318)210-3821    Relationship  PARENT
Guarantor                                               Next of Kin
Name            ALEXANDER,JENNIFER                      Name             ALEXANDER,JENNIFER
Street          2247 LEGARDY STREET                     Street           2247 LEGARDY STREET
City/State/Zip  SHREVEPORT, LA 71107                    City/State/Zip   SHREVEPORT, LA 71107
Phone           (318)210-3821        SSN 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    Phone            (318)210-3821    Relationship  PARENT
Guarantor Employer                                      Arrival Date
Name            GOD'S GIFT                              Arrival Mode     C
Street          2305 MARIAN PL                          Physician 1      Tran, Sharon N M.D.
City/State/Zip  SHREVEPORT,LA 71109                     Physician 2      Tran, Sharon N M.D.
Phone           000-0000        SERVICE WORKER
Insurance              Policy Number           Group No    Subscriber _____ L    Benefit Plan
LA HLTHCARE CONN LA ME  1997286459512                                       MEDICAID

Is the Patient Here for Pre-Op Testing:  N                              Admit Clerk: FISHEH.AM
Comment:  ROLLED ER TO IP ONLY
Language Preferred for Medical Communication: ENGLISH                    Device Id:
____ Notice Given:   Y   Date Notice Given:  201409     Known Drug Allergies: A       Ethnicity: NHILAT
Reason for Visit:   MILD PERSISTANT ASTHMA C STATUS ASTHMATICUS    Baby :d#:

WK South Hospital
K20034006872

S5E1S5517A
Sharon N Tran, M.D.

Report Type: SUMM

ADMITTED:  08/28/2017
DISCHARGED:  08/30/2017

HOSPITAL COURSE:  Alliyah is a 3-year-old who was admitted to the Pediatric service for status asthmaticus.  She has a past medical history significant for asthma and autism and has had several admissions for asthma.  She presented to the emergency room with labored breathing and wheezing.  Her mom reports that she developed runny nose and cough two days prior to admission.  The day prior to admission she began wheezing and mom was given albuterol nebulizations at home.  However, she worsened and became short of breath.  In the emergency room she had a T-max of 100.8 and was noted to be tachypneic with respirations in the 40s and oxygen saturation of 84% on room air. She received albuterol nebulizations and magnesium sulfate in the emergency room and was subsequently admitted for further care.  Her workup in the emergency room included a CBC which showed a white count of 15,000.  Chemistries were unremarkable.  Blood culture was done which was negative at two days and a chest x-ray was also done which did not show any infiltrates.  During her admission, she received albuterol and Atrovent nebulizations, IV fluids, and IV steroids.  She improved clinically and her respiratory distress and hypoxia resolved. She was weaned to room air without any issues.  She was also seen by the asthma task force and her mom was provided asthma education and was also provided with an aero chamber and instructions on how to use it.  She was discharged home on 8/30/17 on albuterol nebulizations 2.5 mg q 4 as needed for wheezing and Orapred 15 mg p.o. twice a day for 3 days. S he will follow-up with her primary care physician and also has a followup appointment with Pediatric Pulmonology, Dr. Jones, that is scheduled.

DISCHARGE DIAGNOSES:

1. STATUS ASTHMATICUS.
2. UPPER RESPIRATORY INFECTION.
3. AUTISM.

Sharon N Tran, M.D.

PHYS:      002944
DICT DATE: 08/30/2017 02:09 P
TRANS DATE:   09/04/2017 08:42 A

Page 1 of 2

WK South Hospital
K20034006872
▬▬▬▬▬▬▬▬▬

S5E1S5517A
Sharon N Tran, M.D.

Report Type: SUMM

BY:      bb
DISCHARGE SUMMARY
JOB #2346592

**Electronically Signed by: TRAN, SHARON NHU M.D. on  06-Sep-2017
11:03:38 -05:00**

**WILLIS-KNIGHTON HEALTH SYSTEM**   **Pediatric Hospitalist History and Physical**

Patient Name: _____ Date: 8/28/17 Time: _____

PCP: LSU _____ Source of Information: Mom

Chief Complaint: Labored breathing _____

**History of Present Illness:** _____

3y/o female c̄ PMH sig for Asthma, Autism presented to WKS ER c̄ labored breathing & wheezing. Mom reports pt developed runny nose & cough 2 days ago. Yesterday she began wheezing & mom was giving Alb nebs at home. But pt worsened & became SOB. She was taken to ER for eval. ⊕ Fever max 100.8 at home. In ER, pt tachypneic RR: 40s O₂ sat 84% on RA. Pt received frequent Alb nebs & Mg sulfate x1 & was admitted for fuh care. ∅/d ⊕ supportive.

_____
_____
_____
_____
_____
_____

**Past Medical/Birth History:** ☐ Unremarkable ☑ Other Asthma c̄ several admits - last 7/2017, Hx of prematurity 27 wks GA, stayed in NICU @ UH, Autism

**Past Surgical History:** ∅

**Allergies:** ☐ NKDA ☑ Other Codeine

**Immunizations:** ☑ UTD ☐ Other _____

**Family History:** ☑ Noncontributory ☐ Other _____

**Social History:** ☑ Lives at home with parents/mom ☑ Attends school / ECESE

☐ Other _____

**Home Medications:** Albuterol prn



HP0005

HENDERSON, AALIYAH L
10/01/13    3Y 10M
Tran, Sharon N M.D. S5517
K20034006872        08/28/17

**WILLIS-KNIGHTON HEALTH SYSTEM**

**Pediatric Hospitalist History and Physical continued**

*General:* ☐ None ☑ Fever ☑ Decreased appetite/oral intake ☐ Decreased activity ☐ Fussy ☐ Other _____

*HEENT:* ☐ None ☐ Head injury ☐ Red/Swollen eyes ☐ Eye d/c ☑ Runny nose ☐ Congestion ☐ Earache ☐ Ear d/c ☐ Sore throat ☐ Other _____

*Cardiovascular:* ☑ None ☐ Cyanosis ☐ Chest pain _____

*Respiratory:* ☐ None ☑ Cough ☑ SOB ☑ Wheeze ☐ Other _____

*GI:* ☑ None ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ Abd pain ☐ Bloody stools ☐ Other _____

*Hematology:* ☑ None ☐ Easy bruising ☐ Epistaxis ☐ Other _____

*Neuro:* ☑ None ☐ Headache ☐ Syncope ☐ Seizures ☐ LOC ☐ Other _____

*GU:* ☑ None ☐ Decreased urine ☐ Dysuria ☐ Discharge ☐ Other _____

**Physical Exam:** ☑ 10 systems reviewed and per History of Present Illness otherwise negative

*Vitals:* Temp 99.9 HR 140 RR 52 O2 sat 94 RA Wt 16.7 Kg

*General:* ☑ Well-hydrated ☑ WN ☑ NAD ☑ Nontoxic ☐ Remarks _____

*HEENT:* ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☑ PERRL ☑ Conjunctiva clear ☑ No rhinorrhea/congestion ☐ Nasal flaring ☐ Tempanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal ☐ Remarks ⊕ _____

*Neck:* ☑ Normal ☑ Supple ☑ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks _____

*Heart:* ☐ Normal ☑ S1S2 ☐ RRR ☐ Murmur ☐ Remarks _____

*Lungs:* ☐ Normal ☐ CTA bil ☐ Unlabored  Air movement: ☐ good ☑ fair ☐ poor ☑ Wheeze (end expiratory/inspiratory) faint scattered ☐ Remarks ↓ aeration b/c, tachypnic

*Abdomen:* ☑ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly ☐ Masses ☐ Remarks _____

*Extremities:* ☑ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses ☐ Remarks _____

*Musculoskeletal:* ☑ Normal ☐ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____

*Skin:* ☑ Normal ☐ Rash ☐ Remarks _____

*Neuro:* ☑ Normal/nonfocal ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2–12 intact ☐ Remarks _____

*GU:* ☑ Normal male/female genitalia     Testes descended: ☐ Right ☐ Left ☐ Deferred ☐ Remarks _____

HP652
Revised 10/04/2016
Page 2 of 3



HENDERSON, AALIYAH L
10/01/13    3Y 10M
Tran, Sharon N M.D.  5517
K20034006872            01/28/


WILLIS-KNIGHTON HEALTH SYSTEM

### Pediatric Hospitalist History and Physical continued

LAB: ☑Reviewed ☐ Abnormals

141 | 06 | 9
4.5 | 23 | 0.45 } 25

Ca. 9.5
Alb ____ AstAlt ____
Alk/Phos ____ 15.1
T/Dbili ____

11
34.1

2.66

Segs 80
Bands ____
Lymphs 11

☑CXR  Ø infiltrates            ☐ Cultures

Other: _____

**Plan:**
☑ See orders   ☐ Continue medical management   ☑ Follow labs   ☑ O2, Respiratory Therapy
☑ IV Fluids   ☐ Discussed assessment & plan with  ☐ Patient   ☑ Family

☐ IV antibiotics: _____

☐ Consults: _____

☐ Remarks: 3 y/o c̄ status asthmaticus, URI, acute resp distress, hypoxia. Clinically stable. Ordering Albuterol/Atrovent nebs, IV steroid, IVF. Asthma education by mother trik free.

☐ Extended time spent counseling patient and family
☐ Total time spent_____ minutes.
☐ Face to face_____ minutes.

Physician Signature        6/26/13   2pm
                          Date/Time

☑ Sharon Tran, M.D. (2944)   ☐ Greg Oji, M.D.(2977)
☐ Craig Chu, MD (3101)   ☐ Anna Craig, MD (3110)


HP0005


AALIYAH
10/01/13    3Y 10M
Tran, Sharon N M.D. 5517
K20034006872        01/28/2

## Nurse's Notes

**Willis Knighton South**

**Name:** Aaliyah ▓▓▓▓▓▓▓▓
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 08/28/2017 **Time:** 01:18
**Bed** 12

MRN: 1116206
Account#: K20034006872
**Private MD:** LSU/UH, KidMed clinic

### Presentation:

08/28  Preferred language for medical communication is English. Presenting complaint: Mother states: Her nose        hk1
01:18  started running Saturday and now she's wheezing, I dont' know what's down in her lungs, but she's got fever
        and I gave her Motrin and a treatment at 0000. Person Transporting: Parent. Transition of care: patient was
        not received from another setting of care.

01:22 Acuity: 2 - Emergent.        hk1
01:24 Method of Arrival: Ambulatory.        hk1

### Triage Assessment:

01:18 **General:** Appears well developed, well nourished, uncomfortable, Behavior is appropriate for age,        hk1
        uncooperative. **Pain:** Denies pain.

### Historical:
- **Allergies:** Codeine;
- **Home Meds:**
    1. Albuterol Nebulizer
- **PMHx:** Asthma
- **PSHx:** None

### Historical:

01:24 Family history: No immediate family members  hk1
        are acutely ill. Immunization history:
        Childhood immunizations up to date.

01:34 The history from nurses notes was reviewed        rb
        and confirmed. Family history: Father has/had
        no known health problems. Mother has/had
        hypertension. Social history: The patient lives
        at home The patient speaks fluent English, the
        patient is a minor.

### Screening:

01:18 **Abuse screen:**        hk1
        Denies threats or abuse. Denies injuries from
        another. there are no obvious signs of child
        abuse.
        **Patient fall risk assessment;**
        risks identified; None.
        **Learning Barriers:**
        No barriers to teaching and learning identified.
        ready and willing to learn, caregiver ready and
        willing to learn.
        **Pedi Fall Risk**
        None Identified.
        **Exposure risk/Travel Screening:**
        None identified.

### Assessment:

01:25 **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed,        hk1
        well nourished, distressed, uncomfortable, Behavior is appropriate for age, uncooperative. **Neuro:** Level of
        Consciousness is alert, awake, Moves all extremities. Full function. **Cardiovascular:** Capillary refill < 3
        seconds is brisk in bilateral fingers. **Respiratory:** Respiratory effort is even, labored, with retractions,
        Respiratory pattern is symmetrical, tachypnea Airway is patent Breath sounds with wheezes upon
        exhalation. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is normal.

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 01:18 | | 167 | 36 | 97.6 | 84% on R/A | 16.78 kg / 36 lbs 16 oz | | hk1 |
| 01:26 | | 170 | 40 | | 99% 15% | | | hk1 |
| 02:07 | | 172 | 35 | | 100% on Non-rebreather mask | | | hk1 |
| 02:49 | | 149 | 31 | | 99% on 3 lpm NC | | | hk1 |
| 03:34 | | 151 | 30 | 97.2(A) | 98% on R/A | | | hk1 |

### Vitals:

01:18 Acuity: 2 - Emergent.        hk1

---

Print Time: 8/29/2017 06:16:17        **\*\*\* CHART COMPLETE \*\*\***

*Nurse's Notes Con't*

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 01:18 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | hk1 |

**ED Course:**

| | |
|---|---|
| 01:18 Patient arrived in ED. | ms2 |
| 01:18 Patient moved to KIOSK. | ms2 |
| 01:22 Kirkikis, Helen, RN is Primary Nurse. | hk1 |
| 01:22 Patient moved to 12. | hk1 |
| 01:24 LSU/UH, KidMed clinic is Private Physician. | hk1 |
| 01:24 Patient placed in exam room on oxygen on pulse oximetry. | hk1 |
| 01:26 O2 via face mask @ 15L/min. | hk1 |
| 01:30 Critical Med Co-Sign: SOLU-Medrol 2 mg/kg (32 mg) IVP, dosage verified by Jennifer Morrow, RN. | jm15 |
| 01:34 Brandhurst, Roy, MD is Attending Physician. | rb |
| 01:35 Inserted saline lock IV, 22 gauge in right antecubital area and blood collected. by Jenn, RN. | hk1 |
| 01:35 Blood collected; (by ED staff). specimen labeled in the presence of the patient Sent per order to lab. blood cultures sent to lab. | jm15 |
| 01:46 Critical Med Co-Sign: Albuterol 2 unit doses inhalation, dosage verified by Amanda,RN. | aca |
| 02:59 CALLED DR TRAN. | ck3 |
| 03:04 DR TRAN RETURNED CALL. | ck3 |
| 03:06 Tran, Sharon, MD is Hospitalizing Provider. | rb |
| 03:07 Waiting for Bed Assignment. | rb |
| 03:26 Waiting for Bed Assignment. | ck3 |
| 03:38 attempted to give report to 5E; unavailable at this time. Will call back in 15 minutes. | hk1 |
| 03:46 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Patient has correct armband on for positive identification. Adult with patient. | hk1 |
| 03:46 No procedures done that require assistance. | hk1 |

**Administered Medications:**

| Time | Drug & Dose<br>*Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|------------------------------------------|--------|-------|------|--------------|------|----------|-------|
| 01:26 | DuoNeb 1 unit dose | | Inhalation | | 15 mins | | | hk1 |
| 01:35 | SOLU-Medrol 2 mg/kg | | IVP | | 2 mins | right antecubital | | hk1 |
| 01:47 | Albuterol 5 mg | | Inhalation | | | | | jm15 |
| 02:07 | Magnesium Sulfate 850 mg | | IVPB | | 33 mins | right antecubital | | hk1 |

**Outcome:**

| | |
|---|---|
| 03:07 Decision to Hospitalize by Provider. | rb |
| 03:45 Moved to Pediatrics Room # 5517, accompanied by tech, carried by parent with chart. Instructed on admit to floor admission process Demonstrated understanding of instructions, Prescriptions given; None. No questions or concerns expressed to me at discharge. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen used on this visit. | hk1 |

**Name: Aaliyah** ⬛⬛⬛⬛⬛

MRN: 1116206
Account#: K20034006872

Print Time: 8/29/2017 06:16:17

Page 2 of 3

## *Nurse's Notes Con't*

04:01 Electronic medical record closed.                                                    hk1

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Brandhurst, Roy, MD | MD | rb | Scriptuser, MEDHOST | ms2 |
| Morrow, Jennifer, RN | RN | jm15 | Kemp, Christine, ED Tech | ED Tech  ck3 |
| Kirkikis, Helen, RN | RN | hk1 | Rose, Amanda, RN | RN  aca |

Name: Aaliyah ▮▮▮▮▮▮▮

Print Time: 8/29/2017 06:16:17

*Physician Documentation*                                      *Willis Knighton South*

**Name: Aaliyah**████████████

**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013         MRN: 1116206
**Arrival Date:** 08/28/2017 **Time:** 01:18                Account#: K20034006872
**Bed** 12                                                  **Private MD:** LSU/UH, KidMed clinic

**HPI:**
08/28 This 3 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Breathing**   rb
01:34 **Difficulty**.
01:34 The patient presents to the emergency department with congestion, with nasal discharge, that is clear, that   rb
that is mild, cough, that is intermittent, described as moderate, with no sputum, fever, that was measured at 102
degrees Fahrenheit, with an emergency department temperature of 97.6 degrees Fahrenheit, rhinorrhea,
wheezing. Onset: The symptoms/episode began/occurred acutely, 2 day(s) ago, and became worse this
morning. Associated signs and symptoms: Pertinent positives: congestion, cough, fever, nasal discharge,
shortness of breath, wheezing, Pertinent negatives: abdominal pain, body aches, constipation, diarrhea,
dysuria, earache, headache, sore throat, vomiting. Modifying factors: The patient symptoms are alleviated
by nothing, the patient symptoms are aggravated by coughing. Treatment prior to arrival: albuterol nebulizer,
ibuprofen. The patient has experienced similar episodes in the past, several times. last admitted to hospital
in July for asthma. Has been on steroids previously..

**Historical:**
- **Allergies:** Codeine;
- **Home Meds:**
  1. Albuterol Nebulizer
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**
01:24 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations   hk1
up to date.

01:34 The history from nurses notes was reviewed and confirmed. Family history: Father has/had no known health   rb
problems. Mother has/had hypertension. Social history: The patient lives at home The patient speaks fluent
English, the patient is a minor.

**ROS:**
01:34 **Eyes:** Negative for injury, pain, redness, and discharge. **Neck:** Negative for injury, pain, and swelling,   rb
**Cardiovascular:** Negative for Chest pain, palaitations, and edema. **Abdomen/GI:** Negative for abdominal
pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** negative for foul
smelling urine, painful urination or blood in urine. **MS/Extremity:** Negative for injury and deformity, or
swelling. **Skin:** Negative for injury, rash, and discoloration, petechia or purpura. **Constitutional:** Positive for
coughing, fever, shortness of breath, Negative for chills, fatigue, fussiness, acute pain. **ENT:** Positive for
rhinorrhea, sinus congestion, Negative for ear pain, sore throat. **Respiratory:** Positive for cough, with no
reported sputum, shortness of breath, wheezing. **Neuro:** Negative for altered mental status, headache,
seizure activity, weakness. ROS as in the HPI, and all other systems were reviewed negative, or
noncontributory.

**Exam:**
01:34                                                                                                      rb

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no
swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or
evidence of obstruction, uvula midline. Mucous membrane moist/pink.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full
range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal

*Physician Documentation Con't.*

PMI, no JVD. No pulse deficits.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. No hernia. No splenomegaly. No hepatomegaly
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Female GU:** No CVA tenderness or bladder tenderness or distension.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, non-diaphoretic, non-toxic, in distress, that is moderate, afebrile, short of breath.
**Respiratory:** moderate respiratory distress is noted, Respirations: labored breathing, that is moderate, accessory muscle usage, that is mild, nasal flaring, that is moderate, shallow respirations, that is moderate, tachypnea, that is moderate, Breath sounds: wheezing, that is severe, is heard diffusely.
**Neuro:** Orientation: appropriate for stated age, Mentation: appropriate for stated age, Motor: is normal, moves all fours, strength is 5/5 in all extremities, Sensation: is normal.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 01:18 | | 167 | 36 | 97.6 | 84% on R/A | 16.78 kg / 36 lbs 16 oz | | hk1 |
| 01:26 | | 170 | 40 | | 99% 15% | | | hk1 |
| 02:07 | | 172 | 35 | | 100% on Non-rebreather mask | | | hk1 |
| 02:49 | | 149 | 31 | | 99% on 3 lpm NC | | | hk1 |
| 03:34 | | 151 | 30 | 97.2(A) | 98% on R/A | | | hk1 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 01:18 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | hk1 |

**MDM:**

01:34 Patient medically screened.                                                                                                    rb
01:34                                                                                                                                 rb
    **Differential diagnosis:** bacterial infection, bronchitis, fever, pneumonia URI, viral Infection, asthma exceberation.
    **Data reviewed:** vital signs, nurses notes, lab test result(s), radiologic studies, and as a result, I will admit patient, initiate a consult, order radiologic study(s), order laboratory test(s) administer steroids, administer nebulizer.
    **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for further work-up and treatment in the hospital.
    **Admission orders:** after a detailed discussion of the patient's condition and case, the admit orders are written by me.
02:08                                                                                                                                 rb
    **ED course:** Reassessed. Much improved. No retractions or nasal flaring. Still wheezing. Will continue supportive care and admit for further care.
02:59                                                                                                                                 rb
    **Physician consultation:** Dr. Sharon Tran MD was called at 03:00, was contacted at 03:00, regarding admission, patient's condition.

| Order | Status | Time | By | For |
|-------|--------|------|----|-----|
| | | | | |

**Name: Aaliyah** ████████

## *Physician Documentation Con't.*

| DuoNeb 1 unit dose Inhalation once | Ordered | 08/28/17 01:26 | hk1 | ep |
|---|---|---|---|---|
| | Administered | 08/28/17 01:26 | hk1 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Brandhurst, Roy, MD 08/28/17 01:39 | | | |

**Drug alert over ride reasons:** MD discretion

| 08/28/17 01:26   **Administered:** DuoNeb 1 unit dose Inhalation over 15 mins | | | | hk1 |
|---|---|---|---|---|
| **Order** | **Status** | **Time** | **By** | **For** |
| SOLU-Medrol 2 mg/kg IVP once | Ordered | 08/28/17 01:29 | hk1 | ep |
| | Administered | 08/28/17 01:35 | hk1 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Brandhurst, Roy, MD 08/28/17 01:39 | | | |

| 08/28/17 01:35   **Administered:** SOLU-Medrol 2 mg/kg IVP in right antecubital over 2 mins | | | | hk1 |
|---|---|---|---|---|
| **Order** | **Status** | **Time** | **By** | **For** |
| CBC With Diff | Ordered | 08/28/17 01:35 | hk1 | ep |
| | Returned | 08/28/17 02:48 | Dispatcher MedHost | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Brandhurst, Roy, MD 08/28/17 01:39 | | | |

**Comments: (OEMICCOM):**
**Ordering Location:** ERSPC100.1
**Priority LAB:** Stat
**Quantity 1:** 1
**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No

| **Order** | **Status** | **Time** | **By** | **For** |
|---|---|---|---|---|
| Chem 8 | Ordered | 08/28/17 01:35 | hk1 | ep |
| | Reviewed | 08/28/17 02:43 | Roy Brandhurst | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Brandhurst, Roy, MD 08/28/17 01:39 | | | |

**Interpretation:** Normal except: Glucose 125.
**Comments: (OEMICCOM):**
**Ordering Location:** ERSPC100.1
**Priority LAB:** Stat
**Quantity 1:** 1
**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No

| **Order** | **Status** | **Time** | **By** | **For** |
|---|---|---|---|---|
| Chest 1 View | Ordered | 08/28/17 01:35 | hk1 | ep |
| | Reviewed | 08/28/17 01:56 | Roy Brandhurst | |
| **Notes:** Bed Name: 12 | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Brandhurst, Roy, MD 08/28/17 01:39 | | | |

**Interpretation:** No acute disease.
**WEIGHT? : (OERDWEIGHT):** 16.78
**ER EXAM ROOM/BED: (OERDERRMBD):** 12
**Is the patient able to bear weight? (OERDBEARWT):**
**Is the patient at risk for falls? (OERDFALLS):**

**Name:** Aaliyah████████

## *Physician Documentation Con't.*

| MODE OF TRANSPORTATION : (OERDTRANS):   Stretcher | | | | |
|---|---|---|---|---|
| **O2: (OEADO2):**   No | | | | |
| **Priority RAD:**   Stat | | | | |
| **REASON FOR EXAM: (OERDEXAM):**   Breathing Difficulty | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Blood Culture, Bacteria x1 | Ordered | 08/28/17 01:35 | hk1 | ep |
| | In Process Unspecified | 08/28/17 01:44 | Dispatcher MedHost | |
| **Notes:** | **Order Method: Verbal - Read back** | | | |
| | **Sign off: Brandhurst, Roy, MD 08/28/17 01:39** | | | |

| Ordering Location:   ERSPC100.1 | | | | |
|---|---|---|---|---|
| **Priority LAB:**   Stat | | | | |
| **Quantity 1:**   1 | | | | |
| **COLLECTED BY NURSE? (Y/N) (OELBCBN):**   No | | | | |
| **Source (OEMICbId):**   Venipuncture | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Magnesium Sulfate 850 mg IVPB once; over 20 minutes | Ordered | 08/28/17 01:39 | rb | rb |
| | Administered | 08/28/17 02:07 | hk1 | |
| **Notes:** | **Order Method: Electronic** | | | |

| 08/28/17 02:07   Administered: Magnesium Sulfate 850 mg IVPB in right antecubital over 33 mins | | | | hk1 |
|---|---|---|---|---|

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol 5 mg Inhalation Continuous | Ordered | 08/28/17 01:43 | jm15 | rb |
| | Administered | 08/28/17 01:47 | jm15 | |
| **Notes:** | **Order Method: Verbal - Read back** | | | |
| | **Sign off: Brandhurst, Roy, MD 08/28/17 01:56** | | | |

| 08/28/17 01:47   Administered: Albuterol 5 mg Inhalation | | | | jm15 |
|---|---|---|---|---|

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Vital Signs | Ordered | 08/28/17 02:43 | rb | rb |
| | Completed | 08/28/17 02:49 | Helen Kirkikis | |
| **Notes:** | **Order Method: Electronic** | | | |

**Order Signatures:**

| Paul, Edward, MD | MD | ep | Kirkikis, Helen, RN | RN | hk1 |
|---|---|---|---|---|---|
| Brandhurst, Roy, MD | MD | rb | Morrow, Jennifer, RN | RN | jm15 |

**Disposition:**

03:04 Electronically signed by: R. Brandhurst M.D. I personally performed the services described in this        rb
      documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**

**08/28/17 03:07 Hospitalization ordered by Tran, Sharon for Inpatient Admission. Preliminary diagnosis is Mild persistent asthma with status asthmaticus.**

**Name: Aaliyah**▆▆▆▆▆▆

**MRN:** 1116206
**Account#:** K20034006872

Print Time: 8/29/2017 06:16:19

Page 4 of 5

## *Physician Documentation Con't.*

- Bed requested for Specific Bed.
- Status is Inpatient Admission.                                                              hk1
- Condition is Fair.
- Problem is an acute exacerbation.
- Symptoms have improved.

### Critical Care Time Excluding Procedures:
03:04 Critical care time: Consultation: 5 minutes, Family Intervention: 10 minutes, Patient Care: 25 minutes,      rb
        Documentation: 10 minutes. Total time: 50 minutes

### Signatures:

| | | | | |
|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Brandhurst, Roy, MD | MD rb |
| Morrow, Jennifer, RN | RN | jm15 | Kemp, Christine, ED Tech | ED Tech ck3 |
| Kirkikis, Helen, RN | RN | hk1 | | |

Name: Aaliyah █████████

Print Time: 8/29/2017 06:16:19

**MRN:** 1116206
**Account#:** K20034006872
Page 5 of 5

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| Pt Name: | ▬▬▬▬▬▬▬L | MRN: | 1116206 |
|---|---|---|---|
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: | 08/30/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

| | | | |
|---|---|---|---|
| Order # : | 2765650 | Soarian Order # : | 2289259 |
| Order Type/Sub Type: | Medication/IV/Injectable | | |
| Order As Written: | SODIUM CHLORIDE 0.9% (50 ML bag) MAGNESIUM SULFATE 50% 850 MG = 1.7 ML Intravenous @155mL/Hour Over 0.33H for 1 Bags | | |

Order History
Order Source:
Ordered By:         Roy Estel Brandhurst, MD
Entered By:         SRX on 8/28/2017  1:56:00AM
Validated by SRX on 08/28/2017  01:56
Validated by Meghan A Wallace, RN on 08/28/2017  04:40          Electronically Signed by:
Discontinue by HSF_JS on 08/30/2017  23:06                      BRANDHURST, ROY ESTEL M.D.
Electronically Signed By:                                       on 13-Sep-2017 19:20:55 -0500

| | |
|---|---|
| Order # : | 2765004 |
| Order Type/Sub Type: | Admit/Discharge/Transfer/Admit |
| Order As Written: | Patient status: Inpatient |

Order History
Order Source:         CPOE Order
Ordered By:           Roy Estel Brandhurst, MD
Entered By:           Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM
Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22
Active by Meghan A Wallace, RN on 08/28/2017  04:40
Discontinue by HSF_JS on 08/30/2017  23:02
Reason for Revision: Visit is closed for the patient
Electronically Signed By: Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

| | |
|---|---|
| Order # : | 2765026 |
| Order Type/Sub Type: | Admit/Discharge/Transfer/Admit |
| Order As Written: | Attending physician Sharon Nhu Tran, MD Complete care turned over to listed Attending. Please contact listed Attending for any changes in patient status or questions related to admission orders and patient care. |

Order History
Order Source:         CPOE Order
Ordered By:           Roy Estel Brandhurst, MD
Entered By:           Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM
Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22
Active by Meghan A Wallace, RN on 08/28/2017  04:40
Discontinue by HSF_JS on 08/30/2017  23:02
Reason for Revision: Visit is closed for the patient
Electronically Signed By: Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Orders Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | |
|---|---|
| **Pt Name:** ▬▬▬▬▬L | **MRN:** 1116206 |
| **Pt ID:** 0101757329 | **Acct No:** K20034006872 |
| **DOB:** 10/01/2013 | **Age/Sex:** 3Y/F |
| **Adm DTime:** 08/28/2017 | **Atn Dr:** Tran, Sharon MD |
| **Dsch DTime:** 08/30/2017 | |
| **Entity:** Willis-Knighton South | |
| **Dx:** | |

| | |
|---|---|
| **Order # :** | 2765027 |
| **Order Type/Sub Type:** | Admit/Discharge/Transfer/LevelofCare |
| **Order As Written:** | Level of care Medical Surgical Unit |

**Order History**

| | |
|---|---|
| **Order Source:** | CPOE Order |
| **Ordered By:** | Roy Estel Brandhurst, MD |
| **Entered By:** | Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM |

Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22

Active by Meghan A Wallace, RN on 08/28/2017  04:40

Discontinue by HSF_JS on 08/30/2017  23:02

**Reason for Revision:**  Visit is closed for the patient

**Electronically Signed By:**  Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

| | |
|---|---|
| **Order # :** | 2765031 |
| **Order Type/Sub Type:** | Dietary/Oral |
| **Order As Written:** | Diet: Regular |

**Order History**

| | |
|---|---|
| **Order Source:** | CPOE Order |
| **Ordered By:** | Roy Estel Brandhurst, MD |
| **Entered By:** | Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM |

Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22

Active by Meghan A Wallace, RN on 08/28/2017  04:40

Discontinue by HSF_JS on 08/30/2017  23:02

**Reason for Revision:**  Visit is closed for the patient

**Electronically Signed By:**  Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

| | |
|---|---|
| **Order # :** | 2765005 |
| **Order Type/Sub Type:** | General/Clinical Factors |
| **Order As Written:** | Diagnosis: status asthmaticus, hypoxemia |

**Order History**

| | |
|---|---|
| **Order Source:** | CPOE Order |
| **Ordered By:** | Roy Estel Brandhurst, MD |
| **Entered By:** | Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM |

Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22

Active by Meghan A Wallace, RN on 08/28/2017  04:40

Discontinue by HSF_JS on 08/30/2017  23:02

**Reason for Revision:**  Visit is closed for the patient

**Electronically Signed By:**  Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 853 of 1758

Orders Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: | 08/30/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

---

Order # :           2765001           Soarian Order # :   2308809

Order Type/Sub Type:        Medication/IV/

Order As Written:        KCL 20 MEQ/D5W-0.45%NS 1000ML (1000 ML bag) Intravenous @55mL/Hour Over 18.25H for 3 Days

Order History

Order Source:        CPOE Order

Ordered By:        Roy Estel Brandhurst, MD

Entered By:        Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM

Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22

Validated by SRX on 08/28/2017 03:25

In progress by Meghan A Wallace, RN on 08/28/2017 04:40

Discontinue by SRX on 08/28/2017 14:39

Discontinue by Sharon Nhu Tran, MD on 08/28/2017 14:39

Discontinue by Catrina J Lewis, RN on 08/28/2017 15:03

Electronically Signed By: Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

---

Order # :           2765002           Soarian Order # :   2308810

Order Type/Sub Type:        Medication/IV/

Order As Written:        METHYLPREDNISOLONE (SOLU-MEDROL) 15 MG = 0.375 ML Intravenous VIAL Q12H for 31 Days

Order History

Order Source:        CPOE Order

Ordered By:        Roy Estel Brandhurst, MD

Entered By:        Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM

Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22

Validated by SRX on 08/28/2017 03:26

Validated by Meghan A Wallace, RN on 08/28/2017 04:40

Discontinue by SRX on 08/29/2017 13:46

Discontinue by Sharon Nhu Tran, MD on 08/29/2017 13:46

Discontinue by Catrina J Lewis, RN on 08/29/2017 13:48

Electronically Signed By: Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

---

| | | |
|---|---|---|
| Pt. Name ████████████L | MRN: 1116206 | Orders Report |
| Entity: Willis-Knighton South | Page 3 of 10 | ORE_0149_DSCH.rpt version v1.00 |
| Adm Date: 08/28/2017 | | Generated By: Workflow |
| Copyright © Cerner Health Services, Inc. All rights reserved. | | Generated On: 31-Aug-17 15:54 |
| Crystal Reports © 2017 Business Objects SA. All rights reserved. | | |

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Page 854 of 1758

Orders Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | |
|---|---|---|
| Pt Name: ▮▮▮▮▮▮▮L | MRN: | 1116206 |
| Pt ID: 0101757329 | Acct No: | K20034006872 |
| DOB: 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: 08/30/2017 | | |
| Entity: Willis-Knighton South | | |
| Dx: | | |

Order # : 2765003          Soarian Order # : 2308811

Order Type/Sub Type:     Medication/IV/

Order As Written:        IBUPROFEN (PEDIA-PROFEN) 160 MG = 8 ML Oral SUSP Q6H for 31 Days, PRN TEMP GREATER THAN 100.4

Order History

Order Source:            CPOE Order

Ordered By:              Roy Estel Brandhurst, MD

Entered By:              Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22

Validated by SRX on 08/28/2017  03:26

Discontinue by SRX on 08/28/2017  04:39

Discontinue by Meghan A Wallace, RN on 08/28/2017  04:40

Electronically Signed By:  Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

Order # : 2765032          Soarian Order # : 2308820

Order Type/Sub Type:     Medication/IV/Nebulized

Order As Written:        IPRATROPIUM 0.02% (ATROVENT 0.02%) 0.5 MG = 2.5 ML Nebulization SOLN Q6H RT for 31 Days

Order History

Order Source:            CPOE Order

Ordered By:              Roy Estel Brandhurst, MD

Entered By:              Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22

Validated by SRX on 08/28/2017  03:26

Validated by Meghan A Wallace, RN on 08/28/2017  04:40

Validated by Chad A Earley, RT on 08/28/2017  04:53

In progress by Gentry N Grisham, RT on 08/29/2017  10:32

Discontinue by SRX on 08/29/2017  13:46

Discontinue by Sharon Nhu Tran, MD on 08/29/2017  13:46

Discontinue by Catrina J Lewis, RN on 08/29/2017  13:48

Electronically Signed By:  Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

---

Copyright © Cerner Health Services, Inc. All rights reserved.

Generated On: 31-Aug-17 15:54

Crystal Reports © 2017 Business Objects SA. All rights reserved.

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Orders Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | |
|---|---|
| Pt Name: ██████████████L | MRN: 1116206 |
| Pt ID: 0101757329 | Acct No: K20034006872 |
| DOB: 10/01/2013 | Age/Sex: 3Y/F |
| Adm DTime: 08/28/2017 | Atn Dr: Tran, Sharon MD |
| Dsch DTime: 08/30/2017 | |
| Entity: Willis-Knighton South | |
| Dx: | |

Order # :                    2765033                    Soarian Order # :    2308821

Order Type/Sub Type:    Medication/IV/Nebulized
Order As Written:       ALBUTEROL 0.083% (PROVENTIL 0.083%) 2.5 MG = 3 ML Nebulization SOLN Q2H RT for 31 Days

Order History
Order Source:           CPOE Order
Ordered By:             Roy Estel Brandhurst, MD
Entered By:             Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM
Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22
Validated by SRX on 08/28/2017  03:26
Validated by Meghan A Wallace, RN on 08/28/2017  04:40
Validated by Chad A Earley, RT on 08/28/2017  04:53
In progress by Gentry N Grisham, RT on 08/28/2017  07:34
In progress by Gentry N Grisham, RT on 08/28/2017  15:40
In progress by Gentry N Grisham, RT on 08/29/2017  10:32
Discontinue by SRX on 08/29/2017  13:46
Discontinue by Sharon Nhu Tran, MD on 08/29/2017  13:46
Discontinue by Catrina J Lewis, RN on 08/29/2017  13:48
Electronically Signed By:  Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM

Order # :                    2765029

Order Type/Sub Type:    Nursing/Activity
Order As Written:       Bedrest with bathroom privileges

Order History
Order Source:           CPOE Order
Ordered By:             Roy Estel Brandhurst, MD
Entered By:             Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM
Order Entered by Roy Estel Brandhurst, MD on 08/28/2017  03:22
Active by Meghan A Wallace, RN on 08/28/2017  04:40
Complete by Meghan A Wallace, RN on 08/28/2017  04:41
Electronically Signed By:  Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM

Pt Name: ██████████████L

Entity: Willis-Knighton South

Adm Date: 08/28/2017

MRN: 1116206

Page 5 of 10

Orders Report

ORE 0149 DSCH.rpt version v1.00

Generated By: Workflow

Generated On: 31-Aug-17 15:54

Copyright © Cerner Health Services, Inc. All rights reserved.

Crystal Reports © 2017 Business Objects SA. All rights reserved.

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Orders Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ⬛⬛⬛⬛⬛L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: | 08/30/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

Order # :                          2765030
Order Type/Sub Type:        Respiratory/Respiratory General
Order As Written:              Oxygen Protocol

Order History
Order Source:                   CPOE Order
Ordered By:                      Roy Estel Brandhurst, MD
Entered By:                      Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM
Order Entered by Roy Estel Brandhurst, MD on 08/28/2017 03:22
Active by Meghan A Wallace, RN on 08/28/2017  04:40
Active by Chad A Earley, RT on 08/28/2017  04:53
Active by Gentry N Grisham, RT on 08/28/2017  07:34
Discontinue by Sharon Nhu Tran, MD on 08/28/2017  14:39
Discontinue by Catrina J Lewis, RN on 08/28/2017  15:03
Electronically Signed By: Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

Order # :                          2765028
Order Type/Sub Type:        Vital Signs/
Order As Written:              Vital signs per Vital Signs policy

Order History
Order Source:                   CPOE Order
Ordered By:                      Roy Estel Brandhurst, MD
Entered By:                      Roy Estel Brandhurst, MD on 8/28/2017   3:22:00AM
Order Entered by Roy Estel Brandhurst, MD on 08/28/2017 03:22
Active by Meghan A Wallace, RN on 08/28/2017  04:40
Discontinue by HSF_JS on 08/30/2017  23:02
Reason for Revision:  Visit is closed for the patient
Electronically Signed By: Roy Estel Brandhurst, MD on 8/28/2017  3:22:00AM

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

Generated On: 31-Aug-17 15:54

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ▓▓▓▓▓▓▓▓▓▓L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: | 08/30/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

| | | | |
|---|---|---|---|
| Order # : | 2766151 | Soarian Order # : | 2311359 |
| Order Type/Sub Type: | Medication/IV/ | | |
| Order As Written: | IBUPROFEN (PEDIA-PROFEN) 160 MG = 8 ML Oral SUSP Q6H PRN TEMP > 100.4 DEGREES F. for 31 Days, PRN TEMP GREATER THAN 100.4 | | |

Order History
Order Source:
Ordered By:          Roy Estel Brandhurst, MD
Entered By:          SRX on 8/28/2017  4:39:00AM
Validated by SRX on 08/28/2017  04:39
Validated by Meghan A Wallace, RN on 08/28/2017  04:40
Suspend by MedSys on 08/30/2017  15:54
Discontinue by HSF_JS on 08/30/2017  23:06

Electronically Signed by:
BRANDHURST, ROY ESTEL M.D.
on 13-Sep-2017 19:20:55 -0500

Electronically Signed By:

| | | | |
|---|---|---|---|
| Order # : | 2779931 | Soarian Order # : | 2318189 |
| Order Type/Sub Type: | Medication/IV/ | | |
| Order As Written: | KCL 20 MEQ/D5W-0.45%NS 1000ML (1000 ML bag)  Intravenous @35mL/Hour Over 28.58H for 3 Days | | |

Order History
Order Source:          CPOE Order
Ordered By:          Sharon Nhu Tran, MD
Entered By:          Sharon Nhu Tran, MD on 8/28/2017  2:39:00PM
Active by Sharon Nhu Tran, MD on 08/28/2017  14:39
Validated by SRX on 08/28/2017  14:42
Validated by Catrina J Lewis, RN on 08/28/2017  15:03
Discontinue by SRX on 08/29/2017  13:46
Discontinue by Sharon Nhu Tran, MD on 08/29/2017  13:46
Discontinue by Catrina J Lewis, RN on 08/29/2017  13:48
Electronically Signed By:  Sharon Nhu Tran, MD on 8/28/2017  2:39:00PM

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ⬛⬛⬛⬛⬛L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: | 08/30/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

Order # : 2779917
Order Type/Sub Type: Respiratory/Oxygen
Order As Written: Oxygen administration Maintain O2 sats = or >92%, wean to RA as tolerated, 0. L/Min, Nasal cannula

Order History
Order Source: CPOE Order
Ordered By: Sharon Nhu Tran, MD
Entered By: Sharon Nhu Tran, MD on 8/28/2017  2:39:00PM
Order Entered by Sharon Nhu Tran, MD on 08/28/2017  14:39
Active by Catrina J Lewis, RN on 08/28/2017  15:03
Active by Gentry N Grisham, RT on 08/28/2017  15:40
Active by Fredda M Huckabee, RT on 08/29/2017  19:47
Active by Shannon L Thames, RT on 08/30/2017  12:17
Discontinue by HSF_JS on 08/30/2017  23:02
Reason for Revision:  Visit is closed for the patient
Electronically Signed By: Sharon Nhu Tran, MD on 8/28/2017  2:39:00PM

Order # : 2779918          Soarian Order # :  2311779
Order Type/Sub Type: Medication/IV/
Order As Written: ACETAMINOPHEN (TYLENOL) 240 MG = 7.495 ML Oral SOLN Q4H PRN TEMP > 100.4F/PAIN for 31 Days

Order History
Order Source: CPOE Order
Ordered By: Sharon Nhu Tran, MD
Entered By: Sharon Nhu Tran, MD on 8/28/2017  2:41:00PM
Order Entered by Sharon Nhu Tran, MD on 08/28/2017  14:41
Validated by SRX on 08/28/2017  14:42
Validated by Catrina J Lewis, RN on 08/28/2017  15:03
Suspend by MedSys on 08/30/2017  15:54
Discontinue by HSF_JS on 08/30/2017  23:06
Electronically Signed By: Sharon Nhu Tran, MD on 8/28/2017  2:41:00PM

Pt. Name: ⬛⬛⬛⬛L
Entity: Willis-Knighton South
Adm Date: 08/28/2017

MRN: 1116206
Page 8 of 10

Orders Report
ORE  0149  DSCH.rpt version v1.00
Generated By: Workflow
Generated On: 31-Aug-17 15:54

Copyright © Cerner Health Services, Inc.  All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| Pt Name: | ●●●●●●●●●●●●L | MRN: | 1116206 |
|---|---|---|---|
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: | 08/30/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

| Order # : | 2803592 | Soarian Order # : | 2338660 |
|---|---|---|---|
| Order Type/Sub Type: | Medication/IV | | |
| Order As Written: | PREDNISOLONE (PRELONE *BKC*) 15 MG = 5 ML Oral SOLN 2XDAY First Dose Now for 31 Days | | |

Order History

| Order Source: | CPOE Order |
|---|---|
| Ordered By: | Sharon Nhu Tran, MD |
| Entered By: | Sharon Nhu Tran, MD on 8/29/2017  1:46:00PM |

Order Entered by Sharon Nhu Tran, MD on 08/29/2017 13:46
Active by Catrina J Lewis, RN on 08/29/2017 13:48
Validated by SRX on 08/29/2017 13:54
Suspend by MedSys on 08/30/2017 15:54
Discontinue by HSF_JS on 08/30/2017 23:06
Electronically Signed By: Sharon Nhu Tran, MD on 8/29/2017  1:46:00PM

| Order # : | 2803576 | Soarian Order # : | 2356557 |
|---|---|---|---|
| Order Type/Sub Type: | Medication/IV/Nebulized | | |
| Order As Written: | ALBUTEROL 0.083% (PROVENTIL 0.083%) 2.5 MG = 3 ML Nebulization SOLN Q3H RT for 30 Days | | |

Order History

| Order Source: | CPOE Order |
|---|---|
| Ordered By: | Sharon Nhu Tran, MD |
| Entered By: | Sharon Nhu Tran, MD on 8/29/2017  1:46:00PM |

Active by Sharon Nhu Tran, MD on 08/29/2017 13:46
Active by Catrina J Lewis, RN on 08/29/2017 13:48
Validated by SRX on 08/29/2017 13:54
In progress by Fredda M Huckabee, RT on 08/29/2017 19:47
Discontinue by SRX on 08/30/2017 11:50
Discontinue by Sharon Nhu Tran, MD on 08/30/2017 11:50
Discontinue by Amanda G Fortiz, RN on 08/30/2017 12:00
Electronically Signed By: Sharon Nhu Tran, MD on 8/29/2017  1:46:00PM

Copyright © Cerner Health Services, Inc.  All rights reserved.     Generated On: 31-Aug-17  15:54
Crystal Reports © 2017 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Orders Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ▮▮▮▮▮▮▮L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 | Atn Dr: | Tran, Sharon MD |
| Dsch DTime: | 08/30/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

Order # :                 2823417                Soarian Order # :      2362872
Order Type/Sub Type:     Medication/IV/Nebulized
Order As Written:        ALBUTEROL 0.083% (PROVENTIL 0.083%) 2.5 MG = 3 ML Nebulization SOLN Q4H RT for 29 Days

Order History
Order Source:            CPOE Order
Ordered By:              Sharon Nhu Tran, MD
Entered By:              Sharon Nhu Tran, MD on 8/30/2017  11:50:00AM
Active by Sharon Nhu Tran, MD on 08/30/2017  11:50
Validated by SRX on 08/30/2017  11:51
Validated by Amanda G Fortiz, RN on 08/30/2017  12:00
Validated by Shannon L Thames, RT on 08/30/2017  12:17
Suspend by MedSys on 08/30/2017  15:54
Discontinue by HSF_JS on 08/30/2017  23:06
Electronically Signed By:  Sharon Nhu Tran, MD on 8/30/2017  11:50:00AM

Order # :                 2826971
Order Type/Sub Type:     Admit/Discharge/Transfer/Discharge
Order As Written:        Discharge to: (specify) Home

Order History
Order Source:            CPOE Order
Ordered By:              Sharon Nhu Tran, MD
Entered By:              Sharon Nhu Tran, MD on 8/30/2017  2:04:00PM
Order Entered by Sharon Nhu Tran, MD on 08/30/2017  14:04
Active by Amanda G Fortiz, RN on 08/30/2017  14:12
Complete by Amanda G Fortiz, RN on 08/30/2017  14:18
Electronically Signed By:  Sharon Nhu Tran, MD on 8/30/2017  2:04:00PM

Copyright © Cerner Health Services, Inc. All rights reserved.                     Generated On: 31-Aug-17 15:54
Crystal Reports © 2017 Business Objects SA. All rights reserved.

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

**WLH** WILLIS-KNIGHTON HEALTH SYSTEM

**Pediatric Hospitalist Progress Note**

Date: 8/30/17     Time: _____     Name: _____

**Interval History:** Resting in ☐ bed ☑ chair ☐ crib          ☑ No new problems/complaints
☐ Other  Awake. on RA. Toleraty reg Diet
Doig better

**Meds:** ☑ Reviewed  Remarks _____
☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone
**ROS:** ☑ 10 systems reviewed otherwise Negative          Positive: _____

**Interval Physical Exam:**
*Vitals:* temp 98.5   HR 71   RR 24   O2 sat 100 RA
**General:** ☑ Well-hydrated ☑ WN ☑ NAD ☑ Nontoxic ☐ Remarks _____
**HEENT:** ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat  ☑ PERRL  ☑ Conjunctiva clear
☑ No rhinorrhea/congestion ☐ Nasal flaring ☑ Tympanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal
☐ Remarks _____
**Neck:** ☐ Normal ☑ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks _____
**Heart:** ☑ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks _____
**Lungs:** ☑ Normal ☑ CTA bil ☑ Unlabored  Air movement: ☑ Good ☐ Fair ☐ Poor ☐ Rales ☐ Rhonchi
☐ Wheeze (end expiratory/inspiratory) ☐ Crackles ☐ Retractions ☐ Stridor ☐ Remarks _____
**Abdomen:** ☑ Normal ☑ Soft ☑ Non-tender ☐ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____
**Extremities:** ☑ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses
☐ Remarks _____
**Musculoskelatal:** ☑ Normal ☐ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____
**Skin:** ☑ Normal ☑ Warm/dry ☐ Rash ☐ Remarks _____
**Neuro:** ☑ Normal/nonfocal ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2–12 intact
☐ Remarks _____

**Lab:** ☐ Reviewed ☐ Abnormals      Ca _____          Segs _____
                                    Alb ___ AstAlt ___      Bands _____
                                    Alk/Phos _____          Lymphs _____
                                    T/Dbili _____

Other: _____

**Impression:** 3y/o c status
astmaticus, URI, autism.

Airway improved. Doses of
Hypoxia resolved

Physician Signature          Date/Time  8/30/17  2pm

☑ Sharon Tran, M.D. (2944)      ☐ Greg Oji, M.D.(2977)
☐ Craig Chu, MD (3101)          ☐ Anna Craig, MD (3110)

#234592

**Plan:** ☑ See orders  ☑ Continue medical management
☐ Recommendations per consultant/s: _____

☑ Follow labs  ☑ O2, Respiratory Therapy
☐ Continue antibiotics, Day # _____
☐ Continue therapy/Rehab ☑ Nutrition support
DC home today on PO steroids, Alb prn
Pnarall. Doing Actua & DIC phase I
Nuus & OM off abx. Plz Fri. Tons
Cts Alom. appt scheduled. Plz F/up
☑ Spent greater than 30 minutes on discharge
☑ Spent extended time counseling patient and family
☑ Total time spent  60  minutes.
☑ Face to face  50  minutes.

PN0005

HENDERSON,AALIYAH L
10/01/13    3Y 10M
Tran, Sharon N M.D. S5517
K20034006872          08/28/17

**WB** WILLIS-BRIGHTON HEALTH SYSTEM          **Pediatric Hospitalist Progress Note**

Date: 8/29/17 _____ Time: _____ Name: _____

**Interval History:** Resting in ☑ bed ☐ chair ☐ crib     ☑ No new problems/complaints
☐ Other _____ Alert _____ on RA.
_____ Doing much better today

**Meds:** ☑ Reviewed   Remarks _____
☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone
**ROS:** ☑ 10 systems reviewed otherwise Negative     Positive: _____

**Interval Physical Exam:**
*Vitals:* temp 98.1 HR 130 RR 32 O2 sat 99 RA
*General:* ☑ Well-hydrated ☑ WN ☑ NAD ☑ Nontoxic ☐ Remarks_____
*HEENT:* ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☑ PERRL ☑ Conjunctiva clear
☑ No rhinorrhea/congestion ☐ Nasal flaring ☑ Tympanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal
☐ Remarks _____
*Neck:* ☑ Normal ☑ Supple ☑ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks_____
*Heart:* ☑ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks_____
*Lungs:* ☑ Normal ☑ CTA bil ☑ Unlabored  Air movement: ☑ Good ☐ Fair ☐ Poor ☐ Rales ☐ Rhonchi
☐ Wheeze (end expiratory/inspiratory) ☐ Crackles ☐ Retractions ☐ Stridor ☐ Remarks_____
*Abdomen:* ☑ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____
*Extremities:* ☑ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema _____ Pulses
☐ Remarks _____
*Musculoskelatal:* ☑ Normal ☐ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____
*Skin:* ☑ Normal ☑ Warm/dry ☐ Rash ☐ Remarks_____
*Neuro:* ☑ Normal/nonfocal ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks _____

**Lab:** ☐ Reviewed ☐ Abnormals          Ca_____                    Segs_____
                                          Alb___ AstAlt_____             Bands_____
                                          Alk/Phos_____               Lymphs_____
                                          T/Dbili_____

Other: _____

**Impression:** 3 y/o c Status Asthmaticus,
acute resp distress - Resolved, UCI.

Clinically improving

Asthma education provided today by
Asthma Nurse care. Will F/u c Peds Pulm outpt
_____ SXP _____ 8/29/17 130pm
Physician Signature          Date/Time

☑ Sharon Tran, M.D. (2944)   ☐ Greg Oji, M.D.(2977)
☐ Craig Chu, MD (3101)       ☐ Anna Craig, MD (3110)

**Plan:** ☑ See orders     ☑ Continue medical management
☐ Recommendations per consultant/s: _____

☐ Follow labs     ☑ O2, Respiratory Therapy
☐ Continue antibiotics, Day #
☐ Continue therapy/Rehab ☑ Nutrition support,
Advance Alb to Q3 Vosle H H admitted
DIC Albuterol
Δ to PO steroids
Wean IVF
☐ Spent greater than 30 minutes on discharge
☐ Spent extended time counseling patient and family
☐ Total time spent _____ minutes.
☐ Face to face _____ minutes.

PN650
Revised 10/04/2016
Committee Approved 10/17/2016
Page 1 of 1

PN0005

HENDERSON, AALIYAH L
10/01/13    3Y 10M    S5517
Tran, Sharon N M.D.    08/28/17
K20034006872

```
RUN DATE: 09/03/17         WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES      PAGE 1
RUN TIME: 0206                    WKHS Summary Discharge Report
WK=2600 Greenwood Rd   WKS=2510 BertKounsIndLoop  WKB=2400 Hospital Dr    WKP=8001 Youree Dr
Shreveport,LA 71103    Shreveport, LA 71118       Bossier City, LA 71112  Shreveport,LA 71115
```

| PATIENT: ████████ L | ACCT #: K20034006872 | LOC: S5E1 | U #: K000629604 |
|---|---|---|---|
| DOB: 10/01/13 | AGE/SX: 3Y 10M/F | ROOM: S5517 | REG: 08/28/17 |
| ATT DR: Tran, Sharon N M.D. | STATUS: DIS IN | BED: A | DIS: 08/30/17 |

CHEMISTRY
GENERAL CHEMISTRY

| Date | AUG 28 | | |
|---|---|---|---|
| Time | 0137 | Reference | Units |

| Glucose | 125(A) H | (70-109) | mg/dL |
|---|---|---|---|

   (A)  Glucose Reference Ranges:

       Fasting Glucose Level:   70-109 mg/dL
       Impaired Fasting Glucose: 110-125 mg/dL
          Defined by the ADA as a category at risk for future
          diabetes and cardiovascular disease.

       The American Diabetes Association (ADA) recommends the
       following criteria for the diagnosis of diabetes:
              Abnormal Fasting Glucose: >=126 mg/dL
       Symptoms of diabetes and a random glucose: >=200 mg/dL

| Potassium | 4.5 | (3.5-5.1) | mmol/L |
|---|---|---|---|
| Sodium | 144 | (137-145) | mmol/L |
| Chloride | 106 | (98-107) | mmol/L |
| CO2 | 23 | (21-32) | mmol/L |
| BUN | 9 | (7-20) | mg/dL |
| Creatinine | 0.45 | | mg/dL |
| Calcium | 9.5 | (8.4-10.2) | mg/dL |
| Anion Gap | 15.0 | (5.0-15.0) | mmol/L |
| eGFR ████ | (B) | (>60) | SeeBelow |

   (B)  Test not performed

| eGFR *non-████ | (C) | (>60) | seebelow |
|---|---|---|---|

   (C)  Test not performed

** CONTINUED ON NEXT PAGE **

<pre>
RUN DATE: 09/03/17        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES        PAGE 2
RUN TIME: 0206                    WKHS Summary Discharge Report
WK=2600 Greenwood Rd   WKS=2510 BertKounsIndLoop   WKB=2400 Hospital Dr   WKP=8001 Youree Dr
Shreveport,LA 71103      Shreveport, LA 71118    Bossier City, LA 71112   Shreveport,LA 71115
</pre>

| | | |
|---|---|---|
| **PATIENT:** ▮▮▮▮▮▮▮▮ L | **ACCT #:** K20034006872  **LOC:** S5E1 | **U #:** K000629604 |
| **DOB:** 10/01/13 | **AGE/SX:** 3Y 10M/F  **ROOM:** S5517 | **REG:** 08/28/17 |
| **ATT DR:** Tran, Sharon N M.D. | **STATUS:** DIS IN  **BED:** A | **DIS:** 08/30/17 |

```
                                    HEMATOLOGY
```

| Date<br>Time | AUG 28<br>0137 | | Reference | Units |
|---|---|---|---|---|
| White Blood Cel | 15.1 | H | (4.0-12.0) | 10E3/uL |
| Red Blood Cell | 4.41 | | (4.1-5.2) | 10E6/uL |
| Hemoglobin | 11.0 | L | (11.8-14.7) | g/dL |
| Hematocrit | 34.1 | L | (35.0-44.0) | % |
| MCV | 77.2 | | (74.0-89.0) | fL |
| MCH | 24.9 | L | (27.1-34.2) | pg |
| MCHC | 32.2 | L | (33.0-35.6) | g/dL |
| RDW | 13.5 | | (12.0-14.0) | % |
| Platelet Count | 266 | | (130-351) | 10E3/uL |
| Neutrophils | 80.2 | | (Not Estab.) | % |
| Lymphocytes | 11.7 | | (Not Estab.) | % |
| Monocytes | 5.9 | | (3-10) | % |
| Eosinophils | 1.9 | | (0.0-8.0) | % |
| Basophils | 0.3 | | (0.0-3.0) | % |
| Neutrophils-ABS | 12.1 | | (Not Estab.) | 10E3/uL |
| Lymphocytes-ABS | 1.8 | | (Not Estab.) | 10E3/uL |
| Monocytes-ABS | 0.9 | | (Not Estab.) | 10E3/uL |
| Eosinophils-ABS | 0.3 | | (Not Estab.) | 10E3/uL |
| Basophils-ABS | 0.0 | | (Not Estab.) | 10E3/uL |

** CONTINUED ON NEXT PAGE **

RUN DATE: 09/03/17        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES        PAGE 3
RUN TIME: 0206                   WKHS Summary Discharge Report
WK=2600 Greenwood Rd  WKS=2510 BertKounsIndLoop  WKB=2400 Hospital Dr    WKP=8001 Youree Dr
Shreveport,LA 71103   Shreveport, LA 71118    Bossier City, LA 71112   Shreveport,LA 71115

| PATIENT: ████████████ L | ACCT #: K20034006872 | LOC:  S5E1 | U #: K000629604 |
| DOB:    10/01/13 | AGE/SX: 3Y 10M/F | ROOM: S5517 | REG: 08/28/17 |
| ATT DR: Tran, Sharon N M.D. | STATUS: DIS IN | BED:  A | DIS: 08/30/17 |

### Microbiology Specimen Summary

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms ... |
|----------|------|------------|--------|---------|-----|---------------|
| > 08/28/17 | 0137 | 17:BC0030061S | Blood | Venipunct | F | <none> |

### Source: Blood

| > Culture, Blood ████████████ | Final 09/02/17 |
|                               | NO GROWTH AT 5 DAYS |

| > Culture, Blood ████████████ | Preliminary (changed) |
|                               | NO GROWTH AT 2 DAYS |

** END OF REPORT **

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

Patient Name: ██████████████████
Adm No:     K20034006872
DOB:        10/01/2013
Age:        3Y  F
Corp ID:    000001116206

MRN:         1116206
Location:    Inpatient - S5E1-S5517A
Ord No:      90017
Hospital:    WKS

Ordering Dr: EDWARD PAUL                          CC: SHARON NHU TRAN

## Final Report

**Admitting Diagnosis: MILD PERSISTANT ASHTMA C STATUS ASTHMATICUS**
**Reason For Exam:** Breathing Difficulty
**Procedure Date:** 08/28/2017
**Procedure:** SXR - XR, chest 1 view

Interpretive Location: WKN
Accession Number: 3759327
CPT Code:  71010

**IMPRESSION: Normal chest.**

RESULT:

Procedure: XR, chest 1 view

Clinical Information: Breathing Difficulty

Comparison: Chest radiograph from 7/15/2017

Findings:
Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass, or effusion. No significant skeletal abnormality is
noted.

Electronically Signed by:████████JOSEPH BURGIN M.D. on Aug 28 2017  8:00A

**Techs:** Jose A Torres
**Additional Staff:**

Read by:████████JOSEPH BURGIN M.D.  on Aug 28 2017 7:55A
Electronically Signed by:████████JOSEPH BURGIN M.D. on Aug 28 2017  8:00A

Printed: Aug 28 2017  8:04AM

CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only
for the use of the individual for entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's
stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the
contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

```
09/01/2017 00:05          DISCHARGE MEDICATION ADMINISTRATION RECORD       PAGE: 1 OF 6
                              Willis-Knighton Health System


PATIENT NO: K20034006872      NAME: ████████████████ L        DSCH LOC: S5E1/S5517A
MED REC NO: 1116206           AGE: 3Y    DOB: 10/01/2013  SEX: F   DSCH DATE: 08/30/2017
SITE: WKSH                    ATN DOCTOR: TRAN,SHARON NHU MD   ADMIT DATE: 08/28/2017

             *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                        *** SCHEDULED MEDICATIONS ***

    ORD# 10
    ALBUTEROL 0.083%                        2.5 MG = 3 ML
      (PROVENTIL 0.083%)
    Q3H RT                                            NEBULIZED          EVERY THREE HOURS RT
    START: 08/29/17 13:44      STOP: 09/28/17 03:16
    Nrs Verified By: CLEWIS
    08/29/17 17:08  ADMIN      GGRISH  at: 08/29/17 17:08
    08/29/17 19:47  ADMIN      FHUCKA  at: 08/29/17 19:47
    08/29/17 22:44  ADMIN      FHUCKA  at: 08/29/17 22:44
    08/29/17 23:59  ADMIN      TGREEN  at: 08/29/17 23:59
    08/30/17 04:03  ADMIN      TGREEN  at: 08/30/17 04:03
    08/30/17 08:40  ADMIN      STHAME  at: 08/30/17 08:40
    08/30/17 11:30  ADMIN      STHAME  at: 08/30/17 11:30


    ORD# 10   (REVISED)
    ALBUTEROL 0.083%                        2.5 MG = 3 ML
      (PROVENTIL 0.083%)
    Q3H RT                                            NEBULIZED          EVERY THREE HOURS RT
    START: 08/29/17 13:44      STOP: 08/30/17 11:47
    Nrs Verified By: CLEWIS
      **** NO OCCURRENCES CHARTED ****

    ORD# 12
    ALBUTEROL 0.083%                        2.5 MG = 3 ML
      (PROVENTIL 0.083%)
    Q4H RT                                            NEBULIZED          EVERY FOUR HOURS RT
    START: 08/30/17 11:49      STOP: 09/28/17 03:16
    Nrs Verified By:
      **** NO OCCURRENCES CHARTED ****

    ORD# 12   (REVISED)
    ALBUTEROL 0.083%                        2.5 MG = 3 ML
      (PROVENTIL 0.083%)
    Q4H RT                                            NEBULIZED          EVERY FOUR HOURS RT
    START: 08/30/17 11:49      STOP: 08/30/17 23:03
    Nrs Verified By:
      **** ORDER DISCONTINUED ****

    ORD# 11
    PREDNISOLONE                            15 MG = 5 ML
      (PRELONE *BKC*)
    2XDAY                                             ORAL               TWO TIMES A DAY
    START: 08/29/17 13:45      STOP: 09/29/17 09:00
    Nrs Verified By: CLEWIS
    08/29/17 13:45  ADMIN      CLEWIS  at: 08/29/17 14:44
    08/29/17 21:00  ADMIN      GKELLE  at: 08/29/17 20:38
    08/30/17 09:00  ADMIN      AFORTI  at: 08/30/17 08:52

    ORD# 11   (REVISED)
    PREDNISOLONE                            15 MG = 5 ML
      (PRELONE *BKC*)
    2XDAY                                             ORAL               TWO TIMES A DAY
    START: 08/29/17 13:45      STOP: 08/30/17 23:03
    Nrs Verified By: CLEWIS
      **** ORDER DISCONTINUED ****
```

<PERMANENT CHART COPY>

```
09/01/2017 00:05          DISCHARGE MEDICATION ADMINISTRATION RECORD          PAGE: 2 OF 6
                               Willis-Knighton Health System

PATIENT NO: K20034006872    NAME: ████████████ L          DSCH LOC: S5E1/S5517A
MED REC NO: 1116206         AGE: 3Y   DOB: 10/01/2013   SEX: F    DSCH DATE: 08/30/2017
SITE: WKSH                  ATN DOCTOR: TRAN,SHARON NHU MD        ADMIT DATE: 08/28/2017

              *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***
                          *** PRN MEDICATIONS ***
    ORD# 9
    ACETAMINOPHEN                    240 MG = 7.495 ML
    (TYLENOL)
    Q4H PRN                                  ORAL           EVERY 4 HOURS AS NEEDED
    TEMP > 100.4F/PAIN
    SHAKE WELL.
    MAX ACETAMINOPHEN
    DOSE: 4 G/24 HR.
    START: 08/28/17 14:40    STOP: 09/28/17 14:39
    Nrs Verified By: GKELLE
      **** NO OCCURRENCES CHARTED ****

    ORD# 9    (REVISED)
    ACETAMINOPHEN                    240 MG = 7.495 ML
    (TYLENOL)
    Q4H PRN                                  ORAL           EVERY 4 HOURS AS NEEDED
    TEMP > 100.4F/PAIN
    SHAKE WELL.
    MAX ACETAMINOPHEN
    DOSE: 4 G/24 HR.
    START: 08/28/17 14:40    STOP: 08/30/17 23:03
    Nrs Verified By: GKELLE
      **** ORDER DISCONTINUED ****

    ORD# 7
    IBUPROFEN                       160 MG = 8 ML
    (PEDIA-PROFEN)
    Q6H PRN                                  ORAL           EVERY 6 HOURS AS NEEDED
    TEMP > 100.4 DEGREES F.
    PRN TEMP GREATER THAN 100.4
    SHAKE WELL.
    MAX IBUPROFEN
    DOSE: 3.2 G/24HR.
    START: 08/28/17 04:36    STOP: 09/28/17 04:35
    Nrs Verified By: MWALLA
      **** NO OCCURRENCES CHARTED ****

    ORD# 7    (REVISED)
    IBUPROFEN                       160 MG = 8 ML
    (PEDIA-PROFEN)
    Q6H PRN                                  ORAL           EVERY 6 HOURS AS NEEDED
    TEMP > 100.4 DEGREES F.
    PRN TEMP GREATER THAN 100.4
    SHAKE WELL.
    MAX IBUPROFEN
    DOSE: 3.2 G/24HR.
    START: 08/28/17 04:36    STOP: 08/30/17 23:03
    Nrs Verified By: MWALLA
      **** ORDER DISCONTINUED ****


             *** ORDERS DISCONTINUED AT THE TIME OF DISCHARGE ***
                          *** MEDICATIONS ***
    ORD# 3    (REVISED)
    METHYLPREDNISOLONE               15 MG = 0.375 ML
    (SOLU-MEDROL)
    Q12H                                     IV             EVERY 12 HOURS
    START: 08/28/17 13:30    STOP: 09/28/17 01:30
    Nrs Verified By: MWALLA
    08/28/17 13:30  ADMIN    CLEWIS  at: 08/28/17 13:43
    08/29/17 01:30  ADMIN    GKELLE  at: 08/29/17 03:00
    08/29/17 13:30  NOTADMIN CLEWIS  at: 08/29/17 13:40
    Charted Reason: No IV Access

                         <PERMANENT CHART COPY>
```

```
09/01/2017 00:05        DISCHARGE MEDICATION ADMINISTRATION RECORD       PAGE: 3 OF 6
                              Willis-Knighton Health System


PATIENT NO: K20034006872    NAME: ████████████ L          DSCH LOC: S5E1/S5517A
MED REC NO: 1116206         AGE: 3Y   DOB: 10/01/2013  SEX: F   DSCH DATE: 08/30/2017
SITE: WKSH                  ATN DOCTOR: TRAN,SHARON NHU MD     ADMIT DATE: 08/28/2017

            *** ORDERS DISCONTINUED AT THE TIME OF DISCHARGE ***

                         *** MEDICATIONS ***

ORD# 3    (REVISED)
METHYLPREDNISOLONE                    15 MG = 0.375 ML
(SOLU-MEDROL)
Q12H                                            IV              EVERY 12 HOURS
START: 08/28/17 13:30    STOP: 08/29/17 13:43
Nrs Verified By: MWALLA
   **** NO OCCURRENCES CHARTED ****


ORD# 5    (REVISED)
IPRATROPIUM 0.02%                    0.5 MG = 2.5 ML
(ATROVENT 0.02%)
Q6H RT                                          NEBULIZED      EVERY SIX HOURS RT
START: 08/28/17 03:17    STOP: 09/28/17 03:16
Nrs Verified By: MWALLA
08/28/17 05:00  ADMIN    CEARLE  at: 08/28/17 05:00
08/28/17 11:55  ADMIN    GGRISH  at: 08/28/17 11:55
08/28/17 18:03  ADMIN    GGRISH  at: 08/28/17 18:03
08/29/17 08:30  ADMIN    GGRISH  at: 08/29/17 08:30
08/29/17 13:14  ADMIN    GGRISH  at: 08/29/17 13:14


ORD# 5    (REVISED)
IPRATROPIUM 0.02%                    0.5 MG = 2.5 ML
(ATROVENT 0.02%)
Q6H RT                                          NEBULIZED      EVERY SIX HOURS RT
START: 08/28/17 03:17    STOP: 08/29/17 13:43
Nrs Verified By: MWALLA
   **** NO OCCURRENCES CHARTED ****


ORD# 6    (REVISED)
ALBUTEROL 0.083%                     2.5 MG = 3 ML
(PROVENTIL 0.083%)
Q2H RT                                          NEBULIZED      EVERY TWO HOURS RT
START: 08/28/17 03:17    STOP: 09/28/17 03:16
Nrs Verified By: MWALLA
08/28/17 05:00  ADMIN    CEARLE  at: 08/28/17 05:00
08/28/17 07:25  ADMIN    GGRISH  at: 08/28/17 07:25
08/28/17 09:20  ADMIN    GGRISH  at: 08/28/17 09:20
08/28/17 11:55  ADMIN    GGRISH  at: 08/28/17 11:55
08/28/17 13:47  ADMIN    GGRISH  at: 08/28/17 13:47
08/28/17 16:15  ADMIN    GGRISH  at: 08/28/17 16:15
08/28/17 18:03  ADMIN    GGRISH  at: 08/28/17 18:03
08/28/17 20:27  ADMIN    TGREEN  at: 08/28/17 20:27
08/28/17 22:05  ADMIN    TGREEN  at: 08/28/17 22:05
08/29/17 03:54  ADMIN    TGREEN  at: 08/29/17 03:54
08/29/17 05:54  ADMIN    TGREEN  at: 08/29/17 05:54
08/29/17 08:30  ADMIN    GGRISH  at: 08/29/17 08:30
08/29/17 10:32  ADMIN    GGRISH  at: 08/29/17 10:32
08/29/17 13:14  ADMIN    GGRISH  at: 08/29/17 13:14


ORD# 6    (REVISED)
ALBUTEROL 0.083%                     2.5 MG = 3 ML
(PROVENTIL 0.083%)
Q2H RT                                          NEBULIZED      EVERY TWO HOURS RT
START: 08/28/17 03:17    STOP: 08/29/17 13:43
Nrs Verified By: MWALLA
   **** NO OCCURRENCES CHARTED ****




                    <PERMANENT CHART COPY>
```

```
09/01/2017 00:05          DISCHARGE MEDICATION ADMINISTRATION RECORD        PAGE: 4 OF 6
                              Willis-Knighton Health System


PATIENT NO: K20034006872      NAME: ███████████ L            DSCH LOC: S5E1/S5517A
MED REC NO: 1116206           AGE: 3Y   DOB: 10/01/2013   SEX: F    DSCH DATE: 08/30/2017
SITE: WKSH                    ATN DOCTOR: TRAN,SHARON NHU MD        ADMIT DATE: 08/28/2017

            *** ORDERS DISCONTINUED AT THE TIME OF DISCHARGE ***

                          *** MEDICATIONS ***
ORD# 4
IBUPROFEN                        160 MG = 8 ML
 (PEDIA-PROFEN)
Q6H                                         ORAL           EVERY 6 HOURS
PRN TEMP GREATER THAN 100.4
SHAKE WELL.
MAX IBUPROFEN
DOSE: 3.2 G/24HR.
START: 08/28/17 03:30   STOP: 09/27/17 21:30
Nrs Verified By:
  **** NO OCCURRENCES CHARTED ****


ORD# 4   (REVISED)
IBUPROFEN                        160 MG = 8 ML
 (PEDIA-PROFEN)
Q6H                                         ORAL           EVERY 6 HOURS
PRN TEMP GREATER THAN 100.4
SHAKE WELL.
MAX IBUPROFEN
DOSE: 3.2 G/24HR.
START: 08/28/17 03:30   STOP: 08/28/17 04:36
Nrs Verified By: MWALLA
  **** ORDER DISCONTINUED ****


                          *** IVS ***
ORD# 1                    UB: A
LVP   LARGE VOLUME PARENTERAL
SODIUM CHLORIDE 0.9%             50 ml
MAGNESIUM SULFATE 50%            850 MG = 1.7 ML
 (MAGNESIUM SULFATE 50%)
IV
RATE: 155 ml/hr       RUN-IN: 0.33 hrs
START: 08/28/17 01:53   STOP: 08/28/17 02:13
Nrs Verified By: MWALLA
  **** NO OCCURRENCES CHARTED ****


ORD# 2   (REVISED)        UB: A
LVP   LARGE VOLUME PARENTERAL
KCL 20 MEQ/D5W-0.45%NS 1000ML       20 MEQ = 1000 ML
IV        CONTINUOUS      CONTINUOUS
RATE: 55 ml/hr       RUN-IN: 18.25 hrs
START: 08/28/17 03:22   STOP: 08/31/17 03:21
Nrs Verified By: MWALLA
08/28/17 04:31 ADMIN   MWALLA  at: 08/28/17 04:31


ORD# 2   (REVISED)        UB: A
LVP   LARGE VOLUME PARENTERAL
KCL 20 MEQ/D5W-0.45%NS 1000ML       20 MEQ = 1000 ML
IV        CONTINUOUS      CONTINUOUS
RATE: 55 ml/hr       RUN-IN: 18.25 hrs
START: 08/28/17 03:22   STOP: 08/28/17 14:36
Nrs Verified By: MWALLA
  **** NO OCCURRENCES CHARTED ****

ORD# 8                    UB: A
LVP   LARGE VOLUME PARENTERAL
KCL 20 MEQ/D5W-0.45%NS 1000ML       20 MEQ = 1000 ML
IV        CONTINUOUS      CONTINUOUS
RATE: 35 ml/hr       RUN-IN: 28.58 hrs
START: 08/28/17 14:30   STOP: 08/31/17 03:21
Nrs Verified By: GKELLE
08/28/17 23:03 ADMIN   GKELLE  at: 08/28/17 23:03



                <PERMANENT CHART COPY>
```

```
09/01/2017 00:05         DISCHARGE MEDICATION ADMINISTRATION RECORD         PAGE: 5 OF 6
                               Willis-Knighton Health System


PATIENT NO: K20034006872      NAME: ████████████████ L           DSCH LOC: S5E1/S5517A
MED REC NO: 1116206           AGE: 3Y   DOB: 10/01/2013  SEX: F   DSCH DATE: 08/30/2017
SITE: WKSH                    ATN DOCTOR: TRAN,SHARON NHU MD      ADMIT DATE: 08/28/2017

              *** ORDERS DISCONTINUED AT THE TIME OF DISCHARGE ***

                              *** IVS ***

    ORD# 8   (REVISED)        UB: A
    LVP   LARGE VOLUME PARENTERAL
    KCL 20 MEQ/D5W-0.45%NS 1000ML        20 MEQ = 1000 ML
    IV            CONTINUOUS            CONTINUOUS
    RATE: 35 ml/hr       RUN-IN: 28.58 hrs
    START: 08/28/17 14:30   STOP: 08/29/17 13:43
    Nrs Verified By: GKELLE
     **** NO OCCURRENCES CHARTED ****
```

<PERMANENT CHART COPY>

```
09/01/2017 00:05        DISCHARGE MEDICATION ADMINISTRATION RECORD        PAGE: 6 OF 6
                            Willis-Knighton Health System


PATIENT NO: K20034006872        NAME: ██████████████ L            DSCH LOC: S5E1/S5517A
MED REC NO: 1116206             AGE: 3Y    DOB: 10/01/2013    SEX: F   DSCH DATE: 08/30/2017
SITE: WKSH                      ATN DOCTOR: TRAN,SHARON NHU MD    ADMIT DATE: 08/28/2017

                            *** NURSE IDENTIFICATION ***
        AFORTI   Fortiz, Amanda RN
        CEARLE   Earley, Chad RT
        CLEWIS   Lewis, Catrina RN
        FHUCKA   Huckabee, Fredda RT
        GGRISH   Grisham, Gentry RT
        GKELLE   Kelley, Gwendolyn RN
        MWALLA   Wallace, Meghan RN
        STHAME   Thames, Shannon RT
        TGREEN   Greene, Tashanna RT
```

<PERMANENT CHART COPY>

```
RUN DATE: (    /17          llis Knighto   th *ADMISSIO                    PAGE 1
RUN TIME: 0127         INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: PATERA.AM
```

Name: ████████ L                    DOB: 10/01/13    Age: 3Y 10M
Rm/Bd:                   Serv/Locn: ERS          Status: ER      Sex: F
Unit#: K000629604        Account#:  K20034006872  EPI#: 000000001116206


                                                            Last Update/
                                                            Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

   Allergy1-Med/Contact:                          11/04/16 - 2201
   NKDA

   Allergy2-Med/Contact:                          11/04/16 - 2201
   NKDA

   Food Allergies-Intol:                          11/04/16 - 2201
   NKFA

   Latex Allergy (Y/N):                           11/04/16 - 2201
   N


**Pharmacy Allergy List (Coded Allergies), historical data:**          11/06/16
  (Duplicate names represent coding within (3) categories:
   Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

ACLS/P.   Results                                           ge 1 of 5

## Dosing Calculators - Emergency Drugs

**Select Dosing Type:**      ◉ Pediatric   ○ Adult

**Patient Weight:**          16.78  ◉ kg  ○ lb        *yellow*

**Results:** [ Mon Aug 28 09:03:26 GMT 2017 ]

### Pediatric Emergency Drug Dosing Calculator

This calculator is intended to calculate dosing for pediatric patients aged 29 days or older; it is not intended for dosing of neonates. As with all MICROMEDEX products, please use caution and exercise your clinical discretion and professional judgment when utilizing this calculator.

**Mon Aug 28 09:03:26 GMT 2017**

**Patient Name:** ███████A

**Entered Values: Dosing Type: Pediatric**    Patient Weight: 16.8 kg (36.9 lb)

### Recommendations according to AHA guidelines ACLS/PALS resuscitation.

*Attention - Institutionally dispensed drug concentrations may vary.

| Drug | Route | Dose | Delivery |
|------|-------|------|----------|
| **Adenosine** | | | |
| Initial: 0.1 mg/kg/dose MAX: 6 mg/dose Repeat: 0.2 mg/kg/dose MAX: 12 mg/dose | Rapid IV/IO Push | 1.68 mg/dose (0.56 mL/dose of 3 mg/mL conc) MAX: 6 mg/dose Repeat: 3.36 mg/dose (1.12 mL/dose of 3 mg/mL conc) MAX: 12 mg/dose | Immediately follow drug administration with at least 5 mL normal saline. |
| **Amiodarone** | | | |
| 5 mg/kg/dose MAX: 300 mg/dose May repeat dose twice up to MAX: 15 mg/kg | IV/IO | 84 mg/dose (1.68 mL/dose of a 50 mg/mL conc) for pulseless VT/VF, give as rapid bolus; for perfusing tachycardias, infuse over 20 to 60 minutes MAX: 300 mg/dose May repeat dose twice up to MAX: 252 mg | Dilute to 1 to 6 mg/mL in D5W. |

ACLS/P. Results                                              ge 2 of 5

| Drug | Route | Dose | Delivery |
|------|-------|------|----------|
| **Atropine** | | | |
| IV:<br>0.02 mg/kg/dose<br>MAX:<br>0.5 mg/dose<br>May repeat once | IV/IO | 0.34 mg/dose (3.36 mL/dose of 0.1 mg/mL conc)<br>MAX: 0.5 mg<br>May repeat once | |
| ET:<br>0.04 to<br>0.06 mg/kg/dose<br>MAX:<br>0.5 mg/dose<br>May repeat once | ET | 0.5 mg/dose (0.5 mL/dose of 1 mg/mL conc)<br>Dose based on 0.04 mg/kg/dose<br>MAX: 0.5 mg<br>May repeat once | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilations via ambu-bag. |
| **Calcium chloride 10%** | | | |
| 20 mg/kg/dose<br>MAX: 2 g/dose | Slow IV/IO | 336 mg/dose (3.4 mL/dose of 100 mg/mL conc)<br>MAX: 2 g/dose | Administer slowly. |
| **Cardioversion** | | | |
| 0.5 to 1 joule/kg<br>May Repeat<br>2 joules/kg | Electrical | 8.4 joules<br>Dose based on: 0.5 joules/kg<br>May Repeat 34 joules | |
| **Defibrillation** | | | |
| Initial shock:<br>2 joules/kg<br>Second shock:<br>4 joules/kg | Electrical | Initial shock: 33.56 joules<br>Second shock: 67.12 joules | Subsequent shocks of 4 joules/kg or more up to a MAX: 10 joules/kg or adult dose, whichever is less. |
| **Dextrose** | | | |
| 0.5 to 1 g/kg<br>MAX: 25 g | IV/IO | 8.4 g/dose (34 mL/dose of D25W)<br>Dose based on: 0.5 g/kg<br>MAX: 25 g | Infants and children: Use D25W.<br>May dilute D50W 1:1 with sterile water to make D25W prior to administration.<br>Adolescents: Use D50W. |

| Drug | Route | Dose | Delivery |
|------|-------|------|----------|
| **DOBUTamine hydrochloride** | | | |
| 2 to 20 mcg/kg/min | IV/IO | Starting dose: 83.9 mcg/min (5 mL/hr of a 1000 mcg/mL conc)<br><br>Dose based on: 5 mcg/kg/min | Mix 20 mL from a 12.5 mg/mL vial in 250 mL D5W for a 1000 mcg/mL solution. |
| **DOPamine** | | | |
| 2 to 20 mcg/kg/min | IV/IO | Starting dose: 83.9 mcg/min (3.1 mL/hr of a 1600 mcg/mL conc)<br><br>Dose based on: 5 mcg/kg/min | Mix 10 mL from a 40 mg/mL vial in 250 mL D5W for a 1600 mcg/mL solution. |
| **EPINEPHrine** | | | |
| IV: 0.01 mg/kg<br><br>MAX: 1 mg/dose<br><br>May Repeat every 3 to 5 minutes | IV/IO | 0.17 mg/dose (1.7 mL/dose of a 0.1 mg/mL conc)<br><br>MAX: 1 mg/dose<br><br>May repeat every 3 to 5 minutes | |
| ET: 0.1 mg/kg<br><br>MAX: 2.5 mg/dose<br><br>May repeat every 3 to 5 minutes | ET | 1.7 mg/dose (1.7 mL/dose of a 1 mg/mL conc)<br><br>MAX: 2.5 mg/dose<br><br>May repeat every 3 to 5 minutes | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilation via ambu-bag. |
| **EPINEPHrine: Infusion** | | | |
| 0.1 to 1 mcg/kg/min | Infusion | Starting Dose: 1.68 mcg/min (2 mL/hr of a 50 mcg/mL conc)<br><br>Dose based on 0.1 mcg/kg/min | Mix 12.5 mL of 1 mg/mL vial in 250 mL D5W for a 50 mcg/mL solution. |

ACLS/P.  Results

ge 4 of 5

| Drug | Route | Dose | Delivery |
|---|---|---|---|
| **Lidocaine** | | | |
| IV: 1 mg/kg/dose<br><br>MAX: 100 mg<br><br>Repeat bolus if infusion not started within 15 minutes of initial bolus. | IV/IO | 17 mg/dose (1.7 mL/dose of 10 mg/mL conc)<br><br>MAX: 100 mg<br><br>Repeat bolus if infusion not started within 15 minutes of initial bolus. | |
| ET: 2 to 3 mg/kg/dose | ET | 34 mg/dose (3.4 mL/dose of 10 mg/mL conc)<br><br>Dose based on 2 mg/kg/dose | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilation via ambu-bag. |
| Infusion: 20 to 50 mcg/kg/min | Infusion | 336 mcg/min (8.4 mL/hr of a 2400 mcg/mL conc)<br><br>Dose based on 20 mcg/kg/min | Mix 30 mL from a 20 mg/mL vial in 250 ml D5W for a 2400 mcg/mL solution. |
| **Magnesium sulfate** | | | |
| 25 to 50 mg/kg/dose<br><br>MAX: 2 g/dose | IV/IO | 420 mg/dose (0.8 mL/dose of 500 mg/mL conc) over 10 to 20 minutes, faster in torsades de pointes<br><br>MAX: 2 g/dose<br><br>Dose based on 25 mg/kg/dose | Dilute to a MAX of 200 mg/mL. |
| **Naloxone For Full Reversal** | | | |
| IV:<br>younger than 5 years old or 20 kg or less:<br>0.1 mg/kg/dose<br><br>MAX: 2 mg/dose<br><br>5 years and older or more than 20 kg: 2 mg/dose | IV/IO/ET | For Full Reversal:<br>younger than 5 years old or 20 kg or less:<br><br>1.68 mg/dose (1.7 mL/dose of 1 mg/mL conc)<br><br>MAX: 2 mg/dose<br><br>5 years and older or more than 20 kg: 2 mg/dose | For ET administration:<br>May require 2 to 3 times IV dose. Dilute ET dose in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilations via ambu-bag.<br><br>Use lower doses to reverse respiratory depression associated with therapeutic opioid use (1 to 5 mcg/kg titrate to effect). |

ACLS/P.     Results                                                    je 5 of 5

| Drug | Route | Dose | Delivery |
|---|---|---|---|
| **Procainamide** | | | |
| 15 mg/kg/dose | IV/IO | 252 mg/dose (2.52 mL/dose of 100 mg/mL conc) infuse over 30 to 60 minutes | Dilute in NS to a conc of 20 mg/mL. Monitor ECG and blood pressure. Use caution when administering with other drugs that prolong QA. |
| **Sodium bicarbonate** | | | |
| 1 mEq/kg/dose | IV/IO | 17 mEq/dose (17 mL/dose of 1 mEq/mL conc) | After adequate ventilation. |

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▮▮▮▮▮▮▮ | MRN: 1116206 | Discharge Date: |
| Last Name:▮▮▮▮▮▮▮▮▮ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/30/2017 11:30:00 AM | Charting ID: 1000999873 |

**Heart Rate: 17 beats per minute**
**Respiratory Rate: 22 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL).
Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 116 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Diminished
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Shannon Thames, CRT on 08/30/2017 at 11:33

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/30/2017 8:40:00 AM | Charting ID: 1000999606 |

**Heart Rate: 21 beats per minute**
**Respiratory Rate: 20 breaths per minute**
**All Lung Fields: Coarse**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 118 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Coarse
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Shannon Thames, CRT on 08/30/2017 at 08:43

### Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/30/2017 4:00:00 AM | Charting ID: 1000999324 |

**Heart Rate: 60 beats per minute**
**Respiratory Rate: 20 breaths per minute**
**All Lung Fields: Coarse**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 66 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Coarse
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/30/2017 at 04:09

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: | MRN: 1116206 | Discharge Date: |
| Last Name: | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/30/2017 12:01:00 AM | Charting ID: 1000999059 |

**Heart Rate:** 64 beats per minute
**Respiratory Rate:** 20 breaths per minute
**All Lung Fields:** Rhonchi / Coarse crackles
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL). Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 66 beats per minute
Respiratory Rate: 22 breaths per minute
Breath Sounds:
All Lung Fields: Rhonchi / Coarse crackles
Work of Breathing: No use of accessory muscles noted.
Cough / Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/30/2017 at 00:02

### Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ███████ | MRN: 1116206 | Discharge Date: |
| Last Name: ███████ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 10:45:00 PM | Charting ID: 1000998943 |

**Heart Rate: 82 beats per minute**
**Respiratory Rate: 20 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL)
Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 84 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
Informal: Indications, possible side effects, expected outcomes of therapy and/or current status were explained.

Electronically Signed By: Fredda Huckabee, RRT on 08/29/2017 at 22:54

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▮▮▮▮▮ | MRN: 1116206 | Discharge Date: |
| Last Name: ▮▮▮▮▮▮▮▮▮ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 7:45:00 PM | Charting ID: 1000998694 |

**Heart Rate: 122 beats per minute**
**Respiratory Rate: 24 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 120 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
Informal: Indications, possible side effects, expected outcomes of therapy and/or current status were explained.

Electronically Signed By: Fredda Huckabee, RRT on 08/29/2017 at 19:55

Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 8:30:00 AM | Charting ID: 1000997766 |

**Heart Rate: 148 beats per minute**
**Respiratory Rate: 20 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via mouth piece with Atrovent (Ipratroprium Bromide) 0.02% (0.5 mg/2.5 mL)/ Albuterol 0.083%  Unit Dose (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 150 beats per minute
Respiratory Rate: 18 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
Informal: Indications, possible side effects, expected outcomes of therapy  and/or current status were explained.

Electronically Signed By: Gentry Grisham, RRT on 08/29/2017 at 08:35

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 5:00:00 PM | Charting ID: 1000998494 |

**Heart Rate: 130 beats per minute**
**Respiratory Rate: 18 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 130 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/29/2017 at 17:10

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▮▮▮▮▮▮▮▮ | MRN: 1116206 | Discharge Date: |
| Last Name: ▮▮▮▮▮▮▮▮▮▮ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 1:14:00 PM | Charting ID: 1000998155 |

**Heart Rate: 140 beats per minute**
**Respiratory Rate: 22 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL)/ Atrovent (Ipratroprium Bromide) 0.02% Unit Dose (0.5 mg/2.5 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 130 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/29/2017 at 13:19

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ███████ | MRN: 1116206 | Discharge Date: |
| Last Name: ███████ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 10:32:00 AM | Charting ID: 1000997912 |

**Heart Rate: 99 beats per minute**
**Respiratory Rate: 25 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL). Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 99 beats per minute
Respiratory Rate: 22 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/29/2017 at 10:38

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: | MRN: 1116206 | Discharge Date: |
| Last Name: | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 8:30:00 AM | Charting ID: 1000997766 |

**Heart Rate: 148 beats per minute**
**Respiratory Rate: 20 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

Interventions:
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 150 beats per minute
Respiratory Rate: 18 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
Informal: Indications, possible side effects, expected outcomes of therapy  and/or current status were explained.

Electronically Signed By: Gentry Grisham, RRT on 08/29/2017 at 08:35

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▉▉▉▉▉▉ | MRN: 1116206 | Discharge Date: |
| Last Name: ▉▉▉▉▉▉ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 6:00:00 AM | Charting ID: 1000997551 |

**Heart Rate: 112 beats per minute**
**Respiratory Rate: 25 breaths per minute**
**All Lung Fields: Diminished**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 112 beats per minute
Respiratory Rate: 25 breaths per minute
Breath Sounds:
All Lung Fields: Diminished
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/29/2017 at 06:06

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▆▆▆▆▆▆ | MRN: 1116206 | Discharge Date: |
| Last Name: ▆▆▆▆▆▆ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 3:50:00 AM | Charting ID: 1000997497 |

**Heart Rate:** 105 beats per minute
**Respiratory Rate:** 22 breaths per minute
**All Lung Fields:** Coarse
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 106 beats per minute
Respiratory Rate: 22 breaths per minute
Breath Sounds:
All Lung Fields: Diminished
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/29/2017 at 03:58

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▉▉▉▉▉▉ | MRN: 1116206 | Discharge Date: |
| Last Name: ▉▉▉▉▉▉▉ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 2:00:00 AM | Charting ID: 1000997388 |

**Heart Rate: 100 beats per minute**
**Respiratory Rate: 22 breaths per minute**
**All Lung Fields: Coarse**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 108 beats per minute
Respiratory Rate: 24 breaths per minute
Breath Sounds:
All Lung Fields: Coarse
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/29/2017 at 02:01

### Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▮▮▮▮▮▮▮▮ | MRN: 1116206 | Discharge Date: |
| Last Name:▮▮▮▮▮▮▮▮ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/29/2017 12:20:00 AM | Charting ID: 1000997327 |

**Heart Rate: 118 beats per minute**
**Respiratory Rate: 19 breaths per minute**
**All Lung Fields: Diminished**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

Interventions:
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL)/ Atrovent (Ipratroprium Bromide) 0.02% Unit Dose (0.5 mg/2.5 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

Post Therapy Assessment:
Heart Rate: 119 beats per minute
Respiratory Rate: 19 breaths per minute
Breath Sounds:
All Lung Fields: Diminished
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

Education:
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/29/2017 at 00:20

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▇▇▇▇▇▇ | MRN: 1116206 | Discharge Date: 8/30/2017 3:00:00 PM |
| Last Name:▇▇▇▇▇▇ | Date of Birth: 10/01/2013 | Charting Category: MEDGAS-SAT |
| Charting Template: Oxygen Therapy-Oximetry Note | Charting Date: 8/28/2017 5:05:00 AM | Charting ID: 1001000847 |

Pediatric Oxygen Protocol

Room Air SpO2 = 96 %. Oxygen not set up per protocol.

Electronically Signed By: Chad Earley, RRT on 08/31/2017 at 00:49

### Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 9:59:00 PM | Charting ID: 1000997128 |

**Heart Rate: 112 beats per minute**
**Respiratory Rate: 20 breaths per minute**
**All Lung Fields: Diminished**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL).
Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 113 beats per minute
Respiratory Rate: 21 breaths per minute
Breath Sounds:
All Lung Fields: Diminished
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/28/2017 at 22:06

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▓▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name:▓▓▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 8:25:00 PM | Charting ID: 1000997054 |

**Heart Rate: 104 beats per minute**
**Respiratory Rate: 20 breaths per minute**
**All Lung Fields: Diminished**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 104 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Diminished
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Tashanna Greene, on 08/28/2017 at 20:30

## Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▒▒▒▒▒▒▒ | MRN: 1116206 | Discharge Date: |
| Last Name:▒▒▒▒▒▒▒ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 6:02:00 PM | Charting ID: 1000996832 |

**Heart Rate: 138 beats per minute**
**Respiratory Rate: 18 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL)/ Atrovent (Ipratroprium Bromide) 0.02% Unit Dose (0.5 mg/2.5 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 130 beats per minute
Respiratory Rate: 20 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 18:09

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▇▇▇▇▇▇▇ | MRN: 1116206 | Discharge Date: |
| Last Name:▇▇▇▇▇▇▇ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 12:02:00 PM | Charting ID: 1000996403 |

**Heart Rate:** 154 beats per minute
**Respiratory Rate:** 20 breaths per minute
**All Lung Fields:** Clear
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL)/ Atrovent (Ipratroprium Bromide) 0.02% Unit Dose (0.5 mg/2.5 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 150 beats per minute
Respiratory Rate: 22 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 12:02

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▓▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 4:15:00 PM | Charting ID: 1000996723 |

**Heart Rate:** 124 beats per minute
**Respiratory Rate:** 22 breaths per minute
**All Lung Fields:** Clear
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 124 beats per minute
Respiratory Rate: 18 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 16:20

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ███████ | MRN: 1116206 | Discharge Date: |
| Last Name: ███████ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 1:52:00 PM | Charting ID: 1000996540 |

**Heart Rate:** 145 beats per minute
**Respiratory Rate:** 18 breaths per minute
**All Lung Fields:** Clear
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 148 beats per minute
Respiratory Rate: 18 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 13:52

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 12:02:00 PM | Charting ID: 1000996403 |

**Heart Rate:** 154 beats per minute
**Respiratory Rate:** 20 breaths per minute
**All Lung Fields:** Clear
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

Interventions:
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

Post Therapy Assessment:
Heart Rate: 150 beats per minute
Respiratory Rate: 22 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 12:02

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: | MRN: 1116206 | Discharge Date: |
| Last Name: | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 9:20:00 AM | Charting ID: 1000996191 |

**Heart Rate: 150 beats per minute**
**Respiratory Rate: 25 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL)
Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 150 beats per minute
Respiratory Rate: 22 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 09:25

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name: ▮▮▮▮▮▮▮▮ | MRN: 1116206 | Discharge Date: |
| Last Name: ▮▮▮▮▮▮ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 7:25:00 AM | Charting ID: 1000995949 |

**Heart Rate: 136 beats per minute**
**Respiratory Rate: 30 breaths per minute**
**All Lung Fields: Expiratory wheezes**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

Interventions:
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL). Treatment delivered via oxygen.

The patient had no adverse effects.

Post Therapy Assessment:
Heart Rate: 130 beats per minute
Respiratory Rate: 30 breaths per minute
Breath Sounds:
All Lung Fields: Expiratory wheezes
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

Education:
Informal: Indications, possible side effects, expected outcomes of therapy and/or current status were explained.

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 07:30

### Willis Knighton Respiratory

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name:▓▓▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDGAS-SAT |
| Charting Template: Oxygen Therapy-Oximetry Note | Charting Date: 8/28/2017 7:25:00 AM | Charting ID: 1000995953 |

Pediatric Oxygen Protocol

Room Air SpO2 = 96 %. Oxygen therapy discontinued per protocol

Electronically Signed By: Gentry Grisham, RRT on 08/28/2017 at 07:32

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20034006872 | Physician Name: | Admit Date: 8/28/2017 3:07:00 AM |
| First Name:▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name:▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 8/28/2017 5:05:00 AM | Charting ID: 1000995901 |

**Heart Rate:** 146 beats per minute
**Respiratory Rate:** 30 breaths per minute
**All Lung Fields:** Diminished
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment started via mouth piece with Albuterol 0.083% (2.5 mg/3 mL)/Atrovent (Ipratroprium Bromide) 0.02% Unit Dose (0.5 mg/2.5 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 150 beats per minute
Respiratory Rate: 32 breaths per minute
Breath Sounds:
All Lung Fields: Diminished
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Chad Earley, RRT on 08/28/2017 at 05:26

**Asthma** ___ **on Plan**

Date/Time:

AALIYAH L
10/01/13   3Y 10M   85517
Tran, Sharon N M.D.   08/28/17
K20034006872

Providers Phone: Phone: (318)212-5781

Parent Signature: _____

Red means Danger Zone! Get help from doctor.

___ means Caution zone! Add quick-relief medicine

Green means Go Zone! Use controller medicine

[ ] For Exercise:  20 minutes before take:

[ ] 2 Puffs    [ ] Albuterol (ProAir, Proventil, Ventolin)
[ ] 4 Puffs    [ ] Levalbuterol (Xopenex)

---

**Green = Go Zone**          Use CONTROLLER Medications EVERY DAY and Avoid Asthma Triggers

You have ALL of these:          Controller Medication          How Much to Take          How Often
- Breathing is good
- No cough or wheeze
- Can work and play
- Sleep through the night

If peak flow meter used:
Peak flow greater than _____ above 80% of personal best

Personal best peak flow = _____

**Rinse mouth or brush teeth after using Controller Medication**

---

**Yellow = Caution Zone**          Getting Worse! Add QUICK RELIEVER Medication

You have ANY of these:
- Cough              - First sign of a cold
- Mild Wheeze        - Exposure to known
- Tight Chest          trigger
- Waking at night  - Can do some, but not
  due to asthma      all usual activities

**Continue DAILY Green Zone Controller Medications and ADD QUICK-RELIEVER:**
[X] Albuterol (ProAir, Proventil, Ventolin)   [ ] Levalbuterol (Xopenex)
[X] 2 puffs    [ ] 4 puffs    [X] 1 nebulizer treatment
If better in 20 minutes, continue Quick-Reliever every 4-6 hours for 1-2 days

This is not where you should be every day.
Take action to get your asthma under control.

[X] Call your provider at [X] 24 hours    [ ] 48 hours

**If getting worse or not better by 1 hour, use Red Zone plan**

If pea flow meter used: ____ to ____ (50% to 80% of personal best)

---

**Red = Danger Zone**          Take these Medicines and GET HELP NOW

Your asthma is bad
- Medicine is not helping within 10 to
  20 minutes
- Breathing is hard and fast
- Nose opens wide
- Ribs show
- Trouble walking
- Trouble talking

**Use QUICK RELIEVER**
[ ] 2 puffs    [ ] 4 puffs    [X] 6 puffs    [X] 1 nebulizer treatment

If not better in 20 minutes, repeat quick reliever while going to the hospital or provider's office - dial 911 if necessary

If peak flow meter used:
Peak flow below: _____
(below 50% of personal best)

My asthma Triggers:
[X] Colds [ ] Smoke [ ] Weather [ ] Food [ ] Grass/Trees [ ] Cockroach's
[ ] Exercise [ ] Dust [ ] Air pollution [ ] Animals [ ] Mold [ ] Fragrances
[ ] Alcoholic Beverages  [X] Other: crying

# Plan Of Care Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ▬▬▬▬▬L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Plan of Care

| | | |
|---|---|---|
| **Last Reviewed By:** | Amanda G Fortiz, RN | |
| **Last Reviewed Date:** | 08/30/2017 08:39 | |

| Standard Name | Date Assigned | Assigned By | Stop Date | Reason |
|---|---|---|---|---|
| POC Falls - Risk of | 08/28/2017 04:31 | Wallace, Meghan RN | | |
| POC Breathing Pattern - Ineffect | 08/28/2017 04:31 | Wallace, Meghan RN | | |
| Breathing Pattern Impairment | 08/28/2017 04:31 | Wallace, Meghan RN | | |

## Problems associated to Selected Visit

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| Problem Details | Value | Problem Details | Value | Problem Details | Value | |
| **Breathing Pattern - Ineffective** | | 08/28/2017 04:31 | | Meghan A Wallace, RN | | Resolved |
| Status: | | | | | | |
| **Falls - Risk of** | | 08/28/2017 04:31 | | Meghan A Wallace, RN | | Resolved |
| Comment: | | | Status: | | | |
| **Thermoregulation - Risk of, Impaired** | | 08/28/2017 04:31 | | Meghan A Wallace, RN | | Resolved |
| Comment: | | Event: | | Day Part: | | |
| Severity: | | Acute/Chronic: | | Onset Date: | | |
| Onset: | | Status: | | | | |

## Expected Outcomes

| Expected Outcome Display Name | Status | | Act. Outcome Status (Last) | Charted By |
|---|---|---|---|---|
| Comment | Target Completion Date | Target Completion Text | | Charted Date |
| Outcome Details | Value | Outcome Details | Value | Outcome Details | Value |
| Absence of falls | Active | | Met | Gwendolyn K Kelley, RN |
| | 08/31/2017 12:00 | | | 08/30/2017 03:10 |
| Effective breathing pattern | Active | | Progressing | Gwendolyn K Kelley, RN |
| | 08/30/2017 12:00 | | | 08/30/2017 03:10 |

---

© 2008-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 31-Aug-17 15:54

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

# Assessment Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 04:10 |
| Collected By | Meghan A Wallace, RN | | |

### Admission Assessment

| | | | |
|---|---|---|---|
| Stated reason for visit | wheezing, nasl congestion, cough, fever | Admit from | Home |
| Mode of arrival | Wheelchair | Accompanied by | Parent |
| Source of info | Parent | Would you like a family member / representative notified of your | No |
| Readmit within 30 days | Denies | Organ donor | No |
| Participates in Clinical Trial | No | No current treatments or therapies | Yes |
| Communication barriers | Cognitive, Emotional | Highest education level | Less than 5th grade |
| Language preference for medical communication | English | Communication barrier | None |
| Comment | Patient has autism | No spiritual/cultural issues that may affect care or education | Yes |
| Do you have an Advance Directive? | No | WKHS Patient Guide provided | Yes |
| Healthcare Power of Attorney | No | Healthcare Power of Attorney on file with WKHS | No |
| Oriented to | Yes | | |

### Belongings / Equipment

| | | | |
|---|---|---|---|
| Clothing | Yes | Clothing location | Family |
| Other home items | Yes | Other home items description | diaper bag |
| Other home items location | Family | No medical equipment or assistive devices | Yes |

### Birth History

| | | | |
|---|---|---|---|
| Birth weight | 708.738 g | Problems at birth | Mother had preeclampsia. Born at 27 weeks. NICU -100 days |

### Past Med/Surg Hx

| | | | |
|---|---|---|---|
| Neurological medical history | Other (specify) | Neurological comments | Autism |
| Respiratory medical history | Asthma | No additional history | Yes |
| No history of cancer | Yes | | |

### Infectious Disease History

---

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.

Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

# Assessment Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017  01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  04:10 |
| Collected By | Meghan A Wallace, RN | | |

### Infectious Disease History

| | | | |
|---|---|---|---|
| No history of infectious disease | Yes | Have you/close contact travel outside continental US last 30days | No |
| Have you come in contact with any person with confirmed Ebola | No | Have you or close contact come in contact with anyone with  ZIKA | No |

### Health Screening

| | | | |
|---|---|---|---|
| Hazardous material exposure | Unknown | No change in appetite, unintentional weight loss, vomiting or | Yes |
| Body Mass Index | 19.00 | Weight | 36/15.897 lbs,oz |
| Height | 3/1 ft,in | | |

### Developmental Assessment

| | |
|---|---|
| 3 Years | Able to throw ball overhand |

### Immunization Screening

| | | | |
|---|---|---|---|
| Contraindications | Patient under 18 years of age | Contraindications | Patient under 65 years of age |
| Childhood Immunizations up to date | Yes | Immunization comments | UTD |
| Hepatitis A vaccine yes/no | Yes | Hepatitis B vaccine yes/no | Yes |
| Tetanus vaccine in last 10 years | Yes | | |

### Family Health History

| | | | |
|---|---|---|---|
| Father | Not known | Mother | Hypertension, Obesity |
| Brother | Not known | | |

### Psychosocial History

| | | | |
|---|---|---|---|
| Marital Status | Single | Smoking status | Never smoker |
| Have you had thoughts of harming yourself in the past week? | Unable to assess | Does your home environment cause you fear, pain, or injury? | Unable to assess |
| Have you recently felt abused, taken advantage of, or neglected | Unable to assess | Spiritual resources needed | No |

### ADL Assessment

| | |
|---|---|
| Activity | Partial assist |

### Vital Signs

| | | |
|---|---|---|
| Pt Name: ████████████L | MRN:   1116206 | Assessment Report |
| Rm/ Bed: | Page 2 of 4 | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ▮▮▮▮▮▮▮▮L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017  01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  04:10 |
| Collected By | Meghan A Wallace, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 98.3 F | Temperature Site | Temporal |
| Pulse | 156 | Pulse site | VS machine |
| Respirations | 28 | WFE Respiratory rate | 28 |
| O2 Saturation (%) | 97 | Blood pressure 1 | 110/79   *H* |
| Site Blood pressure 1 | Leg, right | Position BP 1 | Sitting |
| Method Blood pressure 1 | Cuff, automatic | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| Face | No particular expression or smile | Legs | Normal position or relaxed |
| Activity | Lying quietly, normal position, moves easily | Cry | No cry |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | WDL |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL | O2 Saturation (%) | 97 |
| Respiratory | WDL except | Respiratory pattern | Tachypnea |
| Retracting / Bulging | Mild retracting | Cough | Non - productive |
| Breath sounds within defined limits | WDL except | LUL | Wheezes, expiratory, Wheezes, inspiratory |
| RUL | Wheezes, expiratory, Wheezes, inspiratory | RML | Wheezes, expiratory, Wheezes, inspiratory |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

### Gastrointestinal Assessment

| | | |
|---|---|---|
| Gastrointestinal | WDL | |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Urinary catheter present on admission | Not applicable |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 04:10 |
| Collected By | Meghan A Wallace, RN | | |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Indwelling Urinary Catheter present on admission | No | External genitalia | Deferred |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Neurological | WDL | Oriented to person, place and time | Yes |
| Motor function | WDL | | |

### Integumentary Assessment

| | | | |
|---|---|---|---|
| Integumentary | WDL | | |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Age | Less than 3 years old | Gender | Female |
| Diagnosis | Alterations in oxygenation (respiratory diagnosis, dehydration, anemia, anorexia, syncope / dizziness, etc.) | Cognitive Impairment | Not aware of limitations |
| Environmental Factors | Placed in bed | Response to Surgery/Sedation/Anesthesia | More than 48 hours / None |
| Medication Usage | Other medications / None | Humpty Dumpty score | 15 |
| Fall risk level | High risk | Interventions | Fall-precaution identifier implementation (yellow falls wrist band applied, fall risk ID magnet at door) |

### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Safety | Person educated | Parent |
| Barriers to learning | None | Readiness to Learn | Receptive |
| Teaching method | Discussion | Understanding | Good |
| Evaluation Method | Verbal | Follow-up | No Follow-up Needed |

### Discharge Planning

| | | |
|---|---|---|
| Comment | per md upon discharge | |

Clinical Note:

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

### Discharge Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017 14:02 |
| Collected By | Amanda G Fortiz, RN | | |

#### Discharge Assessment

| | | | |
|---|---|---|---|
| Care Management discharge planning completed | Yes | Wound Ostomy discharge planning completed | Yes |
| Temperature | 98.5 F | Pulse | 105 |
| Respirations | 26 | O2 Saturation (%) | 100 |
| Date of last bowel movement | 08/30/2017 | Contraindications | Patient under 65 years of age |
| Contraindications | Patient under 18 years of age, Vaccine not required (April – August) | Discharge instructions | Reviewed discharge instructions with patient / significant other, Patient / Significant other verbalized understanding of discharge instructions, Patient / Significant other received written instructions |
| Physician discharge order complete | Yes | Discharge medication reconciliation complete | Yes |

#### Discharge Follow-up and Equipment

| | | | |
|---|---|---|---|
| With Referral 1 | PCP at UH | Follow-up In | 3-4 days |
| With Referral 2 | Dr. Jones, Peds Pulmonology | Follow-up In | as scheduled |
| Care Management discharge planning completed | Yes | | |

#### Integumentary Assessment

| | |
|---|---|
| Integumentary | WDL |

#### WOC Discharge Planning

| | |
|---|---|
| Wound Ostomy discharge planning completed | Yes |

#### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Asthma | Person educated | Parent |
| Barriers to learning | Cognitive | Readiness to Learn | Receptive |
| Understanding | Good | Evaluation Method | Verbal |
| Follow-up | Content, No Follow-up Needed | | |

#### Physician D/C Instructions

| | | | |
|---|---|---|---|
| Diet | Pediatric | Activity | No Activity Restrictions |
| Notify Physician For | Fever or chills, Shortness of | | breath, If symptoms worsen |

| | | | |
|---|---|---|---|
| Pt Name: | ████████L | MRN: | 1116206 |
| Rm/ Bed: | | Page 1 of 2 | |

Assessment Report

ORE_0010_DSCH_NBR_V1.rpt v1.00

Printed By :Workflow

Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ⬛⬛⬛⬛⬛L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017  01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

### Discharge Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017  14:02 |
| Collected By | Amanda G Fortiz, RN | | |

#### Physician D/C Instructions

contact your health care provider or call 911

Clinical Note:

### Discharge Follow-up and Equipment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017  14:13 |
| Collected By | Amanda G Fortiz, RN | | |

#### Discharge Follow-up and Equipment

| | | | |
|---|---|---|---|
| With Referral 1 | PCP at UH | Follow-up In | 3-4 days |
| With Referral 2 | Dr. Jones, Peds Pulmonology | Follow-up In | as scheduled |
| Care Management discharge planning completed | Yes | | |

Clinical Note:

Printed By :Workflow
Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | [redacted]L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

### Patient Factors

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Patient Factors

| | | | |
|---|---|---|---|
| Height | 3/1 ft,in | How Obtained | Stated |
| Weight | 36/15.897 lbs,oz | How Obtained | Measured |
| Body Mass Index | 19.00 | Oriented to person, place and time | No |
| Isolation precautions | None | Fall precautions | Yes |
| Requires assistance with transfers | No. | Transportation method | Stretcher |
| IV | No | Support person | Mother |
| O2 in use | No | | |

Clinical Note:

---

### Patient Factors

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Patient Factors

| | | | |
|---|---|---|---|
| Height | 3/1 ft,in | How Obtained | Stated |
| Weight | 36/15.897 lbs,oz | How Obtained | Measured |
| Body Mass Index | 19.00 | Oriented to person, place and time | Yes |
| Isolation precautions | None | Fall precautions | Yes |
| Requires assistance with transfers | No | Transportation method | Stretcher |
| IV | Yes | Support person | Mother |
| O2 in use | No | | |

Clinical Note:

---

### Patient Factors

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 04:08 |
| Collected By | Meghan A Wallace, RN | | |

#### Patient Factors

| | | | |
|---|---|---|---|
| Height | 3/1 ft,in | How Obtained | Stated |
| Weight | 16.78 kg | How Obtained | Measured |
| Body Mass Index | 19.00 | Oriented to person, place and time | Yes |
| Isolation precautions | None | Fall precautions | No |
| Requires assistance with transfers | No | Transportation method | Stretcher |

---

| | | | |
|---|---|---|---|
| **Pt Name:** [redacted]L | **MRN:** 1116206 | | Assessment Report |
| **Rm/ Bed:** | Page 1 of 6 | | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

### Patient Factors

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 04:08 |
| Collected By | Meghan A Wallace, RN | | |

#### Patient Factors

| | | | |
|---|---|---|---|
| IV | Yes | Support person | Mother |
| O2 in use | No | | |

Clinical Note:

### Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017 11:00 |
| Collected By | Amanda G Fortiz, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 98.5 F | Temperature Site | Temporal |
| Pulse | 71 | Pulse site | VS machine |
| Respirations | 24 | WFE Respiratory rate | 24 |
| O2 Saturation (%) | 100 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017 04:00 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 97.8 F | Temperature Site | Temporal |
| Pulse | 88 | Pulse site | VS machine |
| Respirations | 24 | WFE Respiratory rate | 24 |
| O2 Saturation (%) | 94 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017 00:00 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 97.3 F | Temperature Site | Temporal |
| Pulse | 95 | Pulse site | VS machine |

Printed By :Workflow
Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017  00:00 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Respirations | 24 | WFE Respiratory rate | 24 |
| O2 Saturation (%) | 96 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  16:00 |
| Collected By | Catrina J Lewis, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 98.5 F | Temperature Site | Temporal |
| Pulse | 126 | Pulse site | VS machine |
| Respirations | 30 | WFE Respiratory rate | 30 |
| O2 Saturation (%) | 98 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  12:00 |
| Collected By | Catrina J Lewis, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 99.1 F | Temperature Site | Temporal |
| Pulse | 100 | Pulse site | VS machine |
| Respirations | 40 | WFE Respiratory rate | 40 |
| O2 Saturation (%) | 98 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  08:23 |
| Collected By | Catrina J Lewis, RN | | |

| Pt Name: | ██████████L | MRN: | 1116206 | Assessment Report |
|---|---|---|---|---|
| Rm/ Bed: | | Page 3 of 6 | | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

Printed By :Workflow
Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 08:23 |
| Collected By | Catrina J Lewis, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 98.1 F | Temperature Site | Temporal |
| Pulse | 130 | Pulse site | VS machine |
| Respirations | 32 | WFE Respiratory rate | 32 |
| O2 Saturation (%) | 99 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

## Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 04:00 |
| Collected By | Gwendolyn K Kelley, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 97.8 F | Temperature Site | Temporal |
| Pulse | 104 | Pulse site | VS machine |
| Respirations | 32 | WFE Respiratory rate | 32 |
| O2 Saturation (%) | 100 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

## Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 00:00 |
| Collected By | Gwendolyn K Kelley, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 97.9 F | Temperature Site | Temporal |
| Pulse | 117 | Pulse site | VS machine |
| Respirations | 28 | WFE Respiratory rate | 28 |
| O2 Saturation (%) | 95 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

## Vital Signs

Printed By :Workflow
Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | [redacted]L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

---

### Vital Signs

| Assessment Sts | Complete | Collected DTime | 08/28/2017 16:00 |
|---|---|---|---|
| Collected By | Catrina J Lewis, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 99.9 F | Temperature Site | Axillary |
| Pulse | 131 | Pulse site | VS machine |
| Respirations | 36 | WFE Respiratory rate | 36 |
| O2 Saturation (%) | 100 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### Vital Signs

| Assessment Sts | Complete | Collected DTime | 08/28/2017 12:00 |
|---|---|---|---|
| Collected By | Catrina J Lewis, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 99.9 F | Temperature Site | Axillary |
| Pulse | 160 | Pulse site | VS machine |
| Respirations | 52 | WFE Respiratory rate | 52 |
| O2 Saturation (%) | 94 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### Vital Signs

| Assessment Sts | Complete | Collected DTime | 08/28/2017 08:00 |
|---|---|---|---|
| Collected By | Catrina J Lewis, RN | | |

#### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 98.8 F | Temperature Site | Temporal |
| Pulse | 150 | Pulse site | VS machine |
| Respirations | 58 | WFE Respiratory rate | 58 |
| O2 Saturation (%) | 95 | Height | 3/1 ft,in |
| How Obtained | Stated | Weight | 36/15.897 lbs,oz |
| How Obtained | Measured | Body Mass Index | 19.00 |
| Ideal Body Weight, female | -14.86 | Ideal Body Weight, male | -4.86 |

Clinical Note:

### WOC Discharge Planning

---

| Pt Name: | [redacted]L | MRN: | 1116206 | | Assessment Report |
|---|---|---|---|---|---|
| Rm/ Bed: | | | Page 5 of 6 | | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

Printed By :Workflow
Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

### WOC Discharge Planning

| | | | |
|---|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** | 08/30/2017 14:12 |
| **Collected By** | Amanda G Fortiz, RN | | |

**WOC Discharge Planning**

| | |
|---|---|
| **Wound Ostomy discharge planning completed** | Yes |

**Clinical Note:**

---

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

# Assessment Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | |
|---|---|---|
| **Pt Name:** | ▓▓▓▓▓▓▓L | **MRN:** 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** 3Y/F |
| **Adm DTime:** | 08/28/2017  01:18 | **Atn Dr:** Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** |
| **Dx:** | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | |

## Intake and Output

| | 08/30/17 04:23 | 08/29/17 18:00 | 08/29/17 05:03 | 08/28/17 18:00 | 08/28/17 06:16 |
|---|---|---|---|---|---|
| **Collected By** | Gwendolyn K Kelley, RN | Catrina J Lewis, RN | Gwendolyn K Kelley, RN | Catrina J Lewis, RN | Meghan A Wallace, RN |
| **Clinical Note** | | | | | |
| **Status** | Complete | Complete | Complete | Complete | Complete |
| **Oral** | 120 ml | 950 ml | 120 ml | 120 ml | |
| **IV fluid #1** | | 261.52 ml | 420 ml | 652.40 ml | 100 ml |

## Discharge Follow-up and Equipment

| | | |
|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** 08/30/2017  14:13 |
| **Collected By** | Amanda G Fortiz, RN | |

### Discharge Follow-up and Equipment

| | | | |
|---|---|---|---|
| **With Referral 1** | PCP at UH | **Follow-up In** | 3-4 days |
| **With Referral 2** | Dr. Jones, Peds Pulmonology | **Follow-up In** | as scheduled |
| **Care Management discharge planning completed** | Yes | | |

**Clinical Note:**

## Peripheral IV Assessment

| | | |
|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** 08/29/2017  14:42 |
| **Collected By** | Catrina J Lewis, RN | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| **Date / Time Discontinued, site 1** | 08/29/2017 13:45 | **Catheter intact IV 1** | Yes |
| **Description, site 1** | no redness or swelling | | |

**Clinical Note:**

## Peripheral IV Assessment

| | | |
|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** 08/29/2017  12:00 |
| **Collected By** | Catrina J Lewis, RN | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| **Site IV 1** | Antecubital, right | **Size IV 1** | 22G |
| **IV site condition IV 1** | Patent, no redness, tenderness, leakage or edema | **Dressing condition IV 1** | Clean, dry, intact |

**Clinical Note:**

## Peripheral IV Assessment

| | | |
|---|---|---|
| **Pt Name:** ▓▓▓▓▓▓L | **MRN:** 1116206 | Assessment Report |
| **Rm/ Bed:** | Page 1 of 16 | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017  01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  10:00 |
| Collected By | Catrina J Lewis, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

---

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  08:00 |
| Collected By | Catrina J Lewis, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

---

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  06:13 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

---

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  04:00 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

---

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  01:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |

---

Pt Name: ████████L     MRN: 1116206     Page 2 of 16
Rm/ Bed:

Assessment Report
ORE_0010_DSCH_NBR_V1.rpt v1.00
Printed By :Workflow
Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 01:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

**Peripheral IV Assessment**

| | | | |
|---|---|---|---|
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 00:00 |
| Collected By | Gwendolyn K Kelley, RN | | |

**Peripheral IV Assessment**

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 21:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

**Peripheral IV Assessment**

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

**Peripheral IV Assessment**

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 18:00 |
| Collected By | Catrina J Lewis, RN | | |

**Peripheral IV Assessment**

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

---

Printed By :Workflow
Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  18:00 |
| Collected By | Catrina J Lewis, RN | | |

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  12:00 |
| Collected By | Catrina J Lewis, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  10:00 |
| Collected By | Catrina J Lewis, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  08:00 |
| Collected By | Catrina J Lewis, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  05:17 |
| Collected By | Meghan A Wallace, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

**Clinical Note:**

### Peripheral IV Assessment

Printed By :Workflow
Printed On: 31-Aug-17  15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 04:31 |
| Collected By | Meghan A Wallace, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |
| Comments, site 1 | d5 1/2ns with 20 kcl @55 | | |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 04:09 |
| Collected By | Meghan A Wallace, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Site IV 1 | Antecubital, right | Size IV 1 | 22G |
| Dressing type IV 1 | Sterile transparent semipermeable | Securement device, site 1 | Tape |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |
| Flushed per procedure IV 1 | Yes | | |

Clinical Note:

### Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017 07:10 |
| Collected By | Amanda G Fortiz, RN | | |

#### Reassessment

| | | | |
|---|---|---|---|
| Temperature | 98. F | Temperature Site | Temporal |
| Pulse | 103 | Pulse site | VS machine |
| Respirations | 28 | O2 Saturation (%) | 95 |
| Height | 3/1 ft,in | How Obtained | Stated |
| Weight | 36/15.897 lbs,oz | How Obtained | Measured |
| Body Mass Index | 19.00 | Ideal Body Weight, female | -14.86 |
| Ideal Body Weight, male | -31.83 | | |

#### Patient Location

| | |
|---|---|
| Primary location | In their primary assigned location |

#### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| No complaints of pain at this time | Yes | Total score | 0 |
| Face | No particular expression or smile | Legs | Normal position or relaxed |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Page 925 of 1758

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ███████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017 07:10 |
| Collected By | Amanda G Fortiz, RN | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| Activity | Lying quietly, normal position, moves easily | Cry | No cry |
| Consolability | Content, relaxed | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | WDL |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL | O2 Saturation (%) | 95 |
| Respiratory | WDL | Breath sounds within defined limits | WDL except |
| LUL | Coarse rales | LLL | Coarse rales |
| RUL | Coarse rales | RML | Coarse rales |
| RLL | Coarse rales | | |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Gastrointestinal | WDL | Equipment | Pads / briefs |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Equipment | Pads / briefs |
| Urinary catheter present on admission | Not applicable | Indwelling Urinary Catheter present on admission | No |
| External genitalia | WDL | | |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Eye opening | Spontaneous | Motor response | Moves spontaneously or purposefully |
| Verbal response | Smiles, oriented to sounds, follows objects, interacts | GCS Total Score | 15 |
| Neurological | WDL except | Oriented to | Person |
| Oriented to person, place and time | No | Behavior | Quiets easily |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 31-Aug-17 15:54

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ▉▉▉▉▉L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/30/2017 07:10 |
| Collected By | Amanda G Fortiz, RN | | |

### Neurological Assessment

| | |
|---|---|
| Motor function | WDL |

### Integumentary Assessment

| | |
|---|---|
| Integumentary | WDL |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Mobility: Ability to change and control body position | No Limitations | Activity: Degree of physical activity | Walks Frequently |
| Sensory Perception: | No Impairment | Moisture | Occasionally Moist |
| Friction and shear | No Apparent Problem | Nutrition: Usual food intake pattern | Excellent |
| Tissue perfusion and oxygenation | Excellent | Modified Braden Score | 27 |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Age | Less than 3 years old | Gender | Female |
| Diagnosis | Alterations in oxygenation (respiratory diagnosis, dehydration, anemia, anorexia, syncope / dizziness, etc.) | Cognitive Impairment | Forgets limitations |
| Environmental Factors | Placed in bed | Response to Surgery/Sedation/Anesthesia | More than 48 hours / None |
| Medication Usage | Other medications / None | Humpty Dumpty score | 14 |
| Fall risk level | High risk | Interventions | Fall-precaution identifier implementation (yellow falls wrist band applied, fall risk ID magnet at door) |

### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Asthma | Readiness to learn | Apprehensive / Reluctant |
| Person educated | Parent | Barriers to learning | None |
| Readiness to Learn | Receptive | Teaching method | Discussion |
| Understanding | Good | Evaluation Method | Verbal |
| Follow-up | Content, No Follow-up Needed | | |

Clinical Note:

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

| | | | |
|---|---|---|---|
| Pt Name: | ▉▉▉▉▉L | MRN: | 1116206 |
| Rm/ Bed: | | Page 7 of 16 | |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Generated from 08/28/2017 00:00 to 09/01/2017 23:59**

| | | | | |
|---|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 | |
| Pt ID: | 0101757329 | Acct No: | K20034006872 | |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F | |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD | |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | | |
| Dx: | | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

### Reassessment

| | | | |
|---|---|---|---|
| Temperature | 97.9 F | Temperature Site | Temporal |
| Pulse | 120 | Pulse site | VS machine |
| Respirations | 28 | O2 Saturation (%) | 95 |
| Height | 3/1 ft,in | How Obtained | Stated |
| Weight | 36/15.897 lbs,oz | How Obtained | Measured |
| Body Mass Index | 19.00 | Ideal Body Weight, female | -14.86 |
| Ideal Body Weight, male | -31.83 | | |

### Patient Location

| | | |
|---|---|---|
| Primary location | In their primary assigned location | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| No complaints of pain at this time | Yes | Total score | 0 |
| Face | No particular expression or smile | Legs | Normal position or relaxed |
| Activity | Lying quietly, normal position, moves easily | Cry | No cry |
| Consolability | Content, relaxed | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | WDL |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL | O2 Saturation (%) | 95 |
| Respiratory | WDL | Breath sounds within defined limits | WDL except |
| LUL | Coarse rales | LLL | Coarse rales |
| RUL | Coarse rales | RML | Coarse rales |
| RLL | Coarse rales | | |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Gastrointestinal | WDL | Equipment | Pads / briefs |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Pt Name: | ██████L | MRN: | 1116206 |
| Rm/ Bed: | | Page 8 of 16 | |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 31-Aug-17 15:54

Assessment Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Equipment | Pads / briefs |
| Urinary catheter present on admission | Not applicable | Indwelling Urinary Catheter present on admission | No |
| External genitalia | Deferred | | |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Eye opening | Spontaneous | Motor response | Moves spontaneously or purposefully |
| Verbal response | Smiles, oriented to sounds, follows objects, interacts | GCS Total Score | 15 |
| Neurological | WDL except | Oriented to | Person |
| Oriented to person, place and time | No | Behavior | Quiets easily |
| Motor function | WDL | | |

### Integumentary Assessment

| | |
|---|---|
| Integumentary | WDL |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Mobility: Ability to change and control body position | No Limitations | Activity: Degree of physical activity | Walks Frequently |
| Sensory Perception: | Slightly Limited | Moisture | Occasionally Moist |
| Friction and shear | No Apparent Problem | Nutrition: Usual food intake pattern | Adequate |
| Tissue perfusion and oxygenation | Adequate | Modified Braden Score | 24 |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Age | Less than 3 years old | Gender | Female |
| Diagnosis | Alterations in oxygenation (respiratory diagnosis, dehydration, anemia, anorexia, syncope / dizziness, etc.) | Cognitive Impairment | Forgets limitations |
| Environmental Factors | Placed in bed | Response to Surgery/Sedation/Anesthesia | More than 48 hours / None |
| Medication Usage | Other medications / None | Humpty Dumpty score | 14 |

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** 1116206 | Assessment Report |
| **Rm/ Bed:** | | Page 9 of 16 | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

# Assessment Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Fall risk level | High risk | Interventions | Fall-precaution identifier implementation (yellow falls wrist band applied, fall risk ID magnet at door) |

### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Medication | Description 1 | prelone |
| Person educated | Family | Barriers to learning | None |
| Readiness to Learn | Receptive | Teaching method | Discussion |
| Understanding | Good | Evaluation Method | Verbal |
| Follow-up | No Follow-up Needed | | |

Clinical Note:

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017 07:40 |
| Collected By | Catrina J Lewis, RN | | |

### Reassessment

| | | | |
|---|---|---|---|
| Height | 3/1 ft,in | How Obtained | Stated |
| Weight | 36/15.897 lbs,oz | How Obtained | Measured |
| Body Mass Index | 19.00 | Ideal Body Weight, female | -14.86 |
| Ideal Body Weight, male | -31.83 | | |

### Patient Location

| | | | |
|---|---|---|---|
| Primary location | In their primary assigned location | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| No complaints of pain at this time | Yes | Total score | 0 |
| Face | No particular expression or smile | Legs | Normal position or relaxed |
| Activity | Lying quietly, normal position, moves easily | Cry | No cry |
| Consolability | Content, relaxed | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | WDL |

Pt Name: ██████████L   MRN: 1116206

Rm/ Bed:   Page 10 of 16

Assessment Report

ORE_0010_DSCH_NBR_V1.rpt v1.00

Printed By :Workflow

Printed On: 31-Aug-17 15:54

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/29/2017  07:40 |
| Collected By | Catrina J Lewis, RN | | |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL | Respiratory | WDL except |
| Cough | Non - productive | Breath sounds within defined limits | WDL except |
| LUL | Wheezes, expiratory, Wheezes, inspiratory | RUL | Wheezes, expiratory, Wheezes, inspiratory |
| RML | Wheezes, expiratory, Wheezes, inspiratory | | |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Gastrointestinal | WDL | Equipment | Pads / briefs |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Equipment | Pads / briefs |
| Urinary catheter present on admission | Not applicable | Indwelling Urinary Catheter present on admission | No |
| External genitalia | Deferred | | |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Eye opening | Spontaneous | Motor response | Moves spontaneously or purposefully |
| Verbal response | Smiles, oriented to sounds, follows objects, interacts | GCS Total Score | 15 |
| Neurological | WDL except | Oriented to | Person |
| Oriented to person, place and time | No | Behavior | Quiets easily |
| Motor function | WDL | | |

### Integumentary Assessment

| | | | |
|---|---|---|---|
| Integumentary | WDL | | |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Mobility: Ability to change and control body position | No Limitations | Activity: Degree of physical activity | Walks Frequently |
| Sensory Perception: | No Impairment | Moisture | Occasionally Moist |
| Friction and shear | No Apparent Problem | | |

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Rm/ Bed: | | Page 11 of 16 | |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ▇▇▇▇▇▇▇L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017 01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** | 08/29/2017 07:40 |
| **Collected By** | Catrina J Lewis, RN | | |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| **Nutrition: Usual food intake pattern** | Adequate | **Tissue perfusion and oxygenation** | Excellent |
| **Modified Braden Score** | 26 | | |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| **Age** | Less than 3 years old | **Gender** | Female |
| **Diagnosis** | Alterations in oxygenation (respiratory diagnosis, dehydration, anemia, anorexia, syncope / dizziness, etc.) | **Cognitive Impairment** | Not aware of limitations |
| **Environmental Factors** | Placed in bed | **Response to Surgery/Sedation/Anesthesia** | More than 48 hours / None |
| **Medication Usage** | Other medications / None | **Humpty Dumpty score** | 15 |
| **Fall risk level** | High risk | **Interventions** | Fall-precaution identifier implementation (yellow falls wrist band applied, fall risk ID magnet at door) |

### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| **Nursing education topic** | Safety | **Person educated** | Parent |
| **Barriers to learning** | None | **Readiness to Learn** | Receptive |
| **Understanding** | Good | **Evaluation Method** | Verbal |
| **Follow-up** | No Follow-up Needed | | |

**Clinical Note:**

## Reassessment

| | | | |
|---|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** | 08/28/2017 19:30 |
| **Collected By** | Gwendolyn K Kelley, RN | | |

### Reassessment

| | | | |
|---|---|---|---|
| **Temperature** | 98.8 F | **Temperature Site** | Temporal |
| **Pulse** | 131 | **Pulse site** | VS machine |
| **Respirations** | 32 | **O2 Saturation (%)** | 97 |
| **Height** | 3/1 ft,in | **How Obtained** | Stated |
| **Weight** | 36/15.897 lbs,oz | **How Obtained** | Measured |
| **Body Mass Index** | 19.00 | **Ideal Body Weight, female** | -14.86 |
| **Ideal Body Weight, male** | -31.83 | | |

### Patient Location

| | | |
|---|---|---|
| **Pt Name:** ▇▇▇▇▇▇L | **MRN:** 1116206 | Assessment Report |
| **Rm/ Bed:** | Page 12 of 16 | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ■■■■■■L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

### Patient Location

| | | | |
|---|---|---|---|
| Primary location | In their primary assigned location | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| No complaints of pain at this time | Yes | Total score | 0 |
| Face | No particular expression or smile | Legs | Normal position or relaxed |
| Activity | Lying quietly, normal position, moves easily | Cry | No cry |
| Consolability | Content, relaxed | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | WDL |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL | O2 Saturation (%) | 97 |
| Respiratory | WDL except | Cough | Non - productive |
| Breath sounds within defined limits | WDL except | LUL | Wheezes, expiratory, Wheezes, inspiratory |
| RUL | Wheezes, expiratory, Wheezes, inspiratory | RML | Wheezes, expiratory, Wheezes, inspiratory |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Gastrointestinal | WDL | Equipment | Pads / briefs |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Equipment | Pads / briefs |
| Urinary catheter present on admission | Not applicable | Indwelling Urinary Catheter present on admission | No |
| External genitalia | Deferred | | |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

### Neurological Assessment

| | | |
|---|---|---|
| Pt Name: ■■■■■■L | MRN: 1116206 | Assessment Report |
| Rm/ Bed: | Page 13 of 16 | ORE_0010_DSCH_NBR_V1.rpt v1.00 |
| | | Printed By :Workflow |
| | | Printed On: 31-Aug-17 15:54 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ⬛⬛⬛L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017  01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

### Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017  19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

#### Neurological Assessment

| | | | |
|---|---|---|---|
| Eye opening | Spontaneous | Motor response | Moves spontaneously or purposefully |
| Verbal response | Smiles, oriented to sounds, follows objects, interacts | GCS Total Score | 15 |
| Neurological | WDL except | Oriented to | Person |
| Oriented to person, place and time | No | Behavior | Quiets easily |
| Motor function | WDL | | |

#### Integumentary Assessment

| | |
|---|---|
| Integumentary | WDL |

#### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Mobility: Ability to change and control body position | No Limitations | Activity: Degree of physical activity | Walks Frequently |
| Sensory Perception: | Slightly Limited | Moisture | Occasionally Moist |
| Friction and shear | No Apparent Problem | Nutrition: Usual food intake pattern | Adequate |
| Tissue perfusion and oxygenation | Adequate | Modified Braden Score | 24 |

#### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Age | Less than 3 years old | Gender | Female |
| Diagnosis | Alterations in oxygenation (respiratory diagnosis, dehydration, anemia, anorexia, syncope / dizziness, etc.) | Cognitive Impairment | Not aware of limitations |
| Environmental Factors | Placed in bed | Response to Surgery/Sedation/Anesthesia | More than 48 hours / None |
| Medication Usage | Other medications / None | Humpty Dumpty score | 15 |
| Fall risk level | High risk | Interventions | Fall-precaution identifier implementation (yellow falls wrist band applied, fall risk ID magnet at door) |

#### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Medication | Person educated | Parent |
| Barriers to learning | None | Readiness to Learn | Receptive |
| Readiness to Learn | Refused education | Teaching method | Discussion |
| Understanding | Good | Follow-up | No Follow-up Needed |

| | | | |
|---|---|---|---|
| **Pt Name:** ⬛⬛⬛L | **MRN:** 1116206 | | Assessment Report |
| **Rm/ Bed:** | Page 14 of 16 | | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 31-Aug-17 15:54

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ⬛⬛⬛⬛⬛L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 19:30 |
| Collected By | Gwendolyn K Kelley, RN | | |

Clinical Note:

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 07:15 |
| Collected By | Catrina J Lewis, RN | | |

### Reassessment

| | | | |
|---|---|---|---|
| Height | 3/1 ft,in | How Obtained | Stated |
| Weight | 36/15.897 lbs,oz | How Obtained | Measured |
| Body Mass Index | 19.00 | Ideal Body Weight, female | -14.86 |
| Ideal Body Weight, male | -31.83 | | |

### Patient Location

| | | | |
|---|---|---|---|
| Primary location | In their primary assigned location | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| No complaints of pain at this time | Yes | Total score | 0 |
| Face | No particular expression or smile | Legs | Normal position or relaxed |
| Activity | Lying quietly, normal position, moves easily | Cry | No cry |
| Consolability | Content, relaxed | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | WDL |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL | Respiratory | WDL except |
| Respiratory pattern | Tachypnea | Cough | Non - productive |
| Breath sounds within defined limits | WDL except | LUL | Wheezes, expiratory, Wheezes, inspiratory |
| RUL | Wheezes, expiratory, Wheezes, inspiratory | RML | Wheezes, expiratory, Wheezes, inspiratory |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Gastrointestinal | WDL | | |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | [redacted]L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 08/28/2017 07:15 |
| Collected By | Catrina J Lewis, RN | | |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Urinary catheter present on admission | Not applicable |
| Indwelling Urinary Catheter present on admission | No | External genitalia | Deferred |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Eye opening | Spontaneous | Motor response | Moves spontaneously or purposefully |
| Verbal response | Smiles, oriented to sounds, follows objects, interacts | GCS Total Score | 15 |
| Neurological | WDL | Oriented to person, place and time | Yes |
| Motor function | WDL | | |

### Integumentary Assessment

| | | |
|---|---|---|
| Integumentary | WDL | |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Mobility: Ability to change and control body position | No Limitations | Activity: Degree of physical activity | Walks Frequently |
| Sensory Perception: | No Impairment | Moisture | Rarely Moist |
| Friction and shear | No Apparent Problem | Nutrition: Usual food intake pattern | Adequate |
| Tissue perfusion and oxygenation | Adequate | Modified Braden Score | 26 |

Clinical Note:

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**ALLERGY REPORT**

| | | | |
|---|---|---|---|
| **Pt Name:** | ██████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 08/28/2017  01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | **Severe** | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | **Severe** | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | **Severe** | Patient severely allergic. Reaction when touches seafood |

---

| | | | |
|---|---|---|---|
| **Pt Name:** | HENDERSON██████L | **MRN:** | 1116206 |
| **Rm/ Bed:** | | **Page 1 of 1** | |

Allergy Report

ORE_0109_DSCH_NBR.rpt v1.00

Printed By :Workflow

Printed On: 31-Aug-17 15:54

© 2004-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Charted Interventions Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ███████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/Female |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

**Scheduled Interventions**

**Service Type: Nursing**

**Service Sub Type: Activity**

**Order As Written:** Bedrest with bathroom privileges                          **Order Status:** Complete

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 08/28/2017 03:17 | 08/28/2017 03:17 | Complete | | Meghan A Wallace, RN | |

**Service Type: Patient Care Orders**

**Service Sub Type: PCO Education**

**Order As Written:** Education, fall prevention every 12 hr DAILY and PRN as needed                          **Order Status:** Discontinue

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 08/28/2017 04:31 | 08/28/2017 04:31 | Complete | | Meghan A Wallace, RN | |
| 08/28/2017 16:31 | 08/28/2017 16:31 | Complete | | Meghan A Wallace, RN | |
| 08/29/2017 04:31 | 08/29/2017 04:31 | Complete | | Gwendolyn K Kelley, RN | |
| 08/29/2017 16:31 | 08/29/2017 16:31 | Complete | | Catrina J Lewis, RN | |
| 08/30/2017 04:31 | 08/30/2017 04:31 | Complete | | Gwendolyn K Kelley, RN | |

**Order As Written:** Education, position change every 12 hr DAILY and PRN as needed                          **Order Status:** Discontinue

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 08/28/2017 04:31 | 08/28/2017 04:31 | Complete | | Meghan A Wallace, RN | |
| 08/28/2017 16:31 | 08/28/2017 16:31 | Complete | | Meghan A Wallace, RN | |
| 08/29/2017 04:31 | 08/29/2017 04:31 | Complete | | Gwendolyn K Kelley, RN | |

| | | |
|---|---|---|
| Pt Name: ███████████L | MRN:  1116206 | Charted Interventions Report |
| Rm/ Bed: | Page 1 of 3 | ORE_0129_DSCH_NBR_V1.rpt v1.00 |

© 2006-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :
Printed On: 31-Aug-17 15:54

## Charted Interventions Report

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20034006872 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/Female |
| Adm DTime: | 08/28/2017 01:18 | Atn Dr: | Tran, Sharon MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

| | | | |
|---|---|---|---|
| 08/29/2017 16:31 | 08/29/2017 16:31 | Complete | Catrina J Lewis, RN |
| 08/30/2017 04:31 | 08/30/2017 04:31 | Complete | Gwendolyn K Kelley, RN |

**Order As Written:** Education, asthma exacerbation prevention Nurse to call Asthma Taskforce, Kim Donelson NP at Dr. Jones' office    **Order Status:** Complete

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 08/28/2017 14:21 | 08/28/2017 14:21 | Complete | | Catrina J Lewis, RN | |

### Service Sub Type: PCO Treatments

**Order As Written:** Environmental safety management every 12 hr DAILY and PRN as needed    **Order Status:** Discontinue

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 08/28/2017 04:31 | 08/28/2017 04:31 | Complete | | Meghan A Wallace, RN | |
| 08/28/2017 16:31 | 08/28/2017 16:31 | Complete | | Meghan A Wallace, RN | |
| 08/29/2017 04:31 | 08/29/2017 04:31 | Complete | | Gwendolyn K Kelley, RN | |
| 08/29/2017 16:31 | 08/29/2017 16:31 | Complete | | Catrina J Lewis, RN | |
| 08/30/2017 04:31 | 08/30/2017 04:31 | Complete | | Gwendolyn K Kelley, RN | |

**Order As Written:** Head of bed elevation every 12 hr DAILY and PRN as needed    **Order Status:** Discontinue

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 08/28/2017 04:31 | 08/28/2017 04:31 | Complete | | Meghan A Wallace, RN | |
| 08/28/2017 16:31 | 08/28/2017 16:31 | Complete | | Meghan A Wallace, RN | |
| 08/29/2017 04:31 | 08/29/2017 04:31 | Complete | | Gwendolyn K Kelley, RN | |
| 08/29/2017 16:31 | 08/29/2017 16:31 | Complete | | Catrina J Lewis, RN | |
| 08/30/2017 04:31 | 08/30/2017 04:31 | Complete | | Gwendolyn K Kelley, RN | |

© 2006-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Charted Interventions Report**

Generated from 08/28/2017 00:00 to 09/01/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ▓▓▓▓▓▓▓▓L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034006872 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/Female |
| **Adm DTime:** | 08/28/2017  01:18 | **Atn Dr:** | Tran, Sharon MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

© 2006-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.

Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.


**WILLIS-KNIGHTON HEALTH SYSTEM**

## PEDIATRIC SECURITY INFORMATION SHEET

Dear Parent,

Welcome to Willis–Knighton Health System. Your child's safety is a priority at Willis–Knighton. You can help ensure your child's safety by following these important steps:

1. A responsible adult should be with a child 12 years or younger at all times.
2. Become familiar with hospital personnel. Employees handling your child wear galaxy blue scrubs, lab coat/pediatric theme jacket and a hospital badge with their picture on it. Please take time to notice whether the photo on the badge and the staff member's face are the same. If they are not, notify the nurse's station immediately!
3. Pediatric patients must have an identification band on the wrist or foot at all times.
4. All Pediatric Nursing staff wear:
   a. galaxy blue scrubs and lab jacket with pediatric theme
   b. a WKHS ID badge with their picture on it.
5. **Never leave your child alone or unsupervised in your room.** Also, keep your door to your room closed at all times.
6. Feel free to question anyone who comes into your room.  Alert the nurse's station immediately, even if the person is dressed in hospital clothing or seems to have a good reason for being there.
7. Never allow your child to leave their room with a staff member unless your nurse introduces that staff member to you. We want you to accompany your child to special procedures that are done off the unit. The nurse will inform you of what procedures that you will not be allowed to be in with your child. Example: You may accompany your child to the outside doors of surgery but will not be allowed in surgery.

Willis–Knighton Health System is dedicated to keeping your child safe and secure. If you have any questions or concerns about our Pediatric Security Policy, please contact your nurse.

SIGNATURE: _____

WITNESS: _____

DATE/TIME: 8/28/17    0440

IN981 Revised 12/08

MI0005

Printed: 08/28/2017

10/01/2013    003Y 10M    F
Paul, Edward  M.D.
K20034006872  08/28/2017  S5517 A

  WILLIS-KNIGHTON HEALTH SYSTEM

**Asthma Education Record**

### Functional Assessment

| | | |
|---|---|---|
| Learning Barriers | ☐ Yes | ☒ No |
| Communication Barriers | ☐ Yes | ☒ No |
| Comprehension Barriers | ☐ Written | ☐ Verbal | ☒ None |

### Learning Techniques
☒ Written
☒ Verbal
☒ Demonstration

### Current Medications
Controller  Alb neb & HFA ; Ø
controller
Quick Relief  Alb neb & HFA

Other _____

### Learner
☐ Patient
☒ Parent  Mother
☐ Family _____
☐ Other _____

### Evidence of Learning
☒ Verbalizes understanding of information presented
☒ Provided return demonstration of delivery device
☐ Need further follow up education

### Education Provided

| | Education | Yes | No |
|---|---|---|---|
| 1. | Educated on disease process of asthma | ✓ | |
| 2. | Educated on controller medication | ✓ | |
| 3. | Educated on quick relief medication | ✓ | |
| 4. | Educated on aerochamber technique | ✓ | |
| 5. | Educated on compressor/nebulized medications | ✓ | |
| 6. | Education of triggers and trigger avoidance | ✓ | |
| 7. | Asthma Action Plan provided | ✓ | |
| 8. | School Medication Form provided  Mother denies need | | ✓ |

Comments Mother reports twice weekly use of Albuterol, hospital & ER visits w/in the past year. Would recommend controller therapy & mom is agreeable to f/u ī peds pulm.

Luri Donelson C[redacted]ma                  8/29/17  1130
Signature                              Date/Time

Luri Donelson CRP
Printed Name/Credential

 NS0025

HENDERSON, [redacted]        L
10/01/13    3Y 10M
Tran, Sharon N M.D.  85517
K20034006872              08/28/17

EC48
Devised 1/30/2017
Committee Approved 01/31/2017
Page 1 of 1

# Spacer and Nebulizer Cleaning

<u>Spacer:</u>

Cleaning

10/01/13   3Y 10M
Tran, Sharon N M.D. S5517
K20034006872              08/28/17

- After each use wipe or rinse the mouthpiece or mask well

Weekly

- Take spacer and mask apart, soak and stir gently in mild (non-antibacterial) dish detergent and lukewarm water

- Rinse well with clean water, shake out excess water and allow to air dry before reassembling

If Patient is sick

- Disinfect daily by soaking in 70% isopropyl alcohol for 5 minutes, then rinse well and air dry

OR

- 3% hydrogen peroxide for 30 minutes, then rinse well and air dry


<u>Disposable Nebulizers (updraft nebs):</u>

Cleaning
- After every treatment rinse the nebulizer to remove medication

At end of day
- Hand-wash with lukewarm water and mild (non-antibacterial) soap and rinse well with clean water

Once a week OR daily while sick
- Disinfect by soaking in 70% isopropyl alcohol for 5 minutes then rinse well and air dry
  Or:
- 3% hydrogen peroxide for 30 minutes then rinse well and air dry

<u>Compressor</u>
- Mail in any warranty or registration that may come with a new compressor
- Keep all information about your compressor, including when and where it was purchased, most have a 5 year warranty
- Change or clean compressor filters following manufactures recommendations
- Wipe clean daily after use



10/01/13   3Y 10M
Tran, Sharon N M.D. S5517
K20034006872        08/28/17   **SPACER WITH MASK**



1. Remove plastic cap from the inhaler (MDI) and spacer and shake well

2. If this is the <u>first</u> time using the inhaler then prime it by spraying it into the air 2 times before use

3. Insert the mouth piece of the inhaler into the back of the spacer remove spacer cap and shake well

4. Gently but firmly cover the mouth and nose with mask making sure to have a complete seal

5. Press down on the inhaler once, this will allow 1 puff of medication into the spacer watch as the patient takes 5-6, as deep as possible, breaths before removing the spacer

6. Wait for 30 seconds to 1 minute then repeat above steps according to providers instructions

7. <u>**If using inhaled steroids it is very important to rinse or wipe out the mouth with a wet rag and also wipe the face with a wet rag...(DO NOT SWALLOW THE WATER) this will help prevent a yeast infection in the mouth, throat and on the face**</u>

8. To clean spacer, take apart and wash all in mild soapy warm water, rinse well and air dry

9. Check counter on MDI, when at 20 it is time for a refill

# Why use a Spacer with an Inhaler?



**Inhaler alone**

When an inhaler is used alone, medicine ends up in the mouth, throat, stomach and lungs.



**Inhaler used with spacer device**

When an inhaler is used with a spacer device, more medicine is delivered to the lungs.

 **WILLIS-KNIGHTON** HEALTH SYSTEM   **Discharge Instructions**

| | | | |
|---|---|---|---|
| **Patient Name:** | ▮▮▮▮▮▮▮▮▮▮L | **MRN / CID:** | 1116206 |
| **Date of Birth:** | 10/1/2013 | **Account Number:** | K20034006872 |
| **Date Admitted:** | 2017-Aug-28 01:18 AM | **Age / Sex:** | 4 / F |
| **Location:** | S 5 East 1 S5517A | **Attending Physician:** | Tran Sharon MD |
| **Allergies:** | codeine, Fish Containing Products, Fish containing products | | |

## Vital Signs:

**Temperature:** 98.5   **Pulse:** 105   **Respirations:** 26   **Blood Pressure:**

## Gastrointestinal

Date of last bowel movement: 8/30/17

## Medical Referrals

| Name | When | Contact Number |
|---|---|---|
| PCP at UH | 3-4 days | |
| Dr. Jones, Peds Pulmonology | as scheduled | |

## Restrictions

**Diet:** Pediatric   **Enteral Feeding Type**

**Activity:** No Activity Restrictions   **Other:**

**Activity Instructions**   **Stairs:**

## Discharge Instructions

**Notify Physician For** Fever or chills, Shortness of breath, If symptoms worsen contact your health care provider or call 911

_signatures_   Amanda B   8/30/17   1420

Patient / Representative   Date / Time   8/30/17   1420      Witness Signature   Date / Time

Discharge Instructions Print Date/Time: 8/30/2017  2:18:01PM

**WILLIS-KNIGHTON HEALTH SYSTEM** **Discharge Instructions**

| | | | |
|---|---|---|---|
| Patient Name: | L | MRN / CID: | 1116206 |
| Date of Birth: | 10/1/2013 | Account Number: | K20034006872 |
| Date Admitted: | 2017-Aug-28  01:18 AM | Age / Sex: | 4 / F |
| Location: | S 5 East 1  S5517A | Attending Physician: | Tran Sharon MD |
| Allergies: | codeine, Fish Containing Products, Fish containing products. | | |

### Discharge Medication Reconciliation Report

Discharge Rec Status:  Complete          Collected On:  8/30/2017  2:07:10PM     By:   Sharon Nhu Tran, MD

## Take these Medications

✅ prednisoLONE  15 mg/5 mL Solution
   **Directions:**  5 mL oral twice a day
   **Additional Instructions:**   for 3 days
   Last Dose Given Date:                                Time:
   Retail Pharmacy:   ePrescribed                          Mail Order Pharmacy:
   Entered By:  Sharon Nhu Tran, MD

✅ albuterol sulfate  2.5 mg/3 mL (0.083 %) Solution for Nebulization
   **Directions:**  3 mL by inhalation every four hours   as needed for Wheezing
   **Additional Instructions:**
   Last Dose Given Date:                                Time:
   Retail Pharmacy:   ePrescribed                          Mail Order Pharmacy:
   Entered By:  Sharon Nhu Tran, MD

✅ albuterol sulfate (Proventil HFA) 90 mcg HFA Aerosol Inhaler
   **Directions:**  2 puff by inhalation every four hours   as needed for shortness of breath
   **Additional Instructions:**   Use with aerochamber
   Last Dose Given Date:                                Time:
   Retail Pharmacy:   ePrescribed                          Mail Order Pharmacy:
   Entered By:  Sharon Nhu Tran, MD

### Pharmacy Information

## Walgreens Drug Store 09492                                       Retail

3100 N MARKET ST
SHREVEPORT, LA  711074005
Phone # :   3186811083          Fax # :   3186819522

Discharge Instructions Print Date/Time: 8/30/2017  2:18:01PM


WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 08/28/17
Admission Time: 0118

AM0005

L
10/01/13     3Y     F
Paul, Edward M.D.
K20034006872   08/28/17


WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| | | |
|---|---|---|
| _____ | _____ | _____ 8/28 |
| Signature of Patient/Guardian   Date/Time | Guarantor   Date/Time | Witness   Date/Time |
| Jennifer Alexander | | _____ 118 |
| Print Name | Print Name | Print Name |

If Patient/Guarantor is unable to sign, I, _____. do hereby state that I have been given the authority to sign for

_____. either expressed or implied and that he or she is fully aware of this authority.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Signature of Authorized Party | Authorized Party's Relationship to the Patient   Date/Time | Witness   Date/Time |

Admission Date:  08/28/17
Admission Time:  0118

AM0005

10/01/13    3Y      F
Paul, Edward M.D.
K20034006872    08/28/17

WILLIS-KNIGHTON SOUTH

SHREVEPORT, LOUISIANA

ADMITTING DIAGNOSIS:

Code

PRINCIPAL DIAGNOSIS:

OTHER DIAGNOSES:

OPERATIONS/OTHER PROCEDURES:

Date

| DISCHARGE STATUS | Routine Expired | AMA Autopsy | SNF/HRF OTHER | HHA | LENGTH OF STAY DAYS | Physician's Signature | Date |
|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Account No. | K20033856236 | Admission Date | 07/15/17 | CLIORPHY |
| Room/Bed | S5504/A | Admission Time | 1359 | ER |
| Type | DIS INo | Previous Status | EDDISIN | |
| Location/Svc | PED | Last Dish Date | 02/16/18 | |

| Patient | | Patient | | |
|---|---|---|---|---|
| Name | _____ L | Date of Birth | 10/01/13 | |
| Street | 2247 LEGARDY STREET | Age | 4Y | |
| City/State/Zip | SHREVEPORT,LA 71107 | Sex | F | |
| Home Phone | (318)210-3821 | Race | BLACK OR AFRICAN AME | |
| | | Religion | Other | |
| County | CADDO PARISH | Marital Status | SINGLE | |

MEDITECH Unit Number   K000629604
Subscriber Name:   _____
Subscriber DOB:
Soc. Sec. Number   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
Financial Class   MA      Age: 4Y      Sex:  F

| Patient Employer | | Person to Notify | | |
|---|---|---|---|---|
| Name | CHILD | Name | ALEXANDER,JENNIFER | |
| Street | | Street | 2247 LEGARDY STREET | |
| City/State/Zip | | City/State/Zip | SHREVEPORT,LA 71107 | |
| Phone | CHILD | Phone | (318)210-3821 | Relationship  PARENT |

| Guarantor | | Next of Kin | | |
|---|---|---|---|---|
| Name | ALEXANDER,JENNIFER | Name | ALEXANDER,JENNIFER | |
| Street | 2247 LEGARDY STREET | Street | 2247 LEGARDY STREET | |
| City/State/Zip | SHREVEPORT,LA 71107 | City/State/Zip | SHREVEPORT,LA 71107 | |
| Phone | (318)210-3821    SSN 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 | Phone | (318)210-3821 | Relationship  PARENT |

| Guarantor Employer | | | |
|---|---|---|---|
| Name | GOD'S GIFT | Arrival Date | |
| Street | 2305 MARIAN PL | Arrival Mode | C |
| City/State/Zip | SHREVEPORT,LA 71109 | Physician 1 | Craig, Anna M M.D. |
| Phone | 000-0000    SERVICE WORKER | Physician 2 | Craig, Anna M M.D. |

| Insurance | Policy Number | Group No. | Subscriber | Benefit Plan |
|---|---|---|---|---|
| LA HLTHCARE CONN LA ME | 1997286459512 | | _____ L | MEDICAID |

Is the Patient Here for Pre Op Testing:  N

Comment:
Language Preferred for Medical Communication: ENGLISH

Notice Given:   Y   Date Notice Given:   201409

Reason for Visit:   BREATHIUNG DIFFICULTY

Known Drug Allergies:  A
Baby Id#:

Admit Clerk:  XINNEW1.A

Device Id:
Ethnicity:  NHILAT

WK South Hospital
K20033856236

S5E1S5504A
Sharon N Tran, M.D.

Report Type: SUMM


ADMITTED: 07/15/2017
DISCHARGED: 07/16/2017

Aaliyah is a 3-year-old female who was admitted to the pediatric
service for acute respiratory distress. She has a past medical
history significant for asthma and autism. Her grandmother reports
that she developed cough two days prior to admission. At that time,
she was seen at Willis-Knighton South ER and diagnosed with bronchitis
and acute otitis media. A chest x-ray was done which was negative and
she received Rocephin for her otitis media and was prescribed
Amoxicillin and Tylenol with codeine and discharged home. Her
grandmother reports the following day her wheezing worsened and when
she was given Tylenol with codeine, she developed labored breathing
and was taken back to the ER for evaluation. In the ER, she was
tachypneic with respirations in the 30s, oxygen saturation 91%.
During her admission, Aaliyah received Albuterol nebulizations, IV
steroids, and IV fluids. She improved clinically and remained on room
air and her respiratory distress resolved. A repeat chest x-ray was
done in the ER which was also negative, did not show any infiltrates.
Aaliyah was discharged home on 7/16/17 on the day of discharge. She
was interactive and babbling, tolerating a regular diet, and was not
in any respiratory distress. On exam, her tympanic membranes were
dull bilaterally without any bulging. Her chest on auscultation had
some scattered rhonchi but good aeration bilaterally and no wheezing
and was unlabored. She was discharged home on Albuterol nebulizations
every 4 hours for 24 hours and then as needed or wheezing and she will
complete her amoxicillin course. It was discussed at length with her
family to discontinue codeine, that it is not recommended in children
and her respiratory distress was likely contributed to the codeine
ingestion. She will follow up with her pediatrician.

DISCHARGE DIAGNOSES:

1. ACUTE RESPIRATORY DISTRESS.
2. UPPER RESPIRATORY INFECTION.
3. ACUTE OTITIS MEDIA.
4. ACUTE ASTHMA EXACERBATION.
5. CODEINE INGESTION.



Sharon N Tran, M.D.



PHYS:     002944
DICT DATE: 07/16/2017 03:41 P
TRANS DATE:   07/19/2017 12:25 P

WK South Hospital
K20033856236

S5E1S5504A
Sharon N Tran, M.D.

Report Type: SUMM

BY:     ss
DISCHARGE SUMMARY
JOB #2344160


**Electronically Signed by: TRAN, SHARON NHU M.D. on  24-Jul-2017 11:00:12 -05:00**

**WK** WILLIS-KNIGHTON HEALTH SYSTEM   **Pediatric Hospitalist History and Physical**

Patient Name: _____ Date: 7/16/12 Time: _____

PCP: LSU _____ Source of Information: MGM

Chief Complaint: SOB _____

*History of Present Illness:*

3 y/o female c̄ PMH sg for asthma presented to WKS ER c̄ labored breathing. GM reports pt developed cpn 2 days ago. She has been at WKS ER at that time & Dx c̄ Bronchitis & pnms. She received Rocephin x1 for pnms & Rx Amoxicillin & Tylenol c̄ Codeine. → D/C home. CXR ⊖

GM reports the following day, pt is wheezing got worse & she developed labored breathing after they gave her the Tylenol c̄ codine. She returned to ER for eval.

In ER, pt tachypneic RR: 30s & O2Sat: 91 RA
∅ fever   ∅ v/d   ∅ ↓ appetite

*Past Medical/Birth History:* ☐ Unremarkable ☑ Other Asthma, Autism

*Past Surgical History:* ∅

*Allergies:* ☐ NKDA ☑ Other Oxford, Codeine

*Immunizations:* ☑ UTD ☐ Other

*Family History:* ☐ Noncontributory ☐ Other

*Social History:* ☑ Lives at home with parents ☐ Attends school
☑ Other lives c̄ Mormon

*Home Medications:* Albuterol prn





Craig, Anna M M.D.   55504
L7   K2003856236   07/15/
...IYAH L
10/01/13   3Y 09M

HP652
Revised 10/04/2016
Page 1 of 3   HP0005

**WK WILLIS-KNIGHTON HEALTH SYSTEM**   **Pediatric Hospitalist History and Physical continued**

*General:* ☑None ☐ Fever ☐ Decreased appetite/oral intake ☐ Decreased activity ☐ Fussy ☐ Other _____

*HEENT:* ☑None ☐ Head injury ☐ Red/Swollen eyes ☐ Eye d/c ☐ Runny nose ☐ Congestion ☐ Earache ☐ Ear d/c
☐ Sore throat ☐ Other _____

*Cardiovascular:* ☑None ☐ Cyanosis ☐ Chest pain _____

*Respiratory:* ☐ None ☐ Cough ☑SOB ☑ Wheeze ☐ Other _____

*GI:* ☑None ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ Abd pain ☐ Bloody stools ☐ Other _____

*Hematology:* ☑None ☐ Easy bruising ☐ Epistaxis ☐ Other _____

*Neuro:* ☑None ☐ Headache ☐ Syncope ☐ Seizures ☐ LOC ☐ Other _____

*GU:* ☑None ☐ Decreased urine ☐ Dysuria ☐ Discharge ☐ Other _____

**Physical Exam:** ☑10 systems reviewed and per History of Present Illness otherwise negative

*Vitals:* Temp 98.8  HR 125  RR 22  O2 sat 99 RA  Wt 15.8 kg

*General:* ☑Well-hydrated ☑WN ☑NAD ☑Nontoxic ☐ Remarks *babbling, happy*

*HEENT:* ☑Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☑ PERRL ☑ Conjunctiva clear
☑No rhinorrhea/congestion ☐ Nasal flaring ☑Tempanic membranes normal bil ☑Oral mucosa moist ☑Pharynx normal
☐ Remarks *B/L dull & bulging*

*Neck:* ☑Normal ☑Supple ☑No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention
☐ Remarks _____

*Heart:* ☑Normal ☑S1S2 ☐RRR ☐ Murmur ☐ Remarks _____
*Lungs:* ☐ Normal ☐CTA bil ☑ Unlabored   Air movement: ☑good ☐ fair ☐poor ☐ Wheeze (end expiratory/inspiratory)
☑ Remarks *few thery scattered Rhonchi*
*Abdomen:* ☑Normal ☑Soft ☑Non-tender ☑Non-distended ☑Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____

*Extremities:* ☑Normal ☐ Cyanosis ☑Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses
☐ Remarks _____

*Musculoskeletal:* ☑Normal ☐ Joints full ROM ☐Pain ☐Contractures ☐ Weakness ☐ Remarks _____

*Skin:* ☑Normal ☐ Rash ☐ Remarks _____

*Neuro:* ☑Normal/nonfocal ☑Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2–12 intact
☐ Remarks _____

*GU:* ☑Normal male/female genitalia   Testes descended: ☐ Right ☐ Left ☐ Deferred
☐ Remarks _____

17   Craig, Anna M. M.D.
K20033856236   07/15/
HENDERSON, AALIYAH L
10/01/13   3Y 09M

 **WILLIS-KNIGHTON HEALTH SYSTEM**

### Pediatric Hospitalist History and Physical continued

**LAB:** ☐ Reviewed   ☐ Abnormals

Ca_____
Alb_____ AstAlt_____
Alk/Phos_____
T/Dbili_____

Segs _____
Bands _____
Lymphs _____

☑ CXR _Øinfilbrts_____   ☐ Cultures

Other: ___Flu ⊖_____

**Plan:**
☑ See orders   ☑ Continue medical management   ☑ Follow labs   ☑ O2, Respiratory Therapy
☑ IV Fluids   ☐ Discussed assessment & plan with   ☐ Patient   ☑ Family

☐ IV antibiotics:_____

☐ Consults:_____

☐ Remarks: 3y/o c̄ URI, acute asthma exacerbation, s/p acute resp distress, codeine ingestion. Improved clinically, Afebrile, on RA. Tolerating Reg Diet. Discussed c̄ Family to Discuss Discontinue codeine. Recommended to not give children codeine. Family understands. D/C home today on Albuterol, complete Amoxicillin course. Supportive care. Flu c̄ PCP.

☐ Extended time spent counseling patient and family
☐ Total time spent_____ minutes.
☐ Face to face_____ minutes.

_Physician Signature_ _____   7/16/17 3pm   _Date/Time_

☑ Sharon Tran, M.D. (2944)   ☐ Greg Oji, M.D.(2977)
☐ Craig Chu, MD (3101)   ☐ Anna Craig, MD (3110)

#2344160

 HP0005


17   K2003856236   07/15/
HENDERSON, AALIYAH L
10/01/13   3Y 09M

**Willis Knighton South**

Name: Aaliya█████████
Age: 3 yrs Sex: Female DOB: 10/01/2013
Arrival Date: 07/15/2017 Arrival Time: 08:34

MRN: 1116206
Account#: K20033856236

## EMERGENCY DEPARTMENT
### HOME MEDICATION RECONCILIATION

**Allergies:** SEA FOOD

| | Home Medication | Route | Dose | Frequency | Last Dose |
|---|---|---|---|---|---|
| 1 | albuterol sulfate 1.25 mg/3 mL | Inhl | | as needed | |
| 2 | amoxicillin 250 mg/5 mL | PO | 10 mL | every 12 hours | |
| 3 | codeine sulfate 15 mg/2.5 mL (2.5 mL) | PO | 2.5 mL | every 4 hours as needed | |

**Administered Medications:**

| Time | Drug & Dose *Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 07/15 09:06 | Orapred 1.5 tsp | | PO | | | | | smc |
| 12:15 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |
| 09:06 | Albuterol 0.5 unit dose | | Inhalation | | | | | smc |
| 09:23 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |
| 09:24 | Albuterol 0.5 unit dose | | Inhalation | | | | | cph |
| 12:14 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |
| 11:54 | Albuterol 0.5 unit dose | | Inhalation | | | | | smc |
| 12:54 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |

**Prescriptions:**

| Prescription | Custom Text |
|---|---|
| (Nothing entered) | |

**DISCHARGE INSTRUCTIONS**
*Change Home Meds as Follows*

_____

_____

ALL ORDERED MEDICATIONS MUST
BE WRITTEN ON HOSPITAL ORDER
SHEET.
THIS DOCUMENT *IS NOT*
A PHYSICIAN ORDER SHEET

Page 1 of 1

## Nurse's Notes

**Willis Knighton South**

**Name:** Aaliyah█████████
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 07/15/2017 **Time:** 08:34
**Bed** 13

MRN: 1116206
Account#: K20033856236
Private MD:

### Presentation:

07/15 Preferred language for medical communication is English. Presenting complaint: Mother states: She was
08:35 seen for a cold here yesterday and an ear infection. She was given Amox and Codeine and she is way
worse today. Pt retracting and coughing in triage. Person Transporting: Parent. Transition of care: patient
was not received from another setting of care. Mechanism of Injury: denies injury. Care prior to arrival:
None.                                                                                                  dgg

08:41 Acuity: 2 - Emergent.                                                                           dgg
08:45 Method of Arrival: Carried.                                                                     dgg

### Triage Assessment:

08:35 **General:** Appears well developed, well nourished, well groomed, Behavior is appropriate for age, pleasant,   dgg
crying.

08:35 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. FACES pain scale score is 7 out of 10.   dgg

**Historical:**
- **Allergies:** SEA FOOD;
- **Home Meds:**
  1. albuterol sulfate 1.25 mg/3 mL Inhl nebu as needed
  2. amoxicillin 250 mg/5 mL PO susr 10 mL every 12 hours
  3. codeine sulfate 15 mg/2.5 mL (2.5 mL) PO soln 2.5 mL every 4 hours as needed
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**

08:48 Family history: No immediate family   smc
members are acutely ill. Immunization
history: Childhood immunizations up to
date. Social history: The patient lives at
home with family the patient is a minor.
Code Status: Full code.

08:51 The history from nurses notes was   raa/cs9
reviewed and confirmed. History obtained
from mother.

**Screening:**

08:35 **Abuse screen:**   dgg
Denies threats or abuse.
**Patient fall risk assessment;**
risks identified; None.
**Learning Barriers:**
No barriers to teaching and learning identified.

**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified. Has not been out of the
country.

### Assessment:

08:48 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed, well   smc
nourished, well groomed, Behavior is appropriate for age, mobility; ambulates without assistance. **Neuro:**
Level of Consciousness is alert, awake. **EENT:** No deficits noted. **Cardiovascular:** Capillary refill < 3
seconds is brisk in bilateral fingers. **Respiratory:** Respiratory effort is even, labored, with nasal flaring, with
retractions, Respiratory pattern is regular, symmetrical, tachypnea Airway is patent Breath sounds with
wheezes upon exhalation, bilaterally. Parent/caregiver reports the patient having shortness of breath cough
that is **Gastrointestinal:** Parent/caregiver reports the patient having normal bowel habits. **Genitourinary:**
Parent/caregiver reports the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy
with good turgor. **Musculoskeletal:** No deficits noted. Age appropriate behavior- Toddler (12 months to 4
yrs): autonomy-separate from parent, appropriate language skills, fears pain, safety concerns.

09:25 **General:** . **Neuro:** Level of Consciousness is alert, awake. **Respiratory:** Respiratory effort is even, with   cph
retractions, Respiratory pattern is symmetrical, tachypnea Breath sounds with wheezes bilaterally. hacking
cough noted.

10:05   **General:** No retractions noted at this time, wheezing has improved. Dry cough remains. Patient up playing   cph

*Nurse's Notes Con't*

on bed. NAD noted .

12:55 **General:** Patient appears to be sleeping at this time. **Respiratory:** Reassessment: Patient appears in no        cph
apparent distress at this time. Patient states symptoms have improved. faint wheezing noted, No retractions,
no nasal flair. .

15:20 **General:** RT to see patient prior to going to the floor, additional breathing treatment per RT. .        cph

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 08:35 | 143 / 91 | 174 | 32 | 99.7(R) | 91% on R/A | 16.78 kg / 36 lbs 16 oz | 3 ft. 1 in. (93.98 cm) | | dgg |
| 09:24 | | 149 | 34 | | 99% | | | | cph |
| 10:05 | | 146 | 32 | | 98% on R/A | | | | cph |
| 12:54 | | 135 | 30 | | 95% on R/A | | | | cph |
| 15:21 | | 130 | 30 | | 96% | | | | cph |

08:35 Body Mass Index 19.00 (16.78 kg, 93.98 cm)        dgg
09:24 patient recieving breathing treatment at this time        cph

**Vitals:**

08:35 Acuity: 2 - Emergent.        dgg

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 08:35 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | dgg |

**ED Course:**

08:34 Patient arrived in ED.        ms2
08:34 Patient moved to KIOSK.        ms2
08:41 Patient moved to 13.        dgg
08:46 Aycock II, Richard, MD is Attending Physician.        raa
08:46 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in        smc
reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband
on for positive identification. Adult with patient. Child being held by parent.
09:06 Critical Med Co-Sign: Orapred 1.5 tsp po, dosage verified by SUSAN CLARY HOVINGH,RN.        sh1
09:13 Hanson, Chenoa, RN is Primary Nurse.        cph
09:23 Patient moved to Radiology.        jsr
09:23 Chest 2 View *routine* Sent.        jsr
09:24 Critical Med Co-Sign: albuterol 0.5 unit dose, dosage verified by SUSAN CLARY HOVINGH,RN.        sh1
10:03 Patient moved to 13.        pdh
10:44 No apparent distress. Resting quietly. ER nurse to see patient.        cph
12:54 No apparent distress. Resting quietly. Appears to be sleeping. ER nurse to see patient.        cph
13:25 Craig, Anna, MD is Hospitalizing Provider.        raa
13:26 Waiting for Bed Assignment.        raa
14:21 Waiting for Bed Assignment.        ck3
15:18 Missed attempts: 22 gauge X 1 in left antecubital area, Bleeding controlled, band aid applied, catheter tip        cph
intact.
15:19 No procedures done that require assistance. Inserted saline lock IV, 22 gauge in left hand.        cph

**Name: Aaliyah**█████████

Print Time: 7/16/2017 17:50:40

MRN: 1116206
Account#: K20033856236

Page 2 of 3

*Nurse's Notes Con't*

**Administered Medications:**

| Time | Drug & Dose<br>*Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 09:06 | Albuterol 0.5 unit dose | | Inhalation | | | | | smc |
| 09:23 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |
| 09:06 | Orapred 1.5 tsp | | PO | | | | | smc |
| 12:15 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |
| 09:24 | Albuterol 0.5 unit dose | | Inhalation | | | | | cph |
| 12:14 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |
| 11:54 | Albuterol 0.5 unit dose | | Inhalation | | | | | smc |
| 12:54 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |

**Outcome:**

13:26 Decision to Hospitalize by Provider.                                                                                                    raa

15:19 Moved to Floor Room # 504, accompanied by tech, family with patient, via wheelchair, with chart, Report      cph
called to Valarie RN, using the SBAR communication method. Instructed on admit to floor admission
process Demonstrated understanding of instructions, medications, Prescriptions given; None. No questions
or concerns expressed to me at discharge. **Medication reconcilliation form provided. Med Effects:**
Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable.

15:50 Electronic medical record closed.                                                                                                        cc1

**Signatures:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Aycock II, Richard, MD | | MD | raa |
| Hovingh, Sue, RN | RN | sh1 | Hinton, Pattie, RT | | RT | pdh |
| Rivers, Jaime, RT | RT | jsr | Hanson, Chenoa, RN | | RN | cph |
| Gardner, Glyn, RN | RN | dgg | Scriptuser, MEDHOST | | | ms2 |
| Colon, Cindy, RN | RN | cc1 | Scott, Christian, Scribe | | Scribe | cs9 |
| Kemp, Christine, ED Tech | ED Tech | ck3 | | | | |

**Corrections:**

08:50 ~~08:48 Respiratory: Respiratory effort is even, labored, with nasal flaring, with retractions, Respiratory~~      smc  smc
~~pattern is regular, symmetrical, tachypnea Airway is patent Parent/caregiver reports the patient~~
~~having shortness of breath cough that is~~

Name: Aaliyah████████

Print Time: 7/16/2017 17:50:40

MRN: 1116206
Account#: K20033856236
Page 3 of 3

*Physician Documentation*                                    *Willis Knighton South*

**Name:** Aaliyah█████████

**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013                MRN: 1116206
**Arrival Date:** 07/15/2017 **Time:** 08:34                    Account#: K20033856236
**Bed** 13                                                      Private MD:

**HPI:**

07/15 This 3 yrs old Black/African Am Female presents to ED via Carried with complaints of **Breathing**     raa/cs9
08:51 **Difficulty.**

08:51 The patient presents to the emergency department with cough, wheezing, breathing difficulty. Onset: The     raa/cs9
symptoms/episode began/occurred and became worse this morning. Associated signs and symptoms:
Pertinent positives: cough, shortness of breath, wheezing, Pertinent negatives: congestion, constipation,
diarrhea, fever, nasal discharge, seizure, vomiting. Modifying factors: The patient symptoms are alleviated
by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: albuterol nebulizer,
amoxicillin. The patient has experienced similar episodes in the past. The patient has been recently seen
by a physician: in the Willis Knighton emergency department, yesterday, with similar presenting
complaints, X-rays were performed, was given a prescription for antibiotics, but the patient's symptoms
have worsened.

**Historical:**
- **Allergies:** SEA FOOD;
- **Home Meds:**
   1. albuterol sulfate 1.25 mg/3 mL Inhl nebu as needed
   2. amoxicillin 250 mg/5 mL PO susr 10 mL every 12 hours
   3. codeine sulfate 15 mg/2.5 mL (2.5 mL) PO soln 2.5 mL every 4 hours as needed
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**

08:48 Family history: No immediate family members are acutely ill. Immunization history: Childhood     smc
immunizations up to date. Social history: The patient lives at home with family the patient is a minor. Code
Status: Full code.

08:51 The history from nurses notes was reviewed and confirmed. History obtained from mother.     raa/cs9

**ROS:**

08:51 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as     raa/cs9
mentioned below. **Eyes:** Negative for injury, redness, swelling, and discharge **ENT:** Negative for injury,
congestion, and discharge, **Neck:** Negative for injury, decreased range of motion, and swelling
**Cardiovascular:** Negative for edema **Abdomen/GI:** Negative for vomiting, diarrhea, constipation,
abdominal distension, anorexia, hematemesis, black/tarry stool **Back:** Negative for injury and deformity
**GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury, deformity,
and decreased range of motion **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for
weakness and seizure activity. **Constitutional:** Positive for coughing, shortness of breath, Negative for
crying, fever, poor PO intake, vomiting. **Respiratory:** Positive for cough, shortness of breath, wheezing,
Negative for hemoptysis.

**Exam:**

08:51     raa/cs9

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with
no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or
evidence of obstruction, uvula midline. Mucous membrane
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple,
full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
abnormal lymphadenopathy noted by palpation in the neck or axilla

## Physician Documentation Con't.

**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal gait.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-toxic, afebrile.
**Cardiovascular:** Rhythm is sinus tachycardia Pulses: equal and symmetrical bilaterally, in the upper extremities, in the lower extremities, no pulse deficits are appreciated, Heart sounds: normal, normal S1and S2, no murmur, no rub, no gallop, Edema: is not appreciated.
**Respiratory:** mild respiratory distress is noted, Respirations: asymmetrical chest movement, is not seen, accessory muscle usage, is absent, grunting, is not present, nasal flaring, is not appreciated, intercostal retractions, that is moderate, shallow respirations, are not present, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated, wheezing, that is moderate, bronchial sounds, are not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 08:35 | 143 / 91 | 174 | 32 | 99.7(R) | 91% on R/A | 16.78 kg / 36 lbs 16 oz | 3 ft. 1 in. (93.98 cm) | | dgg |
| 09:24 | | 149 | 34 | | 99% | | | | cph |
| 10:05 | | 146 | 32 | | 98% on R/A | | | | cph |
| 12:54 | | 135 | 30 | | 95% on R/A | | | | cph |
| 15:21 | | 130 | 30 | | 96% | | | | cph |

08:35 Body Mass Index 19.00 (16.78 kg, 93.98 cm)                                    dgg
09:24 patient recieving breathing treatment at this time                              cph

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 08:35 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | dgg |

**MDM:**
08:56 Patient medically screened.                                                    raa
13:23                                                                                 raa
**Differential diagnosis:** bacterial infection, bronchitis, pneumonia URI, viral Infection, reactive airway.
**Data reviewed:** vital signs, nurses notes, radiologic studies, plain films, and as a result, I will admit patient, administer steroids, Orapred.
**Data interpreted:** Pulse oximetry: normal.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for further work-up and treatment in the hospital.
**Medication response:** xopenex .
**Response to treatment:** the patient's symptoms have mildly improved after treatment.
**ED course:** MDM- CRITICAL CARE ACTIONS include repeated neb txs, po steroids.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Albuterol 0.5 unit dose Inhalation every 15 minutes x2 | Ordered | 07/15/17 08:57 | raa | raa |

**Name:** Aaliyah ▇▇▇▇▇▇

MRN: 1116206
Account#: K20033856236

## *Physician Documentation Con't.*

| | Administered 1 of 2 | 07/15/17 09:06 | smc |
|---|---|---|---|
| | Administered 2 of 2 | 07/15/17 09:24 | cph |
| Notes: | Order Method: Electronic | | |

| Drug alert over ride reasons: Clinically indicated | | |
|---|---|---|
| 07/15/17 09:06 | **Administered 1 of 2:** Albuterol 0.5 unit dose Inhalation | smc |
| 07/15/17 09:23 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | cph |
| 07/15/17 09:24 | **Administered 2 of 2:** Albuterol 0.5 unit dose Inhalation | cph |
| 07/15/17 12:14 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | cph |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Oraprep 1.5 tsp PO once | Ordered | 07/15/17 08:57 | raa | raa |
| | Administered | 07/15/17 09:06 | smc | |
| Notes: | Order Method: Electronic | | | |

| 07/15/17 09:06 | **Administered:** Oraprep 1.5 tsp PO | smc |
|---|---|---|
| 07/15/17 12:15 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | cph |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 07/15/17 08:57 | raa | raa |
| | Reviewed | 07/15/17 10:46 | Richard Aycock II | |
| Notes: Bed Name: 13 | Order Method: Electronic | | | |

**Interpretation:** Per Radiologist's finding(s): XRCXR2VFinal ReportAdmitting Diagnosis: BREATHIUNG DIFFICULTYReason For Exam: Breathing Difficulty Interpretive Location: KBURGINProcedure Date: 07/15/2017  Accession Number: 3704330Procedure: SXR - XR, chest 2 view CPT Code: 71020 IMPRESSION: No acute cardiopulmonary disease. RESULT:  Procedure: XR, chest 2 view Clinical Information: Breathing Difficulty Comparison: 7/14/2017 Findings:Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass lesion, or effusion. No significant skeletal abnormality is seen.          Electronically Signed by: KOREY PATRICK BURGIN M.D. on Jul 15 2017  9:45A3704330.

| WEIGHT? : (OERDWEIGHT):   16.78 |
|---|
| ER EXAM ROOM/BED: (OERDERRMBD):   13 |
| Is the patient able to bear weight? (OERDBEARWT): |
| Is the patient at risk for falls? (OERDFALLS): |
| MODE OF TRANSPORTATION : (OERDTRANS):   Stretcher |
| O2: (OEADO2):   No |
| Priority RAD:  Stat |
| REASON FOR EXAM: (OERDEXAM):   Breathing Difficulty |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 07/15/17 08:57 | raa | raa |
| | Completed | 07/15/17 09:00 | Steven Clinger | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol 0.5 unit dose Inhalation once | Ordered | 07/15/17 11:41 | raa | raa |
| | Administered | 07/15/17 11:54 | smc | |

**Name:** Aaliyah⬛⬛⬛⬛⬛⬛⬛

Print Time: 7/16/2017 17:50:42

MRN: 1116206
Account#: K20033856236

Page 3 of 4

## *Physician Documentation Con't.*

| Notes: | Order Method: Electronic |
|---|---|

| Drug alert over ride reasons: Clinically indicated | |
|---|---|
| 07/15/17 11:54   **Administered:** Albuterol 0.5 unit dose Inhalation | smc |
| 07/15/17 12:54   **Follow Up:** Response: No Adverse Reaction; Tolerated well | cph |

**Order Signatures:**
Aycock II, Richard, MD                    MD    raa

**Scribe Statement:**
07/15
08:50 Scribed for **Dr. Richard A Aycock II, MD** by Christian Scott, Scribe                    raa/cs9
**Disposition:**
13:23 Electronically signed by: R Aycock MD. I personally performed the services described in this documentation  raa
        as scribed in my presence and it is both accurate and complete.

**Disposition:**
**07/15/17 13:26 Hospitalization ordered by Craig, Anna for Observation. Preliminary diagnosis is acute reactive airway disease .**
- Bed requested for Specific Bed.
- Status is Observation.                                                                                                    cc1
- Condition is Good.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Clinger, Steven, RN | RN | smc |
| Aycock II, Richard, MD | MD | raa | Hanson, Chenoa, RN | RN | cph |
| Gardner, Glyn, RN | RN | dgg | Colon, Cindy, RN | RN | cc1 |
| Scott, Christian, Scribe | | Scribe cs9 | Kemp, Christine, ED Tech | ED Tech | ck3 |

**Name: Aaliyah**■■■■■■

Orders Report

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017 | Atn Dr: | Craig, Anna MD |
| Dsch DTime: | 07/16/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

Order # :            1864590
Order Type/Sub Type:    Admit/Discharge/Transfer/Admit
Order As Written:       Patient status: Observation

Order History
Order Source:           CPOE Order
Ordered By:             Richard Andre Aycock, MD
Entered By:             Richard Andre Aycock, MD on 7/15/2017  1:46:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017 13:46
Active by Valarie J Vann, RN on 07/15/2017  16:37
Discontinue by HSF_JS on 07/16/2017  23:01
Reason for Revision:  Visit is closed for the patient
Electronically Signed By:  Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

Order # :            1865727
Order Type/Sub Type:    Admit/Discharge/Transfer/Admit
Order As Written:       Attending physician Anna Michelle Craig, MD Complete care turned over to listed Attending. Please
                        contact listed Attending for any changes in patient status or questions related to admission orders
Order History          and patient care.
Order Source:           CPOE Order
Ordered By:             Richard Andre Aycock, MD
Entered By:             Richard Andre Aycock, MD on 7/15/2017  1:46:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017 13:46
Active by Valarie J Vann, RN on 07/15/2017  16:37
Discontinue by HSF_JS on 07/16/2017  23:01
Reason for Revision:  Visit is closed for the patient
Electronically Signed By:  Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

Order # :            1865728
Order Type/Sub Type:    Admit/Discharge/Transfer/LevelofCare
Order As Written:       Level of care Medical Surgical Unit

Order History
Order Source:           CPOE Order
Ordered By:             Richard Andre Aycock, MD
Entered By:             Richard Andre Aycock, MD on 7/15/2017  1:46:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017 13:46
Active by Valarie J Vann, RN on 07/15/2017  16:37
Discontinue by HSF_JS on 07/16/2017  23:01
Reason for Revision:  Visit is closed for the patient
Electronically Signed By:  Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.
Generated On: 17-Jul-17 16:15

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| Pt Name: | ██████████████L | MRN: | 1116206 |
|---|---|---|---|
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017 | Atn Dr: | Craig, Anna MD |
| Dsch DTime: | 07/16/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

| | |
|---|---|
| Order # : | 1865732 |
| Order Type/Sub Type: | Dietary/Oral |
| Order As Written: | Diet: Regular |

**Order History**
Order Source:         CPOE Order
Ordered By:           Richard Andre Aycock, MD
Entered By:           Richard Andre Aycock, MD on 7/15/2017  1:46:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017 13:46
Active by Valarie J Vann, RN on 07/15/2017  16:37
Discontinue by HSF_JS on 07/16/2017  23:01
Reason for Revision:  Visit is closed for the patient
Electronically Signed By:  Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

| | |
|---|---|
| Order # : | 1865726 |
| Order Type/Sub Type: | General/Clinical Factors |
| Order As Written: | Diagnosis: acute reactive airway disease |

**Order History**
Order Source:         CPOE Order
Ordered By:           Richard Andre Aycock, MD
Entered By:           Richard Andre Aycock, MD on 7/15/2017  1:46:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017 13:46
Active by Valarie J Vann, RN on 07/15/2017  16:37
Discontinue by HSF_JS on 07/16/2017  23:01
Reason for Revision:  Visit is closed for the patient
Electronically Signed By:  Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

| | | | |
|---|---|---|---|
| Order # : | 1865733 | Soarian Order # : | 1439577 |
| Order Type/Sub Type: | Medication/IV/ | | |
| Order As Written: | SODIUM CHLORIDE 0.9%   (FS) (1000 ML bag) Intravenous @25mL/Hour Over 40H for 3 Days | | |

**Order History**
Order Source:         CPOE Order
Ordered By:           Richard Andre Aycock, MD
Entered By:           Richard Andre Aycock, MD on 7/15/2017  1:46:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017 13:46
Validated by SRX on 07/15/2017  14:04
Validated by Valarie J Vann, RN on 07/15/2017  16:37
Suspend by MedSys on 07/16/2017  16:15
Discontinue by HSF_JS on 07/16/2017  23:03
Electronically Signed By:  Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

Generated On: 17-Jul-17 16:15

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| Pt Name: | ████████████L | MRN: | 1116206 |
|---|---|---|---|
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017 | Atn Dr: | Craig, Anna MD |
| Dsch DTime: | 07/16/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

| | |
|---|---|
| Order # : | 1865730 |
| Order Type/Sub Type: | Nursing/Activity |
| Order As Written: | Bedrest with bathroom privileges |

Order History

| | |
|---|---|
| Order Source: | CPOE Order |
| Ordered By: | Richard Andre Aycock, MD |
| Entered By: | Richard Andre Aycock, MD on 7/15/2017  1:46:00PM |

Order Entered by Richard Andre Aycock, MD on 07/15/2017  13:46
Active by Valarie J Vann, RN on 07/15/2017  16:37
Complete by Valarie J Vann, RN on 07/15/2017  17:53
Electronically Signed By: Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

| | |
|---|---|
| Order # : | 1865731 |
| Order Type/Sub Type: | Respiratory/Respiratory General |
| Order As Written: | Oxygen Protocol |

Order History

| | |
|---|---|
| Order Source: | CPOE Order |
| Ordered By: | Richard Andre Aycock, MD |
| Entered By: | Richard Andre Aycock, MD on 7/15/2017  1:46:00PM |

Order Entered by Richard Andre Aycock, MD on 07/15/2017  13:46
Active by Valerie D Mitchell, RT on 07/15/2017  14:44
Discontinue by Valerie D Mitchell, RT on 07/15/2017  15:16
Discontinue by Valerie D Mitchell, RT on 07/15/2017  15:16
Reason for Revision: dc'd per protocol 7/15
Electronically Signed By: Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

| | |
|---|---|
| Order # : | 1865729 |
| Order Type/Sub Type: | Vital Signs/ |
| Order As Written: | Vital signs per Vital Signs policy |

Order History

| | |
|---|---|
| Order Source: | CPOE Order |
| Ordered By: | Richard Andre Aycock, MD |
| Entered By: | Richard Andre Aycock, MD on 7/15/2017  1:46:00PM |

Order Entered by Richard Andre Aycock, MD on 07/15/2017  13:46
Active by Valarie J Vann, RN on 07/15/2017  16:37
Discontinue by HSF_JS on 07/16/2017  23:01
Reason for Revision: Visit is closed for the patient
Electronically Signed By: Richard Andre Aycock, MD on 7/15/2017  1:46:00PM

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.   Generated On: 17-Jul-17 16:15

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ⬛⬛⬛⬛⬛L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017 | Atn Dr: | Craig, Anna MD |
| Dsch DTime: | 07/16/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

---

Order # :              1864584                   Soarian Order # :   1437891
Order Type/Sub Type:   Medication/IV/
Order As Written:      METHYLPREDNISOLONE (SOLU-MEDROL) 17 MG = 0.425 ML Intravenous VIAL Q12H for 31 Days

**Order History**
Order Source:          CPOE Order
Ordered By:            Richard Andre Aycock, MD
Entered By:            Richard Andre Aycock, MD on 7/15/2017  1:47:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017  13:47
Validated by SRX on 07/15/2017  14:04
In progress by Valarie J Vann, RN on 07/15/2017  16:37
Suspend by MedSys on 07/16/2017  16:15
Discontinue by HSF_JS on 07/16/2017  23:03
**Electronically Signed By: Richard Andre Aycock, MD on 7/15/2017  1:47:00PM**

---

Order # :              1865756                   Soarian Order # :   1443568
Order Type/Sub Type:   Medication/IV/Nebulized
Order As Written:      ALBUTEROL 0.083% (PROVENTIL 0.083%) 2.5 MG = 3 ML Nebulization SOLN 4XDAY RT for 31 Days

**Order History**
Order Source:          CPOE Order
Ordered By:            Richard Andre Aycock, MD
Entered By:            Richard Andre Aycock, MD on 7/15/2017  1:48:00PM
Order Entered by Richard Andre Aycock, MD on 07/15/2017  13:48
Validated by SRX on 07/15/2017  14:04
Validated by Valerie D Mitchell, RT on 07/15/2017  14:44
Discontinue by SRX on 07/15/2017  17:34
Discontinue by Valarie J Vann, RN on 07/15/2017  17:53
**Electronically Signed By: Richard Andre Aycock, MD on 7/15/2017  1:48:00PM**

---

Copyright © Cerner Health Services, Inc.  All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Orders Report

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| Pt Name: | ████████████L | MRN: | 1116206 |
|---|---|---|---|
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017 | Atn Dr: | Craig, Anna MD |
| Dsch DTime: | 07/16/2017 | | |
| Entity: | Willis-Knighton South | | |
| Dx: | | | |

| Order # : | 1867866 | | |
|---|---|---|---|
| Order Type/Sub Type: | Consult/General Consult | | |
| Order As Written: | Social Services consult Other (specify) Mother would like a new home nebulizer. Patient's does not work | | |

Order History
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Order Source:**    **Patient Care Order**
**Ordered By:**    **Anna Michelle Craig, MD**
**Entered By:**    **Jennifer R Lee, RN on 7/15/2017   4:31:00PM**
Order Entered by Jennifer R Lee, RN on 07/15/2017   16:31
Active by Valarie J Vann, RN on 07/15/2017   16:37
Discontinue by HSF_JS on 07/16/2017 23:01
Reason for Revision:  Visit is closed for the patient
**Electronically Signed By:**

Electronically Signed by:
CRAIG, ANNA MICHELLE
M.D. on 22-Jul-2017
16:17:08 -0500

| Order # : | 1868120 | Soarian Order # : | 1439533 |
|---|---|---|---|
| Order Type/Sub Type: | Medication/IV/Nebulized | | |
| Order As Written: | ALBUTEROL 0.083% (PROVENTIL 0.083%) 2.5 MG = 3 ML Nebulization SOLN Q4H RT for 31 Days | | |

Order History
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Order Source:
**Ordered By:**    **Anna Michelle Craig, MD**
**Entered By:**    **SRX on 7/15/2017   5:34:00PM**
Validated by SRX on 07/15/2017 17:34
In progress by Valarie J Vann, RN on 07/15/2017   17:53
In progress by Haley B Rodrigues, RT on 07/15/2017   19:02
In progress by Brittany M Denton, RT on 07/16/2017   06:57
Suspend by MedSys on 07/16/2017 16:15
Discontinue by HSF_JS on 07/16/2017 23:03
**Electronically Signed By:**

Electronically Signed by:
CRAIG, ANNA MICHELLE
M.D. on 22-Jul-2017
16:17:08 -0500

| Order # : | 1879396 | | |
|---|---|---|---|
| Order Type/Sub Type: | Admit/Discharge/Transfer/Discharge | | |
| Order As Written: | Discharge to: (specify) Home | | |

Order History
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Order Source:**    **CPOE Order**
**Ordered By:**    **Sharon Nhu Tran, MD**
**Entered By:**    **Sharon Nhu Tran, MD on 7/16/2017   3:49:00PM**
Order Entered by Sharon Nhu Tran, MD on 07/16/2017 15:49
Complete by Valarie J Vann, RN on 07/16/2017   15:59
Complete by Valarie J Vann, RN on 07/16/2017   16:12
**Electronically Signed By:  Sharon Nhu Tran, MD on 7/16/2017   3:49:00PM**

| Pt. Name | ████████████L | MRN: 1116206 | Orders Report |
|---|---|---|---|
| Entity: Willis-Knighton South | | Page 5 of 5 | ORE_0149_DSCH.rpt version v1.00 |
| Adm Date: 07/15/2017 | | | Generated By: Workflow |

Copyright © Cerner Health Services, Inc.  All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

Generated On: 17-Jul-17 16:15

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

**WILLIS-KNIGHTON HEALTH SYSTEM**

**Orders**

**Allergies**
☐ No known allergies
☑ Known allergies (including food) _Codeine , Seafood_

Height: _____   Weight: _15.8 kg_

| Date Ordered | Time Ordered | |
|---|---|---|
| 7/15/17 | 1710 | Albuterol 2.5 mg VIA HHN Q4° ATC |
| | | TOV DR Craig / Valarie Vann RN |
| | | Noted Valarie Vann RN   S.J— 7047 |
| | | 7/16/17 3pm |

**Prohibited Abbreviation:**
IU
MgSO4
MS
MS04
QD or qd

**Please Use:**
international unit
magnesium sulfate
morphine sulfate
morphine sulfate
daily

**Prohibited Abbreviation**
q.o.d. or QOD
U or u
Trailing zero (x.0 mg)
Lack of leading zero (.x mg)

**Please Use:**
every other day
unit
Never write a decimal point (X mg)
Always use a zero before a decimal point (O.x mg)

**Committee Approved Blank Order Form – Must be Hand Written**

AALIYAH L
10/01/13  3Y 09M
Craig, Anna M M.D. S5504
K2003856236   07/15/

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

Patient Name: ███████████████████
Adm No:   K20033856236
DOB:      10/01/2013
Age:      3Y  F
Corp ID:  000001116206

MRN:       1116206
Location:  ER Patient - ERS-
Ord No:    90016
Hospital:  WKS

Ordering Dr: RICHARD ANDRE AYCOCK II            CC:

## Final Report

**Admitting Diagnosis: BREATHIUNG DIFFICULTY**
**Reason For Exam:** Breathing Difficulty
**Procedure Date:** 07/15/2017
**Procedure:** SXR - XR, chest 2 view

**Interpretive Location:** KBURGIN
**Accession Number:** 3704330
**CPT Code:** 71020

**IMPRESSION: No acute cardiopulmonary disease.**

RESULT:

Procedure: XR, chest 2 view

Clinical Information: Breathing Difficulty

Comparison: 7/14/2017

Findings:
Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass lesion, or effusion. No significant skeletal abnormality is seen.

Electronically Signed by: KOREY PATRICK BURGIN M.D. on Jul 15 2017  9:45A

**Techs:** Jaime S Rivers
**Additional Staff:**

**Read by: KOREY PATRICK BURGIN M.D.  on Jul 15 2017  9:45A**
Electronically Signed by: KOREY PATRICK BURGIN M.D. on Jul 15 2017  9:45A

Printed: Jul 15 2017  9:49AM

CONFIDENTIALITY NOTICE: The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

```
07/18/2017 00:04          DISCHARGE MEDICATION ADMINISTRATION RECORD      PAGE: 1 OF 3
                               Willis-Knighton Health System


PATIENT NO: K20033856236      NAME:                L       DSCH LOC: S5E1/S55O4A
MED REC NO: 1116206           AGE: 3Y  DOB: 10/01/2013    SEX: F    DSCH DATE: 07/16/2017
SITE: WKSH                    ATN DOCTOR: CRAIG,ANNA MICHELLE MD   ADMIT DATE: 07/15/2017

                 *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                        *** SCHEDULED MEDICATIONS ***
  ORD# 4
  ALBUTEROL 0.083%                   2.5 MG = 3 ML
   (PROVENTIL 0.083%)
  Q4H RT                                      NEBULIZED          EVERY FOUR HOURS RT
  START: 07/15/17 17:31     STOP: 08/15/17 17:30
  Nrs Verified By: VMITCH
  07/15/17 17:46  ADMIN    VMITCH  at: 07/15/17 17:46
  07/15/17 19:18  ADMIN    HRODRI  at: 07/15/17 19:18
  07/15/17 22:20  ADMIN    HRODRI  at: 07/15/17 22:20
  07/16/17 02:09  ADMIN    HRODRI  at: 07/16/17 02:09
  07/16/17 07:29  ADMIN    BDENTO  at: 07/16/17 07:29
  07/16/17 11:19  ADMIN    BDENTO  at: 07/16/17 11:19


  ORD# 4    (REVISED)
  ALBUTEROL 0.083%                   2.5 MG = 3 ML
   (PROVENTIL 0.083%)
  Q4H RT                                      NEBULIZED          EVERY FOUR HOURS RT
  START: 07/15/17 17:31     STOP: 07/16/17 23:01
  Nrs Verified By: VMITCH
    **** ORDER DISCONTINUED ****

  ORD# 1    (REVISED)
  METHYLPREDNISOLONE                  17 MG = 0.425 ML
   (SOLU-MEDROL)
  Q12H                                        IV               EVERY 12 HOURS
  START: 07/15/17 14:00     STOP: 08/15/17 02:00
  Nrs Verified By: VVANNO
  07/15/17 14:00  ADMIN    VVANNO  at: 07/15/17 16:32
  07/16/17 02:00  ADMIN    JGRIFF  at: 07/16/17 02:29
  07/16/17 14:00  ADMIN    VVANNO  at: 07/16/17 15:18


  ORD# 1    (REVISED)
  METHYLPREDNISOLONE                  17 MG = 0.425 ML
   (SOLU-MEDROL)
  Q12H                                        IV               EVERY 12 HOURS
  START: 07/15/17 14:00     STOP: 07/16/17 23:01
  Nrs Verified By: VVANNO
    **** ORDER DISCONTINUED ****



                 *** IVS CURRENT AT THE TIME OF DISCHARGE ***

                         *** SCHEDULED IVS ***
                               UB: A
  ORD# 2
  PLAIN    PLAIN IV
  SODIUM CHLORIDE 0.9%   (FS)        1000 ml
  IV               CONTINUOUS            CONTINUOUS
  RATE: 25 ml/hr         RUN-IN: 40 hrs
  START: 07/15/17 13:39     STOP: 07/18/17 13:38
  Nrs Verified By: HRODRI
    **** NO OCCURRENCES CHARTED ****

  ORD# 2    (REVISED)                     UB: A
  PLAIN    PLAIN IV
  SODIUM CHLORIDE 0.9%   (FS)        1000 ml
  IV               CONTINUOUS            CONTINUOUS
  RATE: 25 ml/hr         RUN-IN: 40 hrs
  START: 07/15/17 13:39     STOP: 07/16/17 23:01
  Nrs Verified By: HRODRI
    **** ORDER DISCONTINUED ****




                          <PERMANENT CHART COPY>
```

```
07/18/2017 00:04        DISCHARGE MEDICATION ADMINISTRATION RECORD        PAGE: 2 OF 3
                            Willis-Knighton Health System

PATIENT NO: K20033856236        NAME: ██████████████ L        DSCH LOC: S5E1/S5504A
MED REC NO: 1116206             AGE: 3Y   DOB: 10/01/2013   SEX: F    DSCH DATE: 07/16/2017
SITE: WKSH                      ATN DOCTOR: CRAIG,ANNA MICHELLE MD    ADMIT DATE: 07/15/2017

              *** ORDERS DISCONTINUED AT THE TIME OF DISCHARGE ***

                          *** MEDICATIONS ***
   ORD# 3
   ALBUTEROL 0.083%                  2.5 MG = 3 ML
    (PROVENTIL 0.083%)
   4XDAY RT                                NEBULIZED        FOUR TIMES A DAY RT
   START: 07/15/17 13:39    STOP: 08/15/17 13:38
   Nrs Verified By:
     **** NO OCCURRENCES CHARTED ****

   ORD# 3     (REVISED)
   ALBUTEROL 0.083%                  2.5 MG = 3 ML
    (PROVENTIL 0.083%)
   4XDAY RT                                NEBULIZED        FOUR TIMES A DAY RT
   START: 07/15/17 13:39    STOP: 07/15/17 17:32
   Nrs Verified By: HRODRI
     **** ORDER DISCONTINUED ****
```

<PERMANENT CHART COPY>

```
07/18/2017 00:04        DISCHARGE MEDICATION ADMINISTRATION RECORD        PAGE: 3 OF 3
                              Willis-Knighton Health System

PATIENT NO: K20033856236        NAME: ████████████████ L        DSCH LOC: S5E1/S5504A
MED REC NO: 1116206             AGE: 3Y   DOB: 10/01/2013   SEX: F   DSCH DATE: 07/16/2017
SITE: WKSH                      ATN DOCTOR: CRAIG,ANNA MICHELLE MD    ADMIT DATE: 07/15/2017

                        *** NURSE IDENTIFICATION ***

    BDENTO   Denton, Brittany RT
    HRODRI   Rodrigues, Haley RT
    JGRIFF   Griffith, Jennifer RN
    VMITCH   Mitchell, Valerie RT
    VVANNO   Vann, Valarie RN
```

```
                        <PERMANENT CHART COPY>
```

ACLS/P~ ~ ~ Results for 15.8 ~ ~4.8 lb)                                    ~ e 1 of 4

## Dosing Calculators - Emergency Drugs

| **Select Dosing Type:** | ◉ Pediatric  ○ Adult |
| **Patient Weight:** | 15.8    ◉ kg  ○ lb |

**Results:** [ Sat Jul 15 21:19:05 GMT 2017 ]

### Pediatric Emergency Drug Dosing Calculator

This calculator is intended to calculate dosing for pediatric patients aged 29 days or older; it is not intended for dosing of neonates. As with all MICROMEDEX products, please use caution and exercise your clinical discretion and professional judgment when utilizing this calculator.

**Sat Jul 15 21:19:05 GMT 2017**

**Patient Name:**

**Entered Values:** Dosing Type: Pediatric    Patient Weight:  15.8 kg  (34.8 lb)

**Recommendations according to AHA guidelines ACLS/PALS resuscitation.**

*Attention - Institutionally dispensed drug concentrations may vary.*

| Drug | Route | Dose | Delivery |
|---|---|---|---|
| **Adenosine** | | | |
| Initial:<br>0.1 mg/kg/dose<br><br>MAX: 6 mg/dose<br><br>Repeat:<br>0.2 mg/kg/dose<br><br>MAX: 12 mg/dose | Rapid IV/IO Push | 1.58 mg/dose (0.53 mL/dose of 3 mg/mL conc)<br><br>MAX: 6 mg/dose<br><br>Repeat: 3.16 mg/dose (1.05 mL/dose of 3 mg/mL conc)<br><br>MAX: 12 mg/dose | Immediately follow drug administration with at least 5 mL normal saline. |
| **Amiodarone** | | | |
| 5 mg/kg/dose<br><br>MAX: 300 mg/dose<br><br>May repeat dose twice up to MAX: 15 mg/kg | IV/IO | 79 mg/dose (1.58 mL/dose of a 50 mg/mL conc) for pulseless VT/VF, give as rapid bolus; for perfusing tachycardias, infuse over 20 to 60 minutes<br><br>MAX: 300 mg/dose<br><br>May repeat dose twice up to MAX: 237 mg | Dilute to 1 to 6 mg/mL in D5W. |

ACLS/PA~ ~esults for 15.8  ~4.8 lb)                                    ~ 2 of 4

| Drug | Route | Dose | Delivery |
|------|-------|------|----------|
| **Atropine** | | | |
| IV: 0.02 mg/kg/dose MAX: 0.5 mg/dose May repeat once | IV/IO | 0.32 mg/dose (3.16 mL/dose of 0.1 mg/mL conc) MAX: 0.5 mg May repeat once | |
| ET: 0.04 to 0.06 mg/kg/dose MAX: 0.5 mg/dose May repeat once | ET | 0.5 mg/dose (0.5 mL/dose of 1 mg/mL conc) Dose based on 0.04 mg/kg/dose MAX: 0.5 mg May repeat once | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilations via ambu-bag. |
| **Calcium chloride 10%** | | | |
| 20 mg/kg/dose MAX: 2 g/dose | Slow IV/IO | 316 mg/dose (3.2 mL/dose of 100 mg/mL conc) MAX: 2 g/dose | Administer slowly. |
| **Cardioversion** | | | |
| 0.5 to 1 joule/kg May Repeat 2 joules/kg | Electrical | 7.9 joules Dose based on: 0.5 joules/kg May Repeat 32 joules | |
| **Defibrillation** | | | |
| Initial shock: 2 joules/kg Second shock: 4 joules/kg | Electrical | Initial shock: 31.6 joules Second shock: 63.2 joules | Subsequent shocks of 4 joules/kg or more up to a MAX: 10 joules/kg or adult dose, whichever is less. |
| **Dextrose** | | | |
| 0.5 to 1 g/kg MAX: 25 g | IV/IO | 7.9 g/dose (32 mL/dose of D25W) Dose based on: 0.5 g/kg MAX: 25 g | Infants and children: Use D25W. May dilute D50W 1:1 with sterile water to make D25W prior to administration. Adolescents: Use D50W. |
| **DOBUTamine hydrochloride** | | | |
| 2 to 20 mcg/kg/min | IV/IO | Starting dose: 79 mcg/min (4.7 mL/hr of a 1000 mcg/mL conc) Dose based on: 5 mcg/kg/min | Mix 20 mL from a 12.5 mg/mL vial in 250 mL D5W for a 1000 mcg/mL solution. |

ACLS/PA~~ ~esults for 15.8 ~ (~4.8 lb)   ~ ~ 3 of 4

| Drug | Route | Dose | Delivery |
|------|-------|------|----------|
| **DOPamine** | | | |
| 2 to 20 mcg/kg/min | IV/IO | Starting dose: 79 mcg/min (3 mL/hr of a 1600 mcg/mL conc) <br><br> Dose based on: 5 mcg/kg/min | Mix 10 mL from a 40 mg/mL vial in 250 mL D5W for a 1600 mcg/mL solution. |
| **EPINEPHrine** | | | |
| IV: 0.01 mg/kg <br><br> MAX: 1 mg/dose <br><br> May Repeat every 3 to 5 minutes | IV/IO | 0.16 mg/dose (1.6 mL/dose of a 0.1 mg/mL conc) <br><br> MAX: 1 mg/dose <br><br> May repeat every 3 to 5 minutes | |
| ET: 0.1 mg/kg <br><br> MAX: 2.5 mg/dose <br><br> May repeat every 3 to 5 minutes | ET | 1.6 mg/dose (1.6 mL/dose of a 1 mg/mL conc) <br><br> MAX: 2.5 mg/dose <br><br> May repeat every 3 to 5 minutes | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilation via ambu-bag. |
| **EPINEPHrine: Infusion** | | | |
| 0.1 to 1 mcg/kg/min | Infusion | Starting Dose: 1.58 mcg/min (1.9 mL/hr of a 50 mcg/mL conc) <br><br> Dose based on 0.1 mcg/kg/min | Mix 12.5 mL of 1 mg/mL vial in 250 mL D5W for a 50 mcg/mL solution. |
| **Lidocaine** | | | |
| IV: 1 mg/kg/dose <br><br> MAX: 100 mg <br><br> Repeat bolus if infusion not started within 15 minutes of initial bolus. | IV/IO | 16 mg/dose (1.6 mL/dose of 10 mg/mL conc) <br><br> MAX: 100 mg <br><br> Repeat bolus if infusion not started within 15 minutes of initial bolus. | |
| ET: 2 to 3 mg/kg/dose | ET | 32 mg/dose (3.2 mL/dose of 10 mg/mL conc) <br><br> Dose based on 2 mg/kg/dose | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilation via ambu-bag. |
| Infusion: 20 to 50 mcg/kg/min | Infusion | 316 mcg/min (7.9 mL/hr of a 2400 mcg/mL conc) <br><br> Dose based on 20 mcg/kg/min | Mix 30 mL from a 20 mg/mL vial in 250 ml D5W for a 2400 mcg/mL solution. |
| **Magnesium sulfate** | | | |
| 25 to 50 mg/kg/dose <br><br> MAX: 2 g/dose | IV/IO | 395 mg/dose (0.8 mL/dose of 500 mg/mL conc) over 10 to 20 minutes, faster in torsades de pointes <br><br> MAX: 2 g/dose <br><br> Dose based on 25 mg/kg/dose | Dilute to a MAX of 200 mg/mL. |

ACLS/PA᠌᠌ ᠌ ᠌esults for 15.8 ᠌   ᠌4.8 lb)                                      ᠌ ᠌ 4 of 4

| Drug | Route | Dose | Delivery |
|---|---|---|---|
| **Naloxone For Full Reversal** | | | |
| IV:<br>younger than 5 years old or 20 kg or less:<br>0.1 mg/kg/dose<br>MAX: 2 mg/dose<br><br>5 years and older or more than 20 kg: 2 mg/dose | IV/IO/ET | For Full Reversal:<br>younger than 5 years old or 20 kg or less:<br>1.58 mg/dose (1.6 mL/dose of 1 mg/mL conc)<br>MAX: 2 mg/dose<br>5 years and older or more than 20 kg: 2 mg/dose | For ET administration: May require 2 to 3 times IV dose. Dilute ET dose in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilations via ambu-bag.<br><br>Use lower doses to reverse respiratory depression associated with therapeutic opioid use (1 to 5 mcg/kg titrate to effect). |
| **Procainamide** | | | |
| 15 mg/kg/dose | IV/IO | 237 mg/dose (2.37 mL/dose of 100 mg/mL conc) infuse over 30 to 60 minutes | Dilute in NS to a conc of 20 mg/mL. Monitor ECG and blood pressure. Use caution when administering with other drugs that prolong QA. |
| **Sodium bicarbonate** | | | |
| 1 mEq/kg/dose | IV/IO | 16 mEq/dose (16 mL/dose of 1 mEq/mL conc) | After adequate ventilation. |

```
RUN DATE: (   ./17        llis Knighto   .th *ADMISSIC                    PAGE 1
RUN TIME: 0846       INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: MORANC.AM
```

Name: ████████████ L                    DOB: 10/01/13    Age: 3Y 09M
Rm/Bd:                Serv/Locn: ERS      Status: ER      Sex: F
Unit#: K000629604     Account#:  K20033856236   BPI#: 000000001116206

|  | Last Update/<br>Acknowledgement: |
|---|---|
| **Interdisciplinary Assessment (Free Text), historical data:** | |
| Allergy1-Med/Contact:<br>NKDA | 11/04/16 - 2201 |
| Allergy2-Med/Contact:<br>NKDA | 11/04/16 - 2201 |
| Food Allergies-Intol:<br>NKFA | 11/04/16 - 2201 |
| Latex Allergy (Y/N):<br>N | 11/04/16 - 2201 |

**Pharmacy Allergy List (Coded Allergies), historical data:**          11/06/16
  (Duplicate names represent coding within (3) categories:
  Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20033856236 | Physician Name: | Admit Date: 7/15/2017 1:59:00 PM |
| First Name: ▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 7/16/2017 11:19:00 AM | Charting ID: 1000930968 |

**Heart Rate:** 92 beats per minute
**Respiratory Rate:** 24 breaths per minute
**All Lung Fields:** Clear
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL). Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 95 beats per minute
Respiratory Rate: 26 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Brittany Denton, RRT on 07/16/2017 at 11:24

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20033856236 | Physician Name: | Admit Date: 7/15/2017 1:59:00 PM |
| First Name: ███████ | MRN: 1116206 | Discharge Date: |
| Last Name: ███████ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 7/16/2017 7:29:00 AM | Charting ID: 1000930654 |

**Heart Rate:** 120 beats per minute
**Respiratory Rate:** 22 breaths per minute
**All Lung Fields:** Clear
**Work of Breathing:** No use of accessory muscles noted.
**PAIN:** No pain communicated or visualized by respiratory therapy at this time.

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL). Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 136 beats per minute
Respiratory Rate: 26 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Brittany Denton, RRT on 07/16/2017 at 07:32

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20033856236 | Physician Name: | Admit Date: 7/15/2017 1:59:00 PM |
| First Name: ▓▓▓▓▓▓ | MRN: 1116206 | Discharge Date: |
| Last Name: ▓▓▓▓▓▓▓▓ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 7/16/2017 2:09:00 AM | Charting ID: 1000930420 |

**Heart Rate: 134 beats per minute**
**Respiratory Rate: 32 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 123 beats per minute
Respiratory Rate: 28 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had a strong non-productive cough.

**Education:**
No education was provided at this time.

Electronically Signed By: Haley Rodrigues, RRT on 07/16/2017 at 02:11

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20033856236 | Physician Name: | Admit Date: 7/15/2017 1:59:00 PM |
| First Name: ████████ | MRN: 1116206 | Discharge Date: |
| Last Name: ████████ | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 7/15/2017 10:20:00 PM | Charting ID: 1000930232 |

**Heart Rate: 134 beats per minute**
**Respiratory Rate: 24 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 131 beats per minute
Respiratory Rate: 24 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Haley Rodrigues, RRT on 07/15/2017 at 22:22

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20033856236 | Physician Name: | Admit Date: 7/15/2017 1:59:00 PM |
| First Name: | MRN: 1116206 | Discharge Date: |
| Last Name: | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 7/15/2017 7:18:00 PM | Charting ID: 1000930044 |

**Heart Rate: 137 beats per minute**
**Respiratory Rate: 36 breaths per minute**
**All Lung Fields: Clear**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment given via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL). Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 135 beats per minute
Respiratory Rate: 30 breaths per minute
Breath Sounds:
All Lung Fields: Clear
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
No education was provided at this time.

Electronically Signed By: Haley Rodrigues, RRT on 07/15/2017 at 19:19

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20033856236 | Physician Name: | Admit Date: 7/15/2017 1:59:00 PM |
| First Name: | MRN: 1116206 | Discharge Date: |
| Last Name: | Date of Birth: 10/01/2013 | Charting Category: MEDTX |
| Charting Template: Treatment Note | Charting Date: 7/15/2017 3:00:00 PM | Charting ID: 1000929808 |

**Heart Rate: 144 beats per minute**
**Respiratory Rate: 28 breaths per minute**
**All Lung Fields: Expiratory wheezes**
**Work of Breathing: No use of accessory muscles noted.**
**PAIN: No pain communicated or visualized by respiratory therapy at this time.**

**Interventions:**
MEDICATION THERAPY: Small volume nebulizer treatment started via face mask for pediatric patient, with Albuterol 0.083% (2.5 mg/3 mL) Treatment delivered via oxygen.

The patient had no adverse effects.

**Post Therapy Assessment:**
Heart Rate: 152 beats per minute
Respiratory Rate: 28 breaths per minute
Breath Sounds:
All Lung Fields: Expiratory wheezes
Work of Breathing: No use of accessory muscles noted.
Cough/Suction: Patient had no cough at this time.

**Education:**
Informal: Indications, possible side effects, expected outcomes of therapy and/or current status were explained.

Electronically Signed By: Valerie Mitchell, RRT on 07/15/2017 at 15:12

**Willis Knighton Respiratory**

| | | |
|---|---|---|
| Account: K20033856236 | Physician Name: | Admit Date: 7/15/2017 1:59:00 PM |
| First Name:▉▉▉▉▉ | MRN: 1116206 | Discharge Date: |
| Last Name:▉▉▉▉▉▉▉ | Date of Birth: 10/01/2013 | Charting Category: MEDGAS-SAT |
| Charting Template: Oxygen Therapy-Oximetry Note | Charting Date: 7/15/2017 3:00:00 PM | Charting ID: 1000929807 |

Pediatric Oxygen Protocol

Room Air SpO2 =  97 %. Oxygen not set up per protocol.


Electronically Signed By: Valerie Mitchell, RRT on 07/15/2017 at 15:11

**Plan Of Care Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | HENDERSON, AALIYAH L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Plan of Care

| | | | | |
|---|---|---|---|---|
| **Last Reviewed By:** | Valarie J Vann, RN | | | |
| **Last Reviewed Date:** | 07/16/2017  07:08 | | | |
| **Standard Name** | **Date Assigned** | **Assigned By** | **Stop Date** | **Reason** |
| POC Mental Status - Impaired | 07/15/2017  16:28 | Lee, Jennifer RN | | |
| POC Falls - Risk of | 07/15/2017  16:28 | Lee, Jennifer RN | | |
| POC Breathing Pattern - Ineffect | 07/15/2017  16:28 | Lee, Jennifer RN | | |

## Problems associated to Selected Visit

| Problem Name | Rank | Date Assigned | Date Closed | Assigned By | Closed By | Status |
|---|---|---|---|---|---|---|
| **Problem Details** | **Value** | **Problem Details** | **Value** | **Problem Details** | **Value** | |
| **Activity Intolerance** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Gas Exchange - Impaired** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Breathing Pattern - Ineffective** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Falls - Risk of** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Comment: | | | Status: | | | |
| **Mobility - Impaired** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Tissue Perfusion - Cardiopulmonary, Altered** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Self-care Deficit - Toileting** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Self-care Deficit - Feeding** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Infection - risk of** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Associated With: | Peripheral IV | | Status: | | | |
| **Self-care Deficit - Dressing and Grooming** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Self-care Deficit - Bathing** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |
| **Mental Status - Impaired** | | 07/15/2017  16:27 | | Jennifer R Lee, RN | | Resolved |
| Status: | | | | | | |

| **Pt Name:** | ████L | **MRN:** | 1116206 | Plan Of Care Report |
| **Rm/ Bed:** | | | Page 1 of 2 | ORE_0146_DSCH_NBR_v1.rpt v1.00 |

Printed By :Workflow
Printed On: 17-Jul-17 16:15

© 2008-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

**Plan Of Care Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

**Expected Outcomes**

| Expected Outcome Display Name | Status | Target Completion Text | Act. Outcome Status (Last) | Charted By |
|---|---|---|---|---|
| Comment | Target Completion Date | | | Charted Date |
| Outcome Details   Value | Outcome Details   Value | Outcome Details   Value | | |
| Cognitive status restored to baselin | Erroneous | | Met | Jennifer R Lee, RN 07/15/2017  16:28 |
| Absence of falls | Active 07/17/2017  12:00 | | Met | Valarie J Vann, RN 07/16/2017  15:26 |
| Absence of physical injury | Active 07/17/2017  12:00 | | Met | Valarie J Vann, RN 07/16/2017  15:26 |
| Effective breathing pattern | Active 07/17/2017  12:00 | | Progressing | Valarie J Vann, RN 07/16/2017  15:26 |

---

| Pt Name: ████████████L | MRN: 1116206 | Plan Of Care Report |
|---|---|---|
| Rm/ Bed: | Page 2 of 2 | ORE_0146_DSCH_NBR_v1.rpt v1.00 |

Printed By :Workflow
Printed On: 17-Jul-17 16:15

© 2008-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

## Assessment Report

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ▮▮▮▮▮▮▮▮▮▮L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

### Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  16:07 |
| Collected By | Jennifer R Lee, RN | | |

#### Admission Assessment

| | | | |
|---|---|---|---|
| Stated reason for visit | ER Yesterday congested cold, ear infection 7/14. Today wheezing 7/15 | Admit from | ED |
| Mode of arrival | Wheelchair | Accompanied by | Parent |
| Source of info | Parent | Preferred name | Jennifer Alexander |
| Would you like a family member / representative notified of your | No | Emergency contact | mother |
| Readmit within 30 days | Denies | Organ donor | No |
| Participates in Clinical Trial | No | Current treatments | Respiratory |
| Comments | Albuterol Q 4 hours as needed shortness of breath/wheezing | Communication barriers | Cognitive, Emotional |
| Highest education level | Less than 5th grade | Current grade | Pre-school |
| Language preference for medical communication | English | Communication barrier | None |
| Comment | Patient has autism | No spiritual/cultural issues that may affect care or education | Yes |
| Do you have an Advance Directive? | No | Do you want an Advance Directive? | No |
| WKHS Patient Guide provided | Yes | Healthcare Power of Attorney | No |
| Healthcare Power of Attorney on file with WKHS | No | Oriented to | Yes |
| Person oriented | Parent | Admit from other | Home |

#### Belongings / Equipment

| | | | |
|---|---|---|---|
| No belongings | Yes | No medical equipment or assistive devices | Yes |

#### Birth History

| | | | |
|---|---|---|---|
| Birth weight | 1/9 lbs,oz | Mother received prenatal care | Yes |
| Mother's prenatal care | yes | Problems at birth | Mother had preeclampsia. Born at 27 weeks. NICU -100 days |

#### Past Med/Surg Hx

| | | |
|---|---|---|
| Pt Name: ▮▮▮▮▮▮▮▮▮▮L | MRN:  1116206 | Assessment Report |
| Rm/ Bed: | Page 1 of 5 | ORE_0010_DSCH_NBR_V1.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Jul-17 16:15

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | [redacted]L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  16:07 |
| Collected By | Jennifer R Lee, RN | | |

### Past Med/Surg Hx

| | | | |
|---|---|---|---|
| Neurological medical history | Other (specify) | Neurological comments | Autism |
| Respiratory medical history | Asthma | No history of cancer | Yes |

### Infectious Disease History

| | | | |
|---|---|---|---|
| Have you/close contact travel outside continental US last 30days | No | Have you come in contact with any person with confirmed Ebola | No |
| Have you or close contact come in contact with anyone with ZIKA | No | | |

### Health Screening

| | | | |
|---|---|---|---|
| Hazardous material exposure | Denies | No change in appetite, unintentional weight loss, vomiting or | Yes |
| Unintentional weight loss lately | No | Poor weight gain over the last few months | No |
| Eating / feeding less in the last few weeks | No | Obviously underweight (BMI less than 5%) | No |
| Body Mass Index | 13.88 | Date of Last BM | 07/13/2017 |
| Exercise regularly | Denies | Sleep aids/meds | No |
| Weight | 34/13.329 lbs,oz | Height | 3.5 ft,in |
| Diarrhea (2 or more days in the past week) | No | | |

### Developmental Assessment

| | | | |
|---|---|---|---|
| 3 Years | Able to throw ball overhand | | |

### Immunization Screening

| | | | |
|---|---|---|---|
| Contraindications | Patient under 18 years of age, Vaccine not required (April - August) | Contraindications | Patient under 65 years of age |
| Immunization comments | UTD | Hepatitis A vaccine yes/no | Yes |
| Hepatitis B vaccine yes/no | Yes | Tetanus vaccine in last 10 years | Yes |

### Family Health History

| | | | |
|---|---|---|---|
| Father | Not known | Mother | Hypertension, Obesity |
| Brother | Not known | | |

| | | | |
|---|---|---|---|
| Pt Name: | [redacted]L | MRN: | 1116206 |
| Rm/ Bed: | | | |

Page 2 of 5

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Jul-17 16:15

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017 08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  16:07 |
| Collected By | Jennifer R Lee, RN | | |

### Psychosocial History

| | | | |
|---|---|---|---|
| Lives with | Parent | Home environment | Home |
| Caffeine use | Denies | Alcohol use | Denies |
| Illicit drug use | Denies | Smoking status | Never smoker |
| Smokeless tobacco use | Denies | Second hand smoke exposure | Denies |
| Smoking cessation program information | No | Have you had thoughts of harming yourself in the past week? | Denies |
| Does your home environment cause you fear, pain, or injury? | Denies | Have you recently felt abused, taken advantage of, or neglected | Denies |
| Spiritual resources needed | No | Are you or your family experiencing grief or difficulty coping | Denies |
| Is grieving for fetal/newborn loss? | Denies | | |

### ADL Assessment

| | | | |
|---|---|---|---|
| Activity | Partial assist | Activity tolerance | Fair |
| Hygiene | Partial assist | Dressing | Partial assist |
| Grooming | Partial assist | Toileting | Partial assist |
| Eating | Partial assist | Med administration | Complete assist |
| Stairs | Independent | Driving | Not applicable |

### Vital Signs

| | | | |
|---|---|---|---|
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |
| Body Mass Index | 13.88 | Ideal Body Weight, female | 10.16 |
| Ideal Body Weight, male | 20.16 | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| Total score | 5 | Face | Frequent to constant quivering chin, clenched jaw |
| Legs | Uneasy, restless, tense | Activity | Squirming, shifting back and forth, tense |
| Cry | Moans or whimpers, occasional complaint | Consolability | Content, relaxed |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Rm/ Bed: | | Page 3 of 5 | |

Assessment Report

ORE_0010_DSCH_NBR_V1.rpt v1.00

Printed By :Workflow

Printed On: 17-Jul-17 16:15

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

## Assessment Report

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

### Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  16:07 |
| Collected By | Jennifer R Lee, RN | | |

#### HEENT Assessment

| | | | |
|---|---|---|---|
| Ears | WDL | Nose | WDL |
| Mouth | WDL | Throat | WDL |

#### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL except | Respiratory | WDL except |
| Retracting / Bulging | Mild retracting | Cough | Non - productive |
| Breath sounds within defined limits | WDL except | LUL | Coarse rales |
| LLL | Coarse rales | RUL | Coarse rales |
| RML | Coarse rales | RLL | Coarse rales |

#### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

#### Gastrointestinal Assessment

| | | |
|---|---|---|
| Gastrointestinal | WDL | |

#### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Urinary catheter present on admission | Not applicable |
| Indwelling Urinary Catheter present on admission | No | External genitalia | Deferred |

#### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

#### Neurological Assessment

| | | | |
|---|---|---|---|
| Eye opening | Spontaneous | Motor response | Moves spontaneously or purposefully |
| Verbal response | Cries but consolable, inappropriate interactions | GCS Total Score | 14 |
| Neurological | WDL except | Oriented to | Unable to assess |
| Oriented to person, place and time | No | Motor function | WDL |

#### Integumentary Assessment

| | | |
|---|---|---|
| Integumentary | WDL | |

#### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Mobility: Ability to change and control body position | No Limitations | Activity: Degree of physical activity | Walks Occasionally |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Admission Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  16:07 |
| Collected By | Jennifer R Lee, RN | | |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Sensory Perception: | Slightly Limited | Moisture | Occasionally Moist |
| Friction and shear | No Apparent Problem | Nutrition: Usual food intake pattern | Adequate |
| Tissue perfusion and oxygenation | Adequate | Modified Braden Score | 23 |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Age | 3 to less than 7 years old | Gender | Female |
| Diagnosis | Neurological diagnosis | Cognitive Impairment | Forgets limitations |
| Environmental Factors | Placed in bed | Response to Surgery/Sedation/Anesthesia | More than 48 hours / None |
| Medication Usage | Other medications / None | Humpty Dumpty score | 14 |
| Fall risk level | High risk | | |

### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Activities of daily living | Description 1 | Admission Assessment |
| Barriers to learning | None | Person educated | Parent |
| Teaching method | Discussion, Handouts | Evaluation method | Verbal |
| Follow-up | No follow-up needed | | |

### Discharge Planning

| | |
|---|---|
| Equipment comments | Possibly needs new nebulizer |

Clinical Note:

---

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Jul-17 16:15

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

**CM Notes**

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  17:12 |
| Collected By | Kimberly T McCray | | |

**CM Notes**

| | |
|---|---|
| Care Management Note | SS C/S-MOTHER WOULD LIKE A NEW HOME NEBULIZER. PATIENT'S MACHINE DOES NOT WORK. DISCUSSION HELD WITH MOTHER AS HHN WAS ORDERED THRU ALLEGIANCE MEDICAL SUPPLY IN 2015, THEREFORE, INSURANCE WILL NOT COVER ANOTHER ONE UNTIL AFTER (5) YEARS. ADVISED MOTHER TO GET A RX FOR RESP MEDS AND TAKE IT TO MEDIC PHARMACY AS THEY WILL PROVIDE A NEBULIZER MACHINE AT NO COST. MOTHER EXPLAINED PT'S RX HAS ALREADY BEEN FILLED. SUGGESTED TO MOTHER TO SEE IF SHE CAN HAVE THAT PARTICULAR RX TRANSFERRED TO MEDIC PHARMACY IN ORDER TO GET A FREE MACHINE. MOTHER VERBALIZED THAT SHE WILL WORK ON GETTING IT DONE. NO FURTHER CONCERNS AT THIS TIME. |

**Clinical Note:**

---

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Jul-17 16:15

# Assessment Report

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Discharge Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  15:48 |
| Collected By | Valarie J Vann, RN | | |

### Discharge Assessment

| | | | |
|---|---|---|---|
| Temperature | 98.8 F | Pulse | 120 |
| Respirations | 22 | O2 Saturation (%) | 99 |
| Date of last bowel movement | 07/16/2017 | Contraindications | Patient under 65 years of age |
| Contraindications | Patient under 18 years of age | Discharge instructions | Reviewed discharge instructions with patient / significant other, Patient unaccompanied, Patient / Significant other verbalized understanding of discharge instructions, Patient / Significant other received written instructions |

### Discharge Follow-up and Equipment

| | | | |
|---|---|---|---|
| With Referral 1 | PCP, at UH | Follow-up In | in 1-2 days |

### Integumentary Assessment

| | |
|---|---|
| Integumentary | WDL |

### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Asthma | Barriers to learning | None |
| Person educated | Family | Teaching method | Discussion |
| Understanding | Good | Evaluation Method | Verbal |
| Follow-up | No Follow-up Needed | Smoking cessation program information | No |

### Physician D/C Instructions

| | | | |
|---|---|---|---|
| Diet | Pediatric | Notify Physician For | Fever or chills, Temperature over 100.5 lasting more than 8 hours, Shortness of breath, If symptoms worsen contact your health care provider or call 911 |

Clinical Note:

## Discharge Planning

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  19:20 |
| Collected By | Jennifer A Griffith, RN | | |

### Discharge Planning

| | |
|---|---|
| Equipment comments | Possibly needs new nebulizer |

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: 1116206 | Assessment Report |
| Rm/ Bed: | | Page 1 of 2 | ORE_0010_DSCH_NBR_V1:rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Jul-17 16:15

**Assessment Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | ██████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

**Clinical Note:**

**Pt Name:** ██████████L    **MRN:**  1116206

**Rm/ Bed:**    Page 2 of 2

Assessment Report
ORE_0010_DSCH_NBR_V1.rpt v1.00
Printed By :Workflow
Printed On: 17-Jul-17 16:15

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | | |
|---|---|---|---|---|
| Pt Name: | ⬛⬛⬛⬛⬛⬛⬛L | | MRN: | 1116206 |
| Pt ID: | 0101757329 | | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | | Rm & Bed: | |
| Dx: | | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | | |

## Intake and Output

| | 07/16/17 15:20 | 07/16/17 05:44 | 07/15/17 18:21 |
|---|---|---|---|
| Collected By | Valarie J Vann, RN | Jennifer A Griffith, RN | Valarie J Vann, RN |

**Clinical Note**

| Status | Complete | Complete | Complete |
|---|---|---|---|
| Oral | 820 ml | 240 ml | 500 ml |
| IV fluid #1 | 237.2 ml | 285.7 ml | 60 ml |

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  15:54 |
| Collected By | Valarie J Vann, RN | | |

Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Date / Time Discontinued, site 1 | 07/16/2017 15:55 | Catheter intact IV 1 | Yes |
| Description, site 1 | NO REDNESS, SWELLING OR DRAINGE NOTED TO SITE, SITE COVERED WITH BANDAID | | |

Clinical Note:

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  14:32 |
| Collected By | Valarie J Vann, RN | | |

Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  12:32 |
| Collected By | Valarie J Vann, RN | | |

Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care | | facility |

| | | | |
|---|---|---|---|
| Pt Name: ⬛⬛⬛⬛⬛⬛L | MRN: | 1116206 | Assessment Report |
| Rm/ Bed: | | Page 1 of 9 | ORE_0010_DSCH_NBR.rpt v1.00 |
| | | | Printed By :Workflow |
| | | | Printed On: 17-Jul-17 16:15 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited, All rights reserved.

# Assessment Report

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ▓▓▓▓▓▓▓L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  12:32 |
| Collected By | Valarie J Vann, RN | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Date/Time Inserted, site 1 | 07/15/2017 15:00 | Site IV 1 | Hand, right |
| Size IV 1 | 20G | IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema |
| Dressing condition IV 1 | Clean, dry, intact | | |

Clinical Note:

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  09:45 |
| Collected By | Valarie J Vann, RN | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  07:05 |
| Collected By | Valarie J Vann, RN | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  06:32 |
| Collected By | Jennifer A Griffith, RN | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |

| | | | |
|---|---|---|---|
| **Pt Name:** | ▓▓▓▓▓L | **MRN:** | 1116206 |
| **Rm/ Bed:** | | | |

Assessment Report

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

ORE_0010_DSCH_NBR.rpt v1.00
Printed By :Workflow
Printed On: 17-Jul-17 16:15

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ██████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  06:32 |
| Collected By | Jennifer A Griffith, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  04:32 |
| Collected By | Jennifer A Griffith, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  02:32 |
| Collected By | Jennifer A Griffith, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  00:32 |
| Collected By | Jennifer A Griffith, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

---

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ███████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

---

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  22:32 |
| Collected By | Jennifer A Griffith, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

---

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  20:32 |
| Collected By | Jennifer A Griffith, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

---

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  19:20 |
| Collected By | Jennifer A Griffith, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017 15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

---

**Clinical Note:**

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  17:52 |
| Collected By | Valarie J Vann, RN | | |

#### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, | | inserted at a WKHS acute care |

---

Assessment Report
ORE_0010_DSCH_NBR.rpt v1.00
Printed By :Workflow
Printed On: 17-Jul-17 16:15

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  17:52 |
| Collected By | Valarie J Vann, RN | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| | facility | Date/Time Inserted, site 1 | 07/15/2017  15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

## Peripheral IV Assessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  16:31 |
| Collected By | Valarie J Vann, RN | | |

### Peripheral IV Assessment

| | | | |
|---|---|---|---|
| IV 1 | Present on admission, inserted at a WKHS acute care facility | Date/Time Inserted, site 1 | 07/15/2017  15:00 |
| Site IV 1 | Hand, right | Size IV 1 | 20G |
| IV site condition IV 1 | Patent, no redness, tenderness, leakage or edema | Dressing condition IV 1 | Clean, dry, intact |

Clinical Note:

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  07:06 |
| Collected By | Valarie J Vann, RN | | |

### Reassessment

| | | | |
|---|---|---|---|
| Temperature | 98.1 F | Temperature Site | Tympanic |
| Pulse | 122 | Pulse site | Cardiac monitor |
| Respirations | 24 | O2 Saturation (%) | 95 |
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |
| Body Mass Index | 13.88 | Ideal Body Weight, female | 10.16 |
| Ideal Body Weight, male | -1.81 | | |

### Patient Location

| | |
|---|---|
| Primary location | In their primary assigned location |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| Pasero Opioid-induced Sedation Scale (POSS) | 1 = Awake and alert | Total score | 0 |
| Face | No particular expression or smile | Legs | Normal position or relaxed |

| | | |
|---|---|---|
| Pt Name:██████████L | MRN: 1116206 | Assessment Report |
| Rm/ Bed: | Page 5 of 9 | ORE_0010_DSCH_NBR.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ██████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** | 07/16/2017  07:06 |
| **Collected By** | Valarie J Vann, RN | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| **Activity** | Lying quietly, normal position, moves easily | **Cry** | No cry |
| **Consolability** | Content, relaxed | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| **Head** | WDL | **Eyes** | WDL |
| **Ears** | WDL | **Nose** | WDL |
| **Mouth** | WDL | **Throat** | WDL |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| **Oxygen** | WDL except | **O2 Saturation (%)** | 95 |
| **Respiratory** | WDL except | **Accessory muscle use** | Yes |
| **Retracting / Bulging** | Mild retracting | **Cough** | Non - productive |
| **Breath sounds within defined limits** | WDL except | **LUL** | Coarse rales |
| **LLL** | Coarse rales, Wheezes, expiratory | **RUL** | Coarse rales |
| **RML** | Coarse rales, Wheezes, expiratory | **RLL** | Coarse rales, Wheezes, expiratory |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| **Cardiovascular** | WDL | **Peripheral circulation** | WDL |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| **Gastrointestinal** | WDL | | |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| **Genitourinary** | WDL | **Urinary catheter present on admission** | Not applicable |
| **Indwelling Urinary Catheter present on admission** | No | **External genitalia** | Deferred |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| **Musculoskeletal** | WDL | **Bones and Joints** | WDL |

### Neurological Assessment

| | | | |
|---|---|---|---|
| **Eye opening** | Spontaneous | **Motor response** | Moves spontaneously or purposefully |
| **Verbal response** | Smiles, oriented to sounds, follows objects, interacts | **GCS Total Score** | 15 |
| **Neurological** | WDL except | **Oriented to** | Person |

| | | |
|---|---|---|
| **Pt Name:** ██████████L | **MRN:** 1116206 | **Assessment Report** |
| **Rm/ Bed:** | Page 6 of 9 | ORE_0010_DSCH_NBR.rpt v1.00 |
| | | Printed By :Workflow |
| | | Printed On: 17-Jul-17 16:15 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017 08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017 07:06 |
| Collected By | Valarie J Vann, RN | | |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Oriented to person, place and time | No | Behavior | Irritable |
| Motor function | WDL | | |

### Integumentary Assessment

| | |
|---|---|
| Integumentary | WDL |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Age | 3 to less than 7 years old | Gender | Female |
| Diagnosis | Psych / Behavioral disorders | Cognitive Impairment | Forgets limitations |
| Environmental Factors | Placed in bed | Response to Surgery/Sedation/Anesthesia | More than 48 hours / None |
| Medication Usage | Other medications / None | Humpty Dumpty score | 12 |
| Fall risk level | High risk | | |

Clinical Note:

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017 19:20 |
| Collected By | Jennifer A Griffith, RN | | |

### Reassessment

| | | | |
|---|---|---|---|
| Temperature | 99.2 F | Temperature Site | Temporal |
| Pulse | 158 | Pulse site | Cardiac monitor |
| Respirations | 28 | O2 Saturation (%) | 99 |
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |
| Body Mass Index | 13.88 | Ideal Body Weight, female | 10.16 |
| Ideal Body Weight, male | -1.81 | | |

### Pain / Sedation Assessment

| | | | |
|---|---|---|---|
| Total score | 3 | Face | No particular expression or smile |
| Legs | Uneasy, restless, tense | Activity | Squirming, shifting back and forth, tense |
| Cry | Moans or whimpers, occasional complaint | Consolability | Content, relaxed |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Head | WDL | Eyes | WDL |
| Ears | WDL | Nose | WDL |

| | | | |
|---|---|---|---|
| Pt Name: | ████████████L | MRN: | 1116206 |
| Rm/ Bed: | | | |

Assessment Report
ORE_0010_DSCH_NBR.rpt v1.00
Printed By :Workflow
Printed On: 17-Jul-17 16:15

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ██████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

**Reassessment**

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  19:20 |
| Collected By | Jennifer A Griffith, RN | | |

### HEENT Assessment

| | | | |
|---|---|---|---|
| Mouth | WDL | Throat | WDL |

### Respiratory Assessment

| | | | |
|---|---|---|---|
| Oxygen | WDL except | O2 Saturation (%) | 99 |
| Respiratory | WDL except | Accessory muscle use | Yes |
| Retracting / Bulging | Mild retracting | Cough | Non - productive |
| Breath sounds within defined limits | WDL except | LUL | Coarse rales |
| LLL | Coarse rales, Wheezes, expiratory | RUL | Coarse rales |
| RML | Coarse rales, Wheezes, expiratory | RLL | Coarse rales, Wheezes, expiratory |

### Cardiovascular Assessment

| | | | |
|---|---|---|---|
| Cardiovascular | WDL | Peripheral circulation | WDL |

### Gastrointestinal Assessment

| | | | |
|---|---|---|---|
| Gastrointestinal | WDL | | |

### Genitourinary Assessment

| | | | |
|---|---|---|---|
| Genitourinary | WDL | Urinary catheter present on admission | Not applicable |
| Indwelling Urinary Catheter present on admission | No | External genitalia | Deferred |

### Musculoskeletal Assessment

| | | | |
|---|---|---|---|
| Musculoskeletal | WDL | Bones and Joints | WDL |

### Neurological Assessment

| | | | |
|---|---|---|---|
| Neurological | WDL except | Oriented to | Person |
| Oriented to person, place and time | No | Behavior | Irritable |
| Motor function | WDL | | |

### Integumentary Assessment

| | | | |
|---|---|---|---|
| Integumentary | WDL | | |

### Braden Skin Risk Assessment

| | | | |
|---|---|---|---|
| Moisture | Occasionally Moist | | |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Age | 3 to less than 7 years old | Gender | Female |

---

| | | |
|---|---|---|
| **Pt Name:** ██████████L | **MRN:** 1116206 | Assessment Report |
| **Rm/ Bed:** | Page 8 of 9 | ORE_0010_DSCH_NBR.rpt v1.00 |
| | | Printed By :Workflow |
| | | Printed On :17-Jul-17 16:15 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ⬛⬛⬛⬛L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017 08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Reassessment

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017 19:20 |
| Collected By | Jennifer A Griffith, RN | | |

### Fall Risk Assessment

| | | | |
|---|---|---|---|
| Diagnosis | Psych / Behavioral disorders | Cognitive Impairment | Forgets limitations |
| Environmental Factors | Placed in bed | Response to Surgery/Sedation/Anesthesia | More than 48 hours / None |
| Medication Usage | Other medications / None | Humpty Dumpty score | 12 |
| Fall risk level | High risk | Interventions | Close observation, Environmental safety management (personal items within arm's reach, pathways clear and nonskid footwear provided if applicable), Intentional rounding |

### Education - Multidisciplinary

| | | | |
|---|---|---|---|
| Nursing education topic | Infusion Therapy | Description 1 | call nurse at onset of any signs of pain at iv site; swelling, redness also |
| Person educated | Family | Barriers to learning | None |
| Readiness to Learn | Receptive | Teaching method | Discussion |
| Understanding | Good | Evaluation Method | Verbal |
| Follow-up | Content | | |

### Additional Education

| | | | |
|---|---|---|---|
| Nursing education topic 2 | Safety | Description 2 | bed in lowest position, side rails up, call light in reach, parent/grandparent at bedside |
| Person educated | Family | Barriers to learning | None |
| Readiness to learn | Receptive | Teaching Method | Discussion |
| Understanding | Good | Evaluation method | Verbal |
| Follow-up | Content | | |

Clinical Note:

---

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :Workflow
Printed On: 17-Jul-17 16:15

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ██████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Patient Factors

| Assessment Sts | Complete | Collected DTime | 07/16/2017  07:06 |
|---|---|---|---|
| Collected By | Valarie J Vann, RN | | |

### Patient Factors

| | | | |
|---|---|---|---|
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |
| Body Mass Index | 13.88 | Oriented to person, place and time | No |
| Isolation precautions | None | Fall precautions | Yes |
| Requires assistance with transfers | Yes | Transportation method | Wheelchair |
| IV | Yes | Support person | Elizabeth Alexander (Grandmother) |
| O2 in use | No | | |

Clinical Note:

## Patient Factors

| Assessment Sts | Complete | Collected DTime | 07/15/2017  15:58 |
|---|---|---|---|
| Collected By | Jennifer R Lee, RN | | |

### Patient Factors

| | | | |
|---|---|---|---|
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 15.8 kg | How Obtained | Measured |
| Body Mass Index | 13.88 | Oriented to person, place and time | No |
| Isolation precautions | None | Fall precautions | Yes |
| Requires assistance with transfers | Yes | Transportation method | Wheelchair |
| IV | Yes | Support person | Elizabeth Alexander (Grandmother) |
| O2 in use | No | | |

Clinical Note:

## Vital Signs

| Assessment Sts | Complete | Collected DTime | 07/16/2017  15:29 |
|---|---|---|---|
| Collected By | Valarie J Vann, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 98.9 F | Temperature Site | Temporal |
| Pulse | 130 | Pulse site | VS machine |
| Respirations | 24 | O2 Saturation (%) | 96 |
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |

| | | |
|---|---|---|
| Pt Name:██████████L | MRN: 1116206 | Assessment Report |
| Rm/ Bed: | Page 1 of 3 | ORE_0010_DSCH_NBR.rpt v1.00 |

© 2003-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

# Assessment Report

**Generated from 07/15/2017 00:00 to 07/18/2017 23:59**

| | | | |
|---|---|---|---|
| **Pt Name:** | ██████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  15:29 |
| Collected By | Valarie J Vann, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Body Mass Index | 13.88 | Ideal Body Weight, female | 10.16 |
| Ideal Body Weight, male | 20.16 | WFE Respiratory rate | 24 |

Clinical Note:

## Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  11:46 |
| Collected By | Valarie J Vann, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 98.8 F | Temperature Site | Temporal |
| Pulse | 125 | Pulse site | Cardiac monitor |
| Respirations | 22 | O2 Saturation (%) | 99 |
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |
| Body Mass Index | 13.88 | Ideal Body Weight, female | 10.16 |
| Ideal Body Weight, male | 20.16 | WFE Respiratory rate | 22 |

Clinical Note:

## Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/16/2017  04:00 |
| Collected By | Jennifer A Griffith, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 97.7 F | Temperature Site | Temporal |
| Pulse | 123 | Pulse site | VS machine |
| Respirations | 30 | O2 Saturation (%) | 94 |
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |
| Body Mass Index | 13.88 | Ideal Body Weight, female | 10.16 |
| Ideal Body Weight, male | 20.16 | WFE Respiratory rate | 30 |

Clinical Note:

## Vital Signs

| | | | |
|---|---|---|---|
| Assessment Sts | Complete | Collected DTime | 07/15/2017  23:45 |
| Collected By | Jennifer A Griffith, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Temperature | 97.6 F | Temperature Site | Temporal |
| Pulse | 124 | Pulse site | Cardiac monitor |

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Assessment Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

## Vital Signs

| | | | |
|---|---|---|---|
| **Assessment Sts** | Complete | **Collected DTime** | 07/15/2017  23:45 |
| **Collected By** | Jennifer A Griffith, RN | | |

### Vital Signs

| | | | |
|---|---|---|---|
| Respirations | 32 | O2 Saturation (%) | 93 |
| Height | 3.5 ft,in | How Obtained | Measured |
| Weight | 34/13.329 lbs,oz | How Obtained | Measured |
| Body Mass Index | 13.88 | Ideal Body Weight, female | 10.16 |
| Ideal Body Weight, male | 20.16 | WFE Respiratory rate | 32 |

**Clinical Note:**

Printed By :Workflow
Printed On: 17-Jul-17 16:15

© 2003-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**ALLERGY REPORT**

| | | | |
|---|---|---|---|
| Pt Name: | ██████████L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/01/2013 | Age/Sex: | 3Y/F |
| Adm DTime: | 07/15/2017  08:34 | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | |
| Dx: | | | |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | Severe | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |

| Pt Name: | ██████████L | MRN: | 1116206 | | Allergy Report |
|---|---|---|---|---|---|
| Rm/ Bed: | | Page 1 of 1 | | | ORE_0109_DSCH_NBR.rpt v1.00 |

Printed By :Workflow

Printed On: 17-Jul-17 16:15

© 2004-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

# Clinical Notes Report

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ████████████L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/F |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

---

**Collected Date/Time:** 07/15/17  17:13                     **Status:** Complete

**Collected By:** Valarie J Vann, RN

**Note:** called rt to let them know that Dr craig ordered the albuterol treatments changed to q4  around the clock.

---

**Collected Date/Time:** 07/15/17  16:43                     **Status:** Complete

**Collected By:** Valarie J Vann, RN

**Note:** Called Social services, to let them know that a patient care order was put in for socail services consult for home nebulizer because the mother said the one that the patient uses at home was broken.

---

| | | |
|---|---|---|
| **Pt Name:** ████████████L | **MRN:**   1116206 | Clinical Notes Report |
| **Rm/ Bed:** | Page 1 of 1 | ORE_0030_DSCH_NBR_V1.rpt v1.00 |

© 2005-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

**Charted Interventions Report**

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | | |
|---|---|---|---|
| **Pt Name:** | ▓▓▓▓▓▓▓▓▓▓▓L | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20033856236 |
| **DOB:** | 10/01/2013 | **Age/Sex:** | 3Y/Female |
| **Adm DTime:** | 07/15/2017  08:34 | **Atn Dr:** | Craig, Anna MD |
| **Nurs Sta:** | S 5 East 1 | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

**Scheduled Interventions**

**Service Type: Nursing**

**Service Sub Type: Activity**

**Order As Written:**   Bedrest with bathroom privileges                        **Order Status: Complete**

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 07/15/2017 13:39 | 07/15/2017 13:39 | Complete | | Valarie J Vann, RN | |

**Service Type: Patient Care Orders**

**Service Sub Type: PCO Education**

**Order As Written:**   Education, safety precautions - patient/family every 12 hr DAILY and PRN as needed                        **Order Status: Discontinue**

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 07/15/2017 16:28 | 07/15/2017 16:28 | Complete | | Valarie J Vann, RN | |
| 07/16/2017 04:28 | 07/16/2017 04:28 | Complete | | Jennifer A Griffith, RN | |
| 07/16/2017 16:28 | 07/16/2017 16:28 | Complete | | Valarie J Vann, RN | |

**Order As Written:**   Education, ambulation safety every 12 hr DAILY and PRN as needed                        **Order Status: Discontinue**

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|
| 07/15/2017 16:28 | 07/15/2017 16:28 | Complete | | Valarie J Vann, RN | |
| 07/16/2017 04:28 | 07/16/2017 04:28 | Complete | | Jennifer A Griffith, RN | |
| 07/16/2017 16:28 | 07/16/2017 16:28 | Complete | | Valarie J Vann, RN | |

**Order As Written:**   Education, position change every 12 hr DAILY and PRN as needed                        **Order Status: Discontinue**

| Planned Start Date/Time | Actual Start Date/Time | Occurrence Status Modifier | Comment | Performed By | Supervised By |
|---|---|---|---|---|---|

© 2006-2017 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

Printed By :

Printed On: 17-Jul-17 16:15

## Charted Interventions Report

Generated from 07/15/2017 00:00 to 07/18/2017 23:59

| | | |
|---|---|---|
| **Pt Name:** | ██████████████L | |
| **Pt ID:** | 0101757329 | |
| **DOB:** | 10/01/2013 | |
| **Adm DTIme:** | 07/15/2017 08:34 | |
| **Nurs Sta:** | S 5 East 1 | |
| **Dx:** | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | |

| | | |
|---|---|---|
| **MRN:** | 1116206 | |
| **Acct No:** | K20033856236 | |
| **Age/Sex:** | 3Y/Female | |
| **Atn Dr:** | Craig, Anna MD | |
| **Rm & Bed:** | | |

| | | | |
|---|---|---|---|
| 07/15/2017 16:28 | 07/15/2017 16:28 | Complete | Valarie J Vann, RN |
| 07/16/2017 04:28 | 07/16/2017 04:28 | Complete | Jennifer A Griffith, RN |
| 07/16/2017 16:28 | 07/16/2017 16:28 | Complete | Valarie J Vann, RN |

© 2006-2017 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2017 Business Objects Software Limited. All rights reserved.

## Willis-Knighton South
## Discharge Instructions

| Patient Name: | ▓▓▓▓▓▓▓▓▓▓L | MRN / CID: | 1116206 |
|---|---|---|---|
| Date of Birth: | 2013-Oct-01 | Account Number: | K20033856236 |
| Date Admitted: | 2017-Jul-15  08:34 AM | Age / Sex: | 3Y/F |
| Location: | S 5 East 1 / S5504A | Attending Physician: | Craig, Anna MD |
| Allergies: | codeine, Fish Containing Products, Fish containing products | | |

**Vital Signs**

Temperature  98.8 F                                                      Pulse  120

**Gastrointestinal**

Date of last bowel movement          07/16/2017

** ine Status**

**Patient Discharge Instructions Summary**

Discharge Instructions   Reviewed discharge instructions with patient / significant other
                         Patient unaccompanied
                         Patient / Significant other verbalized understanding of discharge instructions
                         Patient / Significant other received written instructions

**Medical Referrals**

| Name | When | Contact Number |
|---|---|---|
| PCP, at UH | in 1-2 days | |

**ACTIVITY & RESTRICTIONS**

Diet          Pediatric

**Discharge Instructions**

Notify Physician For   Fever or chills
                       Temperature over 100.5 lasting more than 8 hours
                       Shortness of breath
                       If symptoms worsen contact your health care provider or call 911

X _E ly Ad___

Patient / Representative   Date / Time          Witness Signature   Date / Time

Copyright © Cerner Health Services, Inc.  All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

Discharge Instructions Print Date/Time: 7/16/2017  3:59:13PM

## Discharge Medication List

| | | | |
|---|---|---|---|
| Pt Name: | ██████████ L | MRN: | 1116206 |
| Pt ID: | 0101757329 | Acct No: | K20033856236 |
| DOB: | 10/1/2013 12:00:00AM | Age/Sex: | 3Y/F |
| Adm Dtime: | 7/15/2017 8:34:00AM | Atn Dr: | Craig, Anna MD |
| Nurs Sta: | S 5 East 1 | Rm & Bed: | S5504A |
| Alrg: | codeine, Fish Containing Products, Fish containing products | | |

### Take these Medications

☑ albuterol sulfate  2.5 mg/3 mL (0.083 %) Solution for Nebulization

**Directions:**  3 mL by inhalation every four hours  as needed for shortness of breath
**Additional Instructions:**
Last Dose Given Date: _____  Time: _____
Retail Pharmacy: _____  Mail Order Pharmacy: _____
Entered By: Sharon Nhu Tran, MD

☑ amoxicillin  400 mg/5 mL Suspension for Reconstitution

**Directions:**  8 mL oral twice a day
**Additional Instructions:**
Last Dose Given Date: _____  Time: _____
Retail Pharmacy: _____  Mail Order Pharmacy: _____
Entered By: Sharon Nhu Tran, MD

### Stop taking these medications

(STOP)

**Directions:**
**Reason to Stop:**
**Date last Given:** _____

| | | | |
|---|---|---|---|
| Pharmacy: | Walgreens Drug Store 09492 | Retail | |
| | 3100 N MARKET ST | | |
| | SHREVEPORT | LA | 711074005 |
| Phone # | 3186611083 | | |
| Fax # | 3186819522 | | |

X _____    _____
Patient Signature          Date / Time          Witness Signature          Date / Time

Page 1 of 1

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2017 Business Objects SA. All rights reserved.

Printed By:
Printed On: 16-Jul-17 16:00


WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 07/15/17

Admission Time: 0834

AM0005

10/01/13      3Y      F
Aycock II, Richard A M.D.
K20033856236   07/15/17


WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform, to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
I acknowledge that I have been informed of my rights and obligations as a patient.

| | | |
|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |

Print Name: Jennifer Alexator
Print Name
Print Name

If Patient/Guarantor is unable to sign, I, _____, do hereby state that I have been given the authority to sign for

_____, either expressed or implied and that he or she is fully aware of this authority.

| | | | |
|---|---|---|---|
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date: 07/15/17
Admission Time: 0834

AM0005

HENDERSON███████L
10/01/13    3Y    F
Aycock II, Richard A M.D.
K20033856236  07/15/17

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ████████████L                           ACCT. NO:  K20033853092

GUARANTOR: ALEXANDER,JENNIFER              NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS:  3011 KITTY LN APT B              ADDRESS:  2247 LEGARDY STREET
          SHREVEPORT,LA 71107                        SHREVEPORT,LA 71107

PHONE:    (318)210-3821                    PHONE:  (318)210-3821    RELATION: PARENT

GUAR EMPLOYER: CHILD
ADDRESS:                                   ARRIVED FROM:  C
                                           ATTENDING PHYS:  Wills Jr, Fred Spence M.D.
PHONE:                                     ADMIT/OTHER PHYS:
                                           PRIM CARE PHYS:

                    NAME              POLICY #           GROUP #          BENEFIT PLAN
   PRIMARY INS: LA HLTHCARE CONN LA ME  1997286459512    ████████████L    MEDICAID
 SECONDARY INS:
  TERTIARY INS:
    FOURTH INS:

ACCT NO: K20033853092          DATE:    07/14/17       UNIT#: K000629604
ROOM:                          TIME:    1008           F/C:  MA
STATUS:  REG ER                SERV/LOC: ERS           SS#:  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

PATIENT: ████████████L         BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET    AGE:     3Y
         SHREVEPORT,LA 71107    SEX:     F
                               RACE     BLACK OR AFRICAN AME
PHONE:   (318)210-3821          RELIGION:

COUNTY:  CADDO PARISH          MARITAL STAT:  SINGLE

EMPLOYER: GOD'S GIFT           PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  2305 MARIAN PL       ADDRESS:  2247 LEGARDY STREET
          SHREVEPORT,LA 71109            SHREVEPORT,LA 71107

          000-0000            PHONE: (318)210-3821    RELATION: PARENT

Is the Patient here for Pre-Op Testing:
Comments:                                            Admit Clerk: HART,J.AM
Reason for Visit: COLD SYMPTOMS                      Baby ID#:
Known Drug Allergies: NKDA   HIPPA Notice Given: Y  Date Notice Given: 09/23/14  Device Id: AMSPC5
Interpreter ID Number:       Patient Survey: N    Preferred Language: ENGLISH  Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? N



K20033853092

*Physician Documentation*                                          *Willis Knighton South*

**Name:** Aaliyah ▮▮▮▮▮▮▮

**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013                   MRN: 1116206
**Arrival Date:** 07/14/2017 **Time:** 10:08                        Account#: K20033853092
**Bed** Post IM3                                                    Private MD: LSU/UH, KidMed clinic

**HPI:**

| 07/14 10:15 | This 3 yrs old Black/African Am Female presents to ED via Carried with complaints of **Cold Symptoms**. | sw2/stj |
|---|---|---|
| 10:15 | The patient presents to the emergency department with congestion, cough, earache, of the left ear. | sw2/stj |
| 10:15 | Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms: The patient has no apparent associated signs or symptoms. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. The patient has not recently seen a physician. | sw2/stj |

**Historical:**
- **Allergies:** Seafood;
- **Home Meds:**
  1. albuterol sulfate 1.25 mg/3 mL Nebulizer nebu as needed
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**

| 10:15 | The history from nurses notes was reviewed and confirmed. History obtained from mother. | sw2/stj |
|---|---|---|
| 10:26 | Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: The patient lives at home with family The patient speaks fluent English, the patient is a minor. | bf1 |

**ROS:**

| 10:15 | ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Constitutional:** Negative for fever, chills, and weight loss, **Eyes:** r **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **ENT:** Positive for pain left ear pulling at ears, rhinorrhea, sinus congestion, Negative for difficulty handling secretions, difficulty swallowing, hoarseness, sore throat. **Respiratory:** Positive for cough, Negative for dyspnea on exertion, hemoptysis, shortness of breath, wheezing. | sw2/stj |
|---|---|---|

**Exam:**

| 10:15 | | sw2/stj |
|---|---|---|

**Constitutional:** Well developed, well nourished child who is awake, alert and cooperative with no acute distress.
**Head/Face:** Normocephalic, atraumatic.
**Eyes:** PERRLA, EOMI. Normal conjuctiva with no evidence of injection or discharge. Sclera are non-icteric. No gross corneal defects and anterior chambers appear normal by gross inspection.
**Neck:** Supple. Trachea midline. No lymphadenopathy or masses. Normal ROM with no evidence of vertebral point tenderness. No meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses intact and symmetrical throughout. No edema or JVD.
**Respiratory:** CTA with excellent breath sounds in all fields. Symmetrical chest wall movement with no wheezing, rales, or rhonchi. No evidence of stridor or nasal flaring.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain

## Physician Documentation Con't.

**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** No evidence of focal tenderness or deformity. Full ROM throughout with no evidence of weakness.
**Neuro:** Awake, alert, with age appropriate mental status. CN 2-12 grossly intact. Motor strength 5/5 throughout with sensory grossly intact. Age appropriate cerebellar function. Age appropriate ambulatory ability.

10:52                                                                                                        sw2/stj

**ENT:** External ear(s): are unremarkable, no acute changes, Ear canal(s): are normal, no acute changes, TM's: dullness, on the left, erythema, on the left, Examination of the other ear shows no obvious abnormality, Nose: is normal, no acute changes, Mouth: is normal, Oral mucosa: moist, Posterior pharynx: is normal, airway is patent, no erythema, no exudate.

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 10:19 | | 132 | 28 | 98.5 | 96% on R/A | 16.78 kg / 36 lbs 16 oz | 31 in. (78.74 cm) | | jcm |

10:19 Body Mass Index 27.07 (16.78 kg, 78.74 cm)                                                           jcm

### Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 10:12 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jcm |

### MDM:

10:13 Patient medically screened.                                                                           sw2
10:15                                                                                                        sw2/stj
**Data reviewed:** vital signs, nurses notes.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis.
11:21                                                                                                        sw2
**Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, meningitis, pneumonia URI, UTI, viral Infection.
**Data interpreted:** Pulse oximetry: normal.
**Response to treatment:** the patient's symptoms have markedly improved after treatment.

| Order | | Status | Time | By | For |
|-------|--|--------|------|-----|-----|
| Chest 2 View *routine* | | Ordered | 07/14/17 10:41 | sw2 | sw2 |
| | | Reviewed | 07/14/17 11:21 | Fred Willis | |
| Notes: Bed Name: 16-A | | Order Method: Electronic | | | |
| | | | | | |

| Interpretation: NEGATIVE ACUTE. |
|---|
| WEIGHT? : (OERDWEIGHT):  16.78 |
| ER EXAM ROOM/BED: (OERDERRMBD):  16-A |
| Is the patient able to bear weight? (OERDBEARWT): |
| Is the patient at risk for falls? (OERDFALLS): |
| MODE OF TRANSPORTATION : (OERDTRANS):  Stretcher |
| O2: (OEADO2):  No |
| Priority RAD:  Stat |
| REASON FOR EXAM: (OERDEXAM):  Cold Symptoms |

**Name:** Aaliyah⬛⬛⬛⬛

MRN: 1116206
Account#: K20033853092

Print Time: 7/15/2017 16:18:22

Page 2 of 3

## *Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 07/14/17 10:41 | sw2 | sw2 |
| | Completed | 07/14/17 10:45 | Steven Clinger | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) IM once | Ordered | 07/14/17 10:59 | sw2 | sw2 |
| | Administered | 07/14/17 11:36 | bf1 | |
| Notes: | Order Method: Electronic | | | |
| 07/14/17 11:36 | Administered: Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) IM in left ventrogluteal | | bf1 | |

**Order Signatures:**
Willis, Fred, MD                    MD   sw2

**Scribe Statement:**
07/14
10:15 Scribed for **Dr. Fred S Willis, Jr., MD** by Samuel T Jorden, Scribe                    sw2/stj

**Disposition:**
11:21 Electronically signed by: FRED WILLIS JR MD. I personally performed the services described in this                    sw2
          documentation as scribed in my presence and it is both accurate and complete. Disposition. Chart complete.
11:23 Disposition.                    sw2

**Disposition:**
**07/14/17 11:22 Discharged to Home/Self Care. Impression: ACUTE BRONCHITIS, ACUTE OTITIS MEDIA.**
- Condition is Stable.
- Discharge Instructions: Otitis Media, Pediatric.
- Prescriptions for
  Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
    - take 10.1 milliliter by ORAL route every 12 hours for 10 days MAX dose = 1750mg/day; 200 milliliter.
  acetaminophen
    - codeine 120-12 mg/5 mL Oral Suspension - take 2.5 milliliter by ORAL route every 4-6 hours As needed as needed; 60 milliliter.
- Follow up: LSU/UH, KidMed clinic; When: Tomorrow.
- Problem is new.
- Symptoms have improved.

**Signatures:**
| | | | | | | |
|---|---|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Clinger, Steven, RN | | RN | smc |
| Mathews, Janet, RN | RN | jcm | Willis, Fred, MD | | MD | sw2 |
| Figueiredo, Brittani, RN | RN | bf1 | Jorden, Samuel, Scribe | | Scribe | stj |

*Nurse's Notes*                                                          ***Willis Knighton South***

**Name:** Aaliyah⬛⬛⬛⬛⬛⬛                                    MRN: 1116206
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013            Account#: K20033853092
**Arrival Date:** 07/14/2017 **Time:** 10:08                 **Private MD:** LSU/UH, KidMed clinic
**Bed** Post IM3

### Presentation:

| | | |
|---|---|---|
| 07/14 10:12 | Method of Arrival: Carried. | jcm |
| 10:12 | Preferred language for medical communication is English. Presenting complaint: Mother states: Cold symptoms and pulling at left ear. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. | jcm |
| 10:18 | Acuity: 4 - Semi-Urgent. | jcm |

### Triage Assessment:

10:12 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, restless, mobility; ambulates without assistance Denies fever. **Pain:** FACES pain scale score is 0 out of 10.                                              jcm

**Historical:**
- **Allergies:** Seafood;
- **Home Meds:**
  1. albuterol sulfate 1.25 mg/3 mL Nebulizer nebu as needed
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**

10:15 The history from nurses notes was reviewed and confirmed. History obtained from mother.                    sw2/stj

10:26 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: The patient lives at home with family The patient speaks fluent English, the patient is a minor.        bf1

**Screening:**

10:12 **Abuse screen:** there are no obvious signs of child abuse.        jcm
**Patient fall risk assessment;** risks identified; None.
**Learning Barriers;** age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk** None Identified.
**Exposure risk/Travel Screening:** None identified.

### Assessment:

10:26 **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears in no apparent distress, well developed, Behavior is cooperative, appropriate for age, mobility; ambulates without assistance Reports feeling ill for 1-2 days. **Neuro:** Level of Consciousness is alert, awake, obeys commands, Oriented to person, place, time. **EENT:** Nares with drainage noted bilaterally Reports nasal discharge that is watery. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds are clear bilaterally. Parent/caregiver reports the patient having cough that is non-productive. **Gastrointestinal:** Abdomen is flat, non- distended Denies nausea, pain, vomiting. **Musculoskeletal:** No deficits noted.        bf1

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 10:19 | | 132 | 28 | 98.5 | 96% on R/A | 16.78 kg / 36 lbs 16 oz | 31 in. (78.74 cm) | | jcm |

10:19 Body Mass Index 27.07 (16.78 kg, 78.74 cm)        jcm

## Nurse's Notes Con't

**Vitals:**
10:12 Acuity: 4 - Semi-Urgent.                                                                                          jcm

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 10:12 | spontaneous(4) | oriented(5) | obeys_commands(6) | | 15 | jcm |

**ED Course:**

| | |
|---|---|
| 10:08 Patient arrived in ED. | ms2 |
| 10:08 Patient moved to KIOSK. | ms2 |
| 10:12 LSU/UH, KidMed clinic is Private Physician. | jcm |
| 10:13 Figueiredo, Brittani, RN is Primary Nurse. | bf1 |
| 10:13 Patient moved to 16-A. | bf1 |
| 10:13 Willis, Fred, MD is Attending Physician. | sw2 |
| 10:27 Patient/caregiver encouraged to voice any concerns. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Door closed. Noise minimized. Updated on plan of care, patient verbalized understanding. | bf1 |
| 11:02 Patient moved to Radiology. | tm9 |
| 11:02 Patient moved to 16-A. | tm9 |
| 11:02 Chest 2 View *routine* Sent. | tm9 |
| 11:21 LSU/UH, KidMed clinic is Referral Physician. | sw2 |
| 11:37 No procedures done that require assistance. | bf1 |
| 11:53 Special Handling: Hold Discharge. | bf1 |
| 12:14 Patient moved to Post IM3. | lmm |

**Administered Medications:**

| Time | Drug & Dose<br>*Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|------------------------------------------|--------|-------|------|--------------|------|----------|-------|
| 11:36 | Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) | | IM | | | left ventrogluteal | | bf1 |

**Outcome:**

| | |
|---|---|
| 11:22 Discharge ordered by MD. | sw2 |
| 11:37 Discharged to home, carried, with family. Discharge instructions given to patient, family, Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, medications, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. | bf1 |
| 13:51 Electronic medical record closed. | jcm |

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Mathews, Janet, RN | RN | jcm | Willis, Fred, MD | MD | sw2 |
| Scriptuser, MEDHOST | | ms2 | Figueiredo, Brittani, RN | RN | bf1 |
| Morrow, Latarsha, RN | RN | lmm | Jorden, Samuel, Scribe | Scribe | stj |

**Name: Aaliyah**████████

Print Time: 7/15/2017 16:18:20

**MRN:** 1116206
**Account#:** K20033853092
Page 2 of 3

*Nurse's Notes Con't*

Moore, Tracy, RT                          RT     tm9

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

| | | | |
|---|---|---|---|
| Patient Name: | �altribution | | |
| Adm No: | K20033853092 | MRN: | 1116206 |
| DOB: | 10/01/2013 | Location: | ER Patient - ERS- |
| Age: | 3Y  F | Ord No: | 90015 |
| Corp ID: | 000001116206 | Hospital: | WKS |

Ordering Dr:  FRED SPENCER WILLIS JR                    CC:

## Final Report

**Admitting Diagnosis: COLD SYMPTOMS**
**Reason For Exam:** Cold Symptoms
**Procedure Date:** 07/14/2017
**Procedure:**  SXR - XR, chest 2 view

**Interpretive Location:**  WKP
**Accession Number:** 3703223
**CPT Code:**  71020

**IMPRESSION: No acute cardiopulmonary disease.**

RESULT:

Procedure: XR, chest 2 view

Clinical Information: Cold Symptoms

Comparison: 4/12/2017

Findings:
 Cardiomediastinal silhouette normal. Trachea midline. Pulmonary vasculature normal. No perihilar opacity or confluence consolidation present. No pneumothorax or pleural effusion seen. Aortic arch and stomach bubble are left-sided. Osseous structures normal.

Electronically Signed by: KOREY PATRICK BURGIN M.D. on Jul 14 2017 11:08A

**Techs:**  Tracy Giddings Moore
**Additional Staff:**

**Read by:  KOREY PATRICK BURGIN M.D.  on Jul 14 2017 11:07A**
Electronically Signed by: KOREY PATRICK BURGIN M.D. on Jul 14 2017 11:08A

Printed: Jul 14 2017 11:12AM

CONFIDENTIALITY NOTICE:   The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual for entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

Page: 1

```
RUN DATE: 07/14/17          Willis Knighton    th *ADMISSION              PAGE 1
RUN TIME: 1015          INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: HARTJ.AM
```

Name: ●●●●●●●●●●●● L                    DOB: 10/01/13     Age: 3Y 09M
Rm/Bd:                  Serv/Locn: ERS          Status: ER       Sex: F
Unit#: K000629604       Account#:  K20033853092  EPI#: 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

Allergy1-Med/Contact:                                    11/04/16 - 2201
NKDA

Allergy2-Med/Contact:                                    11/04/16 - 2201
NKDA

Food Allergies-Intol:                                    11/04/16 - 2201
NKFA

Latex Allergy (Y/N):                                     11/04/16 - 2201
N

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

```
10/01/13    3Y 09M
Willis Jr, Fred Spe
K20033853092          07/14/17
```

Willis Knighton South and Center for Womens Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500



**Discharge Instructions for:** ████████████L

| | |
|---|---|
| **Arrival Date:** | 07/14/2017 10:08 |
| **Care Complete Time:** | 07/14/2017 11:22 |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Willis, Fred, MD

**Diagnosis:**   ACUTE BRONCHITIS; ACUTE OTITIS MEDIA

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Otitis Media, Pediatric | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **LSU/UH, KidMed clinic**<br>    When: Tomorrow | Amoxicillin<br>acetaminophen-codeine |
| **SPECIAL NOTES** | |
| None | |

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

_(signature)_                          _(signature)_ B. Figueiredo RN

**Aaliyah Henderson**                  **ED Physician or Nurse**
**MRN # 1116206**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

```
10/01/13   3Y 09M
Willis Jr, Fred Spe
X20033853092       07/14/17
```

   

## FOLLOW UP INSTRUCTIONS

LSU/UH, KidMed clinic (LSU / University Clinic)
318-626-0015
When: Tomorrow

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution                                        Printed
Take 10.1 milliliter by ORAL route every 12 hours for 10 days MAX dose = 1750mg/day; Quantity: 200
milliliter

acetaminophen-codeine 120-12 mg/5 mL Oral Suspension                                             Printed
Take 2.5 milliliter by ORAL route every 4-6 hours As needed as needed; Quantity: 60 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

HENDERSON               L
10/01/13   3Y 09M
Willis Jr, Fred Spe
K20033853092                07/14/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 07/14/17

Admission Time: 1008

AM0005

10/01/13   3Y       F
Willis Jr, Fred Spence M.D.
K20033853092   07/14/17

Page 1026 of 9758

   

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when as and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

**6. Assignment to Physicians:** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

**7. Medicare Consent:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

**8. Champus/Medicare Notice:** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

**9.** Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
|---|---|---|---|---|---|
| Jennifer Akard | 1010 | | 100 | J. Murray | 1010 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign. I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|

Admission Date:   07/14/17
Admission Time:   1008

AM0005

10/01/13     3Y     F
Willis Jr, Fred Spence M.D.
K20033853092  07/14/17

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (300B)

NAME: ████████████L                       ACCT. NO: **K20033617935**

GUARANTOR: ALEXANDER,JENNIFER              NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 3011 KITTY LN APT B               ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                        SHREVEPORT,LA 71107

PHONE:   (318)210-3821                     PHONE: (318)210-3821      RELATION: PARENT


GUAR EMPLOYER: CHILD
ADDRESS:                                   ARRIVED FROM: C
                                           ATTENDING PHYS: Aycock II, Richard A M.D.
                                           ADMIT/OTHER PHYS:
PHONE:                                     PRIM CARE PHYS:


|        | NAME | POLICY # | GROUP # | | BENEFIT PLAN |
|---|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ████████████ | L | MEDICAID |
| SECONDARY INS: | | | | | |
| TERTIARY INS: | | | | | |
| FOURTH INS: | | | | | |


ACCT NO: K20033617935             DATE:      05/06/17       UNIT#: K000629604
ROOM:                             TIME:      1021          F/C:  MA
STATUS: REG ER                    SERV/LOC:  ERS           SS#:  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

PATIENT: ████████████L            BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET      AGE:       3Y
         SHREVEPORT,LA 71107      SEX:       F
                                  RACE       BLACK OR AFRICAN AME
PHONE: (318)210-3821              RELIGION:
                                  MARITAL STAT: SINGLE
COUNTY: CADDO PARISH

EMPLOYER: GOD'S GIFT              PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2305 MARIAN PL           ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71109               SHREVEPORT,LA 71107
         000-0000                 PHONE: (318)210-3821      RELATION: PARENT

Is the Patient here for Pre-Op Testing:
Comments:                                         Admit Clerk: HARTJ.AM
Reason for Visit: **PRODUCTIVE COUGH**                      Baby ID#:
Known Drug Allergies: **NKDA**   HIPPA Notice Given: **Y**   Date Notice Given: **09/23/14**   Device Id: **AMSPC5**
Interpreter ID Number:           Patient Survey: **N**   Preferred Language: **ENGLISH**   Ethnicity: **NHILAT**
Do you have an advaced directive that you would like to present to us today? **N**

K20033617935

*Physician Documentation*                                   *Willis Knighton South*

**Name: Aaliyah**
**Age:** 3 years **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 05/06/2017 **Time:** 10:21          MRN: K000629604
**Bed 14**                                            Account#: K20033617935
                                                      **Private MD:** Allen, Scott

**HPI:**

05/06  This 3 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Productive**    cs9
10:51  **Cough.**
10:51  The patient presents to the emergency department with congestion, cough, with productive sputum, pulling    cs9
       ears. Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms: Pertinent
       positives: congestion, cough, Pertinent negatives: constipation, diarrhea, fever, nasal discharge, seizure,
       shortness of breath, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing,
       the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has
       experienced a previous episode. The patient has not recently seen a physician.


**Historical:**
- **Allergies:** Fish; No known drug Allergies;
- **Home Meds:**
    1. Albuterol Nebulizer 2.5 mg as needed
- **PMHx:** Reactive Airway Disease; Autism
- **PSHx:** None

**Historical:**

10:51  History obtained from mother. The history from nurses notes was reviewed and confirmed.                     cs9

10:55  Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations  cm13
       up to date. Social history: the patient is a minor.


**ROS:**

10:51  ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned    cs9
       below. **Eyes:** Negative for injury, pain, redness, discharge, swelling, vision changes, vision loss **Neck:**
       Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain and edema, **Abdomen/GI:**
       Negative for abdominal pain, nausea, vomiting, diarrhea, constipation, hematochezia, hematemesis,
       melena, anorexia, dysphagia, injury, and distension **Back:** Negative for injury, pain, deformity, and
       decreased ROM **GU:** Negative for injury, bleeding, and swelling, **MS/Extremity:** Negative for injury, pain,
       swelling, and decreased ROM **Skin:** Negative for injury, rash, discoloration, swelling, and lesions **Neuro:**
       Negative for seizure, and altered mental status. **Constitutional:** Positive for coughing, crying, fussiness,
       Negative for fever, poor PO intake, shortness of breath, vomiting. **ENT:** Positive for pulling at ears, sinus
       congestion, Negative for difficulty handling secretions, difficulty swallowing, hoarseness, nasal discharge,
       nose bleed, rhinorrhea. **Respiratory:** Positive for cough, Negative for hemoptysis, shortness of breath,
       wheezing.


**Exam:**

10:51                                                                                                              cs9

       **Head/Face:** Normocephalic, atraumatic.
       **Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
       Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with
       no swelling, redness, or edema.
       **Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full
       range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
       abnormal lymphadenopathy noted by palpation in the neck or axilla
       **Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
       **Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal
       PMI, no JVD. No pulse deficits.
       **Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales,
       rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
       **Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding,
       rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.

*Physician Documentation Con't.*

**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, or rash. No evidence of cellulitis.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes and responses to physical exam, good muscle tone, easily consolable.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-toxic, afebrile.
**ENT:** External ear(s): are unremarkable, no erythema, no swelling, no pain with movement, Ear canal(s): are normal, clear, no cerumen impaction, no erythema, no purulent discharge, no swelling, TM's: bulging, on the left, decreased mobility, is not appreciated, dullness, is not appreciated, erythema, that is moderate, on the left, Examination of the other ear shows no obvious abnormality, Nose: is normal, no drainage, no edema, no erythema, no septal hematoma, no swelling, Mouth: is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 10:29 | | 158 | 26 | 97.2(TE) | 98% on R/A | 15.42 kg / 34 lbs 0 oz | | jcm |
| 10:59 | | | | | | | | cm13 |

10:29 crying and fighting — jcm
10:59 Patient uncooperative for vital sign reassessment — cm13

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 10:22 | spontaneous(4) | incomprehensible(2) | obeys commands(6) | | 12 | jcm |

**MDM:**

10:46 Patient medically screened. — raa

10:54 — raa
    **Differential diagnosis:** bacterial infection, bronchitis, pneumonia URI, viral Infection. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.
    **Data reviewed:** vital signs, nurses notes, and as a result, I will discharge patient, Give prescription at discharge.
    **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.
    **ED course:** MDM- ed eval consistent with benign uri sxs with otitis media. do not suspect pneumonia, influenza, nor reactive airway.

**Disposition:**
10:53 This chart was scribed by Scott, Christian, Scribe. in the presence of Richard Aycock II MD. — cs9
10:54 Electronically signed by: R Aycock MD. — raa

**Disposition:**

**05/06/17 10:49 Discharged to Home/Self Care. Impression: Otitis Media, Upper Respiratory Infection (URI).**
- Condition is Stable.

Name: Aaliyah███████

*Physician Documentation Con't.*

- Discharge Instructions: Ear - Middle, Infection (Otitis Media), Child, Upper Respiratory Infection (URI), Child.
- Prescriptions for
  Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
   - take 9 milliliter by ORAL route every 12 hours for 10 days; 180 milliliter.
  Benadryl 12.5 mg/5 mL Oral Elixir
   - take 8 milliliter by ORAL route every 6 hours (16 kg); 160 milliliter.
- Follow up: MLK area Clinic Willis-Knighton; When: 2 days; Reason: Recheck today's complaints, Or sooner if you get worse.
- Problem is new.
- Symptoms have improved.
- Notes:
  tylenol and motrin for fever. return to er if symptoms no better in 2 days.

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Aycock II, Richard, MD | MD | raa | Mathews, Janet, RN | RN | jcm |
| McDaniel, Crystal, RN | RN | cm13 | Scott, Christian, Scribe | Scribe | cs9 |

*Nurse's Notes*                                                    *Willis Knighton South*

**Name:** Aaliyah ████████                    MRN: K000629604
**Age:** 3 years **Sex:** Female **DOB:** 10/01/2013    **Account#:** K20033617935
**Arrival Date:** 05/06/2017 **Time:** 10:21    **Private MD:** Allen, Scott
**Bed** 14

## Presentation:

| 05/06 10:22 | Method of Arrival: Ambulatory. | jcm |

10:22  Preferred language for medical communication is English. Presenting complaint: Mother states: Productive    jcm
cough and fever since yesterday and pulling ears. Person Transporting: Parent. Transition of care: patient
was not received from another setting of care.

10:31  Acuity: 4 - Semi-Urgent.                                        jcm

## Triage Assessment:

10:22  **General:** Appears in no apparent distress, well developed, well nourished, Behavior is restless, fussy,    jcm
uncooperative, mobility; ambulates without assistance Reports fever for 12-24 hours. **Pain:** level that is
acceptable is 0 out of 10 on a pain scale. FACES pain scale score is 0 out of 10.

### Historical:                                     ### Screening:
- **Allergies:** Fish; No known drug Allergies;          10:22 **Abuse screen:**                      jcm
- **Home Meds:**                                          there are no obvious signs of child abuse.
    1. Albuterol Nebulizer 2.5 mg as needed              **Patient fall risk assessment;**
- **PMHx:** Reactive Airway Disease; Autism              risks identified; None.
- **PSHx:** None                                         **Learning Barriers:**
### Historical:                                           age barrier identified, the patient has a
10:51  History obtained from mother. The history    cs9   cognitive barrier to learning caregiver ready
from nurses notes was reviewed and                       and willing to learn.
confirmed.                                               **Pedi Fall Risk**
                                                         None Identified.
10:55  Family history: No immediate family      cm13     **Exposure risk/Travel Screening:**
members are acutely ill. Immunization                    None identified.
history: Childhood immunizations up to date.
Social history: the patient is a minor.

## Assessment:

10:55  **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Pain assessment behavioral pain scale score is   cm13
6 out of 10. **General:** Appears uncomfortable, Behavior is crying, fussy, Reports fever for 1-2 days. **Neuro:**
Level of Consciousness is alert, awake. **EENT:** Parent/caregiver reports the patient having nasal congestion
nasal discharge for 2 day(s). **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is
regular, symmetrical, Airway is patent Parent/caregiver reports the patient having cough that is productive,
for 2 day(s). **Dermatologic:** Skin is pink, warm & dry. **Musculoskeletal:** No deficits noted.

10:55  **General:** Mother reports that patient is non verbal.                                cm13

## Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 10:29 | | 158 | 26 | 97.2(TE) | 98% on R/A | 15.42 kg / 34 lbs 0 oz | | jcm |
| 10:59 | | | | | | | | cm13 |

10:29 crying and fighting                                              jcm
10:59 Patient uncooperative for vital sign reassessment                cm13

## Vitals:

10:29  Acuity: 4 - Semi-Urgent.                                        jcm
10:55  Body Mass Index = 16.55.                                        cm13

## Glasgow Coma Score:

*Nurse's Notes Con't*

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 10:22 | spontaneous(4) | incomprehensible(2) | obeys.commands(6) | | 12 | jcm |

**ED Course:**

| | | |
|--|--|--|
| 10:21 | Patient arrived in ED. | ms2 |
| 10:21 | Patient moved to KIOSK. | ms2 |
| 10:31 | Triage completed. | jcm |
| 10:31 | Patient moved to Waiting. | jcm |
| 10:37 | Patient moved to 14. | rbp |
| 10:43 | Aycock II, Richard, MD is Attending Physician. | raa |
| 10:49 | Willis-Knighton, MLK area Clinic is Referral Physician. | raa |
| 10:55 | Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Adult with patient. Child being held by parent. Door closed. | cm13 |
| 10:57 | Allen, Scott is Private Physician. | cm13 |
| 10:59 | McDaniel, Crystal, RN is Primary Nurse. | cm13 |
| 10:59 | No procedures done that require assistance. | cm13 |

**Administered Medications:**
No medications were administered

**Outcome:**

| | | |
|--|--|--|
| 10:49 | Discharge ordered by MD. | raa |
| 10:59 | Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, fever management, Demonstrated understanding of instructions, medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | cm13 |
| 11:01 | Electronic medical record closed. | cm13 |

**Signatures:**

| | | | | | |
|--|--|--|--|--|--|
| Aycock II, Richard, MD | MD | raa | Mathews, Janet, RN | RN | jcm |
| Pabalan, Renaida, RN | RN | rbp | Scriptuser, MEDHOST | | ms2 |
| McDaniel, Crystal, RN | RN | cm13 | Scott, Christian, Scribe | Scribe | cs9 |

**Corrections:**

| | | | |
|--|--|--|--|
| 10:32 | ~~10:22 Presenting complaint: Mother states: Productive cough and fever since yesterday~~ | ~~jcm~~ | jcm |

```
RUN DATE: 05/06/17          Willis Knighton South *ADMISSION          PAGE 1
RUN TIME: 1032          INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: HARTJ.AM
```

```
Name: ████████████ L              DOB: 10/01/13      Age: 3Y 07M
Rm/Bd:                   Serv/Locn: ERS      Status: ER        Sex: F
Unit#: K000629604        Account#: K20033617935   EPI#: 000000001116206
```

| | Last Update/ Acknowledgement: |
|---|---|
| **Interdisciplinary Assessment (Free Text), historical data:** | |
| **Allergy1-Med/Contact:**<br>NKDA | 11/04/16 - 2201 |
| **Allergy2-Med/Contact:**<br>NKDA | 11/04/16 - 2201 |
| **Food Allergies-Intol:**<br>NKFA | 11/04/16 - 2201 |
| **Latex Allergy (Y/N):**<br>N | 11/04/16 - 2201 |

**Pharmacy Allergy List (Coded Allergies), historical data:**     11/06/16
  (Duplicate names represent coding within (3) categories:
  Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

```
10/01/13    3Y 07M
Aycock II, Richard
K20033617935          05/06/17
```

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

Willis Knighton South and Center for Women□s Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ████████████L

**Arrival Date:** 05/06/17 10:21
**Care Complete Time:** 05/06/17 10:49

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Aycock II, Richard, MD
**Diagnosis:** Otitis Media; Upper Respiratory Infection (URI)

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Ear - Middle, Infection (Otitis Media), Child<br>Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Willis-Knighton, MLK area Clinic (Family Medicine)**<br>   When: 2 days; Reason: Recheck today's complaints, Or sooner if you get worse | Amoxicillin<br>Benadryl |
| **SPECIAL NOTES** | |
| tylenol and motrin for fever. return to er if symptoms no better in 2 days. | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

Aaliyah Henderson
MRN # K000629604

ED Physician or Nurse   Crystal McDaniel RN

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

HENDERSON████████L
10/01/13   3Y 07M
Aycock II, Richard
K200336█9935        05/06/17

## FOLLOW UP INSTRUCTIONS

Willis-Knighton, MLK area Clinic (Family Medicine)
    4700 Shreveport Blanchard Hwy
    Shreveport, LA 71107
    318-221-1001
    When: 2 days
    Reason: Recheck today's complaints, Or sooner if you get worse

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 9 milliliter by ORAL route every 12 hours for 10 days; 180 milliliter

Benadryl 12.5 mg/5 mL Oral Elixir
Take 8 milliliter by ORAL route every 6 hours (16 kg); 160 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

AALIYAH L
10/01/13    3Y 07M
Aycock II, Richard
K20033617935          05/06/17

    

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

   Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

   Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 05/06/17
Admission Time: 1021

AM0005

10/01/13     3Y       F
Aycock II, Richard A M.D.
K20033617935  05/06/17

   

**WILLIS-KNIGHTON HEALTH SYSTEM**

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| --- | --- | --- | --- | --- | --- |

Jennifer Alexander
Print Name                     Print Name                     Print Name

If Patient/Guarantor is unable to sign, I, _____, do hereby state that I have been given the authority to sign for

_____, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
| --- | --- | --- | --- | --- |

Admission Date: 05/06/17
Admission Time: 1021

AM0005

10/01/13    3Y       F
Aycock II, Richard A M.D.
K20033617935   05/06/17

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION [1008]

NAME: ████████████L                          ACCT. NO: **K20033531813**

GUARANTOR: ALEXANDER,JENNIFER                  NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 3011 KITTY LN APT B                   ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                            SHREVEPORT,LA 71107

PHONE:    (318)210-3821                         PHONE: (318)210-3821    RELATION: PARENT


GUAR EMPLOYER: CHILD
ADDRESS:                                        ARRIVED FROM: C
                                                ATTENDING PHYS: Haynes, Andrew T M.D.
PHONE:                                          ADMIT/OTHER PHYS:
                                                PRIM CARE PHYS:

             NAME              POLICY #          GROUP #            BENEFIT PLAN
PRIMARY INS: LA HLTHCARE CONN LA ME  1997286459512  ████████████    MEDICAID
SECONDARY INS:
TERTIARY INS:
FOURTH INS:


ACCT NO: K20033531813          DATE:    04/12/17      UNIT#: K000629604
ROOM:                          TIME:    1708         F/C:   MA
STATUS: REG ER                 SERV/LOC: ERS         SS#:   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

PATIENT: ████████████L         BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET   AGE:     3Y
         SHREVEPORT,LA 71107   SEX:     F
                               RACE     BLACK OR AFRICAN AME
PHONE:   (318)210-3821         RELIGION:
COUNTY:  CADDO PARISH          MARITAL STAT: SINGLE

EMPLOYER: GOD'S GIFT           PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2305 MARIAN PL        ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71109            SHREVEPORT,LA 71107
         000-0000              PHONE: (318)210-3821    RELATION: PARENT

Is the Patient here for Pre-Op Testing:
Comments:                                              Admit Clerk: SAFFED1.A
Reason for Visit: **BREATHING DIFFICULTY FEVER**        Baby ID#:
Known Drug Allergies: **NKDA**   HIPPA Notice Given: **Y**   Date Notice Given: **09/23/14**   Device Id: **AMSPC6**
Interpreter ID Number:        Patient Survey: **U**   Preferred Language: **ENGLISH**  Ethnicity: **NHILAT**
Do you have an advaced directive that you would like to present to us today? **U**



K20033531813




*Physician Documentation*                                          *Willis Knighton South*

**Name: Aaliyah** ▮▮▮▮▮▮▮▮▮▮▮
**Age:** 3 years **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 04/12/2017 **Time:** 17:08
**Bed** Post IM1

MRN: K000629604
Account#: K20033531813
Private MD: LSU/UH, KidMed clinic

**HPI:**

| | | |
|---|---|---|
| 04/12 17:49 | This 3 years old African Am/Black Female presents to ED via Carried with complaints of **Fever, Breathing Difficulty**. | stj |
| 17:49 | The patient presents to the emergency department with congestion, cough, fever, wheezing. Onset: The symptoms/episode began/occurred today. Associated signs and symptoms: The patient has no apparent associated signs or symptoms. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past, but does have hx of wheezing with Asthma. | stj |
| 17:51 | The patient has not recently seen a physician. | stj |

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer 2.5 mg as needed
- **PMHx:** Autism; Reactive Airway Disease
- **PSHx:** None

**Historical:**

| | | |
|---|---|---|
| 17:51 | History obtained from mother. The history from nurses notes was reviewed and confirmed. | stj |

**ROS:**

| | | |
|---|---|---|
| 17:51 | ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **Constitutional:** Positive for coughing, fever, Negative for shortness of breath, vomiting. **ENT:** Positive for rhinorrhea, sinus congestion, Negative for difficulty handling secretions, difficulty swallowing. **Respiratory:** Positive for cough, wheezing, Negative for dyspnea on exertion, hemoptysis, shortness of breath. | stj |

**Exam:**

| | |
|---|---|
| 17:51 | stj |

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal chest wall appearance and motion. No tenderness, no deformity, no crepitus, no axillary masses or tenderness, and no lesions appreciated.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Abdomen/GI:** Soft, nontender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted.
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash, cellulitis, or edema.
**MS/ Extremity:** Pulses equal, no clubbing, cyanosis, or edema. Neurovascular intact. Full, normal range of

*Physician Documentation Con't.*

motion without pain.
**Neuro:** Awake, and alert. Good muscle tone. Moves all extremities well. Sensory grossly intact.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, non-toxic, febrile, restless, crying.
**ENT:** External ear(s): are unremarkable, no acute changes, Ear canal(s): are normal, no acute changes, TM's: dullness, bilaterally, erythema, bilaterally, Nose: nasal drainage, that is clear, Mouth: is normal, Oral mucosa: moist, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions.
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, no use of accessory muscles, no evidence of nasal flaring, no retractions, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated, wheezing, that is moderate, is heard diffusely.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 17:11 | | 174 | 36 | 102.2(R) | 95% | 14.97 kg / 33 lbs 0 oz (M) | | fmb |
| 18:55 | | 170 | | 100.0 | 96% on R/A | | | sd4 |
| 19:16 | | 164 | 28 | 99.0(A) | 98% | | 0/10 | spm |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 17:11 | spontaneous(4) | coos, babbles(5) | spontaneous(6) | | 15 | fmb |

**MDM:**

17:51  Patient medically screened.                                                                ah

17:51                                                                                              stj
**Data reviewed:** vital signs, nurses notes, radiologic studies, and as a result, I will discharge patient, Give prescription at discharge.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

19:07  I personally performed the services described in this documentation as scribed in my presence, and it is  ah
both accurate and complete.
**ED course:** pt looks good in ED. Non ill appearing. wheeze resolved. Will dc with meds and f/u.

| Order | | Status | Time | By | For |
|-------|--|--------|------|-----|-----|
| Motrin Suspension 1 dose PO once; Per Pedi Fever Standing Orders | | Ordered | 04/12/17 17:18 | fmb | dre |
| | | Administered | 04/12/17 17:18 | fmb | |
| **Notes:** | | **Order Method:** Verbal - Read back | | | |
| | | **Sign off:** Haynes, Andrew, MD 04/12/17 17:51 | | | |
| 04/12/17 17:18 | **Administration:** Motrin Suspension 1 dose PO | | | | fmb |
| 04/12/17 19:18 | **Follow Up:** Response: Temperature is decreased | | | | spm |
| **Order** | | **Status** | **Time** | **By** | **For** |
| COLLECT SWAB | | Ordered | 04/12/17 17:23 | ah | ah |
| | | Completed | 04/12/17 17:36 | Mathews, Janet, RN | |
| **Notes:** | | **Order Method:** Electronic | | | |

Name: Aaliyah ▮▮▮▮▮▮▮▮

MRN: K000629604
Account#: K20033531813

Print Time: 4/13/2017 21:21:47

Page 2 of 4

*Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Influenza by PCR | Ordered | 04/12/17 17:23 | ah | ah |
| | Reviewed | 04/12/17 18:49 | Haynes, Andrew, MD | |
| Notes: | Order Method: Electronic | | | |

Interpretation: Normal.
Ordering Location:  ERSPC100.1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 04/12/17 17:24 | ah | ah |
| | Completed | 04/12/17 17:26 | Clinger, Steven, RN | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest Xray Portable 1 View | Ordered | 04/12/17 17:24 | ah | ah |
| | Reviewed | 04/12/17 17:51 | Haynes, Andrew, MD | |
| Notes: Bed Name: 14 | Order Method: Electronic | | | |

Interpretation: Normal. Normal.
**SPECIFIC TIME TO BE DONE: (OERDSPECTI)**  STAT
**ER EXAM ROOM/BED: (OERDERRMBD):**  14
**Is the patient able to bear weight? (OERDBEARWT):**
**Is the patient at risk for falls? (OERDFALLS):**
**MODE OF TRANSPORTATION : (OERDTRANS):**  STRETCHER
**O2: (OEADO2):**  No
**REASON FOR EXAM: (OERDEXAM)**  Fever

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 04/12/17 17:51 | ah | ah |
| | Administered | 04/12/17 18:02 | jcm | |
| Notes: | Order Method: Electronic | | | |

| 04/12/17 18:02 | Administration: DuoNeb 1 unit dose Inhalation | jcm |
|---|---|---|
| 04/12/17 18:47 | Follow Up: Response: No Adverse Reaction; Respiratory status improved | jcm |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Orapred 2 tsp PO once | Ordered | 04/12/17 17:51 | ah | ah |
| | Administered | 04/12/17 18:02 | jcm | |
| Notes: | Order Method: Electronic | | | |

| 04/12/17 18:02 | Administration: Orapred 2 tsp PO | jcm |
|---|---|---|
| 04/12/17 18:47 | Follow Up: Response: No Adverse Reaction | jcm |

**Order Signatures:**
Haynes, Andrew, MD                MD   ah        Easterling, David, MD                MD   dre

Name: Aaliyah▮▮▮▮▮▮▮▮▮

MRN: K000629604
Account#: K20033531813

## *Physician Documentation Con't.*

Baldridge, Mercedes, RN          RN    fmb

**Disposition:**
17:51 This chart was scribed by Jorden, Samuel, Scribe. in the presence of Andrew Haynes MD.          stj
19:07 Electronically signed by: Andrew Haynes M.D. Disposition.          ah

**Disposition:**
**04/12/17 19:09 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI), Asthma with Acute Exacerbation.**
- Condition is Stable.
- Discharge Instructions: Asthma, Childhood, Fever, Child (with Dosage Charts), Upper Respiratory Infection (URI), Child.
- Prescriptions for
    Orapred 15 mg/5 mL Oral Solution
       - take 8 milliliter by ORAL route once daily for 5 days; 40 milliliter.
    Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
       - take 7 milliliter by ORAL route every 12 hours for 10 days; 140 milliliter.
- Follow up: KidMed clinic LSU/UH; When: 2 days.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Clinger, Steven, RN | RN | smc |
| Haynes, Andrew, MD | MD | ah | Mathews, Janet, RN | RN | jcm |
| Moore, Susan, RN | RN | spm | Baldridge, Mercedes, RN | RN | fmb |
| Jorden, Samuel, Scribe | Scribe | stj | | |

**Corrections:**
18:17 ~~17:51 Normal.~~          ~~ah~~   ah

**Name: Aaliyah** ████████

MRN: K000629604
Account#: K20033531813

Print Time: 4/13/2017 21:21:47          Page 4 of 4

## *Nurse's Notes*

**Name:** Aaliyah █████████

**Age:** 3 years **Sex:** Female **DOB:** 10/01/2013

**Arrival Date:** 04/12/2017 **Time:** 17:08

**Bed** Post IM1

### *Willis Knighton South*

MRN: K000629604

Account#: K20033531813

**Private MD:** LSU/UH, KidMed clinic

### Presentation:

| | | |
|---|---|---|
| 04/12 17:11 | Method of Arrival: Carried. | fmb |
| 17:11 | Preferred language for medical communication is English. Presenting complaint: Patient states: "She has been having fever and now she is wheezing". Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Care prior to arrival: Medications: Tylenol at 1200. | fmb |
| 17:16 | Acuity: 4 - Semi-Urgent. | fmb |

### Triage Assessment:

17:11 **General:** Appears well developed, well nourished, Behavior is inappropriate for age. **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10.     fmb

### Historical:
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer 2.5 mg as needed
- **PMHx:** Autism; Reactive Airway Disease
- **PSHx:** None

### Historical:
17:51 History obtained from mother. The history from stj nurses notes was reviewed and confirmed.

### Screening:
17:11 **Abuse screen:**     fmb
Denies threats or abuse. Denies injuries from another. there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; None.
**Learning Barriers:**
No barriers to teaching and learning identified. caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

### Assessment:

17:29 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale     dgg
score is 6 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is agitated, anxious, mobility; ambulates without assistance. **Neuro:** Level of Consciousness is alert, awake, Moves all extremities. Speech nonverbal. **EENT:** Parent/caregiver reports the patient having nasal discharge. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Parent/caregiver reports the patient having cough that is. **Dermatologic:** Skin is healthy with good turgor, Skin is dry, Skin is normal, Skin temperature is warm. **Musculoskeletal:** No deficits noted.

18:55 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is crying, fussy,     sd4
mobility; ambulates without assistance. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent.

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 17:11 | | 174 | 36 | 102.2(R) | 95% | 14.97 kg / 33 lbs 0 oz (M) | | fmb |
| 18:55 | | 170 | | 100.0 | 96% on R/A | | | sd4 |
| 19:16 | | 164 | 28 | 99.0(A) | 98% | | 0/10 | spm |

### Vitals:

| | | |
|---|---|---|
| 17:11 | Acuity: 4 - Semi-Urgent. | fmb |
| 19:17 | Body Mass Index = | spm |

*Nurse's Notes Con't*

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 17:11 | spontaneous(4) | coos, babbles(5) | spontaneous(6) | | 15 | fmb |

**ED Course:**

| | | |
|---|---|---|
| 17:08 | Patient arrived in ED. | ms2 |
| 17:08 | Patient moved to KIOSK. | ms2 |
| 17:11 | LSU/UH, KidMed clinic is Private Physician. | fmb |
| 17:19 | Patient moved to Waiting. | fmb |
| 17:22 | Patient moved to 14. | dgg |
| 17:23 | Haynes, Andrew, MD is Attending Physician. | ah |
| 17:27 | Patient moved to Radiology. | aw7 |
| 17:27 | Chest Xray Portable 1 View Sent. | aw7 |
| 17:31 | Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. | dgg |
| 17:34 | Patient moved to 14. | aw7 |
| 17:35 | Mathews, Janet, RN is Primary Nurse. | jcm |
| 17:36 | Influenza culture sent to lab. | jcm |
| 17:36 | No procedures done that require assistance. | jcm |
| 18:51 | Report given to Syndee, RN, using the SBAR communication method. | jcm |
| 18:55 | David, Syndee, RN is Primary Nurse. | sd4 |
| 18:56 | Appears tearful. Awaiting disposition. | sd4 |
| 19:09 | LSU/UH, KidMed clinic is Referral Physician. | ah |
| 19:17 | Patient moved to Post IM1. | aca |

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|------|-------------|-------|------|----------|------|----------|-------|
| 17:18 | Motrin Suspension 1 dose | PO | | | | | fmb |
| 19:18 | Follow up: Response: Temperature is decreased | | | | | | spm |
| 18:02 | DuoNeb 1 unit dose | Inhalation | | | | | jcm |
| 18:47 | Follow up: Response: No Adverse Reaction; Respiratory status improved | | | | | | jcm |
| 18:02 | Orapred 2 tsp | PO | | | | | jcm |
| 18:47 | Follow up: Response: No Adverse Reaction | | | | | | jcm |

**Outcome:**

| | | |
|---|---|---|
| 19:09 | Discharge ordered by MD. | ah |
| 19:16 | Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, fever management, Demonstrated understanding of instructions, Prescriptions given; 2, No questions or concerns expressed to me at discharge. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. | spm |
| 19:20 | Electronic medical record closed. | spm |

*Nurse's Notes Con't*

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Haynes, Andrew, MD | MD | ah | Mathews, Janet, RN | RN | jcm |
| Moore, Susan, RN | RN | spm | Gardner, Glyn, RN | RN | dgg |
| Scriptuser, MEDHOST | | ms2 | David, Syndee, RN | RN | sd4 |
| Walker, Ansell, RT | RT | aw7 | Baldridge, Mercedes, RN | RN | fmb |
| Jorden, Samuel, Scribe | Scribe | stj | Arnold, Amanda, RN | RN | aca |

**Name: Aaliyah** ███████████

Print Time: 4/13/2017 21:21:45

MRN: K000629604
Account#: K20033531813

RUN DATE: 04/13/17     **WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES**     **PAGE 1**
RUN TIME: 0207     WKHS Summary Discharge Report
**WK**=2600 Greenwood Rd  **WKS**=2510 BertKounsIndLoop  **WKB**=2400 Hospital Dr    **WKP**=8001 Youree Dr
Shreveport,LA 71103    Shreveport, LA 71118   Bossier City, LA 71112  Shreveport,LA 71115

| | | | |
|---|---|---|---|
| **PATIENT:** ▓▓▓▓▓▓▓▓ L | **ACCT #:** K20033531813 | **LOC:** ERS | **U #:** K000629604 |
| **DOB:** 10/01/13 | **AGE/SX:** 3Y 06M/F | **ROOM:** | **REG:** 04/12/17 |
| **ATT DR:** Haynes, Andrew T M.D. | **STATUS:** DEP ER | **BED:** | **DIS:** |

---

### PCR TESTS

| Date | APR 12 | | |
|---|---|---|---|
| Time | 1733 | Reference | Units |

| | | |
|---|---|---|
| Flu A | Negative | (Negative) |
| Flu B | Negative | (Negative) |
| Flu Comments | Comments(A) | |

   (A)  NEGATIVE influenza test results do not preclude influenza
         virus infection and should not be used as the sole basis for
         treatment or other patient management decisions.  False
         negative results may occur if virus is present at levels
         below the analytical limit of detection or the virus mutates
         in the target region.

Comments        See Below(B)

   (B)  The results of this assay should be interpreted in
         conjunction with other laboratory and clinical data.

**\*\* END OF REPORT \*\***

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

| | | | | |
|---|---|---|---|---|
| Patient Name: | ███████████ | | MRN: | 1116206 |
| Adm No: | K20033531813 | | Location: | ER Patient - ERS- |
| DOB: | 10/01/2013 | | Ord No: | 90014 |
| Age: | 3Y  F | | Hospital: | WKS |
| Corp ID: | 000001116206 | | | |

---

Ordering Dr: ANDREW THOMAS HAYNES                    CC:

---

## Final Report

**Admitting Diagnosis:** BREATHING DIFFICULTY FEVER
**Reason For Exam:** Fever                                    **Interpretive Location:** ABURGIN
**Procedure Date:** 04/12/2017                               **Accession Number:** 3592230
**Procedure:** SXR - XR, chest 1 view portable               **CPT Code:** 71010

**IMPRESSION: Normal portable chest.**

RESULT:

Procedure: XR, chest 1 view portable

Clinical Information: Fever

Comparison: Chest radiograph from 1/29/2017

Findings:
Heart size and contour are normal for portable technique. The lungs are clear of infiltrate, mass, or effusion. No significant skeletal abnormality is noted.

Electronically Signed by: ███████JOSEPH BURGIN M.D. on Apr 12 2017  5:46P

Techs:
Additional Staff:

Read by: ███████JOSEPH BURGIN M.D.  on Apr 12 2017  5:46P
Electronically Signed by: ███████JOSEPH BURGIN M.D. on Apr 12 2017  5:46P

Printed: Apr 12 2017  5:50PM

CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

Willis Knighton South and Center for Women□s Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500



HENDERSON██████YAH L
10/01/13    3Y 06M
Haynes, Andrew T M.
K20033531813        04/12/17

**Discharge Instructions for:**                    ███████████████L

| | |
|---|---|
| **Arrival Date:** | 04/12/17 17:08 |
| **Care Complete Time:** | 04/12/17 19:09 |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Haynes, Andrew, MD

**Diagnosis:**   Upper Respiratory Infection (URI); Asthma with Acute Exacerbation

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Asthma, Childhood<br>Fever, Child (with Dosage Charts)<br>Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **LSU/UH, KidMed clinic** (LSU / University Clinic)<br>  When: 2 days | Orapred<br>Amoxicillin |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

X _(signature)_

**Aaliyah Henderson**
MRN # K000629604

X _(signature)_

**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

## FOLLOW UP INSTRUCTIONS

LSU/UH, KidMed clinic (LSU / University Clinic)
   318-626-0015
   When: 2 days



10/01/13    3Y 06M
Haynes, Andrew T M.          04/12/17
K20033531813

## PRESCRIPTIONS

Orapred 15 mg/5 mL Oral Solution
Take 8 milliliter by ORAL route once daily for 5 days; 40 milliliter

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 7 milliliter by ORAL route every 12 hours for 10 days; 140 milliliter

## TESTS AND PROCEDURES

**Labs**
Influenza by PCR

**Rad**
Chest Xray Portable 1 View

**Procedures**
None

**Other**
Call X-Ray Tech, COLLECT SWAB

RUN DATE: 04/12/17                    Willis Knighton South *ADMISSIONS                    PAGE 1
RUN TIME: 1721                 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: SAFFED1.AM

Name:  HENDERSON          L              DOB: 10/01/13     Age: 3Y 06M
Rm/Bd:                    Serv/Locn: ERS         Status: ER        Sex: F
Unit#: K000629604         Account#:  K20033531813    EPI#: 000000001116206


                                                              Last Update/
                                                              Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

    Allergy1-Med/Contact:                                      11/04/16 - 2201
    NKDA

    Allergy2-Med/Contact:                                      11/04/16 - 2201
    NKDA

    Food Allergies-Intol:                                      11/04/16 - 2201
    NKFA

    Latex Allergy (Y/N):                                       11/04/16 - 2201
    N


**Pharmacy Allergy List (Coded Allergies), historical data:**            11/06/16
    (Duplicate names represent coding within (3) categories:
    Ingredient, Generic and Class allergy codes.)

        NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

HENDERSON          L
10/01/13     3Y 06M
Haynes, Andrew T M.
K20033531813        04/12/17


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

   

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 04/12/17
Admission Time: 1708

AM0005

10/01/13    3Y    F
Haynes, Andrew T M.D.
K20033531813   04/12/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

**6. *Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

**7. *Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

**8. *Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

**9.** Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
|---|---|---|---|---|---|
| _Jennifer Alexander_ | 4-12-17 | | | _Dana Sale_ | 4/12/17 |
| Print Name | | Print Name | | _Denise Sale_ | 523A |
| | | | | Print Name | |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|

Admission Date: 04/12/17
Admission Time: 1708

AM0005

10/01/13     3Y     F
Haynes, Andrew T M.D.
K20033531813   04/12/17

### WILLIS-KNIGHTON MEDICAL CENTER
### SHREVEPORT, LA
### EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ████████████L                    ACCT. NO: **K33253907**

GUARANTOR: ALEXANDER,JENNIFER              NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 3011 KITTY LN APT B              ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                       SHREVEPORT,LA 71107

PHONE:   (318)210-3821                    PHONE: (318)210-3821        RELATION: M


GUAR EMPLOYER: CHILD
ADDRESS:                                  ARRIVED FROM: C
                                          ATTENDING PHYS: Willis Jr, Fred Spence M.D.
PHONE:                                    ADMIT/OTHER PHYS:
                                          PRIM CARE PHYS: UNKNOWN

|  | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ████████L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |


ACCT NO: K33253907              DATE:  01/29/17        UNIT#: K000629604
ROOM:                           TIME:  0716           F/C: MA
STATUS: REG ER                  SERV/LOC: ERS         SS#: 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

PATIENT: ████████L              BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET    AGE:  3Y
         SHREVEPORT,LA 71107    SEX:  F
PHONE:   (318)210-3821          RACE  BLACK OR AFRICAN AME
                                RELIGION: NO RELIGION
COUNTY:  CADDO PARISH           MARITAL STAT: SINGLE

EMPLOYER: GOD'S GIFT            PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2305 MARIAN PL         ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71109             SHREVEPORT,LA 71107
         000-0000               PHONE: (318)210-3821        RELATION: M

Is the Patient here for Pre-Op Testing:
Comments:                                          Admit Clerk: MORANC.AM
Reason for Visit: FEVER RUNNY NOSE                 Baby ID#:
Known Drug Allergies: U     HIPPA Notice Given: Y   Date Notice Given: 09/23/14   Device Id: AMSPC5
Interpreter ID Number:      Patient Survey: N       Preferred Language: ENGLISH   Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? N

K33253907

*Physician Documentation*

*Willis Knighton South*

**Name:** Aaliyah█████████████

**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 01/29/2017 **Time:** 07:16
Bed 3

MRN: 1116206
**Account#:** K33253907
Private MD: LSU HOSPITAL, LSU

**HPI:**

01/29 This 3 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Fever, Runny**  kr2
10:42 **Nose, Cough.**

10:42 The patient presents to the emergency department with congestion, cough, fever, that is subjective, that was  kr2
measured at 103 degrees Fahrenheit, wheezing. Onset: The symptoms/episode began/occurred yesterday.
Associated signs and symptoms: Pertinent positives: congestion, cough, fever, nasal discharge, wheezing,
Pertinent negatives: abdominal pain, constipation, diarrhea. earache, headache, seizure, shortness of
breath, sore throat, vomiting.

10:45 Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by  kr2
nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. The
patient has not recently seen a physician.

**Historical:**
- **Allergies:** No known drug Allergies:
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** Autism; Reactive Airway Disease
- **PSHx:** None

**Historical:**

07:30 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations  sh1
up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: The
patient lives with parents The patient speaks appropriately for age, The patient attends special school for
autistic children.

10:45 The history from nurses notes was reviewed and confirmed.  kr2

**ROS:**

10:45 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned  kr2
below. **Eyes:** Negative for injury, swelling, pain, visual disturbance or loss, FB sensation, redness, and
discharge, **Neck:** Negative for injury, pain, stiffness, and swelling **Cardiovascular:** Negative for chest pain,
palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and
constipation, hematochezia, hematemesis, melena, anorexia, dysphagia, injury, distention **Back:** Negative
for injury, pain, deformity, and decreased ROM **GU:** Negative for injury, pain, bleeding, discharge,
incontinence, and swelling, **MS/Extremity:** Negative for injury, pain, swelling, and decreased ROM **Skin:**
Negative for injury, swelling, discoloration, rash, and lesions **Neuro:** Negative for altered mental status,
headache, weakness, numbness, tingling, and seizure **Psych:** Negative for depression, anxiety, suicide
ideation, homicidal ideation, auditory hallucinations, visual hallucinations, and delusions. **Constitutional:**
Positive for coughing, Negative for chills, fever, obvious distress, poor PO intake, shortness of breath,
vomiting. **ENT:** Positive for nasal discharge, sinus congestion, Negative for difficulty swallowing,
hoarseness, nose bleed, pulling at ears, sinus pain, sore throat. **Respiratory:** Positive for cough, with no
reported sputum, wheezing, Negative for dyspnea on exertion, hemoptysis, orthopnea, pleurisy, paroxysmal
nocturnal dyspnea, shortness of breath.

**Exam:**

10:45  kr2

**Constitutional:** Well developed, well nourished child who is awake, alert and cooperative with no acute
distress.
**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact, no evidence of conjunctivitis. Lids
and lashes normal
**Neck:** Supple. Trachea midline. Normal thyroid with no lymphadnopathy or masses. Normal ROM without
pain. No vertebral point tenderness. No meningismus. no nucchal rigidity Lymphatic No abnormal

*Physician Documentation Con't.*

lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal chest wall appearance and motion. Nontender, no deformity. No lesions appreciated. No axillary lymphadenopathy
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Abdomen/GI:** Soft, non-tender, nondistended no mass, no hepatoslenomegaly. No rebound or guarding. Bowl sounds present all quadrants. No hernia noted.
**Back:** Normal inspection wit no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain.

**Skin:** Warm and dry with excellent turgor. Normal color with no rashes, pallor, or cellulitis.
**MS/ Extremity:** Pulses equal, no clubbing, cyanosis, or edema. Neurovascular intact. Full, normal range of motion without pain.
**Neuro:** Awake and alert, oriented to person, place, time, and situation. Good muscle tone. Moves all extremities. GCS 15. Sensory grossly intact. Normal speech and gait for age.
**Psych:** Behavior and affect are normal for age. No delusions.
**ENT:** External ear(s): are unremarkable, no erythema. no cellulitis. no abscess. no swelling, no pain with movement, Ear canal(s): abscess, is not appreciated, bleeding, is not appreciated, bloody discharge, is not appreciated, cerumen impaction, is not appreciated, erythema. that is moderate, bilaterally, foreign body, is not appreciated, purulent discharge, is not appreciated, swelling, is not appreciated, TM's: bulging, on the right, decreased mobility, is not appreciated, dullness. on the right, erythema, that is moderate, bilaterally, fluid levels, is not appreciated, hemotympanum, is not appreciated, loss of bony landmarks, is not appreciated, rupture, is not appreciated, Nose: is normal, no abscess, no bleeding, no drainage, no edema, no erythema, no laceration, no swelling, Mouth: is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: Airway: normal, no evidence of obstruction, Tonsils: with erythema, no enlargement, no exudate. no ulcerations, Uvula: normal, midline, swelling, is not appreciated, erythema, that is moderate, exudate. is not appreciated, peritonsillar mass, is not appreciated, pooling of secretions, is not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 07:24 | | | 24 | 98.6(TE) | 96% on R/A | 15.42 kg / 34 lbs 0 oz | 38 in. (97 cm) | 0/10 | sh1 |

07:24 pt is autistic and difficult to get vital signs fighting the nurse at triage unable to get axillary temp         sh1

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 07:24 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sh1 |

**MDM:**

08:16 Patient medically screened.                                                                                  sw2

10:45                                                                                                              kr2
　　　**Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient, order radiologic study(s), plain X-ray(s).
　　　**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

11:14                                                                                                              sw2
　　　Differential Diagnosis viral infection, bacterial infection. URI, bronchitis. pneumonia, UTI, gastroenteritis, meningitis. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.

**Name:** Aaliyah█████████

Print Time: 10/1/2019 10:01:26

MRN: 1116206
Account#: K33253907
Page 2 of 4

*Physician Documentation Con't.*

**Data interpreted:** Pulse oximetry: normal.
**Response to treatment:** the patient's symptoms have markedly improved after treatment.

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 01/29/17 08:16 | sw2 | sw2 |
| | Completed | 01/29/17 08:21 | Kristen Gray | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 01/29/17 08:16 | sw2 | sw2 |
| | Reviewed | 01/29/17 10:49 | Fred Willis | |
| Notes: Bed Name: 3 | Order Method: Electronic | | | |

**Interpretation:** NEGATIVE ACUTE.
**ER EXAM ROOM/BED: (OERDERRMBD):**  3
**MODE OF TRANSPORTATION : (OERDTRANS):**  STRETCHER
**O2: (OEADO2):**  No
**REASON FOR EXAM: (OERDEXAM)**  Fever

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 01/29/17 08:16 | sw2 | sw2 |
| | Completed | 01/29/17 08:32 | Cindy Colon | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Influenza and RSV Panel by PCR | Ordered | 01/29/17 08:16 | sw2 | sw2 |
| | Reviewed | 01/29/17 10:49 | Fred Willis | |
| Notes: | Order Method: Electronic | | | |

**Interpretation:** Normal.
**Ordering Location:**  ERSPC100.1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) IM once | Ordered | 01/29/17 10:49 | sw2 | sw2 |
| | Administered | 01/29/17 11:22 | cc1 | |
| Notes: | Order Method: Electronic | | | |

| | | |
|---|---|---|
| 01/29/17 11:22 | **Administered:** Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) IM in right gluteus | cc1 |
| 01/29/17 11:42 | **Follow Up:** Response: No Adverse Reaction; Reassessment at discharge; Tolerated well | cc1 |

**Order Signatures:**
Willis, Fred, MD                    MD    sw2

**Disposition:**
10:45 This chart was scribed by Rowe. Kristina. Scribe. in the presence of Fred Willis MD.                    kr2

**Name: Aaliyah**████████

Print Time  10/1 2019 10 01 26

**MRN:** 1116206
**Account#:** K33253907
Page 3 of 4

*Physician Documentation Con't.*

11:14 Electronically signed by: FRED WILLIS JR MD. Disposition.                    sw2
11:16 Disposition.                                                                 sw2

## Disposition:
**01/29/17 11:15 Discharged to Home/Self Care. Impression: Bronchitis Acute, Fever, Otitis Media, Pharyngitis.**
- Condition is Stable.
- Discharge Instructions: Bronchitis.
- Prescriptions for
   Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
     - take 9 milliliter by ORAL route every 12 hours for 10 days: 180 milliliter.
   Robitussin
     - CF Oral Suspension - take 3 milliliter by ORAL route every 6-8 hours As needed; 60 milliliter.
- Follow up: LSU LSU HOSPITAL; When: Tomorrow.
- Problem is new.
- Symptoms have improved.

## Signatures:
| | | | | | |
|---|---|---|---|---|---|
| Hovingh, Sue, RN | RN | sh1 | Willis, Fred, MD | MD | sw2 |
| Gray, Kristen, ED Tech | ED Tech | kg1 | Colon, Cindy, RN | RN | cc1 |
| Rowe, Kristina, Scribe | Scribe | kr2 | | | |

**Name: Aaliyah**

**MRN:** 1116206
**Account#:** K33253907

## *Nurse's Notes*
**Name:** Aaliyah ▮▮▮▮▮▮
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 01/29/2017 **Time:** 07:16
**Bed** 3

### *Willis Knighton South*
**MRN:** 1116206
**Account#:** K33253907
**Private MD:** LSU HOSPITAL, LSU

### Presentation:

| | | |
|---|---|---|
| 01/29 07:22 | Method of Arrival: Ambulatory. | sh1 |
| 07:24 | Preferred language for medical communication is English. Presenting complaint: Mother states: started running a fever of 103 yesterday with a runny nose cough and some wheezing has been doing breathing treatments says her wheezing is better but still running fever. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Care prior to arrival: Medications: Tylenol, at 0530. | sh1 |
| 07:29 | Acuity: 3 - Urgent. | sh1 |

### Triage Assessment:

07:24 **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is appropriate for age, pt is autistic. **Pain:** FACES pain scale score is 0 out of 10.     sh1

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** Autism; Reactive Airway Disease
- **PSHx:** None

**Historical:**
07:30 Family history: No immediate family members    sh1 are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: The patient lives with parents The patient speaks appropriately for age. The patient attends special school for autistic children.

10:45 The history from nurses notes was reviewed    kr2 and confirmed.

**Screening:**
07:24 **Abuse screen:**    sh1
Denies threats or abuse.
**Patient fall risk assessment:**
risks identified; None.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

### Assessment:

08:15 **Pain:** Complains of pain in left ear Pain does not radiate. level that is acceptable is 0 out of 10 on a pain    cc1 scale. FACES pain scale score is 2 out of 10. Quality of pain is described as.

08:15 **General:** Appears in no apparent distress, well developed, Behavior is appropriate for age, mobility;    cc1 ambulates without assistance Reports fever for 1-2 days, per mother . **Neuro:** Level of Consciousness is alert, awake. obeys commands, appropriate to pain. Oriented to person, place, time, Grips are equal bilaterally Moves all extremities. Full function in bilateral Gait is steady, Speech is normal, Facial symmetry appears normal. Pupils are PERRLA. **EENT:** Ear canal clear on left ear Oral mucosa is moist. Throat is clear bilaterally with gag reflex present, Parent/caregiver reports the patient having pain in left ear nasal congestion nasal discharge. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral Heart tones S1 S2 present. **Respiratory:** Respiratory effort is even, unlabored, relaxed, Respiratory pattern is regular. symmetrical. Airway is patent Trachea midline Breath sounds are clear bilaterally. Parent/caregiver reports the patient having cough that is persistent for 2 day(s). **Gastrointestinal:** Parent/caregiver reports the patient having normal bowel habits. **Genitourinary:** Parent/caregiver reports the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is dry, Skin is normal, Skin temperature is warm. **Musculoskeletal:** No deficits noted. Age appropriate behavior- Toddler (12 months to 4 yrs):.

### Vital Signs:

---

**\*\*\* CHART COMPLETE \*\*\***

*Nurse's Notes Con't*

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 07:24 | | 137 | 24 | 98.6(TE) | 96% on R/A | 15.42 kg / 34 lbs 0 oz | 38 in. (97 cm) | 0/10 | sh1 |

| | |
|---|---|
| 07:24 pt is autistic and difficult to get vital signs fighting the nurse at triage unable to get axillary temp | sh1 |

**Vitals:**

| | |
|---|---|
| 07:24 Acuity: 3 - Urgent. | sh1 |
| 11:42 Body Mass Index = 16.39. | cc1 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 07:24 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sh1 |

**ED Course:**

| | |
|---|---|
| 07:16 Patient arrived in ED. | ms2 |
| 07:16 Patient moved to KIOSK. | ms2 |
| 07:24 LSU HOSPITAL, LSU is Private Physician. | sh1 |
| 07:30 Triage completed. | sh1 |
| 07:32 Patient moved to Waiting. | sh1 |
| 08:15 Patient moved to 3. | cc1 |
| 08:15 Side rails up X 1. Bed in low position. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. Family accompanied patient Family updated on plan of care Family mother with patient. | cc1 |
| 08:16 Willis, Fred. MD is Attending Physician. | sw2 |
| 08:17 Colon, Cindy, RN is Primary Nurse. | cc1 |
| 08:33 Patient moved to Radiology. | md |
| 08:33 Chest 2 View *routine* Sent. | md |
| 08:39 Patient moved to 3. | jsr |
| 11:15 LSU HOSPITAL, LSU is Referral Physician. | sw2 |
| 11:18 Special Handling: Hold Discharge. | cc1 |
| 11:18 No apparent distress. Awaiting post injection time. | cc1 |
| 11:42 Special Handling: Hold Discharge. | cc1 |
| 11:42 No procedures done that require assistance. | cc1 |

**Administered Medications:**

| Time | Drug & Dose *Dispensable & quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|--------------------------------------|--------|-------|------|--------------|------|----------|-------|
| 11:22 | Rocephin 500 mg with Lidocaine 1% as diluent - (Rocephin 500 mg, Lidocaine 1 mL) | | IM | | | right gluteus | | cc1 |
| 11:42 | Follow up: Response: No Adverse Reaction; Reassessment at discharge; Tolerated well | | | | | | | cc1 |

**Outcome:**

| | |
|---|---|
| 11:15 Discharge ordered by MD. | sw2 |
| 11:42 Discharged to home, carried, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, fever management, handwashing Demonstrated | cc1 |

## *Nurse's Notes Con't*

understanding of instructions, medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable.

11:43 Electronic medical record closed.                                                                                      cc1

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Hovingh, Sue, RN | RN | sh1 | Durr, Melinda, RT | RT | md |
| Rivers, Jaime, RT | RT | jsr | Willis, Fred, MD | MD | sw2 |
| Scriptuser, MEDHOST | | ms2 | Colon, Cindy, RN | RN | cc1 |
| Rowe, Kristina, Scribe | Scribe | kr2 | | | |

**Name:** Aaliyah██████████

Print Time  10/1 2019 10:01:44

**MRN:** 1116206
**Account#:** K33253907

Page 3 of 3

```
RUN DATE: 10/01/19                    Laboratory System *Live*                    PAGE 1
RUN TIME: 1347                     WKS Discharge Summary Report
RUN USER: PARRM.HM
```

<u>LOCATION</u>

| PATIENT: ████████ L | ACCT #: K33253907 | LOC: ERS | U #: K000629604 |
|---|---|---|---|
| | AGE/SX: 3Y 03M/F | ROOM: | REG: 01/29/17 |
| REG DR: Willis Jr, Fred Spence | STATUS: DEP ER | BED: | DIS: |

### PCR TESTS

```
      Day              1
      Date           JAN 29
      Time           0824                          Reference    Units

=> Flu A            (a)                           (Negative)
=> Flu B            (b)                           (Negative)
=> Flu Comments     (c)
=> RSV              (e)                           (Negative)
=> Comments         (g)
```

```
NOTES:   (a)   Negative
         (b)   Negative
         (c)   Comments
               See also (d)
         (d)   NEGATIVE influenza test results do not preclude influenza
               virus infection and should not be used as the sole basis for
               treatment or other patient management decisions.  False
               negative results may occur if virus is present at levels
               below the analytical limit of detection or the virus mutates
               in the target region.
         (e)   Negative
               See also (f)
         (f)   NEGATIVE test results do not preclude RSV infection and
               should not be used as the sole basis for treatment or other
               patient management decisions.  False negative results may
               occur if virus is present at levels below the analytical
               limit of detection or the virus mutates in the target
               region.
         (g)   See Below
               See also (h)
         (h)   The results of this assay should be interpreted in
               conjunction with other laboratory and clinical data.
```

| Patient: ██████████ L | Age/Sex: 3Y 03M/F | Acct#K33253907 | Unit#K000629604 |
|---|---|---|---|

```
WILLIS-KNIGHTON SOUTH                    EPI: 000000001116206
Account:  K33253907                      XR REPORT
Patient: ██████████████ L               REG ER
Order Dr: Willis Jr, Fred Spence M.D.    DOB: 10/01/13

Final Report
Admitting Diagnosis: FEVER RUNNY NOSE
Reason For Exam: Fever Interpretive Location:  ZAMANI
Procedure Date:  01/29/2017  Accession Number:  3497430
Procedure:  SXR - XR, chest 2 view CPT Code:  71020

IMPRESSION: Questionable left perihilar infiltrate suggestive of
pneumonia. Clinical correlation and follow-up chest radiograph are
recommended.

RESULT:   PA AND LATERAL CHEST

Clinical Information: Fever

Comparison: November 6, 2016

Findings: Small left perihilar infiltrate is suspected. The study is
limited by shallow inspiration and rotation. No effusion or pneumothorax
is seen. Heart size is normal.

Electronically Signed by: RAMIN ZAMANI M.D. on Jan 29 2017 10:58A
3497430
```

```
Willis Knighton PCI  **LIVE** (PCI: OE Database WKS)
```

RUN DATE: 01/29/17
RUN TIME: 0732
RUN USER: MORANC.AM

Willis Knighton South *ADMISSIONS
INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

PAGE 1

Name: ████████ L
Rm/Bd:
Unit#: K000629604        Account#: K33253907

Serv/Locn: ERS
DOB: 10/01/13     Age: 3Y 03M
Status: ER        Sex: F
EPI#: 000000001116206

**Interdisciplinary Assessment (Free Text), historical data:**

Last Update/
Acknowledgement:

   **Allergy1-Med/Contact:**
   NKDA

11/04/16 - 2201

   **Allergy2-Med/Contact:**
   NKDA

11/04/16 - 2201

   **Food Allergies-Intol:**
   NKFA

11/04/16 - 2201

   **Latex Allergy (Y/N):**
   N

11/04/16 - 2201

**Pharmacy Allergy List (Coded Allergies), historical data:**
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

11/06/16

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

HENDERSON, AALIYAH L
10/01/13    3Y 03M
Willis Jr, Fred Spe     01/29/17
K33253907

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**



Willis Knighton South and Center for Women☐s Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ████████████L

| | |
|---|---|
| **Arrival Date:** | 01/29/17 07:16 |
| **Care Complete Time:** | 01/29/17 11:15 |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Willis, Fred, MD

**Diagnosis:** Bronchitis Acute; Fever; Pharyngitis; Otitis Media

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchitis | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| LSU HOSPITAL, LSU (LSU Clinic)<br>   When: Tomorrow | Amoxicillin<br>Robitussin-CF |
| **SPECIAL NOTES** | |
| None | |

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

_____
Aaliyah Henderson
MRN # K000629604

ED Physician or Nurse

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

```
10/01/13     3Y 03M
Willis Jr, Fred Spe
K33253907          01/29/17
```

## FOLLOW UP INSTRUCTIONS

LSU HOSPITAL, LSU (LSU Clinic)
    318-675-5000
    When: Tomorrow

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 9 milliliter by ORAL route every 12 hours for 10 days; 180 milliliter

Robitussin-CF Oral Suspension
Take 3 milliliter by ORAL route every 6-8 hours As needed; 60 milliliter

## TESTS AND PROCEDURES

**Labs**
Influenza and RSV Panel by PCR

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech, COLLECT SWAB

```
10/01/13    3Y 03M      L
Willis Jr, Fred Spe
K33253907               01/29/17
```

   

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 01/29/17

Admission Time: 0716

AM0005

10/01/13      3Y       F
Willis Jr, Fred Spence M.D.
K33253907   01/29/17

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| | | | | | |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time 7.16 | Guarantor | Date/Time 7.16 | Witness | Date/Time 7.16 |
| Print Name Jennifer Alexander | | Print Name | | Print Name Cynthia Mora | |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| | | | | |
|---|---|---|---|---|
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date: 01/29/17
Admission Time: 0716

AM0005

10/01/13    3Y        F
Willis Jr, Fred Spence M.D.
K33253907   01/29/17

   

Page 1068 of 1758

WILLIS–KNIGHTON HEALTH SYSTEM

Printed: 11/04/2016

**FACESHEET**

| WILLIS–KNIGHTON SOUTH | SHREVEPORT, LA |
|---|---|

| ADMITTING DIAGNOSIS: | Code |
|---|---|
| | |
| | |
| | |

| PRINCIPAL DIAGNOSIS: | |
|---|---|

| OTHER DIAGNOSES: | |
|---|---|
| | |
| | |
| | |
| | |
| | |

| OPERATIONS/OTHER PROCEDURES: | Date |
|---|---|
| | |
| | |
| | |

| DISCHARGE STATUS: | ☒ Routine ☐ Expired | ☐ AMA ☐ Autopsy | ☐ SNF/HRF ☐ OTHER | ☐ HHA | LENGTH OF STAY  2  DAYS | Physician's Signature | Date |
|---|---|---|---|---|---|---|---|

| Account No. | K32957088 | Admission Date | 11/04/16 | ER.IP | MEDITECH Unit Number | K000629604 |
|---|---|---|---|---|---|---|
| Room/Bed | K.E5516/1 | Admission Time | 2019 | ER | Subscriber Name | |
| Type | ADM IN | Location/Service | PED | | Subscriber DOB | |
| Last INP DATE | | Last Discharge Date | 05/16/16 | 11  16 | Social Security Number | 338–89–3614 |

| Name | L | Date of Birth | 10/01/13 | Age 3Y | Sex F |
|---|---|---|---|---|---|
| Street | 2247 LEGARDY STREET | Race | BLACK OR AFRICAN A | | |
| City/State/Zip | SHREVEPORT,LA 71107 | Marital Status | SINGLE | | |
| Home Phone | (318)210–3821 | Religion | NO RELIGION | | |

| County | CADDO PARISH |
|---|---|

| Name | CHILD | | Name | ALEXANDER,JENNIFER | |
|---|---|---|---|---|---|
| Street | | | Street | 2247 LEGARDY STREET | |
| City/State/Zip | | | City/State/Zip | SHREVEPORT,LA 71107 | |
| Phone | Occupation CHILD | | Phone | (318)210–3821 | Relationship: M |

| Name | ALEXANDER,JENNIFER | | Name | ALEXANDER,JENNIFER | |
|---|---|---|---|---|---|
| Street | 3011 KITTY LN APT B | | Street | 2247 LEGARDY STREET | |
| City/State/Zip | SHREVEPORT,LA 71107 | | City/State/Zip | SHREVEPORT,LA 71107 | |
| Phone | (318)210–3821 | SSN 435–59–6369 | Phone | (318)210–3821 | Relationship: M |

| Name | GOD'S GIFT | Accident Date | Arrival Mode C |
|---|---|---|---|
| Street | 2305 MARIAN PL | Prim Care Phy | UNKNOWN |
| City/State/Zip | SHREVEPORT,LA 71109 | Attend. Phy | Craig, Anna M M.D. |
| Phone | 000–0000 | Other Phys. | Craig, Anna M M.D. |

| LA HLTHCARE CONN LA ME | 1997286459512 |  L | MEDICAID |
|---|---|---|---|

Is this Patient Here for Pre-Op Testing:        Do you have an advanced directive that you would like to present to us today? U
Comment:                                                                                    Admit Clerk: PATERA.AM
     Notice Given:  Y    Date Notice Given: 09/23/14                                          Baby ID Number:
Reason for Visit: BRONCHIOLITIS–WITH HYPOXIA
Preferred Language: ENGLISH                                                                   Ethnicity: NHILAT
Known Drug Allergies: NKDA        Patient Survey: U                        Interpreter ID Number:





**WILLIS-KNIGHTON** SOUTH

WILLIS-KNIGHTON SOUTH
K32957086
████████████ L                    DIS IN        K.E5516-1
Craig, Anna M M.D.

Report Type:  SUMM

DISCHARGE SUMMARY

ADMITTED:    11/04/16
DISCHARGED:  11/06/16


DISCHARGE CONDITION:  Good.
DISCHARGE PHYSICIAN:  Anna Craig, M.D.

HOSPITAL COURSE:  Patient is a three-year-old African-American female,
former 27 weeker with BPD who presents with upper respiratory infection,
low grade fevers, rhinorrhea and shortness of breath.  Patient required L2
on admission up to 2 liters in order to keep oxygen saturation greater
than 95% and respiratory rate lower than 40 breaths per minute.  Patient
tolerated oxygen well.  Patient weaned to room air the day prior to
discharge. Albuterol was spaced out from q 2 out of q 4 gradually and
patient tolerated this well.  Patient was continued on Orapred during
hospitalization.  Orapred was started on day of admission, the first
time she went to the ER after she was discharged home.  Patient was
continued on Rocephin secondary to elevated white blood cell count.  This
was not thought to be secondary to steroid as she had only started them
the day of admission; however, with patient's fever, shortness of breath,
hypoxia and elevated neutrophil count, elevated white blood cell count,
patient was continued on Rocephin.  Patient did excellent while in house.
Repeat chest x-ray again showed no infiltrate, therefore Rocephin was
discontinued and patient was able to be discharged home to complete a five
day course of Orapred and patient also given scripts for albuterol HFA and
nebulizer solution.  Patient was also sent home on Pulmicort secondary to
her BPD.

All instructions were explained to grandmother who was in agreement with
the plan and patient was discharged home in stable condition.

CBC on day of admission shows a white blood cell count of 19.4 with
platelets unable to perform because they clumped, with a 96% neutrophil
count.  CBC on day of discharge shows a white blood cell count of 10,
platelets os 290 and 53% neutrophil count.  On chest x-ray performed on
day of admission and day of discharge were both within normal limits.  No
infiltrate seen on either x-ray.  BMP performed originally showed elevated
BUN on admission, but returned to normal on day of discharge.

DISCHARGE MEDICATIONS:  Patient to complete five day course of Orapred at
home.  Given scripts for Albuterol HFA and nebulizer in addition to


Page 1 of 2



**WILLIS-KNIGHTON** SOUTH

WILLIS-KNIGHTON SOUTH
K32957086
■■■■■■■■■■■L            DIS IN        K.E5516-1
Craig, Anna M M.D.

Pulmicort nebulizer solution.

DISCHARGE INSTRUCTIONS: Albuterol q 4 as needed.  Pulmicort to be taken
b.i.d.  Complete Solu-Medrol course. Follow-up with PCP in two to three
days following discharge.

FOLLOW-UP APPOINTMENTS: Patient to follow-up with PCP in two to three days
following discharge.

FINAL DIAGNOSIS
1.    RESPIRATORY DISTRESS.
2.    REACTIVE AIRWAY DISEASE.
3.    BRONCHOPULMONARY DYSPLASIA.


DEC 10 2016 15:10

_____          _____
Craig, Anna M M.D.                    Date/Time

PHYS:        CRAIAM
DICT DATE:   11/06/16 1231
TRANS DATE:  11/07/16 0919
BY:          RAUCHC.HM
REPORT #     2327590
                    DISCHARGE SUMMARY


                    Page 2 of 2



WILLIS-KNIGHTON SOUTH
K32957086
▮▮▮▮▮▮▮▮▮▮ L          ADM IN        K.E5516-1
Craig, Anna M M.D.

Report Type:  HP
                              HISTORY AND PHYSICAL

ADMITTED:  11/04/16

SOURCE OF INFORMATION
Mother.

PRIMARY CARE PHYSICIAN
Scott Walls, MD

CHIEF COMPLAINT
Respiratory distress.

HISTORY OF PRESENT ILLNESS
The patient is a three year-old African-American female with a past
medical history of bronchopulmonary dysplasia, born at 27 weeks gestation,
who presents with a three day history of runny nose, cough, low grade
fevers and respiratory distress.  Mother states that she began to feel ill
three days prior to admission, with runny nose and congestion.  Two days
prior to admission she developed wheezing which was responding to
albuterol.  She also developed a T-Max of 100.3 one day prior to
admission.  She maintained good p.o. intake however started having
increased respiratory distress, tachypnea and retractions, so she was seen
in the ER at Willis-Knighton South.  There, chest x-ray was noted to be
clear.  RSV was negative.  She was given Solu-Medrol and 02 because of
relative hypoxia.  White blood cell count was noted to be 19,000 with 15%
bands.  Patient was therefore started on Rocephin for pneumonia, despite
clear x-ray.  The patient was started on Orapred, continued on Pulmicort.
She was given Robitussin for cough.  02 therapy was started in order to
maintain sats greater than 95%.

PAST MEDICAL HISTORY
Born at 27 weeks gestation and receive oxygen for an extended period of
time.  She has reactive airway disease.  No other illnesses.

PAST SURGICAL HISTORY
None.

ALLERGIES
NONE.

IMMUNIZATIONS
Up-to-date.

                              Page 1 of 3



WILLIS-KNIGHTON SOUTH

WILLIS-KNIGHTON SOUTH
K32957086
████████████████████L          ADM IN        K.E5516-1
Craig, Anna M M.D.

MEDICATIONS
Albuterol, inhaled as needed.

FAMILY HISTORY
Noncontributory.

SOCIAL HISTORY
The patient lives at home with mother.  She is an only child.  She attends
day care.

REVIEW OF SYSTEMS
A 10-point review of systems reviewed and otherwise negative.  See HPI.

PHYSICAL EXAMINATION
VITAL SIGNS:  Blood pressure 121/74, temperature 98.4, heart rate 141,
respirations 26.  Pulse ox 99% on 1 liter.

GENERAL:  Well-developed, well-nourished, well-hydrated, in no acute
distress, nontoxic.

HEENT:  Normocephalic, atraumatic.  Conjunctivae clear.  Clear rhinorrhea
bilaterally.  No nasal flaring.  Oral mucous membranes are moist.

HEART:  Normal S1, S2.  Regular rate and rhythm.

LUNGS:  Good air movement through all lung fields.  Lungs are tight with
rhonchi appreciated throughout.  No wheezing.

ABDOMEN:  Soft, nontender, nondistended.  Normoactive bowel sounds.

EXTREMITIES:  Cap refill less than 3 seconds.  No edema.

MUSCULOSKELETAL:  Moves all extremities well.  No pain.  No contractions.
No weakness.

SKIN:  No rashes.

NEURO:  Normal, nonfocal.

LABORATORY/IMAGING
Chest x-ray is normal.  No consolidation.  RVS negative.  CBC with white
count 19.4, Hgb 10.7, HCT 33.7, platelet count unable to be determined as
platelets clumped.  82% neutrophils, 15% bands.

Page 2 of 3



**WILLIS-KNIGHTON** SOUTH

WILLIS-KNIGHTON SOUTH
K32957086
███████████L            ADM IN        K.E5516-1
Craig, Anna M M.D.

ASSESSMENT AND PLAN
Patient is a three year-old former 27 weeker with bronchopulmonary
dysplasia who presents with respiratory distress and upper respiratory
infection symptoms.  RSV is negative at this time, however patient has
relative hypoxia and elevated neutrophil count with bandemia.  Admit
to Dr. Craig.  O2 therapy in order to maintain sats greater than 95%,
respiratory rate lower than 40 breaths per minute.  Rocephin in order to
cover for pneumonia despite negative chest x-ray.  Repeat chest x-ray in
the morning.  Continue albuterol q.4 around the clock, per protocol.
Tylenol for fever.  Regular diet.  We will continue IV fluids right now as
patient has increased respiratory rate and has poor p.o. intake.  We will
continue to monitor the patient closely and will follow up comprehensive
respiratory PCR panel for viral etiology, however it is possible that
patient has a bacterial pneumonia with x-ray that is lagging behind.

_____                    DEC 10 2016 15:10
Craig, Anna M M.D.                          _____
                                            Date/Time

PHYS:       CRAIAM
DICT DATE:  11/05/16 1459
TRANS DATE: 11/05/16 1659
BY:         GHOLSB.MR
REPORT #:   2327551
                     HISTORY AND PHYSICAL

Page 3 of 3

*Physician Documentation*                                                      *Willis Knighton South*

**Name:** Aaliyah⬛⬛⬛⬛⬛⬛⬛⬛
**Age:** 3 years **Sex:** Female **DOB:** 10/01/2013          MRN: K000629604
**Arrival Date:** 11/04/2016 **Time:** 14:58                  Account#: K32957086
**Bed Post IM3**                                              Private MD: Allen, scott

**HPI:**

11/04 This 3 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Breathing**   jt7
16:25 **Difficulty**.

16:25 The patient has shortness of breath at rest. Onset: The symptoms/episode began/occurred acutely, 3 day(s)  jt7
ago. Duration: The symptoms are continuous, and are unchanged since they started. The patient's
shortness of breath is aggravated by nothing, is alleviated by nothing. Associated signs and symptoms:
Pertinent positives: wheezing, Pertinent negatives: chest pain, non-productive cough, productive cough,
diaphoresis, dizziness, fever, hemoptysis, loss of consciousness, nausea, numbness in extremities,
peripheral edema, visual changes, vomiting. Severity of symptoms: At their worst the symptoms were
moderate in the emergency department the symptoms are unchanged. The patient has experienced similar
episodes in the past. The patient has been recently seen by a physician: The patient has been recently seen
at a Willis Knighton Emergency Department, today.

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
   1. Albuterol Nebulizer as needed
- **PMHx:** Autism
- **PSHx:** None

**Historical:**

15:50 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations  sh1
up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: The
patient lives with mother The patient speaks appropriately for age, The patient attends SPECIAL ED FOR
SPEECH.

16:25 History obtained from mother. The history from nurses notes was reviewed and confirmed.      jt7

**ROS:**

16:25 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned  jt7
below. **Eyes:** Negative for injury, pain, redness, and discharge **ENT:** Negative for injury, pain, and
discharge, **Neck:** Stiffness, swollen nodes, pain **Back:** Negative for injury and pain, **GU:** Negative for injury,
bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for rash,
changes **Neuro:** Negative for headache, weakness, and seizure, **Psych:** Negative for depression, anxiety,
suicide ideation, homicidal ideation, and hallucinations. **Constitutional:** Positive for shortness of breath,
Negative for body aches, chills, chronic foley, crying, fatigue, fever, malaise, obvious distress, acute pain,
poor PO intake, tearful, vomiting. **Cardiovascular:** Negative for angina, chest pain, edema, orthopnea,
palpitations, paroxysmal nocturnal dyspnea. **Respiratory:** Positive for shortness of breath, wheezing,
Negative for cough, dyspnea on exertion, hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea,
sputum production. **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, constipation.

**Exam:**
16:26                                                                                      jt7

   **Head/Face:** Normocephalic, atraumatic.
   **Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
   Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with
   no swelling, redness, or edema.
   **ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
   and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or
   evidence of obstruction, uvula midline. Mucous membrane moist
   **Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full
   range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
   abnormal lymphadenopathy noted by palpation in the neck or axilla

*Physician Documentation Con't.*

**Chest/axilla:** Normal chest wall appearnce and motion. No deformity. Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness. No lesions appreciated
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain
**Skin:** Warm and dry with excellent turgor. Capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no clubbing, no cyanosis, or edema. Neurovascular intact. Full, normal range of motion without pain
**Neuro:** Awake and alert. Good muscle tone. Moves all extremities well. Sensory grossly intact
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.
**Cardiovascular:** Rhythm is sinus tachycardia Pulses: equal and symmetrical bilaterally, in the upper extremities, in the lower extremities, no pulse deficits are appreciated, Heart sounds: normal, normal S1and S2, no S3 or S4, no murmur, no rub, no gallop, Edema: is not appreciated, JVD: is not appreciated.
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: labored breathing, is not present, asymmetrical chest movement, is not seen, accessory muscle usage, is absent, grunting, is not present, nasal flaring, is not appreciated, paradoxical chest movement, is absent, prolonged exhalation, is not present, pursed lip breathing, is not present, intercostal retractions, are absent, shallow respirations, are not present, splinting, is not noted, tachypnea, is appreciated Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated, wheezing, EXPIRATORY WHEEZES NOTED , bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated.
**Abdomen/GI:** Inspection: abdomen appears normal, Bowel sounds: normal, in all quadrants, Palpation: abdomen is soft and non-tender, in all quadrants, mass, is not appreciated, no appreciated hepatomegaly, splenomegaly Hernia: not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 15:08 | | 182 | 44 Spontaneous | | 88% | 14.06 kg / 31 lbs 0 oz (R) | 6/10 | sd4 |
| 15:36 | | 186 | 42 | 99.6(R) | 90% on 1 lpm NC | | | sh1 |
| 16:15 | | | | | 92% on R/A | | | sh1 |
| 17:00 | | 164 | 40 | | 90% on R/A | | | sh1 |
| 17:30 | | 164 | 40 | 98.6(A) | 90% on R/A | | 0/10 | sh1 |
| 18:00 | | 165 | 40 | | 89% on R/A | | | sh1 |
| 18:00 | | 164 | 40 | | 92% on 1 lpm NC | | | sh1 |
| 18:30 | | 165 | 40 | | 95% on 1 lpm NC | | | sh1 |
| 19:13 | | 166 | 36 | | 93% on 1 lpm NC | | | sb6 |
| 19:14 | | | | | 96% on 2 lpm NC | | | sb6 |
| 19:44 | | | | | 92% on 2 lpm NC | | | sb6 |
| 20:14 | | | | | 99% on 2 lpm NC | | | sb6 |
| 20:58 | | 177 | | 96.5(A) | 100% on 2 lpm NC | | | sb6 |

Name: Aaliyah

Print Time: 11/6/2016 06:38:04

MRN: K000629604
Account#: K32957086

Page 2 of 6

## *Physician Documentation Con't.*

| 20:58 | | 40 | | | | | | | sb6 |
|---|---|---|---|---|---|---|---|---|---|

18:00 pt is sleeping soundly sao2 decreased to 88% on room air will apply oxygen — sh1
20:58 PER SAVANNAH, TECH — sb6

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 15:08 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sd4 |

**MDM:**

16:07 Patient medically screened.   sd5

19:05 Differential Diagnosis viral infection, bacterial infection, URI, bronchitis, pneumonia, UTI, gastroenteritis, meningitis. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.   sd5
**Data reviewed:** vital signs, nurses notes.
**Response to treatment:** the patient's symptoms have mildly improved after treatment.
**Physician consultation:** Dr. Anna Craig MD was called at 19:05, was contacted at 19:05, regarding admission, and will see patient in office.

| Order | | Status | Time | By | For |
|---|---|---|---|---|---|
| Albuterol 1 unit dose inhalation every 15 minutes x2 | | Ordered | 11/04/16 15:38 | raa | raa |
| | | Administered | 11/04/16 15:55 | sh1 | |
| | | Administered | 11/04/16 16:00 | sh1 | |
| Notes: | | Order Method: Electronic | | | |
| 11/04/16 15:55 | Administration: Albuterol 1 unit dose inhalation over 5 mins | | | | sh1 |
| 11/04/16 16:00 | Administration: Albuterol 1 unit dose inhalation | | | | sh1 |
| 11/04/16 16:00 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; has improved air movement | | | | sh1 |
| 11/04/16 16:15 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; wheezing has decreased only has audible faint wheezing air movement improved | | | | sh1 |
| **Order** | | **Status** | **Time** | **By** | **For** |
| SOLU-MEDrol 2 mg/kg IVP once | | Ordered | 11/04/16 15:38 | raa | raa |
| | | Administered | 11/04/16 16:55 | sh1 | |
| Notes: | | Order Method: Electronic | | | |
| 11/04/16 16:55 | Administration: SOLU-MEDrol 2 mg/kg IVP in left hand over 2 mins | | | | sh1 |
| 11/04/16 17:25 | Follow Up: Response: No Adverse Reaction | | | | sh1 |
| **Order** | | **Status** | **Time** | **By** | **For** |
| Call X-Ray Tech | | Ordered | 11/04/16 15:39 | raa | raa |
| | | Completed | 11/04/16 15:40 | Blackmon, Connor, ED Tech | |
| Notes: | | Order Method: Electronic | | | |
| **Order** | | **Status** | **Time** | **By** | **For** |

*Physician Documentation Con't.*

| Chest 2 View *routine* | | | | |
|---|---|---|---|---|
| | Ordered | 11/04/16 15:39 | raa | raa |
| | Reviewed | 11/04/16 16:43 | Denham, Sean, MD | |
| Notes: Bed Name: 14 | Order Method: Electronic | | | |
| | | | | |

| ER EXAM ROOM/BED: (OERDERRMBD):   14 |
|---|
| Is the patient able to bear weight? (OERDBEARWT): |
| Is the patient at risk for falls? (OERDFALLS): |
| MODE OF TRANSPORTATION : (OERDTRANS):   STRETCHER |
| O2: (OEADO2):   No |
| REASON FOR EXAM: (OERDEXAM)   Breathing Difficulty |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 11/04/16 16:25 | sd5 | sd5 |
| | Reviewed | 11/04/16 17:52 | Denham, Sean, MD | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| COLLECTED BY NURSE? (Y/N) (OELBCBN):   No |
|---|
| Comments: (OEMICCOM): |
| Ordering Location:   ERSPC100.1 |
| Quantity 1:   1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chem 8 | Ordered | 11/04/16 16:25 | sd5 | sd5 |
| | Reviewed | 11/04/16 17:52 | Denham, Sean, MD | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| COLLECTED BY NURSE? (Y/N) (OELBCBN):   No |
|---|
| Comments: (OEMICCOM): |
| Ordering Location:   ERSPC100.1 |
| Quantity 1:   1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 11/04/16 16:25 | sd5 | sd5 |
| | Completed | 11/04/16 17:40 | Hovingh, Sue, RN | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| RSV by PCR | Ordered | 11/04/16 16:25 | sd5 | sd5 |
| | Reviewed | 11/04/16 18:50 | Denham, Sean, MD | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| Ordering Location:   ERSPC100.1 |
|---|

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Hep Lock | Ordered | 11/04/16 16:25 | sd5 | sd5 |
| | Completed | 11/04/16 16:57 | Mathews, Janet, RN | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

Name: Aaliyah▓▓▓▓▓▓▓

Print Time: 11/6/2016 06:38:04

## *Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| WBC Differential, Manual | Ordered | 11/04/16 17:03 | EDMS | |
| | Reviewed | 11/04/16 17:52 | Denham, Sean, MD | |
| Notes: | Order Method: | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Rocephin 50 mg/kg IVPB once | Ordered | 11/04/16 19:24 | sb6 | amc |
| | Administered | 11/04/16 20:16 | sb6 | |
| Notes: | Order Method: Written | | | |

| 11/04/16 20:16 | Administration: Rocephin 50 mg/kg IVPB in left hand via Primed IVPB Tubing | | | sb6 |
|---|---|---|---|---|
| 11/04/16 21:00 | Follow Up: Response: Tolerated well; IV Status: Completed infusion | | | sb6 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| NS - NS 0.9% 1000 mL IV at 50 mL/h Continuous | Ordered | 11/04/16 19:53 | sb6 | amc |
| | Administered | 11/04/16 20:16 | sb6 | |
| Notes: | Order Method: Written | | | |

| 11/04/16 20:16 | Administration: NS - NS 0.9% 1000 mL IV at 50 mL/h in left hand via Primed Infusion Pump Tubing | | | sb6 |
|---|---|---|---|---|
| 11/04/16 21:05 | Follow Up: IV Status: Infusion continued | | | sb6 |
| 11/04/16 21:08 | Follow Up: IV Status: Infusion continued upon Admission | | | sb6 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol 1 unit dose Inhalation once | Ordered | 11/04/16 20:24 | sb6 | amc |
| | Administered | 11/04/16 20:30 | sb6 | |
| Notes: | Order Method: Written | | | |

| 11/04/16 20:30 | Administration: Albuterol 1 unit dose Inhalation | | | sb6 |
|---|---|---|---|---|
| 11/04/16 20:41 | Follow Up: Response: Tolerated well | | | sb6 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC w/ Diff | Ordered | 11/06/16 06:12 | EDMS | |
| | Returned | 11/06/16 06:12 | Dispatcher MedHost | |
| Notes: | Order Method: | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Basic Metab Pnl | Ordered | 11/06/16 06:31 | EDMS | |
| | Returned | 11/06/16 06:31 | Dispatcher MedHost | |
| Notes: | Order Method: | | | |

**Order Signatures:**

**Name:** Aaliyah▓▓▓▓▓▓▓▓

## *Physician Documentation Con't.*

| Denham, Sean, MD | MD | sd5 | Dispatcher MedHost | | | EDMS |
| Aycock II, Richard, MD | MD | raa | Craig, Anna, MD | MD | amc | |
| Bouillion, Stephenie, RN | RN | sb6 | | | | |

**Disposition:**
16:28 This chart was scribed by Titus, Joane, Scribe. in the presence of Sean Denham MD.            jt7
19:05 Electronically signed by: Sean C. Denham, MD. Disposition.            sd5

**Disposition:**
**11/04/16 19:04 Admit ordered for Craig, Anna. Preliminary diagnosis is Bronchiolitis - with hypoxia.**
- Bed requested for Specific Bed.
- Condition is Good.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| Dispatcher MedHost | | EDMS | Aycock II, Richard, MD | MD | raa |
| Hovingh, Sue, RN | RN | sh1 | Bouillion, Stephenie, RN | RN | sb6 |
| Denham, Sean, MD | MD | sd5 | Blackmon, Connor, ED Tech | ED Tech | cb6 |
| Kemp, Christine, ED Tech | ED Tech | ck3 | Titus, Joane, Scribe | Scribe | jt7 |

*Nurse's Notes*

*Willis Knighton South*

**Name:** Aaliyah⬛⬛⬛⬛⬛⬛
**Age:** 3 years **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 11/04/2016 **Time:** 14:58
Bed Post IM3

**MRN:** K000629604
**Account#:** K32957086
**Private MD:** Allen, scott

**Presentation:**

11/04
15:07 Method of Arrival: Ambulatory.                                                    sd4

15:08 Preferred language for medical communication is English. Presenting complaint: Mother states: *that she is    sd4
bringing her daughter back because she is not better, still breathing hard.* Person Transporting:
Parent. Transition of care: patient was not received from another setting of care.

15:09 Acuity: 2 - Emergent.                                                              sd4

**Triage Assessment:**

15:08 **General:** Appears well developed, well nourished, Behavior is fussy. **Pain:** FACES pain scale score is 6 out    sd4
of 10.

**Historical:**
**Allergies:**
15:34 No known drug Allergies;                          sh1
**Home Meds:**
15:34 1. . Albuterol Nebulizer as needed              sh1
**PMHx:**
15:34 Autism;                                          sh1
**PSHx:**
15:34 None;                                            sh1

**Screening:**
15:08 (15:09) **Abuse screen:**                          sd4
Denies threats or abuse.
(15:09) **Patient fall risk assessment;**
risks identified; None.
(15:09) **Learning Barriers:**
age barrier identified, caregiver ready and
willing to learn.
(15:09) **Pedi Fall Risk**
None Identified.
(15:09) **Exposure risk/Travel Screening:**
None identified. Has not been out of the
country.

**Historical:**

15:50 (15:51) Family history: No immediate family    sh1
members are acutely ill. (15:51) Immunization
history: Childhood immunizations up to date,
Last flu immunization: up to date. Last tetanus
immunization: up to date. (15:51) Social
history: The patient lives with mother The
patient speaks appropriately for age, The
patient attends *SPECIAL ED FOR SPEECH.*

16:25 History obtained from mother. The history    jt7
from nurses notes was reviewed and
confirmed.

**Assessment:**

15:10 (15:55) **Pain:** FACES pain scale score is 0 out of 10. (15:55) **General:** Appears well developed, well    sh1
nourished, well groomed, Behavior is appropriate for age. (15:55) **Neuro:** Level of Consciousness is alert,
awake, obeys commands, Oriented to person, place, time, Pupils are PERRLA. (15:55) **EENT:** No deficits
noted. (15:55) **Cardiovascular:** Capillary refill < 3 seconds is brisk Heart tones S1 S2 present. (16:01)
**Respiratory:** Respiratory effort is even, labored, with nasal flaring, with retractions, shallow, grunting,
Respiratory pattern is regular, tachypnea Airway is patent Breath sounds are coarse bilaterally. Breath
sounds are diminished bilaterally. Breath sounds with wheezes upon exhalation, *HAS WHEEZING
THRUOUT LUNG FIELDS* Parent/caregiver reports the patient having cough that is dry, hacking, persistent
*MOTHER REPORTS WE WERE SEEN HERE THIS AM FOR WHEEZING AND COUGHING THEY GAVE
RESPIRATORY TREATMENTS AND STEROIDS WE TOOK HER HOME AND SHE JUST CONTINUED
TO WORSEN SHE HAS A PERSISTENT COUGH AND HER WHEEZING IS MUCH WORSE AND SHE
HAS BEEN RUNNING FEVER WE GAVE TYLENOL 1.5 HOURS AGO.* (15:55) **Gastrointestinal:**
Abdomen is flat, non- distended Bowel sounds present X 4 quads. (15:55) **Genitourinary:** wears diapers
Parent/caregiver reports the patient having normal urinary habits. (15:55) **Dermatologic:** Skin is intact, is
healthy with good turgor, Skin is pink, warm & dry. black. (15:55) **Musculoskeletal:** No deficits noted.

## Nurse's Notes Con't

Capillary refill < 3 seconds is brisk Range of motion intact in all extremities. Circulation, motion, and sensation intact. (15:55) **Injury Description:** denies injury.

15:56 **Pain:** level that is acceptable is 0 out of 10 on a pain scale.                                     sh1

19:13 (19:14) **General:** Appears well developed, well nourished, Behavior is appropriate for age. (19:14) **Neuro:**  sb6
Level of Consciousness is alert, awake, Oriented to person. (19:14) **Respiratory:** Respiratory effort is even, Respiratory pattern is tachypnea Airway is patent Breath sounds with wheezes upon exhalation, in left posterior upper lobe, right posterior upper lobe, left posterior lower lobe, right posterior lower lobe, left posterior base and right posterior base. (19:14) **Dermatologic:** Skin is intact, Skin is dry.

21:01 **Respiratory:** Respiratory effort is even, Respiratory pattern is tachypnea Breath sounds with wheezes upon  sb6
exhalation, in left posterior upper lobe, right posterior upper lobe, left posterior lower lobe, right posterior lower lobe, left posterior base and right posterior base.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 15:08 (15:10) | | 182 | 44 Spontaneous | | 88% | 14.06 kg / 31 lbs 0 oz (R) | 6/10 | sd4 |
| 15:36 (18:39) | | 186 | 42 | 99.6(R) | 90% on 1 lpm NC | | | sh1 |
| 16:15 (17:02) | | | | | 92% on R/A | | | sh1 |
| 17:00 (17:41) | | 164 | 40 | | 90% on R/A | | | sh1 |
| 17:30 (17:42) | | 164 | 40 | 98.6(A) | 90% on R/A | | 0/10 | sh1 |
| 18:00 (18:38) | | 165 | 40 | | 89% on R/A | | | sh1 |
| 18:00 (18:39) | | 164 | 40 | | 92% on 1 lpm NC | | | sh1 |
| 18:30 (18:44) | | 165 | 40 | | 95% on 1 lpm NC | | | sh1 |
| 19:13 (19:15) | | 166 | 36 | | 93% on 1 lpm NC | | | sb6 |
| 19:14 (20:23) | | | | | 96% on 2 lpm NC | | | sb6 |
| 19:44 (20:23) | | | | | 92% on 2 lpm NC | | | sb6 |
| 20:14 (20:23) | | | | | 99% on 2 lpm NC | | | sb6 |
| 20:58 (20:59) | | 177 | | 96.5(A) | 100% on 2 lpm NC | | | sb6 |
| 20:58 (20:59) | | | 40 | | | | | sb6 |

18:00 pt is sleeping soundly sao2 decreased to 88% on room air will apply oxygen          sh1
20:58 PER SAVANNAH, TECH                                                                    sb6

**Vitals:**

15:08 (15:10) Acuity: 2 - Emergent.                                                        sd4
15:10 (15:55) Body Mass Index =                                                             sh1

*Nurse's Notes Con't*

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 15:08 (15:10) | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sd4 |

**ED Course:**

| | |
|---|---|
| 14:58 Patient arrived in ED. | ms2 |
| 14:58 Patient moved to KIOSK. | ms2 |
| 15:07 Allen, scott is Private Physician. | sd4 |
| 15:10 Triage completed. | sd4 |
| 15:10 Patient moved to 14. | sd4 |
| 15:10 (15:56) No apparent distress. Resting quietly. (15:56) Awaiting ED physician evaluation. | sh1 |
| 15:10 (15:55) Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Placed in gown. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. (15:55) Pulse ox on. Bedside monitor alarms on and audible. | sh1 |
| 15:16 O2 via nasal cannula @ 2L/min. | sd4 |
| 15:23 Hovingh, Sue, RN is Primary Nurse. | sh1 |
| 15:39 Patient moved to Radiology. | aw7 |
| 15:39 Chest 2 View *routine* Sent. | aw7 |
| 15:40 (17:06) No apparent distress. Resting quietly. | sh1 |
| 16:04 Denham, Sean, MD is Attending Physician. | sd5 |
| 16:06 Patient moved to 14. | aw7 |
| 16:10 (17:06) No apparent distress. Resting quietly. | sh1 |
| 16:40 (17:07) No apparent distress. Resting quietly. *breathing much easier past respiratory treatments.* | sh1 |
| 16:49 Inserted saline lock IV, 22 gauge in left hand. | alt1 |
| 16:55 (17:02) Critical Med Co-Sign: *Solumedrol 28 mg IVP at 2 mg/kg at 14.06 kg.* dosage verified by Janet Mathews, RN. | jcm |
| 17:25 (18:40) No apparent distress. Resting quietly. Appears to be sleeping. | sh1 |
| 17:55 (18:42) No apparent distress. Resting quietly. Appears to be sleeping. | sh1 |
| 18:25 (18:42) No apparent distress. Resting quietly. Appears to be sleeping. | sh1 |
| 18:59 Report given to *stephenie m. using the SBAR communication method.* | sh1 |
| 19:03 Craig, Anna, MD is Admitting Physician. | sd5 |
| 19:04 Waiting for Bed Assignment. | sd5 |
| 19:05 Primary Nurse role handed off by Hovingh, Sue, RN. | sh1 |
| 19:13 Bouillion, Stephenie, RN is Primary Nurse. | sb6 |
| 19:13 (19:16) No apparent distress. Resting quietly. *IN BED WITH FAMILY MEMBER.* (19:16) ER nurse to see patient. | sb6 |
| 19:13 (19:16) O2 via nasal cannula @ 2L/min. | sb6 |
| 19:13 (19:16) IV maintenance: IV is intact. | sb6 |
| 20:10 Waiting for Bed Assignment. | ck3 |
| 20:16 (20:17) IV maintenance: IV is patent, is intact. | sb6 |
| 20:25 *SPOKE WITH PAULY, RT, ABOUT PATIENT STATUS.* | sb6 |
| 21:07 No procedures done that require assistance. | sb6 |

**Name: Aaliyah**

*Nurse's Notes Con't*

21:24 Patient moved to Post IM3.                                          mm14

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|------|-------------|-------|------|----------|------|----------|-------|
| 15:55 (16:00) | Albuterol 1 unit dose | Inhalation | | 5 mins | | | sh1 |
| 16:00 (16:13) | Albuterol 1 unit dose | Inhalation | | | | | sh1 |
| 16:00 (16:16) | Follow up: Response: No Adverse Reaction; Respiratory status improved; has improved air movement | | | | | | sh1 |
| 16:15 (17:05) | Follow up: Response: No Adverse Reaction; Respiratory status improved; wheezing has decreased only has audible faint wheezing air movement improved | | | | | | sh1 |
| 16:55 (17:01) | SOLU-MEDrol 2 mg/kg | IVP | | 2 mins | left hand | | sh1 |
| 17:25 (19:02) | Follow up: Response: No Adverse Reaction | | | | | | sh1 |
| 20:16 | Rocephin 50 mg/kg | IVPB | | | left hand | Primed IVPB Tubing | sb6 |
| 21:00 (21:01) | Follow up: Response: Tolerated well; IV Status: Completed infusion | | | | | | sb6 |
| 20:16 (20:17) | NS - NS 0.9% 1000 mL | IV | 50 mL/h | | left hand | Primed Infusion Pump Tubing | sb6 |
| 21:05 (21:06) | Follow up: IV Status: Infusion continued | | | | | | sb6 |
| 21:08 | Follow up: IV Status: Infusion continued upon Admission | | | | | | sb6 |
| 20:30 | Albuterol 1 unit dose | Inhalation | | | | | sb6 |
| 20:41 | Follow up: Response: Tolerated well | | | | | | sb6 |

**Outcome:**

19:04 Admit ordered by MD.                                                 sd5

21:07 (21:08) Report called to J. GRIFFITH, RN, using the SBAR communication method.   sb6

21:09 (21:14) Moved to Pediatrics Room # 5516, accompanied by nurse, family with patient, via wheelchair, with   sb6
oxygen, with chart. (21:10) Discharge instructions given to family, Instructed on admit to floor admission
process Demonstrated understanding of instructions, Prescriptions given; None. No questions or concerns
expressed to me at discharge. (21:10) All belongings were taken to the room upon admit. (21:10)
**Medication reconciliation form provided. (21:10) Med Effects:** Effects of administered medications were
addressed. (21:10) **Oxygen use:** Oxygen used on this visit.

22:32 Electronic medical record closed.                                    sb6

**Signatures:**

Hovingh, Sue, RN                    RN    sh1        Mathews, Janet, RN             RN    jcm

Name: Aaliyah█████████                                          MRN: K000629604
                                                                Account#: K32957086

## Nurse's Notes Con't

| | | | | | |
|---|---|---|---|---|---|
| Scriptuser, MEDHOST | | ms2 | David, Syndee, RN | RN | sd4 |
| Bouillion, Stephenie, RN | RN | sb6 | Denham, Sean, MD | MD | sd5 |
| Walker, Ansell, RT | RT | aw7 | Tomlinson, Amy, RN | RN | alt1 |
| McCaa, Mark, ED Tech | ED Tech | mm14 | Kemp, Christine, ED Tech | ED Tech | ck3 |
| Titus, Joane, Scribe | | Scribe jt7 | | | |

**Corrections:**

16:01 ~~15:36 Resp 42bpm; Pulse Ox 90% 2 lpm Nasal Cannula; Temp 99.8F Rectal;~~ ~~sh1~~ sh1

16:01 ~~15:10 Respiratory: Respiratory effort is even, labored, with nasal flaring, with retractions, shallow, grunting. Respiratory pattern is regular, tachypnea Airway is patent Breath sounds are coarse bilaterally. Breath sounds are diminished bilaterally. Breath sounds with wheezes upon exhalation. HAS WHEEZING THRUOUT LUNG FIELDS Parent/caregiver reports the patient having cough that is dry, hacking, persistent MOTHER REPORTS WE WERE SEEN HERE THIS AM FOR WHEEZING AND COUGHING THEY GAVE RESPIRATORY TREATMENTS AND STEROIDS WE TOOK HER HOME AND SHE JUST CONTINUED TO WORSENED SHE HAS A PERSISTENT COUGH AND HER WHEEZING IS MUCH WORSE AND SHE HAS BEEN RUNNING FEVER WE GAVE TYLENOL 1.5 HOURS AGO~~ ~~sh1~~ sh1

16:16 ~~16:14 Response: No Adverse Reaction; Respiratory status improved; has improved air movement~~ ~~sh1~~ sh1

17:02 ~~15:10 Critical Med Co-Sign: Solumedrol 28 mg IVP at 2 mg/kg at 14.06 kg, dosage verified by Janet Mathews, RN~~ ~~jcm~~ jcm

18:38 ~~18:00 Pulse Ox 80% RA; pt is sleeping soundly sao2 decreased to 88% on room air will apply oxygen;~~ ~~sh1~~ sh1

18:39 ~~15:36 Pulse 186bpm; Resp 42bpm; Pulse Ox 90% 2 lpm Nasal Cannula; Temp 99.8F Rectal;~~ ~~sh1~~ sh1

18:39 ~~18:00 Pulse Ox 92% 1 lpm Nasal Cannula;~~ ~~sh1~~ sh1

21:14 ~~21:00 Moved to Pediatrics Room # 5516, accompanied by tech, family with patient, via wheelchair, with oxygen, with chart,~~ ~~sb6~~ sb6



**Willis Knighton South**

Name: Aaliya[redacted]
Age: 3 years Sex: Female DOB: 10/01/2013
Arrival Date: 11/04/2016 Arrival Time: 14:58

MRN: K000629604
Account#: K32957086

## EMERGENCY DEPARTMENT
### HOME MEDICATION RECONCILIATION

**Allergies:** No known drug Allergies

| | Home Medication | Route | Dose | Frequency | Last Dose |
|---|---|---|---|---|---|
| 1 | Albuterol | Nebulizer | | as needed | |

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|
| 11/04 15:55 | Albuterol 1 unit dose | Inhalation | | 5 mins | | | sh1 |
| 16:00 | Albuterol 1 unit dose | Inhalation | | | | | sh1 |
| 16:00 | Follow up: Response: No Adverse Reaction; Respiratory status improved; has improved air movement | | | | | | sh1 |
| 16:15 | Follow up: Response: No Adverse Reaction; Respiratory status improved; wheezing has decreased only has audible faint wheezing air movement improved | | | | | | sh1 |
| 16:55 | SOLU-MEDrol 2 mg/kg | IVP | | 2 mins | left hand | | sh1 |
| 17:25 | Follow up: Response: No Adverse Reaction | | | | | | sh1 |
| 20:16 | Rocephin 50 mg/kg | IVPB | | | left hand | Primed IVPB Tubing | sb6 |
| 21:00 | Follow up: Response: Tolerated well; IV Status: Completed infusion | | | | | | sb6 |
| 20:16 | NS - NS 0.9% 1000 mL | IV | 50 mL/h | | left hand | Primed Infusion Pump Tubing | sb6 |
| 21:05 | Follow up: IV Status: Infusion continued | | | | | | sb6 |
| 21:08 | Follow up: IV Status: Infusion continued upon Admission | | | | | | sb6 |
| 20:30 | Albuterol 1 unit dose | Inhalation | | | | | sb6 |
| 20:41 | Follow up: Response: Tolerated well | | | | | | sb6 |

**Prescriptions:**

| Prescription | Custom Text |
|---|---|
| (Nothing entered) | |

DISCHARGE INSTRUCTIONS
Change Home Meds as Follows

_____

_____

ALL ORDERED MEDICATIONS MUST
BE WRITTEN ON HOSPITAL ORDER
SHEET.
THIS DOCUMENT *IS NOT*
A PHYSICIAN ORDER SHEET



# Lab Results Summary

**Name:** Aaliyah⬛⬛⬛⬛⬛⬛
3 years / African Am/Black / Female
**Chief Complaint:** Breathing Difficulty

**MRN:** K000629604
**Arrival:** 11/04/2016 14:58
**Departure:**

| Test | Value | Flag | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| *CBC With Diff* | | *SPEC'M 11/04/16 16:57* | | | | |
| White Blood Cel | 19.4 | High | 4.0-12.0 | 10 | F | |
| Red Blood Cell | 4.43 | | 4.1-5.2 | 10 | F | |
| Hemoglobin | 10.7 | Low | 11.8-14.7 | g/dL | F | |
| Hematocrit | 33.5 | Low | 35.0-44.0 | % | F | |
| MCV | 75.6 | | 74.0-89.0 | fL | F | |
| MCH | 24.1 | Low | 27.1-34.2 | pg | F | |
| MCHC | 31.9 | Low | 33.0-35.6 | g/dL | F | |
| RDW | 15.0 | High | 12.0-14.0 | % | F | |
| Neutrophils | 96.8 | | Not Estab. | % | F | |
| | *See MANUAL DIFF Disregard Automated Differential.* *See MANUAL DIFF Disregard Automated Differential.* | | | | | |
| Lymphocytes | 1.8 | | Not Estab. | % | F | |
| Monocytes | 1.0 | Low | 3-10 | % | F | |
| Eosinophils | 0.2 | | 0.0-8.0 | % | F | |
| Basophils | 0.2 | | 0.0-3.0 | % | F | |
| Neutrophils # | 18.7 | | Not Estab. | 10 | F | |
| Lymphocytes # | 0.4 | | Not Estab. | 10 | F | |
| Monocytes # | 0.2 | | Not Estab. | 10 | F | |
| Eosinophils # | 0.0 | | Not Estab. | 10 | F | |
| Basophils # | 0.0 | | Not Estab. | 10 | F | |
| Platelet Count | TNP | | 130-351 | 10 | F | |
| | Unable to perform Platelet Count due to clumping of platelets. | | | | | |
| *Chem 8* | | *SPEC'M 11/04/16 16:57* | | | | |
| Glucose | 132 | High | 70-109 | mg/dL | F | |
| | Glucose Reference Ranges: Fasting Glucose Level: 70-109 mg/dL Impaired Fasting Glucose: 110-125 mg/dL Defined by the ADA as a category at risk for future diabetes and cardiovascular disease. The American Diabetes Association (ADA) recommends the following criteria for the diagnosis of diabetes: Abnormal Fasting Glucose: >=126 mg/dL Symptoms of diabetes and a random glucose: >=200 mg/dL | | | | | |
| Potassium | 5.4 | High | 3.5-5.1 | mmol/L | F | |
| Sodium | 143 | | 136-145 | mmol/L | F | |
| Chloride | 113 | High | 98-107 | mmol/L | F | |
| CO2 | 18 | Low | 21-32 | mmol/L | F | |
| BUN | 12 | | 7-18 | mg/dL | F | |
| Creatinine | 0.40 | | | mg/dL | F | |
| Calcium | 9.8 | | 8.5-10.1 | mg/dL | F | |
| Anion Gap | 12.0 | | 5.0-15.0 | mmol/L | F | |
| eGFR *AA | TNP | | >60 | SeeBelow | F | |
| eGFR *non⬛⬛ | TNP | | >60 | SeeBelow | F | |
| *RSV by PCR* | | *SPEC'M 11/04/16 17:40* | | | | |
| RSV | Negative | | Negative | | F | |
| | NEGATIVE test results do not preclude RSV infection and should not be used as the sole basis for treatment or other patient management decisions. False negative results may occur if virus is present at levels below the analytical limit of detection or the virus mutates in the target region. | | | | | |



**Lab Results Summary**

| Comments | See Below | | | | | |
|---|---|---|---|---|---|---|
| | The results of this assay should be interpreted in conjunction with other laboratory and clinical data. | | | | | |
| **WBC Differential, Manual** | **SPEC'M 11/04/16 16:57** | | | | | |
| Segmented Neut | 82 | | Not Estab. | % | F | |
| Banded Neut | 15 | | Not Establish | % | F | |
| Lymphocytes | 3 | | Not Estab. | % | F | |
| Hypochromic | 1+ | | NORMAL | | F | |
| Plt Estimate | NORMAL | | NORMAL | | F | |

---

**Chest 2 View *routine***

Final Report
Admitting Diagnosis: BREATHING DIFFICULTY
Reason For Exam: Breathing Difficulty Interpretive Location:   KBURGIN
Procedure Date:  11/04/2016   Accession Number:  3395212
Procedure: SXR - XR, chest 2 view CPT Code:  71020

IMPRESSION: No Acute Cardiopulmonary Disease.

RESULT:   XR, chest 2 view

Clinical Information: Breathing Difficulty

Comparison: 11/4/2016

Findings: Cardiomediastinal silhouette normal. Trachea midline. Pulmonary
vasculature normal. No perihilar opacity or confluent consolidation
present. No pneumothorax or pleural effusion seen. Aortic arch and
stomach bubble are left-sided. Osseous structures normal.

Electronically Signed by: KOREY PATRICK BURGIN M.D. on Nov  4 2016  4:14P
3395212

| | |
|---|---|
| RUN DATE: 11/06/16<br>RUN TIME: 1042<br>RUN USER: VANNV.NS | Willis Knighton South *ADMISSIONS*<br>Discharge Orders/Discharge Medication Reconciliation | PAGE 1 |

**WKHS PNEUMOCOCCAL Vaccine Protocol**
**PREVNAR 13 (Pneumococcal 13 Valent Vaccine)**
**Administer Year Round**

### Contraindications (Do NOT administer)
### (Check all that apply)

☑ Patient does not meet vaccine indications below

☐ Patient has received Pneumovax (Pneumococcal 23 Valent) vaccine within the last year

☐ Patient has received Prevnar-13 (Pneumococcal) 13 Valent Vaccine

☐ Patient refused vaccine

☐ Known sensitivity to previous dose of pneumococcal vaccine

☐ Known sensitivity to Diptheria Toxoid containing vaccines

### Indications (Check all that apply)

☐ 65 years of age or older AND none of the contraindications above

☐ 65 years of age or older, pneumococcal vaccination status unknown AND none of the contraindications above

### If NO Contraindications
### Administer Prevnar-13 (Pneumococcal 13 Valent Vaccine)

☐ 0.5 mL IM

Lot Number: _____     Manufacturer: _____

Date on vaccine information sheet: _____ Vaccine Information Sheet (VIS) given to patient:   YES    NO

Patient vaccine consent: _____
                                                    Patient Signature

*Document administration of vaccine on patient's MAR



_Kayla Bragg RN_ _____ 11/6/16   1103 _____   _Kayla Bragg RN_
Assessment completed by:                Date / Time                    Printed Name

Clarification (by Pharmacy) of Prevnar-13 (Pneumococcal 13 Valent Vaccine order):
☐ The patient has received Pneumovax (Pneumococcal 23 Valent) in the last year. Do NOT administer
☐ The patient has previously received Prevnar-13 (Pneumococcal 13 Valent). Do NOT administer

_____   _____   _____
Assessment clarification completed by:   Date / Time          Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore
does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and
Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

**THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD**

Name: ▮▮▮▮▮▮▮▮, L
Acct#: K32957086
Room/Bed: K.E5516-1
DOB: 10/01/13   Age: 3Y 01M   Sex: F  Weight: 31

RUN DATE: 11/06/16
RUN TIME: 1042
RUN USER: VAHNV.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 2

WKHS Adult Influenza Vaccine Protocol
INFLUENZA Vaccine [Quadrivalent Inactivated (killed)]
Administer September - March
Contraindications (Do NOT administer)
(Check all that apply)

☑ Patient under age 18 years of age

☐ Vaccine not required (April - August)

☐ Patient previously immunized this flu season

☐ Patient refused vaccine

☐ History of serious reaction to vaccine

☐ History of allergy to eggs

☐ History of Guillain-Barre Syndrome

**Indications**
(Check all that apply)

☐ 18 years of age or older AND none of the contraindications above

**If NO Contraindications**
Administer Influenza (Quadrivalent) Vaccine

☐ 0.5 mL IM

Influenza vaccine given

Lot number: _____     Manufacturer: _____

Date on vaccine information sheet: _____   Vaccine Information Sheet (VIS) given to patient:   YES   NO

Patient vaccine consent: _____
                                     Patient's Signature

*Document administration of vaccine on patient's MAR



Assessment completed by: _____   11/6/16  1103   Kayla Brayson
                                             Date / Time        Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore
does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and
Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

**THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD**

Name: ████████████ L
Acct#: K32957086
Room/Bed: K.E5516-1
DOB: 10/01/13   Age: 3Y 01M   Sex: F   Weight: 31

RUN DATE: 11/06/16
RUN TIME: 1042
RUN USER: VANNV.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 3

Date of Discharge: 11/6/16

Discharge patient to:

☒ Home Health      ☐ Physical Therapy

Diagnosis: RAD

Allergies: NKDA
           NKDA

**1**

Follow-up: PCP in 3-4 days

Diet: regular

Vaccine Protocol:
☒ Follow Flu/Pneumonia Vaccine Protocol

Activity:
☒ Resume normal activity            ☒ Per physician instruction sheet
☒ No driving                        ☒ No climbing stairs
☒ Other: _____            ☒ No lifting

Hygiene Restrictions:
☒ No restrictions                   ☒ Sponge bath only
☒ Shower only                       ☒ Other: _____
☒ Tub bath only

IV Therapy:
☒ discharge with saline lock in place
☒ discharge with PICC line in place
☒ discharge with central line in place
☒ discharge with port access needle in place

Drainage devices:
☒ discharge with urinary catheter in place

☒ discharge with _____ drain in place

☒ discharge with (other) _____ in place

**OR**

☒ Complete NIHSS on discharge (WKP only)

**2**

☒ See physician discharge sheet (attached)

Name: ███████████ L
Acct#: K32957086
Room/Bed: K.ES516-1
DOB: 10/01/13   Age: 3Y 01M   Sex: F   Weight: 31

RUN DATE: 11/06/16
RUN TIME: 1042
RUN USER: VANNV.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 4

---

### DISCHARGE MEDICATION RECONCILIATION

**Continue at home?** HOSPITAL MEDICATIONS
Please circle

| | | | | |
|---|---|---|---|---|
| (Yes) No | ORAPRED U/D  (PREDNISOLONE) | | PO | .DAILY |
| | | 14MG (4.67MLS) | (REFRIGERATE!) | |

Change: *Mother has PO meds @ home  Finish course*

| | | | | |
|---|---|---|---|---|
| (Yes) No | PULMICORT RESPULE  (BUDESONIDE) | 0.25 MG | INH | .BID |
| | | (USE VIA INHALATION NEBULIZATION ONLY!) | | |

Change: *given Rx*

**Continue at home?** IV MEDICATIONS
Please circle

| | | | | |
|---|---|---|---|---|
| Yes (No) | CEFTRIAXONE 500 MG VIAL  (700 MG) | | RATE: 50 MLS/HR | FREQ: Q24H |
| | (ROCEPHIN) | | | |
| | IN: D5W 50 ML BAG  (50 ML) | | | |
| | (D5W) | | | |

Change:

**Continue at home?** PRN MEDICATIONS
Please circle

| | | | | |
|---|---|---|---|---|
| (Yes) No | PEDIA PROFEN  (IBUPROFEN PED. SUSP) | | PO | PRN .Q6H |
| | | 50MG (2.5MLS) | PRN TEMP > 102.5 DEGREES F. NOT RELIEVED BY | |
| | | | TYLENOL | |
| | | (SHAKE WELL!)(SAME AS ADVIL/MOTRIN) | | |

Change:

| | | | | |
|---|---|---|---|---|
| (Yes) No | PROVENTIL U/D  (ALBUTEROL SOLUTION 0.083%) | | INH | PRN .Q2H WHEEZING |
| | | AS DIRECTED | | |
| | | (USE VIA INHALATION NEBULIZATION ONLY!) | | |

Change: *given Rx*

| | | | | |
|---|---|---|---|---|
| Yes (No) | ROBITUSSIN PED L-A COUGH  (DEXTROMETHORPHAN PED | | PO | PRN .Q6H COUGH |
| | | 5 MLS | | |
| | | (ROBITUSSIN PEDIATRIC L-A COUGH) | | |

Change:

---

Name: HENDERSON ▓▓▓AH L
Acct#: K32957086
Room/Bed: K.ES516-1
DOB: 10/01/13  Age: 3Y 01M  Sex: F  Weight: 31

RUN DATE: 11/06/16                    Willis Knighton South *ADMISSIONS*                              PAGE 5
RUN TIME: 1042                  Discharge Orders/Discharge Medication Reconciliation
RUN USER: VANNV.NS

Yes   No      | RT PROTOCOL   (RT PROTOCOL)
                                    PROTOCOL AS DIRECTED      INH          PRN .UD
                                                             FOR ADULTS: Atrovent and/or Xopenex Inh Soln
                                                             via nebulization per respiratory therapy.

                                                             FOR PEDIATRICS: Proventil Inhalation Soln
                                                             via nebulization per respiratory therapy,

Change:

Yes   No      | TYLENOL   (ACETAMINOPHEN)
                                          80MG (2.5MLS)   PRN TEMP >/= 101 DEGREES F.      PO          PRN .Q4H
                                                          (DO NOT EXCEED 4,000 MG/24HRS!)

Change:

ADDITIONAL MEDICATONS (NEW MEDICATIONS)

Physician Signature: _____      Date: 11/6/16   Time: 1050
Signature certifies the above discharge order and discharge medications

Clarifications, if necessary

Physician Signatures: _____      Date: _____   Time: _____
(Signature only needed if clarifications are noted)

Noted: Kayla Bragg RN  11/6/16  1117

Name: _____YAH L
Acct#: K32957086
Room/Bed: K.E5516-1
DOB: 10/01/13   Age: 3Y 01M   Sex: F   Weight: 31



Page 1093 of 1758

```
RUN DATE: 11/06/16              Willis Knighton South *ADMISSIONS*                    PAGE 6
RUN TIME: 1042           Discharge Orders/Discharge Medication Reconciliation
RUN USER: VANNV.NS
```

### Home Medications NOT An Order

For Information/Comparison Only

| | | | |
|---|---|---|---|
| ALBUTEROL | 1/2 UD | HHN | Q 4 HRS PRN |
| ANTIFUNGAL CREAM | | TOP | Q DAY |

NOT AN ORDER

```
Name: HENDERSON        L
Acct#: K32957086
Room/Bed: K.E5516-1
DOB: 10/01/13   Age: 3Y 01M   Sex: F   Weight: 31
```

 WILLIS-KNIGHTON HEALTH SYSTEM

  

| Date Ordered | Time Ordered | Orders |
|---|---|---|
| 11-5-16 | 1600 | CBCAD ✓ |
| | | BMP ✓ ↗ ↗ |
| | | CXR ✓ |
| | | in Am |
| | | In TOV Dr. Craig / Becky George RN |
| | | Zn. |
| | | Sd 11-5-16 1600 Becky George RN |
| 11/6/16 | 0300 | Chart Review: Panda Pg |

| Prohibited Abbreviation: | Please Use: | Prohibited Abbreviation | Please Use: |
|---|---|---|---|
| IU | international unit | q.o.d. or QOD | every other day |
| MgS04 | magnesium sulfate | U or u | unit |
| MS | morphine sulfate | Trailing zero (x.0 mg) | Never write a decimal point (X mg) |
| MS04 | morphine sulfate | Lack of leading zero (.x mg) | Always use a zero before a decimal point (O.x mg) |
| QD or qd | daily | | |

Committee Approved Blank Order Form – Must be Hand Written

Printed: 11/04/2016

PO00005

PO193_1
Revised 07/25/2013
Committee Approved 07/31/2013
Page 1 of 1

10/01/2013   AALIYAH L   003Y 01M   F
Anna Craig
K32957086   11/04/2016   K.E5516 1