**WK** WELLS-KNIGHTON HEALTH SYSTEM    **EMERGENCY DEPARTMENT TEMPORARY ORDERS**    _Henderson_

Date/Time _11/4/16_  1755  Level of service: ☐ Inpatient admission (expected to stay 2 midnights) ☑ Observation

1. Attending M.D.  _Craig_          Level of care: ☑ Routine ☐ Telemetry ☐ Step-Down
                                    ☐ Critical Care ☐ PICU

2. Diagnosis: _Bronchiolitis c̄ Hypoxia_

3. Allergies (Including Food): _NKDA_

4. Condition: ☑ Good ☐ Fair ☐ Poor

5. Vitals:    Floor routine with BP every _____ ;  Weigh on admission and ☐ daily
   ☐ Urinary catheter/HOUDINI protocol; I & O every _____ hr;  ☐ Neurological checks every _____ hr for _____ hr

6. NPO/Diet: _Regular_

7. Activity:  _Ad lib_ / Bed rest with bathroom privileges / Up with assistance / Complete bed rest

8. Lab/X-Ray: ☐ Bedside glucose _____ , do not confirm: call MD if greater than 350 mg/dL or less than 70 mg/dL
   ☐ EKG & Troponin every 6 hours times 2 – reason for exam: _____

   FAXED

9. MEDS: ☐ Oxygen via Nasal Cannula 2L/min ☑ Oxygen protocol ☐ Other _____

   _✗ See - Bronchiolitis_
   _Pathway ✗_

10. SALINE LOCK / IV FLUIDS: _NS @ 50 cc/hr_

11. OTHER: _____

12. CONSULT  Dr _____

13. Complete care is turned over to Dr _Craig_ on patient's admission to the hospital.
    Notify him/her STAT or at _____ of admission/arrival and STAT for any problems or concerns.

Spoke to: _____

Physician Signature _____    Printed Name or Dictation # _____

_Noted by Griffith, RN 11-4-16 @ 2000_

PO2675_1
Revised 01/07/2015
Committee Approved 03/13/2015
Page 1 of 1

‖‖‖ PO6085

‖‖‖ HENDERSON                    L
10/01/13      3Y 0IM
Easterling, David R     11/04/16
K32957086

EXHIBIT
**1-B**

**WK** WILLIS-KNIGHTON HEALTH SYSTEM

$14

## Pediatrics Bronchiolitis Hospital Order

### Patient Information
Patient Name _____ *Aaliyah Henderson*_____

Date of birth _____

### Level of Service/Diagnosis
☑ Inpatient admission –dx _____ *Bronchiolitis c̄ Hypoxia*_____

☐ Observation

### Allergies
☑ No known allergies

☐ Known allergies (including food) _____

### Activity
☑ Ambulate

☐ Other _____

### Diet
☐ Diet, breast milk q 2–4 hr on demand ★

☐ Diet, infant/pediatric formula_____ q 3–4 hr

☐ Diet, regular

☑ NPO

☐ Other _____

### Nursing Orders
☐ Airborne precautions

☐ Elevate HOB

☐ Measure intake and output q 12 hr (floor routine)

☐ Measure weight daily in Kg

☑ Pain Management Protocol, Infant

☐ Peripheral IV

☑ VS upon arrival, then q 4 hr (floor routine)

☐ Notify provider for_____

☐ Notify provider for_____

☐ Notify provider for_____

☐ Other _____

### Patient/Caregiver Education
☑ Education, nebulizer

☐ Education, upper airway suctioning

☐ Other _____

### Respiratory
☐ Airway suctioning

☐ Bronchiolitis Protocol

☐ albuterol (PROVENTIL)    — *Tx q 2° prn wheeze via HHN*

☐ levalbuterol (XOPENEX) 0.31 milligram by nebulizer

☐ levalbuterol (XOPENEX) 0.63 milligram by nebulizer

☐ levalbuterol (XOPENEX) 1.25 milligram by nebulizer

*noted by Griffith, RN 11446 @ 2200*



*FAXED*

PO0005

AALIYAH L
10/01/13    3Y 01M
Easterling, David R    11/04/16
X32957086

**WILLIS-KNIGHTON HEALTH SYSTEM**

## Pediatrics Bronchiolitis Hospital Order cont.
### Patient Information
Patient Name _Henderson_

Date of birth _____

### Respiratory cont
- ☐ Mist hood
- ☐ Mist tent
- ☑ O2 protocol
- ☐ Other_____

### IV Fluids    _NS @ 50 cc/hr_

### Fever Protocol
*Antipyretics*
For any temperature **greater than** or equal to 101° Fahrenheit, start with:
Acetaminophen (Tylenol Elixir) (160 milligrams per teaspoon)
- 12–17 lbs or 5.5 – 7.9 kilograms, give 1/2 teaspoon PO every 4 hours PRN
- 18–23 lbs or 8 – 10.9 kilograms, give 3/4 teaspoon PO every 4 hours PRN
- 24–35 lbs or 11 – 15.9 kilograms, give 1 teaspoon PO every 4 hours PRN
- 36–47 lbs or 16 – 21.9 kilograms, give 1 1/2 teaspoon PO every 4 hours PRN
- Greater than or equal to 48 lbs or 22 kilograms, give 2 teaspoon PO every 4 hours PRN

If unable to tolerate PO medication, give same dose as a suppository, rectally
For any temperature **greater than** 102.5° Fahrenheit **NOT RELIEVED BY TYLENOL**, start Ibuprofen
**Do NOT give to infants under 6 months of age unless specifically ordered by MD**

Ibuprofen (Motrin Elixir) (100 milligrams per teaspoon)
- 12–17 lbs or 5.5 – 7.9 kilograms, give 1/2 teaspoon PO every 6 hours PRN
- 18–23 lbs or 8 – 10.9 kilograms, give 3/4 teaspoon PO every 6 hours PRN
- 24–35 lbs or 11 – 15.9 kilograms, give 1 teaspoon PO every 6 hours PRN
- 36–47 lbs or 16 – 21.9 kilograms, give 1 1/2 teaspoon PO every 6 hours PRN
- 48–59 lbs or 22 – 26.9 kilograms, give 2 teaspoon PO every 6 hours PRN
- 60–71 lbs or 27 – 31.9 kilograms, give 2 1/2 teaspoon PO every 6 hours PRN
- Greater than or equal to 72 lbs or 32 kilograms, give 3 teaspoon PO every 6 hours PRN

**If temperature remains greater than 102.5° Fahrenheit, alternate Tylenol with Motrin, giving Motrin 2 hours after the Tylenol.**
**Pharmacy may substitute oral tablets if requested by patient.**

### Medications
*Corticosteroids: Inhaled*
- ☑ budesonide (PULMICORT) 0.25 mg/2 mL neb suspension 2 ml by nebulizer q 12 hr age less than or equal to 4 years
- ☐ budesonide (PULMICORT) 0.5 mg/2 mL neb suspension 2 ml by nebulizer q 12 hr age less than or equal to 11 years
- ☐ budesonide (PULMICORT) 1 mg/2 mL neb suspension 2 ml by nebulizer q 12 hr age greater than 11 years
- ☐ Other_____

*Corticosteroids: Systemic* ★
- ☑ prednisoLONE 1 mg/Kg PO daily age less than or equal to 12 years; maximum 60 mg/day
- ☐ prednisoLONE 2 mg/Kg PO daily age less than or equal to 12 years; maximum 60 mg/day
- ☐ prednisoLONE 40 mg PO daily age greater than 12 years
- ☐ methylPREDNISolone (SOLU-MEDROL) _____ mg IV q _____ hr
- ☐ Other_____

_noted by JGriffith, RN 11-4-16 @ 2200_

FAXED

PO3913_2
Revised 08/19/2013
Page 2 of 4

HENDERSON                L
10/01/13    3Y 01M
Easterling, David R
K32957086              11/04/16



**WILLIS-KNIGHTON HEALTH SYSTEM**

## Pediatrics Bronchiolitis Hospital Order cont.

### Patient Information
Patient Name _____Henderson_____

Date of birth _____

## Medications cont

### Cough Preparations
☑ ROBITUSSIN pediatric cough syrup LA _5 ml_____ ml PO q 6 hr prn for cough

☐ ROBITUSSIN pediatric cough and cold syrup LA _____ ml PO q 6 hr prn for cough

☐ Other _____

### Other Medications

_____

_____

_____

## Laboratory

### Chemistry
☐ Blood gas, capillary now
☐ Blood gas, venous now
☐ Blood urea nitrogen now
☐ Creatinine, serum now
☐ Glucose now
☐ Other _____

### Hematology
Bilirubin, total ☐ now ☐ in am
CBC w automated WBC differential ☐ now ☐ in am
☐ C-reactive protein now
☐ Other _____

### Microbiology
☐ Culture, blood now
☐ Culture, stool now
☐ Culture, urine now
☐ Influenza virus A and B, EIA now, by nasal swab
☐ RSV antigen now
☐ Rotavirus antigen now

☐ Other _____

### Panels
Basic metabolic panel              ☐ now  ☑ in am
Comprehensive metabolic panel      ☐ now  ☑ in am
Renal function panel               ☐ now  ☑ in am
☐ Other _____

noted by Jen Griffith, RN 11-4-16 @ 2200

FAXED

ALIYAH L
10/01/13   3Y 01M
Easterling, David R   11/04/16
K32957086

PO0005

PO3913_3
Revised 08/19/2013
Page 3 of 4



**WILLIS-KNIGHTON HEALTH SYSTEM**

## Pediatrics Bronchiolitis Hospital Order cont.

### Patient Information
Patient Name _____ Henderson _____

Date of birth _____

### Laboratory cont
*Urine Studies*
Urinalysis screen w reflex microscopic now
☐ catheterized   ☐ clean catch midstream   ☐ pediatric urine collector

☐ Other_____

### Radiology
*X-ray*
☐ XR, chest 1 view now – reason for exam _____
☐ XR, chest 2 view now – reason for exam _____
☐ XR, kidney–ureter–bladder now – reason for exam _____
☐ Other_____

### Consults
☐ Care management consult
☐ Consult to _____
☐ Consult to _____

### Other

Rocephin 50mg/kg IV Q 24°

_____

Physician signature _____   Date/Time   11/4/16   1912

Printed Name or Dictation # _____ Denham, Jean _____

noted by Joffeth, RN   1-4-16 @ 2200



813



L

10/01/13   3Y 01M
Easterling, David R   11/04/16
K32957086

**WK** WILLIS-KNIGHTON HEALTH SYSTEM

## Pediatric Hospitalist Progress Note

Date: 11/6/13   Time: _____   Name: Aaliyah

**Interval History:** Resting in ☐ bed ☐ chair ☐ crib   ☐ No new problems/complaints
☐ Other: atrazine since admission. No O2 overnight ℞ albuterol
Spaced to q 4° doing well.

**Meds:** ☐ Reviewed   Remarks _____
☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone
**ROS:** ☐ 10 systems reviewed otherwise Negative   Positive: _____

**Interval Physical Exam:**
**Vitals:** temp 99.0   HR 138   RR 25   O2 sat 100% RA
**General:** ☑ Well-hydrated ☑ WN ☑ NAD ☑ Nontoxic ☐ Remarks _____
**HEENT:** ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☐ PERRL ☑ Conjunctiva clear
☐ No rhinorrhea/congestion ☐ Nasal flaring ☐ Tempanic membranes normal bil ☐ Oral mucosa moist ☐ Pharynx normal
☐ Remarks Clear
**Neck:** ☑ Normal ☐ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks _____
**Heart:** ☑ Normal ☐ S1S2 normal ☑ RRR ☐ Murmur ☐ Remarks _____
**Lungs:** ☐ Normal ☐ CTA bil ☑ Unlabored   Air movement: ☑ Good ☐ Fair ☐ Poor ☐ Unlabored ☐ Rales ☐ Rhonchi
☐ Wheeze (end expiratory/inspiratory) ☐ Crackles ☑ Retractions ☐ Stridor ☐ Remarks Upper airway noise noted
**Abdomen:** ☐ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☐ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____
**Extremities:** ☑ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses
☐ Remarks _____
**Musculoskeletal:** ☑ Normal ☐ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____
**Skin:** ☑ Normal ☐ Warm/dry ☐ Rash ☐ Remarks _____
**Neuro:** ☐ Normal/nonfocal ☐ Warm/dry ☐ Awake ☐ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks _____

**Lab:** ☐ Reviewed ☐ Abnormals

Ca 9.7   Segs 53.9
Alb _____ AstAlt _____   Bands _____

$$\frac{145 \mid 110 \mid 3}{3.9 \mid 23 \mid 0.52} \times 83$$

Alk/Phos _____ 10.0   10.7   Lymphs 36.4
T/Dbill _____   34.4   200

Other: RSV ⊖   MCV 76.5

**Impression:** 3yo female with (former 27 weeks) with BPD and resp. distress. O2 therapy required yesterday, weaned to RA overnight & did well. good PO intake. albuterol q4°

**Plan:** ☐ See orders ☐ Continue medical management
☐ Recommendations per consultant/s: _____

☐ Follow labs ☐ O2, Respiratory Therapy
☐ Continue antibiotics, Day # _____
☐ Continue therapy/Rehab ☐ Nutrition support
Complete set prednisolone course - mother has Rx.
Dic PEN & Robutussin Medications
given scripts for albuterol neb & HFA and pulmicort

Physician Signature _____   Date/Time 11/6/13 1110
☐ Sharon Tran, M.D. (2044) ☐ Greg Oji, M.D. (2977)

10/01/13   3Y   F
K32957086   000000001116206

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71108

| | | | |
|---|---|---|---|
| Patient Name: | ██████████ | | |
| Adm No: | K32957086 | MRN: | 1116206 |
| DOB: | 10/01/2013 | Location: | Inpatient - S5E-K.E551 |
| Age: | 3Y  F | Ord No: | 90012 |
| Corp ID: | 000001116206 | Hospital: | WKS |

Ordering Dr: ANNA MICHELLE CRAIG                    CC: ANNA CRAIG

## Final Report

Admitting Diagnosis: BRONCHIOLITIS-WITH HYPOXIA
Reason For Exam: VIEW LUNG FIELD                    Interpretive Location: WKN
Procedure Date: 11/06/2016                          Accession Number: 3395917
Procedure:  SXR - XR, chest 1 view                  CPT Code:  71010


IMPRESSION: Normal Chest.


RESULT:  XR, chest 1 view

Clinical Information: VIEW LUNG FIELD

Comparison: Chest radiograph from 11/4/2016

Findings: Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass, or effusion. No significant skeletal abnormality is noted.


Electronically Signed by: ████████JOSEPH BURGIN M.D. on Nov  6 2016 10:46A


Techs:  Pattie D Dallas
Additional Staff:

Read by:████████JOSEPH BURGIN M.D. on Nov  6 2016 10:45A
Electronically Signed by: ████████JOSEPH BURGIN M.D. on Nov  6 2016 10:46A
Printed: Nov 6 2016 10:49AM

CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.



WK South

SAVED EVENT REPORT

Page 1 of 1
11/5/2016 8:43 AM

Patient Name:▮▮▮▮▮▮▮▮CRAIG  10/1/13, aaliyah
ID 1: k32957086
ID 2:
Unit: S5PEDS
Bed ID: 5516



11/5/2016 7:53:00 AM: HR = ??? bpm, RR = ??? br/min, SPO2 = 100 %
Sweep speed: 25.0 mm/sec

Spacelabs Healthcare

```
                    Willis-Knighton South Nursing **LIVE**                    Page: 1
                    Vital Signs / I&O / Diabetic Flowsheet
```

```
              MH L (K000629604)                                          96 hours
Age/Sex: 3Y 01M F                              from Nov 2, 2016 0701 to Nov 6, 2016 0700
Room: 5ES K E5516 1 (Admitted 11/04/16)        Printed 11/06/16 at 0555 by CARDNJ.NS
```

### Vital Signs

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/16 1930 | | | | | | | | 30 | 15.951904 | |
| 11/04/16 2200 | | | | | | | | | | 100 |
| 11/04/16 2201 | 121/74 | Lying | 152 | 26 | Apical | 98.0 | Axillary | 31 | | 98 |
| 11/05/16 0000 | | | 145 | 26 | Apical | 98.5 | Axillary | | | 99 |
| 11/05/16 0430 | | | 141 | 30 | Apical | 98.1 | Axillary | | | 98 |
| 11/05/16 0738 | | | 148 | 24 | Apical | 99.4 | Axillary | | | 95 |
| 11/05/16 1127 | | | 174 | 24 | Machine | 98.4 | Axillary | | | 99 |
| 11/05/16 1539 | | | 150 | 28 | Machine | 99.4 | Axillary | | | 99 |
| 11/05/16 1930 | | | 120 | 24 | Machine | 98 | Temporal | | | 99 |
| 11/06/16 0000 | | | 115 | 22 | Machine | 98 | Temporal | | | 98 |
| 11/06/16 0400 | | | 119 | 24 | Machine | 97.9 | Temporal | | | 98 |

### Intake & Output

| Period: 12.00 | 11/04/16 | 11/05/16 | | 11/05/16 | 11/06/16 | |
|---|---|---|---|---|---|---|
| Hrs Ending | 1900 | 0700 | *24 hr* | 1900 | 0700 | *24 hr* |
| **Intake (ml)** | | | | | | |
| ORAL: Not H2O: | | 120 | 120 | 300 | 120 | 420 |
| IV: | | 450 | 450 | 600 | 600 | 1200 |
| TYPE: | | | | | 50 | 50 |
| Total Intake | | 570 | 570 | 900 | 770 | 1670 |
| **Output (ml)** | | | | | | |
| Void X XN: | | 2 | | 3 | 2 | |
| | | | | 0 | | |
| Stool X: | | | | | | |
| Fluid Balance | | 570 | 570 | 900 | 770 | 1670 |

Δ T/Tympanic   • R/Rectal/No Response   ○ O/Orally   | A/Axillary   X /   • Resp. Rate:   ∇ Heart Rate:
                                        ↕ Off graph



Willis-Knighton South Nursing **LIVE**
Vital Signs / I&O / Diabetic Flowsheet

Page: 1

HENDERSON,AALIYAH L (K000629604)
Age/Sex: 3Y 01M F
Room: 5ES K,E5516 1 (Admitted 11/04/16)

96 hours
from Nov 1, 2016 0701 to Nov 5, 2016 0700
Printed 11/05/16 at 0622 by GRIFFJ1.NS

### Vital Signs

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/16 1930 | | | | | | | | 30 | 15.951904 | |
| 11/04/16 2200 | | | | | | | | | | 100 |
| 11/04/16 2201 | 121/74 | Lying | 152 | 26 | Apical | 99.0 | Axillary | 31 | | |
| 11/05/16 0000 | | | 145 | 26 | Apical | 98.5 | Axillary | | | 98 |
| 11/05/16 0430 | | | 141 | 30 | Apical | 98.1 | Axillary | | | 99 |

### Intake & Output

| Period: 12.00 | 11/03/16 | 11/04/16 | | 11/04/16 | 11/05/16 | |
|---|---|---|---|---|---|---|
| Hrs Ending | 1900 | 0700 | *24 hr* | 1900 | 0700 | *24 hr* |
| Intake (ml) | | | | | | |
| ORAL: Not H2O | | | | | 120 | 120 |
| IV: | | | | | 450 | 450 |
| Total Intake: | | | | | 570 | 570 |
| Output (ml) | | | | | | |
| Void X NM: | | | | | 2 | |
| Fluid Balance | | | | | 570 | 570 |

Δ T/Tympanic   • R/Rectal/No Response   o O/Orally   | A/Axillary   X /   • Resp. Rate:   ∇ Heart Rate:
↓↑ Off graph



```
RUN DATE: 10/01/19                    Laboratory System *Live*                        PAGE 1
RUN TIME: 1347                     WKS Discharge Summary Report
RUN USER: PARRM.HM
```

LOCATION

```
| PATIENT:                    L    ACCT #: K32957086    LOC:  5ES      U #: K000629604 |
|                                  AGE/SX: 3Y 01M/F    ROOM: K.E5516   REG: 11/04/16   |
| REG DR:  Craig, Anna M M.D.      STATUS: DIS IN      BED:  1         DIS: 11/06/16   |
```

CHEMISTRY
GENERAL CHEMISTRY

| | | | | Reference | Units |
|---|---|---|---|---|---|
| Day | 3 | 1 | | | |
| Date | NOV 6 | NOV 4 | | | |
| Time | 0601 | 1656 | | | |
| => Glucose | 83 (a) | (b) H | | (70-109) | mg/dL |
| => Potassium | 3.9 # | 5.4 H | | (3.5-5.1) | mmol/L |
| => Sodium | 145 | 143 | | (136-145) | mmol/L |
| => Chloride | 110 H | 113 H | | (98-107) | mmol/L |
| => CO2 | 23 | 18 L | | (21-32) | mmol/L |
| => BUN | 3 #L | 12 | | (7-18) | mg/dL |
| => Creatinine | 0.32 | 0.40 | | | mg/dL |
| => Calcium | 9.7 | 9.8 | | (8.5-10.1) | mg/dL |
| => Anion Gap | 12.0 | 12.0 | | (5.0-15.0) | mmol/L |
| => eGFR | (c) | (d) | | (>60) | SeeBelow |
| => eGFR *non- | (e) | (f) | | (>60) | SeeBelow |

```
NOTES:  (a)  Glucose Reference Ranges:

             Fasting Glucose Level:     70-109 mg/dL
             Impaired Fasting Glucose: 110-125 mg/dL
                 Defined by the ADA as a category at risk for future
                 diabetes and cardiovascular disease.

         The American Diabetes Association (ADA) recommends the
         following criteria for the diagnosis of diabetes:
                     Abnormal Fasting Glucose:  >=126 mg/dL
         Symptoms of diabetes and a random glucose: >=200 mg/dL

         (b)  132 H
              See also (a)
         (c)  Test not performed
         (d)  Test not performed
         (e)  Test not performed
         (f)  Test not performed
```

```
| Patient:                    L    Age/Sex: 3Y 01M/F   Acct#K32957086    Unit#K000629604 |
```

```
RUN DATE: 10/01/19                    Laboratory System *Live*                         PAGE 2
RUN TIME: 1347                     WKS Discharge Summary Report
RUN USER: PARRM.HM
```

<u>LOCATION</u>

| Patient: ███████████ L | #K32957086 | (Continued) |
|---|---|---|

HEMATOLOGY

| | Day | 3 | 1 | Reference | Units |
|---|---|---|---|---|---|
| | Date | NOV 6 | NOV 4 | | |
| | Time | 0601 | 1656 | | |
| => White Blood Cel | | 10.0 | 19.4 H | (4.0-12.0) | 10^9/L |
| => Red Blood Cell | | 4.49 | 4.43 | (4.1-5.2) | 10^6/uL |
| => Hemoglobin | | 10.7 L | 10.7 L | (11.8-14.7) | g/dL |
| => Hematocrit | | 34.4 L | 33.5 L | (35.0-44.0) | % |
| => MCV | | 76.5 | 75.6 | (74.0-89.0) | fL |
| => MCH | | 23.8 L | 24.1 L | (27.1-34.2) | pg |
| => MCHC | | 31.1 L | 31.9 L | (33.0-35.6) | g/dL |
| => RDW | | 14.6 H | 15.0 H | (12.0-14.0) | % |
| => Platelet Count | | 290 | (g) | (130-351) | 10^3/uL |
| => Mean Plt Volume | | 7.4 | | (6.6-10.2) | fL |
| => Neutrophils | | 53.9 | (h) | (Not Estab.) | % |
| => Lymphocytes | | 36.4 | 1.8 | (Not Estab.) | % |
| => Monocytes | | 8.4 | 1.0 L | (3-10) | % |
| => Eosinophils | | 0.9 | 0.2 | (0.0-8.0) | % |
| => Basophils | | 0.4 | 0.2 | (0.0-3.0) | % |
| => Neutrophils # | | 5.4 | 18.7 | (Not Estab.) | 10^3/uL |
| => Lymphocytes # | | 3.6 | 0.4 | (Not Estab.) | 10^9/L |
| => Monocytes # | | 0.8 | 0.2 | (Not Estab.) | 10^3/uL |
| => Eosinophils # | | 0.1 | 0.0 | (Not Estab.) | 10^3/uL |
| => Basophils # | | 0.0 | 0.0 | (Not Estab.) | 10^3/uL |
| => Segmented Neut | | | 82 | (Not Estab.) | % |
| => Banded Neut | | | 15 | (Not Establis | % |
| => Lymphocytes | | | 3 | (Not Estab.) | % |
| => Hypochromic | | | 1+ | (NORMAL) | |
| => Plt Estimate | | | (i) | (NORMAL) | |

```
NOTES:  (g)  Test not performed
             Unable to perform Platelet Count due to clumping of
             platelets.
        (h)  96.8
             *See MANUAL DIFF
             Disregard Automated Differential.
        (i)  NORMAL
```

| Patient: HENDERSON ███████ L | Age/Sex: 3Y 01M/F | Acct#K32957086 | Unit#K000629604 |
|---|---|---|---|

```
RUN DATE: 10/01/19              Laboratory System *Live*              PAGE 3
RUN TIME: 1347                WKS Discharge Summary Report
RUN USER: PARRM.HM
```

<u>LOCATION</u>

| Patient: ███████████ L | #K32957086 | (Continued) |
|---|---|---|

### PCR TESTS

```
Day                  1
Date            NOV 4
Time            1730                      Reference    Units

=> RSV by PCR      |  (j)   |             (Negative)
=> Comments        |  (l)   |
```

```
NOTES:  (j)   Negative
              See also (k)
        (k)   NEGATIVE test results do not preclude RSV infection and
              should not be used as the sole basis for treatment or other
              patient management decisions.  False negative results may
              occur if virus is present at levels below the analytical
              limit of detection or the virus mutates in the target
              region.
        (l)   See Below
              See also (m)
        (m)   The results of this assay should be interpreted in
              conjunction with other laboratory and clinical data.
```

| Patient: ████████████ L | Age/Sex: 3Y 01M/F   Acct#K32957086   Unit#K000629604 |
|---|---|

Age/Sex: 4Y 00X F
Unit #: X000629604
Admitted: 11/04/16 at 2029
Status: DIS IN

Attending: Craig, Arza K.X.D.
Account #: M29957086
Location: 5DB
Room/Bed: X.B5516-1

Willis-Knighton South Nursing **LIVE**
Patient's Plan Of Care - PEDIATRIC BASIC PLAN OF CARE

Status: Discharged
Initiated: 11/04/16
Completed:
Protocol:

Page 1
Printed
10/01/19
at 1352

| | STS | INT BY | TGT | COMP BY | INTERVENTIONS | COMP BY | INT BY | DATE & TYPE DIRECTIONS | STS |
|---|---|---|---|---|---|---|---|---|---|
| **Basic Pediatric Nursing Care** | | | | | | | | | |
| * Basic nursing care will be provided. | D 11/04/16 | JG | 11/06/16 | | * Reassessment/Evaluation - Pediatrics | | 11/04/16 | JG | | D |
| | | | | | Direction ->67.19 Document when done | | | | |
| | | | | | * Intake | | 11/04/16 | JG | | D |
| | | | | | - PROTOCOL: I&O | | | | | |
| | | | | | * Output | | 11/04/16 | JG | 11/04/16 2042 06.28 | D |
| | | | | | - PROTOCOL: I&O | | | | | |
| | | | | | * Vital Signs | | 11/04/16 | JG | 11/04/16 2042 06.18 | D |
| | | | | | Vital Signs taken by a RN, are reviewed | | | | 11/04/16 2042 O4H | D |
| | | | | | by an RN. | | | | | |
| | | | | | - PROTOCOL: VITALSIGNS | | | | | |
| | | | | | * Feed With Assistance | | 11/04/16 | JG | 11/04/16 2042 MEALTIMES | D |
| | | | | | - PROTOCOL: FEEDMEAL | | | | | |
| | | | | | * Formula Prep | | 11/04/16 | JG | 11/04/16 2042 MEALTIMES | D |
| | | | | | * Feed Formula Per Family Or Staff | | 11/04/16 | JG | 11/04/16 2042 Q3H | D |
| | | | | | * Bath, Total Bed - Toddler | | 11/04/16 | JG | 11/04/16 2042 DAILY | D |
| | | | | | - PROTOCOL: BATHTOD | | | | | |
| | | | | | * Linen Changed | | 11/04/16 | JG | 11/04/16 2042 DAILY | D |
| | | | | | * Emotional Support/Teaching | | 11/04/16 | JG | 11/04/16 2042 AS NEEDED | D |
| | | | | | * Clergy Visits | | 11/04/16 | JG | 11/04/16 2042 DAILY | D |
| | | | | | * Physician Rounds | | 11/04/16 | JG | 11/04/16 2042 DAILY | D |
| | | | | | * Discharge Assessment/Planning | | 11/04/16 | JG | 11/04/16 2042 AS NEEDED | D |
| | | | | | * Weight, Daily, PEDI Or NSY | | 11/04/16 | JG | 11/04/16 2042 DAILY | D |
| | | | | | * Critical Value Reporting | | 11/04/16 | JG | 11/04/16 2042 DAILY | D |
| | | | | | * IV Site =1 Check/Care | | 11/04/16 | JG | 11/04/16 2042 Q2H | D |
| **ACTUAL PROBLEM FOR** | D 11/04/16 | JG | | | | | | | |
| * No evidence of injury to patient. | D 11/04/16 | JG | 11/08/16 | | * Safety Checks | | 11/04/16 | JG | 11/04/16 2042 Q2H | D |
| **KNOWLEDGE DEFICIT** | D 11/04/16 | JG | | | | | | | |
| * Patient/family will Verbalize | D 11/04/16 | JG | 11/08/16 | | * Patient Education | | 11/04/16 | JG | 11/04/16 2042 AS NEEDED | . |
| Understanding of Diagnosis and | | | | | | | | | |
| Treatment. | | | | | | | | | |
| **Pain Management** | D 11/04/16 | JG | | | | | | | |
| * Pain Level Acceptable to Patient | D 11/04/16 | JG | 11/07/16 | | * PAIN Assessment / Management - PEDI | | 11/04/16 | JG | 11/04/16 2042 PRN | D |
| **Breathing Pattern, Ineffective** | D 11/04/16 | JG | | | * Breathing Pattern, Ineffective | | 11/04/16 | JG | 11/04/16 2206 ONSHIFT | . |
| * ALWAYS BREATHING EFFECTIVE | D 11/04/16 | JG | | | | | | | |
| **PATIENT AT HIGH RISK FOR FALLS** | D 11/04/16 | JG | | | * High Fall Risk Intervention | | 11/04/16 | JG | 11/04/16 0000 Q2H | . |
| * NS: Patient risk for falling reduced. | D 11/04/16 | JG | | | Pt. and, as needed, their family, are | | | | | |
| | | | | | educated on the fall reduction program | | | | | |
| | | | | | and any individual fall reduction | | | | | |
| | | | | | strategies, including, but not limited | | | | | |
| | | | | | to: | | | | | |
| | | | | | 1. MEDICATION REVIEW (vasoactive drugs, | | | | | |
| | | | | | antihypertics, antihistamines, | | | | | |
| | | | | | diuretics, etc) | | | | | |
| | | | | | 2. USE CORRECTIVE LENSES, if applicable | | | | | |
| | | | | | 3. ASSIST WITH AMBULATION. | | | | | |
| | | | | | 4. OFFER BATHROOM ASSISTANCE. | | | | | |
| | | | | | 5. USE NON-SKID FOOTWEAR. | | | | | |
| | | | | | 6. CLOSELY OBSERVE DISORIENTED PATIENTS | | | | | |
| | | | | | 7. ENSURE ADEQUATE LIGHTING AT NIGHT | | | | | |
| | | | | | 8. USE PROTECTIVE/ASSISTIVE DEVICES | | | | | |
| | | | | | (w/c, geri-chairs, etc) | | | | | |

Age/Sex: 47 06X F
Unit #: XC00629606
Admitted: 11/04/16 at 20:9
Status: DIS IN

Attending: Craig, Anna K M.D.
Account #: K32957086
Location: 5ES
Room/Bed: K.255:16-1

HENDERSON,AM.IYAH L.

Willis-Knighton South Nursing **LIVE**
Patient's Plan of Care - PEDIATRIC BASIC PLAN OF CARE

Status: Discharged
Initiated: 11/04/16
Completed:
Protocol:

Page 2
Printed
-3/01/29
at 1352

STS

| | STS INT BY | TRGT | COOP BY | INTERVENTIONS | DATE & TIME | INT BY | COOP BY | DATE & TIME | DIRECTIONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES. | | | | | |
| | | | | 10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED. | | | | | |
| | | | | 11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH. | | | | | |
| | | | | 12. KEEP ROOM FREE OF CLUTTER. | | | | | |

ADDITIONAL INTERVENTIONS

| | INT BY | COOP BY | DATE & TIME | DIRECTIONS | STS SRC | |
|---|---|---|---|---|---|---|
| * Pediatric Adult Assessment. | 11/04/16 JG | | 11/04/16 2321 ADMIT | | D AS | |
| * Telemetry Monitoring | 11/05/16 ISR | | 11/05/16 0012 BATH | | D PS | |
| * Discharge Summary | 11/06/16 KNB | | 11/06/16 1:00 AT TIME OF DISCHARGE | | D AS | |
| - PROTOCOL_DISCHARGE | | | | | | |

| Vendor | Initials | Name | Nurse Type |
|---|---|---|---|
| | :SR | ROBINSON, INGRID S | LVN-PT |
| | JG | GRIFFITH,JENNIFER | RN |
| | KNB | BRAGG,KAYLA N | RN/PP |

**Age/Sex:** 4Y 04X F  
**Unit #:** K000629604  
**Admitted:** 11/04/16 at 2019  
**Status:** DIS IN  
**Account #:** K32957086  
**Location:** 5126  
**Room/Bed:** K.E5516-1  

**Attending:** Craig, Acra M.M.D.

Willis-Knighton South Nursing **LIVE**  
HMS PRINT ALL NURSING INTERVENTION

## Problem/Goal/Intervention Description (left panel)

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/04/16       Time: 0000**

200223 High Fall Risk Intervention.  
Pt. and, as needed, their family, are educated on the fall reduction program and any individualized fall reduction strategies, including, but not limited to:

1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc)
9. ENGAGE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Create    11/04/16 0000  JG  11/04/16 2226  JG    A  Q2H    CP

**Activity Date: 11/04/16       Time: 2042**

Problem: Basic Pediatric Nursing Care  
Goal: Basic nursing care will be provided.
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A      CP
- Ed Target  11/04/16 2042  JG  11/04/16 2043  JG    A  11/08/16      None => 11/08/16

100006 Discharge Assessment/Planning
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  AS NEEDED    CP

Reassessment/Evaluation - Pediatrics
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A
100507 Direction ->07,19  Document when done
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A
Critical Value Reporting
100010 Direction ->07,19
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A    CP
Family Support/Teaching
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  AS NEEDED    CP
IV Site #1 Check/Care
200008 Direction ->07,19
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  Q2H
Bath, Total Bed - Toddler
250510-A
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  DAILY
250512 Linen Changed
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  DAILY    CP

## Problem/Goal/Intervention Description (right panel)

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/04/16       Time: 2042**

400010 Vital Signs  
Vital Signs taken by a NAI are reviewed by an RN.
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  Q2H    CP
401335 Weight, Daily, PEDS or NSY
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  DAILY    CP
450010 Intake
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  Q6,18    CP
450013 Output
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  Q6,18    CP
550030-B Feed With Assistance
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  MEALTIMES    CP
550040 Formula Prep
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  MEALTIMES    CP
550090 Feed Formula Per Family or Staff
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  Q3H    CP
600515 Physician Rounds
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  DAILY    CP
600516 Clergy Visits
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  DAILY    CP
200022 Problem: INJURY, POTENTIAL FOR  
Goal: No evidence of injury to patient.
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A
- Ed Target  11/04/16 2042  JG  11/04/16 2043  JG    A  11/08/16      None => 11/08/16
200021 Safety Checks
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  Q2H    CP
Problem: KNOWLEDGE DEFICIT  
Goal: Patient/Family will verbalize understanding of Diagnosis and Treatment.
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  11/08/16
- Ed Target  11/04/16 2042  JG  11/04/16 2043  JG    A  11/08/16      None => 11/08/16
Patient Education
-D    11/04/16 2042  JG  11/04/16 2043  JG    A  AS NEEDED    CP
Problem: Pain Management
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A
Goal: Pain level Acceptable to Patient
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  11/07/16
- Ed Target  11/04/16 2200  JG  11/04/16 2043  JG    A      None => 11/07/16
102012 PAIN Assessment - PEDI  
- Management - PEDI
- Create    11/04/16 2042  JG  11/04/16 2043  JG    A  PRN    CP

**Activity Date: 11/04/16       Time: 2200**

100006 Discharge Assessment/Planning
- Document  11/04/16 2200  JG  11/04/16 2328  JG    A  AS NEEDED    CP

Discharge Problems/Needs Identified: N

Page: 2 of 31

**Age/Sex:** 4Y 6&M F
**Unit #:** K000629604
**Admitted:** 11/04/16 at 2019
**Status:** DIS IN

**Attending:** Craig, Anna M.M.D.
**Account #:** K32957086
**Location:** 5E5
**Room/Bed:** K.55516-1

Willis-Knighton South Nursing **LIVE**
HDMS PRINT ALL NURSING INTERVENTION

Printed 10/01/19 at 1352

| Problem/Goal/Intervention Description | | | | | |
|---|---|---|---|---|---|
| Activity Type | Occurred Date Time by Date | Recorded | Sts by Comment | Directions Documented Units | From Charge |

Activity Date: 11/04/16          Time: 2200  (continued)

:00006   Discharge Assessment/Planning (continued)
:S/S OF RESPIRATORY DISTRESS
:WHEN TO SEEK MEDICAL ATTENTION
:FOLLOW UP CARE
:MEDS/DIET/ACTIVITY

Arrangements Made to Meet Need(s): Y
:ONGOING TEACHING
:
:

:02200C   Emotional Support/Teaching               AS NEEDED   A        CP
- Document     11/04/76 2200  JG  11/04/16 2328  JG
:20000E   IV Site #1: Check/Care                    Q2H         A        CP
- Document     11/04/16 2200  JG  11/04/16 2330  JG
        IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
        Site Description #1: Normal
        Rate (cc/hr) #1: 50
Type of IV Solution #1:  (See text): NS
        IV Site Changed #1:
:IVPB Tubing Changed #1: 11/04/16
        PSI Limit Settings #1:
        PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
IV Dressing Changed Time #1:
        Rate IV (#1) started: 11/04/16   Time IV (#1) started:
:200221   Safety Checks                            Q2H         A        CP
- Document     11/04/16 2338  JG  11/04/16 2320  JG
        Crib Rails (Up / Down): Not Applicable
        Number of Bed Rails Up: 3
        Bed Brakes Locked: Y
Are bedrails up because of meds given: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: N
        CPM in use: N
        Pt. Off Unit: N
:D   Patient Education                                         A NEEDED          CP
- Document     11/04/16 2200  JG  11/04/16 2320  JG
Learner's Preferred Method: One-on-One Teaching
        Language Spoken (002): English
        If Other, Describe:
:
:Religious or Cultural practices that may affect learning: N

| Problem/Goal/Intervention Description | | | | | |
|---|---|---|---|---|---|
| Activity Type | Occurred Date Time by Date | Recorded | Sts by Comment | Directions Documented Units | From Charge |

Activity Date: 11/04/16          Time: 2200  (continued)

:D   Patient Education (continued)
:   If YES, describe:
*Physical limitations that may affect learning (Y/N): N
:   If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
:   If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
:   If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
        :CALL NURSE AT ONSET OF ANY SIGNS OF PAIN
:

P:Family encouraged to report concerns about Pt. safety issues: N
What safety issues have been addressed with the patient: ID BAND ON, CALL LIGHT IN REACH
        :BED IN LOW POSITION, SIDE RAILS UP, MOM AT BEDSIDE
:
*Is patient/family motivated to learn (Y/N): Y
:I NO, explain:
:
:                                         TEACHING NEEDS
:
:LEARNING NEEDS
:
*Disease (Y/N): Y   BRONCHIOLITIS WITH HYPOXIA
        Location (Y/N): N
*Equipment (Y/N): Y   CALL LIGHT, BED CONTROLS, O2 SETUP, HEN
*Procedure (Y/N): Y   :ACVGT
*Medication (Y/N): Y   :SEE MAR/ADMIT
*New Medication (Y/N): N  :
        Education:
:
*Follow-up care (Y/N): Y   :PER MD AT DC
Meds/Resources (Y/N): N
*Nutrition (Y/N): Y   :TODDLER DIET
        Other Teaching: PLAN OF CARE, PEDIATRIC SECURITY POLICY
:
If applicable, pt has demonstrated competence to self administer medications: N
        Med1: NA                    Med2: NA                    Med3: NA
:
        Method Of Instruction: Explain
Evidence of Learning Demonstrated By: Expresses Understanding
:02012   PAIN Assessment / Management - PEDI   A   PRN          CP
- Document     11/04/16 2200  JG  11/04/16 2329  JG
Are You having PAIN / DISCOMFORT Now: N
        Is this a new episode of pain:
                Location Of Pain:
                Duration Of Pain:
                Pain Frequency:
                Character of Pain:
                Onset of Pain:
                Pain Relieved By:

Willis-Knighton South Nursing **~IVS**
HHS PRINT ALL NURSING INFORMATION

Age/Sex: 4Y 0KY F
Unit #: K000629604
Admitted: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Anna M.M.D.
Account #: K12957086
Location: 5ES
Room/Bed: K.E5516-1

Page: 3 of 31
Printed 10/01/19 at 1152

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16          Time: 2200  (continued)

:C0Z.2       PAIN Assessment / Management - PEDS (continued)
             Pain Made Worse By:
             Cause of pain:
Pain scale used to assess pain:
             Pain score: 0
             ------Pain Interventions------
             Pharmacologic (see MAR): N
Non-Pharmacologic:
   Emotional support:                 Y
                                      Y
Comfort measures:                     Y
Cognitive techniques:                 N
3C0000C      Breathing Pattern, Ineffective    A  Q8HIFT
- Document   11/04/16 2200  JG 11/04/16 2338  JG
             SAO2: 100
Is patient on oxygen? Y
2C0023       High Fall Risk Intervention        A  Q2H
             Pt. and, as needed, their family, are
             educated on the fall reduction program
             and any individualized fall reduction
             strategies, including, but not limited
             to:

             1. MEDICATION REVIEW (vasoactive drugs,
                antipsychotics, antihistamines,
                diuretics, etc).
             2. USE CORRECT LOW LEVELS, if applicable.
             3. ASSIST PATIENT WITH AMBULATION.
             4. OFFER BATHROOM ASSISTANCE.
             5. USE NON-SKID FOOTWEAR.
             6. CLOSELY OBSERVE DISORIENTED PATIENTS
             7. ENSURE ADEQUATE LIGHTING AT NIGHT
             8. USE PROTECTIVE/ASSISTIVE DEVICES
                (W/C, geri-chairs, etc).
             9. EDUCATE FAMILY TO REINFORCE FALL
                PREVENTION STRATEGIES.
            10. INSTRUCT PATIENT TO ASK FOR
                ASSISTANCE OUT OF BED.
            11. ENSURE PATIENT CARE ITEMS ARE
                WITHIN REACH.
            12. KEEP ROOM FREE OF CLUTTER.
- Document   11/04/16 2200  JG 11/04/16 2338  JG

Activity Date: 11/04/16          Time: 2201

:C0522       Pediatric Adult Assessment
- Create     11/04/16 2201  JG 11/04/16 2226  JG
- Document   11/04/16 2201  JG 11/04/16 2226  JG
             ------TRAVEL QUESTIONS - MANDATORY------
             For patients presenting with the following symptoms:
             Fever or >100.4 deg F, Headache, Muscle Pain, Vomiting

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16          Time: 2201  (continued)

:C0522       Pediatric Adult Assessment (continued)
             Diarrhea, Abdominal Pain, or Unexplained Hemorrhage.

             Have you or a Close contact traveled outside of the
             continental US or come into contact with an Ebola patient
             in the past 30 days? N

             If the answer is YES, ask where the patient or Close
             contact has traveled:

             Traveled to Where?
             If they say Africa, please ask item where in Africa
             If travel to Guinea, Liberia, Nigeria, or Sierra Leone
             is identified, isolate the patient IMMEDIATELY and contact
             the ND, contact the Nursing House Supervisor, and
             Infection Prevention and Control.

             ------ GENERAL DATA ------
             Information Obtained from: Mother
             Mode of Admission: Wheel Chair
             *Admitted From: Emergency Room
             I.D. Band Applied: Yes ID Band Applied
             ------ Patient Language and Communication Barriers ------
             Do you have a Barrier to Communication (Y/N): N
                WK Interpretive Services Needed?
                Interpretive Services Provided:
                Interpreter ID Number:
             Language Preference for Medical Communication: ENGLISH
                If other, please specify:
             ------ Patient Advocate Support Person. ------
             ------ Barrier to Communication (Y/N): N
             Language Preference for Medical Communication: ENGLISH
                If other, please specify: NA
             Do you want anyone notified of your admission? No
                Name and number of person to notify: NN
                Was contact made? No

             What HEALTH PROBLEM Brought You To The Hospital: BREATHING DIFFICULTY, COUGHING, FEVER
             *Repeat Hospital Admit Within 30 Days: N
                If yes, what and for what:
             DX #1: BRONCHIOLITIS WITH HYPOXIA
             DX #2:

             ------ VITAL SIGNS ------
             Blood Pressure: 122/74           BP Position: Lying
             Heart Rate: 152                  Type Of Temperature: Axillary
             Temp: 99.0                       Heart Rate Source: Apical
             Resp. Rate: 26                   SAO2: 100
                                              Weight Source:
             Ht. (FT): 31                     Wt. (LB): 31
             Ht. (IN): 36                     Wt. (KG): 14.1
             Head Circ (cm):                  Wt. (OZ):
                                              ------ ALLERGIES ------

HENDERSON
Willis-Knighton South Nursing **LIVE***
HIMS PRINT ALL NURSING INFORMATION

Age/Sex: 4Y OXX F          Attending: Craig, Anna A M.D.
Unit #: K000629604         Account #: K32957086
Admitted: 1?/04/16 at 2029  Location: 5ES
Status: DIS IN             Room/Bed: K.ES516-1

Page: 4 of 31
Printed 10/01/19 at 1352

---

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Comment | Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16          Time: 2201   (continued)

:00522   Pediatric Admit Assessment (continued)

---- PAIN ----

Are You Having PAIN / DISCOMFORT Now: N
Location Of Pain:
Pain Frequency:
Cause of Pain:
Pain Made Worse By:

Direction of Pain:
Character of Pain:
Pain Relieved By:
Cause of Pain:

Fear most about pain:
Problems caused by pain:
Who else have you confided about pain:
What treatments might help the pain:
Pain scale used to assess pain:
Pain Scale Explained, Understanding Voiced:
Patient's Acceptable Level of Pain:

Pain score:

---- IMMUNIZATIONS ----

Immunizations Current: Y Comment:
Flu Vaccine this flu season (Sep 1 - Mar 31): No

---- MEDICATION LIST & ALLERGIES ----

Current Meds or Herbals Being Taken: Y   All Medication Information Unobtainable: N

| MEDICATION | DOSE | ROUTE | FREQUENCY | LAST TAKEN DATE | TIME |
|---|---|---|---|---|---|
| ALBUTEROL | :1/2 UD | :MDI | :Q 4 HRS PRN | : | : |
| :ANTIFUNGAL CREAM | | :TOP | :Q DAY | : | : |
| : | | : | : | : | : |
| : | | : | : | : | : |
| : | | : | : | : | : |
| : | | : | : | : | : |
| : | | : | : | : | : |
| : | | : | : | : | : |

Parent Informed Of Policy Regarding Outside Medications: N
Mother's Prenatal History: ROUTINE CARE
: PT BORN AT 27 WEEKS - PREECLAMPSIA

---- MEDICAL HISTORY ----

---

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Comment | Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16          Time: 2201   (continued)

:00522   Pediatric Admit Assessment (continued)
Does the PATIENT ONLY Have a History of:
  Birth Defects: N                    Prematurity: Y              GI Problems: N
  GU Problems: N                      Seizures: N               *Heart Disease: N
  Hypertension: N  Sickle Cell Trait: N                          Resp. Problem: Y
Food Allergies-Intol: NKFA           Cancer: N
Psychiatric Disorder(s): N

-------- DIABETIC HISTORY --------
                                     Diabetes Treatment:
                                     Diabetes: None
Does home blood sugars? (Y/N)
Have you ever received education about your diet:
Have you ever received education about managing diabetes:
Was your last HgbA1C less than 8%:

FAMILY HISTORY Of: Asthma: N         Cancer: N         Diabetes: Y    Heart Disease: N
                   High Blood Pressure: Y  Kidney Problems: N         Seizures: N    Psyc. Disease: N

Other Significant History of: N? FOR 100 DAYS, ON THE VENT FOR 1 MONTH, BLOOD TRANSFUSION
: WHILE IN NI

---- PREVIOUS SURGICAL HISTORY ----

Previous Surgeries: NONE

Is the Patient having surgery? N   Last Food or Drink Intake:   Date:         Time:
Have you or any of your relatives had any problem with anesthesia/sedation (high fever,
difficulty awakening, etc): N
If YES, explain:

---- MUSCULOSKELETAL ----

Musculoskeletal / Functional Limitations: None
  Site Of Abnormality/Limitation 1: Not Applicable
  Site Of Abnormality/Limitation 2: Not Applicable
  Gait: Unsteady: N  Difficulty Walking: N

---- GASTROINTESTINAL ----

Nutritional Problems: No Problem Stated     GI Problems: Not Applicable
  Current Problem: Not Applicable       Abdomen: Normal
                                        Abd. Girth: (cm):
                                        Tubes: NA
  Bowel Sounds: Present                 Diet: REGULAR
  Ostomy: Not Applicable          Receiving *TPN: N  *Tube Feeding: N
Date of Last Bowel Movement: 11/04/16

---- GENITOURINARY ----

Urogenital Tract Female: No abnormalities
Urogenital Tract Male:
  Urination: Normal voiding pattern          Color Of Urine: NOT OBSERVED
  Tubes: NA                            Fo:ey: N Ostomy: Not Applicable

HENDERSON

Willis/Knighton, South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 5 of 11

Printed 10/01/19 at .2352

Age/Sex: 4Y 04M F
Unit #: K00062960A
Admitted: 11/04/16 at 2019
Status: DIS CN

Attending: Craig, Anna M.M.D.
Account #: K12957086
Location: 5ES
Room/Bed: K.ES516-1

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Time by Date | Sts Time by Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16        Time: 2201    (continued)

100522     Pediatric Admit Assessment (continued)
           ---- RESPIRATORY ----
Resp. Effort: Using Accessory Muscles    Respiratory Comment: Shallow
Breath Sounds: Wheezing                  Other Comments: DIMINISHED BREATH SOUNDS
      Cough: Productive                  Secretion Amount: Not Observed
Secretion Color: Not Applicable          Secretion Consistency:
     Tracheostomy: N

           ---- CIRCULATORY ----
Heart Sounds: Regular              Edema Location:
      Edema: None
Pulse Quality: Normal Pulsation    Abnormal Pulse Location(s): NA

Transfusion: N Reaction:  if Yes, Explain:
Capillary Refill greater than 3 seconds: N Location:

           ---- SKIN ----

Is this a PRE-ADMIT Assessment: N
I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temperature/Character: Warm & Dry            Skin Color: Normal

Pressure Ulcer/Skin Impairment on Admit: N    If YES, list all Location(s) and use the Skin
                                              Description: Lookup and/or Free Text for EACH.
                                  If >.0 locations, document remaining in a Patient Note.

       LOCATION              SKIN DESCRIPTION
:Arm            :Rash:
                :
                :
                :
                :
                :
                :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, ect):
      :HEALING RINGWORM LIKE RASH TO BACK OF RIGHT UPPER ARM
      :OTHERWISE SKIN INTACT
      :
      :
      :
      :
Unable to Assess Incison: Dressing Intact:
      Location:

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Time by Date | Sts Time by Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16        Time: 2201    (continued)

100522     Pediatric Admit Assessment (continued)
           Drain:
           Drainage:

                            ---- NEURO/PAIN ----

Level Of Alertness: Alert                                Eyes: Open spontaneously
                              Speech: Incomprehensible Sounds     Weak: NO WEAKNESS FOUND
Best Motor Response: Moves All Extremities     Dominant Side:        V P Score: N
                                                                    V P Score: N

*Developmentally Delayed: Mentally
Oriented To: Person/Family: Yes
                 Location: No
                     Time: No

                  ---- DEVELOPMENTAL ASSESSMENT ----
Answer Y/N to appropriate category. Review abnormal results with MD at next rounds.
0-3 Months:          Does Your Baby Smile Or Coo:
             Does Your Baby Have A Tendency To 'Root' When Hungry:
           Does Your Baby Turn His/Her Head Toward Sound Of Voices:
         Do Baby's Eyes Move In Same Direction He/She Moves Head:
         Does Baby Grasp Objects That Touches Palm Of His/Her Hand:

        3 Months:
      Is Baby Able To Hold Its Head Steady When In Sitting Pos.:
              Does Your Baby Follow Moving Objects With Its Eyes:
          Does Your Baby Make Any Sounds Besides Crying And Coos:
                     Does Your Baby Watch Its Own Hands:

        6 Months:
        Does Your Baby Reach For Objects Out Of Its Reach:
              Does Your Baby See Small Objects, Such As Raisins:
        Does Baby Respond To Sound By Turning Head In Dir. Of Sound:
                     Does Your Baby Imitate Speech Sounds:

        9 Months:
          Does Your Baby Wave Bye-Bye:
    Does Baby Transfer An Object, Ex. Rattle, From Hand To Hand:
               Does Your Baby Make Dada And Mama Sounds:
          Does Baby Stand Up Holding Onto Someone Or Something:

        12 Months:         Does Your Child Play Patty-Cake:
    Does Child Hold An Object In Fact Hand & Bang Them Together:
    When Child Says Mama/Dada, Is It Said To The Approp Person:
         Is Child Able To Stand Alone For At Least Two (2) Seconds:

        18 Months:
    Does Child Drink From A Regular Cup Without Spilling:

Page 1115 of 1730

Page: 6 of 31

Printed 10/01/19 at .352

Age/Sex: 4Y 04M F
Unit #: K0006936604
Admitted: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Acne Y.M.D.
Account: K12957086
Location: 5PS
Room/Bed: K.25516-1

HENDERSON, █████ L

Willis-Knighton South Nursing **LIVE**
HYMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Date | Time by Comment | Sts Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16     Time: 2201    (continued)

100522    Pediatric Admit Assessment (continued)
Does Your Child Scribble When Given Crayons And Paper:
      Does Your Child Say Three (3) Words:
Can Child Walk All The Way Across A Lg. Rm. W/O Falling:

24 Months: Y
      Is Your Child Able To Remove All His/Her Clothes: No
Is Child Able To Stack 4 Objects, Blocks,On Top Of Ea Other: Yes
      Does Your Child Combine Words: Yes
      Is Your Child Able To Kick A Ball Forward: Yes

3 Years: Y
      Is Your Child Able To Wash And Dry His/Her Hands: No
Is Your Child Able To Name At Least Four Items In A Book: No
Does Child Comprehend At Least 2 Action Words, ie Dog Barks: No
      Is Your Child Able To Throw A Ball Overhand: Yes

4 Years:
      Does Your Child Dress Him/Herself Without Help:
      Is Your Child Able To Draw A Circle By Copying:
Does Child Use At Least Four Diff Action Words (Words):
      Does Your Child Hop On One Foot:

5 Years:
Does Child Play Board/Card Games With You / Other Children:
Is Child Able To Draw The Head & 2 Other Parts Of A Person:
      Is Your Child Able To Name Four Different Colors:
      Can Your Child Broad Jump:

6 Years:
      Can Your Child Copy A Square:
Can Your Child Repeat Five Numbers In Proper Sequence:
Is Your Child Able To Define Words, ie. Banana Is A Fruit:
      Can Your Child Skip:

7-10 Years:
Is Your Child In The Grade Appropriate For His/Her Age:
Has A Friend He/She Plays W\ On A Reg Basis Outside School:

11-13 Years:
      Is Your Child In The Grade Appropriate For His/Her Age:
Does Child Initiate And Complete Tasks Or School Projects:
Child Has A Group Of Peers W\ Whom Much Free Time Is Spent:

14-18 YEARS:
With Whom Do You Live:

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Date | Time by Comment | Sts Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 11/04/16     Time: 2201    (continued)

100522    Pediatric Admit Assessment (continued)
Tell Me About Your Family:
Do You Have Any Brothers:              How Many Brothers:
Do You Have Any Sisters:               How Many Sisters:

Are You Able To Talk To Your Parents:  Some Things?    What Things?    All Things?    Nothing?
Able Talk To Parents:

      What Grade Are You In School:
What Is Your Favorite Subject In School (Online Words):
What Kind Of Grades Do You Make (Good/Fair/Poor):
What Kind Of Hobbies Do You Have:
Do You Belong To Any Clubs, Groups, or Gangs: Which Ones:

Are You Allowed To Date Yet:
Have You Had Sex Education At School:
If Not, Refer To Monthly Program Growing Up Girls/Boys: Interested In Program:
                                                        Not Interested In Program:

Females: Y   Have you had your first period: N
      If Yes, What age (yrs) did you have your first period: NA
      If Yes, When Was Your Last Period: NA

----- SOCIAL HISTORY -----

Birth Wt (Lbs): 1     Birth Wt (Oz): 9    Birth Length (in): 11
Place of Birth (City and Hospital): LSU
Complications at Birth: Y If yes, what: PREECLAMPSIA

Does Patient Use Tobacco: N                 Type of Tobacco Used:
      How Much Tobacco Used:                How Long Tobacco Used:
      Does Caregiver Smoke: N

Does Patient Drink LIQUOR/BEER/WINE: N      Type of Alcohol Consumed:
      If Yes, How Much:                     How Long:

Do You Have a RELIGIOUS AND/OR CULTURAL TRADITION We Need To Consider: N
If YES, What:
Spiritual Support Request: No

      Potential Barrier to Learning: None

*Emotional/Psychiatric Assessment: Pediatric/Irritable
Should Anyone Else Be Included in Your Teaching: Y If Yes, Who: MOM
Do You Have Thoughts Of Harming Yourself: No
Do You Feel Abused Or Neglected In Anyway: No
Are You In a Situation Which Causes You Fear, Pain or Injury: No

Emergency Contact Name: ELIZABETH ALEXANDER
      Home Number: 318-347-0227
      Other Number: GRANDMOTHER

Age/Sex: 4Y 6MX F
Admitted: 11/04/16 at 2019
Status: ICS IN

Attending: Craig, Anna M.D.
Account #: K3295?086
Location: 3ES
Room/Bed: K.35516-;

HENDERSON,

Page: 7 of 31

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INTERVENTION

Printed 10/01/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Documented Comment Units | From Charge |
|---|---|---|---|---|

**Activity Date: 11/04/16       Time: 2201    (continued)**

:00522     --- VALUABLES/ASSISTIVE DEVICES  ---

PATIENT IS AN INFANT: N
  Glasses: Not Applicable         Contacts: Not Applicable
  Hearing Aid(s): Not Applicable  Dentures: Not Applicable/None
  Clothes: Not Applicable         Cash: Not Applicable
  Credit Cards: Not Applicable    Wallet: Not Applicable
  Jewelry: Not Applicable         Watch: Not Applicable
  Other: NA                       Disposition: Not Applicable
                                  Disposition: Not Applicable
                                  Disposition: Not Applicable
  Oriented N Walker: N W/C: N
Advised to keep Glasses, Contacts, Dentures, Etc In Drawer: N
Have You Signed An ORGAN DONATION CARD: N
                                         --- SAFETY  ---
Recent History Of:  Falls: N Bed Rails: N     *Family Or Sitter:
                    *Restraints: N            *Restraint Type:

Patient/Family Oriented To: Light: Y          Bed Control: Y          Telephone: Y
     Nursing Bedside Rounds: Y                Emergency Light: Y      Smoking Policy: Y
                            TV: Y  IV Pumps/Other Equip: Y            Rocker: Y
                           Crib: N                                    Supplies: Y

Pediatric Fall Risk Assessment
Age: 1
  (4) Less than 3 years old          Environmental Factors: 2
  (3) 3 to less than 7 years old     (4) History of Fall or Infant-Toddler
  (2) 7 to less than 13 year old         Placed in Bed
  (1) 13 years and above             (3) Patient uses assistive devices or
Gender: 1                               Infant-Toddler in Crib or
  (2) Male  (1) Female                   Furniture/Lighting
Diagnosis: 3                         (2) Patient Placed in Bed
  (4) Neurological Diagnosis         (1) Outpatient Area
  (3) Alteration in Oxygenation,     Response to Surgery/Sedation/Anesthesia 1
      Respiratory Diagnosis, Dehydration,  (4) Within 24 hours
      Anemia, Anorexia, Syncope,     (3) Within 48 hours
      Dizziness, etc.                (1) More than 48 hours
  (2) Psych/Behavioral Disorders     Medication Usage: 1
  (1) Other Diagnosis                (4) Multiple usage of: Sedatives, Hypnotics,
Cognitive Impairment: 1                 Barbiturates, Pneumatizers, Anti-
  (3) Not Aware of Limitations           depressants, Laxatives/Diuretics,
  (2) Forgets Limitations               Narcotic
  (1) Oriented to Own Ability        (2) One of the meds listed above
                                     (1) Other Medications/None
                                     Fall Risk Total: 12

-------- FALL PRECAUTIONS --------
Fall Precaution #1: Yellow fall wristband
Fall Precaution #2: Personal items in reach
Fall Precaution #3:
  Other Precautions: CALL BELL, BED RAILS
-------BRADEN Q SCALE FOR PEDS (LESS THAN 16 YEARS OLD)-------

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Documented Comment Units | From Charge |
|---|---|---|---|---|

**Activity Date: 11/04/16       Time: 2201    (continued)**

:00522     Pediatric Adult Assessment   (continued)

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| SENS PERCEP | | Completely limited | Very limited | Slightly limited | No Impairment |
| MOISTURE | | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| | | | Ltraclogzirs | Ltraclogzirs | Routclogcing |
| ACTIVITY | | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| NUTRITION | | Completely Unable | Very limited | Slightly limited | No limitation |
| | | Very Poor | Inadequate Eats/2 | Adequate Eats/2 | Age Appropriate |
| FRICT/SHEAR | | Significant Problem | Moderate Assist | Minimal Assist | No Apparent Problem |
| | | | Potential Problem | | |

Sensory Perception: 3      - Slightly limited
Moisture: 3                - Occasionally Moist
Activity: 4                - Age Appropriate
Mobility: 3                - Slightly limited
Nutrition: 3               - Adequate
Friction/Shear: 2          - Potential Problem
Total Braden Scale Score: 21       - Compromised

PERF/OXYGEN Extremely Compromised  Compromised  Adequate  Excellent
            O2>95% cap<sec         O2>95% cap>sec  cap<2sec  O2>95% cap<2sec

P: Safety information Booklet given to pt/family: Y

LFN Who Assisted in Data Collection:
RN Signature: GRIFFITH, N

**Activity Date: 11/04/16       Time: 2226**

Problem: Breathing Pattern, Ineffective
   - Create        11/04/16 2226  JG  11/04/16 2226  JG         A
Goal: AIRWAY BREATHING EFFECTIVE
   - Create        11/04/16 2226  JG  11/04/16 2226  JG         A
300C001        Breathing Pattern, Ineffective
   - Create        11/04/16 2226  JG  11/04/16 2226  JG         A  Q8HIT
Problem: PATIENT AT HIGH RISK FOR FALLS
   - Create        11/04/16 2226  JG  11/04/16 2226  JG         A
Goal: NS: Patient Risk for falling reduced.
   - Create        11/04/16 2226  JG  11/04/16 2226  JG         A

**Activity Date: 11/04/16       Time: 2300**

2000008        IV Site #: Crock/Care                            A  Q2H       CP
   - Document     11/04/16 2300  JG  11/05/16 0532  JG         A  Q2H
        IV Site #1: Left Hand
  Peripherally Inserted Central Catheter (Y/N): N
  Site Description #: Normal
        Rate (cc/hr) #: 50                                         8.0
  Type Of IV Solution #1 (free text): NS
        Size Changed #1: 11/04/16
  IV Tubing Changed #:
  IVF# Tubing Changed #1: 11/04/16

Age/Sex: XY 0XX F
Unit #: X000629604
Attending: Craig, Arca X M.D.
Admitted: 11/04/16 at 20:9
Account #: X13957066
Status: DIS IN
Location: 5E5
Room/Bed: X E5516-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/16     Time: 2300 (continued)

200C08     IV Site #1 Check/Care (continued)
PSI Limit Settings #1:
PSI Actual Reading #:
IV Dressing Changed Site #1: 11/04/16
IV Dressing Changed Time #1:
Date IV (#1) started: 11/04/16   Time IV (#1) started:
230002     Safety Checks     11/04/16 2300  JG  11/05/16 0533  JG     A     Q2H
- Document     11/04/16 2300  JG  11/05/16 0533  JG
     Family Member At Bedside: Y     Respiration Observed: Y
Call Sign/Telephone In Reach: Y     Fall Precaution: Y     CP

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: Y
Bed Brakes Locked: Y
     Bed High OR Low Position: LOW     5.3
All Alarms On and Audible: N
     CPM in use: N
     Pt. Off Unit: N
20C22     PAIN Assessment / Management - PEDS     11/04/16 2300  JG  11/05/16 0532  JG     A     PRN
- Document     11/04/16 2300  JG  11/05/16 0532  JG
Are You Having PAIN / DISCOMFORT Now: N     0.0
Is this a new episode of pain:
     Location Of Pain:
     Duration Of Pain:
     Pain Frequency:
     Character of Pain:
     Onset of Pain:
     Pain Relieved By:
     Pain Made Worse By:
     Cause of pain:
Pain scale used to assess pain:
     Pain score: 0
     ------Pain Interventions------
Non-Pharmacologic (see PAR): N
Emotional support:     y
Comfort measures:     y
Cognitive techniques:     y     CP
20C023     High Fall Risk Intervention     11/04/16 2300  JG  11/05/16 0533  JG     A     Q2H
High fall risk, as needed, then family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:
1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

200C23     High Fall Risk Intervention (continued)
     3. ASSIST WITH AMBULATION.
     4. OFFER BATHROOM ASSISTANCE.
     5. USE NON-SKID FOOTWEAR.
     6. CLOSELY OBSERVE DISORIENTED PATIENTS
     7. ENSURE ADEQUATE LIGHTING AT NIGHT
     8. USE PROTECTIVE/ASSISTIVE DEVICES
        (W/C, Geri-chairs, etc)
     9. EDUCATE FAMILY TO REINFORCE FALL
        PREVENTION STRATEGIES.
     1C. INSTRUCT PATIENT TO ASK FOR
        ASSISTANCE OUT OF BED.
     11. ENSURE PATIENT CARE ITEMS ARE
        WITHIN REACH.
     12. KEEP ROOM FREE OF CLUTTER.
- Document     11/04/16 2300  JG  11/05/16 0533  JG     CP

Activity Date: 11/05/16     Time: 0300

4C0C10     Vital Signs     11/05/16  A  Q4H
     Vital Signs taken by a VA1 are reviewed
          by an RN: N
- Document     11/05/16 0000  JG  11/05/16 0009  JG     21.4
Blood Pressure:     BP Position:     CP
BP Type:
     Temp: 98.5     Type Of Temperature: Axillary
     Heart: Rate: 145     Heart Rate Source: Apical
     Resp: Rate: 26     O2 Delivery: 2 RA/AC
     SAO2: 98

Activity Date: 11/05/16     Time: 00:2

4C1.080     Telemetry Monitoring     11/05/16  A  B1D8     PS
- Create     11/05/16 0012 ISN  11/05/16 0012 ISN

Activity Date: 11/05/16     Time: 0100

200C08     IV Site #1 Check/Care     11/05/16  A  Q2H     CP
- Document     11/05/16 0100  JG  11/05/16 0532  JG     8.0
     IV Site #2: Left Hand
Peripheral Inserted Central Catheter (Y/N): N
Site Description: #1: Normal
     Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): NS
     IV Tubing Changed #1:
IVPB Tubing Changed #1: 11/04/16
     PSI Limit Settings #1:
     PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
IV Dressing Changed Time #1:
Date IV (#1) started: 11/04/16   Time IV (#1) started:

Age/Sex: 4Y 0kY F
Unit #: XXXX629604
Admitted: 11/04/16 at 20:9
Status: DIS IN

Attending: Craig, Anca M.D.
Account #: K33957066
Location: 5ES
Room/Bed: K.2E5I6-2

HENDERSON, ALIYAH L

Willis-Knighton South Nursing **LIVE**
RWS PRINT ALL NURSING INFORMATION

| Activity Type | Problem/Goal/Intervention Description | Occurred Date | Time | Recorded by | Date | Time | Sts by | Comment | Directions | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/05/16      Time: 0100**

200021   Safety Checks
- Document   11/05/16 0100  JG  11/05/16 0533  JG
   Family Member At Bedside: Y      Respiration Observed: Y
   Call Light/Telephone In Reach: Y      Fall Precautions: Y
   Crib Rails (Up / Down): Not Applicable
   Number of Bed Rails Up: 3
Are bedrails up because of meds given: N
   Bed Brakes Locked: Y
   Bed High OR Low Position: LOW
   All Alarms On and Audible: N
   CPX in use: N
   Pt. Off Unit: N      A  Q2H      5.3      CP

102012   PAIN Assessment / Management - PED
- Document   11/05/16 0100  JG  11/05/16 0532  JG      A  PRN      0.0      CP
Are You Having PAIN / DISCOMFORT Now: N
   Is this a new episode of pain:
      Location of Pain:
      Duration of Pain:
      Pain Frequency:
      Character of Pain:
      Onset of Pain:
      Pain Relieved By:
      Pain Made Worse By:
      Cause of Pain:
Pain scale used to assess pain: 0
      Pain score: 0
            ------Pain Interventions------

      Pharmacologic (see VMAR): N
Non-Pharmacologic:
Emotional support:      Y

Comfort measures:      Y
Cognitive techniques:

200023      A  Q2H      CP
-: MEDICATION REVIEW (vasoactive drugs,
   antipsychotics, anticoagulants,
   diuretics, etc)
1. USE CORRECTIVE LENSES, if applicable.
2. ASSIST WITH AMBULATION.
3. OFFER BATHROOM ASSISTANCE.
4. USE NON-SKID FOOTWEAR.
5. CLOSELY OBSERVE DISORIENTED PATIENTS
6. CLOSELY OBSERVE DISORIENTED PATIENTS AT NIGHT
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES

| Activity Type | Problem/Goal/Intervention Description | Occurred Date | Time | Recorded by | Date | Time | Sts by | Comment | Directions | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|

200023      High Fall Risk Intervention. (continued)
   (W/C, Geri chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL
   PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
   ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
   WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.
- Document   11/05/16 0100  JG  11/05/16 0533  JG      PS

**Activity Date: 11/05/16      Time: 0200**

40106C   Telemetry Monitoring
- Document   11/05/16 0200  JG  11/05/16 0222  JSR      A  ROOM      :26.1
   Rate From Telemetry Monitor:
   Tel Mon. (Rhythm):
   Addl - Doc: 02 96t      Alarm High:
                           Alarm Low:
Telemetry Electrodes Last Changed:
   Telemetry Discontinued:

**Activity Date: 11/05/16      Time: 0300**

200008   IV Site #: Crack/Care      CP
- Document   11/05/16 0300  JG  11/05/16 0532  JG      A  Q2H      8.0
   Peripherally Inserted Central Catheter (Y/N): N
   Site Description #: Normal
Type of IV Solution #: (free text):  NS
   Site Changed #1: 11/04/16
   IV Tubing Changed #:
IVPB Tubing Changed #: 11/04/16
   PSI Limit Settings #:
   PSI Actual Reading #:
-IV Dressing Changed Site #: 11/04/16
-IV Dressing Changed Time #:
-: Date IV (#1) started: 11/04/16      Time IV (#1) started:
-: IV/Hydromedia (#1) reduction:
- Document   11/05/16 0300  JG  11/05/16 0533  JG      A  Q2H      5.3
   Family Member At Bedside: Y      Respiration Observed: Y
Call Light/Telephone In Reach: Y      Fall Precautions: Y
   Crib Rails (Up / Down): Not Applicable
   Number of Bed Rails Up: 3
Are bedrails up because of meds given: N
   Bed Brakes Locked: Y
   Bed High OR Low Position: LOW
   All Alarms On and Audible: N
   CPX in use: N
   Pt. Off Unit: N

Age/Sex: 42 GYN F
Unit #: K00062960A
Admitted: 11/06/16 at 2019
Status: DIS IN

Attending: Craig, Anna Y.M.D.
Account #: K32857086
Location: 525
Room/Bed: K.ES516-1

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/05/16          Time: 0300**

102212   PAIN Assessment / Management - PEDI
- Document    11/05/16 0300  JG   11/05/16 0532  JG          A   PRN                        0.0          CP
Are You Having PAIN / DISCOMFORT Now: N
    Is this a new episode of pain:
        Location Of Pain:
        Duration Of Pain:
        Pain Frequency:
        Character Of Pain:
        Onset of Pain:
        Pain Relieved By:
    Pain Made Worse By:
    Cause of pain:
Pain scale used to assess pain:
        Pain score: 0
                -----Pain Interventions-----

    Pharmacologic (see VARI): N
Non-Pharmacologic:          N
    Emotional Support:      Y

    Comfort measures:       Y
Cognitive techniques:       N

200023   High Fail Risk Intervention                A   Q2H                                           CP
        Pt. and, as needed, their family, are
        educated on the fall reduction program
        and any individualized fall reduction
        strategies, including, but not limited
        to:

    1. MEDICATION REVIEW (vasoactive drugs,
        antipsychotics, antihistamines,
        diuretics, etc)
    2. USE CORRECTIVE LENSES, if applicable.
    3. ASSIST WITH AMBULATION.
    4. OFFER BATHROOM ASSISTANCE.
    5. USE NON-SKID FOOTWEAR.
    6. CLOSELY OBSERVE DISORIENTED PATIENTS
    7. ENSURE ADEQUATE LIGHTING AT NIGHT
    8. USE PROTECTIVE/ASSISTIVE DEVICES
       (W/C, Geri-chairs, etc)
    9. EVALUATE PATIENT TO REINFORCE FALL
       PREVENTION STRATEGIES.
    10. INSTRUCT PATIENT TO ASK FOR
        ASSISTANCE OUT OF BED.
    11. ENSURE PATIENT CARE ITEMS ARE
        WITHIN REACH.
    12. KEEP ROOM FREE OF CLUTTER.
- Document   11/05/16 0300  JG   11/05/16 0533  JG

---

**Activity Date: 11/05/16          Time: 0430**

40001C   Vital Signs                                A   Q4H                        21.4         CP
         Vital Signs taken by a NAC are reviewed
         by a: RN.
- Document    11/05/16 0430  JG   11/05/16 0531  JG
Blood Pressure:                        BP Position:
        BP Type:
        Temp: 98.                Type Of Temperature: Axillary
        Heart Rate: 142.         Heart Rate Source: Apical
        Resp. Rate: 30
        SAO2: 99         O2 Delivery: 1 LPM/NC

---

**Activity Date: 11/05/16          Time: 0500**

230008   IV Site #: Check/Care                      A   Q2H                        8.0          CP
- Document    11/05/16 0600  JG   11/05/16 0532  JG
         IV Site #: left Hand
         Peripherally Inserted Central Catheter (Y/N): N
         Site Description #: Normal
         Rate (cc/hr): 50  CPM #: 50
Type Of IV Solution #1(free text):  NS
         Site Changed #: 11/04/16
    IV Tubing Changed #1
    IVPB Tubing Changed #: 11/04/16
    PSI Limit Settings #1:
    PSI Actual Reading #1
    IV Dressing Changed Site #: 11/04/16
    IV Dressing Changed Time #1:
    Date IV (#1 started: 11/04/16    Time IV (#1 started:

200021   Safety Checks                              A   Q2H                        5.3          CP
- Document    11/05/16 0500  JG   11/05/16 0533  JG
         Family Member At Bedside: Y     Respiration Observed: Y
         Call light/Telephone In Reach: Y     Fall Precautions: Y

                Crib Rails (Up / Down): Not Applicable
                Number Of Bed Rails Up: 3
                    Bed Brakes Locked: Y
         Are bedrails up because of meds given: N
                Bed High OR Low Position: LOW
                All Alarms On and Audible: N
                         Pt. of Unit: N

102212   PAIN Assessment / Management - PEDI        A   PRN                        0.0          CP
- Document    11/05/16 0500  JG   11/05/16 0532  JG
Are You Having PAIN / DISCOMFORT Now: N
    Is this a new episode of pain:
        Location Of Pain:
        Duration Of Pain:
        Pain Frequency:
        Character of Pain:
        Onset of Pain:
        Pain Relieved By:

Age/Sex: 4Y 06M F
Unit #: 900062904
Admitted: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Anna Y.M.D.
Account #: K32957086
Location: 5SS
Room/Bed: K.ES516-1

HENDERSON,

Wellis-Knighton South Nursing ***LIVE***
HIMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Chance |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/16          Time: 0500   (continued)

102002   PAIN Assessment / Management - Pain (continued)
         Pain Made Worse By:
         Cause of pain:
Pain scale used to assess pain:
         Pain Score: 0                                        A    06.18         CP
                --- Pain Intervention------

         Pharmacologic (see VAR) : N
Non-Pharmacologic:
Emotional support:                        Y
                                          Y
         Comfort measures:                N
Cognitive techniques:
200203   High Fall Risk Intervention.                         A    02M
         Pt and, as needed, their family, are
         educated on the fall reduction program
         and any individualized fall reduction
         strategies, including, but not limited
         to:

         1. MEDICATION REVIEW (vasoactive drugs,
         antipsychotics, antihistamines,
         diuretics, etc).
         2. USE CORRECTIVE LENSES, if applicable.
         3. ASSIST WITH AMBULATION.
         4. OFFER BATHROOM ASSISTANCE.
         5. USE NON-SKID FOOTWEAR.
         6. CLOSELY OBSERVE DISORIENTED PATIENTS
         7. ENSURE ADEQUATE LIGHTING AT NIGHT
         8. USE PROTECTIVE/ASSISTIVE DEVICES
         (W/C, Gert-chairs, etc.)
         9. EDUCATE FAMILY TO REINFORCE FALL
         PREVENTION STRATEGIES.
         10. INSTRUCT PATIENT TO ASK FOR
         ASSISTANCE OUT OF BED.
         11. ENSURE PATIENT CARE ITEMS ARE
         WITHIN REACH.
         12. KEEP ROOM FREE OF CLUTTER.
- Document  11/05/16 0500  JG  11/05/16 0533  JG

Activity Date: 11/05/16          Time: 0530

45C010   Intake                                               CP
- Document
ORAL - just H2O (ml):
ORAL (not water) #1: 120
         Tube Feed (ml):
NG: Tube Flushes (ml):
PEG Tube Flushes (ml):
         IV (ml): 450
         IVPB (ml):

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Chance |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/16          Time: 0530   (continued)

45C010   Intake (continued)
         TPN (ml):
         Lipid (ml):
         Blood (ml):
45C010   Output                             A    06.18         10.7   CP
- Document  11/05/16 0530  JG  11/05/16 0530  JG
         Urine voided (ml):
         Urine catr. (ml):          Date Cath Inserted:
                 Color Of Urine:
                 Clearness Of Urine:
         Urine Spec Ext (ml):
If No Output, is Pt. On Dialysis:
         Stool X:                  Stool. Weight cc's
                                   Stool Consistency:
                                   Color Of Stool:
                                   Amount Of Stool:
                                   Ileostomy (ml):
                 New Colostomy Output:
Old Colostomy Output (Num. of stools):
                                   NG Emi (ml):
                                   Emesis (ml):
                 Rectal Tube (ml):
                 Ext. Bld Loss (ml):
                 Meas Bld Loss (ml):

         Chest Tube #1 (ml):
         Crest Tube #2 (ml):
         Drain 1:
         Drain 2:
         Drain 3:
         Drain 4:
                 Urostomy (ml):
                 Nephrostomy (ml):
         WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source of Output Or Asp. Of - Misc. Body Fluid:

Activity Date: 11/05/16          Time: 0730

100006   Discharge Assessment/Planning                        CP
- Document  11/05/16 0730  BG  11/05/16 0955  BG        A    AS NEEDED
Discharge Problems/Needs Identified: N
         :S/S OF RESPIRATORY DISTRESS
         :WHEN TO SEEK MEDICAL ATTENTION
         :FOLLOW UP CARE
         :MEDS/DIET/ACTIVITY
         :

Page: 22 of 31

Printed 10/01/19 at :352

**Age/Sex:** 4Y 0MO F
**Attending:** Craig, Anna M. M.D.
**Unit #:** X005270604
**Account #:** K12957066
**Admit:** 11/04/16 at 2019
**Location:** 5ES
**Status:** 22S IN
**Room/Bed:** X.E55i6-1

HENDERSON CH.AN H.
**LIVE**
Wills-Knighton South Nursing
HMS PRINT ALL NURSING INTERVENTION

---

**Problem/Goal/Intervention Description**

**Activity Date:** 11/05/16    **Time:** 0730  (continued)

:C0006    Discharge Assessment/Planning (continued)

Arrangements Made to Meet Need(s): Y
-ONGOING TEACHING

:C0567    Reassessment/Evaluation - Pediatrics
          Direction: >07:19   Document: when done          A
- Document  11/05/16 0730 BG  11/05/16 0958 BG               0.0
**Date:** 11/05/16    **Shift:** 7A   7P

Focus / Plan For The Day: RESP IV,MEDICATIONS,O2 THERAPY
Plan of Care Discussed With Patient: Y  Plan of Care Updated: 11/05/16

Wound: N    Dressing: N    Drain: N    Pain: At Present Time: N   Swallowing Difficulty: N

Level of Alertness: Alert And Disoriented  Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Pediatric/ Quiets easily    Responds: Spontaneously
Ventilator: N
  Respirations: Normal              *Breath Sounds: Coarse
     Cough: None                   Amount Expectorated: Not Applicable
  Expectorant Color: Not Applicable         Consistency: Not Applicable
O2 / O2 Delivery: 1 LWT/NC            @  % (when using Blender)
    Pulse Quality: Normal Pulsation
  Edema Of Extremity: None           Homan's Sign: Not Indicated
    Abdomen: Soft/Active Bowel Sounds       Bowel Sounds: Present

Bowel Movement This Shift: N  Date of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
  Is this a new episode of pain: N
        Location of Pain:
        Duration of Pain:
       Character of Pain:
         Onset of Pain:
      Pain Relieved By:
      Pain Made Worse By:
  Pain scale used to assess pain:
              Pain score: 0
     Pharmacologic (see VAR):    -----Pain Interventions------
Non-Pharmacologic:
  Emotional support:
  Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N:  N Can this catheter be removed? (Y/N: N
           Color of Urine: NOT OBSERVED
       Character of Urine: Not Observed

---

**Problem/Goal/Intervention Description:**

**Activity Date:** 11/05/16     **Time:** 0730   (continued)

:C0567      Reassessment/Evaluation - Pediatrics (continued)
  IV Pump: Y    How Many IV Pumps: 1    Feeding Pump: N   Heating Pad: N

  SCDs in place at beginning of shift: N  SCDs in place at beginning of shift: N

  Maintain Central line:=C/P/ICC/SOAN/PORT/ED CATHETER/CAC/CVC/BROVIAC? (Y/N): N
                      Can this line be removed? (Y/N): N

  Maintain Peripheral IV or PRN Adapter Y/N:  Y

  *Restraints: N  *Restraint Type:
  Has patient had an adverse drug reaction this shift: N
       If yes, name of Med:                    Type of Reaction:

  Does the Patient Have any Complaints Or Specific Needs: N
  Specific Needs:
  Specific Needs:

  Precautions: Y Type of Precautions: Contact Precaution  Standard Precautions: Y
  Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
  *Is patient DO NOT RESUSCITATE: N

  Pediatric Fall Risk Assessment:
   Age: 3                              Environmental Factors: 2
     (4) less than 3 years old          (1) History of Fall or Infant-Toddler
     (3) 3 to less than 7 years old         Placed in Bed
     (2) 7 to less than 13 year old     (3) Patient uses assistive devices or
     (1) 13 years and above                 Infant-Toddler in Crib or
   Gender: 1                               Furniture/Rigging
     (2) Male  (1) Female              (2) Patient Placed in Bed
                                       (1) Completely Area
   Diagnosis: 3                        Response to Surgery/Sedation/Anesthesia 1
     (4) Neurological Diagnosis          (3) Within 24 hours
     (3) Alteration in Oxygenation       (2) Within 48 hours
         Respiratory Diagnosis, Dehydration,  (1) More than 48 hours
         Anemia, Anorexia, Syncope,     Medication Usage: 1
         Dizziness, etc.                 (3) Multiple usage of: Sedatives, Hypnotics,
     (2) Psych/Behavioral Disorders          Barbiturates, Phenothiazines, Anti-
     (1) Other Diagnosis                     depressants, Laxatives/Diuretics.
   Cognitive Impairment: 1             (2) Narcotic
     (3) Not Aware of limitations      (1) Other Medications/None
     (2) Forgets Limitations
     (1) Oriented to Own Ability      Fall Risk Total: 12

---

**BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD)**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |

**Age/Sex:** 4Y 6MX ?
**Unit #:** K000329604
**Admitted:** 11/04/16 at 2019
**Status:** DIS IN

**Attending:** Craig, Anna Y. M.D.
**Account #:** K325657086
**Location:** 5ES
**Room/Bed:** K.E5516 :

Willis-Knighton South Nursing **LIVE**
HMS PRINT ALL NURSING INTERVATION

---

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Time by Comment | Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date:** 11/05/16    **Time:** 0730    (continued)

.00557   Reassessment/Evaluation - Pediatrics (continued)
FRICT/SHEAR   Significant Problem.   Problem.   Potential Problem   No Apparent Problem
FEE/OXYGEN   Extremely Compromised   Compromised   Adequate   Excellent

Sensory Perception: 3   - Slightly Limited
Moisture: 3   - Occasionally Moist
Activity: 4   - Age Appropriate
Mobility: 3   - Slightly limited
Nutrition: 3   - Adequate
Friction/Shear: 3   - Potential Problem
Tissue Perfusion/Oxygenation: 2   - Compromised

Total Braden Scale Score: 21

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal   Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

LOCATION   SKIN DESCRIPTION
:Arm   :Rash
:   :
:   :
:   :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed drainage, odor, etc):
:HEALING RINGWORM LIKE RASH TO BACK OF RIGHT UPPER ARM
:OTHERWISE SKIN INTACT
:
:
:
:
:
:

.02000   Emotional Support/Teaching   A   AS NEEDED   8C 2   CP
- Document   11/05/16 0730 BG 11/05/16 0959 BG
.00208   IV Site #1 Check/Care   A   Q2H   8.0   CP
- Document   11/05/16 0730 BG 11/05/16 100: BG
   IV Site #1: Left Hand
- Document   Peripherally inserted Central Catheter (Y/N): N

---

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Time by Comment | Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date:** 11/05/16    **Time:** 0730    (continued)

.00008   IV Site #1 Check/Care (continued)   CP
   Site Description #1: Normal
   Rate (cc/hr) #1: 50
   Type of IV Solution #1 (free text): NS
   Size Changed #1: 11/04/16
   IV Tubing Changed #1:
   IVPB Tubing Changed #1: 11/04/16
   PSI Limit Settings #1:
   PSI Limit Settings #1:
   Patient Reading:
   IV Dressing Changed Size #1: 11/04/16
   IV Dressing Changed Time #1:
   Date IV (#1) started: 11/04/16   Time IV (#1) started:

.02002   Safety Checks   A   Q2H
- Document   11/05/16 0730 BG 11/05/16 100: BG   5.3   CP
   Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone In Reach: Y   Fall Precautions: Y

   Crib Rails Up / Down: Not Applicable
   Number of Bed Rails Up: 3
Are bedrails up because of meds given: N
   Bed Brakes Locked: Y
   Bed High OR Low Position: LOW
   A1: Alarms On and Audible: N
   CPX in use: N
   Pt. Off Unit: N

.1-D   Patient Education   A   AS NEEDED   0.0   CP
- Document   11/05/16 0730 BG 11/05/16 0955 BG
   Learner: Mother
Learner's Preferred Method: One-on-One Teaching
   Language Spoken (ES2): English
   If Other, Describe:

*Religious or Cultural practices that may affect learning:
   If YES, describe:
*Physical limitations that may affect learning (Y/N): N
   If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
   If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
   If YES, describe:
If in pain, has pain been discussed with patient regarding this:
   CALL NURSE AT ONSET OF ANY SIGNS OF PAIN

Pt/family encouraged to report concerns about Pt. safety issues: N
What safety issues have been addressed with the patient: ID BAND ON, CALL LIGHT IN REACH
   :BED IN LOW POSITION, SIDE RAILS UP, MOM AT BEDSIDE

*Is patient/family motivated to learn (Y/N): Y
   If NO, explain:

HENDERSON

Willis-Knighton, South Nursing **LIVE**
HKMS PRINT: ALL NURSING INTERVENTION

Page: 14 of 31
Printed 10/01/9 at 1352

Age/Sex: 4Y 04M F          Attending: Craig, Anna Y.M.D.
Unit #: K000629604        Account #: K3295706
Admitted: 11/04/16 at 20:9  Location: 5E5
Status: DIS IN            Room/Med: K.35516-1

---

| Problem/Goal/Intervention Description | | | | | |
|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | Recorded by Date | Sts Directions by Comment | Documented Units | From Change |

Activity Date: 11/05/16       Time: 0730   (continued)

TEACHING SUMMARY

LEARNING NEEDS

Patient Education (continued)

*Disease (Y/N): Y : BRONCHIOLIS WITH HYPOXIA
*Isolation (Y/N): N :
*Equipment (Y/N): Y : IV PUMP, CALL LIGHT, BED CONTROLS, O2 SETUP, HHN
*Procedure (Y/N): Y : ADMIT
*Medication (Y/N): Y : SEE MAR/ADMIT
Education:
*New Medication (Y/N): N :
Education:
*Follow-up care (Y/N): Y : PER MD AT DC
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y : TODDLER DIET
Other Teaching: PLAN OF CARE, PEDIATRIC SECURITY POLICY

If applicable, pt has demonstrated competence to self administer medications: N
Medi: NA          Medi: NA

Method of Instruction: Explain
Evidence of Learning Demonstrated: Expresses Understanding
Breathing Pattern, Ineffective                A  QSHIFT
- Document  11/05/16 0730 BG  11/06/16 1001 BG
SAO2:
Is patient on oxygen? Y
High Fall Risk Intervention               A  Q2H
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
(W/C, Geri chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL
PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
WITHIN REACH.

---

| Problem/Goal/Intervention Description | | | | | |
|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | Recorded by Date | Sts Directions by Comment | Documented Units | From Change |

200023          High Fall Risk Intervention (continued)                   CP
12. KEEP ROOM FREE OF CLUTTER
- Document  11/05/16 0730 BG  11/06/16 1001  BG

Activity Date: 11/05/16       Time: 0738

400010          Vital Signs                         A  Q4H                CP
Vital Signs taken by a NAC are reviewed
by an RN.
- Document  11/05/16 0738 CP  11/05/16 0738 CP
Blood Pressure:                  BP Position:          21.4
BP Type:
Temp: 99.4       Type Of Temperature: Axillary
Heart Rate: 148  Heart Rate Source: Apical
Resp. Rate: 24   O2 Delivery: 1 LPM/NC
SAO2: 96         O2 Delivery: 1 LPM/NC

Activity Date: 11/05/16       Time: 0800

40105C          Telemetry Monitoring                A  3IDB             PS
- Document  11/05/16 0600 ERS  11/05/16 0504 ERS        126.1
Rate From Telemetry Monitor:
Tel. Mon. Rhythm:
Addit. Doc: O2 100%        Alarm High: 100
                          Alarm Low: 88
Telemetry Electrodes Last Changed:
Telemetry Discontinued:
550030C-B       Feed With Assistance                A  XDAYxYES
- Document  11/05/16 0600 BG  11/05/16 1620 BG         74.9
                 Current Diet: TODDLER
Addit. Diet Restric: Breakfast
Percentage of Meal Eaten: Ate 25%
Supplement:
Percentage of Supplement Consumed:

Activity Date: 11/05/16       Time: 0900

200008          IV Site #1 Check/Care               A  Q2H              CP
- Document  11/05/16 0900 BG  11/05/16 1001 BG         8.0
IV Site #1: Left Hard
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Type Of IV Solution #1: (free text): NS
Site Changed #1: 11/04/16
IV Tubing Changed #1:
IVPB Tubing Changed #1: 11/04/16
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
IV Dressing Changed Time #1:
Date IV (#1) started: 11/04/16  Time IV (#1) started:

Age/Sex: 4Y 06M F
Unit #: X000629604
Admitted: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Anna M.D.
Account #: X32957086
Location: SIS
Room/Bed: K.E5516-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
NEWS PRINT ALL NURSING INFORMATION

Page: 15 of 31
Printed 10/C:/19 at :352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

**Activity Date: 11/05/16     Time: 0900**

20C021   Safety Checks
- Document   11/05/16 0900   BG   11/05/16 1001   3G   A   Q2H   5.3   CP
   Family Member At Bedside: Y   Respiration Observed: Y
   Call light/telephone In Reach: Y   Fall Precautions: Y

   Crib Rails (Up / Down): Not Applicable
   Number Of Bed Rails Up: 3
Are bedrails up because of meds given: Y
   Bed Brakes Locked: Y
   Bed High OR Low Position: LOW
   All Alarms On and Audible: N
   CPV in use: N
   Pt. Off Unit: N

20C023   High: Fall Risk Intervention   A   Q2H   CP
   Pt. and, as needed, their family, are
   educated on the fall reduction program
   and any individualized fall reduction
   strategies, including, but not limited
   to:

   1. MEDICATION REVIEW (vasoactive drugs,
   antipsychotics, antihistamines,
   diuretics, etc.).
   2. USE CORRECTIVE LENSES, if applicable.
   3. ASSIST WITH AMBULATION.
   4. OFFER BATHROOM ASSISTANCE.
   5. USE NON-SKID FOOTWEAR.
   6. CLOSELY OBSERVE DISORIENTED PATIENTS
   7. ENSURE ADEQUATE LIGHTING AT NIGHT
   8. USE PROTECTIVE/ASSISTIVE DEVICES
   (W/C, Geri chairs, etc)
   9. EDUCATE FAMILY TO REINFORCE FALL
   PREVENTION STRATEGIES.
   10. INSTRUCT PATIENT TO ASK FOR
   ASSISTANCE OUT OF BED.
   11. ENSURE PATIENT CARE ITEMS ARE
   WITHIN REACH.
   12. KEEP ROOM FREE OF CLUTTER.
- Document   11/05/16 0900   BG   11/05/16 1001   3G

**Activity Date: 11/05/16     Time: 1100**

20C008   IV Site #1 Check/Care
- Document   11/05/16 1100   BG   11/05/16 1119   3G   A   Q2H   8.0   CP
   IV Site #1: Left Hand
   Peripherally Inserted Central Catheter (Y/N): N
   Site Description #1: Normal
   Rate (cc/hr) #1: 50
   Type Of IV Solution #1 (free text): NS
   Site Changed #1: 11/04/16
   IV Tubing Changed #1:

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

**Activity Date: 11/05/16     Time: 1100   (continued)**

20C008   IV Site #1 Check/Care (continued)
   IVP# Tubing Changed #1: 11/04/16
   PSI Limit Settings F:
   PS: Actual Reading #1:
   IV Dressing Changed Site #1: 11/04/16
   IV Dressing Changed Time #1:
   Date IV (#1) started: 11/04/16   Time IV (#1) started:
8C0513   Physician Rounds   A   DAILY   CP
- Document   11/05/16 1100   BG   11/05/16 1100   3G
   Physician Visit Documented By: CRAIG   Craig, Anna M.D.
20C021   Safety Checks   A   Q2H   CP
- Document   11/05/16 1100   BG   11/05/16 1119   3G   5.3
   Family Member At Bedside: Y   Respiration Observed: Y
   Call light/telephone In Reach: Y   Fall Precautions: Y

   Crib Rails (Up / Down): Not Applicable
   Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
   Bed Brakes Locked: Y
   Bed High OR Low Position: LOW
   All Alarms On and Audible: N
   CPV in use: N
   Pt. Off Unit: N

20C023   High: Fall Risk Intervention   A   Q2H   CP
   Pt. and, as needed, their family, are
   educated on the fall reduction program
   and any individualized fall reduction
   strategies, including, but not limited
   to:

   1. MEDICATION REVIEW (vasoactive drugs,
   antipsychotics, antihistamines,
   diuretics, etc).
   2. USE CORRECTIVE LENSES, if applicable.
   3. ASSIST WITH AMBULATION.
   4. OFFER BATHROOM ASSISTANCE.
   5. USE NON-SKID FOOTWEAR.
   6. CLOSELY OBSERVE DISORIENTED PATIENTS
   7. ENSURE ADEQUATE LIGHTING AT NIGHT
   8. USE PROTECTIVE/ASSISTIVE DEVICES
   (W/C, Geri chairs, etc)
   9. EDUCATE FAMILY TO REINFORCE FALL
   PREVENTION STRATEGIES.
   10. INSTRUCT PATIENT TO ASK FOR
   ASSISTANCE OUT OF BED.
   11. ENSURE PATIENT CARE ITEMS ARE
   WITHIN REACH.
   12. KEEP ROOM FREE OF CLUTTER.
- Document   11/05/16 1100   BG   11/05/16 1119   3G

HENDERSON

Willis Knighton South Nursing **LIVE**
HMS PRINT ALL NURSING INFORMATION

Age/Sex: 4Y 04M F
Unit #: R00629604
Admitted: 11/04/16 at 2019
Status: D3S IV

Attending: Craig, Acna X.M.D.
Account #: K12957086
Location: 5ES
Room/Bed: K.F5516-.

## Problem/Goal/Intervention Description (left column)

**Activity Date: 11/05/16     Time: 1127**

400010   Vital Signs
Vital Signs taken by a NAI are reviewed
by an RN.
- Document   11/05/16 1127 C2P  11/05/16 1127 C2P   A   Q4H   CP
Blood Pressure:
BP Type:
BP Position:
Temp: 98.4   Type Of Temperature: Axillary
Heart Rate: 174   Heart Rate Source: Machine
Resp. Rate: 26
SAO2: 99   O2 Delivery: : IMP/RC   21.4

**Activity Date: 11/05/16     Time: 1200**

550003C-B   Feed With Assistance
- Document   11/05/16 1620 BG   A   MEALTRYS   BG   74.9
Current Diet: TODDLER
Add'l Diet Acetoic:
Percentage of Meal: Meal: lunch
Percentage of Meal Eaten: Ate 33%
Supplement:
Percentage of Supplement Consumed:

**Activity Date: 11/05/16     Time: 1300**

200008   IV Site #: Check/Care
- Document   11/05/16 1300 BG  11/05/16 1525 BG   A   Q2H   BG   8.0
Peripherally Inserted Central Catheter (Y/N): N
IV Site #: Left Hand
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution: #1 (free text): NS
Site Changed #: 11/04/16
IV Tubing Changed #: :11/04/16
PVFB Tubing Changed #:
PSI Limit Settings #:
PSI Actual Reading #:
IV Dressing Changed Site #: 11/04/16
IV Dressing Changed Time #:
Date IV (#1) started: 11/04/16   Time IV (#1) started:
- Document   11/05/16 1525 BG  11/05/16 1525 BG   A   Q2H   BG   5.3
Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone In Reach: Y   Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
A.. Alarms On: arcs Audible: N
CPR In use: N

## Problem/Goal/Intervention Description (right column)

**Activity Date: 11/05/16     Time: 1300 (continued)**

200021   Safety Checks (continued)
Pt. Off Unit: N

200023   High Fall Risk Intervention:
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:
1. MEDICATION REVIEW (vasoactive drugs,
   antipsychotics, antihistamines,
   diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION
4. OFFER BATHROOM ASSISTANCE
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
   (W/C, Gait-belt, etc)
9. EDUCATE FAMILY TO REINFORCE FALL
   PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
    ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
    WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.
- Document   11/05/16 1300 BG  11/05/16 1525 BG

**Activity Date: 11/05/16     Time: 1400**

401050   Telemetry Monitoring
- Document   11/05/16 1400 ERS  11/05/16 1540 ERS   A   B12H   PS   126.1
Rate From Telemetry Monitor:
Te. Mon (Rhythm):
Add'1. Doc: O2 97%
Alarm High: :00
Alarm Low: 88
Telemetry Electrodes Last Changed:
Telemetry Discontinued:

**Activity Date: 11/05/16     Time: 1500**

200008   IV Site #1 Check/Care
- Document   11/05/16 1500 BG  11/05/16 1526 BG   A   Q2H   BG   8.0
IV Site #1: left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): NS
Site Changed #1: 11/04/16

HENDERSON

Willis-Knighton South Nursing **LIVE**
HSNS PRINT ALL NURSING INFORMATION

Age/Sex: 4Y 04M F
Date #: 3000629604
Admitted: 11/04/16 at 2019
Status: DIS IN
Attending: Craig, Anna Y. M.D.
Account #: K32957086
Location: HES
Room/Med: K-E5516-1

Page: 17 of 31
Printed 10/11/19 at 1352

---

## Problem/Goal/Intervention Description

**Activity Date: 11/05/16    Time: 1500 (continued)**

200C0B   IV Site #1 Check/Care (continued)
IV Tubing Changed #1:
IVF8 Tubing Changed #1: 11/04/16
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
IV Dressing Changed Time #1:
IV Dressing Changed Date #1:
IV DTV (#1) started: 11/04/16   Time IV (#1) started:

200C2C   Safety Checks
11/05/16 1500 BG  11/05/16 1526 BG   A   Q2H
Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone In Reach: Y   Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All ALarms On and Audible: N
CDM Unit: N
Pt. Off Unit: N

200C23   High Fall Risk Intervention   A   Q2H
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
(W/C, Geri-chairs, etc)
9. EDUCATE FAMILY TO REINFORCE FALL
PREVENTION STRATEGIES
10. INSTRUCT PATIENT TO ASK FOR
ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.
- Document   11/05/16 1500 BG  11/05/16 1526 BG       5.3

(From Change: CP)

---

## Problem/Goal/Intervention Description

**Activity Date: 11/05/16    Time: 1539**

400010   Vital Signs
Vital Signs taken by & XAI are reviewed
by an RN.
- Document   11/05/16 1539 CP  11/05/16 1540 CP   A   Q4H
BP Type:
Blood Pressure:   BP Position:
Temp: 99.4   Type Of Temperature: Axillary
Heart Rate: 150   Heart Rate Source: Machine
Resp. Rate: 28
SaO2: 99   O2 Delivery: 1 LPM/NC       21.4

(From Change: CP)

**Activity Date: 11/05/16    Time: 1655**

4500.C   Intake   A   06.18
- Document   11/05/16 1655 BG  11/05/16 1655 BG       20.7

ORAL - Just H2O (ml):
ORAL (not water) ml: 300
NG Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml): 600
IVPB (ml):
TPN (ml):
Lipid (ml):
Blood (ml):

(From Change: CP)

**Activity Date: 11/05/16    Time: 1657**

4501C0   Output   A   06.18
- Document   11/05/16 1657 BG  11/05/16 1657 BG       20.7

Urine voided (ml):
Urine cath. (ml):   Date Cath Inserted:
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed
Urine Incl Est (ml):
If No Output, Is Pt. On Dialysis:
Void X No. 3   Last Void Date: 11/05/16   Last Void Time:
Stool X:   Stool Weight cc's   Date of Last BM:
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

(From Change: CP)

Attending: Craig, Acna Y.M.D.
Account #: X12957066
Location: 5ES
Room/Bed: K.55516-1

Age/Sex: 4Y 04M F
Unit #: X000629606
Admitted: 11/04/16 at 20:9
Status: DIS IN

HENDERSON, ___ AH L

Willis-Knighton South Nursing **LIVE**
MYS PRINT ALL NURSING INTERVENTION

| Problem/Goal/Intervention Description | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Change |

**Activity Date: 11/05/16          Time: :657 (continued)**

45E100     Output (continued)
           Chest Tube #1 (ml):
           Chest Tube #2 (ml):
           Drain 1:
           Drain 2:
           Drain 3:
           Drain 4:
           Nephrostomy (ml):
           Urostomy (ml):
           WOND EVAC #  F:
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:

**Activity Date: 11/05/16          Time: 1658**

20C008     IV Site #: Check/Care
           11/05/16 1658 EG 11/05/16 1658 EG     A     Q2H
           IV Site #: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description: Normal
Rate (cc/hr) #: 50
Type Of IV Solution #: (free text)  NS
           Site Changed #: 11/04/16
IV Tubing Changed #:
IVPB Tubing Changed #: 11/04/16
PSI Limit Settings #:
PSI Actual Reading #:
IV Dressing Changed Site #: 11/04/16
IV Dressing Changed Time #:
Date IV (#1) started 11/04/16  Time IV (#2) started:

20C022     Safety Checks
           11/05/16 1658 EG 11/05/16 1658 EG     A     Q2H
- Document              Respiration Observed: Y
Family Member At Bedside: Y     Fall Precautions: Y
Call Light/Telephone In Reach: Y

           Crib Rails (Up / Down): Not Applicable
           Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
           Bed Brakes Locked: Y
           Bed High Or Low Position: LOW
           All Alarms On And Audible: N
                                     CPM in use: N
                                Ft. Off Unit: N

20C023     High Fall Risk Interventions
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:
           1. MEDICATION REVIEW (vasoactive drugs,

| Problem/Goal/Intervention Description | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Change |

20C023              High Fall Risk Intervention (continued)
                    antihypertensives, antihistamines,
                    diuretics, etc)
           2. USE CORRECTIVE LENSES, if applicable.
           3. ASSIST WITH AMBULATION
           4. OFFER BATHROOM ASSISTANCE
           5. USE NON-SKID FOOTWEAR
           6. CLOSELY OBSERVE DISORIENTED PATIENTS
           7. ENSURE ADEQUATE LIGHTING AT NIGHT
           8. USE PROTECTIVE/ASSISTIVE DEVICES
              (W/C, Geri-chairs, etc)
           9. EDUCATE FAMILY TO REINFORCE FALL
              PREVENTION STRATEGIES
          10. INSTRUCT PATIENT TO ASK FOR
              ASSISTANCE OUT OF BED.
          11. ENSURE PATIENT CARE ITEMS ARE
              WITHIN REACH.
          12. KEEP ROOM FREE OF CLUTTER.

- Document     11/05/16 1658 EG 11/05/16 1658 EG

**Activity Date: 11/05/16          Time: 1930**

20C006     Discharge Assessment/Planning
- Document     11/05/16 1930 JG* 11/06/16 0126 JG*     A     AS NEEDED
Discharge Problems/Needs Identified: N
           :S/S OF RESPIRATORY DISTRESS
           :WHEN TO SEEK MEDICAL ATTENTION
           :FOLLOW UP CARE
           :MEDS/DIET/ACTIVITY

Arrangements Made to Meet Need(s): Y
           :ONGOING TEACHING

20C007     Reassessment/Evaluation - Pediatrics
           Direction :>07.19 Document when done
- Document     11/05/16 1930 JG* 11/06/16 0127 JG*     A
Focus / Plan for the Day: RESP TX, MEDICATIONS, O2 THERAPY
Plan of Care Discussed With Patient: Y  Plan of Care Updated: 11/05/16

Wound: N     Dressing: N     Drain: N     Pain At Present Time: N     Swallowing Difficulty: N
Level of Alertness: Alert And Disoriented     Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assess: Pediatric/ quiets easily     Responds: Spontaneously
Ventilator: N
           Respirations: Normal     *Breast Sounds: Coarse
           Cough: None          Amount Expectorated: Not Applicable

| | | L | | | Page: 19 of 31 |
|---|---|---|---|---|---|

Willis-Knighton South Nursing **LIVE**
HMS PRINT ALL NURSING INFORMATION

Printed 10/01/19 at 1352

Age/Sex: 4Y CXX F  Attending: Craig, Anna M X.D.
Unit #: X000629604  Account #: XX29570B6
Admitted: 11/04/16 at 20:9  Location: SES
Status: DIS IN  Room/Bed: X.3516-1

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Date | Time by Date | Sts Directions Time by Current | Documented Units | From Change |
|---|---|---|---|---|---|---|

Activity Date: 11/05/16     Time: 1930    (continued)

:00S07   Reassessment/Evaluation - Pediatrics (continued)
C2: N O2 Delivery: ROOM AIR
Pulse Quality: Normal Pulsation     @     % (when using E.celer)
Edema Of Extremity: None     Homan's Sign: Not Indicated
        Abdomen: Soft/Active Bowel Sounds     Bowel Sounds: Present

Consistency: Not Applicable

Bowel Movement This Shift: N  Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
    Is this a new episode of pain: N
        Location Of Pain:
        Duration Of Pain:
        Character Of Pain:
        Onset of Pain:
        Pain Relieved By:
        Pain Made Worse By:
    Pain scale used to assess pain:
        Pain score: 0

Non-Pharmacologic
    Physical support:
    Comfort measures:
Cognitive techniques:

------Pain Interventions------

Pharmacologic (see MAR):

Voiding: Y Indwelling Urinary Catheter Y/N:     N Can this catheter be removed (Y/N): N
        Color Of Urine: NOT OBSERVED
    Character Of Urine: Not Observed

IV Pump: Y   How Many IV Pumps:     Feeding Pump: N   Heating Pad: N

SCDs in place at beginning of shift: N  SCDs in place at beginning of shift: N

Maintain Central Line: IJ/PICC/SWAN/PORT/AD CATHETER/CAC/DVC/BROVIAC? (Y/N): N
        Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N:  Y

*Restrains: N  *Restraint Type:
Has patient had an adverse drug reaction this shift: N
    If yes, name of Med:                          Type of Reaction:

Does the Patient have any Complaints Or Specific Needs: N
Specific Needs:
Specific Needs:

Precautions: Y Type of Precautions: Contact Precaution     Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
    If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.
*Is patient to DO NOT RESUSCITATE: N

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Date | Time by Date | Sts Directions Time by Current | Documented Units | From Change |
|---|---|---|---|---|---|---|

Activity Date: 11/05/16     Time: 1930    (continued)

:00S07   Reassessment/Evaluation - Pediatrics (continued)
Pediatric Fall Risk Assessment     Environmental Factors: 2
Age: 3
    (4) less than 3 years old          (4) History of Fall or Infant-Toddler
    (3) 3 to less than 7 years old          Placed in Bed
    (2) 7 to less than 13 year old     (3) Patient uses assistive devices or
    (1) 13 years and above               Infant-Toddler in Crib or
Gender: Male                               Furniture/Lighting
    (1) Male     (2) Female          (2) Patient Placed in Bed
Diagnosis: 3                         (1) Patient Placed in Crib
    (4) Neurological Diagnosis     Response to Surgery/Sedation/Anesthesia: 1
    (3) Alteration in Oxygenation          (3) Within 24 hours
        Respiratory Diagnosis, Dehydration,     (2) Within 48 hours
        Anemia, Anorexia, Syncope,          (1) More than 48 hours
        Dizziness, etc.               Medication Usage: 1
    (2) Psych/Behavioral Disorders          (3) Multiple usage of: Sedatives, Hypnotics,
    (1) Other Diagnosis               Barbiturates, Phenothiazines, Anti-
Cognitive Impairment: 1               depressives, Laxatives/Diuretics,
    (3) Not Aware of Limitations          Narcotic
    (2) Forgets Limitations          (2) One of the meds listed above
    (1) Oriented to Own Ability          (1) Other Medications/None
                                    Fall Risk Total: 12

----- BRADEN SCALE FOR PEDS (LESS THAN 16 YEARS OLD) -----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Walks Frequently |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRIC/SHEAR | Significant Problem | Potential Problem | No Apparent Problem | |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

| Sensory Perception: 3 | - Slightly Limited |
|---|---|
| Moisture: 3 | - Occasionally Moist |
| Activity: 4 | - Age Appropriate |
| Mobility: 3 | - Slightly Limited |
| Nutrition: 3 | - Adequate |
| Friction/Shear: 3 | - Potential Problem |
| Tissue Perfusion/Oxygenation: 2 | - Compromised |

Total Braden Scale Score: 21

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal          Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N

Age/Sex: 4Y 06M F
Unit #: X000629604
Admitted: 11/06/16 at 2019
Status: DIS IN

Attending: Craig, Anna M.D.
Account #: X33957086
Location: 555
Room/Bed: X.5551-1

HENDERSON                L

Willis-Knighton South Nursing **LIVE**
RPMS PRINT ALL NURSING INFORMATION

Page: 20 of 31

Printed 10/01/19 at 1352

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date Time by Comment | Sts | Directions Documented Units | From Charge |
|---|---|---|---|---|---|

Activity Date: 11/05/16      Time: 1930   (continued)

100507    Reassessment/Evaluation - Pediatrics (continued)
          SKIN DESCRIPTION
:Arm      :Rash:
          :
          :
          :
          :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
:HEALING RINGWORM LIKE RASH TO BACK OF RIGHT UPPER ARM
:OTHERWISE SKIN INTACT
:
:
:

102000    Emotional Support/Teaching          JG*      A    AS NEEDED     80.2    CP
- Document  11/05/16 1930  JG* 11/06/16 0127  JG*

200008    IV Site #1 Check/Care              JG*      A    Q2H           8.0     CP
- Document  11/05/16 1930  JG* 11/06/16 0127  JG*
          IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
          Site Description #1: Normal
          Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): NS
          Site Changed #1: 11/04/16
          IV Tubing Changed #1:
TPN# Tubing Changed #1: 11/04/16
PSL Limit Settings #1:
PSL Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
IV Dressing Changed Time #1:
Date IV (#1) started: 11/04/16  Time IV (#1) started:

400010    Vital Signs                        JG*      A    Q2H                   CP
          Vital Signs taken by a RAI are reviewed
          by an RN.
- Document  11/05/16 1930  JG* 11/06/16 2249  JG*      21.4
          BP Position:
Blood Pressure:
          BP Type:
          Temp: 98         Type Of Temperature: Temporal
          Heart Rate: 120  Heart Rate Source: Machine
          Resp. Rate: 24
          SpO2: 99         O2 Delivery: ROOM AIR

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date Time by Comment | Sts | Directions Documented Units | From Charge |
|---|---|---|---|---|---|

Activity Date: 11/05/16      Time: 1930

200021    Safety Checks                      JG*      A    Q2H           5.3     CP
- Document  11/05/16 1930  JG* 11/06/16 0127  JG*
          Family Member At Bedside: Y  Respiration Observed: Y
Call Light/Telephone in Reach: Y        Fall Precautions: Y
          :
          Crib Rails (Up / Down): Not Applicable
          Number Of Bed Rails Up: 3
          Are bed rails up because of meds given: N
          Bed Brakes Locked: Y
          Bed High Or Low Position: LOW
          All Alarms On And Audible: N
          CPM in use: N
          Pt. Off Unit: N

1-0       Patient Education:
- Document  11/05/16 1930  JG* 11/06/16 0126  JG*      A    AS NEEDED     0.0     CP
          Learner: Mother
Learner's Preferred Method: One-on-One Teaching
          Language Spoken (002): English
          If Other, Describe:
          :
*Religious or Cultural practices that may affect learning: N
  -If YES, describe:
*Physical limitations that may affect learning (Y/N): N
  If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
  If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
  If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:CALL NURSE AT ONSET OF ANY SIGNS OF PAIN
:
Pt/family encouraged to report concerns about Pt. safety issues: N
What safety issues have been addressed with the patient: ID BAND ON, CALL LIGHT IN REACH
          :BED IN LOW POSITION, SIDE RAILS UP, MOM AT BEDSIDE
*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

                          TEACHING SUMMARY

          LEARNING NEEDS

*Disease (Y/N): Y  BRONCHIOLITIS WITH HYPOXIA
  Isolation (Y/N): N :
*Equipment (Y/N): Y :IV PUMP, CALL LIGHT, BED CONTROLS, O2 SETUP, HHN
*Procedure (Y/N): Y :ADMIT
*Medication (Y/N): Y :SEE MAR/ADMIT
  Education (Y/N): N :
*New Medication (Y/N): N :
  Education:
*Follow-up care (Y/N): Y :PER MD AT DC
Rehab/Resources (Y/N): N :

Age/Sex: KY OAK F
Admit: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Anna M.M.D.
Account #: K12950086
Location: 585
Room/Bed: X.ES516-:

HENDERSON AM:IYAH :
Willis-Knighton South Nursing **LIVE***
HKWS PRNT ALL NURSING INTERVENTION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Comment | Directions by Comment | Documented Units | From Charge |
|---|---|---|---|---|---|---|

Activity Date: 11/05/16          Time: 1930    (continued)

1-3      Patient Education (continued)
*Nutrition (V/N): Y - TODDLER DIET
Other Teaching: PLAN OF CARE, PEDIATRIC SECURITY POLICY

If applicable, pt. has demonstrated competence to self administer medications: N
Med#: NA      Med2: NA      Med3: NA

Evidence Of Learning Demonstrated By: Expresses Understanding
Method Of Instruction: Explain

Activity Date: 11/05/16          Time: 2100

200008    IV Site #1 Check/Care
- Document    11/05/16 2100  JG* 11/06/16 0154  JG*    A    Q2H    8.0    CP
    IV Site #1: Left Hand
    Peripherally Inserted Central Catheter (Y/N): N
    Size Description #1: Normal
    Rate (cc/hr) #1: 50
Type Of IV Solution #1: (free text): NS
    Site Changed #1: 11/04/16
    IV Tubing Changed #1:
    IVPB Tubing Changed #1:
    PSI Limit Settings #1:
    PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
    IV Dressing Changed Time IV (#1) started:

200021    Safety Checks    11/05/16 2300  JG* 11/06/16 0154  JG*    A    Q2H    5.3    CP
- Document
    Family Member At Bedside: Y    Respiration Observed: Y
Call Light/Telephone In Reach: Y         Fall Precautions: Y

    Crib Rails (Cp / Down): Not Applicable
    Number Of Bed Rails Up: 3
Are bedrails up because of meds given: Y
    Bed High: OR Low Position: LOW
    All Alarms On and Audible: N
        CPM in use: N
    Pt. Off Unit: N

Activity Date: 11/05/16          Time: 2300

200008    IV Site #1 Check/Care
- Document    11/05/16 2300  JG* 11/06/16 0154  JG*    A    Q2H    8.0    CP
    IV Site #1: Left Hand
    Peripherally Inserted Central Catheter (Y/N): N
    Size Description #1: Normal
    Rate (cc/hr) #1: 50

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Comment | Directions by Comment | Documented Units | From Charge |
|---|---|---|---|---|---|---|

Activity Date: 11/05/16          Time: 2300    (continued)

200008    IV Site #1 Check/Care (continued)
Type Of IV Solution #1: (free text): NS
    Site Changed #1: 11/04/16
    IV Tubing Changed #1:
    IVPB Tubing Changed #1: 11/04/16
    PSI Limit Settings #1:
    PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
    IV Dressing Changed Time IV (#1) started:

200021    Safety Checks    11/05/16 2300  JG* 11/06/16 0154  JG*    A    Q2H    5.3    CP
- Document
    Family Member At Bedside: Y    Respiration Observed: Y
Call Light/Telephone In Reach: Y         Fall Precautions: Y

    Crib Rails (Up / Down): Not Applicable
    Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
        Bed Brakes Locked: Y
    Bed High: OR Low Position: LOW
    All Alarms On and Audible: N
        CPM in use: N
    Pt. Off Unit: N

Activity Date: 11/06/16          Time: 0000

400010    Vital Signs    11/06/16 0000  JG* 11/06/16 0111  JG*    A    O4H    21.4    CP
- Document    Vital Signs taken by a NAI are reviewed
        by an RN
Blood Pressure:             BP Position:
BP Type:
    Temp: 98         Type Of Temperature: Temporal
    Heart Rate: 115    Heart Rate Source: Machine
    Resp. Rate: 22
    SAO2: 99         O2 Delivery: ROOM AIR

Activity Date: 11/06/16          Time: 0100

200008    IV Site #1 Check/Care
- Document    11/06/16 0100  JG* 11/06/16 0154  JG*    A    Q2H    8.0    CP
    IV Site #1: Left Hand
    Peripherally Inserted Central Catheter (Y/N): N
    Size Description #1: Normal
    Rate (cc/hr) #1: 50
Type Of IV Solution #1: (free text):
    Site Changed #1: 11/04/16
    IV Tubing Changed #1: 11/05/16
    IVPB Tubing Changed #2:
    PSI Limit Settings #1:
    PSI Actual Reading #1:

Age/Sex: 4Y 04M F  Attending: Craig, Anna V.M.D.
Admitted: 11/04/16 at 2019  Account #: K12957086
Status: DIS IN  Location: 5ES
Room/Bed: K ES516-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 22 of 31
Printed 10/01/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/06/16    Time: 0100 (continued)**

200008    IV Site #: Check/Care (continued)
- IV Dressing Changed Site #1: 11/04/16
- IV Dressing Changed Time #:
Date IV (#1) started: 11/06/16 0154  JG*  11/06/16 0154  JG*    A  Q2H                    CP
200012    Safety Checks
- Document:
- Family Member At Bedside: Y      Respiration Observed: Y
- Call Light/Telephone In Reach: Y      Fall Precautions: Y
- Crib Rails (Up / Down): Not Applicable
  Number Of Bed Rails Up: 3
- Are bedrails up because of meds given: Y
  Bed Brakes Locked: Y
  Bed High OR Low Position: LOW
  All Alarms On and Audible: N                                     5.3
  CPM in use: N
  Pt. Off Unit: N

**Activity Date: 11/06/16    Time: 0300**

200008    IV Site #: Check/Care
- Document:      11/06/16 0300  JG*  11/06/16 0345  JG*    A  Q2H    8.0              CP
  IV Site #1: Left Hand
  Peripherally Inserted Central Catheter (Y/N): N
  Site Description #1: Normal
  PSI Actual Reading #1:
  Rate (cc/hr) #1: 50
Type Of IV Solution #1: (free text): NS
  Site Changed #1: 11/04/16
  IV Tubing Changed #1: 11/05/16
  IVPB Tubing Changed #1: 11/04/16
  PSI Limit Settings #1:
  PSI Actual Reading #1:
- IV Dressing Changed Site #1: 11/06/16
  IV Dressing Changed Time #1:
Date IV (#1) started: 11/04/16  Time IV (#1) started:
200012    Safety Checks
- Document:      11/06/16 0300  JG*  11/06/16 0345  JG*    A  Q2H    5.3              CP
- Family Member At Bedside: Y      Respiration Observed: Y
- Call Light/Telephone In Reach: Y      Fall Precautions: Y
- Crib Rails (Up / Down): Not Applicable
  Number Of Bed Rails Up: 3
- Are bedrails up because of meds given: Y
  Bed Brakes Locked: Y
  Bed High OR Low Position: LOW
  All Alarms On and Audible: N
  CPM in use: N
  Pt. Off Unit: N

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/06/16    Time: 0400**

400010    Vital Signs
- Vital Signs taken by a NAI are reviewed by an RN.
- Document:      11/06/16 0400  JG*  11/06/16 0524  JG*          A  Q4H                CP
  Blood Pressure:      BP Position:
  BP Type:
  Temp: 97.9      Type Of Temperature: Temporal
  Heart Rate: 129      Heart Rate Source: Machine
  Resp: 24
  SPO2: 98      O2 Delivery: ROOM AIR    21.4

**Activity Date: 11/06/16    Time: 0500**

200008    IV Site #1 Check/Care
- Document:      IV Site #1 0500  JG* 11/06/16 0530  JG*    A  Q2H    8.0              CP
  IV Site #1: Left Hand
  Peripherally Inserted Central Catheter (Y/N): N
  Site Description #1: Normal
  Rate (cc/hr) #1: 50
Type Of IV Solution #1: (free text): NS
  IV Tubing Changed #1: 11/05/16
  IVPB Tubing Changed #1: 11/04/16
  PSI Limit Settings #1:
  PSI Actual Reading #1:
- IV Dressing Changed Site #1: 11/06/16
  IV Dressing Changed Time #1:
Date IV (#1) started: 11/04/16  Time IV (#1) started:
200012    Safety Checks
- Document:      11/06/16 0500  JG* 11/06/16 0530  JG*    A  Q2H    5.3              CP
- Family Member At Bedside: Y      Respiration Observed: Y
- Call Light/Telephone In Reach: Y      Fall Precautions: Y
- Crib Rails (Up / Down): Not Applicable
  Number Of Bed Rails Up: 3
- Are bedrails up because of meds given: N
  Bed Brakes Locked: N
  Bed High OR Low Position: LOW
  All Alarms On and Audible: N
  CPM in use: N
  Pt. Off Unit: N

**Activity Date: 11/06/16    Time: 0524**

450010    Intake      11/06/16 0524  JG* 11/06/16 0525  JG*    A  06,18    10.7      CP
  ORAL - just H2O (mL):
  ORAL (not water) ml: 120
  Tube Feed (mL):
  NGT Tube Flushes (mL):

Page: 23 of 31

Printed 10/C/19 at 1352

Age/Sex: 47 06X F          Attending: Craig, Anna X M.D.
Unit #: KC00629604         Account #: K3290/086
Admitted: 11/04/16 at 2019 Location: SES
Status: DIS IN            Room/Bed: K:35516-:

Willis-Knighton South Nursing **Live**
HYXS PRINT ALL NURSING INFORMATION

## Left Panel

Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by | Comment | Sts Directions Documented Units | From Charge |
|---|---|---|---|---|---|

Activity Date: 11/06/16    Time: 0524 (continued)

45001C   Intake (continued)
PEG Tube Flushes (mL):
IV (mL): 600
IVPB (mL): 50
TPN (mL):
Lipid (mL):
Blood (mL):

45C00   11/06/16 0524  JG*  11/06/16 0525  JG*   A   06.18   10.7
- Document
Urine voided (mL):
Urine cath (mL):          Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inout Est (mL):
If No Output, Is Pt. On Dialysis:
        Void X NM: 2  Last Void Time:
Stool. X:                          Date Of Last BM:
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (mL):
New Colostomy Output:
Cld Colostomy Output (Num. of stool.s):
Emesis (mL):
Rectal Tube (mL):
Drain 4:
Est. Bld Loss (mL):
Meas Bld Loss (mL):

Chest Tube #1 (mL):
Chest Tube #2 (mL):
Drain 1:
Drain 2:
Drain 3:
Drain 4:

Urostomy (mL):
Nephrostomy (mL):
MOLO EVAC #1 (mL):
Amt. Of Output Or Misc. Body Fluid (mL):
Source of Output or Amt. Of - Misc. Body Fluid:

Activity Date: 11/06/16    Time: 0700

200008   IV Site #1 Check/Care   A   Q2H   8.0       CP
- Document   11/06/16 0700 KNB   11/06/16 0813 KNB
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1: (free text):  NS
Site Charged #1: 11/04/16

## Right Panel

Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by | Comment | Sts Directions Documented Units | From Charge |
|---|---|---|---|---|---|

Activity Date: 11/06/16    Time: 0700 (continued)

200008   IV Site #1 Check/Care (continued)               CP
IV Tubing Charged #1: 11/05/16
IVPB Tubing Charged #2: 11/04/16
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Charged Site #1: 11/04/16
IV Dressing Charged Time #:

Date IV (#1) started:    Time IV (#1) started:
200021   11/06/16 0700 KNB   11/06/16 0813 KNB   A   Q2H   5.3
- Document   11/06/16 0700 KNB
Family Vender At Bedside: Y       Respiration Observed: Y
Call Light/Telephone In Reach: Y   Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: N
CPX In Use: N
Pt. Of Unit: N

200023   High Fall Risk Intervention   A   Q2H            CP
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

1. MEDICATION REVIEW (vasoactive drugs,
   antipsychotics, antihistamines,
   diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
   (W/C, Geri-Chair, etc.)
9. EDUCATE FAMILY TO REINFORCE FALL
   PREVENTION STRATEGIES
10. INSTRUCT PATIENT TO ASK FOR
    ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
    WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.
    11/06/16 0700 KNB   11/06/16 0813 KNB
- Document

Age/Sex: 4Y GXX F
Unit #: K006239604
Account #: K23937086
Admitted: 11/04/16 at 2029
Status: DIS IN

Attending: Craig, Anna X.M.D.
Location: 3S
Room/Bed: K.E5516-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
HIMS PRNT ALL NURSING INFORMATION

Page: 24 of 31

Printed 10/01/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|

Activity Date: 11/06/16     Time: 0735

400010   Vital Signs                                                                                                  CP
Vital Signs taken by a NA? are reviewed        A     Q4H
by an RN.
- Document:   11/06/16 0735  VA                   A
Blood Pressure:                                          21.4
  BP Type:
  Temp: 99.0   Type Of Temperature: Axillary
  Heart Rate: 138   Heart Rate Source: Machine
  Resp. Rate: 25
  SAO2: 100   O2 Delivery: ROOM AIR

Activity Date: 11/06/16     Time: 0754

100507   Reassessment/Evaluation. - Pediatrics          A                                                             CP
- Document   11/06/16 0754 KNB  11/06/16 0803 KNB              0.0
  Date: 11/06/16   Shift: 'A . 7P

Focus / Plan For the Day: RESP TX.MEDICATIONS,O2 THERAPY
Plan Of Care Discussed With Patient: Y   Plan Of Care Updated: 11/06/16

Wound: N      Drain: N      Drain: N      Pain At Present Time: N    Swallowing Difficulty: N

Level Of Alertness: Alert And Oriented   Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Pediatric/ quiets easily   Responds: Spontaneously
Ventilator: N
Respiratory: Normal                       *Breath Sounds: Wheezing
  Cough: None                             Amount Expectorated: Not Applicable
Expectorant Color: Not Applicable         Consistency: Not Applicable
O2: Delivery: ROOM AIR                    % (when using Blenders)
O2 Pulse Quality: Normal Relaxation       @
Edema Of Extremity: None                  Homan's Sign: Not Indicated
  Abdomen: Soft                           Bowel Sounds: Present

Bowel Movement: This Shift: N   Date Of Last Bowel Movement:

Are You Having PACN / DISCOMFORT Now: N
  Is this a new episode of pain: N
    Location Of Pain:
    Duration Of Pain:
    Character of Pain:
    Onset of Pain:
    Pain Relieved By:
    Pain Made Worse By:
  Pain scale used to assess pain: FLACC
    Pain score: 0
                ----Pain Interventions----
Non-Pharmacologic:
  Emotional support:
  Comfort Measures:

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|

Activity Date: 11/06/16     Time: 0754   (continued)

100507   Reassessment/Evaluation. - Pediatrics (continued)
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N:   N Can this catheter be removed? (Y/N): N
                                       Color Of Urine: NOT OBSERVED
                                       Character Of Urine: Not Observed

IV Pump: Y   How Many IV Pumps: 1   Feeding Pump: N   Heating Pad: N

SCDs in place at beginning of shift: N   SCDs in place at beginning of shift: N

Maintain Central line-IJ/PICC/SWAN/PORT/D CATHETER/IABC/CVC/BROVIAC? (Y/N): N
            Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter (Y/N):   Y

*Restraints: N   *Restraint Type:
  Has patient had an adverse drug reaction this shift:
    If yes, name of Med:                              Type of Reaction:

Does the Patient have any Complaints Or Specific Needs: Y
Specific Needs: RESPIRATORY TREATMENTS
Specific Needs: SAFETY AND COMFORT

Precautions: N Type of Precautions: None         Standard Precautions: Y
  Negative Air Pressure Continued - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
  *Is patient DO NOT RESUSCITATE: N

                                    Environmental Factors: 2
Pediatric Fall Risk Assessment        (4) History of Fall or Infant-Toddler
  Age: 3                                  Placed in Bed
    (4) Less than 3 years old          (3) Patient uses assistive devices or
    (3) 3 to less than 7 years old         Infant-Toddler in Crib or
    (2) 7 to less than 13 year old         Furniture/Lighting
    (1) 13 years and above             (2) Patient Placed in Bed
  Gender: 1                            (2) Outpatient Area
    (2) Male    (1) Female           Response to Surgery/Sedation/Anesthesia 0
  Diagnosis: 3                          (3) Within 24 hours
    (4) Neurological Diagnosis         (2) Within 48 hours
    (3) Alteration in Oxygenation      (1) More than 48 hours
        Respiratory Diagnosis, Dehydration,  Medication Usage: 1
        Anemia, Anorexia, Syncope,       (3) Multiple usage of: Sedatives, Hypnotics,
        Dizziness, etc.                      Barbiturates, Phenothiazines, Anti-
    (2) Psych/Behavioral Disorders         depressants, Laxatives/Diuretics,
    (1) Other Diagnosis                     Narcotic
  Cognitive Impairment: 1              (2) One of the meds listed above
    (3) Not Aware of Limitations       (1) Other Medications/None
    (2) Forgets Limitations          Fall Risk Total: 11
    (1) Oriented to Own Ability

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

Age/Sex: 47 C4M F
Unit #: X00C629604
Admitted: 11/04/16 at 20:9
Status: DIS CN

Attending: Craig, Anna Y. M.D.
Account #: X32557086
Location: SES
Room/Bed: X.15516-2

Willis-Knighton South Nursing **LIVE**
HLVS PRINT ALL NURSING INFORMATION

Page: 25 of 31
Printed 10/01/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by | Comment | Sts Directions Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date: 11/06/16    Time: 0754 (continued)**

100807  Reassessment/Evaluation - Pediatrics (continued)

| | | | | | From Charge |
|---|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment: | 4 |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |  |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |  |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |  |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |  |
| FRIC/SHEAR | Significant Problem | Potential Problem | No Apparent Problem |  |  |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |  |

Sensory Perception: 3      - Slightly Limited
Moisture: 3      - Occasionally Moist
Activity: 4      - Age Appropriate
Mobility: 3      - Slightly Limited
Nutrition: 3      - Adequate
Friction/Shear: 3      - Potential Problem
Tissue Perfusion/Oxygenation: 3      - Adequate

Total Braden Scale Score: 22

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal          Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment: Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description Lookup and/or Free Text for EACH.

:Alt         :Rash:
LOCATION      SKIN DESCRIPTION

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
:HEALING RINGWORM LIKE RASH TO BACK OF RIGHT UPPER ARM
:OTHERWISE SKIN INTACT

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by | Comment | Sts Directions Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date: 11/06/16    Time: 0809**

| 100006 | Discharge Assessment/Planning | | | | CP |
| - Document | 11/06/16 0809 KNB | 11/06/16 0812 KNB | A | AS NEEDED | |

Discharge Problems/Needs Identified: Y
:S/S OF RESPIRATORY DISTRESS
:WHEN TO SEEK MEDICAL ATTENTION
:FOLLOW UP CARE
:MEDS/DIET/ACTIVITY
:ONGOING

Arrangements Made to Meet Needs: Y
:ONGOING TEACHING
:PER MD
:

| 102000 | Emotional Support/Teaching | | A | AS NEEDED  80.2 | CP |
| - Document | 11/06/16 0809 KNB | 11/06/16 0812 KNB | | | |
| :: | Patient Education | | A | AS NEEDED  0.0 | CP |
| - Document | 11/06/16 0809 KNB | 11/06/16 0812 KNB | | | |

Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:CALL NURSE AT ONSET OF ANY SIGNS OF PAIN

Pt/family encouraged to report concerns about Pt. safety issues: N
What safety issues have been addressed with the patient: ID BAND ON, CALL LIGHT IN REACH
:BED IN LOW POSITION, SIDE RAILS UP, MOX AT BEDSIDE

*Is patient/family motivated to learn: (Y/N): Y
If NO, explain:

LEARNING NEEDS

*Disease (Y/N): Y :BRONCHIOLITIS WITH HYPOXIA
*Isolation (Y/N): N :UNIVERSAL
*Equipment (Y/N): Y :IV PROP, CALL LIGHT, BED CONTROLS, O2 SETUP, HEN
*Procedure (Y/N): Y :NURSING ROUNDS, REASSESSMENTS

TEACHING SUMMARY

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/04/16 at 2009
Status: DIS IN

Attending: Craig, Acia M M.D.
Account #: K32917086
Location: SEDS 2
Room/Bed: K.2551.6-1

Willis-Knighton South Nursing **LIVE**
HIMS PRIN ALL NURSING INTERVATION

## Prob/em/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/06/16        Time: 0809   (continued)**

I-D     Patient Education (continued)
*Medication (Y/N): Y :PREDNISOLONE, ROCEPHIN, PRN-ALBUTEROL, ROBITUSSIN, IBUPROFEN
*New Medication (Y/N): N :NO NEW MEDS
Education     :MEDICATION INDICATION AND DOSAGE
                :
*Follow-up care (Y/N): Y :PER MD AT DC
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER DIET
  Other Teaching :PLAN OF CARE, PEDIATRIC SECURITY POLICY

If applicable, pt has demonstrated competence to self administer medications: N
   Medi: NA              Medi: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
30C00C-           Breathing Pattern, Ineffective       A    QSHIFT
- Document     11/06/16 0809 KNB  11/06/16 0612 KNB
                SAO2: :100
Is patient on oxygen? N

**Activity Date: 11/06/16        Time: 0854**

200C08        IV Site #1 Check/Care                    A    Q2H          8.0
- Document     11/06/16 0854 VV  11/06/16 0854 VV
                IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
  Site Description #1: Normal
Type Of IV Solution #1: (free text): NS
    Site Changed #1: 11/04/16
IV Tubing Changed #1: 11/05/16
IVRB Tubing Changed #1: 11/04/16
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/04/16
IV Dressing Changed Time #1:
Date IV (#) started: 11/04/16  Time IV (#) started:

55SC3D-D       Feed W/ut Assistance                     A    MEAL/TIMES    74.9
- Document     11/06/16 0854 VV  11/06/16 0855 VV
                Current Diet: TODDLER
    Addit. Diet Restric:
Percentage of Meal Eaten: All eaten
    Supplement:
Percentage of Supplement Consumed:
200C21        Safety Checks                             A    Q2H          5.3
- Document     11/06/16 0854 VV  11/06/16 0854 VV
Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone In Reach: Y   Fall Precautions: Y

## Prob/em/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 11/06/16        Time: 0854   (continued)**

200C21        Safety Checks (continued)                      CP
                Crib Rails (Up / Down): Not Applicable
                Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
                Bed Brakes Locked: Y
                Bed High CR Low Position: LOW
A1. Alarm On and Audible: N
                CPX in use: N
                Pt. CPX ON: N

200C23        High Fall Risk Intervention                A    Q2H          CP
                Pt and, as needed, their family, are
                educated on the fall reduction program
                and any individual fall reduction
                strategies, including but not limited
                to:
                1. MEDICATION REVIEW (vasoactive drugs,
                anti-psychotics, antihistamines,
                diuretics, etc)
                2. USE CORRECTIVE LENSES, if applicable.
                3. ASSIST WITH AMBULATION.
                4. OFFER BATHROOM ASSISTANCE.
                5. USE NON-SKID FOOTWEAR.
                6. CLOSELY OBSERVE DISORIENTED PATIENTS
                7. ENSURE ADEQUATE LIGHTING AT NIGHT
                8. USE PROTECTIVE/ASSISTIVE DEVICES
                (W/C, Geri-chairs, etc)
                9. EDUCATE FAMILY TO REINFORCE FALL
                PREVENTION STRATEGIES
                10. INSTRUCT PATIENT TO ASK FOR
                ASSISTANCE OUT OF BED.
                11. ENSURE PATIENT CARE ITEMS ARE
                WITHIN REACH.
                12. KEEP ROOM FREE OF CLUTTER.
- Document     11/06/16 0854 VV  11/06/16 0854 VV

**Activity Date: 11/06/16        Time: 0900**

200C08        IV Site #1 Check/Care                     A    Q2H          8.0
- Document     11/06/16 0900 KNB  11/06/16 0903 KNB
                IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
  Site Description #1: Normal
                Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): NS
    Site Changed #1: 11/04/16
IV Tubing Changed #1: 11/05/16
IVRB Tubing Changed #1: 11/04/16
PSI Limit Settings #1:
PSI Actual Reading #1:

VAR :

Page: 27 of 31

Printed 10/01/19 at :352

Age/Sex: 4Y 04M F
Admitted: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Arna X M.D.
Account #: K3295T086
Location: 5ES
Room/Bed: K.E5516-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/06/16          Time: 0900   (continued)

200208   IV Site #: Check/Care (continued)
IV Dressing Changed Site #: 11/04/16
IV Dressing Changed Time #:
Date IV [#1] started: 11/06/16   Time IV [#1] started:

200021   Safety Checks                                    A    Q2H                         5.3
- Document   11/06/16 0900 KNB   11/06/16 0903 KNB   CP
   Family Member At Bedside: Y     Respiration Observed: Y
Call Light/Telephone In Reach: Y         Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number of Bed Rails Up: 3
Are bedrails up because of meds given: Y
         Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: N
         CPM in use: N
         Ft. off Unit: N

200023   High Fall Risk Intervention.                     A    Q2H                              CP
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

   1. MEDICATION REVIEW (vasoactive drugs,
   antipsychotics, antihistamines,
   diuretics, etc).
   2. USE CORRECTIVE LENSES, if applicable.
   3. ASSIST WITH AMBULATION.
   4. OFFER BATHROOM ASSISTANCE.
   5. USE NON-SKID FOOTWEAR.
   6. CLOSELY OBSERVE DISORIENTED PATIENTS
   7. ENSURE ADEQUATE LIGHTING AT NIGHT
   8. USE PROTECTIVE/ASSISTIVE DEVICES
   (W/C, Geri-chairs, etc).
   9. EDUCATE FAMILY TO REINFORCE FALL
   PREVENTION STRATEGIES.
   10. INSTRUCT PATIENT TO ASK FOR
   ASSISTANCE OUT OF BED.
   11. ENSURE PATIENT CARE ITEMS ARE
   WITHIN REACH.
   12. KEEP ROOM FREE OF CLUTTER.

- Document   11/06/16 0900 KNB   11/06/16 0903 KNB

Activity Date: 11/06/16          Time: 1100

10055I   Discharge Summary                     A   AT TIME OF DISCHARGE       AS
- Create    11/06/16 1100 KNB   11/06/16 1110 KNB                            0.0
- Document   11/06/16 1100 KNB   11/06/16 1110 KNB

   ---- DISCHARGE INSTRUCTIONS -----
Brief Summary of Hospital Stay: MEDICATIONS, IV FLUIDS, RESPIRATORY TREATMENT EDUCATION

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/06/16          Time: 1100   (continued)

10055I   Discharge Summary (continued)
   : LABS, CHEST XRAY
   :
                    --- DISCHARGE VITAL SIGNS ---
Blood Pressure: 122/74    Heart Rate: 138   Resp. Rate: 25   Temp: 99.0

                    --- Flu and Pneumonia Vaccines ---
Flu Vaccine this flu season: (Sep 1 - Mar 31): No
   Pneumonia Vaccine within the past 5 years:
*Nurse - if no to flu or pneumonia vaccine, refer to Adult Influenza vaccine protocol

                    --- DISCHARGE FOLLOW UP ---

   1:  Appointment with:
       Patient/Family to make appointment in:
   2:  Appointment with:
       Patient/Family to make appointment in:
   3:  Appointment with:
       Patient/Family to make appointment in:

   4:  Appointment with:
       Patient/Family to make appointment in:
   5:  Appointment with: PRIMARY CARE PROVIDER
       Patient/Family to make appointment in: 3-4 DAYS
   6:  Appointment with:
       Patient/Fam.ly to make appointment in:
   7:  Appointment with:
       Patient/Family to make appointment in:

Other department referrals such as home health, physical therapy, hospice, cardiac rehab,
etc:

                    --- DISCHARGE ACTIVITY ---

Resume Normal Activity: Y
   Resume Normal Diet: Yes
       Diet Information: REGULAR
       Any restrictions: NO

                    ---- TAKE HOME MEDICATIONS -----

| MEDICATION | DOSE | ROUTE |
|---|---|---|
| 1:  GRADED UNIT DOSE | .14 MG | BY MOUTH |
|    FREQUENCY: ONCE DAILY (REFRIGERATED) | | |
| 2:  FLUMICORT RESPULE (BUDESONIDE) | :0.25 MG | : INHALE |
|    FREQUENCY: TWICE DAILY   ****RX**** | | |
| 3:  PEDIA PROFEN (PEDIATRIC IBUPROFEN) | :50 MG | : BY MOUTH |
|    FREQUENCY: EVERY 6 HOURS AS NEEDED FOR TEMP > 102.5 F (IF NOT RELIEVED BY TYLENOL) | | |
| 4:  PROVENTIL UNIT DOSE (ALBUTEROL SOLUTION) | :: INHALE | : 1 INHALE |
|    FREQUENCY: EVERY 2 HOURS AS NEEDED FOR WHEEZING   ****RX**** | | |
| 5:  TYLENOL (ACETAMINOPHEN) | :80 MG | : BY MOUTH |
|    FREQUENCY: EVERY 4 HOURS AS NEEDED FOR TEMP > 101 F | | |
| 6: | | |

Next Dose Due
Date       Time
1:  11/06/16:400 PM

2:  11/06/16:500 PM

Age/Sex: 4Y 06X F
Unit #: K3056296004
Admitted: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Acra M.Y.D.
Account #: K3295?086
Location: 52S
Room/Med: K.E5516-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | Next Dose Due DATE TIME | From Change |
|---|---|---|---|---|---|---|
| Activity Date: 11/06/16 | | Time: 1100 (continued) | | | | |
| 100551 | Discharge Summary (continued) | | | | | |
| 7: FREQUENCY: | | | | | | |
| 8: FREQUENCY: | | | | | | |
| 9: FREQUENCY: | | | | | | |
| | MEDICATION | DOSE | ROUTE | | Next Dose Due DATE TIME | |
| 9: FREQUENCY: | | | | | | |
| 10: FREQUENCY: | | | | | | |
| 11: FREQUENCY: | | | | | | |
| 12: FREQUENCY: | | | | | | |
| 13: FREQUENCY: | | | | | | |
| 14: FREQUENCY: | | | | | | |
| 15: FREQUENCY: | | | | | | |
| 16: FREQUENCY: | | | | | | |
| | MEDICATION | DOSE | ROUTE | | Next Dose Due DATE TIME | |
| 17: FREQUENCY: | | | | | | |
| 18: FREQUENCY: | | | | | | |
| 19: FREQUENCY: | | | | | | |
| 20: FREQUENCY: | | | | | | |
| 21: FREQUENCY: | | | | | | |
| 22: FREQUENCY: | | | | | | |
| 23: FREQUENCY: | | | | | | |
| 24: FREQUENCY: | | | | | | |
| | MEDICATION | DOSE | ROUTE | | Next Dose Due DATE TIME | |
| 25: FREQUENCY: | | | | | | |
| 26: FREQUENCY: | | | | | | |

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|
| Activity Date: 11/06/16 | | Time: 1100 (continued) | | | |
| 100551 | Discharge Summary (continued) | | | | |
| 27: | | | | | |
| 28: FREQUENCY: | | | | | |
| 29: FREQUENCY: | | | | | |
| 30: FREQUENCY: | | | | | |

Sliding Scale:
:
:
:
:

Additional Instructions:
:
:
:

---Skin and Wound Care---

Description of any skin assessment findings and skin care or wound care instructions and/or
medications: NO SKIN IMPAIRMENT
:
:

---Discharge Materials and Information Given to Patient and Family---
List of discharge materials/printed instructions given:
: DISCHARGE PAPERWORK, PRESCRIPTIONS X2

Cardiopulmonary Home Care Instructions Provided: No

Is the patient at risk for falling at home: No

Smoking can be hazardous to your health and those around you. Assistance to stop smoking is
available by calling WK QUIT (212-4656), the American Lung Association (800-LUNG-USA),
or the American Cancer Society (800-QUIT-NOW).

---Equipment and Lines---

Age/Sex: 47 06X F
Unit #: K00629604
Admitted: 11/04/16 at 2019
Status: DIS IN

Attending: Craig, Anna X.X.D.
Account #: K33957086
Location: WSB-WSB SE...
Room/Bed: K.E5516-1

HENDERSON, L

Willis-Knighton South Nursing **LIVE**
RIMS PRINT ALL NURSING INFORMATION

Page: 29 of 31
Printed 10/01/19 at 1352

---

**Problem/Goal/Intervention Description**

Activity Date: 11/06/16    Time: 1100 (continued)

2008L    Discharge Summary (continued)
*Nurse - if any lines or equipment left in place at discharge, verify MD order to leave in place.

Heparin Lock Removed: Yes

Urinary Catheter Removed: Not applicable
*Nurse - if yes, verify patient has voided prior to discharge and/or document findings.

Port Access Needle in Place: Not applicable

PICC Line Removed: Not applicable
    Date and Time of last PICC flushing:
    Date and Time of last PICC Dressing Change:
    PICC Line Mark At:
    Home Health in Arrange To Care For PICC At Home:
    PICC Line Home Care Instructions Provided To Patient Or Family:

Telemetry Removed: Yes

Other Discipline Discharge Instructions: NA

Patient verbalizes understanding and/or demonstrates understanding of discharge instructions: No
If no: FAMILY UNDERSTANDS

Any retained medications returned to patient: Not applicable
If no:

Any valuables returned to patient: Not applicable
if no:

Any records sent with patient: Not applicable

Patient Or Family Signature:
Date of Birth: 10/0./23

Nurse Printed Name:

Date and Time of Signatures:

Activity Date: 11/06/16    Time: 1112

4000IO    Vital Signs
    Vital signs taken by a RN/ are reviewed by an RN.
- Document  11/06/16 1112 VA  11/06/16 1112 VA   A   O4H   21.4   CP
Blood Pressure:              BP Position:
    BP Type:
    Temp:    Type Of Temperature:
Heart Rate: 160    Heart Rate Source: Machine

---

**Problem/Goal/Intervention Description**

Activity Date: 11/06/16    Time: 1112 (continued)

4000.0    Vital Signs (continued)
    Resp. Rate:
    SaO2: 100    O2 Delivery: ROOM AIR

Activity Date: 11/06/16    Time: 1121

4500.C    Intake
- Document  11/06/16 1121 KNB  11/06/16 1121 KNB   A   06.18   10.7   CP
    ORAL - just H2O (ml):
    ORAL (ice, water) (ml):
    Tube Feed (ml):
    NGT Tube Flushes (ml):
    PEG Tube Flushes (ml):
        IV (ml): 200
        IVPB (ml):
        TPN (ml):
        Lipid (ml):
        Blood (ml):

4500.OC    Output
- Document  11/06/16 1121 KNB  11/06/16 1132 KNB   A   06.18   10.7   CP
    Urine voided (ml):
    Urine cath. (ml):    Date Cath Inserted:
        Color Of Urine:
        Character Of Urine:
    Urine Incr Est (ml):
    If No Output, is Pt. On Dialysis:
        Void X XM: 1   Last Void Time:
    Stool X:    Void X XM: 1   Last Void Date:   Date of Last EM:
        Stool Consistency:
        Color Of Stool:
        Amount Of Stool:
        Ileostomy (ml):
    New Colostomy Output:
    Old Colostomy Output (Num. of stool #):
        NG (ml):
        Emesis (ml):
        Rectal Tube (ml):
        Est. Bld Loss (ml):
        Xous Bld Loss (ml):

    Chest Tube #1 (ml):
    Chest Tube #2 (ml):
    Drain 1:
    Drain 2:
    Drain 3:
    Drain 4:
        Urostomy (ml):
        Nephrostomy (ml):
        WOUND EVAC. #1 (ml):
Amt. Of or Amt. Of Misc. Body Fluid (ml):

HENDERSON, ANN L

Willis-Knighton South Nursing **ICU5**
NWS PRINT ALL NURSING INFORMATION

**Age/Sex:** 47 0XX F
**Admitted:** Craig, Anca M.D.
**Account #:** K32957066
**Admitted:** 11/04/16 at 20:9
**Unit #:** K000629604
**Location:** ICU5
**Status:** DIS IN
**Room/Bed:** K-IE5516-_

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|

Activity Date: 11/06/16     Time: :221   (continued)

450100  - Output   (continued)
Source Of Output Or Asp. Of - Misc. Body Fluid:

Activity Date: 11/06/16     Time: :124

450100  - Output
11/06/16 1124 KNB   11/06/16 1124 KNB   A   06.:8   10.7   CP
  Urine voided (mL):
  Urine cath. (mL):       Date Cath Inserted:
  Urine Out Of Time (mL):
  Character Of Urine:
  Urine Incr Est (mL):
  Is No Output, Is Pt. On Dialysis:
  New Colostomy Output:
  Old Colostomy Output (Num. Of Stool/s):
  Void X KV:  4   Void X KV:   Last Void Date:        Last Void Time:
  Stool X: 2   Stool Weight cc's:     Date Of Last BM:
  Stool Consistency:
  Color Of Stool:
  Amount Of Stool:
  Ileostomy (mL):
  Emesis (mL):
  Rectal Tube (mL):
  Est. Bld Loss (mL):
  Meas Bld Loss (mL):

  Chest Tube #1 (mL):
  Chest Tube #2 (mL):
  Drain 1:
  Drain 2:
  Drain 3:
  Drain 4:
  Urostomy (mL):
  Nephrostomy (mL):
  WOUND EVAC. #1 (mL):
Amt. Of Or Asp. Of Misc. Body Fluid (mL):
Source Of Output Or Asp. Of - Misc. Body Fluid:

Activity Date: 11/06/16     Time: :137

100522  - Pediatric Admit Assessment:
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his   C   ADMIT   A => D
100551  Discharge Summary                                D   AT TIME OF DISCHARGE   A => D   AS
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his   D   B!DB   A => D
401050  Telemetry Monitoring                             D         A => D
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his   D         A => D
Problem: Basic Pediatric Nursing Care
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Time by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|

Activity Date: 11/06/16     Time: :137

Goal: Basic nursing care will be provided.
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his   D   11/08/16   A => D
100C06        Discharge Assessment/Planning                         D   AS NEEDED   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                        CP
100507        Reassessment/Evaluation - Pediatrics                        CP
                  Direction :>07,19   Document when care
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
100620        Critical Value Reporting                           D         A => D
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
       Medical Support/Teaching                           D   AS NEEDED   A => D
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   CP
200C08        IV Site #1 Check/Care                              D   Q2H   A => D
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
250510-A      Bath, Total, Bed - Toddler                        D   DAILY   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
250512        Linen Changed                                     D   DAILY   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
400010        Vital Signs                                       D   Q4H   A => D   CP
                  Vital Signs taken by a NAI are reviewed
                  by the RN.
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
401135        Weight, Daily, PEDC or NSY                        D   DAILY   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
450010        Intake                                            D   06.:8   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
450C00        Output                                            D   06.:8   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
550030-B      Feed With Assistance                              D   XEAL:YES   A => D
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
550040        Formula Prep                                      D   MEAL:YES   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
550C9C        Feed Formula Per Family Or Staff                  D   Q3H   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
60065.5       Physician Rounds                                  D   DAILY   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
800516        Clergy Visits                                     D   DAILY   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his                   A => D
Problem: INJURY, POTENTIAL FOR
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his
Goal: No evidence of injury to patient.
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his   D   11/08/16   A => D
20002C        Safety Checks                                     D   Q2H   A => D   CP
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his
Problem: KNOWLEDGE DEFICIT
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his
Goal: Patient/Family Will Verbalize
       Understanding of Diagnosis and
       Treatment.
  - Eg Status    11/06/16 1137 his   11/06/16 1137 his   D   11/08/16   A => D

Age/Sex: 4Y 06X F          Attending: Craig, Acra M.D.
Unit #: KGU0629604         Account #: K12957086
Admitted: 11/06/16 at 20:9    Location: 5ES
Status: DIS IN               Room/Bed: K.E5516-1

Willis-Knighton South Nursing **LIVE**
HIXS PRINT ALL NURSING INFORMATION

| Problem/Goal/Intervention Description | | | | | Sts | Directions | | From | | Monogram Initials | Name | Nurse Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Activity | Occurred | | Recorded | | | | Documented | | | | | |
| Type | Date | Time | by | Date | Time | by | Comment | Units | Change | | | |
| | | | | | | | | | | JG | GRIFFJN.NS | JG | GRIFFJN,JENNIFER | RN |
| | | | | | | | | | | JG* | GARDNJ.NS | GARDNEJ,JANIE | RN |
| | | | | | | | | | | KN3 | BRAGGK.NS | BRAGG,KATIA N. | RNNPP |
| | | | | | | | | | | VA | ANDERV.NS | ANDERSON,VANESSA A | RN |
| | | | | | | | | | | VV | VANNV.NS | VANN,VALARIE | RN |
| | | | | | | | | | | h:s | | automatic by program | |

Activity Date: 11/06/16                Time: 1137

I-D                          Patient Education.                                          D    AS NEEDED        CP
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
Problem: Pain Management.
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
Goal: Pain Level Acceptable to Patient.
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D    11/07/16         A => D
102012                       PAIN Assessment / Management - PEDI.                        D    PRN              CP
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
Problem: Breathing Pattern, Ineffective.
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
Goal: AIRWAY BREATHING EFFECTIVE.
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
30CG001                      Breathing Pattern, Ineffective                             D    Q8HRT?           CP
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
Problem: PATIENT AT HIGH RISK FOR FALLS
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
Goal: NS Patient risk for falling reduced.
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D
70GG023                      HIGH Fall risk Intervention                                 D    Q2H              CP
                             Pt. and, as needed, their family, are
                             educated on the fall reduction program
                             and any individualized fall reduction
                             strategies, including, but not limited
                             to:

                             1. MEDICATION REVIEW (vasoactive drugs,
                             antipsychotics, antihistamines,
                             diuretics, etc).
                             2. USE CORRECTIVE LENSES, if applicable.
                             3. ASSIST WITH AMBULATION.
                             4. OFFER BATHROOM ASSISTANCE.
                             5. USE NON-SKID FOOTWEAR.
                             6. CLOSELY OBSERVE DISORIENTED PATIENTS
                             7. ENSURE ADEQUATE LIGHTING AT NIGHT
                             8. USE PROTECTIVE/ASSISTIVE DEVICES
                             (W/C, Geri-chairs, etc).
                             9. EXPOSE FAMILY TO REINFORCE FALL
                             PREVENTION STRATEGIES
                             10. INSTRUCT PATIENT TO ASK FOR
                             ASSISTANCE OUT OF BED.
                             11. ENSURE PATIENT CARE ITEMS ARE
                             WITHIN REACH.
                             12. KEEP ROOM FREE OF CLUTTER.
- Ed Status     11/06/16 1137 his   11/06/16 1137 his                                    D                     A => D

| Monogram Initials | Name | | Nurse Type |
|---|---|---|---|
| BG | GEORGB.NS | GEORGE,BECKY | RN |
| CJP | COOK04.NS | POLLARD,CASSANDRA J | RN |
| LES | SOUTT2.NS | SCOTT,ESTELLE R | WC-5 |
| RSR | ROBIN1.NS | ROBINSON,INGRID S | MI-IT |

**MEDICATION ADMINISTRATION RECORD**

PERIOD:  11/06/16 ● to 11/07/16-0700

ROBERSP.DP
11/05/16-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|-------|------|---------------|-------------------|-----------------|
| | ******* ROUTINE MEDS ******* | | | | | |
| K005694395 | BUDESONIDE 0.5 MG/2 ML UD  (0.25 MG)<br>(PULMICORT RESPULE)<br>ORD DR: Aycock II, Richard A M.D.<br>DOSE: 0.25 MG=  (0.5 UNIT DOSE(S))  INH  .BID  SCH<br>COMMENTS:<br>(USE VIA INHALATION NEBULIZATION ONLY!) | 2045<br>11/04/16 | | —RT— | | |
| K005694396 | PREDNISOLONE 15 MG/5 ML 5MLUDC  (None)<br>(ORAPRED U/D)<br>ORD DR: Aycock II, Richard A M.D.<br>DOSE:  (5ML UNIT DOSE CUP(S))  PO  .DAILY  SCH<br>DOSE INSTR: 14MG (4.67MLS)<br>COMMENTS: (REFRIGERATE!) | 2045<br>11/04/16 | | | 1600 | |

| | ******* IV'S ******* | | | | 2000 | |
|------|-----------|-------|------|---|---|---|
| K005694397 | CEFTRIAXONE 500 MG VIAL  (700 MG)<br>(ROCEPHIN)<br>IN: D5W 50 ML BAG  (50 ML)<br>(D5W)<br>ORD DR: Aycock II, Richard A M.D.<br>RATE: 50 MLS/HR          DUR:          1  FREQ:  Q24H<br>COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 2000<br>11/05/16 | | | | |

*Normal Saline @50/h*

**LEGEND:**
RD  Rt Deltoid    RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGlutei
LD  Lt Deltoid    LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGlutei

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086    Med Rec#: K000629604
Name:  HENDERSON,AALIYAH L
Phys:  Craig, Anna M M.D.
Age: 3Y 01M    Sex: F    Wgt: 31 lb  = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5HS
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 1



516

MEDICATION ADMINISTRATION RECORD
MAR PERIOD: 11/06/16-0700 to 11/07/16-0700

ROBERSP.DP
11/05/16-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|------------|-------|------|---------------|-------------------|-----------------|
|      |            |       |      |               |                   |                 |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
|           |       |           |       |           |       |           |       |
|           |       |           |       |           |       |           |       |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086      Med Rec#: K000629604
Name: HENDERSON, ____ L
Phys: Craig, Anna M M.D.
Age: 3Y 01M      Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN      BSA: 0.6 m2

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5N5
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 2

| | RECORD | | | ROBERSP.DP |
|---|---|---|---|---|
| | PERIOD: 11/06/16 ___ to 11/07/16-0700 | | | 11/05/16-2030 |

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

******* PRN MEDS ******

| | | | | | |
|---|---|---|---|---|---|
| K005694390  RT PROTOCOL 1 EA INH.SOLN  (None) | | | 2045 | | |
|           (RT PROTOCOL) | | | 11/04/16 | | |
|    ORD DR: Aycock II, Richard A M.D. | | | | | |
|      DOSE: (INHAL SOLN(S))  INH  .UD  PRN | | | | | |
| DOSE INSTR: PROTOCOL AS DIRECTED | | | | | |
|  COMMENTS: FOR ADULTS: Atrovent and/or Xopenex Inh Soln | | | | | |
|            via nebulization per respiratory therapy. | | | | | |
| | | | | | |
|         FOR PEDIATRICS: Proventil Inhalation Soln | | | | | |
|         via nebulization per respiratory therapy. | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh   RDT  Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh   LDT  Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| MEDICATION ADMINISTRATION RECORD (2946) | Acct#: K32957086    Med Rec#: K000629604 | Room/Bed: K.N5516-1 |
|---|---|---|
| WILLIS-KNIGHTON SOUTH | Name: HENDERSON,AALIYAH L | Adm Date: 11/04/16 |
| 2510 BERT KOUNS INDUSTRIAL LOOP | Phys: Craig, Anna M M.D. | Location: 5NS |
| SHREVEPORT, LOUISIANA  71118 | Age: 3Y 01M    Sex: F   Wgt: 31 lb  = 14.061 kg | Service: PED |
| | Marital Status: SIN   BSA: 0.6 m2 | D.O.B.: 10/01/13 |
| | Allergies: .. see ALLERGY SOURCE DOCUMENT .. | PAGE 3 |

| | MEDICATION ADMINISTRATION RECORD | | | | | Page 114 of 756 | | |
| | PERIOD: 11/05/16-____ to 11/07/16-0700 | | | | | ROBERSP.DP 11/05/16-2030 | | |

| RX # | MEDICATION | | | | START | STOP | | |
|---|---|---|---|---|---|---|---|---|

****** PRN MEDS ******

K005694391   ALBUTEROL SOLUTION 0.083% 3 ML UD   (None)
                (PROVENTIL U/D)
  ORD DR: Aycock II, Richard A M.D.
     DOSE:  (UNIT DOSE(S))  INH  .Q2H WHEEZING  PRN                          2045
DOSE INSTR: AS DIRECTED                                                    11/04/16
   COMMENTS:
          (USE VIA INHALATION NEBULIZATION ONLY!)

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K005694392   DEXTROMETHORPHAN PED COUGH 60 ML BOT   (None)
                (ROBITUSSIN PED L-A COUGH)
  ORD DR: Aycock II, Richard A M.D.
     DOSE:  (BOTTLE(S))  PO  .Q6H COUGH  PRN                               2045
DOSE INSTR: 5 MLS                                                         11/04/16
   COMMENTS:
          (ROBITUSSIN PEDIATRIC L-A COUGH)

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid   RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh   RDT  Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD Lt Deltoid   LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh   LDT  Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
   WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
  SHREVEPORT, LOUISIANA  71118

Acct#: K32957086    Med Rec#: K000629604
Name:  HENDERSON_____L
Phys:  Craig, Anna M M.D.
Age: 3Y 01M   Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN   BSA: 0.6 m2

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5NS
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..                    PAGE 4

| MEDICATION ADMINISTRATION RECORD | | | |
|---|---|---|---|
| FN PERIOD: 11/06/16 - to 11/07/16-0700 | | | ROBERSP,DP |
| | | | 11/05/16-2030 |

| RX # | MEDICATION | | | | START | STOP | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

****** PRN MEDS ******

K005694393   ACETAMINOPHEN 325 MG/10.15 ML UDC  (None)
               (TYLENOL)
     ORD DR: Aycock II, Richard A M.D.                    2045
       DOSE:  (UD CUP(S)) PO  .Q4H  PRN                  11/04/16
DOSE INSTR: 80MG (2.5MLS)
  COMMENTS: PRN TEMP >/= 101 DEGREES F.
            (DO NOT EXCEED 4,000 MG/24HRS!)

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K005694394   IBUPROFEN PED. SUSP 100 MG/5 ML 5MLUDC   (None)
               (PEDIA PROPEN)
     ORD DR: Aycock II, Richard A M.D.                    2045
       DOSE:  (5ML UNIT DOSE CUP(S))  PO  .Q6H  PRN      11/04/16
DOSE INSTR: 50MG (2.5MLS)
  COMMENTS: PRN TEMP > 102.5 DEGREES F. NOT RELIEVED BY
            TYLENOL

            (SHAKE WELL!) (SAME AS ADVIL/MOTRIN)

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid    RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid    LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)     Acct#: K32957086    Med Rec#: K000629604     Room/Bed: K.E5515-1
     WILLIS-KNIGHTON SOUTH                   Name: HENDERSO_____ L                     Adm Date: 11/04/16
   2510 BERT KOUNS INDUSTRIAL LOOP           Phys: Craig, Anna M M.D.                    Location: 5ES
     SHREVEPORT, LOUISIANA  71118            Age: 3Y 01M    Sex: F  Wgt: 31 lb = 14.061 kg   Service: PED
                                             Marital Status: SIN   BSA: 0.6 m2              D.O.B.: 10/01/13

                                             Allergies: .. see ALLERGY SOURCE DOCUMENT ..        PAGE 5

MEDICATION ADMINISTRATION RECORD
IN PERIOD: 11/06/16- to 11/07/16-0700

ROBERSP.DP
11/05/16-2030

| RX # | MEDICATION | | START | STOP | | |
|------|-----------|--|-------|------|--|--|
| | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|------------------|------------------------|--------------------|--------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|------------------|------------------------|--------------------|--------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGlutei
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGlutei

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086    Med Rec#: K000629604
Name: HENDERSON/_____ L
Phys: Craig, Anna M M.D.
Age: 3Y 01M    Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5NS
Service: PED
D.O.B.: 10/01/13

PAGE 6

| | MEDICATION ADMINISTRATION RECORD | | | ROBERSP.DP |
| | IN PERIOD:  11/06/16-0700 to 11/07/16-0700 | | | 11/05/16-2030 |

| RX # | MEDICATION | | | START | STOP | | | |
|------|-----------|--|--|-------|------|--|--|--|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|-----------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

| MEDICATION ADMINISTRATION RECORD (2946) WILLIS-KNIGHTON SOUTH 2510 BERT KOUNS INDUSTRIAL LOOP SHREVEPORT, LOUISIANA  71118 | Acct#: X32957086   Med Rec#: K000629604<br>Name:  HENDERSON,<br>Phys:  Craig, Anna M M.D.<br>Age: 3Y 01M   Sex: F   Wgt: 31 lb = 14.061 kg<br>Marital Status: SIN   BSA: 0.6 m2<br>Allergies: .. see ALLERGY SOURCE DOCUMENT .. | Room/Bed: K.N5516-1<br>Adm Date: 11/04/16<br>Location: 5NE<br>Service: PED<br>D.O.B.: 10/01/13<br>PAGE 7 |

```
RUN DATE: 11/05/16          Willis Knighton South   **ADMISSIONS**              PAGE 1
RUN TIME: 2146           INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP
```

```
Name:                        L          DOB: 10/01/13    Age: 3Y 01M
Rm/Bd: K.E5516      Serv/Locn: PED       Status: IN       Sex: F
Unit#: K000629604   Account#: K32957086  EPI#: 000000001116206
```

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

   **Allergy1-Med/Contact:**                   11/04/16 - 2201
   NKDA

   **Allergy2-Med/Contact:**                   11/04/16 - 2201
   NKDA

   **Food Allergies-Intol:**                  11/04/16 - 2201
   NKFA

   **Latex Allergy (Y/N):**                   11/04/16 - 2201
   N

**Pharmacy Allergy List (Coded Allergies), historical data:**      11/05/16
  (Duplicate names represent coding within (3) categories:
  Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

MEDICATION ADMINISTRATION RECORD
IN PERIOD: 11/05/16-... to 11/06/16-0700

GRIFFN1.NH
11/04/16-3339

| RX # | MEDICATION | | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|---|-------|------|----------------|-------------------|------------------|
| | ****** ROUTINE MEDS ****** | | | | | | |
| K005694395 | BUDESONIDE 0.5 MG/2 ML UD (0.25 MG) (PULMICORT RESPULE) ORD DR: Aycock II, Richard A M.D. DOSE: 0.25 MG= (0.5 UNIT DOSE(S) INH .BID SCH COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | | 2045 11/04/16 | | | | |
| K005694396 | PREDNISOLONE 15 MG/5 ML 5MLUDC (None) (ORAPRED U/D) ORD DR: Aycock II, Richard A M.D. DOSE: (5ML UNIT DOSE CUP(S)) PO .DAILY SCH DOSE INSTR: 14MG (4.67MLS) COMMENTS: (REFRIGERATE!) | | 2045 11/04/16 | | | 1700 1600 SJ | |

| | ****** IV'S ****** | | | | | | |
|------|-----------|---|-------|------|----------------|-------------------|------------------|
| K005694397 | CEFTRIAXONE 500 MG VIAL (700 MG) (ROCEPHIN) IN: D5W 50 ML BAG (50 ML) (D5W) ORD DR: Aycock II, Richard A M.D. RATE: 50 MLS/HR    DUR:      1  FREQ: Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | | 2000 11/05/16 | | | | 2000 ✗ |

NS Q 50 cc/hr                          1525 M

LEGEND:
| RD Rt Deltoid | RUQ Rt Upper Outer Quadrant | RLT Rt Lateral Thigh | RDT Rt Dorsal Thigh | RA Rt Abd | RVG Rt VentroGluteal |
| LD Lt Deltoid | LUQ Lt Upper Outer Quadrant | LLT Lt Lateral Thigh | LDT Lt Dorsal Thigh | LA Lt Abd | LVG Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| Becky George RN | | | | | | Tandra Knox RN Janice Gardner | |

| MEDICATION ADMINISTRATION RECORD (2946) WILLIS-KNIGHTON SOUTH 2510 BERT KOUNS INDUSTRIAL LOOP SHREVEPORT, LOUISIANA 71118 | Acct#: K32957086   Med Rec#: K000629604 Name: HENDERSON,AALIYAH L Phys: Craig, Anna M M.D. Age: 3Y 01M   Sex: F  Wgt: 31 lb = 14.061 kg Marital Status: SIN   BSA: 0.6 m2 Allergies: .. see ALLERGY SOURCE DOCUMENT .. | Room/Bed: K.E5516-1 Adm Date: 11/04/16 Location: 5ES Service: PED D.O.B.: 10/01/13 PAGE 1 |


516

MEDICATION ADMINISTRATION RECORD
PERIOD:   11/05/16-... to 11/06/16-0700

GRIFFVJ1.MB
11/04/16-2339

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|------------|-------|------|---------------|-------------------|-----------------|
|      |            |       |      |               |                   |                 |

LEGEND:
AD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
|           |       |           |       |           |       |           |       |
|           |       |           |       |           |       |           |       |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32957086     Med Rec#: K000629604
Name:  HENDERSON       L
Phys:  Craig, Anna M M.D.
Age: 3Y 01M    Sex: F   Wgt: 31 lb = 14.061 kg
Marital Status: SIN     BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5516-1
Adm Date: 11/04/16
Location: 5E5
Service: PED
D.O.B.: 10/01/13

PAGE 2

| RX # | MEDICATION | | START | STOP | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

MEDICATION ADMINISTRATION RECORD
IN PERIOD: 11/05/16 ... to 11/06/16-0700

GRIFFJ1.NS
11/04/16-2339

```
******* PRN MEDS *******
```

K005694390   RT PROTOCOL 1 EA INH.SOLN  (None)
             (RT PROTOCOL)
   ORD DR: Aycock II, Richard A M.D.
     DOSE:  (INHAL SOLN(S)) INH  .UD  PRN
DOSE INSTR: PROTOCOL AS DIRECTED
   COMMENTS: FOR ADULTS: Atrovent and/or Xopenex Inh Soln
             via nebulization per respiratory therapy.

             FOR PEDIATRICS: Proventil Inhalation Soln
             via nebulization per respiratory therapy.

2045
11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh   RDT  Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh   LDT  Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086    Med Rec#: K000629604
Name:  HENDERSON        L
Phys:  Craig, Anna M M.D.
Age: 3Y 01M    Sex: F   Wgt: 31 lb = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5ES
Service: PED
D.O.B.: 10/02/13

PAGE 3

MEDICATION ADMINISTRATION RECORD
⬤N PERIOD: 11/05/16 ⬤1 to 11/06/16-0700     ⬤     GRIFFWJ1.WS
11/04/16-2339

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|

******* PRN MEDS *******

| | | | | | | |
|---|---|---|---|---|---|---|
| K005694391 | ALBUTEROL SOLUTION 0.083% 3 ML UD  (None)<br>(PROVENTIL U/D)<br>ORD DR: Aycock II, Richard A M.D.<br>DOSE:  (UNIT DOSE(S)) INH .Q2H WHEEZING PRN<br>DOSE INSTR: AS DIRECTED<br>COMMENTS:<br>(USE VIA INHALATION NEBULIZATION ONLY!) | | | 2045<br>11/04/16 | | | |

| TIME | INDICATION/<br>COMPLAINT & SITE | DOSE<br>ROUTE<br>INIT | PAIN SCALE<br>ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE<br>REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| K005694392 | DEXTROMETHORPHAN PED COUGH 60 ML BOT  (None)<br>(ROBITUSSIN PED L-A COUGH)<br>ORD DR: Aycock II, Richard A M.D.<br>DOSE:  (BOTTLE(S)) PO .Q6H COUGH PRN<br>DOSE INSTR: 5 MLS<br>COMMENTS:<br>(ROBITUSSIN PEDIATRIC L-A COUGH) | | | 2045<br>11/04/16 | | | |

| TIME | INDICATION/<br>COMPLAINT & SITE | DOSE<br>ROUTE<br>INIT | PAIN SCALE<br>ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE<br>REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
| RD Rt Deltoid | RUQ Rt Upper Outer Quadrant | RLT Rt Lateral Thigh | RDT Rt Dorsal Thigh | RA Rt Abd | RVG Rt VentroGluteal |
| LD Lt Deltoid | LUQ Lt Upper Outer Quadrant | LLT Lt Lateral Thigh | LDT Lt Dorsal Thigh | LA Lt Abd | LVG Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086    Med Rec#: K000629604
Name:  HENDERSON_____ L
Phys:  Craig, Anna M M.D.
Age: 3Y 01M    Sex: F  Wgt: 31 lb  = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2

Room/Bed: K.W5516-1
Adm Date: 11/04/16
Location: 5W5
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 4



MEDICATION ADMINISTRATION RECORD
BIN PERIOD: 11/05/16-0701 to 11/06/16-0700

GRIFFPJ1.MS
11/04/16-2339

| RX # | MEDICATION | START | STOP | | | |
|------|-----------|-------|------|--|--|--|

****** PRN MEDS ******

K005694393   ACETAMINOPHEN 325 MG/10.15 ML UDC  (None)
              (TYLENOL)
   ORD DR: Aycock II, Richard A M.D.
     DOSE:  (UD CUP(S)  PO  .Q4H  PRN
  DOSE INSTR: 80MG (2.5MLS)
   COMMENTS: PRN TEMP >/= 101 DEGREES F.
            (DO NOT EXCEED 4,000 MG/24HRS!)

START: 2045 11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K005694394   IBUPROFEN PED. SUSP 100 MG/5 ML SMLUDC  (None)
              (PEDIA PROFEN)
   ORD DR: Aycock II, Richard A M.D.
     DOSE:  (5ML UNIT DOSE CUP(S)  PO  .Q6H  PRN
  DOSE INSTR: 50MG (2.5MLS)
   COMMENTS: PRN TEMP > 102.5 DEGREES F. NOT RELIEVED BY
            TYLENOL

            (SHAKE WELL!) (SAME AS ADVIL/MOTRIN)

START: 2045 11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh   RDT  Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh   LDT  Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086     Med Rec#: K000629604
Name: HENDERSON,AALIYAH L
Phys: Craig, Anna M M.D.
Age: 3Y 01M    Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5NN
Service: PED
D.O.B.: 10/01/13

PAGE 5

MEDICATION ADMINISTRATION RECORD
PERIOD: 11/05/16 to 11/06/16-0700

GRIFFUJ1.MS
11/04/16-2339

| RX # | MEDICATION | | | | START | STOP | | | |
|------|------------|--|--|--|-------|------|--|--|--|
| | | | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|------------------------|--------------------|--------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|------------------------|--------------------|--------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid   RUQ Rt Upper Outer Quadrant   RLT Rt Lateral Thigh   RDT Rt Dorsal Thigh   RA Rt Abd   RVG Rt VentroGluteal
LD Lt Deltoid   LUQ Lt Upper Outer Quadrant   LLT Lt Lateral Thigh   LDT Lt Dorsal Thigh   LA Lt Abd   LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118



Acct#: X32957086   Med Rec#: K000623604
Name:  HENDERSON, ██████████L
Phys:  Craig, Anna M M.D.
Age: 3Y 01M    Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN   BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5EB
Service: PED
D.O.B.: 10/01/13

PAGE 6

MEDICATION ADMINISTRATION RECORD
PERIOD: 11/05/16 ___ to 11/06/16-0700

GRIFFFJ1.MS
11/04/16-2339

| RX # | MEDICATION | | | | START | STOP | | | | |
|------|------------|--|--|--|-------|------|--|--|--|--|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|-----------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid    RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid    LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086     Med Rec#: K000629604
Name _____L
Phys:  Craig, Anna M M.D.
Age: 3Y 01M     Sex: F   Wgt: 31 lb  = 14.061 kg
Marital Status: SIN     BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: X.N5516-1
Adm Date: 11/04/16
Location: 5NS
Service: PED
D.O.B.: 10/01/13

PAGE 7



MEDICATION ADMINISTRATION RECORD
PERIOD:  11/04/16 ... to 11/05/16-0700

GRIFFJ1.NS
11/04/16-2339

| RX # MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|
| ******** ROUTINE MEDS ******** | | | | | |
| K005694395   BUDESONIDE 0.5 MG/2 ML UD  (0.25 MG) (PULMICORT RESPULE) ORD DR: Aycock II, Richard A M.D. DOSE: 0.25 MG=  (0.5 UNIT DOSE(S))  INH  .BID  SCH COMMENTS:   (USE VIA INHALATION NEBULIZATION ONLY!) | 2045 11/04/16 | | | | |
| K005694396   PREDNISOLONE 15 MG/5 ML 5MLUDC  (None) (ORAPRED U/D) ORD DR: Aycock II, Richard A M.D. DOSE:   (5ML UNIT DOSE CUP(S))  PO  .DAILY  SCH DOSE INSTR: 14MG (4.67MLS) COMMENTS: (REFRIGERATE!) | 2045 11/04/16 | | | | |

********* IV'S *********

| K005694397   CEFTRIAXONE 500 MG VIAL  (700 MG) (ROCEPHIN) IN: D5W 50 ML BAG  (50 ML) (D5W) ORD DR: Aycock II, Richard A M.D. RATE: 50 MLS/HR      DUR:     1  FREQ:  Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 2000 11/05/16 | | | | |

LEGEND:
RD  Rt Deltoid     RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid     LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: X32957086    Med Rec#: K000639604
Name:  HENDERSON_____L
Phys: Craig, Anna M M.D.
Age: 3Y 01M    Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.B5516-1
Adm Date: 11/04/16
Location: 5E8
Service: PED
D.O.B.: 10/01/13

PAGE 1

MEDICATION ADMINISTRATION RECORD
...N PERIOD: 11/04/16-... to 11/05/16-0700

GRIFFU1.WS
11/04/16-2339

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|-------|------|---------------|-------------------|-----------------|
|      |           |       |      |               |                   |                 |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
|           |       |           |       |           |       |           |       |
|           |       |           |       |           |       |           |       |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118



Acct#: K32957086    Med Rec#: X000629604
Name: HENDERSON,AALIYAH L
Phys: Craig, Anna M M.D.
Age: 3Y 01M    Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: X.N5516-1
Adm Date: 11/04/16
Location: 5NS
Service: PED
D.O.B.: 10/01/13

PAGE 2


MEDICATION ADMINISTRATION RECORD
PERIOD:  11/04/16     to 11/05/16-0700

GRIFFJ1.WS
11/04/16-2339

| RX # | MEDICATION | | START | STOP | | | |
|------|-----------|---|-------|------|---|---|---|

********** PRN MEDS **********

K005694390   RT PROTOCOL 1 EA INH.SOLN   (None)
                (RT PROTOCOL)
   ORD DR:  Aycock II, Richard A M.D.
      DOSE:  (INHAL SOLN(S))  INH  .UD  PRN
DOSE INSTR:  PROTOCOL AS DIRECTED
   COMMENTS:  FOR ADULTS: Atrovent and/or Xopenex Inh Soln
              via nebulization per respiratory therapy.

              FOR PEDIATRICS: Proventil Inhalation Soln
              via nebulization per respiratory therapy.

2045
11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|------------------------|--------------------|-----------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid    RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid    LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086     Med Rec#: K000629604
Name:  HENDERSON        L
Phys:  Craig, Anna M M.D.
Age:  3Y 01M    Sex: F   Wgt: 31 lb  = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.K5516-1
Adm Date: 11/04/16
Location: 5NS
Service: PED
D.O.B.: 10/01/13

PAGE 3

MEDICATION ADMINISTRATION RECORD
ON PERIOD:  11/04/16- to 11/05/16-0700

GRIFFNJ1.NS
11/04/16-2339

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|

****** PRN MEDS. ******

K005694391    ALBUTEROL SOLUTION 0.083% 3 ML UD  (None)
                (PROVENTIL U/D)
    ORD DR: Aycock II, Richard A M.D.
      DOSE:  (UNIT DOSE(S))  INH  .Q2H WHEEZING  PRN
DOSE INSTR: AS DIRECTED
    COMMENTS:
              (USE VIA INHALATION NEBULIZATION ONLY!)

START: 2045 11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

K005694392    DEXTROMETHORPHAN PED COUGH 60 ML BOT  (None)
                (ROBITUSSIN PED L-A COUGH)
    ORD DR: Aycock II, Richard A M.D.
      DOSE:  (BOTTLE(S))  PO  .Q6H COUGH  PRN
DOSE INSTR: 5 MLS
    COMMENTS:
              (ROBITUSSIN PEDIATRIC L-A COUGH)

START: 2045 11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

LEGEND:
RD  Rt Deltoid     RUQ  Rt Upper Outer Quadrant    RLR  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid     LUQ  Lt Upper Outer Quadrant    LLR  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086    Med Rec#: K000629604
Name: HENDERSON_____ L
Phys: Craig, Anna M M.D.
Age: 3Y 01M.    Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN    BSA: 0.6 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5E8
Service: PED
D.O.B.: 10/01/13

PAGE 4

MEDICATION ADMINISTRATION RECORD
PRN PERIOD: 11/04/16-0701 to 11/05/16-0700

GRIFFJ1.NS
11/04/16-2339

| RX # | MEDICATION | | START | STOP | | | |
|------|-----------|-|-------|------|-|-|-|

******* PRN MEDS *******

K005694393   ACETAMINOPHEN 325 MG/10.15 ML UDC  (None)
(TYLENOL)
ORD DR:  Aycock II, Richard A M.D.
DOSE:  (UD CUP(S))  PO  .Q4H  PRN
DOSE INSTR: 80MG (2.5MLS)
COMMENTS: PRN TEMP >/= 101 DEGREES F.
(DO NOT EXCEED 4,000 MG/24HRS!)

START: 2045 11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K005694394   IBUPROFEN PED. SUSP 100 MG/5 ML SMLUDC  (None)
(PEDIA PROFEN)
ORD DR:  Aycock II, Richard A M.D.
DOSE:  (5ML UNIT DOSE CUP(S))  PO  .Q6H  PRN
DOSE INSTR: 50MG (2.5MLS)
COMMENTS: PRN TEMP > 102.5 DEGREES F. NOT RELIEVED BY
TYLENOL

(SHAKE WELL!)(SAME AS ADVIL/MOTRIN)

START: 2045 11/04/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid    RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid    LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118



Acct#: X32957086   Med Rec#: K000629604
Name: HENDERSON,AALIYAH L
Phys: Craig, Anna M M.D.
Age: 3Y 01M   Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN   BSA: 0.6 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: X.N5516-1
Adm Date: 11/04/16
Location: 5RE
Service: PED
D.O.B.: 10/01/13

PAGE 5

MEDICATION ADMINISTRATION RECORD
PERIOD: 11/04/16 to 11/05/16-0700

GRIFFJ1.MS
11/04/16-2339

| RX # | MEDICATION | | | | START | STOP | | | | |
|------|-----------|--|--|--|-------|------|--|--|--|--|
| | | | | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid     RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid     LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

| MEDICATION ADMINISTRATION RECORD (2946)<br>WILLIS-KNIGHTON SOUTH<br>2510 BERT KOUNS INDUSTRIAL LOOP<br>SHREVEPORT, LOUISIANA 71118 | Acct#: K32957086   Med Rec#: K000629604<br>Name: HENDERSON, _____ L<br>Phys: Craig, Anna M M.D.<br>Age: 3Y 01M   Sex: F   Wgt: 31 lb = 14.061 kg<br>Marital Status: SIN   BSA: 0.6 m2<br>Allergies: .. see ALLERGY SOURCE DOCUMENT .. | Room/Bed: K.N5516-1<br>Adm Date: 11/04/16<br>Location: 5NS<br>Service: PED<br>D.O.B.: 10/01/13<br><br>PAGE 6 |
|---|---|---|

MEDICATION ADMINISTRATION RECORD
EN PERIOD: 11/04/16 ▓▓▓1 to 11/05/16-0700

GRIFFJ1.NS
11/04/16-2339

| RX # | MEDICATION | | | | START | STOP | | | |
|------|------------|--|--|--|-------|------|--|--|--|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------|-----------------|----------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant     RLT  Rt Lateral Thigh     RDT Rt Dorsal Thigh     RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant     LLT  Lt Lateral Thigh     LDT Lt Dorsal Thigh     LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32957086    Med Rec#: X000629604
Name:  HENDERSON▓▓▓▓▓▓▓▓
Phys:  Craig, Anna M M.D.
Age: 3Y 01M   Sex: F  Wgt: 31 lb = 14.061 kg
Marital Status: SIN   BSA: 0.6 m2

Room/Bed: K.N5516-1
Adm Date: 11/04/16
Location: 5EN
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

7

```
RUN DATE: 11/14/16              ●llis Knighton ●uth *ADMISSION●           PAGE 1
RUN TIME: 1511              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: SAFFED2.AM
```

| | | |
|---|---|---|
| **Name:** ●●●●●●●● L | | **DOB:** 10/01/13   **Age:** 3Y 01M |
| **Rm/Bd:** | **Serv/Locn:** ERS | **Status:** ER   **Sex:** F |
| **Unit#:** K000629604 | **Account#:** K32957086 | **EPI#:** 000000001116206 |

Last Update/
Underline{Acknowledgement}:

**Interdisciplinary Assessment (Free Text), historical data:**

   **Allergy1-Med/Contact:**                05/14/16 - 0436
   NKDA

   **Allergy2-Med/Contact:**                05/14/16 - 0436
   NKDA

   **Food Allergies-Intol:**                05/14/16 - 0436
   NKFA

   **Latex Allergy (Y/N):**                05/14/16 - 0436
   N


**Pharmacy Allergy List (Coded Allergies), historical data:**   05/16/16
   (Duplicate names represent coding within (3) categories:
   Ingredient, Generic and Class allergy codes.)

     NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

```
RUN DATE: 11/04/16               Willis Knighton South *ADMISSION         PAGE 1
RUN TIME: 2020               INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: PATERA.AM
```

```
Name:              L          DOB: 10/01/13    Age: 3Y 01M
Rm/Bd: K.E5516      Serv/Locn: PED       Status: IN    Sex: F
Unit#: K000629604   Account#: K32957086   EPI#: 000000001116206
```

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

    **Allergy1-Med/Contact:**                                    05/14/16 - 0436
    NKDA

    **Allergy2-Med/Contact:**                                    05/14/16 - 0436
    NKDA

    **Food Allergies-Intol:**                                    05/14/16 - 0436
    NKFA

    **Latex Allergy (Y/N):**                                    05/14/16 - 0436
    N

**Pharmacy Allergy List (Coded Allergies), historical data:**             11/04/16
    (Duplicate names represent coding within (3) categories:
    Ingredient, Generic and Class allergy codes.)

    NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

```
RUN DATE: 11/04/16                 ████llis Knighton ████uth *ADMISSION████          PAGE 1
RUN TIME: 2020              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: PATERA.AM
```

| | | | |
|---|---|---|---|
| Name: ██████████ L | | DOB: 10/01/13 | Age: 3Y 01M |
| Rm/Bd: K.E5516 | Serv/Locn: PED | Status: IN | Sex: F |
| Unit#: K000629604 | Account#: K32957086 | EPI#: 000000001116206 | |

Last Update/
Acknowledgement:

### Interdisciplinary Assessment (Free Text), historical data:

Allergy1-Med/Contact:                                              05/14/16 - 0436
NKDA

Allergy2-Med/Contact:                                              05/14/16 - 0436
NKDA

Food Allergies-Intol:                                             05/14/16 - 0436
NKFA

Latex Allergy (Y/N):                                              05/14/16 - 0436
N


### Pharmacy Allergy List (Coded Allergies), historical data:          11/04/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

    NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

```
RUN DATE: 11/04/16      Willis-Knighton South Nursing **LIVE**              PAGE 1
RUN TIME: 2226              Home Medications NOT An Order
RUN USER: 0
```

**Home Medications NOT An Order**
**For Information/Comparison Only**

| ALBUTEROL | 1/2 UD | HHN | Q 4 HRS PRN |
|-----------|--------|-----|-------------|
| ANTIFUNGAL CREAM | | TOP | Q DAY |

**NOT AN ORDER**

Name: ██████████ L
Acct#: K32957086
Room/Bed: K.E5516-1
DOB: 10/01/13   Age: 3Y 01M   Sex: F   Weight: 31

ACLS/PALS Results for 14.1 kg (30.9 lb)    Page 1 of 4

## Dosing Calculators - Emergency Drugs

Select Dosing Type:      ● Pediatric   ● Adult

Patient Weight:       [ 14.06 ]   ● kg  ● lb

Results:  [ Sat Nov 05 02:29:28 GMT 2016 ]

### Pediatric Emergency Drug Dosing Calculator

There is limited information available on the dosing of infants and neonates. As with all MICROMEDEX products, please use caution and exercise your clinical discretion and professional judgment when utilizing this calculator.

**Sat Nov 05 02:29:28 GMT 2016**

**Patient Name:** henderson,aaliyah

**Entered Values: Dosing Type: Pediatric      Patient Weight: 14.1 kg (30.9 lb)**

**Recommendations according to AHA guidelines ACLS/PALS/neonatal resuscitation.**

*Attention - Institutionally dispensed drug concentrations may vary.

| Drug | Route | Dose | Delivery |
|---|---|---|---|
| **Adenosine** | | | |
| Initial: 0.1 mg/kg/dose MAX: 6 mg/dose Repeat: 0.2 mg/kg/dose MAX: 12 mg/dose | Rapid IV/IO Push | 1.41 mg/dose (0.47 mL/dose of 3 mg/mL conc) MAX: 6 mg/dose Repeat: 2.81 mg/dose (0.94 mL/dose of 3 mg/mL conc) MAX: 12 mg/dose | Immediately follow drug administration with at least 5 mL normal saline. |
| **Amiodarone** | | | |
| 5 mg/kg/dose MAX: 300 mg/dose May repeat dose twice up to MAX: 15 mg/kg | IV/IO | 70 mg/dose (1.4 mL/dose of a 50 mg/mL conc) for pulseless VT/VF, give as rapid bolus; for perfusing tachycardias, infuse over 20 to 60 minutes MAX: 300 mg/dose May repeat dose twice up to MAX: 211 mg | Dilute to 1 to 6 mg/mL in D5W. |
| **Atropine** | | | |
| IV: 0.02 mg/kg/dose MAX: 0.5 mg/dose May repeat once | IV/IO | 0.28 mg/dose (2.81 mL/dose of 0.1 mg/mL conc) MAX: 0.5 mg May repeat once | |
| ET: | ET | 0.5 mg/dose (0.5 mL/dose of | Dilute in NS to a volume of |




| Drug | Route | Dose | Delivery |
|---|---|---|---|
| 0.04 to 0.06 mg/kg/dose MAX: 0.5 mg/dose May repeat once | | 1 mg/mL conc) Dose based on 0.04 mg/kg/dose MAX: 0.5 mg May repeat once | 5 mL and follow instillation by 5 positive pressure ventilations via ambu-bag. |
| **Calcium chloride 10%** | | | |
| 20 mg/kg/dose MAX: 2 g/dose May Repeat: once in 10 minutes | Slow IV/IO | 281 mg/dose (2.8 mL/dose of 100 mg/mL conc) MAX: 2 g/dose May Repeat: once in 10 minutes | Administer slowly. |
| **Cardioversion** | | | |
| 0.5 to 1 joule/kg May Repeat 2 joules/kg | Electrical | 7 joules Dose based on: 0.5 joules/kg May Repeat 28 joules | |
| **Defibrillation** | | | |
| Initial shock: 2 joules/kg Second shock: 4 joules/kg | Electrical | Initial shock: 28.12 joules Second shock: 56.24 joules | Subsequent shocks of 4 joules/kg or more up to a MAX: 10 joules/kg or adult dose, whichever is less. |
| **Dextrose** | | | |
| 0.5 to 1 g/kg MAX: 25 g | IV/IO | 7 g/dose (28 mL/dose of D25W) Dose based on: 0.5 g/kg MAX: 25 g | Neonates: Use D10W. Infants and children: Use D25W. May dilute D50W 1:1 with sterile water to make D25W prior to administration. Adolescents: Use D50W. |
| **DOBUTamine hydrochloride** | | | |
| 2 to 20 mcg/kg/min | IV/IO | Starting dose: 70.3 mcg/min (4.2 mL/hr of a 1000 mcg/mL conc) Dose based on: 5 mcg/kg/min | Mix 20 mL from a 12.5 mg/mL vial in 250 mL D5W for a 1000 mcg/mL solution. |
| **DOPamine** | | | |
| 2 to 20 mcg/kg/min | IV/IO | Starting dose: 70.3 mcg/min (2.6 mL/hr of a 1600 mcg/mL conc) Dose based on: 5 mcg/kg/min | Mix 10 mL from a 40 mg/mL vial in 250 mL D5W for a 1600 mcg/mL solution. |
| **EPINEPHrine** | | | |
| IV: 0.01 mg/kg MAX: 1 mg/dose | IV/IO | 0.14 mg/dose (1.4 mL/dose of a 0.1 mg/mL conc) | |

ACLS/PAL Results for 14.1 kg (30.9 lb)                        e 3 of 4

| Drug | Route | Dose | Delivery |
|---|---|---|---|
| May Repeat every 3 to 5 minutes | | MAX: 1 mg/dose<br><br>May repeat every 3 to 5 minutes | |
| Neonates IV: 0.01 to 0.03 mg/kg/dose | Neonates: IV | 0.14 mg/dose (1.4 mL/dose of a 0.1 mg/mL conc)<br><br>Dose based on 0.01 mg/kg | |
| ET: 0.1 mg/kg<br>MAX: 2.5 mg/dose<br>May repeat every 3 to 5 minutes | ET | 1.4 mg/dose (1.4 mL/dose of a 1 mg/mL conc)<br><br>MAX: 2.5 mg/dose<br><br>May repeat every 3 to 5 minutes | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilation via ambu-bag. |
| Neonates ET: 0.05 to 0.1 mg/kg/dose | Neonates: ET | 0.7 mg/dose (7 mL/dose of a 0.1 mg/mL conc)<br><br>Dose based on 0.05 mg/kg/dose | Follow instillation by 5 positive pressure ventilation via ambu-bag. |
| **EPINEPHrine: Infusion** | | | |
| 0.1 to 1 mcg/kg/min | Infusion | Starting Dose: 1.41 mcg/min (1.7 mL/hr of a 50 mcg/mL conc)<br><br>Dose based on 0.1 mcg/kg/min | Mix 12.5 mL of 1 mg/mL vial in 250 mL D5W for a 50 mcg/mL solution. |
| **Lidocaine** | | | |
| IV: 1 mg/kg/dose<br>MAX: 100 mg<br>May repeat up to a MAX 3 mg/kg | IV/IO | 14 mg/dose (1.4 mL/dose of 10 mg/mL conc)<br><br>MAX: 100 mg<br><br>May repeat every 5 to 10 minutes up to a MAX: 42 mg | |
| ET: 2 to 3 mg/kg/dose | ET | 28 mg/dose (2.8 mL/dose of 10 mg/mL conc)<br><br>Dose based on 2 mg/kg/dose | Dilute in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilation via ambu-bag. |
| Infusion: 20 to 50 mcg/kg/min | Infusion | 281 mcg/min (7 mL/hr of a 2400 mcg/mL conc)<br><br>Dose based on 20 mcg/kg/min | Mix 30 mL from a 20 mg/mL vial in 250 ml D5W for a 2400 mcg/mL solution. |
| **Magnesium sulfate** | | | |
| 25 to 50 mg/kg/dose<br>MAX: 2 g/dose | IV/IO | 352 mg/dose (0.7 mL/dose of 500 mg/mL conc) over 10 to 20 minutes, faster in torsades de pointes<br><br>MAX: 2 g/dose<br><br>Dose based on 25 mg/kg/dose | Dilute to a MAX of 200 mg/mL. |
| **Naloxone For Full Reversal** | | | |
| IV: younger than 5 | IV/IO/ET | For Full Reversal: younger than 5 years old or 20 kg | For ET administration: May require 2 to 3 times IV dose. |

ACLS/PALS Results for 14.1 kg (30.9 lb)   Page 4 of 4

| Drug | Route | Dose | Delivery |
|------|-------|------|----------|
| years old or 20 kg or less:<br>0.1 mg/kg/dose<br><br>MAX: 2 mg/dose<br><br>5 years and older or more than 20 kg: 2 mg/dose | | or less:<br>1.41 mg/dose (1.4 mL/dose of 1 mg/mL conc)<br><br>MAX: 2 mg/dose<br><br>5 years and older or more than 20 kg: 2 mg/dose | Dilute ET dose in NS to a volume of 5 mL and follow instillation by 5 positive pressure ventilations via ambu-bag.<br><br>Use lower doses to reverse respiratory depression associated with therapeutic opioid use (1 to 5 mcg/kg titrate to effect). |
| **Procainamide** | | | |
| 15 mg/kg/dose | IV/IO | 211 mg/dose (2.11 mL/dose of 100 mg/mL conc) infuse over 30 to 60 minutes | Dilute in NS to a conc of 20 mg/mL. Monitor ECG and blood pressure. Use caution when administering with other drugs that prolong QA. |
| **Sodium bicarbonate** | | | |
| 1 mEq/kg/dose | IV/IO | 14 mEq/dose (14 mL/dose of 1 mEq/mL conc) | After adequate ventilation. |

```
RUN DATE: 11/06/16          Willis-Knighton South Nursing **LIVE**              PAGE 1
RUN TIME: 1110                     PATIENT ASSESSMENT
RUN USER: BRAGGK.NS
                              Revision of Dis Inst 08/14
```

Patient: HENDERSON,AALIYAH L                                 Age/Sex: 3Y 01M F
Account #: K32957086                                         Unit #: K000629604
Admit Date: 11/04/16                                         Location: 5ES
Status: ADM IN                                               Room/Bed: K.E5516-1
Attending: Craig, Anna M M.D.

----- DISCHARGE INSTRUCTIONS -----
Brief Summary Of Hospital Stay: MEDICATIONS, IV FLUIDS, RESPIRATORY TREATMENT EDUCATION
: LABS, CHEST XRAY
:

---DISCHARGE VITAL SIGNS---
Blood Pressure: 121/74    Heart Rate: 138    Resp. Rate: 25    Temp: 99.0

---Flu and Pneumonia Vaccines---
Flu Vaccine this flu season (Sep 1 - Mar 31): No
   Pneumonia Vaccine within the past 5 years:
*Nurse - if no to flu or pneumonia vaccine, refer to Adult/Influenza vaccine protocol

---DISCHARGE FOLLOW UP---
1: Appointment with:
   Patient/Family to make appointment in:
2: Appointment with:
   Patient/Family to make appointment in:
3: Appointment with:
   Patient/Family to make appointment in:

4: Appointment with:
   Patient/Family to make appointment in:
5: Appointment with: PRIMARY CARE PROVIDER
   Patient/Family to make appointment in:  3-4 DAYS
6: Appointment with:
   Patient/Family to make appointment in:
7: Appointment with:
   Patient/Family to make appointment in:

Other department referrals such as home health, physical therapy, hospice, cardiac rehab,
etc:

---DISCHARGE ACTIVITY---
Resume Normal Activity: Y
    Resume Normal Diet: Yes
       Diet Information: REGULAR
       Any restrictions: NO

---TAKE HOME MEDICATIONS -----

                                                            Next Dose Due
          MEDICATION              DOSE         ROUTE        Date        TIME
1: ORAPRED UNIT DOSE             :14 MG      : BY MOUTH   : 11/06/16:400 PM
   FREQUENCY: ONCE DAILY (REFRIDGERATE)
2: PULMICORT RESPULE (BUDESONIDE) :0.25 MG    : 1 INHALE   : 11/06/16:500 PM
   FREQUENCY: TWICE DAILY   ***RX***
3: PEDIA PROFEN (PEDIATRIC IBUPROFEN)  :50 MG   : BY MOUTH   :          :
   FREQUENCY: EVERY 6 HOURS AS NEEDED FOR TEMP > 102.5 F (IF NOT RELIEVED BY TYLENOL)
4: PROVENTIL UNIT DOSE (ALBUTEROL SOLUTION)  :1 INHALE  : 1 INHALE   :          :
   FREQUENCY: EVERY 2 HOURS AS NEEDED FOR WHEEZING    ***RX***

```
RUN DATE: 11/06/16          Willis-Knighton South Nursing **LIVE**            PAGE 2
RUN TIME: 1110                       PATIENT ASSESSMENT
RUN USER: BRAGGK.NS
                                 Revision of Dis Inst 08/14
```

Patient: HENDERSON,AALIYAH.L                         Age/Sex: 3Y 01M F
Account #: K32957086                                 Unit #: K000629604
Admit Date: 11/04/16                                 Location: 5ES
Status: ADM IN                                       Room/Bed: K.E5516-1
Attending: Craig, Anna M M.D.

5: TYLENOL (ACETAMINIPHEN)                 :80 MG      : BY MOUTH      :          :
   FREQUENCY: EVERY 4 HOURS AS NEEDED FOR TEMP > 101 F      :          :          :
6:                                          :          :              :          :
   FREQUENCY:                               :          :              :          :
7:                                          :          :              :          :
   FREQUENCY:                               :          :              :          :
8:                                          :          :              :          :
   FREQUENCY:                               :          :              :          :

|         | MEDICATION | DOSE | ROUTE | Next Dose Due DATE | TIME |
|---------|-----------|------|-------|--------------------|------|
| 9:      |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 10:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 11:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 12:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 13:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 14:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 15:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 16:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |

|         | MEDICATION | DOSE | ROUTE | Next Dose Due DATE | TIME |
|---------|-----------|------|-------|--------------------|------|
| 17:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 18:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 19:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 20:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 21:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 22:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 23:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |
| 24:     |           |      |       |                    |      |
| FREQUENCY: |        |      |       |                    |      |

|         | MEDICATION | DOSE | ROUTE | Next Dose Due DATE | TIME |
|---------|-----------|------|-------|--------------------|------|

RUN DATE: 11/06/16          Willis-Knighton South Nursing **LIVE**                    PAGE 3
RUN TIME: 1110                     PATIENT ASSESSMENT
RUN USER: BRAGGK.NS
                              Revision of Dis Inst 08/14

Patient: HENDERSON,AALIYAH L                         Age/Sex: 3Y 01M F
Account #: K32957086                                 Unit #: K000629604
Admit Date: 11/04/16                                 Location: 5E9
Status: ADM IN                                       Room/Bed: K.B5516-1
Attending: Craig, Anna M M.D.

25:                              :            :            :            :
    FREQUENCY:
26:                              :            :            :            :
    FREQUENCY:
27:                              :            :            :            :
    FREQUENCY:
28:                              :            :            :            :
    FREQUENCY:
29:                              :            :            :            :
    FREQUENCY:
30:                              :            :            :            :
    FREQUENCY:

Sliding Scale:
              :
              :
              :
              :
              :
              :
              :
              :

Additional Instructions:
              :
              :
              :
              :
              :

                        ---Skin and Wound Care---
Description of any skin assessment findings and skin care or wound care instructions and/or
medications: NO SKIN IMPAIRMENT
              :
              :
              :

          ---Discharge Materials and Information Given to Patient and Family---
List of discharge materials/printed instructions given:
       : DISCHARGE PAPERWORK, PRESCRIPTIONS X2

Cardiopulmonary Home Care Instructions Provided: No

Is the patient at risk for falling at home: No

```
RUN DATE: 11/06/16          Willis-Knighton South Nursing **LIVE**               PAGE 4
RUN TIME: 1110                    PATIENT ASSESSMENT
RUN USER: BRAGGK.NS
                               Revision of Dis Inst 08/14
```

| | |
|---|---|
| Patient: HENDERSON,AALIYAH L | Age/Sex: 3Y 01M F |
| Account #: K32957086 | Unit #: K000629604 |
| Admit Date: 11/04/16 | Location: 5ES |
| Status: ADM IN | Room/Bed: K.E5516-1 |
| Attending: Craig, Anna M M.D. | |

Smoking can be hazardous to your health and those around you. Assistance to stop smoking is available by calling WK QUIT (212-4450), the American Lung Association (800-LUNG-USA), or the American Cancer Society (800-QUIT-NOW).

---Equipment and Lines---

*Nurse - if any lines or equipment left in place at discharge, verify MD order to leave in place.

Heparin lock removed: Yes

Urinary Catheter Removed: Not applicable
*Nurse - if yes, verify patient has voided prior to  discharge and/or document findings.

Port Access Needle in Place: Not applicable

PICC Line Removed: Not applicable
        Date and Time of last PICC flushing:
        Date and Time of last PICC Dressing Change:
        PICC Line Mark At:
        Home Health Arrange To Care For PICC At Home:
        PICC Line Home Care Instructions Provided To Patient Or Family:

Telemetry Removed: Yes

Other Discipline Discharge Instructions: NA

Patient verbalizes understanding and/or demonstrates understanding of discharge instructions: No
If no: FAMILY UNDERSTANDS

Any retained medications returned to patient: Not applicable
If no:

Any valuables returned to patient: Not applicable
If no:

Any records sent with patient: Not applicable

Patient Or Family Signature: _____ (Patients grandmother)
Date of Birth: 10/01/13

Nurse Printed Name: _Kayla Braggen_____

Date and Time of Signatures: _11/6/16   1114_____

```
Occurred Date: 11/06/16                                        Occurred Time: 11:00
Monogram: KNB   Initials: BRAGGK.NS   Name: BRAGG,KAYLA N.      Nurse Type: RNAPP
```

## WILLIS-KNIGHTON HEALTH SYSTEM
### Fall Prevention Guidelines for Pediatric Patient and Family

Accidental falls may occur in the hospital. These accidents are as distressing to hospital personnel as they are to the patient. Our health care team of nurses, doctors, physical therapists, and assistants are here to assist you and your child in a safe and speedy recovery. Your participation and cooperation with this program will help you to prevent unnecessary injury.

* Adult supervision is required for all children age 12 and under

* Keep ID band on child

* Notify nursing staff when assistance is needed for toileting or other needs

* Keep bed in low position and keep side rails up to the top of the crib when child is in crib

* Have child wear anti-slip footwear when ambulating

* Keep restroom light or night light on during the night

* Keep room as clutter free as possible, allowing for clear pathways for your child to ambulate



L

10/01/13 3Y 01M  K.E5516-1
Craig, Anna M M.D.
K32957086         11/04/16

   

**WILLIS-KNIGHTON HEALTH SYSTEM**

## PEDIATRIC SECURITY INFORMATION SHEET

Dear Parent,

Welcome to Willis–Knighton Health System. Your child's safety is a priority at Willis–Knighton. You can help ensure your child's safety by following these important steps:

1. A responsible adult should be with a child 12 years or younger at all times.

2. Become familiar with hospital personnel. Employees handling your child wear galaxy blue scrubs, lab coat/pediatric theme jacket and a hospital badge with their picture on it. Please take time to notice whether the photo on the badge and the staff member's face are the same. If they are not, notify the nurse's station immediately!

3. Pediatric patients must have an identification band on the wrist or foot at all times.

4. All Pediatric Nursing staff wear:
   a. galaxy blue scrubs and lab jacket with pediatric theme
   b. a WKHS ID badge with their picture on it.

5. **Never leave your child alone or unsupervised in your room.** Also, keep your door to your room closed at all times.

6. Feel free to question anyone who comes into your room. Alert the nurse's station immediately, even if the person is dressed in hospital clothing or seems to have a good reason for being there.

7. Never allow your child to leave their room with a staff member unless your nurse introduces that staff member to you. We want you to accompany your child to special procedures that are done off the unit. The nurse will inform you of what procedures that you will not be allowed to be in with your child. Example: You may accompany your child to the outside doors of surgery but will not be allowed in surgery.

Willis–Knighton Health System is dedicated to keeping your child safe and secure. If you have any questions or concerns about our Pediatric Security Policy, please contact your nurse.

SIGNATURE: _Jenn All_

WITNESS: _Jennifer Griffith, RN_

DATE/TIME: _11-4-16 @ 2150_

IN981 Revised 12/08

Printed: 11/04/2016

10/01/2013      003Y 01M      F
Anna Craig
K32957086   11/04/2016   K.E5516 1

    

**WILLIS-KNIGHTON HEALTH SYSTEM**

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

   Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

   Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 11/04/16
Admission Time: 1458



AM0005



10/01/13     3Y        F
Easterling, David R M.D.
K32957086   11/04/16






**WILLIS-KNIGHTON** HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

**6. *Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

**7. *Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

**8. *Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

**9.** Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| --- | --- | --- | --- | --- | --- |
| Jennifer Alexander | 11-4-16 | | | Danielle Safford | 11/4/16 1458 |

Print Name: Jennifer Alexander

Print Name (Guarantor): _____

Print Name (Witness): Danielle Safford

If Patient/Guarantor is unable to sign, I, _____, do hereby state that I have been given the authority to sign for

_____, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
| --- | --- | --- | --- | --- |

Admission Date: 11/04/16
Admission Time: 1458

AM0005

10/01/13   3Y   F
Easterling, David R M.D.
K32957086   11/04/16

# WILLIS-KNIGHTON MEDICAL CENTER
## SHREVEPORT, LA
### EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ███████████

ACCT. NO: **K32954356**

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 3011 KITTY LN APT B
SHREVEPORT,LA 71107

PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107

PHONE: (318)210-3821      RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:

PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Willis Jr, Fred Spence M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

|  | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ████████L | MEDICAID |
| SECONDARY INS: |  |  |  |  |
| TERTIARY INS: |  |  |  |  |
| FOURTH INS: |  |  |  |  |

ACCT NO: K32954356
ROOM:
STATUS: REG ER

DATE: 11/04/16
TIME: 0508
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#: 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

PATIENT: ██████████L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107

PHONE: (318)210-3821

COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 3Y
SEX: F
RACE: BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: GOD'S GIFT
ADDRESS: 2305 MARIAN PL
SHREVEPORT,LA 71109
000-0000

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107

PHONE: (318)210-3821      RELATION: M

Is the Patient here for Pre-Op Testing:
Comments:                                                    Admit Clerk: FRANKB.AM
Reason for Visit: **COLD SYMPTOMS/COUGH**                     Baby ID#:
Known Drug Allergies: NKDA   HIPPA Notice Given: Y   Date Notice Given: 09/23/14   Device Id: AMSPC6
Interpreter ID Number:        Patient Survey: N    Preferred Language: ENGLISH  Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? N



K32954356

*Physician Documentation*                                     *Willis Knighton South*

Name: Aaliyah⬛⬛⬛⬛⬛⬛
Age: 3 yrs Sex: Female DOB: 10 01 2013                    MRN: 1116206
Arrival Date: 11/04/2016 Time: 05:08                     Account#: K32954356
Bed 10                                                   Private MD: Allen, scott

### HPI:

11/04 This 3 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Cold**   sw2
06:26 **Symptoms, Cough**.

06:26 The patient or guardian reports cough, wheezing. Onset: The symptoms/episode began/occurred yesterday.  sw2
Modifying factors: The symptoms are alleviated by nothing, the symptoms are aggravated by nothing.
Associated signs and symptoms: Pertinent positives: shortness of breath, wheezing, Pertinent negatives:
fever, vomiting. The patient has experienced similar episodes in the past. Severity of symptoms: At their
worst the symptoms were severe, in the emergency department the symptoms have improved.

### Historical:

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** Autism
- **PSHx:** None

### Historical:

05:18 Family history: Pertinent for; Mother has/had hypertension. Immunization history: Childhood immunizations   cph
up to date. Social history: The patient lives at home with family The patient patient is non verbal . the patient
is a minor.

06:26 The history from nurses notes was reviewed and confirmed.                                  sw2

### ROS:

06:26 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned   sw2
below. **Constitutional:** Negative for fever, poor PO intake. **Respiratory:** Positive for cough, wheezing.

### Exam:

06:26                                                                                              sw2
**Constitutional:** Well developed, well nourished child who is awake. alert and cooperative with no acute
distress.
**Head/Face:** Normocephalic. atraumatic.
**Eyes:** PERRLA, EOMI. Normal conjuctiva with no evidence of injection or discharge. Sclera are non-icteric.
No gross corneal defects and anterior chambers appear normal by gross inspection.
**ENT:** f
**Neck:** Supple. Trachea midline. No lymphadenopathy or masses. Normal ROM with no evidence of
vertebral point tenderness. No meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation
in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses
intact and symmetrical throughout. No edema or JVD.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding,
rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** No evidence of focal tenderness or deformity. Full ROM throughout with no evidence of
weakness.
**Neuro:** Awake, alert, with age appropriate mental status. CN 2-12 grossly intact. Motor strength 5/5
throughout with sensory grossly intact. Age appropriate cerebellar function. Age appropriate ambulatory
ability.
**Respiratory:** Respirations: labored breathing, that is mild, Breath sounds: wheezing, that is moderate,
congested with cough.

06:30                                                                                              sw2
**Neuro:** Orientation: is normal.

*Physician Documentation Con't.*

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 05:20 | | | 26 | 100.2 | 100% | 14.06 kg / 31 lbs 0 oz | 40 in. (102 cm) | | cph |

05:20 patient very agitated hard to obtain accurate vitals                                    cph

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 05:20 | spontaneous(4) | inappropriate words(3) | obeys commands(6) | Phys. Deformity | 13 | cph |

**MDM:**

05:25 Patient medically screened.                                                            sw2

06:26                                                                                          sw2

**Differential Diagnosis:** Bronchitis Influenza Upper Respiratory Infection Sinusitis Pharangitis Asthma Exacerbation Viral Syndrome Pneumonia.
**Data reviewed:** vital signs, nurses notes, radiologic studies, and as a result, I will administer steroids, Prelone, administer nebulizer.
**Data interpreted:** Pulse oximetry: normal.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.
**Response to treatment:** the patient's symptoms have markedly improved after treatment.

| Order | | Status | Time | By | For |
|-------|--|--------|------|-----|-----|
| Call X-Ray Tech | | Ordered | 11/04/16 05:26 | sw2 | sw2 |
| | | Completed | 11/04/16 05:36 | Christine Kemp | |
| **Notes:** | | **Order Method:** Electronic | | | |

| Order | | Status | Time | By | For |
|-------|--|--------|------|-----|-----|
| Chest 2 View *routine* | | Ordered | 11/04/16 05:26 | sw2 | sw2 |
| | | Returned | 11/04/16 06:16 | Jose Torres | |
| **Notes:** Bed Name: 10 | | **Order Method:** Electronic | | | |

| ER EXAM ROOM/BED: (OERDERRMBD): | 10 |
|---|---|
| MODE OF TRANSPORTATION : (OERDTRANS): | STRETCHER |
| O2: (OEADO2): | No |
| REASON FOR EXAM: (OERDEXAM): | Cold Symptoms |

| Order | | Status | Time | By | For |
|-------|--|--------|------|-----|-----|
| PrElone Liquid 1 tsp PO once | | Ordered | 11/04/16 05:30 | sw2 | sw2 |
| | | Administered | 11/04/16 05:41 | sc7 | |
| **Notes:** | | **Order Method:** Electronic | | | |

| 11/04/16 05:41 | **Administered:** PrElone Liquid 1 tsp PO | sc7 |
|---|---|---|
| 11/04/16 06:41 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | lnp |

## *Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 11/04/16 05:30 | sw2 | sw2 |
| | Administered | 11/04/16 05:42 | sc7 | |
| Notes: | Order Method: Electronic | | | |
| | | | | |
| 11/04/16 05:42   **Administered:** DuoNeb 1 unit dose Inhalation | | | | sc7 |
| 11/04/16 06:40   **Follow Up:** Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | lnp |

**Order Signatures:**

Willis, Fred, MD                     MD    sw2

**Disposition:**

06:26 Electronically signed by: FRED WILLIS JR MD. Disposition.                    sw2
06:30 Disposition.                                                                                                 sw2

**Disposition:**

**11/04/16 06:29 Discharged to Home/Self Care. Impression: Bronchitis Asthmatic, Asthma with Acute Exacerbation.**
- Condition is Stable.
- Discharge Instructions: Bronchitis.
- Prescriptions for
    Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
      - take 7.8 milliliter by ORAL route every 12 hours for 10 days; 160 milliliter.
    Prelone 15mg/5ml Oral Solution
      - take 1 teaspoonful by ORAL route once daily for 5 days; 1 QS.
    Robitussin
      - CF Oral Suspension - take 1.25 milliliter by ORAL route every 6-8 hours As needed; 15 milliliter.
- Follow up: scott Allen; When: Tomorrow.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Willis, Fred, MD | MD | sw2 | Hanson, Chenoa. RN | RN | cph |
| Courtney, STEVEN, RN | RN | sc7 | Kemp, Christine, ED Tech | ED Tech | ck3 |
| Lauren, Poulsen, RN | RN | lnp | | | |

## Nurse's Notes
**Name:** Aaliyah███████
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 11/04/2016 **Time:** 05:08
**Bed** 10

*Willis Knighton South*
MRN: 1116206
Account#: K32954356
**Private MD:** Allen, scott

### Presentation:

| | | |
|---|---|---|
| 11/04 05:15 | Method of Arrival: Ambulatory. | cph |
| 05:15 | Preferred language for medical communication is English. Presenting complaint: Mother states: She started with a runny nose on Wednesday and then today she started wheezing. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. | cph |
| 05:20 | Acuity: 4 - Semi-Urgent. | cph |

### Triage Assessment:

05:16 **General:** Appears well developed, well nourished, well groomed. Behavior is inappropriate for age, patient is autistic . mobility; ambulates without assistance. **Pain:** Alternate pain scale used; pain scale used due to autism patient non verbal.    cph

### Historical:
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** Autism
- **PSHx:** None

### Historical:
05:18 Family history: Pertinent for; Mother has/had hypertension. Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family The patient patient is non verbal . the patient is a minor.    cph

06:26 The history from nurses notes was reviewed and confirmed.    sw2

### Screening:
05:18 **Abuse screen:**    cph
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; None.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn, prefers oral and written instructions.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

### Assessment:
05:26 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Alternate pain scale used; patient is non verbal, autistic, Mother reports that patient does not appear to be in any pain to her. Pain began. **General:** Appears well developed, well nourished, Behavior is inappropriate for age. patient is autistic, nonverbal, rolling around in bed, fighting off nurses. Patient continuously making gibberish grunting noises. . **Neuro:** Level of Consciousness is alert, awake. **EENT:** Nares with drainage noted bilaterally Oral mucosa is moist. **EENT:** Parent/caregiver reports the patient having nasal congestion nasal discharge. **Respiratory:** Respiratory effort is even, unlabored, relaxed. Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds with rhonchi Parent/caregiver reports the patient having cough that is wheezing. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is moist. **Injury Description:** denies injury. Age appropriate behavior- Toddler (12 months to 4 yrs): minimal language skills.    cph

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 05:20 | | 1 | 26 | 100.2 | 100% | 14.06 kg / 31 lbs 0 oz | 40 in. (102 cm) | | cph |

05:20 patient very agitatied hard to obtain accurate vitals    cph

### Vitals:
05:20 Acuity: 4 - Semi-Urgent.    cph
06:42 Body Mass Index = 13.51.    lnp

*Nurse's Notes Con't*

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 05:20 | spontaneous(4) | inappropriate words(3) | obeys commands(6) | Phys. Deformity | 13 | cph |

**ED Course:**

| | |
|---|---|
| 05:08 Patient arrived in ED. | ms2 |
| 05:08 Patient moved to KIOSK. | ms2 |
| 05:14 Patient moved to 10. | cph |
| 05:14 Hanson, Chenoa, RN is Primary Nurse. | cph |
| 05:15 Allen, scott is Private Physician. | cph |
| 05:25 Willis, Fred, MD is Attending Physician. | sw2 |
| 05:25 Patient/caregiver encouraged to voice any concerns. Bed in low position. Call light in reach. Patient has correct armband on for positive identification. Adult with patient. | cph |
| 06:07 Patient moved to Radiology. | jat |
| 06:07 Chest 2 View *routine* Sent. | jat |
| 06:16 Patient moved to 10. | jat |
| 06:28 Allen, scott is Referral Physician. | sw2 |
| 06:41 No procedures done that require assistance. | lnp |

**Administered Medications:**

| Time | Drug & Dose<br>*Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|-----------|--------|-------|------|--------------|------|----------|-------|
| 05:41 | PrElone Liquid 1 tsp | | PO | | | | | sc7 |
| 06:41 | Follow up: Response: No Adverse Reaction: Tolerated well | | | | | | | lnp |
| 05:42 | DuoNeb 1 unit dose | | Inhalation | | | | | sc7 |
| 06:40 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | lnp |

**Outcome:**

| | |
|---|---|
| 06:29 Discharge ordered by MD. | sw2 |
| 06:41 Discharged to home, carried, with family. Discharge instructions given to family, Instructed on discharge instructions, follow up and referral plans. medication usage. Demonstrated understanding of instructions, medications, Prescriptions given; 3. No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen used on this visit. | lnp |
| 06:42 Electronic medical record closed. | lnp |

**Signatures:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Willis, Fred, MD | MD | sw2 | Hanson, Chenoa, RN | | RN | cph |
| Scriptuser, MEDHOST | | ms2 | Torres, Jose | | | jat |
| Courtney, STEVEN, RN | RN | sc7 | Lauren, Poulsen, RN | | RN | lnp |

Name: Aaliyah█████████

MRN: 1116206
Account#: K32954356

```
WILLIS-KNIGHTON SOUTH              EPI: 000000001116206
Account:  K32954356                XR REPORT
Patient: ████████████████ L       DEP ER
Order Dr: Willis Jr, Fred Spence M.D.   DOB: 10/01/13

Final Report
Admitting Diagnosis: COLD SYMPTOMS/COUGH
Reason For Exam: Cold Symptoms Interpretive Location:  WKP
Procedure Date:  11/04/2016   Accession Number:  3394193
Procedure:  SXR - XR, chest 2 view CPT Code:  71020

IMPRESSION:
1.  Negative chest

No interval change from prior exam.

RESULT:   XR, chest 2 view

Clinical Information:  Cold Symptoms

Comparison: 10/16/2016

Findings:     Heart size normal.  Lung fields clear.  Bony elements
negative.

Electronically Signed by: BRENT JAMES BOUDREAUX M.D. on Nov  4 2016  7:10A
3394193
```

Willis Knighton PCI   **LIVE** (PCI: OE Database WKS)

RUN DATE: 1■■/16          ●llis Knighton●●uth *ADMISSION●          ●          PAGE 1
RUN TIME: 0529          INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: FRANKB.AM

Name: ■■■■■■■■■■L                    DOB: 10/01/13      Age: 3Y 01M
Rm/Bd:                  Serv/Locn: ERS          Status: ER         Sex: F
Unit#: K000629604       Account#: K32954356     EPI#: 000000001116206

                                                            Last Update/
                                                            Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

   **Allergy1-Med/Contact:**                                 05/14/16 - 0436
   NKDA

   **Allergy2-Med/Contact:**                                 05/14/16 - 0436
   NKDA

   **Food Allergies-Intol:**                                 05/14/16 - 0436
   NKFA

   **Latex Allergy (Y/N):**                                  05/14/16 - 0436
   N


**Pharmacy Allergy List (Coded Allergies), historical data:**   05/16/16
   (Duplicate names represent coding within (3) categories:
   Ingredient, Generic and Class allergy codes.)

      NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

10/01/13    3Y 01M   L
Willis Jr, Fred Spe
K32954356              11/04/16



Willis Knighton South and Center for Women's Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ███████████L
**Arrival Date:** 11/04/16 05:08
**Care Complete Time:** 11/04/16 06:29

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Willis, Fred, MD
**Diagnosis:** Bronchitis Asthmatic; Asthma with Acute Exacerbation

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchitis | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Allen, scott**<br>  When: Tomorrow | Amoxicillin<br>Prelone<br>Robitussin-CF |
| **SPECIAL NOTES** | |
| None | |

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

_(signature)_                                 _(signature)_ RN

Aaliyah Henderson                          ED Physician or Nurse
MRN # K000629604

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

```
10/01/13   3Y 01M
Willis Jr, Fred Spe
K32954356          11/04/16
```

 

## FOLLOW UP INSTRUCTIONS

Allen, scott
    When: Tomorrow

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 7.8 milliliter by ORAL route every 12 hours for 10 days; 160 milliliter

Prelone 15mg/5ml Oral Solution
Take 1 teaspoonful by ORAL route once daily for 5 days; 1 QS

Robitussin-CF Oral Suspension
Take 1.25 milliliter by ORAL route every 6-8 hours As needed; 15 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

HENDERSON          L
10/01/13   3Y 01M
Willis Jr, Fred Spe   11/04/16
K32954356

     

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 11/04/16

Admission Time: 0508



AM0005

10/01/13     3Y          F

Willis Jr, Fred Spence M.D.

K32954356   11/04/16

     

**WILLIS-KNIGHTON HEALTH SYSTEM**

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| X _(signature)_ | 11/04/16 | X _(signature)_ | 11/04/16 | Bexams | 10/04/16 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| X Jennifer Alexander | | | | Betty Smith | 0508 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| _____ | _____ | _____ | _____ | _____ |
|---|---|---|---|---|
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date: 11/04/16
Admission Time: 0508

AM0005

10/01/13     3Y          F
Willis Jr, Fred Spence M.D.
K32954356   11/04/16



## WILLIS-KNIGHTON MEDICAL CENTER
## SHREVEPORT, LA
### EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ███████████L                          ACCT. NO:  **K32880478**

GUARANTOR: ALEXANDER,JENNIFER                NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET                  ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                           SHREVEPORT,LA 71107

PHONE:    (318)210-3821                       PHONE:   (318)210-3821      RELATION: M


GUAR EMPLOYER: CHILD
ADDRESS:                                      ARRIVED FROM:  C
                                              ATTENDING PHYS:  Easterling, David R M.D.
PHONE:                                        ADMIT/OTHER PHYS:
                                              PRIM CARE PHYS: UNKNOWN


|  | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ██████████L | MEDICAID |
| SECONDARY INS: |  |  |  |  |
| TERTIARY INS: |  |  |  |  |
| FOURTH INS: |  |  |  |  |


ACCT NO: K32880478               DATE:      10/16/16        UNIT#: K000629604
ROOM:                            TIME:      1227            F/C:   MA
STATUS:  REG ER                  SERV/LOC:  ERS            SS#:   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

PATIENT:███████████ L            BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET     AGE:       3Y
         SHREVEPORT,LA 71107     SEX:       F
PHONE:   (318)210-3821           RACE       BLACK OR AFRICAN A
                                 RELIGION:  NO RELIGION
COUNTY:  CADDO PARISH            MARITAL STAT:  SINGLE

EMPLOYER: GOD'S GIFT             PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  2546 CENTENARY BLVD    ADDRESS: 2247 LEGARDY STREET
          SHREVEPORT,LA 71106             SHREVEPORT,LA 71107
          (318)424-5070          PHONE:   (318)210-3821      RELATION: M

Is the Patient here for Pre-Op Testing:
Comments:  **NON INJURY**                                      Admit Clerk: MORANC.AM
Reason for Visit: **COUGH-FEVER**                             Baby ID#:
Known Drug Allergies: **NKDA**   HIPPA Notice Given: **Y**   Date Notice Given: **09/23/14**   Device Id: **AMSPC5**
Interpreter ID Number:          Patient Survey: **N**   Preferred Language:          Ethnicity: **NHILAT**
Do you have an advaced directive that you would like to present to us today? **N**



K32880478

*Physician Documentation*                                          *Willis Knighton South*

**Name: Aaliyah▇▇▇▇▇▇▇**

**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013                 MRN: 1116206
**Arrival Date:** 10/16/2016 **Time:** 12:27                       Account#: K32880478
**Bed 11**                                                          Private MD: Scott, Allen

### HPI:

10/16
13:26  This 3 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Cough - fever**.   kr2

13:26  The patient presents to the emergency department with cough, earache, "tugging at both ears", fever,   kr2
wheezing. Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms:
Pertinent positives: cough, earache, fever, myalgias, wheezing. Pertinent negatives: congestion,
constipation, diarrhea, seizure, shortness of breath, vomiting.

13:31  Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by   kr2
nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. The
patient has not recently seen a physician.

### Historical:
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Inhl as needed
- **PMHx:** Asthma
- **PSHx:** None

### Historical:

13:31  Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations   sh1
up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: The
patient lives with mother The patient speaks fluent English, speaks appropriately for age, the patient is a
minor.

13:31  The history from nurses notes was reviewed and confirmed.                                          kr2

### ROS:

13:31  ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned   kr2
below. **Eyes:** Negative for injury, swelling, pain, visual disturbance or loss, FB sensation, redness, and
discharge, **Neck:** Negative for injury, pain, stiffness, and swelling **Cardiovascular:** Negative for chest pain,
palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and
constipation, hematochezia, hematemesis, melena, anorexia, dysphagia, injury, distention **Back:** Negative
for injury, pain, deformity, and decreased ROM **GU:** Negative for injury, pain, bleeding, discharge,
incontinence, and swelling, **MS/Extremity:** Negative for injury, pain, swelling, and decreased ROM **Skin:**
Negative for injury, swelling, discoloration, rash, and lesions **Neuro:** Negative for altered mental status,
headache, weakness, numbness, tingling, and seizure **Psych:** Negative for depression, anxiety, suicide
ideation, homicidal ideation, auditory hallucinations, visual hallucinations, and delusions. **Constitutional:**
Positive for coughing, fever, malaise, acute pain, Negative for chills, fussiness, obvious distress, poor PO
intake, shortness of breath, vomiting. **ENT:** Positive for pulling at ears, Negative for difficulty swallowing,
hoarseness, nasal discharge, sinus congestion, sinus pain. **Respiratory:** Positive for cough, wheezing,
Negative for dyspnea on exertion, hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea,
shortness of breath, sputum production.

### Exam:

13:31                                                                                                    kr2

**Constitutional:** Well developed, well nourished child who is awake, alert and cooperative with no acute
distress.
**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact, no evidence of conjunctivitis. Lids
and lashes normal
**Neck:** Supple. Trachea midline. Normal thyroid with no lymphadnopathy or masses. Normal ROM without
pain. No vertebral point tenderness. No meningismus, no nucchal rigidity Lymphatic No abnormal
lymphadenopathy noted by palpation in the neck or axilla

*Physician Documentation Con't.*

**Chest/axilla:** Normal chest wall appearance and motion. Nontender, no deformity. No lesions appreciated. No axillary lymphadenopathy
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Abdomen/GI:** Soft, non-tender, nondistended no mass. no hepatoslenomegaly. No rebound or guarding. Bowl sounds present all quadrants. No hernia noted.
**Back:** Normal inspection wit no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain.

**Skin:** Warm and dry with excellent turgor. Normal color with no rashes, pallor, or cellulitis.
**MS/ Extremity:** Pulses equal, no clubbing, cyanosis, or edema. Neurovascular intact. Full, normal range of motion without pain.
**Neuro:** Awake and alert, oriented to person, place, time, and situation. Good muscle tone. Moves all extremities. GCS 15. Sensory grossly intact. Normal speech and gait for age.
**Psych:** Behavior and affect are normal for age. No delusions.
**ENT:** External ear(s): are unremarkable, no erythema, no laceration, no abscess, no swelling, no contusion, no pain with movement, Ear canal(s): are normal. no abscess, no bleeding, no cerumen impaction, no erythema. no foreign body, no purulent discharge. no swelling, TM's: are normal, no evidence of bulging, no dullness, no erythema, no fluid levels, no rupture. Nose: is normal. no abscess, no bleeding, no drainage, no edema, no erythema, no laceration, no septal hematoma, no swelling, Mouth: is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: Airway: normal, no evidence of obstruction, Tonsils: are normal in appearance, Uvula: normal, midline, swelling, is not appreciated, erythema, that is moderate. exudate. is not appreciated, peritonsillar mass, is not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 12:47 | 94 / 55 | · · | 31 | 99.6(T) | 100% on R/A | 14.06 kg / 31 lbs 0 oz | 3 ft. 0 in. (91 cm) | 4/10 | rbp |
| 12:48 | | | | 98.7(A) | | | | | rbp |
| 13:34 | | | | 98.8(R) | | | | | sh1 |
| 16:11 | | 112 | 24 | 99.2(A) | 100% on R/A | | | 0/10 | sh1 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 12:47 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | rbp |

**MDM:**

13:18 Patient medically screened.                                                                    sd5

13:31                                                                                                 kr2
**Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Strep A Screen Rapid Oia | Ordered | 10/16/16 13:35 | sh1 | sd5 |
| | Reviewed | 10/16/16 14:31 | Sean Denham | |
| Notes: | Order Method: Verbal - Read back | | | |

*Physician Documentation Con't.*

| | Sign off: Denham, Sean 10/16/16 14:31 | | | |
|---|---|---|---|---|
| Interpretation: Normal. | | | | |
| COLLECTED BY NURSE? (Y/N) (OELBCBN):   No | | | | |
| Ordering Location:   ERSPC100.1 | | | | |
| Quantity 1:   1 | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 10/16/16 13:35 | sh1 | sd5 |
| | Completed | 10/16/16 13:41 | Sue Hovingh | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Denham, Sean 10/16/16 14:31 | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 10/16/16 14:32 | sd5 | sd5 |
| | Reviewed | 10/16/16 15:12 | Sean Denham | |
| Notes: Bed Name: 11 | Order Method: Electronic | | | |

| | |
|---|---|
| Interpretation: Normal. | |
| ER EXAM ROOM/BED: (OERDERRMBD):   11 | |
| MODE OF TRANSPORTATION : (OERDTRANS):   STRETCHER | |
| O2: (OEADO2):   No | |
| REASON FOR EXAM: (OERDEXAM):   Cough | |

**Order Signatures:**

Denham, Sean, MD          MD   sd5          Hovingh, Sue, RN          RN   sh1

**Disposition:**

13:31 This chart was scribed by Rowe, Kristina, Scribe. in the presence of Sean Denham MD.          kr2

**Disposition:**

**10/16/16 15:13 Discharged to Home/Self Care. Impression: Fever.**
- Condition is Stable.
- Discharge Instructions: Fever, Child (with Dosage Charts).
- Follow up: Private Physician; When: ASAP; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms are unchanged.

**Addendum:**

10/29/2016   Electronically signed by: Sean C. Denham. MD. I personally performed the services described in this          sd5
00:19          documentation as scribed in my presence. and it is both accurate and complete.

**Signatures:**

Hovingh, Sue, RN          RN   sh1          Pabalan, Renaida, RN          RN   rbp
Denham, Sean, MD          MD   sd5          Rowe, Kristina, Scribe          Scribe kr2

**Name: Aaliyah**          ████████

**MRN:** 1116206
**Account#:** K32880478

Print Time: 10/1/2019 10:06:37          Page 3 of 3

*Nurse's Notes*

**Name:** Aaliyah ▇▇▇▇▇▇
**Age:** 3 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 10/16/2016 **Time:** 12:27
**Bed** 11

*Willis Knighton South*

MRN: 1116206
**Account #:** K32880478
**Private MD:** Scott, Allen

## Presentation:

| 10/16 12:43 | Method of Arrival: Ambulatory. | rbp |

12:44 Preferred language for medical communication is English. Presenting complaint: Mother states: she started wheezing yesterday ,dry coughing , tugging on both ears . fever of 100.3 F this morning. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. | rbp

12:47 Acuity: 4 - Semi-Urgent. | rbp

## Triage Assessment:

12:45 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, mobility; ambulates without assistance. **Pain:** Complains of pain in right ear and left ear Pain does not radiate. currently is 4 out of 10 on a pain scale. level that is acceptable is 0 out of 10 on a pain scale. Quality of pain is described as sore. | rbp

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Inhl as needed
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**

13:31 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Last tetanus immunization: up to date. Social history: The patient lives with mother The patient speaks fluent English, speaks appropriately for age, the patient is a minor. | sh1

13:31 The history from nurses notes was reviewed and confirmed. | kr2

**Screening:**

12:47 **Abuse screen:** | rbp
Denies threats or abuse.
**Patient fall risk assessment;**
risks identified; None.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

## Assessment:

13:15 **Pain:** FACES pain scale score is 4 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is cooperative. appropriate for age. pleasant, mobility; carried. **General:** . **Neuro:** Level of Consciousness is alert, awake, obeys commands. Oriented to person, place, time, Pupils are PERRLA. **EENT:** No deficits noted. **EENT:** Parent/caregiver reports the patient having mother reports she has fever yesterday she has been tugging at her ears she has a cough and she won't eat i know she doesn't feel well because she has just been laying around I gave her a breathing treatment before i came because she had some wheezing. **Cardiovascular:** Capillary refill < 3 seconds is brisk Heart tones S1 S2 present. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds are clear bilaterally. no wheezing auscultated lungs are clear. **Gastrointestinal:** Abdomen is flat, non- distended Bowel sounds present X 4 quads. **Genitourinary:** Parent/caregiver reports the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is pink, warm & dry. black. **Musculoskeletal:** No deficits noted. Capillary refill < 3 seconds is brisk Circulation, motion, and sensation intact. **Injury Description:** denies injury. | sh1

13:49 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. | sh1

## Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
|      |     |       |      |      |          |        |        |      |       |

## Nurse's Notes Con't

| Time | | | | | | | | | | |
|------|------|------|----|---------|---------------|-----------------------|--------------------|------|-----|
| 12:47 | 94 / 55 | 0.89 | 31 | 99.6(T) | 100% on R/A | 14.06 kg / 31 lbs 0 oz | 3 ft. 0 in. (91 cm) | 4/10 | rbp |
| 12:48 | | | | 98.7(A) | | | | | rbp |
| 13:34 | | | | 98.8(R) | | | | | sh1 |
| 16:11 | | 112 | 24 | 99.2(A) | 100% on R/A | | | 0/10 | sh1 |

**Vitals:**
12:47 Acuity: 4 - Semi-Urgent.                                                          rbp
13:15 Body Mass Index = 16.98.                                                          sh1

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 12:47 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | rbp |

**ED Course:**
12:27 Patient arrived in ED.                                                            ms2
12:27 Patient moved to KIOSK.                                                           ms2
12:43 Scott, Allen is Private Physician.                                                rbp
12:43 Triage completed.                                                                 rbp
12:47 Patient placed in waiting room.                                                   rbp
12:48 Patient moved to Waiting.                                                         rbp
13:15 Hovingh, Sue, RN is Primary Nurse.                                                sh1
13:15 Patient moved to 11.                                                              sh1
13:15 No apparent distress. Resting quietly. Awaiting ED physician evaluation.          sh1
13:15 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in   sh1
      reach. Instructed to call for assist when getting up. verbalized understanding. Patient has correct armband
      on for positive identification. Adult with patient.
13:18 Denham, Sean, MD is Attending Physician.                                          sd5
13:41 Strep culture sent to lab.                                                        sh1
13:45 No apparent distress. Resting quietly. Appears to be sleeping.                    sh1
14:15 No apparent distress. Resting quietly. Appears to be sleeping.                    sh1
14:42 Patient moved to Radiology.                                                       dd
14:42 Patient moved to 11.                                                              dd
14:42 Chest 2 View *routine* Sent.                                                      dd
14:45 No apparent distress. Resting quietly. Appears to be sleeping.                    sh1
15:15 No apparent distress. Resting quietly. Appears to be sleeping.                    sh1
15:45 No apparent distress. Resting quietly. sitting up in bed eating some crackers.    sh1
16:13 No procedures done that require assistance.                                       sh1

**Administered Medications:**
No medications were administered

**Outcome:**
15:13 Discharge ordered by MD.                                                         sd5
16:11 Discharged to home, carried, with family. Discharge instructions given to Mother Grandmother Instructed on   sh1

## Nurse's Notes Con't

discharge instructions, follow up and referral plans. medication usage, fever management, mother reports pt already has an appt already scheduled at LSU for Monday 10-17-16 Demonstrated understanding of instructions, medications, fever management Prescriptions given; None. No questions or concerns expressed to me at discharge. Work excuse given for 0day(s). School excuse given for 0day(s). **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable.

16:14 Electronic medical record closed.                                                                   sh1

### Signatures:

| | | | | | | |
|---|---|---|---|---|---|---|
| Hovingh, Sue, RN | RN | sh1 | Conlay, Dorothy, RT | | RT | dd |
| Pabalan, Renaida, RN | RN | rbp | Scriptuser, MEDHOST | | | ms2 |
| Denham, Sean. MD | MD | sd5 | Rowe. Kristina. Scribe | | Scribe | kr2 |

```
WILLIS-KNIGHTON SOUTH              EPI: 000000001116206
Account:  K32880478                XR REPORT
Patient: ███████████████ L         REG ER
Order Dr: Denham, Sean C M.D.       DOB: 10/01/13

Final Report
Admitting Diagnosis: COUGH-FEVER
Reason For Exam: Cough  Interpretive Location:  ALBA
Procedure Date:  10/16/2016   Accession Number:  3370358
Procedure:  SXR - XR, chest 2 view CPT Code:  71020

IMPRESSION: No Acute Cardiopulmonary Disease.

RESULT:   PA AND LATERAL CHEST

Clinical Information: Cough

Comparison: 8/18/2016

Findings: Heart size and contour are within normal limits. The lungs are
clear of infiltrate, mass lesion, or effusion. No significant skeletal
abnormality is seen.

Electronically Signed by: JOSE MIGUEL ALBA M.D. on Oct 16 2016  2:52P
```

```
RUN DATE: 10  /16              llis Knighton    th *ADMISSION                        PAGE 1
RUN TIME: 1251           INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: MORANC.AM
```

Name:                     L         DOB: 10/01/13   Age: 3Y 00M
Rm/Bd:              Serv/Locn: ERS        Status: ER      Sex: F
Unit#: K000629604   Account#: K32880478   EPI#: 000000001116206

                                                            Last Update/
                                                            Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

   Allergy1-Med/Contact:                                  05/14/16 - 0436
   NKDA

   Allergy2-Med/Contact:                                  05/14/16 - 0436
   NKDA

   Food Allergies-Intol:                                  05/14/16 - 0436
   NKFA

   Latex Allergy (Y/N):                                   05/14/16 - 0436
   N

**Pharmacy Allergy List (Coded Allergies), historical data:**            05/16/16
  (Duplicate names represent coding within (3) categories:
  Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

```
10/01/13   3Y 00M
Easterling, David R
K32880478              10/16/16
```



Willis Knighton South and Center for Women□s Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

10/01/13  3Y 00M
Easterling, David R
K32880478                10/16/16

**Discharge Instructions for:** ▓▓▓▓▓▓▓▓▓▓L

**Arrival Date:**                    10/16/16 12:27
**Care Complete Time:**        10/16/16 15:13

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**  Denham, Sean, MD
**Diagnosis:**            Fever

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| None | None |
| FOLLOW UP INSTRUCTIONS | PRESCRIPTIONS |
| **Private Physician**<br>    When: ASAP; Reason: Recheck today's complaints | None |
| SPECIAL NOTES | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

_Aaliyah Henderson_                                     _S Havingh Rn_
**Aaliyah Henderson**                                   **ED Physician or Nurse**
**MRN # K000629604**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**                                   112 24 100⁶
                                                 99.2 ax



## FOLLOW UP INSTRUCTIONS

Private Physician
　　When: ASAP
　　Reason: Recheck today's complaints

## TESTS AND PROCEDURES

**Labs**
Strep A Screen Rapid Oia

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
COLLECT SWAB

WENDT, _____ YAH L
10/01/13    3Y 00M
Easterling, David R
K32880478
　　　　　　　　　　10/16/16

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 10/16/16

Admission Time: 1227



AM0005



10/01/13    3Y        F
Easterling, David R M.D.
K32880478  10/16/16

AM3349_1
Page 1 of 2

    

**WILLIS-KNIGHTON HEALTH SYSTEM**

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense. I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| --- | --- | --- | --- | --- | --- |

Print Name — Print Name — Print Name

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
| --- | --- | --- | --- | --- |

Admission Date.  10/16/16
Admission Time:  1227
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2


AM0005


10/01/13    3Y    F
Easterling, David R M.D.
K32880478   10/16/16

    

## WILLIS-KNIGHTON MEDICAL CENTER
## SHREVEPORT, LA
### EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ██████████L                           ACCT. NO: **K32778599**

GUARANTOR: ALEXANDER,JENNIFER          NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET           ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                    SHREVEPORT,LA 71107

PHONE:    (318)210-3821                 PHONE:   (318)210-3821        RELATION: M


GUAR EMPLOYER: CHILD
ADDRESS:                                ARRIVED FROM:  C
                                        ATTENDING PHYS:  Easterling, David R M.D.
                                        ADMIT/OTHER PHYS:
PHONE:                                  PRIM CARE PHYS: UNKNOWN

| NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|
| PRIMARY INS: LA HLTHCARE CONN LA ME | 1997286459512 | ████████L | MEDICAID |
| SECONDARY INS: | | | |
| TERTIARY INS: | | | |
| FOURTH INS: | | | |


ACCT NO: K32778599              DATE:    09/18/16        UNIT#: K000629604
ROOM:                           TIME:    1125            F/C:  MA
STATUS:  REG ER                 SERV/LOC:  ERS           SS#:  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

PATIENT: ██████████L            BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET    AGE:      2Y
         SHREVEPORT,LA 71107    SEX:      F
                                RACE      BLACK OR AFRICAN A
PHONE:    (318)210-3821         RELIGION:  NO RELIGION
                                MARITAL STAT:  SINGLE
COUNTY:  CADDO PARISH

EMPLOYER: JOHNSON'S CARE         PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  4038 MARRON PLACE      ADDRESS: 2247 LEGARDY STREET
          SHREVEPORT,LA 71109             SHREVEPORT,LA 71107
          (318)631-7714          PHONE:  (318)210-3821        RELATION: M

Is the Patient here for Pre-Op Testing:
Comments:                                           Admit Clerk: HARTJ.AM
Reason for Visit: **COLD SYMPTOMS**                 Baby ID#:
Known Drug Allergies: **NKDA**   HIPPA Notice Given: **Y**   Date Notice Given: **09/23/14**   Device Id: **AMSPC5**
Interpreter ID Number:       Patient Survey: **N**   Preferred Language:        Ethnicity: **NHILAT**
Do you have an advaced directive that you would like to present to us today? **N**



K32778599

*Physician Documentation*                                                    *Willis Knighton South*

**Name: Aaliyah** ▇▇▇▇▇▇▇
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013                MRN: 1116206
**Arrival Date:** 09 18/2016 **Time:** 11:25                     Account#: K32778599
**Bed 3**                                                        Private MD: LSU Ochsner, KidMed
                                                                 clinic: Lsu. Neonatal high risk clinic

**HPI:**

09/18 This 2 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Cold**    hjd
12:25 **Symptoms**.

12:25 The patient presents to the emergency department with congestion, with nasal discharge, that is clear, that    hjd
is mild, cough, that is intermittent, described as mild, with no sputum, rhinorrhea. Onset: The
symptoms/episode began/occurred 4 day(s) ago. Associated signs and symptoms: Pertinent positives:
congestion. cough, nasal discharge, Pertinent negatives: constipation, diarrhea. fever, shortness of breath,
vomiting. wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient
symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has experienced a
previous episode.

**Historical:**
- **Allergies:** No known drug Allergies; No known drug Allergies;
- **Home Meds:**
    1. Albuterol Inhl as needed
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**

11:48 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations    rbp
up to date. Social history: The patient lives with parents The patient speaks fluent English, the patient is a
minor.

12:25 History obtained from mother. The history from nurses notes was reviewed and confirmed.    hjd

**ROS:**

12:25 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned    hjd
below. **Eyes:** Negative for injury, swelling, redness, and discharge. **Neck:** Negative for injury, swelling,
stiffness or swollen lymph nodes. **Cardiovascular:** Negative for edema **Abdomen/GI:** Negative for
vomiting, diarrhea, and constipation, hematochezia. hematemesis, melena, anorexia **Back:** negative for
obvious deformity and decreased range of motion **GU:** Negative for injury, bleeding, discharge, and
swelling. **MS/Extremity:** Negative for injury, deformity, swelling. or redness. **Skin:** Negative for injury, rash,
discoloration, lesions. **Neuro:** Negative for weakness and seizure. **Constitutional:** Positive for coughing,
Negative for fever, obvious distress, poor PO intake, shortness of breath, vomiting. **ENT:** Positive for nasal
discharge, rhinorrhea. Negative for difficulty handling secretions, difficulty swallowing, hoarseness.
**Respiratory:** Positive for cough, Negative for hemoptysis, shortness of breath, sputum production,
wheezing.

**Exam:**
12:25                                                                                      hjd

**Head/Face:** Normocephalic. atraumatic.
**Eyes:** PERRL, EOMI, normal sclera, no evidence of conjuctivits. Lids/lashes normal.
**ENT:** TM's/canals clear, no erythema, dullness, nor bulging. Normal mucosa with no erythema, lesions,
discharge. Nares patent. Mucous membranes moist/pink, no erythema. edema. nor exudates. Airway patent
without evidence of obstruction. No erythema, exudate, or edema.
**Neck:** Supple. Trachea midline. Normal thyroid with no lymphadenopathy or masses. Normal ROM without
pain. No vertebral point tenderness. No meningismus. no nucchal rigidity. Lymphatic No abnormal
lymphadenopathy noted by palpation in the neck or axilla.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. No pulse
deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales,
rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal ROM without

*Physician Documentation Con't.*

pain.
**Skin:** Warm, dry with normal turgor. Normal color with no rashes, pallor, or cellulitis.
**MS/ Extremity:** Pulses equal. No clubbing, cyanosis, or edema. NVI. FROM without pain.
**Neuro:** Awake, alert, and oriented. Makes good eye contact, age appropriate reflexes. Good muscle tone.
Moves all extremities. Sensory grossly intact. GCS 15. Speech and gait appropriate for age.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake,
alert. well developed, well hydrated. well nourished, non-toxic. afebrile.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 11:29 | | | 29 | 98.6(TE) | 100% on R/A | 13.66 kg / 30 lbs 2 oz (M) | 39 in. (99 cm) (M) | 0/10 | jh15 |
| 12:46 | | | | | 98% on R/A | | | | sd4 |

11:29 FLACC (infant-toddler)                                                            jh15

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 11:29 | spontaneous(4) | coos, babbles(5) | spontaneous(6) | | 15 | jh15 |

**MDM:**
12:38 Patient medically screened.                                                          rb
12:39                                                                                       rb
    **Differential diagnosis:** bacterial infection, bronchitis, fever, pneumonia URI, viral Infection. I personally
performed the services described in this documentation as scribed in my presence, and it is both accurate
and complete.
    **Data reviewed:** vital signs, nurses notes, and as a result. I will discharge patient, Give prescription at
discharge.
    **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points,
exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient
follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions
or concerns that arise at home.

**Disposition:**
12:39 Electronically signed by: R. Brandhurst M.D. Disposition.                              rb

**Disposition:**
**09/18/16 12:40 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI), Otitis Media.**
- Condition is Stable.
- Discharge Instructions: Bronchitis, Ear - Middle, Infection (Otitis Media), Child. Fever, Child (with Dosage Charts),
Upper Respiratory Infection (URI). Child.
- Prescriptions for
    Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
     - take 6.7 milliliter by ORAL route every 12 hours for 10 days; 140 milliliter.
    Benadryl 12.5 mg/5 mL Oral Elixir
     - take 5 milliliter by ORAL route every 6 hours (10 kg); 100 milliliter.
- Follow up: KidMed clinic LSU/Ochsner; When: 3 days: Reason: Recheck today's complaints, Or sooner if you get
worse.
- Problem is new.

**Name: Aaliyah** ███████

MRN: 1116206
Account#: K32778599

*Physician Documentation Con't.*

- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Brandhurst, Roy, MD | MD | rb | Pabalan. Renaida, RN | RN | rbp |
| David, Syndee, RN | RN | sd4 | Dotting, Heather, Scribe | Scribe | hjd |
| Hall, Justin, RN | RN | jh15 | | | |

*Nurse's Notes*                                          *Willis Knighton South*

**Name:** Aaliyah█████████                               MRN: 1116206
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013       Account#: K32778599
**Arrival Date:** 09/18/2016 **Time:** 11:25            **Private MD:** LSU/Ochsner, KidMed
                                                         clinic; Lsu, Neonatal high risk clinic

**Bed 3**
**Presentation:**

| 09/18 11:29 | Method of Arrival: Ambulatory. | jh15 |

11:29 Preferred language for medical communication is English. Presenting complaint: Mother states: She has   jh15
been coughing with congestion, runny nose and fever since thursday. Person Transporting: Parent.
Transition of care: patient was not received from another setting of care.

11:32 Acuity: 4 - Semi-Urgent.                                                                               jh15

**Triage Assessment:**

11:29 **General:** Appears in no apparent distress, well developed, well nourished, well groomed, comfortable,   jh15
Behavior is pleasant, playing, mobility; ambulates without assistance Reports fever for feeling ill for. **Pain:**
level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is
0 out of 10.

**Historical:**                                         **Screening:**
- **Allergies:** No known drug Allergies; No known drug   11:29 **Abuse screen:**                            jh15
Allergies;                                                 there are no obvious signs of child abuse.
- **Home Meds:**                                          **Patient fall risk assessment;**
  1. Albuterol Inhl as needed                              risks identified: is of toddler age, Intervention
- **PMHx:** Asthma                                         for positive screen: parent/caregiver holding
- **PSHx:** None                                           child, teaching provided regarding fall risk,
**Historical:**                                            with verbalized understanding.
                                                          **Learning Barriers:**
11:48 Family history: No immediate family members   rbp   age barrier identified, caregiver ready and
are acutely ill. Immunization history: Childhood           willing to learn.
immunizations up to date. Social history: The             **Pedi Fall Risk**
patient lives with parents The patient speaks              None Identified.
fluent English, the patient is a minor.                   **Exposure risk/Travel Screening:**
                                                          Has not been out of the country.
12:25 History obtained from mother. The history from  hjd
nurses notes was reviewed and confirmed.

**Assessment:**

11:49 **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent   rbp
distress, well developed, well nourished, Behavior is appropriate for age. mobility; ambulates without
assistance. **Neuro:** Level of Consciousness is alert, awake. **EENT:** Parent/caregiver reports the patient
having nasal congestion nasal discharge that is watery for 4 day(s). **Respiratory:** Respiratory effort is even,
unlabored, Respiratory pattern is regular, symmetrical, Breath sounds are clear bilaterally. Parent/caregiver
reports the patient having cough that is that is wet sound. **Dermatologic:** Skin is intact, is healthy with good
turgor.

12:47 **Pain:** level that is acceptable is 0 out of 10 on a pain scale.                                      sd4

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 11:29 | | ?? | 29 | 98.6(TE) | 100% on R/A | 13.66 kg / 30 lbs 2 oz (M) | 39 in. (99 cm) (M) | 0/10 | jh15 |
| 12:46 | | ?? | | | 98% on R/A | | | | sd4 |

11:29 FLACC (infant-toddler)                                                                                 jh15

**Vitals:**

11:29 Acuity: 4 - Semi-Urgent.                                                                               jh15

Print Time: 10/1/2019 10:21:36                **\*\*\* CHART COMPLETE \*\*\***                    Page 1 of 2

*Nurse's Notes Con't*

12:47 Body Mass Index = 13.94.                                                                          sd4

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 11:29 | spontaneous(4) | coos, babbles(5) | spontaneous(6) | | 15 | jh15 |

**ED Course:**

11:25 Patient arrived in ED.                                                                            ms2
11:25 Patient moved to KIOSK.                                                                           ms2
11:28 LSU, KidMed clinic is Private Physician.                                                          jh15
11:28 Lsu, Neonatal high risk clinic is Private Physician.                                              jh15
11:33 Triage completed.                                                                                 jh15
11:34 Patient moved to Waiting.                                                                         jh15
11:43 Patient moved to 3.                                                                               rbp
11:48 Pabalan, Renaida, RN is Primary Nurse.                                                            rbp
11:51 No apparent distress. ER nurse to see patient.                                                    rbp
11:51 Patient/caregiver encouraged to voice any concerns. Call light in reach. Instructed to call for assist when    rbp
      getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with
      patient.
11:56 Brandhurst, Roy, MD is Attending Physician.                                                       rb
12:40 LSU, KidMed clinic is Referral Physician.                                                         rb
12:47 No procedures done that require assistance.                                                       sd4

**Administered Medications:**
No medications were administered

**Outcome:**
12:40 Discharge ordered by MD.                                                                          rb
12:46 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge sd4
      instructions, follow up and referral plans, medication usage. fever management, Demonstrated
      understanding of instructions, medications, Prescriptions given; 2, No questions or concerns expressed to
      me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided.**
      **Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not
      applicable.
12:47 Electronic medical record closed.                                                                 sd4

**Signatures:**

| Brandhurst, Roy, MD | MD | rb | Pabalan, Renaida. RN | RN | rbp |
| Scriptuser, MEDHOST | | ms2 | David, Syndee. RN | RN | sd4 |
| Dotting, Heather, Scribe | Scribe | hjd | Hall, Justin. RN | RN | jh15 |

```
RUN DATE: 05/  /16          llis Knighton  th *ADMISSION                              PAGE 1
RUN TIME: 1136          INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: HARTJ.AM
```



```
Name:                    L              DOB: 10/01/13    Age: 2Y 11M
Rm/Bd:          Serv/Locn: ERS          Status: ER       Sex: F
Unit#: K000629604   Account#: K32778599  EPI#: 000000001116206
```

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

Allergy1-Med/Contact:                                      05/14/16 - 0436
NKDA

Allergy2-Med/Contact:                                      05/14/16 - 0436
NKDA

Food Allergies-Intol:                                      05/14/16 - 0436
NKFA

Latex Allergy (Y/N):                                       05/14/16 - 0436
N


**Pharmacy Allergy List (Coded Allergies), historical data:**          05/16/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

    NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**
```

10/01/13    2Y 11M
Easterling, David R    09/18/16
K32778599

Willis Knighton South and Center for Women Is Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ███████████ L

10/01/13     2Y 11M
Easterling, David R
K32778599                    09/18/16

| Arrival Date: | 09/18/16 11:25 |
| Care Complete Time: | 09/18/16 12:40 |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Brandhurst, Roy, MD
**Diagnosis:** Upper Respiratory Infection (URI); Otitis Media

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchitis<br>Ear - Middle, Infection (Otitis Media), Child<br>Fever, Child (with Dosage Charts)<br>Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **LSU, KidMed clinic** (LSU Clinic)<br>  When: 3 days; Reason: Recheck today's<br>complaints, Or sooner if you get worse | Amoxicillin<br>Benadryl |
| **SPECIAL NOTES** | |
| Fever control, increase fluids, meds as prescribed, follow up PCP and ER if any problem. | |

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

_Aaliyah Henderson_
**MRN # K000629604**

_Synda David_
**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**



## FOLLOW UP INSTRUCTIONS

LSU, KidMed clinic (LSU Clinic)
  318-675-8607
  When: 3 days
  Reason: Recheck today's complaints, Or sooner if you get worse

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 6.7 milliliter by ORAL route every 12 hours for 10 days; 140 milliliter

Benadryl 12.5 mg/5 mL Oral Elixir
Take 5 milliliter by ORAL route every 6 hours (10 kg); 100 milliliter



10/01/13    2Y 11M    L
Easterling, David R
K32778599              09/18/16

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

    

**WILLIS-KNIGHTON HEALTH SYSTEM**

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of Indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 09/18/16

Admission Time: 1125

AM3349_1
Page 1 of 2



AM0005

10/01/13    2Y    F
Easterling, David R M.D.
K32778599   09/18/16

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**



| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |

| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date: 09/18/16
Admission Time: 1125
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13     2Y          L
Easterling, David R M.D.           F
K32778599   09/18/16

## WILLIS-KNIGHTON MEDICAL CENTER
## SHREVEPORT, LA
### EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ███████████L                           ACCT. NO: K32670325

GUARANTOR: ALEXANDER,JENNIFER                NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET                  ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                           SHREVEPORT,LA 71107

PHONE:   (318)210-3821                        PHONE: (318)210-3821      RELATION: M


GUAR EMPLOYER: CHILD
ADDRESS:                                      ARRIVED FROM: C
                                              ATTENDING PHYS: Haynes, Andrew T M.D.
PHONE:                                        ADMIT/OTHER PHYS:
                                              PRIM CARE PHYS: UNKNOWN


|              | NAME              | POLICY #       | GROUP # | BENEFIT PLAN |
|--------------|-------------------|----------------|---------|--------------|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ████████L | MEDICAID |
| SECONDARY INS: |                 |                |         |              |
| TERTIARY INS: |                  |                |         |              |
| FOURTH INS:  |                   |                |         |              |


ACCT NO: K32670325                  DATE:     08/18/16        UNIT#: K000629604
ROOM:                               TIME:     1615            F/C:   MA
STATUS: REG ER                      SERV/LOC: ERS             SS#:   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

PATIENT: ████████████               BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET        AGE:      2Y
         SHREVEPORT,LA 71107        SEX:      F
PHONE:   (318)210-3821              RACE      BLACK OR AFRICAN A
                                    RELIGION: NO RELIGION
COUNTY:  CADDO PARISH               MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE            PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 4038 MARRON PLACE          ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71109                 SHREVEPORT,LA 71107
         (318)631-7714              PHONE: (318)210-3821      RELATION: M

Is the Patient here for Pre-Op Testing:
Comments:                                                    Admit Clerk: MONETT.AM
Reason for Visit: COLD SYMPTOMS                              Baby ID#:
Known Drug Allergies: NKDA   HIPPA Notice Given: Y   Date Notice Given: 09/23/14   Device Id: AMSPC6
Interpreter ID Number:       Patient Survey: N     Preferred Language:          Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? N


K32670325

*Physician Documentation*                                    *Willis Knighton South*

Name: Aaliyah

Age: 2 yrs Sex: Female DOB: 10/01 2013                  MRN: 1116206
Arrival Date: 08/18/2016 Time: 16:15                    Account#: K32670325
Bed 2                                                    Private MD:

**HPI:**

08/18    This 2 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Cold**          ld3
16:51    **Symptoms**.

16:51    The patient presents to the emergency department with rhinorrhea, pulling ears. Onset: The          ld3
         symptoms/episode began/occurred acutely, yesterday. Associated signs and symptoms: Pertinent positives:
         rhinorrhea, pulling ears, Pertinent negatives: congestion, constipation, cough, diarrhea, seizure, shortness of
         breath, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient
         symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not experienced
         similar symptoms in the past. The patient has not recently seen a physician.

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
    1. Albuterol Inhl as needed
- **PMHx:** Asthma
- **PSHx:** None

**Historical:**

16:31    Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations   alt1
         up to date.

16:51    History obtained from mother. The history from nurses notes was reviewed and confirmed.          ld3

**ROS:**

16:51    ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned   ld3
         below. **Constitutional:** Negative for fever, chills, and weight loss, **Eyes:** Negative for injury, pain, redness,
         and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain,
         palpitations, and edema, **Respiratory:** Negative for shortness of breath, cough, wheezing, and pleuritic
         chest pain, **Abdomen/GI:** Negative for abdominal pain. nausea, vomiting, diarrhea, and constipation, **Back:**
         Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:**
         Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration. **Neuro:** Negative for
         headache, weakness, numbness, tingling, and seizure. ENT: Positive for pulling at ears, rhinorrhea,
         Negative for difficulty handling secretions. difficulty swallowing, hoarseness, nose bleed.

**Exam:**

16:51                                                                                                          ld3

         **Head/Face:** Normocephalic, atraumatic.
         **Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
         Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no
         swelling, redness, or edema.
         **ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
         and external auditory canals are clear. No erythema, dullness, or bulging. Oropharynx with no redness,
         swelling. or masses. exudates, or evidence of obstruction. uvula midline. Mucous membranes moist/pink, no
         erythema, edema or exudate.
         **Neck:** Supple. Trachea midline. No thyromegaly or masses palpated. Normal ROM without pain. No
         vertebral point tenderness. No Meningismus no nucchal rigidity. No cervical lymphadenopathy. Lymphatic
         No abnormal lymphadenopathy noted by palpation in the neck or axilla
         **Chest/axilla:** Normal chest wall appearance and motion. Nontender, no deformity. No lesions appreciated.
         No axillary lymphadenopathy.
         **Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. Normal heart sounds, no gallops,
         murmurs. or rubs. Normal PMI. no JVD. No pulse deficits.
         **Respiratory:** Lungs have equal breath sounds bilaterally. clear to auscultation and percussion. No rales,
         rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.

*Physician Documentation Con't.*

**Abdomen/GI:** Soft, non-tender, nondistended, no mass, no hepatosplenomegaly. No distention or tympany. No guarding or rebound. Bowel sounds present all quadrants. No hernia noted.
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal range of motion without pain.
**Skin:** Warm and dry with excellent turgor. Normal color with no rashes, pallor, or cellulitis.
**MS/ Extremity:** Pulses equal. No clubbing, cyanosis, or edema. Neurovascular intact. Full, normal range of motion without pain.
**Neuro:** Awake, alert, and oriented. GCS 15. Cranial nerves II-XII grossly intact. Good muscle tone. Sensory grossly intact. Normal speech and gait for age. Motor strength 5/5 in all extremities. Cerebellar exam normal.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well hydrated, well nourished, non-toxic, afebrile.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 16:18 | | 108 | 28 | 98.0 | 98% on R/A | 14.06 kg / 31 lbs 0 oz | 34 in. (86 cm) | 0/10 | jcm |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 16:18 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jcm |

**MDM:**

16:30 Patient medically screened.                                                                                          sw2

16:51                                                                                                                       ld3
**Data reviewed:** vital signs, nurses notes, and as a result. I will continue to observe the patient, initiate a consult, order radiologic study(s).
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

16:56 Differential Diagnosis Bowel obstruction, cholecystitis, diverticulitis, gastritis, kidney stone, non-specific abd   sw2
pain, pancreatitis, pyelonephritis, viral infection, bacterial infection, URI, bronchitis, pneumonia, UTI, gastroenteritis, meningitis. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.
**Data interpreted:** Pulse oximetry: normal.
**Response to treatment:** the patient's symptoms have markedly improved after treatment.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Call X-Ray Tech | Ordered | 08/18/16 16:30 | sw2 | sw2 |
| | Completed | 08/18/16 16:31 | Steven Clinger | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Chest 2 View *routine* | Ordered | 08/18/16 16:30 | sw2 | sw2 |
| | Returned | 08/18/16 16:40 | Steven Clinger | |
| **Notes:** Bed Name: 2 | **Order Method:** Electronic | | | |

| ER EXAM ROOM/BED: (OERDERRMBD): 2 |
|---|

*Physician Documentation Con't.*

| MODE OF TRANSPORTATION : (OERDTRANS):   STRETCHER |
|---|
| O2: (OEADO2):   No |
| REASON FOR EXAM: (OERDEXAM):   Cold Symptoms |

**Order Signatures:**

Willis, Fred, MD                           MD    sw2

**Disposition:**

16:51 This chart was scribed by Dawn, Lauren, Scribe. in the presence of Fred Willis MD.                          ld3

16:56 Electronically signed by: FRED WILLIS JR MD. Disposition.                          sw2

**Disposition:**

**08/18/16 16:58 Discharged to Home/Self Care. Impression: Swallowed Foreign Body, Upper Respiratory Infection (URI).**

- Condition is Stable.
- Discharge Instructions: Upper Respiratory Infection (URI), Child.
- Prescriptions for
  Zithromax 100 mg/5 ml Oral Suspension for Reconstitution
    - take 6 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3 milliliters by oral route days 2,3,4,5.; 18 milliliter.
      J
    - MAX 5-200 mg/5 mL Oral Syrup - take 1 teaspoonful by ORAL route every 4 hours; 2 ounces.
- Follow up: Dr. Sharon Tran; When: Tomorrow.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Mathews, Janet, RN | RN | jcm |
| Willis, Fred, MD | MD | sw2 | Tomlinson, Amy, RN | RN | alt1 |
| Dawn, Lauren, Scribe | Scribe | ld3 | | | |

Name: Aaliyah███████

Print Time  10/1/2019 10:24:21

MRN: 1116206
Account#: K32670325
Page 3 of 3

*Nurse's Notes*                                                                    *Willis Knighton South*

**Name:** Aaliyah⬛⬛⬛⬛⬛                                        MRN: 1116206
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013                 Account#: K32670325
**Arrival Date:** 08/18/2016 **Time:** 16:15                       Private MD:
**Bed** 2

## Presentation:

| | | |
|---|---|---|
| 08/18 16:18 | Method of Arrival: Ambulatory. | jcm |
| 16:18 | Preferred language for medical communication is English. Presenting complaint: Mother states: Runny nose and she has been running a fever and tugging at her ear since yesterday. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. | jcm |
| 16:25 | Acuity: 4 - Semi-Urgent. | jcm |

## Triage Assessment:

16:18 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, quiet, mobility; ambulates without assistance Reports fever for 12-24 hours. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10.                                                                                               jcm

## Historical:
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Inhl as needed
- **PMHx:** Asthma
- **PSHx:** None

## Historical:

16:31 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date.                alt1

16:51 History obtained from mother. The history from nurses notes was reviewed and confirmed.                                              ld3

## Screening:

16:18 **Abuse screen:**                                jcm
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

## Assessment:

16:33 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is pleasant, restless, playing, extremely active, withdraws from touch. **Neuro:** Level of Consciousness is alert, awake. **EENT:** Parent/caregiver reports the patient having nasal congestion nasal discharge that is watery tugging at right ear since yesterday. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Parent/caregiver reports the patient having cough that is dry. **Dermatologic:** Skin is intact. is healthy with good turgor, Skin is normal. **Musculoskeletal:** No deficits noted.                                                                                                    alt1

## Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 16:18 | | 108 | 28 | 98.0 | 98% on R/A | 14.06 kg / 31 lbs 0 oz | 34 in. (86 cm) | 0/10 | jcm |

## Vitals:

16:18 Acuity: 4 - Semi-Urgent.                                                                            jcm
17:10 Body Mass Index = 19.01.                                                                           alt1

## Glasgow Coma Score:

| | | | | | |
|---|---|---|---|---|---|

## Nurse's Notes Con't

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 16:18 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jcm |

**ED Course:**

| | |
|---|---|
| 16:15 Patient arrived in ED. | ms2 |
| 16:15 Patient moved to KIOSK. | ms2 |
| 16:26 Triage completed. | jcm |
| 16:26 Patient moved to Waiting. | jcm |
| 16:29 Tomlinson, Amy, RN is Primary Nurse. | alt1 |
| 16:29 Patient moved to 2. | alt1 |
| 16:30 Willis, Fred, MD is Attending Physician. | sw2 |
| 16:32 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up. verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. | alt1 |
| 16:40 Patient moved to Radiology. | smc |
| 16:40 Patient moved to 2. | smc |
| 16:40 Chest 2 View *routine* Sent. | smc |
| 16:57 Tran, Sharon, MD is Referral Physician. | sw2 |
| 17:10 No procedures done that require assistance. | alt1 |

**Administered Medications:**
No medications were administered

**Outcome:**

| | |
|---|---|
| 16:58 Discharge ordered by MD. | sw2 |
| 17:10 Discharged to home, ambulatory, with family. Discharge instructions given to family. Instructed on discharge instructions. follow up and referral plans. medication usage. Demonstrated understanding of instructions, medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | alt1 |
| 17:11 Electronic medical record closed. | alt1 |

**Signatures:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Mathews, Janet, RN | RN | jcm | |
| Willis, Fred, MD | MD | sw2 | Scriptuser, MEDHOST | | ms2 | |
| Tomlinson, Amy, RN | RN | alt1 | Dawn, Lauren. Scribe | | Scribe ld3 | |

```
WILLIS-KNIGHTON SOUTH                        EPI: 000000001116206
Account:  K32670325                          XR REPORT
Patient:  ████████████████ L                 REG ER
Order Dr: Willis Jr, Fred Spence M.D.        DOB: 10/01/13
```

Final Report
Admitting Diagnosis: COLD SYMPTOMS
Reason For Exam: Cold Symptoms Interpretive Location:
Procedure Date:  08/18/2016   Accession Number:  3299363
Procedure:  SXR - XR, chest 2 view CPT Code:  71020

IMPRESSION: No acute findings in the chest

2. Rounded metallic density in the left mid abdomen resembling a coin.

RESULT:   PA AND LATERAL CHEST

Clinical Information: Cold Symptoms

Comparison: 6416

Findings: Lungs are clear heart and pulmonary vasculature are normal.
Metal density resembling a coin is seen in the left mid abdomen. Did the
patient have any history of ingestion of foreign bodies?

Electronically Signed by: ANDREW J MARSALA M.D. on Aug 18 2016  5:00P

Willis Knighton PCI  **LIVE** (PCI: OE Database WKS)

                                                          1 of 1





## Willis Knighton South

Name: Aaliyah Henderson
Age: 2 years Sex: Female DOB: 10/01/2013
Arrival Date: 08/18/2016 Arrival Time: 16:15

MRN: K000629604
Account#: K32670325

### EMERGENCY DEPARTMENT
#### HOME MEDICATION RECONCILIATION

**Allergies:** No known drug Allergies

| | Home Medication | Route | Dose | Frequency | Last Dose |
|---|---|---|---|---|---|
| 1 | Albuterol | Inhl | | as needed | |

**Administered Medications:**
No medications were administered

**Prescriptions:**

| | Prescription | Custom Text |
|---|---|---|
| 1 | Zithromax 100 mg/5 ml Oral Suspension for Reconstitution - take 5 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3 milliliters by oral route days 2,3,4,5.; 18 milliliter | |
| 2 | J-MAX 5-200 mg/5 mL Oral Syrup - take 1 teaspoonful by ORAL route every 4 hours; 2 ounces | |

10/01/13    2Y 10M
Haynes, Andrew T M.    08/18/16
K32670325

DISCHARGE INSTRUCTIONS
Change Home Meds as Follows

ALL ORDERED MEDICATIONS MUST
BE WRITTEN ON HOSPITAL ORDER
SHEET.
THIS DOCUMENT *IS NOT*
A PHYSICIAN ORDER SHEET

```
RUN DATE: 0●●8/16         ●llis Knighton ●th *ADMISSION●            PAGE 1
RUN TIME: 1627         INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: MONETT.AM
```

```
Name: ████████████ L              DOB: 10/01/13    Age: 2Y 10M
Rm/Bd: ██████████    Serv/Locn: ERS        Status: ER         Sex: F
Unit#: K000629604    Account#: K32670325   EPI#: 000000001116206
```

|                                                              | Last Update/<br>Acknowledgement: |
|--------------------------------------------------------------|----------------------------------|
| **Interdisciplinary Assessment (Free Text), historical data:** |                                  |
| Allergy1-Med/Contact:<br>NKDA                                | 05/14/16 - 0436                  |
| Allergy2-Med/Contact:<br>NKDA                                | 05/14/16 - 0436                  |
| Food Allergies-Intol:<br>NKFA                                | 05/14/16 - 0436                  |
| Latex Allergy (Y/N):<br>N                                    | 05/14/16 - 0436                  |

**Pharmacy Allergy List (Coded Allergies), historical data:**    05/16/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

```
HENDERSON,        2Y 10M      L
10/01/13
Haynes, Andrew T M.          08/18/16
K32670325
```



Willis Knighton South and Center for Women: Is Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ███████████████L

**Arrival Date:**          08/18/16 16:15
**Care Complete Time:**    08/18/16 16:58

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Willis, Fred, MD
**Diagnosis:**          Swallowed Foreign Body; Upper Respiratory Infection (URI)

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Tran, Sharon** (Pediatrics)<br>    When: Tomorrow | Zithromax<br>J-MAX |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

X _(signature)_                                    _(signature)_ RN
Aaliyah Henderson                       ED Physician or Nurse   Tomlinson
MRN # K000629604

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**



10/01/13   2Y 10M
Haynes, Andrew T M.
K32670325              08/18/16

  

## FOLLOW UP INSTRUCTIONS

Tran, Sharon, MD (Pediatrics)
  318-212-5990
  When: Tomorrow

## PRESCRIPTIONS

  Zithromax 100 mg/5 ml Oral Suspension for Reconstitution
  Take 6 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3 milliliters by oral route days 2,3,4,5.; 18
  milliliter

  J-MAX 5-200 mg/5 mL Oral Syrup
  Take 1 teaspoonful by ORAL route every 4 hours; 2 ounces

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

10/01/13    2Y 10M    L
Haynes, Andrew T M.
K32670325           08/18/16

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

   Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

   Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date:  08/18/16

Admission Time  1615



AM3349_1

Page 1 of 2

10/01/13     2Y     F
Haynes, Andrew T M.D.
K32670325   08/18/16

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

**6. Assignment to Physicians:** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

**7. Medicare Consent:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

**8. Champus/Medicare Notice:** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

**9.** Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
I acknowledge that I have been informed of my rights and obligations as a patient.

_____   _____   _____   _____   _____   _____
Signature of Patient/Guardian   Date/Time   Guarantor   Date/Time   Witness   Date/Time

   

_____   _____   _____
Print Name   Print Name   Print Name

If Patient/Guarantor is unable to sign, I, _____, do hereby state that I have been given the authority to sign for

_____, either expressed or implied and that he or she is fully aware of this authority.

_____   _____   _____   _____   _____
Signature of   Authorized Party's   Date/Time   Witness   Date/Time
Authorized Party   Relationship to the Patient

Admission Date: 08/18/16
Admission Time: 1615
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13    2Y    F
Haynes, Andrew T M.D.
K32670325   08/18/16

   

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ███████L                          ACCT. NO:  **K32553133**

GUARANTOR: ALEXANDER,JENNIFER            NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET             ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                      SHREVEPORT,LA 71107
PHONE:   (318)210-3821                   PHONE: (318)210-3821      RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:                                 ARRIVED FROM: C
                                         ATTENDING PHYS: Easterling, David R M.D.
PHONE:                                   ADMIT/OTHER PHYS:
                                         PRIM CARE PHYS: UNKNOWN

          NAME                POLICY #           GROUP #        BENEFIT PLAN
PRIMARY INS: LA HLTHCARE CONN LA ME   1997286459512   ████████L   MEDICAID
SECONDARY INS:
TERTIARY INS:
FOURTH INS:

ACCT NO: K32553133                 DATE:    07/16/16       UNIT#: K000629604
ROOM:                              TIME:    1931          F/C: MA
STATUS:  REG ER                    SERV/LOC: ERS          SS#: 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

PATIENT: ███████L                  BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET       AGE:       2Y
         SHREVEPORT,LA 71107       SEX:       F
PHONE:   (318)210-3821             RACE       BLACK OR AFRICAN A
                                   RELIGION:  NO RELIGION
COUNTY:  CADDO PARISH              MARITAL STAT:  SINGLE

EMPLOYER: JOHNSON'S CARE           PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  4038 MARRON PLACE        ADDRESS: 2247 LEGARDY STREET
          SHREVEPORT,LA 71109               SHREVEPORT,LA 71107
          (318)631-7714            PHONE: (318)210-3821      RELATION: M

Is the Patient here for Pre-Op Testing:
Comments:                                                   Admit Clerk: SAFFED2.A
Reason for Visit: **COLD SYMPTOMS**                          Baby ID#:
Known Drug Allergies: **NKDA**   HIPPA Notice Given: **Y**   Date Notice Given: **09/23/14**   Device Id: **AMSPC6**
Interpreter ID Number:       Patient Survey: **U**    Preferred Language:        Ethnicity: **NHILAT**
Do you have an advaced directive that you would like to present to us today? **U**

█████ K32553133

*Physician Documentation*                                                                    *Willis Knighton South*

**Name:** Aaliyah
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013                      MRN: 1116206
**Arrival Date:** 07/16/2016 **Time:** 19:31                            Account#: K32553133
**Bed** 6                                                              Private MD: none, none

### HPI:

07/16   This 2 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Cold**      et3
20:15   **Symptoms**.

20:15   The patient presents to the emergency department with congestion, with nasal discharge, that is moderate,      et3
diarrhea, that is continuous, earache, pt mother reports pulling ears, fever, that is subjective, with an
emergency department temperature of 99 degrees Fahrenheit. Onset: The symptoms/episode
began/occurred today. Associated signs and symptoms: Pertinent positives: congestion, cough, diarrhea,
earache, fever, nasal discharge, Pertinent negatives: constipation, headache, seizure, shortness of breath,
sore throat, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the
patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not
experienced similar symptoms in the past. The patient has not recently seen a physician.

### Historical:
- **Allergies:** No known drug Allergies;
- **Home Meds:**
   1. Albuterol Inhl
- **PMHx:** Asthma
- **PSHx:** None

### Historical:

19:51   Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations  sc7
up to date. Social history: The patient lives with family the patient is a minor.

20:15   History obtained from mother. The history from nurses notes was reviewed and confirmed.      et3

### ROS:

20:15   ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned  et3
below. **Eyes:** Negative for injury, pain, swelling, redness, and discharge. **Neck:** Negative for injury, pain,
stiffness, swelling **Cardiovascular:** Negative for edema **Respiratory:** Negative for shortness of breath,
cough, wheezing, and pleuritic chest pain, **Back:** Negative for injury, deformity, decreased range of motion,
and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury,
pain, swelling, decreased range of motion **Skin:** Negative for injury, rash, lesions, and discoloration, **Neuro:**
Negative for altered mental status, weakness, and seizure, **Psych:** negative for acute changes.
**Constitutional:** Positive for coughing, fever, acute pain, Negative for chills, obvious distress, poor PO
intake, shortness of breath, vomiting. **ENT:** Positive for nasal discharge, pulling at ears, rhinorrhea, sinus
congestion, Negative for difficulty handling secretions, difficulty swallowing, hoarseness, sore throat, tinnitus.
**Abdomen/GI:** Positive for diarrhea, Negative for nausea, vomiting, constipation, abdominal cramps,
anorexia, hematemesis, black/tarry stool, rectal pain, rectal bleeding, bowel incontinence, flatulence.

### Exam:

20:15                                                                                        et3

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no
swelling, redness, or edema.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full
range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal
PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales,
rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.

*Physician Documentation Con't.*

**Abdomen/GI:** Soft, non-tender with normal bowel sounds. Non-distended, no masses. No organomegaly. No guarding or rebound. No hernia noted
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal. no clubbing, cyanosis or edema. Neurovascular intact. Full range of motion without pain
**Neuro:** Awake and alert, GCS 15, oriented to person, place. time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal gait and speech for age
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Female GU:** No CVA tenderness. No bladder tenderness or distension.
**Constitutional:** The patient appears Blood pressure, pulse. respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-diaphoretic. non-toxic, afebrile.
**ENT:** External ear(s): are unremarkable, no abrasion, no erythema, no puncture, no cellulitis, no swelling, no contusion, no pain with movement, Ear canal(s): are normal, clear, no bloody discharge, no cerumen impaction, no erythema, no purulent discharge, no swelling, TM's: bulging, is not appreciated, decreased mobility, is not appreciated, dullness, is not appreciated. erythema, that is moderate. on the left, fluid levels, is not appreciated, hemotympanum, is not appreciated. loss of bony landmarks, is not appreciated, rupture, is not appreciated, Examination of the other ear shows no obvious abnormality. Nose: is normal, no abrasion, no bleeding, no contusion, no drainage, no edema, no erythema, no laceration, no septal hematoma, no swelling, Mouth: is normal, no gum abnormalities, no lip abnormalities. no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions. no swelling.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 19:33 | | 127 | 24 | 99.0(TE) | 100% on R/A | 12.42 kg / 27 lbs 6 oz | 38 in. (97 cm) | 0/10 | lt3 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 19:33 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | lt3 |

**MDM:**

19:46 Patient medically screened.                                                                                      raa
20:15                                                                                                                   et3
    **Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient.
    **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.
20:27                                                                                                                   raa
    **Differential diagnosis:** bacterial infection, bronchitis, gastroenteritis, URI, viral Infection, otitis media. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.
    **Data interpreted:** Pulse oximetry: normal.
    **ED course:** MDM- ed eval consistent with benign otitis media with diarrhea. do not suspect mastoiditis, bowel obstruction, dehydration, nor electrolyte abnormality.

**Disposition:**

*Physician Documentation Con't.*

20:15 This chart was scribed by Turner, Elaina. Scribe. in the presence of Richard Aycock II MD.                    et3
20:27 Electronically signed by: R Aycock MD.                    raa

**Disposition:**
**07/16/16 20:29 Discharged to Home/Self Care. Impression: Otitis Media, Diarrhea.**
- Condition is Stable.
- Discharge Instructions: Diarrhea. Home Care Instructions, Ear - Middle. Infection (Otitis Media), Child, Fever, Child (with Dosage Charts).
- Prescriptions for
    Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
       - take 6 milliliter by ORAL route every 12 hours for 10 days; 120 milliliter.
- Follow up: Tots to Teens Clinic Willis-Knighton; When: 2 days; Reason: Recheck today's complaints, Or sooner if you get worse.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Aycock II, Richard, MD | MD | raa | Trickett, Lauren, RN | RN | lt3 |
| Courtney, STEVEN, RN | RN | sc7 | Turner, Elaina, Scribe | Scribe | et3 |

**Name: Aaliyah** ▇▇▇▇▇▇▇

**MRN:** 1116206
**Account#:** K32553133
Page 3 of 3

*Nurse's Notes*                                                                                          *Willis Knighton South*

**Name:** Aaliyah ██████████                                    MRN: 1116206
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013                Account#: K32553133
**Arrival Date:** 07/16/2016 **Time:** 19:31                     **Private MD:** none, none
**Bed** 6

**Presentation:**

07/16   Preferred language for medical communication is English. Presenting complaint: Mother states: "She has        lt3
19:33   been tugging at her ears and won't eat.". Presenting complaint: Mother states: Temp of 102 @ 1800 treated
        with Tylenol. Person Transporting: Parent. Transition of care: patient was not received from another setting
        of care. Mechanism of Injury: denies injury. Care prior to arrival: Medications: Tylenol. @ 1800.

19:38   Acuity: 4 - Semi-Urgent.                                                                                       lt3

19:39   Method of Arrival: Ambulatory.                                                                                 lt3

**Triage Assessment:**

19:33   **General:** Appears in no apparent distress, well developed. well nourished, Behavior is cooperative,        lt3
        appropriate for age, pleasant. mobility; ambulates without assistance. **Pain:** level that is acceptable is 0 out
        of 10 on a pain scale. Faces, Legs. Activity, Cry. Consolability scale score is 0 out of 10.

**Historical:**                                          **Screening:**
- **Allergies:** No known drug Allergies;                19:33   **Abuse screen:**                                    lt3
- **Home Meds:**                                                 Denies threats or abuse. Denies injuries from
   1. Albuterol Inhl                                             another. there are no obvious signs of child
- **PMHx:** Asthma                                              abuse.
- **PSHx:** None                                                **Patient fall risk assessment;**
**Historical:**                                                 risks identified; None.
                                                                **Learning Barriers:**
19:51   Family history: No immediate family members  sc7        No barriers to teaching and learning identified.
        are acutely ill. Immunization history: Childhood        **Pedi Fall Risk**
        immunizations up to date. Social history: The           None identified.
        patient lives with family the patient is a minor.       **Exposure risk/Travel Screening:**
                                                                None identified.
20:15   History obtained from mother. The history from  et3
        nurses notes was reviewed and confirmed.

**Assessment:**

19:48   **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale  sc7
        score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, Behavior is
        cooperative, appropriate for age, laughing, playing. smiling, Patient noted to be playing with toy, climbing on
        bed, mother having to constantly remind patient to "calm down". mobility: ambulates without assistance
        Reports fever for 0-12 hours. **Neuro:** Level of Consciousness is alert. awake. obeys commands, appropriate
        to pain. Oriented to person, place, time. **EENT:** Sclera/Cornea are clear in inner aspect of conjuctiva of right
        eye and inner aspect of conjunctiva of left eye Nares are clear bilaterally Oral mucosa is moist.
        Parent/caregiver reports the patient having nasal discharge that is watery for 2 day(s). **Cardiovascular:**
        Capillary refill < 3 seconds in bilateral fingers Heart tones S1 S2 present. **Respiratory:** Respiratory effort is
        even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent. **Gastrointestinal:** Reports
        diarrhea, for 1 day(s) "Her boo boo been running today a little bit" Denies vomiting. **Genitourinary:**
        Parent/caregiver reports the patient having "She's had her normal amount of wet diapers, I've been giving
        her a lot of Powerade". **Dermatologic:** Skin is intact, is healthy with good turgor. Skin is dry, Skin is pink,
        warm & dry. **Musculoskeletal:** No deficits noted. Range of motion intact in all extremities. Circulation,
        motion, and sensation intact.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 19:33 | | 127 | 24 | 99.0(TE) | 100% on R/A | 12.42 kg / 27 lbs 6 oz | 38 in. (97 cm) | 0/10 | lt3 |

**Vitals:**

## Nurse's Notes Con't

| | |
|---|---|
| 19:33 Acuity: 4 - Semi-Urgent. | lt3 |
| 20:41 Body Mass Index = 13.2. | sc7 |

### Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 19:33 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | lt3 |

### ED Course:

| | |
|---|---|
| 19:31 Patient arrived in ED. | ms2 |
| 19:31 Patient moved to KIOSK. | ms2 |
| 19:39 none. none, MD is Private Physician. | lt3 |
| 19:39 Triage completed. | lt3 |
| 19:39 Patient moved to Waiting. | lt3 |
| 19:45 Courtney, STEVEN, RN is Primary Nurse. | sc7 |
| 19:45 Patient moved to 6. | sc7 |
| 19:46 Aycock II, Richard, MD is Attending Physician. | raa |
| 19:51 playing. ER nurse to see patient. | sc7 |
| 19:51 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. | sc7 |
| 20:29 Willis-Knighton, Work Kare - Bossier is Referral Physician. | raa |
| 20:29 Referral Physician role handed off by Willis-Knighton, Work Kare - Bossier. | raa |
| 20:29 Willis-Knighton, Tots to Teens Clinic is Referral Physician. | raa |
| 20:41 No procedures done that require assistance. | sc7 |

### Administered Medications:
No medications were administered

### Outcome:

| | |
|---|---|
| 20:29 Discharge ordered by MD. | raa |
| 20:41 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, fever management. Demonstrated understanding of instructions, medications, Prescriptions given; 1. No questions or concerns expressed to me at discharge. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | sc7 |
| 20:42 Electronic medical record closed. | sc7 |

### Signatures:

| | | | | |
|---|---|---|---|---|
| Aycock II, Richard, MD | MD | raa | Scriptuser. MEDHOST | ms2 |
| Trickett, Lauren, RN | RN | lt3 | Courtney, STEVEN, RN | RN | sc7 |
| Turner, Elaina, Scribe | Scribe | et3 | | |

```
RUN DATE: 0██6/16          ██llis Knighton ██uth *ADMISSION██              ██          PAGE 1
RUN TIME: 1940              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: SAFFED2.AM
```

```
Name: ████████████ L                    DOB: 10/01/13    Age: 2Y 09M
Rm/Bd:                  Serv/Locn: ERS   Status: ER       Sex: F
Unit#: K000629604       Account#: K32553133  EPI#: 000000001116206
```

| | Last Update/ Acknowledgement: |
|---|---|
| **Interdisciplinary Assessment (Free Text), historical data:** | |
| Allergy1-Med/Contact:<br>NKDA | 05/14/16 - 0436 |
| Allergy2-Med/Contact:<br>NKDA | 05/14/16 - 0436 |
| Food Allergies-Intol:<br>NKFA | 05/14/16 - 0436 |
| Latex Allergy (Y/N):<br>N | 05/14/16 - 0436 |

**Pharmacy Allergy List (Coded Allergies), historical data:**                     05/16/16
  (Duplicate names represent coding within (3) categories:
  Ingredient, Generic and Class allergy codes.)

    NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

```
                                   L
10/01/13    2Y 09M
Easterling, David R  07/16/16
K32553133
```

Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record



Willis Knighton South and Center for Women□s Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ▓▓▓▓▓▓▓▓▓▓L

**Arrival Date:** 07/16/16 19:31

**Care Complete Time:** 07/16/16 20:29

HENDERSON, ▓▓▓▓▓ L
10/01/13    2Y 09M
Easterling, David R    07/16/16
K32553133

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Aycock II, Richard, MD

**Diagnosis:** Otitis Media; Diarrhea

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Diarrhea, Home Care Instructions<br>Ear - Middle, Infection (Otitis Media), Child<br>Fever, Child (with Dosage Charts) | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Willis-Knighton, Tots to Teens Clinic** (Pediatrics)<br>    When: 2 days; Reason: Recheck today's<br>complaints, Or sooner if you get worse | Amoxicillin |
| **SPECIAL NOTES** | |
| tylenol and motrin for fever. plenty of fluids, especially pedialyte. | |

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

Aaliyah Henderson
MRN # K000629604

ED Physician or Nurse

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

   

## FOLLOW UP INSTRUCTIONS

*Willis-Knighton, Tots to Teens Clinic (Pediatrics)*
   845 Olive St
   Shreveport, LA 71104
   318-226-4892
   When: 2 days
   Reason: Recheck today's complaints, Or sooner if you get worse

## PRESCRIPTIONS

   Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
   Take 6 milliliter by ORAL route every 12 hours for 10 days; 120 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

HENDERSON ███████ L
10/01/13    2Y 09M
Easterling, David R
K32553133                07/16/16

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 07/16/16

Admission Time: 1931



AM0005

AM3349_1
Page 1 of 2



10/01/13   2Y              L
Easterling, David R M.D.          F
K32553133   07/16/16

    

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

   Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
|---|---|---|---|---|---|

Print Name: Jennifer Alexander          Print Name          Danielle Seffel   1931

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|

Admission Date: 07/16/16
Admission Time: 1931
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13     2Y        F
Easterling, David R M.D.
K32553133   07/16/16

  

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ████████L                           ACCT. NO:  K32414732

GUARANTOR: ALEXANDER,JENNIFER            NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET             ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                      SHREVEPORT,LA 71107
PHONE:   (318)210-3821                   PHONE: (318)210-3821      RELATION: M

GUAR EMPLOYER:CHILD
ADDRESS:                                 ARRIVED FROM:  C
                                         ATTENDING PHYS:  Sullivan, Michael J M.D.
PHONE:                                   ADMIT/OTHER PHYS:
                                         PRIM CARE PHYS: UNKNOWN

| NAME | POLICY # | CROUP # | BENEFIT PLAN |
|---|---|---|---|
| PRIMARY INS: LA HLTHCARE CONN LA ME | 1997286459512 | ████████L | MEDICAID |
| SECONDARY INS: | | | |
| TERTIARY INS: | | | |
| FOURTH INS: | | | |

ACCT NO: K32414732            DATE:    06/04/16      UNIT#: K000629604
ROOM:                         TIME:    0824          F/C:  MA
STATUS: REG ER                SERV/LOC: ERS          SS#: 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

PATIENT:████████L             BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET  AGE:     2Y
         SHREVEPORT,LA 71107  SEX:     F
PHONE:   (318)210-3821        RACE     BLACK OR AFRICAN A
                              RELIGION:  NO RELIGION
COUNTY: CADDO PARISH          MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE      PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 4038 MARRON PLACE    ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71109           SHREVEPORT,LA 71107
         (318)631-7714        PHONE: (318)210-3821      RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS WHEEZING                ADMIT CLERK: ALEXAJ.AM
KNOWN DRUG ALLERGIES: NKDA



K32414732

*Physician Documentation*                                    *Willis Knighton South*

**Name: Aaliyah**
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013         MRN: 1116206
**Arrival Date:** 06/04/2016 **Time:** 08:17              Account#: K32414732
**Bed** 9                                                 Private MD: Allen, Scott

**HPI:**

06/04   This 2 years old African Am/Black Female presents to ED via Ambulatory with complaints of **Wheezing > 1**   am12
09:33   **Year, Cold Symptoms**.

09:33   The patient presents to the emergency department with cough, described as moderate, fever, that is   am12
subjective, that was measured at 100.3 degrees Fahrenheit, rhinorrhea, wheezing, described as moderate.
Onset: The symptoms/episode began/occurred acutely, 2 day(s) ago. Associated signs and symptoms:
Pertinent positives: cough, fever, nasal discharge, wheezing. Pertinent negatives: abdominal pain, body
aches, chest pain, congestion, constipation, diarrhea, dysuria, earache, headache, myalgias, seizure,
shortness of breath, sore throat, vomiting. Modifying factors: The patient symptoms are alleviated by
nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: albuterol nebulizer, for
1 days, every 4 hours. The patient has experienced similar episodes in the past. The patient has been
recently seen by a physician: Dr. Scott Allen The patient has been recently been admitted at Willis Knighton,
for similar complaints. 4 weeks ago. Dx with bronchitis.

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
   1. Albuterol Nebulizer Unknown as needed
- **PMHx:** Bronchitis; Asthma; Ear infections
- **PSHx:** None

**Historical:**

08:28   Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations   sd3
up to date. Social history: The patient lives with mother The patient speaks appropriately for age, the patient
is a minor.

09:33   The history from nurses notes was reviewed and confirmed.                                   am12

**ROS:**

09:33   ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned   am12
below.

10:10   **Eyes:** Negative for injury, pain, redness, and discharge, **Neck:** Negative for injury, pain, swollen nodes,   am12
stiffness **Cardiovascular:** Negative for chest pain and edema, **Abdomen/GI:** Negative for abdominal pain,
nausea, vomiting, diarrhea, poor PO intake, and constipation, **Back:** Negative for injury and pain, **GU:**
Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity,
**Skin:** Negative for rash, changes **Neuro:** Negative for headache, weakness, mental status changes, and
seizure, **Psych:** Negative for depression, anxiety, suicide ideation, homicidal ideation, and hallucinations.
**Constitutional:** Positive for coughing, fever, Negative for body aches, chills, acute pain, poor PO intake,
shortness of breath, tearful, vomiting. **ENT:** Positive for nasal discharge, Negative for foreign body sensation
of the ears, hearing loss, injury or acute deformity, difficulty handling secretions, difficulty swallowing,
hoarseness, nose bleed, pulling at ears, sinus congestion, sinus pain, sore throat, tinnitus, dental pain.
**Respiratory:** Positive for cough, wheezing, Negative for dyspnea on exertion, hemoptysis, orthopnea,
pleurisy, paroxysmal nocturnal dyspnea, shortness of breath, sputum production.

**Exam:**

10:10                                                                                              am12

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no
swelling, redness, or edema. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or
axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal

*Physician Documentation Con't.*

PMI, no JVD. No pulse deficits.

**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. No hernia noted.

**Back:** Normal inspection with no obvious deformity. No spinal tenderness. Full range of motion.

**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.

**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.

**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal speech and gait for age.

**Psych:** Behavior, mood, response, and affect are appropriate for age.

**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. alert, well developed, well groomed, well hydrated, well nourished. non-diaphoretic, non-toxic, afebrile.

**ENT:** External ear(s): are unremarkable, Ear canal(s): are normal, TM's: erythema, that is marked, on the left, Nose: is normal, Mouth: is normal, Posterior pharynx: is normal.

**Neck:** External neck: is nomal, C-spine: appears grossly normal, JVD: is not appreciated, Thyroid: appears normal, Trachea: is midline with no obvious abnormalities. ROM/movement: is normal. Lymph nodes: no appreciated lymphadsenopathy.

**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, Breath sounds: are normal.

## Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 08:17 | | 155 | | 98.9(TE) | 98% on R/A | 13.15 kg / 28 lbs 16 oz | 38 in. (97 cm) | | alt1 |
| 11:36 | | 128 | 28 Spontaneous | | 99% on R/A | | | | smc |

## Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 08:17 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | alt1 |

**MDM:**

10:10 am12

    **Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient.

    **Data interpreted:**

    **Pulse oximetry:** normal. on room air observed by me at the triage is 98 %.

10:29 am12

    **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

11:27 I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete. mjs

    **Data reviewed:** radiologic studies, plain films.

11:28 Patient medically screened. mjs

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Albuterol 1 unit dose Inhalation once | Ordered | 06/04/16 09:41 | sd3 | mjs |

## *Physician Documentation Con't.*

|  | Administered | 06/04/16 09:41 | sd3 |
|---|---|---|---|
| **Notes:** | **Order Method: Verbal - Read back** | | |
|  | **Sign off: Sullivan, Michael 06/04/16 10:30** | | |

| 06/04/16 09:41 | **Administered:** Albuterol 1 unit dose Inhalation over 10 mins | | sd3 |
|---|---|---|---|
| 06/04/16 11:22 | **Follow Up:** Response: Respiratory status improved; Tolerated well | | bf1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 06/04/16 10:30 | mjs | mjs |
|  | Completed | 06/04/16 10:35 | Steven Clinger | |
| **Notes:** | **Order Method: Electronic** | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 1 View | Ordered | 06/04/16 10:30 | mjs | mjs |
|  | Reviewed | 06/04/16 11:25 | Michael Sullivan | |
| **Notes:** Bed Name: 9 | **Order Method: Electronic** | | | |

| **Interpretation:** radiology report reviewed. |
|---|
| **ER EXAM ROOM/BED: (OERDERRMBD):** 9 |
| **MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER |
| **O2: (OEADO2):** No |
| **REASON FOR EXAM: (OERDEXAM):** Wheezing > 1 Year |

**Order Signatures:**

Sullivan, Michael, MD          MD     mjs          Lee, Susan, RN                    RN     sd3

**Disposition:**

10:29 This chart was scribed by Mcinnis, Ashleigh, Scribe. in the presence of Michael Sullivan MD.          am12
11:27 Electronically signed by: Michael Sullivan M.D.          mjs

**Disposition:**

**06/04/16 11:28 Discharged to Home/Self Care. Impression: Bronchiolitis - mild.**
- Condition is Stable.
- Discharge Instructions: Bronchiolitis.
- Prescriptions for
  Zithromax 100 mg/ 5 ml Oral Suspension for Reconstitution
    - take 7 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3.5 milliliters by oral route days 2,3,4,5;
21 milliliter.
  Albuterol Sulfate 2.5 mg /3 mL (0.083 %) Inhalation Solution for Nebulization
    - inhale 1 unit by NEBULIZATION route 3 times per day As needed: 1 box.
- Follow up: Scott Allen; When: Next week.
- Problem is new.
- Symptoms have improved.

**Signatures:**

Clinger, Steven, RN          RN     smc          Sullivan. Michael, MD          MD     mjs
Lee, Susan, RN               RN     sd3          Tomlinson, Amy, RN             RN     alt1

**Name: Aaliyah**▬▬▬▬

MRN: 1116206
Account#: K32414732

*Physician Documentation Con't.*

Mcinnis, Ashleigh, Scribe          Scribe am12

*Nurse's Notes*                                                    *Willis Knighton South*

**Name:** Aaliyah⬛⬛⬛⬛⬛⬛⬛⬛                                       MRN: 1116206
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013                 Account#: K32414732
**Arrival Date:** 06/04/2016 **Time:** 08:17                       **Private MD:** Allen, Scott
**Bed** 9

**Presentation:**

06/04  Method of Arrival: Ambulatory.                                              alt1
08:17

08:17 Preferred language for medical communication is English. Presenting complaint: Mother states: "She's been    alt1
wheezing. I've been giving her a treatment every 4 hours. Her nose been running, and coughing, and fever".
Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Care
prior to arrival: Medications: albuterol nebulizer, last dose @ 0600.

08:22 Acuity: 3 - Urgent.                                                          alt1

**Triage Assessment:**

08:17 **General:** Appears in no apparent distress, well developed, well nourished, well groomed. Behavior is    alt1
appropriate for age, playing, smiling. **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of
10.

**Historical:**                                      **Screening:**
- **Allergies:** No known drug Allergies;             08:17 **Abuse screen:**                             alt1
- **Home Meds:**                                      there are no obvious signs of child abuse.
  1. Albuterol Nebulizer Unknown as needed            **Patient fall risk assessment;**
- **PMHx:** Bronchitis; Asthma; Ear infections        risks identified; None.
- **PSHx:** None                                      **Learning Barriers:**
**Historical:**                                       No barriers to teaching and learning identified.

08:28 Family history: No immediate family     sd3
members are acutely ill. Immunization                 **Pedi Fall Risk**
history: Childhood immunizations up to date.          None identified.
Social history: The patient lives with mother         **Exposure risk/Travel Screening:**
The patient speaks appropriately for age,             None identified.
the patient is a minor.

09:33 The history from nurses notes was reviewed  am12
and confirmed.

**Assessment:**

08:28 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale    sd3
score is 4 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well
groomed, Behavior is cooperative, mobility; ambulates without assistance Reports she has been wheezing
and having a fever up to 100.3 since yesterday. I have been giving her treatments but it keeps flaring back
up. **General:** Reports grandmother reports she was admitted about 4 weeks ago for similar reasons. **Neuro:**
Level of Consciousness is alert, awake. Oriented to person. **EENT:** Parent/caregiver reports the patient
having nasal discharge that is watery. **Cardiovascular:** Capillary refill < 3 seconds. **Respiratory:**
Respiratory effort is even, unlabored, Respiratory pattern is regular, Parent/caregiver reports the patient
having wheezing. **Dermatologic:** Skin is dry, Skin is normal. **Musculoskeletal:** No deficits noted.

09:35 **Respiratory:** Breath sounds with wheezes upon exhalation. bilaterally. in right upper lobe, left upper lobe,    sd3
left posterior upper lobe. right posterior upper lobe, left posterior lower lobe, right posterior lower lobe, left
posterior base and right posterior base.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 08:17 | | 155 | | 98.9(TE) | 98% on R/A | 13.15 kg / 28 lbs 16 oz | 38 in. (97 cm) | | alt1 |
| 11:36 | | 128 | 28 | | 99% on R/A | | | | smc |

*Nurse's Notes Con't*

| | | | Spontaneous | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Vitals:**

08:17 Acuity: 3 - Urgent.                                                    alt1
11:36 Body Mass Index = 13.98.                                               smc

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 08:17 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | alt1 |

**ED Course:**

08:17 Patient arrived in ED.                                                 ms2
08:17 Patient moved to KIOSK.                                                ms2
08:17 Allen, Scott is Private Physician.                                     alt1
08:22 Triage completed.                                                     alt1
08:22 Patient moved to Waiting.                                             alt1
08:24 Patient moved to 9.                                                    sd3
08:28 Lee, Susan, RN is Primary Nurse.                                       sd3
08:34 Bed in low position. Call light in reach. Patient has correct armband on for positive identification. Adult with    sd3
      patient. Child being held by parent.
09:53 Sullivan, Michael, MD is Attending Physician.                          mjs
10:49 Patient moved to Radiology.                                            jcm
10:49 Chest 1 View Sent.                                                     jcm
11:02 Patient moved to 9.                                                    md
11:27 Allen, Scott is Referral Physician.                                    mjs
11:36 No procedures done that require assistance.                            smc

**Administered Medications:**

| Time | Drug & Dose | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 09:41 | Albuterol 1 unit dose | | Inhalation | | 10 mins | | | sd3 |
| 11:22 | Follow up: Response: Respiratory status improved; Tolerated well | | | | | | | bf1 |

**Outcome:**

11:28 Discharge ordered by MD.                                              mjs
11:36 Discharged to home, ambulatory, with family. Discharge instructions given to patient, family, Instructed on    smc
      discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of
      instructions, medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge.
      **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were
      addressed. **Oxygen use:** Oxygen use not applicable.
11:37 Electronic medical record closed.                                     smc

**Signatures:**

Clinger, Steven, RN            RN      smc        Sullivan, Michael, MD              MD      mjs

**Name: Aaliyah** ▮▮▮▮▮▮▮

MRN: 1116206
Account#: K32414732

Print Time  10/1/2019 11:37:25                                              Page 2 of 3

*Nurse's Notes Con't*

| | | | | | |
|---|---|---|---|---|---|
| Mathews, Janet, RN | RN | jcm | Durr, Melinda, RT | RT | md |
| Lee, Susan, RN | RN | sd3 | Scriptuser, MEDHOST | | ms2 |
| Tomlinson, Amy, RN | RN | alt1 | Figueiredo, Brittani, RN | RN | bf1 |
| Mcinnis, Ashleigh, Scribe | Scribe | am12 | | | |

```
WILLIS-KNIGHTON SOUTH               EPI: 000000001116206
Account: K32414732                  XR REPORT
Patient: ██████████████ L          REG ER
Order Dr: Sullivan, Michael J M.D.  DOB: 10/01/13

Final Report
Admitting Diagnosis: COLD SYMPTOMS WHEEZING
Reason For Exam: Wheezing > 1 Year Interpretive Location:  ALBA
Procedure Date: 06/04/2016  Accession Number: 3211554
Procedure:  SXR - XR, chest 1 view CPT Code:  71010

IMPRESSION: Normal Chest.

RESULT:   CHEST 1 VIEW

Clinical Information: Wheezing > 1 Year

Comparison: 5/14/2016

Findings: Heart size and contour are within normal limits. The lungs are
clear of infiltrate, mass, or effusion. No significant skeletal
abnormality is noted.

Electronically Signed by: JOSE MIGUEL ALBA M.D. on Jun  4 2016 11:20A
```

RUN DATE: 06/██/16      ●llis Knighton ██th *ADMISSION●      ●      PAGE 1
RUN TIME: 0825      INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ALEXAJ.AM

Name: ██████████ L      DOB: 10/01/13    Age: 2Y 08M
Rm/Bd:      Serv/Locn: ERS      Status: ER    Sex: F
Unit#: K000629604      Account#: K32414732      EPI#: 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

Allergy1-Med/Contact:      05/14/16 - 0436
NKDA

Allergy2-Med/Contact:      05/14/16 - 0436
NKDA

Food Allergies-Intol:      05/14/16 - 0436
NKFA

Latex Allergy (Y/N):      05/14/16 - 0436
N

**Pharmacy Allergy List (Coded Allergies), historical data:**      05/16/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

HENDERSON ██████ L
10/01/13   2Y 08M
Sullivan, Michael J
K32414732    06/04/16



Willis Knighton South and Center for Women☐s Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** ▓▓▓▓▓▓▓▓▓L

**Arrival Date:**            06/04/16 08:17

**Care Complete Time:**       06/04/16 11:28

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Sullivan, Michael, MD

**Diagnosis:**          Bronchiolitis - mild

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchiolitis | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Allen, Scott**<br>    When: Next week | Zithromax<br>Albuterol Sulfate |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

_Aaliyah Henderson_
MRN # K000629604

_Steven Clrigr RN_
**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

▓▓▓▓▓LIYAH  L
                          2Y 08M
10/01/13
Sullivan, Michael J
K32414732                   06/04/16

   

## FOLLOW UP INSTRUCTIONS

Allen, Scott
  When: Next week

## PRESCRIPTIONS

Zithromax 100 mg/ 5 ml Oral Suspension for Reconstitution
Take 7 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3.5 milliliters by oral route days 2,3,4,5;
21 milliliter

Albuterol Sulfate 2.5 mg /3 mL (0.083 %) Inhalation Solution for Nebulization
Inhale 1 unit by NEBULIZATION route 3 times per day As needed; 1 box

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 1 View

**Procedures**
None

**Other**
Call X-Ray Tech

10/01/13   2Y 08M   L
Sullivan, Michael  J   06/04/16
K32414732

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 06/04/16
Admission Time: 0824

AM3349_1
Page 1 of 2

AM0005

10/01/13    2Y       F
Sullivan, Michael J M.D.
K32414732   06/04/16

     

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| x | 6-4-13 | x | 6-4-16 | | 6-4-16 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| | | | 8:24 | J. Alexander | 8:24 |
| Jennifer Alexander | | | | | |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| _____ | _____ | _____ | _____ | _____ |
|---|---|---|---|---|
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date: 06/04/16
Admission Time: 0824
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13    2Y    F
Sullivan, Michael J M.D.
K32414732   06/04/16

   

WILLIS–KNIGHTON HEALTH SYSTEM

Pr__:  05/14/2016

**FACESHEET**

**WILLIS–KNIGHTON SOUTH**

SHREVEPORT, LA

| ADMITTING DIAGNOSIS: | | Code |
|---|---|---|
| | | |
| | | |
| | | |

| PRINCIPAL DIAGNOSIS: | |
|---|---|
| OTHER DIAGNOSES: | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| OPERATIONS/OTHER PROCEDURES: | Date |
|---|---|
| | |
| | |
| | |

| DISCHARGE STATUS: | X Routine  ☐ AMA  ☐ SNF/HRF  ☐ HHA   ☐ Expired  ☐ Autopsy  ☐ OTHER | LENGTH OF STAY 2 DAYS | Physician's Signature | Date |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Account No. | K32346629 | Admission Date 05/14/16 | MEDITECH Unit Number  K000629604 |
| Room/Bed | K.E5514/1 | Admission Time 0328   PR E | Subscriber Name |
| Type | ADM IN | Location/Service PED | Subscriber DOB |
| Last INP DATE | | Last Discharge Date 03/12/16 | Social Security Number 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 |

5-16

| Patient | | Patient | Financial Class |
|---|---|---|---|
| Name | ██████████L | Date of Birth 10/01/13   Age 2Y   Sex F | |
| Street | 2247 LEGARDY STREET | Race  BLACK OR AFRICAN A | |
| City/State/Zip | SHREVEPORT,LA 71107 | Marital Status SINGLE | |
| Home Phone | (318)210-3821 | Religion  NO RELIGION | |
| County | CADDO PARISH | | |

| Patient Employer | | Next of Kin | |
|---|---|---|---|
| Name | CHILD | Name ALEXANDER,JENNIFER | |
| Street | | Street 2247 LEGARDY STREET | |
| City/State/Zip | | City/State/Zip SHREVEPORT,LA 71107 | |
| Phone | Occupation CHILD | Phone (318)210-3821 | Relationship: M |

| Guarantor | | Person to Notify | |
|---|---|---|---|
| Name | ALEXANDER,JENNIFER | Name ALEXANDER,JENNIFER | |
| Street | 2247 LEGARDY STREET | Street 2247 LEGARDY STREET | |
| City/State/Zip | SHREVEPORT,LA 71107 | City/State/Zip SHREVEPORT,LA 71107 | |
| Phone | (318)210-3821  SSN 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 | Phone (318)210-3821 | Relationship: M |

| Guarantor Employer | | | |
|---|---|---|---|
| Name | JOHNSON'S CARE | Accident Date | Arrival Mode C |
| Street | 4038 MARRON PLACE | Prim Care Phy UNKNOWN | |
| City/State/Zip | SHREVEPORT,LA 71109 | Attend. Phy OJI, Greg M M.D. | |
| Phone | (318)631-7714 | Other Phys. OJI, Greg M M.D. | |

| Insurance | Policy Number | Group No. | Subscriber | Benefit Plan |
|---|---|---|---|---|
| LA HLTHCARE CONN LA ME | 1997286459512 | | ██████████L | MEDICAID |

Y144016

| Is this Patient Here for Pre-Op Testing: | |
|---|---|
| Comment: | Admit Clerk: MCMILC.AM |
| ██ Notice Given: Y   Date Notice Given: 09/23/14 | MEDB Eligible: |
| Reason for Visit: BRONCHIOLITIS | |
| Preferred Language: ENGLISH   Ethnicity: NHILAT | |
| Known Drug Allergies:NKDA   Patient Survey: N | |

  

**WILLIS-KNIGHTON HEALTH SYSTEM**

**Pediatric Hospitalist Progress Note** / D/C Summary

Date: 5/16/16 _____ Time: _____ Name: _____

Interval History: Resting in ☐ bed ☑ chair ☐ crib   ☑ No new problems/complaints
☐ Other _MRA, AFebrile, good appetite_____

**Meds:** ☑ Reviewed   Remarks _____
☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone
**ROS:** ☐ 10 systems reviewed otherwise Negative   Positive: _____

**Interval Physical Exam:**
**Vitals:** temp _97.9_ HR _105_ RR _24_ O2 sat _100 RA_

**General:** ☑ Well-hydrated ☑ WN ☑ NAD ☑ Nontoxic ☑ Remarks _playful_
**HEENT:** ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☑ PERRL ☑ Conjunctiva clear
☑ No rhinorrhea/congestion ☐ Nasal flaring ☑ Tempanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal
☐ Remarks _____
**Neck:** ☑ Normal ☑ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks _____
**Heart:** ☐ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks _____
**Lungs:** ☑ Normal ☑ CTA bil ☑ Unlabored   Air movement: ☑ Good ☐ Fair ☐ Poor ☐ Unlabored ☐ Rales ☐ Rhonchi
☐ Wheeze (end expiratory/inspiratory) ☐ Crackles ☐ Retractions ☐ Stridor ☐ Remarks _____
**Abdomen:** ☑ Normal ☐ Soft ☐ Non-tender ☐ Non-distended ☐ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____
**Extremities:** ☑ Normal ☐ Cyanosis ☐ Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses
☐ Remarks _____
**Musculoskelatal:** ☑ Normal ☐ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____
**Skin:** ☐ Normal ☑ Warm/dry ☐ Rash ☐ Remarks _____
**Neuro:** ☐ Normal/nonfocal ☑ Warm/dry ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2–12 intact
☐ Remarks _____

**Lab:** ☐ Reviewed ☐ Abnormals   Ca _10_   Segs _77_
_____   Alb___ AstAlt___   Bands _0_
| 141 | 110 | 5 | ⟨94   Alk/Phos _____ 9.8⟩ 12.8   286 Lymphs _20_
| 5.1 | 21 | 0.3 |   T/Dbili _____ 38.5

Other: _UA ⊝ report   urine cx ⊝ to date   CXR ⊝_
_viral Resp pal: Rhino/Ent ⊕_

**Impression:** _2y/o ɔ̄ Acute asthma exac,_
_URI, B/L Pna   s̄ acute Resp distress._
_Improved clinically c̄ IV steroids, Mag sulf x 1,_
_Albuterol, duoneb's prn. Weaned_
_Rocephin x 2 doses day admin._
_tunneled off Alb. Resp distress resolved._

**Plan:** ☑ See orders ☑ Continue medical management
☐ Recommendations per consultant/s: _____

☑ Follow labs ☑ O2, Respiratory Therapy
☑ Continue antibiotics, Day # 3 Rocephin
☐ Continue therapy/Rehab ☐ Nutrition support
_D/C home ɔ̄ on PO steroids_
_x 3 days   Albuterol_
_Flu c̄ PMD in 1 week_

_____   5/16/16   1245 pm
Physician Signature         Date/Time
☑ Sharon Tran, M.D. (2944)   ☐ Greg Oji, M.D. (2977)

_D/C Dx: Acute asthma exac_
_acute Resp distress_
_URI_
_Asthma B/L_

PN650_1
Devised 05/01/2015
Committee Approved 05/11/2015
Page 1 of 1

PN0005

10/01/13   2Y 07M   K.E5514
Oji, Greg M M.D.   05/14/16
K32346629                      L



**WILLIS-KNIGHTON HEALTH SYSTEM**

## Pediatric Hospitalist History and Physical

Patient Name: Henderson Aaliyah     Date: 5/14/16     Time: 2 pm

PCP: LSU     Source of Information: Grandma

Chief Complaint: Cough. wheezing.

**History of Present Illness:** 2 year old female born preterm at 24-26 weeks via c/s with 3 month NICU stay. PMHx of multiple PICU hospitalizations for respiratory distress who developed runny nose, cough and wheezing 2 days pta. Grandma gave her repeated treatments with albuterol nebs but she continued to have in___ased work of breathing. She was then brought to WKSER.

ROS: (+) Cough. (+) wheezing. (+) Eczema. (−) vomiting. Decreased PO intake.

**Past Medical/Birth History:** ☐ Unremarkable  ☐ Other  Born preterm at 24-26 weeks via c/s at LSU, NICU x 3 months, (+) intubation. multiple admissions for asthma, (+) PICU.

**Past Surgical History:** None

**Allergies:** ☑ NKDA  ☐ Other

**Immunizations:** ☑ UTD  ☐ Other

**Family History:** ☐ Noncontributory  ☐ Other  Mom had childhood asthma

**Social History:** ☑ Lives at home with parents  ☐ Attends school  Dad smokes.

☐ Other

2640 ☐—○ 2640 asthma

(S M O) i 2 yr

HP652__1
Devised 05/04/2015
Page 1 of 3

HP0005

10/01/13   2Y 07M     L
Oji, Greg M M.D.     K.E5514
K32346629     05/14/16

**WK** WILLIS-KNIGHTON HEALTH SYSTEM

### Pediatric Hospitalist History and Physical continued

**General:** ☐ None ☐ Fever ☑ Decreased appetite/oral intake ☐ Decreased activity ☑ Fussy ☐ Other _____

**HEENT:** ☐ None ☐ Head injury ☐ Red/Swollen eyes ☐ Eye d/c ☑ Runny nose ☐ Congestion ☐ Earache ☐ Ear d/c
☐ Sore throat ☐ Other _____

**Cardiovascular:** ☑ None ☐ Cyanosis ☐ Chest pain _____

**Respiratory:** ☐ None ☑ Cough ☑ SOB ☑ Wheeze ☐ Other _____

**GI:** ☑ None ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ Abd pain ☐ Bloody stools ☐ Other _____

**Hematology:** ☑ None ☐ Easy bruising ☐ Epistaxis ☐ Other _____

**Neuro:** ☑ None ☐ Headache ☐ Syncope ☐ Seizures ☐ LOC ☐ Other _____

**GU:** ☑ None ☐ Decreased urine ☐ Dysuria ☐ Discharge ☐ Other _____

**Physical Exam:** ⊕ edema    10 systems reviewed. Otherwise unremarkable

**Vitals:** Temp 97.8  HR 180  RR 42  O2 sat 96% NCO2  Wt 13.6 kg

**General:** ☑ Well-hydrated ☐ WN ☐ NAD ☑ Nontoxic ☐ Remarks ⊕ fussy

**HEENT:** ☐ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☐ PERRL ☑ Conjunctiva clear
☐ No rhinorrhea/congestion ☐ Nasal flaring ☐ Tempanic membranes normal bil ☐ Nasal mucosa moist ☐ Pharynx normal
☐ Remarks  TMs show erythema and middle ear effusion.

**Neck:** ☑ Normal ☐ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention
☐ Remarks _____

**Heart:** ☐ Normal ☑ S1S2 ☐ RRR ☐ Murmur ☐ Remarks _____

**Lungs:** ☐ Normal ☐ CTA bil ☐ Unlabored   Air movement: ☐ good ☑ fair ☐ poor ☑ Wheeze (end expiratory/inspiratory)
⊕ retractions

**Abdomen:** ☑ Normal ☐ Soft ☐ Non-tender ☐ Non-distended ☐ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____

**Extremities:** ☐ Normal ☐ Cyanosis ☐ Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses
☐ Remarks _____

**Musculoskeletal:** ☑ Normal ☐ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____

**Skin:** ☐ Normal ☐ Rash ☐ Remarks _____

**Neuro:** ☐ Normal/nonfocal ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks _____

**GU:** ☐ Normal male/female genitalia   Testes descended: ☐ Right ☐ Left
☐ Remarks _____

Smoji 2477

HP652 _ 2
Devised 05/04/2015
Page 2 of 3

HP0005

10/01/13   2Y 07M          K.E5514
Oji, Greg M M.D.          05/14/16
K32346629



WILLIS-KNIGHTON HEALTH SYSTEM

**Pediatric Hospitalist History and Physical continued**

**LAB:** ☐ Reviewed   ☐ Abnormals

Ca_____
Alb_____ AstAlt _____          Segs _____
Alk/Phos_____              Bands_____
T/Dbili_____              Lymphs_____

☑ CXR  Unremarkable        ☐ Cultures

Other: Assesment: 2 year old female ▬ acute asthma exacerbation and Otitis media — in moderate respiratory distress.

Plan: Albuterol nebs Q2hr, Solumedrol IV, Magnesium-Sulfate IV, IV fluids.

☐ See orders   ☐ Continue medical management   ☐ Follow labs   ☑ O2, Respiratory Therapy   CBC, BMP.

☑ IV Fluids   Discussed assessment & plan with ☐ Patient   ☐ Family

☐ IV antibiotics:_____

☐ Consults: _____

☐ Remarks: _____

SMOji  5/14/6  2pm
_____   _____
Physician Signature            Date/Time

☐ Sharon Tran, M.D.(2944)   ☑ Greg Oji, M.D. (2977)





10/01/13    2Y 07M    L
Oji, Greg M M.D.
K32346629            K.E5514
                     05/14/16

*Physician Documentation*                                    *Willis Knighton South*

**Name:** Aaliyah
**Age:** 2 years **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 05/14/2016 **Time:** 02:08
**Bed 3**

MRN: K000629604
Account#: K32346629
Private MD: LSU HOSPITAL, LSU

**HPI:**

| 05/14 02:13 | This 2 years old African Am/Black Female presents to ED via Carried with complaints of **Cold Symptoms**. | sd5 |
|---|---|---|
| 02:16 | This 2 years old African Am/Black Female presents to ED via Carried with complaints of **Cold Symptoms**. | sd5 |
| 02:13 | cold sx, fever. Onset: The symptoms/episode began/occurred yesterday. Severity of symptoms: At their worst the symptoms were mild. Associated signs and symptoms: None. | sd5 |
| 02:16 | Had wheezing, retracting PTA- SPO2 at Triage was 86%. | sd5 |

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer Unknown as needed
- **PMHx:** Bronchitis; Asthma; Ear infections
- **PSHx:** None

**Historical:**

| 02:13 | The history from nurses notes was reviewed and confirmed. | sd5 |
|---|---|---|
| 02:20 | Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives with mother The patient speaks appropriately for age, the patient is a minor. | ldd |

**ROS:**

| 02:13 | ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure, **Psych:** Negative for depression, anxiety, suicide ideation, homicidal ideation, and hallucinations, **Allergy/Immunology:** Negative for hives, rash, and allergies, **Endocrine:** Negative for neck swelling, polydipsia, polyuria, polyphagia, and marked weight changes, **Hematologic/Lymphatic:** Negative for swollen nodes, abnormal bleeding, and unusual bruising. | sd5 |
|---|---|---|

**Exam:**

| 02:17 | | sd5 |
|---|---|---|

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction, uvula midline. Mucous membrane
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.

*Physician Documentation Con't.*

**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal gait.
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Female GU:** Normal external genitalia.
**Chest/axilla:** Inspection:.
**Respiratory:** Respirations: normal, accessory muscle usage, that is moderate, nasal flaring, that is mild, Breath sounds: wheezing, is heard diffusely.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 02:16 | | 165 | 40 | | 86% | 13.61 kg / 30 lbs 0 oz | | ldd |
| 02:19 | | 168 | | 98.5(R) | 100% on 15 lpm Aerosol Mask | | | ldd |
| 02:36 | | 164 | | | 100% on Aerosol Mask | | | jag |
| 02:54 | | | | | 97% on R/A | | | jag |
| 02:55 | | 196 | 30 | | 98% on R/A | | | jag |
| 03:09 | | 158 | | | 98% on R/A | | | jag |
| 03:28 | | 184 | 35 Spontaneous | | 96% on R/A | | | jag |
| 03:42 | | | | 101.1(R) | 99% on R/A | | | jag |

03:42 ED MD Denham notified.                                                                          jag

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 02:16 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | ldd |

**MDM:**
02:14 Patient medically screened.                                                                     sd5
03:00 Differential Diagnosis viral infection, bacterial infection, URI, bronchitis, pneumonia, UTI, gastroenteritis,     sd5
meningitis.
**Data reviewed:** vital signs, nurses notes.
**Response to treatment:** the patient's symptoms have mildly improved after treatment, STILL WITH MILD RETRACTIONS, NASAL FLARING- MUCH IMPROVED BUT I FEEL NEEDS ADMIT.
**Physician consultation:** Dr. Greg Oji MD was called at 03:00, was contacted at 03:00, regarding admission, and will see patient in inpatient room.

| Order | | Status | Time | By | For |
|-------|--|--------|------|-----|-----|
| Chest 1 View | | Ordered | 05/14/16 02:16 | sd5 | sd5 |
| | | Reviewed | 05/14/16 03:15 | Denham, Sean, MD | |
| Notes: Bed Name: 3 | | Order Method: Electronic | | | |
| ER EXAM ROOM/BED: (OERDERRMBD):  3 | | | | | |
| Is the patient able to bear weight? (OERDBEARWT): | | | | | |
| Is the patient at risk for falls? (OERDFALLS): | | | | | |
| MODE OF TRANSPORTATION : (OERDTRANS):  STRETCHER | | | | | |

**Name:** Aaliyah Henderson

MRN: K000629604
Account#: K32346629

Print Time: 5/16/2016 09:47:40                                                                        Page 2 of 4

*Physician Documentation Con't.*

O2: (OEADO2):  No

REASON FOR EXAM: (OERDEXAM):  Cold Symptoms

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| DuoNeb 1 unit dose Inhalation every 15 minutes x2 | Ordered | 05/14/16 02:16 | sd5 | sd5 |
| | Administered | 05/14/16 02:26 | jag | |
| | Administered | 05/14/16 02:39 | jag | |
| Notes: | Order Method: Electronic | | | |

| | | |
|---|---|---|
| 05/14/16 02:26 | **Administration:** DuoNeb 1 unit dose Inhalation | jag |
| 05/14/16 02:38 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | jag |
| 05/14/16 02:39 | **Administration:** DuoNeb 1 unit dose Inhalation | jag |
| 05/14/16 02:54 | **Follow Up:** Pulse Ox 97% RA; Response: No Adverse Reaction; Respiratory status improved; Tolerated well | jag |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Orapred 1 tsp PO once | Ordered | 05/14/16 02:16 | sd5 | sd5 |
| | Administered | 05/14/16 02:24 | jag | |
| Notes: | Order Method: Electronic | | | |

| | | |
|---|---|---|
| 05/14/16 02:24 | **Administration:** Orapred 1 tsp PO | jag |
| 05/14/16 03:10 | **Follow Up:** Response: No Adverse Reaction; Respiratory status improved; Tolerated well | jag |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| COLLECT SWAB | Ordered | 05/14/16 02:34 | sd5 | sd5 |
| | Completed | 05/14/16 02:48 | Gaddis, Jennifer, RN | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| RSV by PCR | Ordered | 05/14/16 02:34 | sd5 | sd5 |
| | In Process Unspecified | 05/14/16 02:34 | Dispatcher MedHost | |
| Notes: | Order Method: Electronic | | | |

Ordering Location:  ERSPC100.1

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Tylenol 1 dose PO once; Per Pedi Fever Standing Orders | Ordered | 05/14/16 03:44 | jag | sd5 |
| | Administered | 05/14/16 03:51 | jag | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: | | | |

| | | |
|---|---|---|
| 05/14/16 03:51 | **Administration:** Tylenol 1 dose PO | jag |
| 05/14/16 03:51 | **Follow Up:** administered just prior to admission. Pediatric RN, Mary is aware and verbalizes understanding. | jag |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|

Name: Aaliyah⬛⬛⬛⬛⬛

MRN: K000629604
Account#: K32346629

Page 126 of 4758



*Physician Documentation Con't.*

| CBC w/ Man Diff | Ordered | 05/16/16 07:38 | EDMS | |
|---|---|---|---|---|
| | Returned | 05/16/16 07:38 | Dispatcher MedHost | |
| Notes: | Order Method: | | | |
| | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Basic Metab Pnl | Ordered | 05/16/16 07:57 | EDMS | |
| | Returned | 05/16/16 07:57 | Dispatcher MedHost | |
| Notes: | Order Method: | | | |
| | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Viral Resp PCR | Ordered | 05/16/16 09:46 | EDMS | |
| | Returned | 05/16/16 09:46 | Dispatcher MedHost | |
| Notes: | Order Method: | | | |
| | | | | |

**Order Signatures:**

| Denham, Sean, MD | MD | sd5 | Dispatcher MedHost | EDMS |
| Gaddis, Jennifer, RN | RN | jag | | |

**Disposition:**

03:00 Electronically signed by: Sean C. Denham, MD. Disposition.                                    sd5
03:14 Electronically signed by: Sean C. Denham, MD.                                                       sd5

**Disposition:**

**05/14/16 02:58 Admit ordered for Oji, Greg. Preliminary diagnosis is Bronchiolitis.**
- Bed requested for PEDS.
- Condition is Good.
- Problem is chronic.
- Symptoms are unchanged.

**Signatures:**

| Dispatcher MedHost | | EDMS | Davis, Laurie, RN | RN | ldd |
| Denham, Sean, MD | MD | sd5 | Gaddis, Jennifer, RN | RN | jag |

**Name: Aaliyah** ███████

MRN: K000629604
Account#: K32346629

Print Time: 5/16/2016 09:47:40

Page 4 of 4

*Nurse's Notes*                                              **Willis Knighton South**

Name: Aaliyah ▓▓▓▓▓▓▓                                MRN: K000629604
Age: 2 years Sex: Female DOB: 10/01/2013                Account#: K32346629
Arrival Date: 05/14/2016 Time: 02:08                   Private MD: LSU HOSPITAL, LSU
Bed 3

**Presentation:**

| 05/14 02:10 | Method of Arrival: Carried. | ldd |

02:15 Preferred language for medical communication is English. Presenting complaint: Mother states: She has been wheezing, having cold symptoms since about 1900 this PM. She has asthma and I have done several treatments. She is running fever as well. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Mechanism of Injury: denies injury. Care prior to arrival: Medications: Albuterol Neb.        ldd

02:16 Acuity: 3 - Urgent.        ldd

**Triage Assessment:**

02:16 **General:** Appears uncomfortable, Behavior is appropriate for age, Reports fever for 0-12 hours. **Pain:** Denies pain. currently is 0 out of 10 on a pain scale. at worst was 0 out of 10 on a pain scale. level that is acceptable is 0 out of 10 on a pain scale.        ldd

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer Unknown as needed
- **PMHx:** Bronchitis; Asthma; Ear infections
- **PSHx:** None

**Historical:**

02:13 The history from nurses notes was reviewed and confirmed.        sd5

02:20 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives with mother The patient speaks appropriately for age, the patient is a minor.        ldd

**Screening:**

02:16 **Abuse screen:**        ldd
Denies threats or abuse. Denies injuries from another. there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; None.
**Learning Barriers:**
No barriers to teaching and learning identified. caregiver ready and willing to learn.
**Pedi Fall Risk**
None identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

02:17 **Pain:** Denies pain. currently is 0 out of 10 on a pain scale. at worst was 0 out of 10 on a pain scale. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears distressed, uncomfortable, Behavior is appropriate for age, mobility; ambulates without assistance Reports fever for 0-12 hours. **Neuro:** Level of Consciousness is awake, Grips are equal bilaterally Moves all extremities. Facial symmetry appears normal, Pupils are PERRLA. **EENT:** Nares with drainage noted bilaterally. **Cardiovascular:** Capillary refill < 3 seconds is brisk Heart tones S1 S2 present Pulses are all present. **Respiratory:** Respiratory effort is even, with retractions, Respiratory pattern is symmetrical, tachypnea Airway is patent Trachea midline Breath sounds with wheezes upon inhalation, upon exhalation, bilaterally. **Gastrointestinal:** Abdomen is non-distended Bowel sounds present X 4 quads. Abd is soft and non tender X 4 quads. Parent/caregiver reports the patient having normal bowel habits. **Genitourinary:** Parent/caregiver reports the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is dry, Skin is pink, warm & dry. normal, Skin temperature is warm. **Musculoskeletal:** No deficits noted. **Injury Description:** denies injury.        ldd

02:56 **Respiratory:** Respiratory effort is even, with retractions, Respiratory pattern is symmetrical, Airway is patent jag Trachea midline Breath sounds with wheezes upon exhalation, bilaterally. Reassessment: Patient states symptoms have improved.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| | | | | | | | | |

*Nurse's Notes Con't*

| 02:16 | | 165 | 40 | | 86% | 13.61 kg / 30 lbs 0 oz | ldd |
| 02:19 | | 168 | | 98.5(R) | 100% on 15 lpm Aerosol Mask | | ldd |
| 02:36 | | 164 | | | 100% on Aerosol Mask | | jag |
| 02:54 | | | | | 97% on R/A | | jag |
| 02:55 | | 196 | 30 | | 98% on R/A | | jag |
| 03:09 | | 158 | | | 98% on R/A | | jag |
| 03:28 | | 184 | 35 Spontaneous | | 96% on R/A | | jag |
| 03:42 | | | | 101.1(R) | 99% on R/A | | jag |

03:42 ED MD Denham notified.                                                                    jag

**Vitals:**
02:16 Acuity: 3 - Urgent.                                                                          ldd
03:29 Body Mass Index =                                                                       jag

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 02:16 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | ldd |

**ED Course:**
02:08 Patient arrived in ED.                                                                     ms2
02:08 Patient moved to KIOSK.                                                                  ms2
02:11 LSU HOSPITAL, LSU is Private Physician.                                          ldd
02:11 Davis, Laurie, RN is Primary Nurse.                                                 ldd
02:11 Patient moved to 3.                                                                          ldd
02:12 Denham, Sean, MD is Attending Physician.                                       sd5
02:17 Pulse ox on. Bedside monitor alarms on and audible.                        jag
02:20 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in   ldd
        reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband
        on for positive identification. Adult with patient.
02:33 Patient moved to Radiology.                                                             tmc
02:33 Patient moved to 3.                                                                          tmc
02:33 Chest 1 View Sent.                                                                           tmc
02:48 RSV culture to lab. Specimen labeled in presence of patient and patient's mother.   jag
02:58 Oji, Greg, MD is Admitting Physician.                                               sd5
02:58 Waiting for Bed Assignment.                                                            sd5
03:43 No procedures done that require assistance.                                       jag

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|------|-------------|-------|------|----------|------|----------|-------|
| 02:24 | Orapred 1 tsp | PO | | | | | jag |
| 03:10 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | jag |
| | | | | | | | |

**Name: Aaliyah Henderson**

Print Time: 5/16/2016 09:47:37

MRN: K000629604
Account#: K32346629
Page 2 of 3

*Nurse's Notes Con't*

| Time | Entry | Route | | | | | | Init |
|---|---|---|---|---|---|---|---|---|
| 02:26 | DuoNeb 1 unit dose | Inhalation | | | | | | jag |
| 02:38 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | jag |
| 02:39 | DuoNeb 1 unit dose | Inhalation | | | | | | jag |
| 02:54 | Follow up: Pulse Ox 97% RA; Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | jag |
| 03:51 | Tylenol 1 dose ₁ | PO | | | | | | jag |
| 03:51 | Follow up: administered just prior to admission. Pediatric RN, Mary is aware and verbalizes understanding. | | | | | | | jag |

1 - Note: per Lauri Davis, RN .

**Intake:**

**Outcome:**

02:58 Admit ordered by MD.    sd5

03:43 Moved to Pediatrics Room # 514, accompanied by tech, family with patient, via wheelchair, with chart, Report called to Daniel, RN , using the SBAR communication method. Instructed on admit to floor admission process Demonstrated understanding of instructions, No questions or concerns expressed to me at discharge. All belongings were taken to the room upon admit. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen used on this visit.    jag

04:08 Electronic medical record closed.    jag

**Signatures:**

Davis, Laurie, RN          RN   ldd        Cook, Tara, RT          RT   tmc
Scriptuser, MEDHOST              ms2        Denham, Sean, MD        MD   sd5
Gaddis, Jennifer, RN       RN   jag

**Corrections:**

02:26 ~~02:10 Oraprod 1 tsp PO.~~    ~~jag~~ jag
03:31 ~~03:30 Med Effects:~~    ~~jag~~ jag
03:43 ~~03:42 Pulse Ox 99% RA; Temp 101.1F Rectal;~~    ~~jag~~ jag



**Willis Knighton South**
Name: Aaliyah
Age: 2 years Sex: Female DOB: 10/01/2013
Arrival Date: 05/14/2016 Arrival Time: 02:08

MRN: K000629604
Account#: K32346629

# EMERGENCY DEPARTMENT
## HOME MEDICATION RECONCILIATION

**Allergies:** No known drug Allergies

| | Home Medication | Route | Dose | Frequency | Last Dose |
|---|---|---|---|---|---|
| 1 | Albuterol | Nebulizer | Unknown | as needed | |

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|
| 05/14 02:24 | Orapred 1 tsp | PO | | | | | jag |
| 03:10 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | jag |
| 02:26 | DuoNeb 1 unit dose | Inhalation | | | | | jag |
| 02:38 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | jag |
| 02:39 | DuoNeb 1 unit dose | Inhalation | | | | | jag |
| 02:54 | Follow up: Pulse Ox 97% RA; Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | jag |
| 03:51 | Tylenol 1 dose $_1$ | PO | | | | | jag |
| 03:51 | Follow up: administered just prior to admission. Pediatric RN, Mary is aware and verbalizes understanding. | | | | | | jag |

1 - Note: per Lauri Davis, RN .

**Prescriptions:**

| Prescription | Custom Text |
|---|---|
| (Nothing entered) | |

DISCHARGE INSTRUCTIONS
Change Home Meds as Follows

ALL ORDERED MEDICATIONS MUST
BE WRITTEN ON HOSPITAL ORDER
SHEET.
THIS DOCUMENT *IS NOT*
A PHYSICIAN ORDER SHEET

Page 1 of 1

RUN DATE: 05/14/16
RUN TIME: 1024
RUN USER: GEORGB.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 1

**WKHS PNEUMOCOCCAL Vaccine Protocol**
**PREVNAR 13 (Pneumococcal 13 Valent Vaccine)**
**Administer Year Round**

### Contraindications (Do NOT administer)
### (Check all that apply)

[✓] Patient does not meet vaccine indications below

[ ] Patient has received Pneumovax (Pneumococcal 23 Valent) vaccine within the last year

[ ] Patient has received Prevnar-13 (Pneumococcal) 13 Valent Vaccine

[ ] Patient refused vaccine

[ ] Known sensitivity to previous dose of pneumococcal vaccine

[ ] Known sensitivity to Diptheria Toxoid containing vaccines

### Indications (Check all that apply)

[ ] 65 years of age or older AND none of the contraindications above

[ ] 65 years of age or older, pneumococcal vaccination status unknown AND none of the contraindications above

### If NO Contraindications
### Administer Prevnar-13 (Pneumococcal 13 Valent Vaccine)

[ ] 0.5 mL IM

Lot Number: _____        Manufacturer: _____

Date on vaccine information sheet: _____   Vaccine Information Sheet (VIS) given to patient:  YES   NO

Patient vaccine consent: _____
                                             Patient Signature

*Document administration of vaccine on patient's MAR

_Amber Taylor RN   5/16/16  1300    Amber Taylor_

Assessment completed by:                Date / Time              Printed Name

Clarification (by Pharmacy) of Prevnar-13 (Pneumococcal 13 Valent Vaccine order):
[ ] The patient has received Pneumovax (Pneumococcal 23 Valent) in the last year. Do NOT administer
[ ] The patient has previously received Prevnar-13 (Pneumococcal 13 Valent). Do NOT administer

_____        _____        _____
Assessment clarification completed by:      Date / Time              Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore
does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and
Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

**THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD**

Name: ████████████ L
Acct#: K32346629
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 07M   Sex: F   Weight: 29

```
RUN DATE: 05/14/16                    Willis Knighton South *ADMISSIONS*                      PAGE 2
RUN TIME: 1024               Discharge Orders/Discharge Medication Reconciliation
RUN USER: GEORGB.NS
```

WKHS Adult Influenza Vaccine Protocol
INFLUENZA Vaccine [Quadrivalent Inactivated (killed)]
Administer September - March
Contraindications (Do NOT administer)
(Check all that apply)

☑ Patient under age 18 years of age

☐ Vaccine not required (April - August)

☐ Patient previously immunized this flu season

☐ Patient refused vaccine

☐ History of serious reaction to vaccine

☐ History of allergy to eggs

☐ History of Guillain-Barre Syndrome

---

Indications
(Check all that apply)

☐ 18 years of age or older AND none of the contraindications above

---

If NO Contraindications
Administer Influenza (Quadrivalent) Vaccine

☐ 0.5 mL IM

Influenza vaccine given

Lot number: _____       Manufacturer: _____

Date on vaccine information sheet: _____   Vaccine Information Sheet (VIS) given to patient:   YES   NO

Patient vaccine consent: _____
                                Patient's Signature

*Document administration of vaccine on patient's MAR



Assessment completed by: Amber Taylor RN   5/16/16 1300     Amber Taylor
                                                Date / Time        Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD

---

Name: HENDERSON          L
Acct#: K32346629
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 07M   Sex: F   Weight: 29

```
RUN DATE: 05/14/16                    Willis Knighton South *ADMISSIONS*                    PAGE 3
RUN TIME: 1024                  Discharge Orders/Discharge Medication Reconciliation
RUN USER: GEORGB.NS
```

Date of Discharge: 5/16/14

Discharge patient to: home

Diagnosis: ☒ Home Health   ☐ Physical Therapy

Acute Asthma ████████, URI, AOM B/L, S/p acute Resp distress

Allergies: NKDA
          NKDA

1   Follow-up: c̄ PCP in 1 week

    Diet: Reg

    Vaccine Protocol:
    ☒ Follow Flu/Pneumonia Vaccine Protocol

    Activity:
    ☐ Resume normal activity          ☒ Per physician instruction sheet
    ☐ No driving                       ☐ No climbing stairs
    ☐ Other: _____          ☐ No lifting

    Hygiene Restrictions:
    ☐ No restrictions                  ☒ Sponge bath only
    ☐ Shower only                      ☐ Other: _____
    ☐ Tub bath only

    IV Therapy:
    ☐ discharge with saline lock in place
    ☐ discharge with PICC line in place
    ☐ discharge with central line in place
    ☐ discharge with port access needle in place

    Drainage devices:
    ☐ discharge with urinary catheter in place

    ☐ discharge with _____ drain in place

    ☐ discharge with (other) _____ in place

OR  ☐ Complete NIHSS on discharge (WKP only)

2   ☐ See physician discharge sheet (attached)

Name: HENDERSON ████ L
Acct#: K32346629
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 07M   Sex: F   Weight: 29

Amber Taylor RN 5/16/16 1303

```
RUN DATE: 05/14/16              Willis Knighton South *ADMISSIONS*                    PAGE 4
RUN TIME: 1024          Discharge Orders/Discharge Medication Reconciliation
RUN USER: GEORGB.NS
```

### DISCHARGE MEDICATION RECONCILIATION

| Continue at home? | | | PRN MEDICATIONS | | | |
|---|---|---|---|---|---|---|
| Please circle | | | | | | |

| Yes | No | DUONEB (IPRATROPIUM/ALBUTEROL) | 1.5 ML | INH | PRN .Q1H |
|---|---|---|---|---|---|
| | | | | FOR WHEEZE | |
| | | | (USE VIA INHALATION NEBULIZATION ONLY!) | | |

Change: _Albuterol 2.5mg nebs Q4-6 prn wheeze_

| Yes | No | TYLENOL (ACETAMINOPHEN) | | PO | PRN .Q6H |
|---|---|---|---|---|---|
| | | | 200 MG (6.25 ML) | FOR TEMP > 100.4-F | |
| | | | | (DO NOT EXCEED 4,000 MG/24HRS!) | |

Change:

ADDITIONAL MEDICATONS (NEW MEDICATIONS)

_Omnicef (15/5) 5mL PO Q12 x 3days_

Physician Signature: _____ 2944    Date: 5/16/16   Time: 1245 pm
Signature certifies the above discharge order and discharge medications

Clarifications, if necessary

Physician Signature: _____   Date: _____   Time: _____
(Signature only needed if clarifications are noted)

```
Name: ███████ L
Acct#: K32346629
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 07M   Sex: F   Weight: 29
```

_Amber Taylor Rn 5/16/16 B03_

  

```
RUN DATE: 05/14/16              Willis Knighton South *ADMISSIONS*                    PAGE 5
RUN TIME: 1024          Discharge Orders/Discharge Medication Reconciliation
RUN USER: GEORGB.NS

                         Home Medications NOT An Order

                         For Information/Comparison Only


ALBUTEROL                        .5 UD          HHN        Q 4-6 HR PRN

                                 NOT AN ORDER
```

Name: ████████ L
Acct#: K32346629
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 07M   Sex: F   Weight: 29



**WILLIS-KNIGHTON HEALTH SYSTEM**

| Date Ordered | Time Ordered | Orders |
|---|---|---|
| 5/15/16 | 10:35a | Cath urine: UA, microscopy, culture in cap CBC manual diff, BMP in AM in cap MCOji 2977 - |
| | | √d 5-15-16 1055 Becky George RN |
| 5/15/16 | 12:50pm | ↓ IV fluid to KVO change Albuterol 2.5mg nbs Q4hr Albuterol 1250 5/15/16 SMOji 2977 |
| | | √d 5-15-16 1300 Becky George RN |
| 5/15/16 | 2030 | may leave IV out for now - ↓d IV Solumedrol to Prelone 15mg PO X 1 TOV Dr Matriano-Lim/Tammy Storey RN 5/15/16 2030 Tammy Storey RN SM 2844 5/16/16 pm |
| | | 24° chart √ Tammy Storey RN 5/16/16 0130 |
| 5-16-16 | 1045 | Δ to inpatient admit status TOV Dr. Tran/JRuiloba RN SM 2844 Noted JRuiloba RN 5-16-16 @1045 5/16/16 pm |

| Prohibited Abbreviation: | Please Use: | Prohibited Abbreviation | Please Use: |
|---|---|---|---|
| IU | international unit | q.o.d. or QOD | every other day |
| MgSO4 | magnesium sulfate | U or u | unit |
| MS | morphine sulfate | Trailing zero (x.0 mg) | Never write a decimal point (X mg) |
| MSO4 | morphine sulfate | Lack of leading zero (.x mg) | Always use a zero before a decimal point (O.x mg) |
| QD or qd | daily | | |

**Committee Approved Blank Order Form – Must be Hand Written**



PO0005



Printed: 05/14/2016

10/01/2013      002Y 07M      F
Greg Oji
K32346629   05/14/2016   K.E5514 1


WILLIS-KNIGHTON HEALTH SYSTEM

| Date Ordered | Time Ordered | Orders |
|---|---|---|
| 5/14/16 | 12:40pm | Albuterol 2.5mg nebs Q3 hr |
| | | Orapred 15mg PO Q 12hr |
| | | Resp viral panel          SMoji, 297 |
| | | Atrovent 0.5mg nebs Q6hr x 1 day. |
| | | |
| | | √d 5-14-16 1310 Becky George, RN |
| | | |
| 5/14/16 | 3pm | IV Solumedrol 30mg x 1dose now |
| | | then 15mg IV Q12hr |
| | | D/C Orapred. |
| | | D5 1/2 NS with 20mEq KCL/L @ 55ml/hr |
| | | Rocephin 700mg IV Q24hr |
| | | CBC manual diff, BMP, UA |
| | | chest X-ray          SMoji 297 . |
| | | √d 5-14-16 1520 Becky George, RN |
| | | |
| 5/14/16 | 4:45pm | Magnesium Sulfate 650mg IV x 1dose. |
| | | BMP, Mag, Phos in Am (8am)    SMoji 297 |
| | | √d 5-14-16 1700 Becky George, RN |

| Prohibited Abbreviation: | Please Use: | Prohibited Abbreviation | Please Use: |
|---|---|---|---|
| IU | international unit | q.o.d. or QOD | every other day |
| MgSO4 | magnesium sulfate | U or u | unit |
| MS | morphine sulfate | Trailing zero (x.0 mg) | Never write a decimal point (X mg) |
| MS04 | morphine sulfate | Lack of leading zero (.x mg) | Always use a zero before a decimal point (O.x mg) |
| QD or qd | daily | | |

**Committee Approved Blank Order Form – Must be Hand Written**

—24°Chart Denise Thomas RN 5/14/16 2220—

PO193_1
Revised 07/25/2013
Committee Approved 07/31/2013
Page 1 of 1

PO0005

Printed: 05/14/2016

10/01/2013   002Y 07M        F
Greg Oji
K32346629   05/14/2016   K.E5514.1

Page 173 of 198

**EMERGENCY DEPARTMENT TEMPORARY ORDERS**

WK  WILLIS·KNIGHTON HEALTH SYSTEM

Date/Time _5/14/16_   0255   Level of service: ☐ Inpatient admission (expected to stay 2 midnights) ☑ Observation

1. Attending M.D. _____Oji_____   Level of care: ☑ Routine ☐ Telemetry ☐ Step–Down
   ☐ Critical Care ☐ PICU

2. Diagnosis: _____Bronchiolitis_____

3. Allergies (Including Food): _____NKDA_____

4. Condition: ☑ Good ☐ Fair ☐ Poor

5. Vitals:   Floor routine with BP every _____ ;  Weigh on admission and ☐ daily
   ☐ Urinary catheter/HOUDINI protocol; I & O every _____ hr;  ☐ Neurological checks every _____ hr for _____ hr

6. NPO/Diet: _____Regular_____

7. Activity: ☑ Ad lib / Bed rest with bathroom privileges / Up with assistance / Complete bed rest

8. Lab/X-Ray: ☐ Bedside glucose _____ , do not confirm: call MD if greater than 350 mg/dL or less than 70 mg/dL
   ☐ EKG & Troponin every 6 hours times 2 – reason for exam: _____

9. MEDS: ☐ Oxygen via Nasal Cannula 2L/min ☑ Oxygen protocol ☐ Other _____
   C Miles RN 5/14/16 0430

   — D5D neb 0.5 ↓0 HHN Q1°
   Sun Wueyl

   — Cont pulse oximetry

   ✗ No IV unless Dr Oji
   Specifically orders ✗

   — Tylenol 15mg/kg PO Q6° for
   T > 100.4

10. SALINE LOCK / IV FLUIDS: _____

11. OTHER: _____

12. CONSULT  Dr _____

13. Complete care is turned over to Dr _____Oji_____ on patient's admission to the hospital.
    Notify him/her STAT or at _____ of admission/arrival and STAT for any problems or concerns.

    Spoke to:_____   _Denham_
    Physician Signature   Printed Name or Dictation #

    Noted By: Dennis Tchang RN — 5/14/16   0530

PO2675 _1
Revised 01/07/2015
Committee Approved 03/13/2015
Page 1 of 1

P00005

10/01/13   2Y 07M    L 514
Denham, Sean C M.D.
K32346629              05/14/16

WK WILLIS-KNIGHTON HEALTH SYSTEM

**Pediatric Hospitalist Progress Note**

Date: 5/15/16   Time: 4 pm   Name: Henderson Aaliyah

Interval History: Resting in ☑ bed ☐ chair ☐ crib   ☑ No new problems/complaints
☐ Other   Child is breathing with less effort, has good PO intake, tolerating room air.

Meds: ☑ Reviewed   Remarks _____
☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone
ROS: ☑ 10 systems reviewed otherwise Negative   Positive: _____

**Interval Physical Exam:**
Vitals: temp 98.7   HR 122   RR 22   O2 sat 100% NCO2
General: ☑ Well-hydrated ☐ WN ☐ NAD ☐ Nontoxic ☐ Remarks _____
HEENT: ☐ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☐ PERRL ☑ Conjunctiva clear
☐ No rhinorrhea/congestion ☐ Nasal flaring ☐ Tempanic membranes normal bil ☑ Oral mucosa moist ☐ Pharynx normal
☐ Remarks _____
Neck: ☐ Normal ☑ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks _____
Heart: ☐ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks _____
Lungs: ☐ Normal ☐ CTA bil ☐ Unlabored   Air movement: ☐ Good ☑ Fair ☐ Poor ☐ Unlabored ☐ Rales ☐ Rhonchi
☑ Wheeze (end expiratory/inspiratory) ☐ Crackles ☑ Retractions ☐ Stridor ☐ Remarks _____
Abdomen: ☐ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____
Extremities: ☐ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses
☐ Remarks _____
Musculoskeletal: ☐ Normal ☑ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____
Skin: ☐ Normal ☑ Warm/dry ☐ Rash ☐ Remarks _____
Neuro: ☐ Normal/nonfocal ☑ Warm/dry ☑ Awake ☑ Alert ☐ Oriented ☑ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks   Global Developmental Delay

Lab: ☐ Reviewed ☐ Abnormals   Ca ____   Segs ____
   Alb ___ AstAlt ____   Bands ____
   141 | 110 | 4   Alk/Phos ____   Lymphs ____
   5.2 | 24 | 0.21 | 9.3   T/Dbili ____

Other: _____ mag 2-4   Phos 4.6

Impression: 2 year old female with Acute asthma exacerbation in mild respiratory distress. Child has improved significantly after mag sulfate IV, Q2 albuterol, IV solumedrol.

   8 MLOji 5/15/16 4pm.

Physician Signature _____   Date/Time _____
☐ Sharon Tran, M.D. (2944)   ☑ Greg Oji, M.D. (2977)

Plan: ☑ See orders ☐ Continue medical management
☐ Recommendations per consultant/s: _____

☐ Follow labs ☐ O2, Respiratory Therapy
☐ Continue antibiotics, Day #
☐ Continue therapy/Rehab ☐ Nutrition support
Continue solumedrol IV
KVO IV as child has good PO intake. Albuterol nebs Q4.
UA had 3+ LE. Get cath urine for UA, micr culture
Continue Rocephin IV for bilateral ear infection.

PNO0005

10/01/13   2Y 07M
Oji, Greg M M.D.   K.E5514
K32346629   05/14/16

Willis-Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71108

| | | | |
|---|---|---|---|
| Patient Name: | ███████████ | | |
| Adm No: | K32346629 | MRN: | 1116206 |
| DOB: | 10/01/2013 | Location: | Inpatient - S5E-K.E551 |
| Age: | 2Y  F | Ord No: | 90006 |
| Corp ID: | 000001116206 | Hospital: | WKS |

Ordering Dr:  SEAN CHRISTOPHER DENHAM                    CC:

### Final Report

**Admitting Diagnosis:** BRONCHIOLITIS
**Reason For Exam:** Cold Symptoms                         **Interpretive Location:** ZAMANI
**Procedure Date:** 05/14/2016                             **Accession Number:** 3187836
**Procedure:** SXR - XR, chest 1 view                      **CPT Code:** 71010

**IMPRESSION: Normal Portable Chest.**

RESULT:  XR, chest 1 view

Clinical Information: Cold Symptoms

Comparison: None

Findings: Heart size and contour are normal for portable technique. The lungs are clear and no infiltrate, mass, pleural effusion or pneumothorax demonstrated. No significant skeletal abnormality is noted.

Electronically Signed by: RAMIN ZAMANI M.D. on May 14 2016  6:27A

**Techs:** Tara M Cook
**Additional Staff:**

**Read by: RAMIN ZAMANI M.D.  on May 14 2016  6:26A**
Electronically Signed by: RAMIN ZAMANI M.D. on May 14 2016  6:27A

Printed: May 14 2016  6:30AM

CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual for entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

Willis-Knighton South Nursing **LIVE**
Vital Signs / I&O / Diabetic Flowsheet

Page: 1

(K000629604)

96 hours

Age/Sex: 2Y 07M F
Room: 5ES K.E5514 1 (Admitted 05/14/16)

from May 12, 2016 0701 to May 16, 2016 0700
Printed 05/16/16 at 0444 by STORET.NS

### Vital Signs

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2: |
|-----------|-----|--------|-------|----|--------|------|----------|-------------|-------------|-------|
| 05/14/16 0400 | 133/72 | Lying | 182 | 42 | (^) | 99.9 | Temporal | | | 93 |
| 05/14/16 0409 | | | | | | | | 29 | 15.725872 | |
| 05/14/16 0436 | 133/72 | Lying | 182 | 42 | Machine | 99.9 | Temporal | | | 96 |
| 05/14/16 0600 | | | | | | 97.8 | Axillary | | | 96 |
| 05/14/16 0730 | | | 171 | 26 | Machine | 98.3 | Axillary | | | 98 |
| 05/14/16 1200 | | | 179 | 34 | Machine | 98.4 | Axillary | | | 96 |
| 05/14/16 1600 | | | 152 | 30 | Machine | 99.2 | Axillary | | | 99 |
| 05/14/16 1920 | | | 143 | 32 | Machine | 97.5 | Axillary | | | 99 |
| 05/14/16 2333 | | | 152 | 30 | Machine | 99.1 | Axillary | | | 95 |
| 05/15/16 0345 | | | 130 | 28 | Machine | 98.1 | Axillary | | | 98 |
| 05/15/16 0730 | | | 122 | 22 | Machine | 98.7 | Axillary | | | 100 |
| 05/15/16 1600 | | | 123 | 24 | Machine | 98.2 | Axillary | | | 100 |
| 05/15/16 2000 | | | 121 | 24 | | 97.3 | Temporal | | | 99 |
| 05/15/16 2351 | | | 112 | 24 | Machine | 97.3 | Temporal | | | 97 |
| 05/16/16 0406 | | | 104 | 24 | | 97.4 | Temporal | | | 96 |

### Intake & Output

| | 05/14/16 | 05/15/16 | | 05/15/16 | 05/16/16 | |
|--|----------|----------|--|----------|----------|--|
| Period: 12.00 | 1900 | 0700 | *24 hr* | 1900 | 0700 | *24 hr* |
| Hrs Ending | | | | | | |
| Intake (ml) | | | | | | |
| ORAL: Not H2O | 120 | 480 | 600 | 600 | 120 | 720 |
| IV: | 100 | 660 | 760 | 435 | | 435 |
| IVPB: | | 5 | 5 | 50 | | 50 |
| Total Intake | 220 | 1145 | 1365 | 1085 | 120 | 1205 |
| Output (ml) | | | | | | |
| Void X NM: | 3 | 5 | | 3 | 2 | |
| Stool X: | 1 | 0 | | 0 | | |
| Fluid Balance | 220 | 1145 | 1365 | 1085 | 120 | 1205 |

```
                    Willis-Knighton South Nursing **LIVE**                    Page: 2
                    Vital Signs / I&O / Diabetic Flowsheet
```

L (K000629604)
Age/Sex: 2Y 07M F                                    from May 12, 2016 0701 to May 16, 2016 0700      96 hours
Room: 5ES K.E5514 1 (Admitted 05/14/16)             Printed 05/16/16 at 0444 by STORET.NS

△ T/Tympanic   • R/Rectal/No Response   ○ O/Orally   | A/Axillary   X /   * Resp. Rate:   ▽ Heart Rate:
                                        ↓↑ Off graph



Willis-Knighton South Nursing **LIVE**                                    Page: 1
Vital Signs / I&O / Diabetic Flowsheet

███████████ (K000629604)                                                  96 hours
Age/Sex: 2Y 07M F                              from May 11, 2016 0701 to May 15, 2016 0700
Room: 5ES K E5514 1 (Admitted 05/14/16)        Printed 05/15/16 at 0613 by THOMAC7 NS

### Vital Signs

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2: |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/16 0400 | 133/72 | Lying | 182 | 42 | (^) | 99.9 | Temporal | | | 93 |
| 05/14/16 0409 | | | | | | | | 29 | 15.725872 | |
| 05/14/16 0436 | 133/72 | Lying | 182 | 42 | Machine | 99.9 | Temporal | | | |
| 05/14/16 0600 | | | | | | 97.8 | Axillary | | | 96 |
| 05/14/16 0730 | | | 171 | 26 | Machine | 98.3 | Axillary | | | 98 |
| 05/14/16 1200 | | | 179 | 34 | Machine | 98.4 | Axillary | | | 96 |
| 05/14/16 1600 | | | 143 | 32 | Machine | 99.2 | Axillary | | | 99 |
| 05/14/16 1920 | | | 152 | 30 | Machine | 97.5 | Axillary | | | 99 |
| 05/14/16 2333 | | | 152 | 30 | Machine | 99.1 | Axillary | | | 95 |
| 05/15/16 0345 | | | 130 | 28 | Machine | 98.1 | Axillary | | | 98 |

### Intake & Output

| Period: 12.00 | 05/13/16 | 05/14/16 | | 05/14/16 | 05/15/16 | |
|---|---|---|---|---|---|---|
| Hrs Ending | 1900 | 0700 | *24 hr* | 1900 | 0700 | *24 hr* |
| **Intake (ml)** | | | | | | |
| ORAL: Not H2O: | | | | 120 | 480 | 600 |
| IV: | | | | 100 | 660 | 760 |
| IVPB: | | | | 5 | 5 | |
| Total Intake | | | | 220 | 1145 | 1365 |
| **Output (ml)** | | | | | | |
| Void X NM: | | | | 3 | 5 | |
| Stool X: | | | | 1 | 0 | |
| Fluid Balance | | | | 220 | 1145 | 1365 |

Δ T/Tympanic   • R/Rectal/No Response   o O/Orally   | A/Axillary   X /   * Resp. Rate:   ▽ Heart Rate:
↓↑ Off graph



Willis-Knighton South Nursing **LIVE**
Vital Signs / I&O / Diabetic Flowsheet

Page: 1

00629604)

Age/Sex: 2Y 07M F
Room: 5ES K.E5514.1 (Admitted 05/14/16)

96 hours
from May 10, 2016 0701 to May 14, 2016 0700
Printed 05/14/16 at 0648 by MULLEN.NS

### Vital Signs

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2: |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/16 0400 | 133/72 | Lying | 182 | 42 | (^) | 99.9 | Temporal | 29 | 15.725872 | 93 |
| 05/14/16 0409 | | | | | | | | | | |
| 05/14/16 0436 | 133/72 | Lying | 182 | 42 | Machine | 99.9 | Temporal | | | |
| 05/14/16 0600 | | | | | | 97.8 | Axillary | | | 96 |

Δ T/Tympanic    • R/Rectal/No Response    ○ O/Orally    | A/Axillary    X /    • Resp. Rate:    ▽ Heart Rate:
↓↑ Off graph



RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 1

LOCATION

| PATIENT: ████████████ L | ACCT #: K32346629 | LOC: 5ES | U #: K000629604 |
|---|---|---|---|
| | AGE/SX: 2Y 07M/F | ROOM: K.E5514 | REG: 05/14/16 |
| REG DR:  Oji, Greg M M.D. | STATUS: DIS IN | BED: 1 | DIS: 05/16/16 |

URINALYSIS

| Day | 2 | 1 | Reference | Units |
|---|---|---|---|---|
| Date | MAY 15 | MAY 14 | | |
| Time | 1600 | 1940 | | |
| => Blood | 2+ H | (a) | (Negative) | |
| => Bilirubin | (b) | (c) | (Negative) | |
| => Urobilinogen | (d) | (e) | (Negative) | mg/dL |
| => Ketones | (f) | (g) | (Negative) | |
| => Glucose | (h) | 2+ H | (Negative) | |
| => Protein | (i) | (j) | (Negative) | |
| => Nitrite | (k) | (l) | (Negative) | |
| => Leukocytes | (m) | 3+ H | (Negative) | |
| => pH, Urine | 7.0 | 6.0 | (5.0-8.0) | |
| => Spec Gravity | 1.005 | 1.009 | (1.003-1.035) | |
| => Color | (n) | (o) | (Yellow) | |
| => Appearance | Clear | (p) H | (Clear) | |
| => Ascorbic Acid | (q) | (r) | (Negative) | mg/dL |
| => RBCs, Urine | 0-3 | | (0-3) | /hpf |
| => WBCs, Urine | 0-4 | | (0-4) | /hpf |
| => Bacteria, Urine | (s) | | (<=Trace) | /hpf |
| => Squamous Epis | Trace | | (<=Trace) | /hpf |

NOTES:
(a)  Negative
(b)  Negative
(c)  Negative
(d)  Negative
(e)  Negative
(f)  Negative
(g)  Negative
(h)  Negative
(i)  Negative
(j)  Negative
(k)  Negative
(l)  Negative
(m)  Negative
(n)  Colorless
(o)  Yellow
(p)  Slightly Cloudy H
(q)  Negative
(r)  Negative
(s)  None Seen

| Patient: ████████████ L | Age/Sex: 2Y 07M/F   Acct#K32346629   Unit#K000629604 |
|---|---|

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 2

LOCATION

| Patient: ███████████ L | | | #K32346629 | (Continued) |

CHEMISTRY
GENERAL CHEMISTRY

| Day | 3 | 2 | 1 | Reference | Units |
|-----|-----|-----|-----|-----------|-------|
| Date | MAY 16 | MAY 15 | MAY 14 | | |
| Time | 0715 | 0810 | 1606 | | |
| => Glucose | 94(t) | (u) H | 99(t) | (70-109) | mg/dL |
| => Potassium | 5.1 | 5.2 H | 4.4 | (3.5-5.1) | mmol/L |
| => Sodium | 141 | 141 | 140 | (136-145) | mmol/L |
| => Chloride | 110 H | 110 H | 106 | (98-107) | mmol/L |
| => CO2 | 21 | 24 | 24 | (21-32) | mmol/L |
| => BUN | 5 L | 4 #L | 11 | (7-18) | mg/dL |
| => Creatinine | 0.30 | 0.21 | 0.34 | | mg/dL |
| => Calcium | 10.0 | 9.3 | 9.4 | (8.5-10.1) | mg/dL |
| => Phosphorus | | 4.6 | | (4.3-5.4) | mg/dL |
| => Magnesium | | 2.4 | | (1.8-2.4) | mg/dL |
| => Anion Gap | 10.0 | 7.0 | 10.0 | (5.0-15.0) | mmol/L |

NOTES:   (t)   Glucose Reference Ranges:

Fasting Glucose Level:    70-109 mg/dL
Impaired Fasting Glucose: 110-125 mg/dL
    Defined by the ADA as a category at risk for future
    diabetes and cardiovascular disease.

The American Diabetes Association (ADA) recommends the
following criteria for the diagnosis of diabetes:
        Abnormal Fasting Glucose:  >=126 mg/dL
Symptoms of diabetes and a random glucose: >=200 mg/dL

(u)   111 H
See also (t)

| Patient: ███████████ L | | Age/Sex: 2Y 07M/F | Acct#K32346629 | Unit#K000629604 |

```
RUN DATE: 10/01/19                    Laboratory System *Live*                    PAGE 3
RUN TIME: 1347                     WKS Discharge Summary Report
RUN USER: PARRM.HM
```

LOCATION

| Patient: ▮▮▮▮▮▮▮ L | #K32346629 | (Continued) |
|---|---|---|

HEMATOLOGY

| | Day | 3 | 1 | | Reference | Units |
|---|---|---|---|---|---|---|
| | Date | MAY 16 | MAY 14 | | | |
| | Time | 0715 | 1606 | | | |
| => | White Blood Cel | 9.8 # | 20.0 H | | (5.0-12.0) | 10^9/L |
| => | Red Blood Cell | 5.31 H | 5.23 H | | (4.1-5.1) | 10^6/uL |
| => | Hemoglobin | 12.0 | 11.8 | | (11.0-14.0) | g/dL |
| => | Hematocrit | 38.5 | 37.1 | | (33.0-42.0) | % |
| => | MCV | 72.4 L | 71.0 L | | (74.0-89.0) | fL |
| => | MCH | 22.6 L | 22.5 L | | (27.1-34.2) | pg |
| => | MCHC | 31.2 L | 31.7 L | | (33.0-35.6) | g/dL |
| => | RDW | 16.9 H | 16.6 H | | (12.0-14.5) | % |
| => | Platelet Count | 288 | 296 | | (130-351) | 10^3/uL |
| => | Mean Plt Volume | 7.8 | 7.1 | | (6.6-10.2) | fL |
| => | Neutrophils | 79.8 | 93.1 | | (Not Estab.) | % |
| => | Lymphocytes | 16.5 | 2.3 | | (Not Estab.) | % |
| => | Monocytes | 2.5 L | 4.4 | | (3-10) | % |
| => | Eosinophils | 0.5 | 0.1 | | (0.0-8.0) | % |
| => | Basophils | 0.7 | 0.1 | | (0.0-3.0) | % |
| => | Neutrophils # | 7.8 | 18.6 | | (Not Estab.) | 10^3/uL |
| => | Lymphocytes # | 1.6 | 0.5 | | (Not Estab.) | 10^9/L |
| => | Monocytes # | 0.2 | 0.9 | | (Not Estab.) | 10^3/uL |
| => | Eosinophils # | 0.0 | 0.0 | | (Not Estab.) | 10^3/uL |
| => | Basophils # | 0.1 | 0.0 | | (Not Estab.) | 10^3/uL |
| => | Segmented Neut | 77 | 92 | | (Not Estab.) | % |
| => | Lymphocytes | 20 | 4 | | (Not Estab.) | % |
| => | Monocytes | 1 L | 4 | | (3-10) | % |
| => | Basophils | 2 | | | (0-3) | % |
| => | Hypochromic | 1+ | 1+ | | (NORMAL) | |
| => | Microcytosis | 1+ | 1+ | | (NORMAL) | |
| => | Plt Estimate | (v) | (w) | | (NORMAL) | |

```
NOTES:  (v)  NORMAL
        (w)  NORMAL
```

| Patient: ▮▮▮▮▮▮▮ L | Age/Sex: 2Y 07M/F   Acct#K32346629   Unit#K000629604 |
|---|---|

RUN DATE: 10/01/19                    Laboratory System *Live*                    PAGE 4
RUN TIME: 1347                      WKS Discharge Summary Report
RUN USER: PARRM.HM

LOCATION

| Patient: ⬛⬛⬛⬛⬛⬛ L | #K32346629 | (Continued) |

### Viral Respiratory Panel

```
           Day              1
           Date             MAY 14
           Time             1345                    Reference      Units

=> Adenovirus PCR        (x)
=> Coronaviru 229E       (y)
=> Coronaviru HKU1       (z)
=> Coronaviru NL63       (aa)
=> Coronaviru OC43       (ab)
=> Human Metapneum       (ac)
=> Human Rhino/Ent       (ad)
=> Influenza A PCR       (af)
=> Influenza B PCR       (ag)
=> Parainfluenza 1       (ah)
=> Parainfluenza 2       (ai)
=> Parainfluenza 3       (aj)
=> Parainfluenza 4       (ak)
=> RSV                   (al)
=> Bordetella pert       (am)
=> Chlamyd pneumon       (an)
```

NOTES:   (x)  Not Detected
         (y)  Not Detected
         (z)  Not Detected
         (aa) Not Detected
         (ab) Not Detected
         (ac) Not Detected
         (ad) Detected
              See also (ae)
         (ae)
              A positive Human Rhinovirus/Enterovirus result should be
              followed up using an alternate method to differentiate these
              two viruses if clinically necessary.
         (af) Not Detected
         (ag) Not Detected
         (ah) Not Detected
         (ai) Not Detected
         (aj) Not Detected
         (ak) Not Detected
         (al) Not Detected
         (am) Not Detected
         (an) Not Detected

| Patient: ⬛⬛⬛⬛⬛ L | Age/Sex: 2Y 07M/F | Acct#K32346629 | Unit#K000629604 |

```
RUN DATE: 10/01/19                    Laboratory System *Live*                      PAGE 5
RUN TIME: 1347                     WKS Discharge Summary Report
RUN USER: PARRM.HM
```

<u>LOCATION</u>

| Patient: ███████████ L | #K32346629 | (Continued) |
|---|---|---|

### Viral Respiratory Panel Continued

```
     Day            1
     Date        MAY 14
     Time         1345                        Reference     Units
                                              --------      -----

=> Mycoplas pneumo  (ao)                      (Not Detect)

NOTES:  (ao) Not Detected
             See also (ap)
        (ap) Note:  Methodology:  FDA approved multiplex nested real time
                    PCR

             Performed by:  University Health Shreveport Virology Lab
                            1541 Kings Hwy.
                            Shreveport, LA 71103-3932
```

| Patient: ███████████ L | Age/Sex: 2Y 07M/F   Acct#K32346629 | Unit#K000629604 |
|---|---|---|

RUN DATE: 10/01/19                    Laboratory System *Live*                         PAGE 6
RUN TIME: 1347                      WKS Discharge Summary Report
RUN USER: PARRM.HM

<u>LOCATION</u>

| Patient: ▓▓▓▓▓▓▓ L | #K32346629 | (Continued) |

### PCR TESTS

| | | | Reference | Units |
|---|---|---|---|---|
| Day | 1 | | | |
| Date | MAY 14 | | | |
| Time | 0247 | | | |
| => RSV by PCR | (aq) | | (Negative) | |
| => Comments | (as) | | | |

Source: Urine

> **Culture, Urine**                     Final 05/17/16
                                    NO GROWTH AT 2 DAYS

NOTES:  (aq) Negative
            See also (ar)
        (ar) NEGATIVE test results do not preclude RSV infection and
            should not be used as the sole basis for treatment or other
            patient management decisions.  False negative results may
            occur if virus is present at levels below the analytical
            limit of detection or the virus mutates in the target
            region.
        (as) See Below
            See also (at)
        (at) The results of this assay should be interpreted in
            conjunction with other laboratory and clinical data.

| Patient: ▓▓▓▓▓▓▓ L | Age/Sex: 2Y 07M/F   Acct#K32346629   Unit#K000629604 |

HENDERSON,

Age/Sex: 4Y 0XX F
Unit #: X0006429604
Admitted: 05/14/16 at 0328
Status: DIS IN
Room/Bed: X.ESS/.V-1

Attending: Oji, Greg Y. M.D.
Account #: X32346629
Location: SES

Willis-Knighton South Nursing **LIVE**
Patient's Plan of Care - PEDIATRIC BASIC PLAN OF CARE

Status: Discharged
Initiated: 05/14/16
Completed: 05/24/16
Protocol:

Page 1
Printed
...16...9
at .352

| | STS | INT BY | TRGT | COVD BY | INTERVENTIONS | INT BY | COVD BY | DATE & TIME DIRECTIONS | STS |
|---|---|---|---|---|---|---|---|---|---|
| **Basic Pediatric Nursing Care** | | | | | | | | | |
| * Basic nursing care will be provided. | D | 05/14/16 WS | 05/17/16 | | | | | | D |
| | | | | | * Reassessment/Evaluation - Pediatrics | 05/14/16 WS | | | D |
| | | | | | Direction ->7,19 Document when done | | | 05/14/16 0403 06,18 | D |
| | | | | | Intake | 05/14/16 WS | | | |
| | | | | | - PROTOCOL: I&O | | | | D |
| | | | | | Output | 05/14/16 WS | | 05/14/16 0403 06,18 | D |
| | | | | | - PROTOCOL: I&O | | | | |
| | | | | | * Vital Signs | 05/14/16 WS | | 05/14/16 0403 Q4H | D |
| | | | | | Vital Signs taken by a RN are reviewed | | | | |
| | | | | | by an RN. | | | | |
| | | | | | - PROTOCOL: VITALSIGNS | | | | |
| | | | | | Feed With Assistance | 05/14/16 WH | | 05/14/16 0403 MEALTIMES | D |
| | | | | | - PROTOCOL: FEEDWAL | | | | |
| | | | | | Formula Prep | 05/14/16 WH | | 05/14/16 0403 MEALTIMES | D |
| | | | | | Feed Formula Per Family Or Staff | 05/14/16 WH | | 05/14/16 0403 Q3H | D |
| | | | | | Bath, Total Bed - Toddler | 05/14/16 WH | | 05/14/16 0403 DAILY | D |
| | | | | | - PROTOCOL: BATHTODD | | | | |
| | | | | | Linen Changed | 05/14/16 WS | | 05/14/16 0403 DAILY | D |
| | | | | | Emotional Support/Teaching | 05/14/16 WS | | 05/14/16 0403 AS NEEDED | D |
| | | | | | Clergy Visits | 05/14/16 WH | | 05/14/16 0403 DAILY | D |
| | | | | | Physician Rounds | 05/14/16 WH | | 05/14/16 0403 DAILY | D |
| | | | | | Discharge Assessment/Planning | 05/14/16 WH | | 05/14/16 0403 AS NEEDED | D |
| | | | | | Weight, Daily, Ped Or NSY | 05/14/16 WH | | 05/14/16 0403 DAILY | D |
| | | | | | * Critical Value Reporting | 05/14/16 WH | | | D |
| **INJURY POTENTIAL FOR** | | | | | | | | | |
| * No evidence of injury to patient. | D | 05/14/16 WS | | | * Safety Checks | 05/14/16 WS | | 05/14/16 0403 Q2H | D |
| **KNOWLEDGE DEFICIT** | | | | | | | | | |
| * Patient/Family Will Verbalize Understanding of Diagnosis and Treatment. | D | 05/14/16 WH | 05/14/16 | | * Patient Education | 05/14/16 WH | | 05/14/16 0403 AS NEEDED | D |
| **PATIENT AT HIGH RISK FOR FALLS** | | | | | | | | | |
| * WS: Patient risk for falling reduced. | D | 05/14/16 CT | | | * High Fall Risk Intervention | 05/14/16 CT | | 05/14/16 0000 Q2H | D |

(Intervention detail:)

* High Fall Risk Intervention
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS.
7. ENSURE ADEQUATE LIGHTING AT NIGHT.
8. USE PROTECTIVE/ASSISTIVE DEVICES
(W/C, Geri-Chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL
PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

Status: Discharged
Initiated: 05/14/16
Completed:
Protocol:

Age/Sex: 4Y 06X F
Unit #: K00623604
Admitted: 05/14/16 at C328
Status: DIS IN

Attending: Oli, Greg W.D.
Account #: K12346629
Location: SBS
Room/Bed: K.E5514-1

HENDERSON,ANI'YAH 1

Wills-Ambition South Nursing **LIVE**
Patient's Plan of Care - PEDIATRIC BASIC PLAN OF CARE

| ADDITIONAL INTERVENTIONS | INT BY | | COMP BY | DATE & TIME | DIRECTIONS | STS | SRC |
|---|---|---|---|---|---|---|---|
| Pediatric Admit Assessment | 05/14/16 | CT | | 05/14/16 0436 | ADMIT | D | AS |
| IV Site #1 Check/Care | 05/14/16 | BG | | 05/14/16 1706 | Q2H | D | PS |
| Discharge Summary 2 Ped | 05/16/16 | AST | | 05/16/16 1255 | AT TIME OF DISCHARGE | D | AS |

| Nurses | Initials | Name | Nurse Type |
|---|---|---|---|
| AST | TAYLOR,NS | TAYLOR,AMBER S | RN |
| BG | GEORGE,NS | GEORGE,BECKY | RN |
| CT | THOMAS,NS | THOMAS,CALVIN D | RN |
| YH | HENSON,NS | HENSON,MARY | RNC |

Age/Sex: 4Y C/X F
Unit #: R000629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Oji, Greg X X.C.
Account #: K32246629
Location: hSS
Room/Bed: K.E8514-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
HMS PRINT ALL NURSING INFORMATION

Page: 1 of 4;

Printed 10/01/19 at 1352

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Chance |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16        Time: 0000

2CC023   High Fall Risk Intervention.
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc)
2. CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
(W/C, Gait-chairs, etc)
9. EDUCATE FAMILY TO REINFORCE FALL
PREVENTION STRATEGIES
10. INSTRUCT PATIENT TO ASK FOR
ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.
- Create      05/14/16 0000 CT  05/14/16 045-   CT

A   Q2H                          CP

---

Activity Date: 05/14/16        Time: 0400

1CC006   Discharge Assessment/Planning
- Document   05/14/16 0400 MH  05/14/16 0407  MH

Discharge Problems/Needs Identified: Y
:SAS OF RESP DISTRESS
:NONE MEDS
:F/U CARE
:
:

Arrangements Made to Meet Need(s): Y
:ONGOING TEACHING

A   AS NEEDED                    CP

---

Activity Date: 05/14/16        Time: 0400

1C200C   Emotional Support/Teaching
- Document   05/14/16 0400 MH  05/14/16 0407  MH

A   AS NEEDED    8C.2            CP

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Chance |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16        Time: 0400

4CC010   Vital Signs
Vital Signs taken by a NA! are reviewed
by an RN.
- Document   05/14/16 0400 CT  05/14/16 054:  CT
Blood Pressure: 133/72         BP Position: Lying
BP Type: Automatic
Temp: 99.9     Type Of Temperature: Temporal
Heart Rate: 182    Heart Rate Source: Cardiac Monitor
Resp. Rate: 42
SAO2: 93           O2 Delivery: ROOM AIR

A   Q4H              21.4      CP

---

2000C    Safety Checcks
- Document   05/14/16 0400 MH  05/14/16 0407  MH
Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone In Reach: Y   Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

A   Q2H              5.3       CP

---

1-D      Patient Education
- Document   05/14/16 0400 MH  05/14/16 0407  MH
Learner: Mother
Learner's Preferred Method: One-on-One Teaching
Language Spoken: (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
:: YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
:: patient has pain, what issues have been discussed with patient regarding this:

:NOTIFY STAFF OF ANY C/O PAIN, FLACC PAIN SCALE
:

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SR UP X 2, CALL LIGHT WITHIN
:REACH, ADULT AT BEDSIDE AT ALL TIMES, PEDI SECURITY SHEET

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

A   AS NEEDED    0.0           CP

LEARNING NEEDS

TEACHING SUMMARY

Page: 2 of 41

Printed 10/02/19 at 1352

Age/Sex: 4Y 0CX F
Unit #: XXC0829604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Chi, Greg Y.X.D.
Account #: X323446829
Location: 5128
Room/Bed: X 8553-1

HENDERSON, [____]

Willis-Knighton South Nursing **LIVE**
HDMS PRINT ALL NURSING INFORMATION

---

**Problem/Goal/Intervention Description** (continued)

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16    Time: 0600  (continued)

Patient Education (continued):
- *Disease (Y/N): Y :BRONCHIOLITIS
- location (Y/N): N :
- *Equipment (Y/N): Y :CALL LIGHT
- *Procedure (Y/N): Y :ADMIT ASSESSMENT
- *Medication (Y/N): Y :DXONEB- TYLENOL
- *New Medication (Y/N): Y :DXONEB- RESP TREATMENT
  :TYLENOL AS NEEDED FOR TEMP
  Education:
- *Follow-up care (Y/N): N :
- Medic/Resources (Y/N): N :
- *Nutrition (Y/N): Y :REGULAR FOR AGE
  Other Teaching: ORIENTED TO ROOM, PT. HANDBOOK, PT. EDUCATION CHANNEL 95,
  PEDI SECURITY SHIFT, ADULT AT BEDSIDE AT ALL TIMES, CALL FOR ASSIST

If applicable, pt has demonstrated competence to self administer medications:
  Med1:               Med2:

  Method of instruction:
  Med3:

Evidence of Learning Demonstrated By:

Activity Date: 05/14/16    Time: 0603

Problem: Basic Pediatric Nursing Care
Goal: Basic nursing care will be provided.
- Create   05/14/16 0403  MH  05/14/16 0404  YSI  A                         05/27/16
- Create   Intake and Assessment - Pediatrics
- Create   05/14/16 0403  MH  05/14/16 0404  MH  A  AS NEEDED
- 100507   Reassessment/Evaluation - Pediatrics
  Direction :>07.19  Document when done
- Create   05/14/16 0403  MH  05/14/16 0404  YSI  A
- 100600   Critical Value Reporting
- Create   05/14/16 0403  MH  05/14/16 0404  MH  A
- 102000   Enclosure Support/Teaching
- Create   05/14/16 0403  MH  05/14/16 0404  MH  A  AS NEEDED
- 250510-A Bath, Tota. Bed - Toddler
- Create   05/14/16 0403  MH  05/14/16 0404  MH  A  DAILY
- 250552   Linen Changed
- Create   05/14/16 0403  MH  05/14/16 0404  MH  A  QxH
- 400010   Vital Signs
- Create   Vital Signs taken by a NAI are reviewed
  by an RN.
- Create   05/14/16 0403  MH  05/14/16 PEDI  OR YSY  A  DAILY
- 401335   Weight, Daily, PEDI OR YSY
- Create   05/14/16 0403  MH  05/14/16 0404  MH  A  06.18
- 450010   Intake

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16    Time: 0603

- 450100   Output
- Create   05/14/16 0403  MH  05/14/16 0404  A  06.18
- 550010-A Feed With Assistance
- Create   05/14/16 0403  MH  05/14/16 0404  YSI  A  MEALTIMES   CP
- 550040   Formula Prep
- Create   05/14/16 0403  MH  05/14/16 0404  YSI  A  MEALTIMES   CP
- 550090   Feed Formula Per Family Or Staff
- Create   05/14/16 0403  MH  05/14/16 0404  YSI  A  Q3H         CP
- 600510   Physician Rounds
- Create   05/14/16 0403  MH  05/14/16 0404  YSI  A  DAILY       CP
- 600516   Clergy Visits
- Create   05/14/16 0403  MH  05/14/16 0404  MH  A  DAILY       CP
  Problem: INJURY, POTENTIAL FOR
  Goal: No evidence of injury to patient.
- Create   05/14/16 0403  YSI  05/14/16 0404  YSI  A  05/17/16    CP
- 250002   Safety Checks
- Create   05/14/16 0403  YSI  05/14/16 0404  YSI  A  Q3H         CP
  Problem: KNOWLEDGE DEFICIT
  Goal: Patient/Family Will Verbalize
  Understanding of Diagnosis and
  Treatment.
- Create   05/14/16 0403  YSI  05/14/16 0404  YSI  A             CP
- I-D      Patient Education:
- Create   05/14/16 0403  MH  05/14/16 0404  YSI  A  AS NEEDED   CP

Activity Date: 05/14/16    Time: 0404

Goal: Basic nursing care will be provided.
  Ed Target  05/14/16 0404  YSI  05/14/16 0404  YSI  A  05/17/16  None => 05/27/16
Goal: No evidence of injury to patient.
  Ed Target  05/14/16 0404  YSI  05/14/16 0404  YSI  A  05/17/16  None => 05/17/16
Goal: Patient/Family Will Verbalize
  Understanding of Diagnosis and
  Treatment.
  Ed Target  05/14/16 0404  YSI  05/14/16 0404  YSI  A  05/24/16  None => 05/24/16

Activity Date: 05/14/16    Time: 0436

- 100522   Pediatric Admit Assessment:
- Create   05/14/16 0436  CT  05/14/16 0450  CT  A  ADMIT       AS
- Document 05/14/16 0436  CT  05/14/16 0450  CT
  ------------------TRAVEL QUESTIONS - MANDATORY-------------------
  For patients presenting with the following symptoms:
  Fever or = 100.4 deg F, Headache, Muscle Pain, Vomiting
  Diarrhea, Abdominal Pain, or Unexplained hemorrhage.

  Have you or a close contact traveled outside of the
  continental US or come into contact with an Ebola patient
  in the past 30 days? N

Age/Sex: 4Y 06M F
Unit #: XC0062960A
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: C:i, Greg Y.M.D.
Account #: X32346629
Location: 5ES
Room/Bed: K.EA514-:

**Problem/Goal/Intervention Description:**

| Activity Type | Occurred Date | by | Recorded Date | Time by | Comment | Sta Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16      Time: 0436  (continued)

100S22

Pediatric Admit Assessment: (continued)

    If the answer is YES, ask where the patient or close
        contact has traveled:

    Traveled to Where?

    If they say Africa, please ask them where i: Africa
      =f travel to Guinea, Liberia, Nigeria, or Sierra Leone
      is identified, isolate the patient IMMEDIATELY and contact
      the MD, contact the Nursing House Supervisor, and
      Infection Prevention and Control.

    ---- GENERAL DATA ----

:nformation Obtained from: Mother
  Mode Of Admission: Parent's Arms
  *Admitted From: Physician Office
  I.D. Band Applied: Yes ID Band Applied
  ----- Patient Language and Communication Barriers -------
Do you have a Barrier to Communication (Y/N): N
  NX Interpretive Services Needed?
    Interpretive Services Provided:
    Interpreter ID Number:
Language Preference for Medical Communication: ENGLISH
    If other, please specify:
  ----- Patient Advocate Support Person ---------
  Barrier to Communication (Y/N): N
Language Preference for Medical Communication: ENGLISH
    If other, please specify: NA
Do you want anyone notified of your admission?
    Name and number of person to notify:
    Was contact made?

What HEALTH PROBLEM Brought You To The Hospital: "COLD SYMPTOMS WHEEZING, COUGHING"
*Repeat Hospital Admit Within 30 Days: N
=f yes, when and for what:
DX #1: BRONCHIOLITIS
DX #2:

    ----- V:TAL SIGNS -----

Blood Pressure: 133/72
    Temp: 99.9       BP Position: Lying
    Heart Rate: 182  Type of Temperature: Temporal
    Resp. Rate: 42     Heart Rate Source: Machine
    HT (FT):   WT (LB):   Weight Source: Stated
    HT (IN): 30  WT (OZ):    WT. (KG): 13.6
    Head Circ (cm):

    ----- ALLERGIES -----

Allergy1-Med/Contact: NKDA
Allergy2-Med/Contact: NCDA
Latex Allergy (Y/N): No, Latex Allergy
Does this patient have any food allergies/incolerance: N
Food Allergies-Intol: NKFA

---

**Problem/Goal/Intervention Description:**

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Comment | Sta Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16      Time: 0436  (continued)

100S22

Pediatric Admit Assessment: (continued)

    ----- PAIN -----

Are You Having PAIN / DISCOMFORT Now: N
  Location Of Pain:       Duration Of Pain:
  Pain Frequency:       Character of Pain:
  Onset of Pain:        Pain: Relieved By:
  Pain Made Worse By:      Cause of pain:

        Fear most about pain:
      Problems caused by pain:
  Who else have you consulted about pain:
  What treatments might help the pain:
  Pain scale used to assess pain:      Pain score:
  Pain Scale Explained; Understanding Voiced:
  Patient's Acceptable Level of Pain:

    ----- IMMUNIZATIONS -----
Immunizations Current: Y  Comment: "UP TO DATE"
Flu Vaccine this flu season (Sep 1 - Mar 31): No

    ----- MEDICATION LIST & ALLERGIES -----
Current Meds or Herbals Being Taken: N  All Medication Information Undainable: N

| MEDICATION | DOSE | ROUTE | FREQUENCY | LAST TAKEN DATE TYPE TIME |
|---|---|---|---|---|
| :ALBUTEROL | :.5 UD | :MEN | :Q 4-6 HR PRN | :05/13/16 :1900 |
| : | | | | |
| : | | | | |
| : | | | | |
| : | | | | |
| : | | | | |
| : | | | | |

Parent Informed of Policy Regarding Outside Medications: Y
Mother's Prenatal History: BORN AT 27 WEEKS, EMERGENCY C SECTION, PREECLANGSIA

    ----- MEDICAL HISTORY -----
Does the PATIENT ONLY Have a History of:
  Birth Defects: N   Prematurity: Y   GI Problems: N
  GU Problems: N    Seizures: N    *Heart Disease: N
  Hypertension: N  Sickle Cell Trait: N  Resp. Problem: Y
  Psychiatric Disorder(s): N   Cancer: N

HENDERSON,

Attending: Off, Greg Y.X.D.
Account #: K12346629
Location: 5ES
Room/Bed: K.ESS14-:

Age/Sex: 4Y 0AX F
Unit #: K00062904
Admitted: 05/14/16 at 0328
Status: DIS IN

Page: 4 of 41

Printed 10/01/19 at 1352

Willis-Knighton South Nursing ***IVE**
HMS PRINT ALL NURSING INFORMATION

---

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | | | Recorded Date | | | Sts Directions Documented | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Time | by | Date | Time | by | Comment | Units | From Change |

Activity Date: 05/14/16       Time: 0436   (continued)

:00522    Pediatric Admit Assessment (continued)
          ---------- DIABETIC HISTORY ----------
                       Diabetes: None
                       Diabetes Treatment:
          Does home blood sugars? (Y/N)
Have you ever received education about your diet:
Have you ever received education about managing diabetes:
          Was your last HgbAlC less than 8%:

FAMILY HISTORY Of: Asthma: N   Cancer: N      Diabetes: Y       Heart Disease: N
          High Blood Pressure: Y   Kidney Problems: N   Seizures: Y    Psych. Disease: N

Other Significant History of: NI FER 100 DAYS, ON THE VENT FOR 1 MONTH, BLOOD TRANSFUSION
: WHILE IN NI

Previous Surgeries: NONE          ---- PREVIOUS SURGICAL HISTORY ----

:
Is the Patient having surgery? N   Last Food or Drink Intake: Date:       Time:
Have you or any of your relatives had any problem with anesthesia/sedation (high fever,
: difficulty awakening, etc): N
If yes, explain:

                       ---- MUSCULOSKELETAL ----
Musculoskeletal / Functional Limitations: None
          Site of Abnormality/Limitation 1: Not Applicable
          Site Of Abnormality/Limitation 2: Not Applicable
          Gait: Unsteady N  Difficulty Walking: N

                       ---- GASTROINTESTINAL ----
Nutritional Problems: No Problem Stated        GI Problems: Not Applicable
          Current Problem: Not Applicable        Abdomen: Normal
                                                 Abd. Girth: (cm):
          Bowel Sounds: Present                  Tubes: NA
          Ostomy: Not Applicable                 Diet: REGULAR
Date of Last Bowel Movement: 05/13/16           Receiving "TPN: N  Tube Feeding: N

                       ---- GENITOURINARY ----
Urogenital: Tract Female:
Urogenital: Tract Male: No Abnormalities
Urination: Normal voiding pattern              Color Of Urine: NOT OBSERVED
Tubes: NA                                      FO/ey: N Ostomy: Not Applicable

                       ---- RESPIRATORY ----
Resp. Effort: Using Accessory Muscles          Respiratory Comment: Using Accessory Muscles
Breath Sounds: Grunting                         Other Comments: WHEEZING BILATERALLY
          Cough: Productive                      Secretion: Amount: Not Observed
Secretion: Color: Not Applicable                Secretion: Consistency: Not Observed

---

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | | | Recorded Date | | | Sts Directions Documented | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Time | by | Date | Time | by | Comment | Units | From Change |

Activity Date: 05/14/16       Time: 0436   (continued)

:00522    Pediatric Admit Assessment (continued)
: Tracheostomy: N

                       ---- CIRCULATORY ----

Heart Sounds: Regular
          Edema: None                            Edema Location: NA
Pulse Quality: Normal Pulsation                  Abnormal Pulse Location(s): NA

Transfusion: N Reaction:  If Yes, Explain:
Capillary Refill: Greater than 3 seconds: N  Location:

                       ---- SKIN ----

Is this a PRE-ADMIT Assessment: N
I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temperature/Character: Warm & Dry          Skin Color: Normal

Pressure Ulcer/Skin Impairment on Admit: N    If YES, list all location(s) and use the Skin
                                              Description lookup and/or Free Text for FACE.
                                   --- If >10 locations, document remaining in a Patient Note.

:                LOCATION              SKIN DESCRIPTION
:
:
:
:
:
:
:
:
:
:

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
                                   :SKIN CO:
:
:
:
:
:
:
Unable to Assess Incision; Dressing intact:
                       Location:
                       Drain:
                       Drainage:
:
:
                       ---- NEURO/PAIN ----
:
Level Of Alertness: Alert                     Eyes: Opens spontaneously

Age/DOB: 4Y 0XX ?
Unit #: K000629604
Account #: K32346629
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Cri, Greg X M.D.
Location: SES
Room/Bed: K.553I4-I

HENDERSON, L

Willis-Knighton South Nursing **LIVE**
HHS PRINT ALL NURSING INFORMATION

Page: 5 of 41
Printed 10/19/19 at 1352

Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Time by Comment | Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 05/14/16    Time: 0436    (continued)

100522    Pediatric Admit Assessment (continued)
    Speech: Normal speech pattern
Best Motor Response: Moves All Extremities    Dominant Side Weak: NO WEAKNESS FOUND
                                              V ? Short: N

-Developmentally Delayed: Normal-

Oriented To: Person/Family: Not Applicable
            Location: Not Applicable
            Time: Not Applicable

--- DEVELOPMENTAL ASSESSMENT ---
Answer Y/N to appropriate category. Review abnormal results with NO at next sounds.
0-3 Months:
        Does Your Baby Smile Or Coo:
    Does Your Baby Have A Tendency To 'Root' When Hungry:
Does Your Baby Turn His/Her Head Toward Sound Of Voices:
Do Baby's Eyes Move In Same Direction He/She Moves Head:
    Does Baby Grasp Objects That Touches Palm Of His/Her Hand:

3 Months:
Is Baby Able To Hold Its Head Steady When In Sitting Pos:
    Does Your Baby Follow Moving Objects With Its Eyes:
Does Your Baby Make Any Sounds Besides Crying And Cooing:
    Does Your Baby Watch Its Own Hands:

6 Months:
    Does Your Baby Reach For Objects Out Of Its Reach:
Does Your Baby See Small Objects, Such As Raisins:
Does Your Baby Respond To Sound By Turning Head In Dir. Of Sound:
    Does Your Baby Imitate Speech Sounds:

9 Months:
    Does Your Baby Wave Bye-Bye:
Does Baby Transfer An Object, Ex. Rattle, From Hand To Hand:
    Does Your Baby Make Dada And Mama Sounds:
Does Your Baby Stand Up Holding Onto Someone Or Something:

12 Months:
    Does Your Child Play Patty-Cake:
Does Child Hold An Object In Each Hand & Bang Them Together:
When Child Says Mama/Dada, Does It Say To The Approp Person:
Is Child Able To Stand Alone For At Least Two (2) Seconds:

18 Months:
    Does Child Drink From A Regular Cup Without Spilling:
Does Your Child Scribble When Given Crayons And Paper:
    Does Your Child Say Three (3) Words:
Can Child Walk All The Way Across A Lg. Rm. W/O Falling:

Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Time by Comment | Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 05/14/16    Time: 0436    (continued)

100522    Pediatric Admit Assessment (continued)
24 Months: Y
    Is Your Child Able To Remove All His/Her Clothes: No
Is Child Able To Stack 4 Objects, Blocks,Or Top Of Ea Other: Yes
    Does Your Child Combine Words: No
    Is Your Child Able To Kick A Bal. Forward: Yes

3 Years:
    Is Your Child Able To Wash And Dry His/Her Hands:
Is Your Child Able To Name At Least Four Items In A Book:
Does Child Comprehend At Least 2 Action Words, ie Dog Barks:
    Is Your Child Able To Throw A Ball Overhand:

4 Years:
    Does Your Child Dress Him/Herself Without Help:
    Is Your Child Able To Draw A Circle By Copying:
Does Child See At Least Four Diff Action Words (Verbs):
    Does Your Child Able To Hop On One Foot:

5 Years:
Does Child Play Board/Card Games With You / Other Children:
Is Child Able To Draw The Head & 2 Other Parts Of A Person:
    Is Your Child Able To Name Four Different Colors:
    Can Your Child Broad Jump:

6 Years:
    Can Your Child Copy A Square:
Can Your Child Repeat Five Numbers In Proper Sequence:
Is Your Child Able To Define Words, ie Banana Is A Fruit:
    Can Your Child Skip:

7-10 Years:
Is Your Child In The Grade Appropriate For His/Her Age:
Has A Friend He/She Plays Wi Or A Reg Basis Outside School:

11-13 Years:
Is Your Child In The Grade Appropriate For His/Her Age:
Does Child Initiate And Complete Tasks Or School Projects:
Child Has A Group Of Peers Wi Whom Much Free Time Is Spent:

14-18 YEARS:
With Whom Do You Live:
Tell Me About Your Family:
Do You Have Any Brothers:    How Many Brothers:
Do You Have Any Sisters:     How Many Sisters:
Are You Able To Talk To Your Parents:   About Things?   Some Things?   All Things?   Nothing?

Willis-Knighton South Nursing **LZWG**
HIMS PRINT ALL NURSING INFORMATION

---

**Age/Sex:** 4Y 0XX F
**Admitted:** 05/14/16 at 0328
**Status:** INS IN

**Attending:** CO., Greg X.X.D.
**Account #:** K32546629
**Location:** SES
**Room/Bed:** K.2E514-:

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Com'ent | Sts Directions Time | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16     Time: 0436   (continued)

100622    Pediatric Admit Assessment: (continued)
Able Talk To Parents:

What Grade Are You In School:
What Is Your Favorite Subject:
What kind of grades do you make (Good/Fair/Poor):
What kind of Hobbies Do You Have:
Do You Belong To Any Clubs, Groups, or Gangs: Which Ones:

Are You Allowed To Date Yet:
Have You Had Sex Education At School:
If Not, Refer To Monthly Program Growing Up Girls/Boys: Interested In Program:
                                                         Not Interested In Program:

Females:    Have you had your first period:
If Yes, What age (yrs) did you have your first period:
If Yes, When Was Your Last Period:

-------- SOCIAL HISTORY ----
Birth Wt (Lbs): 2    Birth Wt (Oz): 9    Birth Length (in): 11
Place of Birth: (City and Hospital): LSU
Complications at Birth: Y If Yes, What: PREECLAMPSIA

Does Patient Use Tobacco: N         Type of Tobacco Used:
How Much Tobacco Used:              How Long Tobacco Used:
Does Caregiver Smoke: N

Does Patient Drink LIQUOR/BEER/WINE: N    Type Of Alcohol Consumed:
      If Yes, How Much:                        How Long:

Do You Have a RELIGIOUS AND/OR CULTURAL TRADITION We Need To Consider: N
If YES, What:
Spiritual Support Request No

      Potential Barrier to Learning: None

*Emotional/Psychiatric Assessment: Pediactric/Irritable
Should Anyone Else Be Included In Your Teaching: N If Yes, Who:
Do You Have Thoughts Of Harming Yourself: Not Applicable
Do You Have Thoughts Of Harming Others: Not Applicable
Are You Feeling Sad Or Depressed Or Anxious: Anyway: Not Applicable
Are You In a Situation Which Causes You Fear, Pain or Injury: Not Applicable

Emergency Contact: Name: ELIZABETH ALEXANDER
     Home Number: 318-347-0227
     Other Number: GRANDMOTHER

100622    --- VALUABLES/ASSISTIVE DEVICES ---
PATIENT IS AN INFANT: N
     Glasses: Not Applicable     Contacts: Not Applicable
Hearing Aid(s): Not Applicable   Dentures: Not Applicable/None

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Com'ent | Sts Directions Time | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16     Time: 0436   (continued)

100622    Pediatric Admit Assessment: (continued)
     Clothes: Not Applicable         Cash: Not Applicable
Credit Cards: Not Applicable       Wallet: Not Applicable
     Jewelry: Not Applicable         Watch: Not Applicable
       Other:                     Disposition:
       Other:                     Disposition:
        Cane: N  Walker: N  W/C: N   Disposition:
Advised To Keep Glasses, Contacts, Dentures, Etc In Drawer: N
Have You Signed An ORGAN DONATION CARD: N

                          SAFETY
Recent History Of: Falls: N Bed Rails: N   *Family Or Sitter: Constantly
                  *Restraints: N           *Restraint Type:

Patient/Family Oriented To: Call Light: Y    Bed Control: Y   Telephone: Y
          Nursing Bedside Rounds: Y        Emergency Light: Y   Smoking Policy: Y
                                         IV: Y IV Pumps/Other Equip:   HighChair:
                                              Crib: N         Rocker: Y      Supplies: Y

Pediatric Fall Risk Assessment:
Age: 4                    Environmental Factors: 2
    (4) Less than 3 years old      (4) History of Fall or Infant-Toddler
    (3) 3 to less than 7 years old      Placed in Bed
    (2) 7 to less than 13 year old     (3) Patient uses assistive devices or
    (1) 13 years and above             Infant-Toddler in Crib or
                                        Furniture/Lighting
Gender: 1                         (2) Patient Placed in Bed
    (2) Male   (1) Female         (1) Outpatient Area
Diagnosis: 3              Response to Surgery/Sedation/Anesthesia 0
    (4) Neurological Diagnosis      (4) Within 24 hours
    (3) Alteration in Oxygenation    (3) Within 48 hours
    (Respiratory Diagnosis, Dehydration,  (2) More than 48 hours
     Anemia, Anorexia, Syncope,    Medication Usage: 1
     Dizziness, etc.               (3) Multiple usage of: Sedatives, Hypnotics,
    (2) Psych/Behavioral Disorders        Barbiturates, Phenothiazines, Anti-
    (1) Other Diagnosis               depressants, Laxatives/Diuretics,
Cognitive Impairment: 2            Narcotic
    (3) Not Aware of Limitations     (2) One of the meds listed above
    (2) Forgets Limitations         (1) Other Medications/None
    (1) Oriented to Own Ability   Fall Risk Total: 13

                          FALL PRECAUTIONS
Fall Precaution #1:
Fall Precaution #2:
Fall Precaution #3:
Other Precautions:

-----BRADEN Q SCALE FOR PEDS (LESS THAN 8 YEARS OLD)-----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely limited | Very Limited | Slightly Limited | No Impairment: |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| | | LinenChanges | LinenChg2Xts | RoutingDryChg |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |

Age/Sex: 4Y 06X F   Attending: Oji, Greg V M.D.
Unit #: R3006529604
Account #: R3234629
Admitted: 05/14/16 at 0326   Location: 5S5
Status: DIS IN   Room/Bed: K.ES514-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 7 of 4:

Printed 10/05/29 at 1352

## Left column — Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time | by | Comment | Sts Documented Units | Directions | From Change |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/14/16    Time: 0436 (continued)**

100527  Pediatric Admit Assessment (continued)
MOBILITY  Completely Immobile  Very Limited  Slightly Limited  No Limitation
NUTRITION  Very Poor  Inadequate Eats/2  Adequate Eats/2  Excellent
FREQ/SHEAR  Significant Problem  Potential Problem  Minimal Problem  No Apparent Problem
PERF/OXYGN  Extremely Compromised  Compromised  Adequate  Excellent
  C2+95t cap<2sec   cap<2sec   C2+95t cap<2sec

Sensory Perception: 4
  Moisture: 3   - No Impairment
  Activity: 3   - Occasionally Moist
  Mobility: 3   - Walks Occasionally
  Nutrition: 3   - Rarely Limited
  Friction/Shear: 4   - Adequate
Tissue Perfusion/Oxygenation: 3   - No Apparent Problem
Total Braden Scale Score: 23   - Adequate

Pt. Safety information Booklet given to pt/family: Y

LPN Who Assisted in Data Collection:
RN Signature: DANIEL THOMAS RN

**Activity Date: 05/14/16    Time: 0451**

Problem: PATIENT AT HIGH RISK FOR FALLS
 - Create  05/14/16 0451 CT  05/14/16 0451 CT  A
Goal: NS, Patient risk for falling reduced.
 - Create  05/14/16 0451 CT  05/14/16 0451 CT  A

**Activity Date: 05/14/16    Time: 0530**

200002  Safety Checks
 - Document  05/14/16 0530 CT  05/14/16 0542 CT  A  Q2H
  Family Member At Bedside: Y  Respiration Observed: Y
  Call Light/Telephone In Reach: Y  Fall Precautions: Y

  Crib Rails (Up / Down): Not Applicable
  Number Of Bed Rails Up: 2
  Are bedrails up because of meds given: N
  Bed Brakes Locked: Y
  Bed High CR Low Position: LOW
  A/L Alarms On and Audible: Y
  CPM In Use: N
  Pt. Off Unit: N

200023  High Fall Risk Intervention  A  Q2H
  Pt. and, as needed, their family, are
  educated on the fall reduction program
  and any individualized fall reduction
  strategies, including, but not limited
  to:

  1. MEDICATION REVIEW (vasoactive drugs,

## Right column — Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time | by | Comment | Sts Documented Units | Directions | From Change |
|---|---|---|---|---|---|---|---|---|---|

200023  High Fall Risk Intervention (continued)
  anti-psychotics, anti-histamines,
  diuretics, etc.)
  2. USE CORRECTIVE LENSES, if applicable.
  3. ASSIST WITH AMBULATION.
  4. OFFER BATHROOM ASSISTANCE.
  5. USE NON-SKID FOOTWEAR.
  6. CLOSELY OBSERVE DISORIENTED PATIENTS
  7. ENSURE ADEQUATE LIGHTING AT NIGHT
  8. USE PROTECTIVE/ASSISTIVE DEVICES
     (W/C, Geri-chairs, etc).
  9. EDUCATE FAMILY TO REINFORCE FALL
     PREVENTION STRATEGIES.
  10. INSTRUCT PATIENT TO ASK FOR
      ASSISTANCE OUT OF BED.
  11. ENSURE PATIENT CARE ITEMS ARE
      WITHIN REACH.
  12. KEEP ROOM FREE OF CLUTTER.
 - Document  05/14/16 0530 CT  05/14/16 0542 CT

**Activity Date: 05/14/16    Time: 0600**

400010  Vital Signs  A  Q4H
  Vital Signs taken by a VNI are reviewed
  by an RN:
 - Document  05/14/16 0600 CT  05/14/16 06:6 CT
  Blood Pressure:  BP Position:
  BP Type:  Temp: 97.8  Type Of Temperature: Axillary
  Heart Rate:  Heart Rate Source:
  Resp. Rate:
  SAO2: 96  O2 Delivery: ROOM AIR  21.4

**Activity Date: 05/14/16    Time: 0730**

100006  Discharge Assessment/Planning  A  AS NEEDED
 - Document  05/14/16 0730 BG  05/14/16 1235 BG

  Discharge Problems/Needs Identified: Y
    :S&S OF RESP DISTRESS
    :HOME MEDS
    :F/U CARE
    :

  Arrangements Made to Meet Need(s): Y
    :ONGOING TEACHING
    :

Age/Sex: 4Y C&X F          Attending: Oil, Greg M.M.D.
Unit #: K000629604          Account #: K32346629
Admitted: 05/14/16 at 0328  Location: 5ES
Status: DIS IN              Room/Bed: K.ES514-1

Willis-Knighton South Nursing **LIVE**
HME PRNT ALL NURSING INFORMATION

Page: 8 of 42
Printed 10/01/16 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Comment | Sts Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16          Time: 0730

:00S07   Reassessment/Evaluation - Pediatrics                                        CP
- Document      05/14/16 0730 BG  Document when done                          0.0
  Date: 05/14/16   05/14/16 1245 BG
                   Shift: 7A - 7P

Focus / Plan For The Day: COMFORT/SAFETY MEASURES
Plan Of Care Discussed With Patient: Y   Plan Of Care Updated: 05/14/16

Wound: N    Dressing: N    Drain: N    Pain At Present Time: N    Swallowing Difficulty: N

Level Of Alertness: Responds to parent
*Epicrisis/Feyss Assmt: Pediatric: quiets easily       Pupillary Reaction: Equal/Reactive
                                                        Respons: Spontaneously
Ventilator:
  Respirations: Labored
                                    *Breath Sounds: Coarse
  Respiratory Cough: Non-productive          Amount Expectorated: Not Observed
  Expectorant Color: Not Observed            Consistency: Not Observed
  C2: N   O2 Delivery: ROOM AIR              @ 98  % (When using Blender)
  Pulse Quality: Normal Pulsation
  Edema Of Extremity: None                   Homan's Sign: Not Indicated
  Abdomen: Soft/Active Bowel Sounds          Bowel Sounds: Normal

Bowel Movement: This Shift: N   Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain:
    Location of Pain:
    Duration of Pain:
    Character of Pain:
    Onset of Pain:
    Pain Relieved By:
    Pain Made Worse By:
Pain scale used to assess pain: 0
    Pain score: 0

-------------------Pain Interventions--------

  Pharmacologic (see VAR):

Non-Pharmacologic:
  Emotional support:
  Comfort measures:
  Cognitive techniques:

Voiding: Y   Indwelling Urinary Catheter Y/N:    N  Can this catheter be removed? (Y/N):  N
                Color Of Urine: NOT OBSERVED
                Character Of Urine: NOT OBSERVED

IV Pump: N   How Many IV Pumps: 0   Feeding Pump: N   Heating Pad: N

SCDs in place at beginning of shift: N  TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
        Can this line be removed? (Y/N): N

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Comment | Sts Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16          Time: 0730 (continued)

:00S07   Reassessment/Evaluation - Pediatrics (continued)
Valrein Peripheral IV or PRN Adapter Y/N:   N

*Restraints: N   *Restraint Type:
Has patient had an adverse drug reaction this shift: N
   If yes, name of Med:                      Type of Reaction:

Does the Patient have any Complaints or Specific Needs: N
Specific Needs:
Specific Needs:

Precautions: N Type of Precautions:                 Standard Precautions: Y
Nega:ive Air Pressure Precautions - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment                 Environmental Factors: 2
Age: 4                                             (4) History of Fall or Infant-Toddler
    (4) Less than 3 years old                          Placed in Bed
    (3) 3 to less than 7 years old                 (3) Patient uses assistive devices or
    (2) 7 to less than 13 year old                     Infant-Toddler in Crib or
    (1) 13 years and above                             Furniture/Lighting
Gender:                                            (2) Patient Placed in Bed
    (2) Male    (1) Female                          (1) Outpatient Area
                                               Response to Surgery/Sedation/Anesthesia 0
Diagnosis: 3                                       (3) Within 24 hours
    (4) Neurological Diagnosis                      (2) Within 48 hours
    (3) Alteration in Oxygenation                   (1) More than 48 hours
        Respiratory Diagnosis, Dehydration,    Medication Usage: 1
        Anemia, Anorexia, Syncope,                 (3) Multiple usage of: Sedatives, Hypnotics,
        Dizziness, etc.                                Barbiturates, Phenothiazines, Anti-
    (2) Psych/Behavioral Disorders                     depressants, Laxatives/Diuretics,
    (1) Other Diagnosis                                Narcotic
Cognitive Impairment: 2                            (2) One of the meds listed above
    (3) Not Aware of Limitations                    (1) Other Medications/None
    (2) Forgets Limitations                     Fall Risk Total: 13
    (1) Oriented to Own Ability

------ BRADEN SCALE FOR PEDS (LESS THAN 16 YEARS OLD) ------

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4    - No Impairment
Moisture: 3              - Occasionally Moist
Activity: 3             - Walks Occasionally
Mobility: 3            - Slightly Limited

HENDERSON  L

Willis-Knighton South Nursing **LIVE**
HIMS PRIN: AL1 NURSING INFORMATION

Age/Sex: 4Y 0dY F
Unit #: KC0062896C4
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Cil, Greg Y.X.D.
Account #: K21346629
Location: 558
Room/Bed: K.28514-1

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16   Time: 0730 (continued)

100507   Reassessment/Evaluation - Pediatrics (continued)
  Nutrition: 3   - Adequate
  Friction/Shear: 4   - No Apparent Problem
Tissue Perfusion/Oxygenation: 3   - Adequate

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

  Skin Color: Normal       Skin Temp/Character: Warm & Dry
  Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for FACE.

LOCATION        SKIN DESCRIPTION
  :
  :
  :
  :

FREE TEX: DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc)
  :SKIN CDI:
  :
  :
  :
  :

:C2000   Emotional Support/Teaching   CP
- Document   05/14/16 0730 BG 05/14/16 1245 BG   AS NEEDED   A
400010   Vital Signs       80.2   QXH   A
  Vital Signs taken by a VAI are reviewed
  by an RN.
- Document   05/14/16 0730 BG 05/14/16 1246 BG
Blood Pressure:   BP Position:       21.4
  BP Type:
    Temp: 98.3   Type Of Temperature: Axillary
  Heart Rate: 17C   Heart Rate Source: Machine
  Resp. Rate: 26
    SAO2: 98   O2 Delivery: ROOM AIR

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16   Time: 0730

20002C   Safety Checks   CP
- Document   05/14/16 0730 BG 05/14/16 1245 BG   A   QXH
    Family Member At Bedside: Y   Respiration Observed: Y   5.3
  Call Light/Telephone In Reach: Y   Fall Precautions: Y

                Crib Rails (Up / Down): Not Applicable
              Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
                Bed Brakes Locked: Y
              Bed High OR Low Position: LOW
              All Alarms On And Audible: Y
                      CPV In Use: N
                  Pt. Off Unit: N

1-D   Patient Education   CP
- Document   05/14/16 0730 BG 05/14/16 1239 BG   A   AS NEEDED
                              C.0
              Learner: Mother
Learner's Preferred Method: One-on-One Teaching
  Language Spoken (X02): English
    If Other, Describe:

*Religious or Cultural practices that may affect learning: N
    If YES, describe:
*Physical limitations that may affect learning (Y/N): N
    If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
    If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
    If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
  :NOTIFY STAFF OF ANY C/O PAIN, PLACE PAIN SCALE

Pt./family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SR UP X 2, CALL LIGHT WITHIN
  :REACH, ADLT AT BEDSIDE AT ALL TIMES, PEDI SECURITY SHEET

*Is patient/family motivated to learn (Y/N): Y
  If NO, explain:

                    LEARNING NEEDS       TEACHING SUMMARY

  *Disease (Y/N): Y   :BRONCHOLITIS
  :Isolation (Y/N): N
  *Equipment (Y/N): Y   :CALL LIGHT
  *Procedure (Y/N): Y   :ADMIT ASSESSMENT
  *Medication (Y/N): Y   :IKENER- TYLENOL
  *New Medication (Y/N): Y   :IKENER- RESP TREATMENT
      Education (Y/N): Y   :TYLENOL AS NEEDED FOR TEMP
  *Follow-up care (Y/N): N
  :Rehab/Resources (Y/N): N

Page: 10 of 4.

Printed 10/01/29 at 1352

Age/Sex: 4Y 6M F
Unit #: K00C629634
Admitted: 05/24/16 at 0228
Status: DIS IN

Attending: Oil, Greg M.X.D.
Account #: K323466629
Location: 5E5
Room/Bed: K.ES514-1

Willis Knighton South Nursing **LVE**
HCVS PRINT ALL NURSING INFORMATION

---

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/24/16    Time: 0730   (continued)**

1-0   Patient Education (continued)
- Document    Method of Instruction:
  Evidence of Learning Demonstrated By:

2C0023   High Fall Risk Intervention
  Pt. and, as needed, their family, are
  educated on the fall reduction program
  and any individualized fall reduction
  strategies, including, but not limited
  to:

  1. MEDICATION REVIEW (vasoactive drugs,
     antipsychotics, antihistamines,
     diuretics, etc)
  2. USE CORRECTIVE LENSES, if applicable.
  3. ASSIST WITH AMBULATION.
  4. OFFER BATHROOM ASSISTANCE.
  5. USE NON-SKID FOOTWEAR.
  6. CLOSELY OBSERVE DISORIENTED PATIENTS
  7. ENSURE ADEQUATE LIGHTING AT NIGHT
  8. USE PROTECTIVE/ASSISTIVE DEVICES
     (W/C, Geri-chairs, etc).
  9. EDUCATE FAMILY TO REINFORCE FALL
     PREVENTION STRATEGIES.
  10. INSTRUCT PATIENT TO ASK FOR
      ASSISTANCE OUT OF BED.
  11. ENSURE PATIENT CARE ITEMS ARE
      WITHIN REACH.
  12. KEEP ROOM FREE OF CLUTTER.
- Document   05/24/16 0730 BG 05/24/16 1245 BG

A   Q2H

*Nutrition (V/N): Y ;REGULAR FOR AGE
  Other Teaching: ORIENTED TO ROOM, PT. EDUCATION CHANNEL 95.
  : PEDI SECURITY SHEET, ADULT AT BEDSIDE AT ALL TIMES, CALL FOR ASSIST

If applicable, pt has demonstrated competence to self administer medications:
  Medi:

CP

**Activity Date: 05/24/16    Time: 0800**

550030-B   Feed With Assistance
  05/24/16 0800 BG 05/24/16 1248 BG
  Current Diet: TODDLER
- Document   Add'l Diet Restrict:
  Meal: Breakfast
  Percentage of Meal Eaten: Ate a few bites
  Supplement:
  Percentage of Supplement Consumed:

A   XEALTTOYS   74.9   CP

---

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/24/16    Time: 0900**

2C00ZZ   Safety Checks
- Document   05/24/16 0900 BG 05/24/16 1250 BG
  Family Member At Bedside: Y   Respiration Observed: Y
  Call Light/Telephone In Reach: Y   Fall Precautions: Y

A   Q2H   5.3   CP

  Crib Rails (Up / Down): Not Applicable
  Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
  Bed Brakes Locked: Y
  Bed High OR Low Position: LOW
  All Alarms On and Audible: Y
  CPM in use: N
  Pt. Off Unit: N

2C0023   High Fall Risk Intervention
  Pt. and, as needed, their family, are
  educated on the fall reduction program
  and any individualized fall reduction
  strategies, including, but not limited
  to:

  1. MEDICATION REVIEW (vasoactive drugs,
     antipsychotics, antihistamines,
     diuretics, etc).
  2. USE CORRECTIVE LENSES, if applicable.
  3. ASSIST WITH AMBULATION.
  4. OFFER BATHROOM ASSISTANCE.
  5. USE NON-SKID FOOTWEAR.
  6. CLOSELY OBSERVE DISORIENTED PATIENTS
  7. ENSURE ADEQUATE LIGHTING AT NIGHT
  8. USE PROTECTIVE/ASSISTIVE DEVICES
     (W/C, Geri-chairs, etc).
  9. EDUCATE FAMILY TO REINFORCE FALL
     PREVENTION STRATEGIES.
  10. INSTRUCT PATIENT TO ASK FOR
      ASSISTANCE OUT OF BED.
  11. ENSURE PATIENT CARE ITEMS ARE
      WITHIN REACH.
  12. KEEP ROOM FREE OF CLUTTER.
- Document   05/24/16 0900 BG 05/24/16 1250 BG

A   Q2H   CP

**Activity Date: 05/24/16    Time: 1100**

810513   Physician Rounds
  05/24/16 1100 BG 05/24/16 1249 BG
- Document   Physician Visit To Patient By: OJTCM   Oil, Greg M.X.D.

A   DAILY   0.0   CP

220021   Safety Checks
  05/24/16 1100 BG 05/24/16 1250 BG
- Document   Family Member At Bedside: Y   Respiration Observed: Y
  Call Light/Telephone In Reach: Y   Fall Precautions: Y

A   Q2H   5.3   CP

  Crib Rails (Up / Down): Not Applicable

Age/Sex: 4Y 6XX F
Unit #: X000629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Oji, Greg M.M.D.
Account #: X123446629
Location: 5ES
Room/Bed: X.ES5514-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
HDMS PRINT A.: NURSING INFORMATION

Page: 11 of 41

Printed 10/01/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Sts Comment | Directions | Documented Units | From Chrce |
|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/14/6          Time: 1:00  (continued)**

200022J   Safety Checks (continued)
          Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
          Bed Brakes Locked: N
          Bed High OR Low Position: LOW
          All Alarms On and Audible: Y
          CPR in use: N
          Pt. Off Unit: N                                                                  A   Q2H                      CP

200023    High Fall Risk Intervention
          Pt. and, as needed, their family, are
          educated on the fall reduction program
          and any individualized fall reduction
          strategies, including, but not limited
          to:

          1. MEDICATION REVIEW (vasoactive drugs,
          antipsychotics, antihistamines,
          diuretics, etc)
          2. USE CORRECTIVE LENSES, if applicable.
          3. ASSIST WITH AMBULATION.
          4. OFFER BATHROOM ASSISTANCE.
          5. USE NON-SKID FOOTWEAR.
          6. CLOSELY OBSERVE DISORIENTED PATIENTS
          7. ENSURE ADEQUATE LIGHTING AT NIGHT
          8. USE PROTECTIVE/ASSISTIVE DEVICES
          (W/C, Geri-chairs, etc)
          9. EDUCATE FAMILY TO REINFORCE FALL
          PREVENTION STRATEGIES.
          10. INSTRUCT PATIENT TO ASK FOR
          ASSISTANCE OUT OF BED.
          11. ENSURE PATIENT CARE ITEMS ARE
          WITHIN REACH.
          12. KEEP ROOM FREE OF CLUTTER.
- Document          05/14/16 1100 BG 05/14/16 1250 BG

**Activity Date: 05/14/6          Time: 1200**

4CCC10    Vital Signs
          Vital Signs taken by a NAI are reviewed
          by a: RN
- Document          05/14/16 120C BG 05/14/16 1248 BG
          BP Position:
          Blood Pressure:
          BP Type:
          Temp: 98.4        Type Of Temperature: Axillary
          Heart Rate: 179   Heart Rate Source: Machine
          Resp. Rate: 34
          SaO2: 96                                             A       Q4H                21.4             CP
                            O2 Delivery: ROOM AIR
550030-B  Feed With Assistance
- Document          05/14/16 1200 BG 05/14/16 1721 BG                                     A                  74.9         CP
                            Current Diet: TODDLER
          Add'l Diet Restric:

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Sts Comment | Directions | Documented Units | From Chrce |
|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/14/16          Time: 1200  (continued)**

550030-B  Feed With Assistance (continued)
          Meal: Lunch
          Percentage of Meal Eaten: Ate 33%
          Supplement:

          Percentage of Supplement Consumed:

**Activity Date: 05/14/6          Time: 1251**

200021    Safety Checks
- Document          05/14/16 1251 BG 05/14/16 1251 BG                                     A   Q2H                        CP
          Respiration Observed: Y
          Call Light/Telephone In Reach: Y   Fall Precautions: Y

          Crib Rails (Up / Down): Not Applicable
          Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
          Bed Brakes Locked: N
          Bed High OR Low Position: LOW
          All Alarms On and Audible: Y
          CPR in use: N
          Pt. Off Unit: N

200023    High Fall Risk Intervention
          Pt. and, as needed, their family, are
          educated on the fall reduction program
          and any individualized fall reduction
          strategies, including, but not limited
          to:

          1. MEDICATION REVIEW (vasoactive drugs,
          antipsychotics, antihistamines,
          diuretics, etc)
          2. USE CORRECTIVE LENSES, if applicable.
          3. ASSIST WITH AMBULATION.
          4. OFFER BATHROOM ASSISTANCE.
          5. USE NON-SKID FOOTWEAR.
          6. CLOSELY OBSERVE DISORIENTED PATIENTS
          7. ENSURE ADEQUATE LIGHTING AT NIGHT
          8. USE PROTECTIVE/ASSISTIVE DEVICES
          (W/C, Geri-chairs, etc)
          9. EDUCATE FAMILY TO REINFORCE FALL
          PREVENTION STRATEGIES.
          10. INSTRUCT PATIENT TO ASK FOR
          ASSISTANCE OUT OF BED.
          11. ENSURE PATIENT CARE ITEMS ARE
          WITHIN REACH.
          12. KEEP ROOM FREE OF CLUTTER.                                                  A       Q2H                  CP
- Document          05/14/16 1251 BG 05/14/16 1251 BG

Page: 12 of 4?
Printed 10/01/19 at 352

| Age/Sex: 4Y 04X F | Attending: Oji, Greg x.x.J. |
| Unit #: K00629604 | Account #: X32346629 |
| Admitted: 05/14/16 at 0328 | Location: 3ES |
| Status: DIS IN | Room/Bed: X.3551-4. |

HENDERSON,

Willis-Knighton Scott Nursing **LIVE**
HENS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

Headers: Activity Type | Occurred Date Time by Comment | Recorded Date Time by Comment | Sts | Directions Units | From Charge

**Activity Date: 05/14/16   Time: 1500**

200022
- Document    Safety Checks
  05/14/16 1500 BG   05/14/16 1706 BG   A   Q2H   5.3   CP
  Number of Bed Rails Up: 2
  Are bedrails up because of meds given: N
  Bed Brakes Locked: Y
  Bed High OR Low Position: LOW
  All Alarms On and Audible: Y
  CPX in use: N
  Pt. Off Unit: N

200023   High Fall Risk Intervention   A   Q2H   CP
  Pt. and, as needed, their family, are
  educated on the fall reduction program
  and any individualized fall reduction
  strategies, including, but not limited
  to:
  1. MEDICATION REVIEW (vasoactive drugs,
     antipsychotics, antihistamines,
     diuretics, etc)
  2. USE CORRECTIVE LENSES if applicable.
  3. ASSIST WITH AMBULATION.
  4. OFFER BATHROOM ASSISTANCE.
  5. USE NON-SKID FOOTWEAR.
  6. CLOSELY OBSERVE DISORIENTATED PATIENTS.
  7. ENSURE ADEQUATE LIGHTING AT NIGHT
  8. USE PROTECTIVE/ASSISTIVE DEVICES
     (W/C, Geri-chairs, etc).
  9. EDUCATE FAMILY TO REINFORCE FALL
     PREVENTION STRATEGIES.
  10. INSTRUCT PATIENT TO ASK FOR
      ASSISTANCE OUT OF BED.
  11. ENSURE PATIENT CARE ITEMS ARE
      WITHIN REACH.
  12. KEEP ROOM FREE OF CLUTTER.

400000
- Document    Vital Signs
  Vital Signs taken by a NAI are reviewed
  by RN.
  05/14/16 1600 BG   05/14/16 1706 BG   A   Q4H   21.4   CP
  BP Type:
  Blood Pressure:
  BP Type:
  Temp: 99.2   Type of Temperature: Axillary
  Heart Rate: 152   Heart Rate Source: Machine
  Resp. Rate: 30

**Activity Date: 05/14/16   Time: 1600   (continued)**

  Vital Signs (continued)
  SAO2: 55    O2 Delivery: 1 IVP/NC    FS

**Activity Date: 05/14/16   Time: 1700**

200030
- Document    IV Site #: Check/Care
  05/14/16 1700 BG   05/14/16 1707 BG   A   Q2H   8.0   CP
  IV Site #1: Right Hand
  Peripherally Inserted Central Catheter (Y/N): N
  Site Description #1: Normal
  IV Rate (cc/hr) #1: 55
  Type Of IV Solution #1: (See text): DS 1/2NS WITH 20MEQ KCL
  Site Changed #1:
  IV Tubing Changed #1:
  IVPB Tubing Changed #1:
  PSI Limit Settings #1:
  PSI Actual Reading #1:
  IV Dressing Changed Site #1:
  IV Dressing Changed Time #1:
  Rate IV (#) start: 05/14/16 Time IV (#1) started:

55C030-9
- Document    Feed With Assistance
  05/14/16 1700 BG   05/14/16 1825 BG   A   MEALTIMES   74.9   GP
  Current Diet: TODDLER
  Add'l Diet Restric:
  Meal: Dinner
  Percentage of Meal Eaten: Tray Kept In Rm - Not Eat
  Supplement:
  Percentage of Supplement Consumed:

200021
- Document    Safety Checks
  05/14/16 1700 BG   05/14/16 1709 BG   A   Q2H   5.3   CP
  Number Of Bed Rails Up: 2
  Are bedrails up because of meds given: N
  Family Member At Bedside: Y   Respiration Observed: Y
  Call Light/Telephone In Reach: Y   Fall Precautions: Y
  Crib Rails (Up / Down): Not Applicable
  Bed Brakes Locked: N
  Bed High OR Low Position: LOW
  All Alarms On and Audible: Y
  CPX in use: N
  Pt. Off Unit: N

200023   High Fall Risk Intervention   A   Q2H   CP
  Pt. and, as needed, their family, are
  educated on the fall reduction program
  and any individualized fall reduction
  strategies, including, but not limited
  to:
  1. MEDICATION REVIEW (vasoactive drugs,
     antipsychotics, antihistamines,
     diuretics, etc)

Age/Sex: 4Y 6XX F                Attending: Oji, Greg M M.D.
Unit #: K00062960X             Account #: K32346629
Admitted: 05/14/16 at 0328      Location: 5E5
Status: DIS IN                  Room/Bed: K-E5514-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
HCMS PRINT ALL NURSING INFORMATION

## Left column

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

200223

High Fall Risk Intervention (continued)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
   (W/C, Geri chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL
   PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
    ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
    WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document    05/14/16 1700 BG  05/14/16 1708 BG

**Activity Date: 05/14/16        Time: 1706**

200008    IV Site #1 Check/Care                        PS
- Create   05/14/16 1706 BG  05/14/16 1706 BG    A   Q2H

**Activity Date: 05/14/16        Time: 1824**

450100    Intake                                       CP
- Document 05/14/16 1824 BG  05/14/16 1825 BG    A   06.18   10.7

ORAL - fist H2O (ml):
ORAL (not water) #1: 120
NGT Tube Feed:
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IVP1 (ml):
IVP2 (ml): 100
IVP3 (ml):
TPN (ml):
Lipid (ml):
Blood (ml):

**Activity Date: 05/14/16        Time: 1825**

450100    Output                                       CP
- Document 05/14/16 1825 BG  05/14/16 1825 BG    A   06.18   10.7

Urine voided (ml):
Urine cath (ml):
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed
Urine Incr Est (ml):
If No Output, Is Pt. On Dialysis:
          Void X NM: 3  Last Void Date: 05/14/16  Last Void Time:
Stool X: 1         Date Of Last BM: 05/14/16
Stool Weight cc's
Stool Consistency:
Color Of Stool:
Amount Of Stool:

## Right column

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/14/16        Time: 1825   (continued)**

450100    Output (continued)                           PS
                       Ileostomy (ml):
                       New Colostomy Output:
Old Colostomy Output (Num. of stools):
                       NG (ml):
                       Emesis (ml):
                       Rectal Tube (ml):
                       Est. Bld Loss (ml):
                       Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:
              Urostomy (ml):
              Nephrostomy (ml):
NKRSO EVAC #1 (ml):
Amt Of Asp. Of Misc. Body Fluid (ml):
Source Of Output Of Asp. Of - Misc. Body Fluid:

**Activity Date: 05/14/16        Time: 1920**

200008    IV Site #1 Check/Care                        PS
- Document 05/14/16 1920 CT  05/14/16 2000 CT    A   Q2H   8.0
                       IV Site #1: Right Hand
Peripherally Inserted Central Catheter (Y/N): N
              Site Description #1: Normal
              Rate (cc/hr) #1: 55
Type Of IV Solution #1 (free text): D5 1/2NS WITH 20KCD KCL
              Site Changed #1:
              IV Tubing Changed #1:
              IVPB Tubing Changed #1:
              PSG Init Settings #1:
              PSG Actual Reading #1:
              IV Dressing Changed Site #1:
              IV Dressing Changed Time #1:
       Date IV (#1) started: 05/14/16  Time IV (#1) started:

100006    Discharge Assessment/Planning               CP
- Document 05/14/16 1920 CT  05/14/16 1958 CT    A   AS NEEDED

Discharge Problems/Needs Identified: Y
 :DIET
 :MEDICATIONS
 :F/U CARE
 :WHEN TO SEEK MEDICAL ATTENTION
 :

HENDERSON L
Willis-Knighton South Nursing **LIVE**
NEWS PRINT ALL NURSING INFORMATION

| Age/Sex: 4Y 6X F | Attending: Oji, Greg M.D. |
| Unit #: K000629604 | Account #: K32346629 |
| Admitted: 05/14/16 at 0328 | Location: SHS |
| Status: DIS IN | Room/Bed: K.BS5:4-1 |

Page: 14 of 42
Printed 10/01/19 at 1352

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Time by Comment | Documented units | From Charge |
|---|---|---|---|---|---|

Activity Date: 05/14/16    Time: 1920    (continued)

100036    Discharge Assessment/Planning (continued)
Arrangements Made to Meet Needs: Y
:CRGCCNG
:
:

100037    Reassessment/Evaluation - Pediatrics    A    CP
         Direction: >07,19    Document when done
         05/14/16 1920 CT    05/14/16 2000 CT
Date: 05/14/16    Shift: 7P - 7A

Focus / Plan For The Day: COMFORT/SAFETY VGNS/EEG
Plan Of Care Discussed With Patient: Y    Plan Of Care Updated: 05/14/16

Wound: N    Dressing: N    Drain: N    Pain At Present Time: N    Swallowing Difficulty: N

Level Of Alertness: Responds to parent    Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assess: Pediatric/ quiets easily    Responds: Spontaneously
Ventilator: N
Respiratory: Labored    *Breath Sounds: Coarse
    Cough: Non-productive    Amount Expectorated: Not Observed
Expectorate Color: Not Observed    Consistency: Not Observed
O2: Flow Rate: 1 LPM    @ 99 % (when using Blender)
O2 Pulse Quality: Normal Pulsation
Edema Of Extremity: None    Homan's Sign: Not Indicated
    Abdomen: Soft/Active Bowel Sounds    Bowel Sounds: Normal

Bowel Movement This Shift: N    Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
    Is this a new episode of pain: N
        Location Of Pain:
        Duration Of Pain:
        Character Of Pain:
        Onset of Pain:
    Pain Relieved By:
    Pain Made Worse By:
    Pain scale used to assess pain:
        Pain score: 0

--------Pain Interventions--------

Pharmacologic (see MAR):
Non-Pharmacologic:
    Emotional support:
    Physical measures:
    Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N:    N Can this catheter be removed (Y/N): N
    Color Of Urine: NOT OBSERVED
    Character Of Urine: Not Observed

IV Pump: N    How Many IV Pumps: 0    Feeding Pump: N    Heating Pad: N

---

**Problem/Goal/Intervention Description** - Pediatrics (continued)

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Time by Comment | Documented units | From Charge |
|---|---|---|---|---|---|

Activity Date: 05/14/16    Time: 1920    (continued)

100037    Reassessment/Evaluation - Pediatrics (continued)

SCDs in place at beginning of shift: N Time in place at beginning of shift: N

Maintain Central Line:-C/PICC/BROV/PORT/PID CATHETER/CVC/CVC/BROVIAC? (Y/N): N
    Can this line be removed? (Y/N): N

Maintain Peripheral IV or FRX Adapter Y/N:    N

*Restraints: N    *Restraint Type:
Has patient had an adverse drug reaction this shift: N    Type of Reaction:
    if yes, name of Med:

Does the Patient Have any Complaints Or Specific Needs: N
Specific Needs: CALL NURSE FOR ONSET OF FUSSYNESS
Specific Needs: PEDI PAIN SCALE

Precautions: Y Type of Precautions:    Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment    Environmental Factors: 2
Age: 4    (4) History of Fall or Infant-Toddler
    (4) Less than 3 years old    Placed in Bed
    (3) 3 to less than 7 years old    (3) Patient uses assistive devices or
    (2) 7 to less than 13 year old    Infant-Toddler in Crib or
    ( 13 years and above    Furniture/lighting
                                    (2) Patient Placed in Bed
Gender:    (1) Female    (1) Outpatient Area
    (2) Male    (1) Female
Diagnosis: 2    Response to Surgery/Sedation/Anesthesia C
    (4) Neurological Diagnosis    (3) Within 24 hours
    (3) Alteration in Oxygenation:    (2) Within 48 hours
        Respiratory Diagnosis, Dehydration,    (1) More than 48 hours
        Anemia, Anorexia, Syncope,    Medication Usage: 1
        Distress, etc.    (3) Multiple usage of: Sedatives, Hypnotics,
    (2) Psych/Behavioral Disorders    Barbiturates, Phenothiazines, Anti-
    (1) Other Diagnosis    depressants, Laxatives/Diuretics,
Cognitive Impairment: 2    Narcotic
    (3) Not Aware of Limitations    (2) One of the meds listed above
    (2) Forgets Limitations    (1) Other Medications/None
    (1) Oriented to Own Ability    Fall Risk Total: 13

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRIC/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |

**Age/Sex:** XY OXX F    **Attending:** Oli, Greg M.M.D.
**Account #:** X02846629
**Unit #:** XC00629404
**Admitted:** 05/14/16 at 0328    **Location:** 5E5
**Status:** 23S IN    **Room/Bed:** X.E5514-1

Willis-Knighton South Nursing **INV#**
HIMS PRIN: ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Comment | Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date: 05/14/16     Time: 1920 (continued)**

100507
PERF/OXYGEN Reassessment/Evaluation - Pediatrics (continued)
Extremity Compromised  Compromised  Adequate          Excellent

Sensory Perception: 4     - No Impairment
Moisture: 3               - Occasionally Moist
Activity: 3               - Walks Occasionally
Mobility: 3               - Slightly Limited
Nutrition: 3             - Adequate
Friction/Shear: 4       - No Apparent Problem
Adequate                 - Adequate

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal        Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

LOCATION                 SKIN DESCRIPTION
: SKIN CDI.                :
:                          :
:                          :
:                          :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
: SKIN CDI.

102500                  Emotional Support/Teaching              A   AS NEEDED
- Document   05/14/16 1920 CT 05/14/16 2000 CT
400010                  Vital Signs                             A   Q24H        80.2
                        Vital Signs taken by a NA1 are reviewed
                        by an RN
- Document   05/14/16 1920 CT 05/14/16 2001 CT              21.4
Blood Pressure:         BP Position:

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Comment | Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date: 05/14/16     Time: 1920 (continued)**

400010                  Vital Signs (continued)
                        BP Type:
                        Temp: 97.5     Type Of Temperature: Axillary
                        Heart Rate: 143    Heart Rate Source: Machine
                        Resp. Rate: 32
                        SAO2: 99     O2 Delivery: 1 LPG/NC          A    Q2H:

200021                  Safety Checks      05/14/16 2000 CT             5.3
- Document   Nutrition:  Family Member At Bedside: Y  Respiration Observed: Y
Call Light/Telephone In Reach: Y      Fall Precautions: Y

                        Crib Rails (Up / Down): Not Applicable
                        Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
                        Bed Brakes Locked: Y
                        Bed High: OR Low Position: LOW
                        All Alarms On and Audible: Y
                        Crv in use: N

1-D                     Patient Education           05/14/16 1957 CT       A   AS NEEDED    0.0
- Document   05/14/16 1920 CT 05/14/16 1957 CT            Learner: Mother

                        Learner's Preferred Method: One-on-One Teaching
                        Language Spoken (0021): English:
                        If Other, Describe:

*Religious or Cultural practices that may affect learning: N
  If YES, describe:
*Physical limitations that may affect learning (Y/N): N
  If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
  If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
  If YES, describe:
  :If patient has pain, what issues have been discussed with patient regarding this:
  :NOTIFY STAFF OF ANY C/O PAIN, FLACC PAIN SCALE

Pt/Family encouraged to report concerns about Pt safety issues: Y
What safety issues have been addressed with the patient: SR UP X 2, CALL LIGHT WITHIN
  :REACH, ADULT AT BEDSIDE AT ALL TIMES, PEDI SECURITY SHEET

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

                        LEARNING NEEDS                  TEACHING SUMMARY
*Disease (Y/N): Y  BRONCHIOLITIS
Isolation (Y/N): N
*Equipment (Y/N): Y  CALL LIGHT
*Procedure (Y/N): Y  ASSESSMENT

高

| Age/Sex: 67 0CX F | Attending: Chi, Greg X. M.D. | | |
| Unit #: R000626604 | Account #: K32346629 | | |
| Admitted: 05/14/16 at 0328 | Location: 5ES | | |
| Status: DIS IN | Room/Bed: X.ESS.4-1 | | |

HENDERSON

Willis-Knighton South Nursing **LIVE**
HMS PRINT ALL NURSING INFORMATION

Printed 10/0../9 at 1352
Page: 16 of 41

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|

Activity Date: 05/4/16    Time: 1920 (continued)

*I-D

Patient Education (continued)

*Medication (Y/N): Y ;ROCEPHIN, MAG SULPHATE X 1 DOSE, TYLENOL, SOLUMEDROL
*New Medication (Y/N): Y ;ROCEPHIN, MAG SULPHATE, SOLUMEDROL, Education.

*Follow-up care (Y/N): Y ;PER MD
Rehab/Resources (Y/N): N
*Nutrition (Y/N): Y ;REGULAR FOR AGE
Other Teaching: ORIENTED TO ROOM, PT. HANDBOOK, PT EDUCATION CHANNEL 95.
: FALL SECURITY SHEET, ADULT AC BEDSIDE AT ALL TIMES, CALL FOR ASSIST

If applicable, pt has demonstrated competence to self administer medications: N
Medi: NA

Evidence Of Learning Demonstrated By: Expresses Understanding

| 200023 | High Fall Risk Intervention: | | | | A | Q2H | CP |

Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc).
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
(W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL
PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

| - Document | 05/14/16 1920 CT 05/14/16 2000 CT | | | | | 8.0 | |

Activity Date: 05/14/16    Time: 2130

| 200008 | IV Site #1 Check/Care | | | | A | Q2H | PS |
| - Document | 05/14/16 2130 CT 05/14/16 2334 CT | | | | | |

Peripherally Inserted Central Catheter (IV/N): N
IV Site #1: Right hand
Site Description #1: Normal

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|

Activity Date: 05/14/16    Time: 2130 (continued)

| 200008 | IV Site #1 Check/Care (continued) | | | | | | |

IV Rate (cc/hr) #1: 55
Type of IV Solution #1 (free text): DS 1/2NS WITH 20MEQ KC-
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #:
IV Dressing Changed Time #1:
Date IV (#1) started: 05/14/16   Time IV (#1) started:
Date IV (#1):

| 200022 | Safety Check | | | | A | Q2H | CP |
| - Document | 05/14/16 2130 CT 05/14/16 2334 CT | | | | | 5.3 | |

Family Member At Bedside: Y    Respiration Observed: Y
Call Light/Telephone In Reach: Y    Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 2
Ace bedrails up because of meds given: Y
Bed Brakes Locked: Y
Bed High Or Low Position: LOW
All Alarms On And Audible: Y
CPM in use: N
Pt. Off Unit: N

| 200023 | High Fall Risk Intervention: | | | | A | Q2H | CP |

Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc).
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES
(W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL
PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

| - Document | 05/14/16 2130 CT 05/14/16 2334 CT | | | | | | |

| Age/Sex: 4Y 0M/ F | Attending: Oji, Greg X.X.D. | HENDERSON, AA'VAE L |
| DOB: KC00629604 | Account #: K22546629 | Willis-Knighton South Nursing **LIVE** |
| Admitted: 05/14/16 at 0328 | Location: SES | HCMS PRIN: ALL NURSING INFORMATION |
| Status: DIS IN | Room/Bed: K-55514-1 | |

Page: 17 of 41
Printed 10/01/19 at .352

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date: 05/14/16                    Time: 2330**

200C08     IV Site #1 Check/Care
- Document    05/14/16 2330   CT   05/14/16 2334   CT                 A   Q2H                          PS
   IV Site #1: Right Hard
   Peripherally Inserted Central Catheter (Y/N): N
   Site Description #1: Normal
   Rate (cc/hr) #1: 55
Type Of IV Solution #1 (free text): D5 1/2NS WITH 20KEQ KCL
   Site Changed #1:
   IV Tubing Changed #1:
   IVPB Tubing Changed #1:
   PSI Limit Settings #1:
   PSI Actual Reading #1:
   IV Dressing Changed Site #1:
   IV Dressing Changed Time #1:
   Date IV (#1) started: 05/14/16   Time IV (#1) started:

200022     Safety Checks
- Document    05/14/16 2330   CT   05/14/16 2334   CT                 A   Q2H                  5.3    CP
   Family Member At Bedside: Y              Respiration Observed: Y
   Call Light/Telephone in Reach: Y             Fall Precautions: Y

   Crib Rails (Up / Down): Not Applicable
        Number Of Bed Rails Up: 2
   Are bedrails up because of meds given: N
        Bed High OR Low Position: LOW
        All Alarms On and Audible: Y
                     CPM in use: N
                 Pt. Off Unit: N

200023     High Fall Risk Intervention.
   Pt. and, as needed, their family, are
   educated on the fall reduction program
   and any individualized fall reduction
   strategies, including, but not limited
   to:

   1. MEDICATION REVIEW (vasoactive drugs,
      antipsychotics, antihistamines,
      diuretics, etc).
   2. USE CORRECTIVE LENSES, if applicable.
   3. ASSIST WITH AMBULATION.
   4. OFFER BATHROOM ASSISTANCE.
   5. USE NON-SKID FOOTGEAR.
   6. CLOSELY OBSERVE DISORIENTED PATIENTS.
   7. ENSURE ADEQUATE LIGHTING AT NIGHT
   8. USE PROTECTIVE/ASSISTIVE DEVICES
      (w/c, Geri-chairs, etc).
   9. EDUCATE FAMILY TO REINFORCE FALL
      PREVENTION STRATEGIES.
  10. INSTRUCT PATIENT TO ASK FOR
      ASSISTANCE OUT OF BED
  11. ENSURE PATIENT CARE ITEMS ARE

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|

200023     High Fall Risk Intervention. (continued)
   WITHIN REACH.
   12. KEEP ROOM FREE OF CLUTTER.

- Document    05/14/16 2330   CT   05/14/16 2334   CT                                          CP

**Activity Date: 05/14/16**

400C10     Vital Signs
- Document    Vital Signs taken by a NAC are reviewed      A   Q4H                   21.4    CP
   by an RN.
   05/14/16 2333   CT   05/14/16 2333   CT
   Blood Pressure:               BP Position:
        BP Type:
           Temp: 99.1          Type of Temperature: Axillary
     Heart Rate: 152            Heart Rate Source: Machine
     Resp. Rate: 30
           SAO2: 95             O2 Delivery: 1 LPM/NC

**Activity Date: 05/15/16                    Time: 0130**

200C08     IV Site #1 Check/Care
- Document    05/15/16 0130   CT   05/15/16 0454   CT                 A   Q2H                   8.0    PS
   IV Site #1: Right Hard
   Peripherally Inserted Central Catheter (Y/N): N
   Site Description #1: Normal
   Rate (cc/hr) #1: 55
Type Of IV Solution #1 (free text): D5 1/2NS WITH 20KEQ KCL
   Site Changed #1:
   IV Tubing Changed #1:
   IVPB Tubing Changed #1:
   PSI Limit Settings #1:
   PSI Actual Reading #1:
   IV Dressing Changed Site #1:
   IV Dressing Changed Time #1:
   Date IV (#1) started: 05/14/16   Time IV (#1) started:

200022     Safety Checks
- Document    05/15/16 0130   CT   05/15/16 0414   CT                 A   Q2H                   5.3    CP
   Family Member At Bedside: Y              Respiration Observed: Y
   Call Light/Telephone in Reach: Y             Fall Precautions: Y

   Crib Rails (Up / Down): Not Applicable
        Number Of Bed Rails Up: 2
   Are bedrails up because of meds given: N
        Bed Brakes Locked: Y
        Bed High OR Low Position: LOW
        All Alarms On and Audible: Y
                     CPM in use: N
                 Pt. Off Unit: N

200023     High Fall Risk Intervention.
   Pt. and, as needed, their family, are
   educated on the fall reduction program
   and any individualized fall reduction
   strategies, including, but not limited
   to:

Age/Sex: 4Y 0oX F
Unit #: KC00629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Chi, Greg Y.M.D.
Account #: K10246629
Location: 5E5
Room/Bed: K.5E5C4-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 18 of 41
Printed 10/01/19 at :352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|---|

**High Fall Risk Intervention (continued)**

200023
1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc).
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document: 05/15/16 0330 CT 05/15/16 0414 CT

Activity Date: 05/15/16    Time: 0330

200028 IV Site #1 Check/Care    A Q2H    FS
- Document: 05/15/16 0330 CT 05/15/16 0414 CT
IV Site #1: Right Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 55
Type of IV Solution #1: (free text): DS 1/2NS WITH 20MEQ KCL    6.0
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Setting #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 05/14/16  Time IV (#1) started:

200027    05/15/16 0330 CT  05/15/16 0414 CT    A Q2H    5.3    CP
Safety Checks
- Document
Family Member At Bedside: Y     Respiration Observed: Y
Call Light/Telephone in Reach: Y     Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number of Bed Rails Up: 2
Are bedrails up because of meds given: Y
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPX In Use: Y
Pt. Off Unit: N

## Problem/Goal/Intervention Description

Activity Date: 05/15/16    Time: 0330

200023    High Fall Risk Intervention    A Q2H    CP
Pt. and, as needed, their family, are educated on the fall reduction program and any individualized fall reduction strategies, including, but not limited to:
1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc).
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document    05/15/16 0330 CT 05/15/16 0414 CT

Activity Date: 05/15/16    Time: 0345

460010    Vital Signs    A Q4H    CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document: 05/15/16 0345 CT 05/15/16 04:: CT
Blood Pressure:     BP Position:
BP Type:
Temp: 98.2    Type Of Temperature: Axillary
Heart Rate: 130    Heart Rate Source: Machine    21.4
Resp. Rate: 28
SaO2: 98
- Document    05/15/16 0345 CT    O2 Delivery: 1 LPM/NC

460010    Intake    A    06.16    CP
ORAL - just H2O (ml):
ORAL (not water) ml: 480
Tube Feed (ml):
NGI Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml): 660    10.7
IVPB (ml): 5
CPX (ml):
Lipid (ml):

Page: 29 of 41

Printed 10/01/19 at 1352

Age/Sex: 47 OCV F
Unit #: K00062960A
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Oji, Greg V.M.D.
Account #: K3234662Y
Location: 0328
Room/Bed: K3554-1

HENDERSON

Willis-Knighton South Nursing **LIVE**
EMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | From Chart |
|---|---|---|---|---|---|

Activity Date: 05/15/16     Time: 0345    (continued)

450010   Intake (continued):
         Blood (ml):
450100   Output
- Document   05/15/16 0345 CT 05/15/16 0433 CT        A  06:18
             Urine voided (ml):
             Urine catn. (ml):    Date Cath Inserted:
             Color Of Urine:
             Character of Urine:
             Urine Incl Ea: (ml):
If No Output, Is Pt. On Dialysis:
             Void X NX: 5  Last Void Date: 05/15/16  Last Void Time:      10.7
             Scool Weight cc's        Date Of Last BM:
Scool X: 0
             Scool Consistency:
             Color Of Stool:
             Amount Of Stool:
             Ileostomy (ml):
             New Colostomy Output
Old Colostomy Output (Num. of scool.s)
             NG (ml):
             Emesis (ml):
             Rectal Tube (ml):
             Ist. Bld Loss (ml):
             Meas Bld Loss (ml):

             Crest Tube #1 (ml):
             Crest Tube #2 (ml):
             Drain 1:
             Drain 2:
             Drain 3:
             Drain:
             Nephrostomy (ml):
             Nephrostomy (ml):
WOUND EVAC. #1 (ml):
Amt. Of Cc Asp. Of Misc. Body Fluid (ml):
Source Of Ostium Or Asp. Of - Misc. Body Fluid:

Activity Date: 05/15/16     Time: 0530

200008   IV Site #1 Check/Care
- Document   05/15/16 0530  05/15/16 0605 CT        A  Q2H     8.0
             IV Site #1: Right Hand
             Peripherally Inserted Central Catheter (Y/N): N
             Site Description #1: Normal
             Rate (cc/hr) #1: 55
Type Of IV Solution #1 (free text): DS 1/2NS WITH 20KEO KCl
             Site Changed #1:
             IV Tubing Changed #1:
             *VPB Tubing Changed #1:
             PSI Limit Settings #1:
             PSI Actual Reading #1:
             IV Dressing Changed Site #1:

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | From Chart |
|---|---|---|---|---|---|

Activity Date: 05/15/16     Time: 0530    (continued)

200008   IV Site #1 Check/Care (continued)
         IV Dressing Changed Time #1:
         Date IV (#1) started: 05/14/16   Time IV (#1) started:                     CP
200007   Safety Checks                                    A  Q2H
- Document   05/15/16 0530  CT 05/15/16 0605 CT
             Family Member At Bedside: Y     Respiration Observed: Y
             Call Light/Telephone in Reach: Y     Fall Precautions: Y

             Crib Rails (Up / Down): Not Applicable
             Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
             Bed Brakes Locked: Y
             Bed Hi: OR Low Position: LOW
             All Alarms On and Audible: Y
             CPX in use: N
             Pt. Out Of Unit: N
200023   High Fall Risk Intervention                      A  Q2H          5.3    CP
             Pt. and, as needed, their family, are
             educated on the fall reduction program
             and any individualized fall reduction
             strategies, including, but not limited
             to:

             1. MEDICATION REVIEW (vasoactive drugs,
                antipsychotics, antihistamines,
                diuretics, etc)
             2. USE CORRECTIVE LENSES, if applicable.
             3. ASSIST WITH AMBULATION.
             4. OFFER BATHROOM ASSISTANCE.
             5. USE NON-SKID FOOTWEAR.
             6. CLOSELY OBSERVE DISORIENTED PATIENTS
             7. ENSURE ADEQUATE LIGHTING AT NIGHT
             8. USE PROTECTIVE/ASSISTIVE DEVICES
                (W/C, Geri-chairs, etc).
             9. EDUCATE FAMILY TO REINFORCE FALL
                PREVENTION STRATEGIES.
             10. INSTRUCT PATIENT TO ASK FOR
                 ASSISTANCE OUT OF BED.
             11. ENSURE PATIENT CARE ITEMS ARE
                 WITHIN REACH.
             12. KEEP ROOM FREE OF CLUTTER.
- Document   05/15/16 0530 CT 05/15/16 0605 CT

Activity Date: 05/15/16     Time: 0730

200008   IV Site #1 Check/Care                            A  Q2H
- Document   05/15/16 0730  BG 05/15/16 1057 BG        8.0    PS
             IV Site #1: Right Hand
             Peripherally Inserted Central Catheter (Y/N): N
             Site Description #1: Normal
             Rate (cc/hr) #1: 55

HENDERSON VAN :

Willis Knighton South Nursing **LIVE**
RWS PRINT ALL NURSING INFORMATION

Age/Sex: 4Y O4M F          Attending: C:, Greg M X.D.
Admitted: 05/14/16 at 0328     Account #: K32346629
Status: DIS IN              Unit #: R00062960+
                            Location: 3E5
                            Room/Bed: K.E5514-1

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/15/16      Time: 0730    (continued)**

200028   IV Site #1: Check/Care (continued)
Type of IV Solution (free text): D5 1/2NS WITH 20MEQ KC.
  Site Changed #1:
  IV Tubing Changed #1:
  IVFS Tubing Changed #1:
  PSI Limit Settings #1:
  PSI Actual Reading #1:
  IV Dressing Changed Site #1:
  IV Dressing Changed Time #1:

100016   Date IV (#1) started: 05/14/16  Time IV (#1) started:
         Discharge Assessment/Planning                                    AS NEEDED          CP
- Document   05/15/16 0730 BG  05/15/16 1056  SG

**Activity Date: 05/15/16      Time: 0730    (continued)**

Discharge Problems/Needs Identified: Y
:DIET
:MEDICATIONS
:F/U CARE
:WHEN TO SEEK MEDICAL ATTENTION

Arrangements Made to Meet Need(s): Y
:ONGOING

100507   Reassessment/Evaluation - Pediatrics                             A                  CP
         Direction :>07,19  Document when done
         05/15/16 0730  BG   05/15/16 1057  BG
Date: 05/15/16       Shift: 7A - 7P

Focus / Plan For The Day: COMFORT/SAFETY MEASURES
*Emotion/Psych Asmt: Pediatric/ quiet easily
Plan Of Care Discussed With Patient: Y   Plan Of Care Updated: 05/15/16

Wound: N   Dressing: N   Drain: N   Pain At Present Time: N   Swallowing Difficulty: N

Level Of Alertness: Responds to parent   Pupillary Reaction: Equal/Reactive
*Emotion/Psych Asmt: Pediatric/ quiet easily       Responds: Spontaneously
Ventilator: N
         Respiration: Labored          *Breath Sounds: Coarse
                                        Amount Expectorated: Not Observed
         Cough: Non-productive          Consistency: Not Observed
Expectorant Color: Not Observed         @ 100 % (when using Blender)
O2 + O2 Delivery: 1 LPM/NC
         Pulse Quality: Normal Pulsation       *Edema Of Extremity: None
         Abdomen: Soft/Active Bowel Sounds     Human's Sign: Not Indicated
                                               Bowel Sounds: Normal

Bowel Movement This Shift: N   Date Of Last Bowel Movement:
Are You Having PAIN / DISCOMFORT Now: N

---

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 05/15/16      Time: 0730    (continued)**

100507   Reassessment/Evaluation - Pediatrics (continued)
         *Is this a new episode of pain: N
                  Location Of Pain:
                  Duration Of Pain:
                  Character Of Pain:
                  Onset Of Pain:
                  Pain Relieved By:
                  Pain Made Worse By:
         Pain scale used to assess pain:
                  Pain Score: 0
---------------------Pain Interventions---------------------
Non-Pharmacologic (see VAR):
         Emotional support:
         Comfort measures:
         Cognitive techniques:

Voiding: Y   Indwelling Urinary Catheter Y/N:   N   Can this catheter be removed? (Y/N): N
                  Color Of Urine: NOT OBSERVED
                  Character Of Urine: Not Observed

IV Pump: N   How Many IV Pumps: 0   Feeding Pump: N   Heating Pad: N

SCDs in place at beginning of shift: N   TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/ED CATHETER/UAC/UVC/BROVIAC? (Y/N): N
                  Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N:   N

*Restraints: N   *Restraint Type:
Has patient had an adverse drug reaction this shift: N   Type Of Reaction:
         If yes, name of Med:

Does the Patient have any Complaints Or Specific Needs: N
Specific Needs: CALL NURSE FOR ONSET OF FUSSYNESS
Specific Needs: PEDI PAIN SCALE

Precautions N Type of Precautions:                            Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit (Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment                    Environmental Factors: 2
Age: 4                                    (1) History of Fall or Infant-Toddler
         (4) Less than 3 years old                       Placed in Bed
         (3) 3 to less than 7 years old       (3) Patient uses assistive devices or
         (2) 7 to less than 13 year old              Infant-Toddler in Crib or
         (1) >3 years and above                       Furniture/Lighting
Gender: 1                                     (2) Patient Placed in Bed
         (2) Male   (1) Female               (1) Outpatient Area
Diagnosis: 3                              Response to Surgery/Sedation/Anaesthesia C

Age/Sex: 4Y 0XX F
Unit #: XC00629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Oil, Greg M.D.
Account #: 532346629
Location: 3SS
Room/Bed: X.ES514-1

HENDERSON,

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INTEGRATION

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions by Comment | Documented Units | From Change |
|---|---|---|---|---|---|

**Activity Date: 05/15/16      Time: 0730 (continued)**

:C0507    Reassessment/Evaluation - Pediatrics (continued)
(4) Neurological Diagnosis
(3) Alteration in Oxygenation:
Respiratory Diagnosis, Dehydration,
Anemia, Anorexia, Syncope,
Dizimess, etc.
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics,
Barbituates, Phenothiazines, Anti-
depressants, Laxatives/Diuretics,
Narcotic
(2) Other Diagnosis
Cognitive Impairment: 2
(3) Not Aware of Limitations
(2) One of the meds listed above
(2) Forgets Limitations
(1) Other Medication/Norm
(1) Oriented to Own Ability
Fall Risk Total: 13

```
 ---- BRADEN SCALE FOR PEDS (LESS THAN 16 YEARS OLD) ----
                    1              2                3                   4
SENS PERCEP   Completely Limited  Very Limited     Slightly Limited    No Impairment
MOISTURE      Constant Moist      Very Moist       Occasionally Moist  Rarely Moist
ACTIVITY      Bedfast             Chairfast        Walks Occasionally  Age Appropriate
MOBILITY      Completely Immobile Very Limited     Slightly Limited    No Limitation
NUTRITION     Very Poor           Inadequate       Adequate            Excellent
FRIC/SHEAR    Significant Problem Problem           Potential Problem   No Apparent Problem
PERF/OXYGEN   Extremely Compromised Compromised     Adequate            Excellent

Sensory Perception: 4  - No Impairment
            Moisture: 3  - Occasionally Moist
            Activity: 3  - Walks Occasionally
            Mobility: 3  - Slightly Limited
           Nutrition: 4  - Adequate
          Friction/Shear: 4  - No Apparent Problem
Tissue Perfusion/Oxygenation: 3  - Adequate
```

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal                          Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

       LOCATION                            SKIN DESCRIPTION
:
:
:

## Problem/Goal/Intervention Description:

**Activity Date: 05/15/16      Time: 0730 (continued)**

:C0507    Reassessment/Evaluation - Pediatrics (continued)
:
:

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed drainage, odor, etc):
:SKIN CDi.
:
:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions by Current | Documented Units | From Change |
|---|---|---|---|---|---|
| :C02000 | Emotional Support/Teaching | | | | CF |
| - Document | 05/15/16 0730 BG 05/15/16 1057 BG | | A | AS NEEDED | 80.2 CF |
| 4C0010 | Vital Signs | | A | Q4H | |
| | Vital Signs taken by a XAI are reviewed | | | | |
| | by BC RN | | | | |
| - Document | 05/15/16 0730 BG 05/15/16 1056 BG | | | | 21.4 |
| Blood Pressure: | BP Position: | | | | |
| BP Type: | Temp: 98.7  Type of Temperature: Axillary | | | | |
| | Heart Rate: 127     Heart Rate Source: Machine | | | | |
| | Resp. Rate: 22 | | | | |
| 200021 | SAO2: 100     O2 Delivery: 1 LPM/NC | | A | Q2H | 5.3 |
| - Document | Safety Checks | | | | |
| | 05/15/16 0730 BG 05/15/16 1057 BG | | | | |
| - Document | Bed High: GR Low Position: Y     Respiration: Y | | | | |
| | Family Member In Bedside: Y     Respiration Observed: Y | | | | |
| | Call Light/Telephone In Reach: Y     Fall Precautions: Y | | | | |

Crib Rails (Up / Down): Not Applicable
Are Bedrails up because of meds given: N          Number Of Bed Rails Up: 2
                    Bed Brakes Locked: Y
          Bed High: GR Low Position: LOW
          All Alarms On and Audible: Y
                    CRX In use: N
                    Pt. Of  Unit: N

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions by Current | Documented Units | From Change |
|---|---|---|---|---|---|
| :-D | Patient Education | | A | AS NEEDED | 0.0 CF |
| - Document | 05/15/16 0730 BG 05/15/16 1056 BG | | | | |

Learner's Preferred Method: One-on-One Teaching
Language Spoken (OO2): English
          If Other, Describe:
Learner: Mother

*Religious or Cultural practices that may affect learning: N
          If YES, describe:
*Physical Indications that may affect learning (Y/N): N
          If YES, describe:
:
:

Age/Sex: 4Y 04X F
Unit #: X000629604
Account #: 632146629
Attending: Oji, Greg M.D.
Location: 5ES
Admitted: 05/14/16 at 0328
Room/Bed: X.ES314-1
Status: DIS IN

HENDERSON L

Willis-Knighton South Nursing **LIVE**
NEWS PRINT ALL NURSING INFORMATION

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Date | Time by Comment | Sts | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|

Activity Date: 05/15/16    Time: 0730   (continued)

- Patient Education (continued)
- Cognitive limitations that may affect learning (Y/N): N
  If YES, describe:
- Emotional limitations that may affect learning (Y/N): N
  If YES, describe:
- If patient has pain, what issues have been discussed with patient regarding this:
  :NOTIFY STAFF OF ANY C/O PAIN, FLACC PAIN SCALE

Pt/family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SR UP X 2, CALL LIGHT WITHIN
    REACH, ADLs AT BEDSIDE AT ALL TIMES, PEDI SECURITY SHEET

*Is patient/family motivated to learn: (Y/N): Y
If NO, explain:

TEACHING SUMMARY

LEARNING NEEDS

*Disease (Y/N): Y :BRONCHIOLITIS
*Location (Y/N): N
*Equipment (Y/N): Y :CALL LIGHT
*Procedure (Y/N): Y :ASSESSMENT
*Medication (Y/N): Y :ROCEPHIN, WAS SULPHATE X 1 DOSE, TYLENOL, SOLUMEDROL
*New Medication (Y/N): Y :ROCEPHIN, WAS SULPHATE, SOLUMEDROL
Education:     :TYLENOL AS NEEDED FOR TEMP

*Follow-up care (Y/N): Y :PER MD
Rehab/Resources (Y/N): N
*Nutrition (Y/N): Y :REGULAR FOR AGE
Other Teaching: ORIENTED TO ROOM, PT HANDBOOK, PT EDUCATION CHANNEL 95
    : PEDI SECURITY SHEET, ADLs AT BEDSIDE AT ALL TIMES, CALL FOR ASSIST

If applicable, pt has demonstrated competence to self administer medications: N
    Medi: NA          Medi: NA

Method of Instruction: Explain & Handout

Evidence of Learning Demonstrated By: Expresses understanding
High Fall Risk Intervention:                              A   Q2H   CP
    Pt. and, as needed, their family, are
    educated on the fall reduction program
    and on individual fall reduction
    strategies, including, but not limited
    to:
    1. MEDICATION REVIEW (vasoactive drugs,
       antipsychotics, antihistamines,
       diuretics, etc).
    2. USE CORRECTIVE LENSES, if applicable.
    3. ASSIST WITH AMBULATION.
    4. OFFER BATHROOM ASSISTANCE.

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Date | Time by Comment | Sts | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|

200023   High Fall Risk Intervention: (continued)
    6. USE NON-SKID FOOTWEAR.
    7. CLOSELY OBSERVE DISORIENTED PATIENTS
    8. ENSURE ADEQUATE LIGHTING AT NIGHT.
    9. USE PROTECTIVE/ASSISTIVE DEVICES
       (W/C, Geri-chairs, etc).
    9. EDUCATE FAMILY TO REINFORCE FALL
       PREVENTION STRATEGIES.
    10. INSTRUCT PATIENT TO ASK FOR
        ASSISTANCE OUT OF BED.
    11. ENSURE PATIENT CARE ITEMS ARE
        WITHIN REACH.
    12. KEEP ROOM FREE OF CLUTTER.
                          05/15/16 0730 BG 05/15/16 1057 BG

- Document          05/15/16 0730 BG 05/15/16 1057 BG

Activity Date: 05/15/16          Time: 0800

- Feed With Assistance                         A  MEALTIMES       CP
                                                      74.9
550030 B
- Document          05/15/16 0600 BG 05/15/16 1534 BG
                   Current Diet: TODDLER
                   Add'l Diet Restric:
                   Meal: Breakfast
                   Percentage of Meal Eaten: Ate 25%
                   Supplement:
Percentage of Supplement Consumed:

Activity Date: 05/15/16          Time: 0900

200008   IV Site F: Check/Care                  A  Q2H            PS
- Document          05/15/16 0900 BG 05/15/16 1103 BG        8.0
                   IV Site #1: Right Hand
                   Peripherally Inserted Central Catheter (Y/N): N
                   Site Appearance #1: Normal
                   Rate (cc/hr) #1: 55
Type Of IV Solution #1: (free text): D5 1/2NS WITH 20MEQ KC_
                   Site Changed #1:
                   IV Tubing Changed #1:
                   VWB Tubing Changed F:
                   PSI Limit Settings #1:
                   PSI Actual Reading #1:
                   IV Dressing Changed Site #1:
                   IV Dressing Changed Time #1:
                   Date IV (#1) started: 05/14/16  Time IV (#1) started:
200002   IV Site F: Check/Care                  A  Q2H            CP
- Document          05/15/16 1103 BG 05/15/16 1103 BG        5.3
                   Family Member At Bedside: Y  Respiration Observed: Y
                   Call Light/Telephone In Reach: Y    Fall Precautions: Y

                   Crib Rails (Up / Down): Not Applicable
                   Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
                   Bed Brakes Locked: Y
                   Bed High OR Low Position: LOW
                   All Alarms On and Audible: Y

Willis-Knighton South Nursing **LIVE**
HK95 PRINT ALL NURSING INFORMATION

HENDERSON, YAN L

**Age/Sex:** 4Y 04X F
**Unit #:** K002629604
**Admitted:** 05/24/16 at 0328
**Status:** DIS IN

**Attending:** C__, Greg Y.M.D.
**Account #:** K32346629
**Location:** Williss
**Room/Bed:** K.ES504-1

---

### Left column

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date Time by | Recorded Date Time by | Comment | Sts Directions Documented Units | From Charge |
|---|---|---|---|---|---|

**Activity Date:** 05/15/16   **Time:** 0900  (continued)

200022  Safety Checks (continued)
PL Off Unit: N
CPX in use: N

200023  High Fall Risk Intervention.
PL and, as needed, their family, are educated on the fall reduction program and any individualized fall reduction strategies, including, but not limited to:

1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc)
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document   05/15/16 0900 BG 08/15/16 1:03 BG

**Activity Date:** 05/15/16   **Time:** 1030

80055   Physician Rounds   A   DAILY
- Document   05/15/16 1030 BG 05/15/16 1116 BG   0.0
Physician Visit To Patient By: OXGM   C__, Greg Y.M.D.

**Activity Date:** 05/15/16   **Time:** 1100

200008  IV Site #1 Check/Care   A   Q2H
- Document  05/15/16 1100 BG 05/15/16 1104 BG   8.0
Peripherally Inserted Central Catheter (Y/N): N
Site Description F: Normal
Size (cc/hr) #1: 55
Type of IV Solution #1 (free text): D5 1/2NS WCH 20MEQ KCl
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:

### Right column

**Problem/Goal/Intervention Description**

**Activity Date:** 05/15/16   **Time:** 1100  (continued)

200008  IV Site #1 Check/Care (continued)
IV Dressing Changed Time #1:
Date IV (#1) started: 05/15/16   Time IV (#1) started:

200022  Safety Checks   A   Q2H
- Document   05/15/16 1:00 BG  05/15/16 1104 BG   5.3
Family Member At Bedside: Y   Respiration: Observed: Y
Call Light/Telephone In Reach: Y   Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPX in use: N
PL Off Unit: N

200023  High Fall Risk Intervention.   A   Q2H
PL and, as needed, their family, are educated on the fall reduction program and any individualized fall reduction strategies, including, but not limited to:

1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc)
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document   05/15/16 1100 BG  05/15/16 1104 BG

**Activity Date:** 05/15/16   **Time:** 1200

550030-R   Feed With Assistance   A   MEALTIMES
- Document  05/15/16 1200 BG 05/15/16 1534 BG   74.9
Current Diet: TODDLER
Addil Diet Restric:
Meal: Lunch
Percentage of Meal Eaten: Ate 33%

Age/Sex: 47 0KX F
Unit #: R000629604
Admitted: 05/14/6 at 0328
Status: DIS IN

Attending: Oji, Greg X.X.C.
Account #: K32346629
Location: SES
Room/Bed: K ES524-1

HENDERSON ▓ YAH L

## Problem/Goal/Intervention Description

**Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | From Charge**

**Activity Date: 05/15/16   Time: 1200 (continued)**

55003C-3   Feed With Assistance (continued)
Supplement:
Percentage of Supplement Consumed:

**Activity Date: 05/15/16   Time: 1300**

200008   IV Site #: Check/Care
- Document   05/15/16 1300 BG  05/15/16 1357 BG   A   Q2H
Peripherally Inserted Central Catheter (Y/N): N
IV Site #1: Right Hand
Site Description #: Normal
Rate (cc/hr) #1: 10
Type Of IV Solution #: (free text): D5 1/2NS WITH 20MEQ KCL
Site Changed #:
IV Tubing Changed #:
IVFB Tubing Changed #:
PSI Limit Settings #:
PSI Actual Reading #:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 05/14/16   Time IV (#1) started:

200022   Safety Checks   5.3   CP
- Document   05/15/16 1300 BG  05/15/16 1357 BG   A   Q2H
Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone in Reach: Y   Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 2
Are Bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High CR Low Position: LOW
All Alarms On and Audible: Y
CPX in use: N
Pt. Off Unit: N

200023   High Fall Risk Intervention   CP
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:
1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ADEQUATE LIGHTING AT NIGHT.
8. USE PROTECTIVE/ASSISTIVE DEVICES

## Problem/Goal/Intervention Description

**Activity Type | Occurred Date | Recorded Time by Date | Sts by Comment | Directions Documented Units | From Charge**

200023   High Fall Risk Intervention (continued)   PS
(W/C, geri-chairs, etc)
9. EDUCATE FAMILY TO REINFORCE FALL
PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR
ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE
WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

Document   05/15/16 1300 BG  05/15/16 1357 BG   PS

**Activity Date: 05/15/16   Time: 1500**

200006   IV Site #: Check/Care   8.0   PS
- Document   05/15/16 1500 BG  05/15/16 1530 BG   A   Q2H
IV Site #1: Right Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #: Normal
Rate (cc/hr) #1: 10
Type Of IV Solution #: (free text): D5 1/2NS WITH 20MEQ KCL
Site Changed #:
IV Tubing Changed #:
IVFB Tubing Changed #:
PSI Limit Settings #:
PSI Actual Reading #:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 05/14/16   Time IV (#1) started:

200022   Safety Checks   5.3   CP
- Document   05/15/16 1500 BG  05/15/16 1530 BG   A   Q2H
Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone in Reach: Y   Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 2
Are Bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High CR Low Position: LOW
All Alarms On and Audible: Y
CPX in use: N
Pt. Off Unit: N

200023   High Fall Risk Intervention   CP
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:
1. MEDICATION REVIEW (vasoactive drugs,
antipsychotics, antihistamines,
diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. USE CORRECTIVE LENSES, if applicable.
4. OFFER BATHROOM ASSISTANCE.

Age/Sex: 4Y 0AY s:  Attending: Cji, Greg V M.D.
Unit #: K000629604  Account #: K32346629
Admitted: 05/14/16 at 0128  Location: SIS
Status: DIS IN  Room/Med: K.25514-1

Willis-Knighton South Nursing **LIVE**
NEWS PRINT ALL NURSING INFORMATION

Page: 25 of 41
Printed 10/01/19 at :352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time | Sts by Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|

**200C23**
High Fall Risk Intervention (continued)
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document  05/15/16 1500 BG 05/15/16 1530 BG

**Activity Date: 05/15/16    Time: 1600**

**450C23**  Vital Signs
Vital signs taken by a RN, are reviewed by an RN.
- Document  05/15/16 1600 BG 05/15/16 1709 BG  A  Q2H

Blood Pressure:  BP Position:
BP Type:  21.4
BP: Type Of Temperature: Axillary
Resp. Rate 98.2  Heart Rate Source: Machine
Heart Rate 123
Resp. Rate: 24
SaO2: 99  O2 Delivery: ROOM AIR

**Activity Date: 05/15/16    Time: 1700**

**200C08**  IV Site #: Check/Care
- Document  05/15/16 1700 BG 05/15/16 1710 BG  A  Q2H
IV Site #: Right Hand
Peripherally Inserted Central Catheter (Y/N): N
Size Description #1: Normal
Rate (cc/hr) #1: 10
Type Of IV Solution #: (free text): D5 1/2NS WITH 20MEQ KCL
Site Changed #:
IV Tubing Changed #:
IVPB Tubing Changed #:
FS: Limit Settings #1:
FS: Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (sl) started 05/24/16  Time IV (sl) started:

**200C21**  Safety Checks
- Document  05/15/16 1700 BG 05/15/16 1710 BG  A  Q2H
Family Member At Bedside: Y  Respir/nic Observed: Y
Call Light/Telephone In Reach: Y  Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: N

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time | Sts by Content | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|

**Activity Date: 05/15/16    Time: 1700 (continued)**

**200C21**
Safety Checks (continued)
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPR in use: N
Pt. Off Unit: N

**200C23**
High Fall Risk Intervention
Pt. and, as needed, their family, are educated on the fall reduction program and any individualized fall reduction strategies, including, but not limited to:
1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc)
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document  05/15/16 1700 BG 05/15/16 1710 BG  A  Q2H

**Activity Date: 05/15/16    Time: 17:0**

**450C0**  Intake
- Document  05/15/16 1710 BG 05/15/16 1711 BG  A  06:18  10.7
ORAL - just H2O (ml):
ORAL (tot water) ml: 600
Tube feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml): 435
IVPB (ml): 50
TPN (ml):
Lipid (ml):
Blood (ml):

Page: 26 of 41

Printed 10/02/19 at 1352

| | | |
|---|---|---|
| Age/Sex: XY OCX F | Attending: Cfi, Greg Y.M.D. | |
| Unit #: XC00629604 | Account #: X1234629 | |
| Admitted: 05/14/16 at 0328 | Location: 555 | |
| Status: INS IN | Room/Bed: K.55514-1 | |

HENDERSON ██████ AN C

Willis-Knighton South Nursing ***LIVE***
HIMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date by Time | Recorded Date by Time | Comment | Sts Directions by Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 05/15/16          Time: 1712

| | | | | | |
|---|---|---|---|---|---|
| 4520:00 | | | | | CP |
| - Document: | 05/15/16 1712 RG 05/15/16 1712 RG | | | A 06:18 10.7 | |
| | Urine voided (ml): | | | | |
| | Urine cath. (ml): Date Cath Inserted: | | | | |
| | Color Of Urine: NOT OBSERVED | | | | |
| | Character Of Urine: Not Observed | | | | |
| | Urine Nxt Est (ml): | | | | |
| | If No Output, Is Pt. On Dialysis: N | | | | |
| | Void X: N Last Void Date: 05/15/16 Last Void Time: | | | | |
| | Status: Weight cc's Date Of Last EV: 05/15/16 | | | | |
| | Stool: X: 0 | | | | |
| | Stool Consistency: | | | | |
| | Color Of Stool: | | | | |
| | Amount Of Stool: | | | | |
| | Ileostomy (ml): | | | | |
| | New Colostomy Output: | | | | |
| | Old Colostomy Output (Num. of stools): | | | | |
| | NG (ml): | | | | |
| | Emesis (ml): | | | | |
| | Rectal Tube (ml): | | | | |
| | Est. Bld Loss (ml): | | | | |
| | Meas Bld Loss (ml): | | | | |
| | Chest Tube #1 (ml): | | | | |
| | Chest Tube #2 (ml): | | | | |
| | Drain 1: | | | | |
| | Drain 2: | | | | |
| | Drain 3: | | | | |
| | Drain 4: | | | | |
| | Nephrostomy (ml): | | | | |
| | WOUND EVAC. #1 (ml): | | | | |
| | Amt. Of Or Asp. Of Misc. Body Fluid (ml): | | | | |
| | Source Of Output Or Asp. Of - Misc. Body Fluid: | | | | |

Activity Date: 05/15/16          Time: 2000

| | | | | | |
|---|---|---|---|---|---|
| 200C08 | | | | | PS |
| - Document: | 05/15/16 2000 TDS 05/15/16 2051 TDS | | | A Q2H 8.0 | |
| | IV Site #1 Check/Care | | | | |
| | IV Site #1: Right Hand | | | | |
| | Peripherally Inserted Central Catheter (Y/N): N | | | | |
| | Site Description #1: Normal | | | | |
| | Rate (cc/hr) #1: 10 | | | | |
| | Type Of IV Solution #1 (free text): DISCONTINUED | | | | |
| | Site Changed #1: | | | | |
| | IV Tubing Changed #1: | | | | |
| | IVPB Tubing Changed #1: | | | | |
| | PSI Limit Settings #1: | | | | |
| | PSI Actual Reading #1: | | | | |
| | IV Dressing Changed Site #1: | | | | |
| | IV Dressing Changed Time #1: | | | | |
| | Date IV (#1) started: 05/14/16 Time IV (#1) started: | | | | |

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date by Time | Recorded Date by Time | Comment | Sts Directions by Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 05/15/16          Time: 2000

| | | | | | |
|---|---|---|---|---|---|
| 100C06 | Discharge Assessment/Planning | | | | CP |
| - Document: | 05/15/16 2000 TDS 05/15/16 2046 TDS | | | A AS NEEDED | |
| | :DIET | | | | |
| | Discharge Problems/Needs Identified: Y | | | | |
| | :MEDICATIONS | | | | |
| | :F/U CARE | | | | |
| | :WHEN TO SEEK MEDICAL ATTENTION | | | | |
| | Arrangements Made to Meet Need(s): Y | | | | |
| | :ONGOING | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 100C07 | Reassessment/Evaluation - Pediatrics | | | | CP |
| | Direction -007.9 Document when done | | | | |
| - Document: | 05/15/16 2000 TDS 05/15/16 2051 TDS | | | A 0.0 | |
| Date: 05/15/16 | Shift: 7P - 7A | | | | |
| | Focus / Plan For The Day: COMFORT/SAFETY MEASURES, RESP STATUS | | | | |
| | Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 05/15/16 | | | | |
| | Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N | | | | |
| | Level Of Alertness: Responds to parent Pupillary Reaction: Equal/Reactive | | | | |
| | *Emotion/Psych Asmt: Pediatric/ quiets easily Responds: Spontaneously | | | | |
| | Ventilator N | | | | |
| | Respiration: Regular and Effortless *Breath Sounds: Clear | | | | |
| | Cough: None Amount Expectorated: Not Observed | | | | |
| | *Expectorant Color: Not Observed Consistency: Not Observed | | | | |
| | O2: N O2 Delivery: ROOM AIR % (when using Blender) | | | | |
| | Pulse Quality: Normal Pulsation | | | | |
| | Edema Of Extremity: None | | | | |
| | Abdomen: Soft/Active Bowel Sounds Homan's Sign: Not Indicated | | | | |
| | Bowel Sounds: Normal | | | | |
| | Bowel Movement: This Shift: N Date Of Last Bowel Movement: | | | | |
| | Are You Having PAIN / DISCOMFORT Now: N | | | | |
| | Is this a new episode of pain: N | | | | |
| | Location Of Pain: | | | | |
| | Duration Of Pain: | | | | |
| | Character of Pain: | | | | |
| | Onset of Pain: | | | | |
| | Pain Relieved By: | | | | |
| | Pain Made Worse By: | | | | |
| | Pain scale used to assess pain: | | | | |
| | Pain Score: 0 | | | | |
| | -----Pain Interventions---- : | | | | |

HENDERSON L

Willis-Knighton South Nursing **LIVE**
HKWS PECAT ALL NURSING INTERVENTION

Page: 27 of 41

Printed 10/01/9 at 1352

Age/Sex: 47 04X F
Unit #: K00062960A
Admitted: 05/14/16 at 0328   Location: 5ES
Status: DIS IN   Room/Bed: K-ES514-1

Attending: Ol, Greg V.M.D.
Account #: 632346629

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Date | Time by Comment | Sts Directions Documented Units | From Cause |
|---|---|---|---|---|---|

Activity Date: 05/15/6        Time: 2000 (continued)

100507   Reassessment/Evaluation - Pediatrics (continued)
Pharmacologic (see WAR):
Non-Pharmacologic:
  Emotional Support:
  Comfort measures:
  Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N:      N Can this catheter be removed? (Y/N): N
                     Color Of Urine: NOT OBSERVED
                     Character Of Urine: Not Observed

IV Pump: N     How Many IV Pumps: 0     Feeding Pump: N     Heating Pad: N

SCDs in place at beginning of shift: N  SCDs in place at beginning of shift: N

Maintain Central Line:TJ/PICC/SWAN/PORT/HD CATHETER/LTAC/IVC/BROVIAC? (Y/N): N
          Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N:     N

*Restraints: N   *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med:                        Type of Restriction:

Does the Patient have any Complaints Or Specific Needs: N
Specific Needs: CALL NURSE FOR ONSET OF FUSSYNESS
Specific Needs: PEDI PAIN SCALE

Precautions: N Type of Precautions:              Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment:
Age: 4
  (4) Less than 3 years old
  (3) 3 to less than 7 years old
  (2) 7 to less than 13 year old
  (1) 13 years and above
Gender: 1
  (2) Male   (1) Female
Diagnosis: 3
  (4) Neurological Diagnosis
  (3) Alteration in Oxygenation
      Anemia, Anorexia, Syncope,
      Dizziness, etc.
  (2) Psych/Behavioral Disorders
  (1) Other Diagnosis
Cognitive Impairment: 2
  (3) Not Aware of Limitations
  (2) Forgets Limitations

Environmental Factors: 2
  (4) History of Fall or Infant-Toddler
      Placed in Bed
  (3) Patient uses assistive devices or
      Infant-Toddler in Crib or
      Furniture/Lighting
  (2) Patient Placed in Bed
  (1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
  (3) Within 24 hours
  (2) Within 48 hours
  (1) More than 48 hours
Medication Usage: 1
  (3) Multiple usage of: Sedatives, Hypnotics,
      Barbituates, Phenothiazines, Anti-
      depressants, Laxatives/Diuretics,
      Narcotic
  (2) One of the meds listed above
  (1) Other Medications/None

---

Attending: Ol, Greg V.M.D.

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Date | Time by Comment | Sts Directions Documented Units | From Cause |
|---|---|---|---|---|---|

Activity Date: 05/15/6        Time: 2000 (continued)

100507   Reassessment/Evaluation - Pediatrics (continued)
                                              Fall Risk Total: 13
  (1) Oriented to Own Ability

---- BRADEN SCALE FOR PEDS (LESS THAN 16 YEARS OLD) ----

|   |   |   |   |
|---|---|---|---|
| SENS PERCEP | Completely Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Walks Occasionally | Appropriate |
| MOBILITY | Completely Immobile | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate |

Sensory Perception: 4   - No Impairment
       Moisture: 3   - Occasionally Moist
       Activity: 3   - Walks Occasionally
       Mobility: 4   - No Limitation
      Nutrition: 4   - Adequate
Friction/Shear: 3   - No Apparent Problem
Tissue Perfusion/Oxygenation: 3   - Adequate

Total Braden Scale Score: 24

* Verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal                        Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, color, etc):
:SKIN CDI.

       LOCATION                              SKIN DESCRIPTION

Page 3315 of 9759

Page: 28 of 4:

Printed 10/04/19 at 1352

Age/Sex: 4Y 04M F
Unit #: X000429604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Oil, Greg M.X.D.
Account #: K32946629
Location: 5ED
Room/Bed: X.E5514-1

Willis-Knighton South Nursing **LIVE**
NURS PRNT ALL NURSING INTEGRATION

## Problem/Goal/Intervention Description.

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/15/6          Time: 2000 (continued)

100557        Reassessment/Evaluation - Pediatrics (continued)
.
.
.

:02C500       Emotional Support/Teaching
- Document   05/15/16 2000 TDS   05/15/16 205: TDS   A   AS NEEDED   60.2   CP
40C0010       Vital Signs taken by a NA1 are reviewed   A   Q4H                       CP
              by an RN.
- Document   05/15/6 2000 TDS 05/15/16 2052 TDS   21.4
              BP Position:
Blood Pressure:
              BP Type:
              Temp: 97.3    Type Of Temperature: Temporal
              Heart Rate: 121   Heart Rate Source:
              Resp. Rate: 24
              SAO2: 100          C2 delivery: ROOM AIR

20C021.       Safety Checks                      A   Q2H                        5.3   CP
- Document   05/15/16 2000 TDS   05/15/16 205: TDS
              Family Member At Bedside: Y     Respiration Observed: Y
Call Light/Telephone In Reach: Y     Fall Precautions: Y

              Crib Rails (Up / Down): Not Applicable
              Number Of Bed Rails Up: 2
              Are bedrails up because of meds given: N
                      Bed Brakes Locked: Y
              Bed High OR Low Position: LOW
              All Alarms On and Audible: N
                      CPM In Use: N
                      Pt Off Unit: N
                      Pt Safe:
:-D           Patient Education:              A   AS NEEDED   0.0   CP
- Document   05/15/16 2000 TDS 05/15/16 2048 TDS
              Learner: Mother
Learner's Preferred Method: One-on-One Teaching
Language Spoken (OC2): English
              If Other, Describe:

*Religious or Cultural practices that may affect learning: N
     If YES, describe:
*Physical limitations that may affect learning (Y/N): N
     If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
     If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
     If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
     :NOTIFY STAFF OF ANY C/O PAIN, FLACC PAIN SCALE

Pt/family encouraged to report concerns about Pt safety issues: Y
What issues have been addressed with the patient: SR UP X 2, CALL LIGHT WITHIN

---

## Problem/Goal/Intervention Description.

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/15/6          Time: 2000 (continued)

1:-D          Patient Education (continued)
              :REACH, ADULT AT BEDSIDE AT ALL TIMES, PEDI SECURITY SHEET     CP

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

                                        TEACHING SUMMARY

LEARNING NEEDS

*Disease (Y/N): Y :BRONCHODITIS
Isolation (Y/N): N :UNIVERSAL
*Equipment (Y/N): Y :CALL -IGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :ROCEPHIN, PREDONE
*New Medication (Y/N): Y :ROCEPHIN
Education: :TYLENOL AS NEEDED FOR TEMP

*Follow-up care (Y/N): Y :PER MD
Rehab/Resources (Y/N): N
*Nutrition (Y/N): Y :REGULAR FOR AGE
Other Teaching: ORIENTED TO ROOM, PT. HANDBOOK, PT. EDUCATION CHANNEL 95,
                :PEDI SECURITY SHEET, ADULT AT BEDSIDE AT ALL TIMES, CALL FOR ASSIST

If applicable, pt has demonstrated competence to self administer medications: N
     Med1: NA              Med2: NA              Med3: NA

              Method Of Instruction: Explain & Handout
Evidence Of Learning Demonstrated By: Expresses Understanding
:08C023       1. PA... Risk Intervention            A    Q2H             CP
              Pt and, as needed, their family, are
              educated on the fall reduction program
              and any individualized fall reduction
              strategies, including, but not limited
              to:

              1. MEDICATION REVIEW (vasoactive drugs,
                 antipsychotics, antihistamines,
                 diuretics, etc).
              2. USE CORRECTIVE LENSES, if applicable.
              3. ASSIST WITH AMBULATION
              4. OFFER BATHROOM ASSISTANCE.
              5. USE NON-SKID FOOTWEAR.
              6. CLOSELY OBSERVE DISORIENTED PATIENTS
              7. ENSURE ADEQUATE LIGHTING AT NIGHT
              8. USE PROTECTIVE/ASSISTIVE DEVICES
                 (W/C, Geri-chairs, etc).
              9. EDUCATE FAMILY TO REINFORCE FALL
                 PREVENTION STRATEGIES.
             10. INSTRUCT PATIENT TO ASK FOR
                 ASSISTANCE OUT OF BED.
             11. ENSURE PATIENT CARE ITEMS ARE

Willis-Knighton South Nursing **LVEN**
HIS PRINT ALL NURSING INTERVENTION

Page: 29 of 41

Printed 10/01/19 at 1352

---

**Left Panel**

Age/Sex: 4Y CAUC F
Unit #: K00C629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Ofil, Greg K. M.D.
Account #: K132346829
Location: 5E5
Room/Bed: K.E5314-1

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented | Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|---|

200023  High Fall Risk Intervention (continued)
  WITHIN REACH.
  .22. KEEP ROOM FREE OF CLUTTER
- Document  05/15/16 2000 TDS  05/15/16 2051 TDS    PS
Activity Date: 05/15/16    Time: 2200

200008  IV Site #1 Check/Care    A  Q2H  8.0
- Document 05/15/16 2200 TDS  05/15/16 2351 TDS
  IV Site #1: Right Hand
Peripherally Inserted Central Catheter (Y/N): N
  Site Description #1: Normal
Type of IV Solution #1 (free text): DISCONTINUED
  Site Changed #:
  IV Tubing Changed #1:
  IVPB Tubing Changed #1:
  PSI Limit Settings #1:
  PSI Actual Reading #1:
  IV Dressing Changed Site #1:
  IV Dressing Changed Time #1:
  Date IV (#1) started:    Time IV (#1) started:

200021  Safety Checks  05/15/16 2351 TDS  A  Q2H  5.3
- Document  05/15/16 2200 TDS    Respiration Observed: Y
  Family Member At Bedside: Y
Call Light/telephone In Reach: Y      Fall Precautions: Y
    Crib Rails (Up / Down): Not Applicable
      Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
        Bed Brakes Locked: Y
     Bed High OR Low Position: LOW
  All Alarms On and Audible: Y
           CPM in use: N
          Pt. Off Unit: N

200023  High Fall Risk Intervention  A  Q2H
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:
  . MEDICATION REVIEW (vasoactive drugs,
  antipsychotics, antihistamines,
  diuretics, etc).
  2. USE CORRECTIVE LENSES, if applicable.
  3. ASSIST WITH AMBULATION.
  4. OFFER BATHROOM ASSISTANCE.
  5. USE NON-SKID FOOTWEAR.
  6. CLOSELY OBSERVE DISORIENTED PATIENTS
  7. ENSURE ADEQUATE LIGHTING AT NIGHT
  8. USE PROTECTIVE/ASSISTIVE DEVICES
  (walker, cane, etc).
  9. EDUCATE PATIENT TO REINFORCE FAL-

---

**Right Panel**

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Documented | Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|---|

200023  High Fall Risk Intervention (continued)
  REDUCTION STRATEGIES.
  .10 INSTRUCT PATIENT TO ASK FOR
  ASSISTANCE OUT OF BED
  .11. ENSURE PATIENT CARE ITEMS ARE
  WITHIN REACH.
  .22. KEEP ROOM FREE OF CLUTTER.
- Document  05/15/16 2200 TDS  05/15/16 2351 TDS    PS
Activity Date: 05/15/16    Time: 2351

200008  IV Site #1 Check/Care    A  Q2H  8.0
- Document 05/15/16 2351 TDS  05/15/16 2351 TDS
  IV Site #1: Right Hand
Peripherally Inserted Central Catheter (Y/N): N
  Site Description #1: Normal
  Rate (cc/hr) #1: 10
Type of IV Solution #1 (free text): DISCONTINUED
  Site Changed #1:
  IV Tubing Changed #1:
  IVPB Tubing Changed #1:
  PSI Limit Settings #1:
  PSI Actual Reading #1:
  IV Dressing Changed Site #1:
  IV Dressing Changed Time #1:
  Date IV (#1) started: 05/16/16    Time IV (#1) started:

400010    Vital Signs    A  Q4H  21.4
    Vital Signs taken by a RN are reviewed
    by an RN.
- Document  05/15/16 2354 TDS    CP
Blood Pressure:        BP Position:
  BP Temp: 97.3    Type Of Temperature: Temporal
  Heart Rate: 112    Heart Rate Source: Machine
  Resp. Rate: 24

200021  Safety Checks  05/15/16 2354 TDS  A  Q2H  5.3
- Document  05/15/16 2351 TDS  SAO2: 97    O2 Delivery: ROOM AIR
  Family Member At Bedside: Y    Respiration Observed: Y
Call Light/telephone In Reach: Y      Fall Precautions: Y
    Crib Rails (Up / Down): Not Applicable
      Number Of Bed Rails Up: N
Are bedrails up because of meds given: N
        Bed Brakes Locked: N
     Bed High OR Low Position: LOW
  All Alarms On and Audible: Y
           CPM in use: N
          Pt. Off Unit: N

200023  High Fall Risk Intervention  A  Q2H
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited

Age/Sex: 6Y 06M F
Unit #: K000629604
Admitted: 05/14/16 at C328
Status: DIS KN

Attending: CII, Greg V.M.D.
Account #: X3236529
Room/Bed: K.E556.4-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 30 of 41
Printed 10/01/19 at: 1352

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date Time by | Recorded Date Time by Comment | Sts | Directions Documented Units | From Charge |
|---|---|---|---|---|---|

200023  High Fall Risk Intervention (continued) to:
1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc).
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document  05/25/16 235: TDS 05/25/16 235: TDS

Activity Date: 05/16/16         Time: 0256

200021   Safety Checks
- Document  05/16/16 0256 TDS 05/16/16 0256 TDS    A    Q2H
Family Member At Bedside: Y     Respiration Observed: Y
Call Light/Telephone in Reach: Y    Fall Precaut.ons: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPX in use: N
Pt. Off Unit: N

200023   High Fall Risk Intervention
Pt. and, as needed, their family, are   A   Q2H
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:
1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc).
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE.
5. USE NON-SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT

---

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date Time by | Recorded Date Time by Comment | Sts | Directions Documented Units | From Charge |
|---|---|---|---|---|---|

200023  High Fall Risk Intervention (continued) to:
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document  05/24/16 0156 TDS 05/16/16 0156 TDS

Activity Date: 05/16/16         Time: 0406

200023  Vital Signs
Vital Signs taken by a NAI are reviewed
by an RN.
- Document  05/16/16 0406 TDS 05/16/16 0406 TDS
Blood Pressure:                 BP Position:
BP Type:
Temp: 97.4            Type Of Temperature: Temporal
Heart Rate: 24       Heart Rate Source:
Resp. Rate: 96
SAO2: 96             C2 Delivery: ROOM AIR

45CC.0   Intake
- Document  05/25/16 0406 TDS 05/16/16 0406 TDS
ORAL   (Just H2O (ml):
ORAL   (hot water) 1.: 120
         Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
         IV (ml):
         PVPB (ml):
         TPN (ml):
         Lipid (ml):
         Blood (ml):

45CC.00  Output
- Document  05/16/16 0406 TDS 05/16/16 0406 TDS
Urine voided (ml):
Urine cath. (ml):
         Color of Urine:
Character of Urine:
Urine Incl Soc (ml):
If No Output, =S Fr. Or Dialysis:
         Void X NM: 2  Last Void Date:      Last Void Time:
Stool X:             Stool Weight cc's
                     Stool Consistency:
                     Color of Stool:
                     Amount of Stool:
                     Ileostomy (ml):
                     New Colostomy Output:
Old Colostomy Output Num. of (ml):
         NG (ml):

Date Cath Inserted:

Date of Last BM:

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 05/x/16 at 0328
Status: DIS IN

Attending: Oji, Greg M.D.
Account #: K32346629
Location: 5N2
Room/Bed: K.H5514-2

HENDERSON,

Willis-Knighton South Nursing **LIVE**
HPVS PRINT ALL NURSING INFORMATION

Page 1: of 41
Printed 10/07/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time | by | Sts Comment* | Directions Documented Units | From Chance |
|---|---|---|---|---|---|---|---|---|

### Activity Date: 05/16/16    Time: 0406    (continued)

450C:00    Output (continued):
  Emesis (ml):
  Rectal Tube (ml):
  Est. Bld Loss (ml):
  Voms Bld Loss (ml):

  Chest Tube #1 (ml):
  Chest Tube #2 (ml):
  Drain 1:
  Drain 2:
  Drain 3:
  Drain 4:
  Colostomy (ml):
  Nephrostomy (ml):
  WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Of Asp. Of - Misc. Body Fluid:

2C0021    Safety Checks                         A    Q2H
- Document    05/16/16 0406 TDS  Respiration Observed: Y
Family Member At Bedside: Y            Fall Precautions: Y
Call Light/Telephone In Reach: Y
                  Crib Rails (Up / Down): Not Applicable
              Number Of Bed Rails Up: 2
Are bedrails up because of rods given: N
                     Bed Brakes Locked: Y
               Bed High OR Low Position: LOW
All Alarms On and Audible: Y
                          CPR in use: N
                      Pt. Off Unit: N

2C0023    High Fall Risk Intervention:         A    Q2H
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

  1. MEDICATION REVIEW (vasoactive drugs,
     antipsychotics, antihistamines,
     diuretics, etc)
  2. USE CORRECTIVE LENSES, if applicable.
  3. ASSIST WITH AMBULATION.
  4. OFFER BATHROOM ASSISTANCE.
  5. USE NON-SKID FOOTWEAR.
  6. CLOSELY OBSERVE DISORIENTED PATIENTS
  7. ENSURE ADEQUATE LIGHTING AT NIGHT
  8. USE PROTECTIVE/ASSISTIVE DEVICES
     (W/C, Geri-chairs, etc)
  9. EDUCATE FAMILY TO REINFORCE FALL
     PREVENTION STRATEGIES.
  10. INSTRUCT PATIENT TO ASK FOR

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time | by | Sts Comment* | Directions Documented Units | From Chance |
|---|---|---|---|---|---|---|---|---|

2C0023    High Fall Risk Intervention: (continued)
ASSISTANCE OUT OF BED.
  11. ENSURE PATIENT CARE ITEMS ARE
      WITHIN REACH.
  12. KEEP ROOM FREE OF CLUTTER.

- Document    05/16/16 0406 TDS  05/16/16 0406 TDS

### Activity Date: 05/16/16    Time: 0536

2C0021    Safety Checks        05/16/16 0536 TDS    A    Q2H
- Document    05/16/16 0536 TDS  Respiration Observed: Y
Family Member At Bedside: Y            Fall Precautions: Y
Call Light/Telephone In Reach: Y
                  Crib Rails (Up / Down): Not Applicable
              Number Of Bed Rails Up: 2
Are bedrails up because of rods given: N
                     Bed Brakes Locked: Y
               Bed High OR Low Position: LOW
All Alarms On and Audible: Y
                          CPR in use: N
                      Pt. Off Unit: N

2C0023    High Fall Risk Intervention:         A    Q2H
Pt. and, as needed, their family, are
educated on the fall reduction program
and any individualized fall reduction
strategies, including, but not limited
to:

  1. MEDICATION REVIEW (vasoactive drugs,
     antipsychotics, antihistamines,
     diuretics, etc)
  2. USE CORRECTIVE LENSES, if applicable.
  3. ASSIST WITH AMBULATION.
  4. OFFER BATHROOM ASSISTANCE.
  5. USE NON-SKID FOOTWEAR.
  6. CLOSELY OBSERVE DISORIENTED PATIENTS
  7. ENSURE ADEQUATE LIGHTING AT NIGHT
  8. USE PROTECTIVE/ASSISTIVE DEVICES
     (W/C, Geri-chairs, etc)
  9. EDUCATE FAMILY TO REINFORCE FALL
     PREVENTION STRATEGIES.
  10. INSTRUCT PATIENT TO ASK FOR
      ASSISTANCE OUT OF BED.
  11. ENSURE PATIENT CARE ITEMS ARE
      WITHIN REACH.
  12. KEEP ROOM FREE OF CLUTTER.

- Document    05/16/16 0536 TDS  05/16/16 0536 TDS

### Activity Date: 05/16/16    Time: 0715

100006    Discharge Assessment/Planning        A    AS NEEDED
- Document    05/16/16 0715 AST  05/16/16 0612 AST

Age/Sex: 4Y 04M F                Attending: O--, Greg Y.M.D.
Unit #: K00C629604              Account #: K32346629
Admitted: 05/14/16 at 0128     Location: 5ES
Status: DIS IN                 Room/Bed: K.25554-1

HENDERSON, ---YAN .

Willis-Knighton South Nursing **CVB**
HCVS PRINT ALL NURSING INFORMATION

Page: 32 of 42

Printed 10/0-/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time by | Comment | Sts Directions Documented Units | From Crance |
|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16        Time: 0715  (continued)

100206    Discharge Assessment/Planning (continued)

Discharge Problems/Needs Identified: Y
:DIET
:MEDICATIONS
:F/U CARE
:WHEN TO SEEK MEDICAL ATTENTION

Arrangements Made to Meet Need(s): Y
:ONGOING

100507    Reassessment/Evaluation - Pediatrics           A
          Direction -->07,19 Document when done                         CP
          05/16/16 0715 AST  05/16/16 0613 AST
- Document:
Date: 05/16/16    Shift: 7A & 7P

Focus / Plan For The Day: COMFORT/SAFETY MEASURES, RESP STATUS
Plan of Care Discussed With Patient: Y   Plan of Care Updated: 05/16/16

Wound: N    Drain: N    Pain At Present Time: N    Swallowing Difficulty: N

Level Of Alertness: Asleep
:Emotion/Psych Assmt: Pediatric-y    Pupillary Reaction: Equal/Reactive
Ventilator: N                         Response: Spontaneous-y
  Respiration: Regular and Effortless        *Breath Sounds: Wheezing
  Cough: None                    Amount Expectorated: Not Observed
Expectorant Color: Not Observed       Consistency: Not Observed
O2: N  O2 Delivery: ROOM AIR          @ 100 % (when using B/order)
  Pulse Quality: Normal Pulsation
Edema Of Extremity: None      Hoxar's Sign: Not Indicated
  Abdomen: Soft/Active Bowel Sounds     Bowel Sounds: Normal

Bowel Movement This Shift: N    Date of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
  is this a new episode of pain: N
          Location of Pain:
          Duration of Pain:
          Character of Pain:
          Onset of Pain:
          Pain Relieved By:
          Pain Made Worse By:
Pain scale used to assess pain:
              Pain score: 0      -----Pain Interventions-----
Pharmacologic:
Non-Pharmacologic: (see XAN)

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | Recorded by Date | Time by | Comment | Sts Directions Documented Units | From Crance |
|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16        Time: 0715  (continued)

100507    Reassessment/Evaluation - Pediatrics (continued)
  Emotional support:
  Comfort measures:
  Cognitive techniques:

Voiding: Y  Indwelling Urinary Catheter Y/N:    N Can this catheter be removed? [Y/N]: N
                                        Color of Urine: NOT OBSERVED
                                        Character of Urine: Not Observed

IV Pump: N    How Many IV Pumps: 0    Feeding Pump: N    Heating Pad: N

SCDs in place at beginning of shift: N  TEDs in place at beginning of shift: N

Maintain Central Line=L/D/PICC/SWAN/PORT/IO CATHETER/IAC/CVC/BROVIAC? [Y/N]: N
          Can this ..ne be removed? [Y/N]: N

Maintain Peripheral IV or PRN Adapter Y/N:    N

*Restraints: N    *Restraint Type:
Has the patient had an adverse drug reaction this shift: N  Type of Reaction:
          if yes, name of Med:

Does the Patient Have any Complaints Or Specific Needs: N
Specific Needs: CALL NURSE FOR ONSET OF FUSSYNESS
Specific Needs: PEDI PAIN SCALE
:
          Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unity[Y/N]: N
*Is patient DO NOT RESUSCITATE: N

                    Environmental Factors: 2
Pediatric Fall Risk Assessment         (4) History of Fall- or Infant-Toddler
Age: 4                                       Placed in Bed
     (4) Less than 3 years old         (3) Patient uses assistive devices or
     (3) 3 to less than 7 years old          Infant-Toddler in Crib or
     (2) 7 to less than 13 year old          Furniture/Lighting
     (1) 13 years and above             (2) Patient Placed in Bed
Gender: 1                               (1) Outpatient Area
     (2) Male   (1) Female              Response to Surgery/Sedation/Anesthesia 0
Diagnosis: 3                            (4) Within 24 hours
     (4) Neurological Diagnosis         (3) Within 48 hours
     (3) Alteration in Oxygenation,     (2) More than 48 hours
         Respiratory Diagnosis, Dehydration,   (1) Nurses Usage: 1
         Anemia, Anorexia, Syncope,     Medication Usage: 1
         Dizziness, etc.                (3) Multiple usage of: Sedatives, Hypnotics,
     (2) Psych/Behavioral Disorders          Barbiturates, Phenothiazines, Anti-
     (1) Other Diagnosis                     depressants, Laxatives/Diuretics,
Cognitive Impairment: 2                      Narcotic
     (3) Not Aware of limitations       (2) One of the meds listed above
     (2) Forgets Limitations            (1) Other Medications/None
     (1) Oriented to Own Ability        Fall Risk Total: :3

Page: 33 of 41

Printed 10/01/19 at 1352

Age/Sex: 4Y 04X F
Unit: M
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Oji, Greg V. M.D.
Account #: K000629604
Account #: K23346629
Location: 5KS
Room/Bed: K.H5314-1

Willis-Knighton South Nursing **LIVE**
MEMS PRINT ALL NURSING INFORMATION

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Sts | Directions Units | Documented | From Change |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16      Time: 0715   (continued)

100507      Reassessment/Evaluation - Pediatrics (continued)

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD)   ----

| | | |
|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment | 4 |
| MOISTURE | Constant'y Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRIC/SHEAR | Significant Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4    - No Impairment
        Moisture: 3      - Occasionally Moist
        Activity: 3      - Walks Occasionally
        Mobility: 4      - No Limitation
       Nutrition: 3      - Adequate
Friction/Shear: 4        - No Apparent Problem
Tissue Perfusion/Oxygenation: 3   - Adequate

Total Braden Scale Score: 24

* verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal              Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, exl):
  SKIN CDI.

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Current | Sts | Directions Units | Documented | From Change |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16      Time: 0715   (continued)

100507      Reassessment/Evaluation - Pediatrics (continued)

102300   Emotional Support/Teaching
  - Document   05/16/16 0715 AST   05/16/16 0813 AST   A   AS NEEDED       80.2   CP
  - D          Patient Education
  - Document   05/16/16 0715 AST   05/16/16 0812 AST   A   AS NEEDED        0.0   CP
                Learner: Mother
        Learner's Preferred Method: One-on-One Teaching
        Language Spoken (1012): English
        If Other, Describe:

*Religious or Cultural practices that may affect learning: N
  =I YES, describe:
*Physical limitations that may affect learning (Y/N): N
  If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
  If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
  If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
 -NOTIFY STAFF OF ANY C/O PAIN, FLACC PAIN SCALE

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SR UP X 2, CALL LIGHT WITHIN
                        :REACH, ADULT AT BEDSIDE AT ALL TIMES, PEDI SECURITY SHEET

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

                        TEACHING SUMMARY

                        LEARNING NEEDS

*Disease (Y/N): Y  :BRONCHIOLITIS
  Isolation (Y/N): N  :UNIVERSAL
*Equipment (Y/N): Y  :CALL LIGHT
*Procedure (Y/N): Y  :REASSESSMENT
*Medication (Y/N): Y  :ROCEPHN, PRELONE
*New Medication (Y/N): Y  :ROCEPHN
  Education  :TYLENOL AS NEEDED FOR TEMP

*Follow-up care (Y/N): Y  :PER MD
Rehab/Resources (Y/N): N  :
*Nutrition (Y/N): Y  :REGULAR FOR AGE
  Other Teaching: ORIENTED TO ROOM, PT. HANDBOOK, PT. EDUCATION CHANNEL 95,
                  : PEDI SECURITY SHEET, ADMI. AT BEDSIDE AT ALL TIMES, CALL FOR ASSIST

If applicable, pt has demonstrated competence to self administer medications: N
  Med1: NA                       Med2: NA

HENDERSON VAN L

Willis-Knighton South Nursing **Live**
NEWS PRINT ALL NURSING INFORMATION

Age/Sex: 47 06X F          Attending: O..., Greg M.D.
Unit #: K000629604         Account #: K12346629
Admitted: 05/14/16 at 0328  Location: 5SS
Status: DIS IN             Room/Bed: K.E5514-1

Page: 34 of 41
Printed 10/01/19 at 1352

## Left column

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions by Comment | Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 05/16/16        Time: 0715 (continued)

- Patient Education (continued)
  Method of Instruction: Explain & Handout
Evidence of Learning Demonstrated By: Expresses Understanding

Activity Date: 05/16/16        Time: 0800

2C0008     IV Site #1 Check/Care           A   Q2H                          PS
- Document   05/16/16 0800 AST   05/16/16 0813 AST
           IV Site #1:
Peripherally Inserted Central Catheter (Y/N):
           Site Description #1:
           Rate (cc/hr) #1:
Type of IV Solution #1 (free text):   DISCONTINUED
           Site Changed #1:
    IV Tubing Changed #1:
-TPB Tubing Changed #1:
    PSI Limit Settings #1:
    PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
4000:0     Date IV (#1) started:        Time IV (#1) started:        PS
           Vital Signs
           Vital Signs taken by a RN. are reviewed
           by an RN.
- Document   05/16/16 0800 AST   05/16/16 0925 AST
           BP Position:
B.Blood Pressure:
    BP Type:
           Temp: 97.9   Type Of Temperature: Temporal
    Heart Rate: 105   Heart Rate Source: Machine
    Resp. Rate: 36
    SAO2: 96     O2 Delivery: ROOM AIR
200021     Safety Checks                A   Q2H                          CP
- Document   05/16/16 0800 AST   05/16/16 08:4 AST
      Family Member At Bedside: Y   Respiration Observed: Y
Call Light/Telephone In Reach: Y       Fall Precautions: Y

200023     High Fall Risk Intervention    A   Q2H                       CP
           Pt. and, as needed, their family, are
           educated on the fall reduction program
           and any individualized fall reduction
           strategies, including, but not limited
           to:

Crib Rails (Up / Down): Not Applicable
    Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
    Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
           CPK in use: N
           Pt. Off Unit: N

## Right column

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions by Comment | Documented Units | From Change |
|---|---|---|---|---|---|

2C0C23

           High Fall Risk Intervention (continued)
           1. *REVIEW/OR REVIEW (vasoactive drugs,
              antihypertensive, antihistamines,
              diuretics, etc)
           2. USE CORRECTIVE LENSES, if applicable.
           3. ASSIST WITH AMBULATION
           4. OFFER BATHROOM ASSISTANCE.
           5. USE NON-SKID FOOTWEAR.
           6. CLOSELY OBSERVE DISORIENTED PATIENTS
           7. ENSURE ADEQUATE LIGHTING AT NIGHT
           8. USE PROTECTIVE/ASSISTIVE DEVICES
              (W/C, gait-rails, etc).
           9. EDUCATE FAMILY TO REINFORCE FALL
              PREVENTION STRATEGIES
          10. INSTRUCT PATIENT TO ASK FOR
              ASSISTANCE OUT OF BED.
          11. ENSURE PATIENT CARE ITEMS ARE
              WITHIN REACH.
          12. KEEP ROOM FREE OF CLUTTER.
- Document   05/16/16 0800 AST   05/16/16 0814 AST

Activity Date: 05/16/16        Time: 1000

2C0008     IV Site #1 Check/Care           A   Q2H                 8.0   PS
- Document   05/16/16 1000 AST   05/16/16 1210 AST
           IV Site #1:
Peripherally Inserted Central Catheter (Y/N):
           Site Description #1:
           Rate (cc/hr) #1:
Type of IV Solution #1 (free text):   DISCONTINUED
           Site Changed #1:
    IV Tubing Changed #1:
-TPB Tubing Changed #1:
    PSI Limit Settings #1:
    PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
      Date IV (#1) started:        Time IV (#1) started:
200021     Safety Checks                A   Q2H                 5.3   CP
- Document   05/16/16 1210 AST
      Family Member At Bedside: Y   Respiration: Observed: Y
Call Light/Telephone In Reach: Y       Fall Precautions: Y

Crib Nails (Up / Down): Not Applicable
    Number Of Bed Rails Up:
Are bedrails up because of meds given: Y
    Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
           CPK in use: N
           Pt. Off Unit: N

HENDERSON    1

Willis-Knighton South Nursing **LIVE**
HCVS PRINT ALL NURSING INFORMATION

Attending: Ctl, Greg M.D.
Unit #: K90062960M
Account #: K32146629
Admitted: 05/14/16 at 0328    Location: K5S
Status: DIS IN                Room/Med: K35514-2

Age/Sex: 4Y 0dX F

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | Recorded by Date | Time | Sts by | Directions Comment | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16       Time: 1000

200623   High Fall Risk Intervention:                                    A   QZH
         Pt. and, as needed, their family, are
         educated on the fall reduction program
         and any individualized fall reduction
         strategies, including, but not limited
         to:

         1. MEDICATION REVIEW (vasoactive drugs,
            antipsychotics, antihistamines,
            diuretics etc)
         2. USE CORRECTIVE LENSES, if applicable.
         3. ASSIST WITH AMBULATION.
         4. OFFER BATHROOM ASSISTANCE.
         5. USE NON-SKID FOOTWEAR.
         6. CLOSELY OBSERVE DISORIENTED PATIENTS
         7. ENSURE ADEQUATE LIGHTING AT NIGHT
         8. USE PROTECTIVE/ASSISTIVE DEVICES
            (W/C, Gait-chairs, etc)
         9. EDUCATE FAMILY TO REINFORCE FALL
            PREVENTION STRATEGIES.
         10. INSTRUCT PATIENT TO ASK FOR
             ASSISTANCE OUT OF BED.
         11. ENSURE PATIENT CARE ITEMS ARE
             WITHIN REACH.
         12. KEEP ROOM FREE OF CLUTTER.

- Document: 05/16/16 1000 AST  05/16/16 1210 AST

Activity Date: 05/16/16       Time: 1120

100507   Reassessment/Evaluation - Pediatrics             A     CP
         Direction : >27,29   Document When done
- Document:                   05/16/16 1120 AST  05/16/16 1210 AST    0.0
  Date: 05/16/16              Shift: 7A - 7P

Focus / Plan For The Day: COMFORT/SAFETY MEASURES, RESP STATUS
Plan Of Care Discussed With Patient: Y  Plan Of Care Updated: 05/16/16

Wound: N   Dressing: N   Drain: N   Pain At Present Time: N   Swallowing Difficulty: N

Level of Alertness: Asleep
*Emotion/Psych Assmt: Pediatric/ quiets easily   P pillary Reaction: Equal/Reactive
Ventilator N                                     Responds: Spontaneous/y
Respirations: Regular and Effortless   *Breath Sounds: Wheezing
         Cough: None                   Amount. Expectorated: Not Observed
Expectorant Color: Not Observed        Consistency: Not Observed
O2: N  C2 Delivery: ROOM AIR           @ 100 % (when using Blender)
         Pulse Quality: Normal Pulsation
Edema Of Extremity: None               Homar's Sign: Not Indicated
         Abdomen: Soft/Active Bowel Sounds    Bowel Sounds: Normal

Bowel Movement This Shift: N   Date Of Last Bowel Movement:

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | Recorded by Date | Time | Sts by | Directions Comment | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16    Reassessment/Evaluation - Pediatrics (continued)

100507                        Reassessment/Evaluation - Pediatrics (continued)

Are You Having PAIN / DISCOMFORT Now: N
  Is this a few episode of pain: N
         Location Of Pain:
         Duration Of Pain:
         Character Of Pain:
         Onset of Pain:
         Pain Relieved By:
         Pain Voids Worse By:
  Pain scale used to assess pain:
         Pain score:   0

Pharmacologic (see VAR):

Non-Pharmacologic:
         Emotional Support:
         Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N:    N Can this catheter be removed? (Y/N): N
         Color Of Urine: NOT OBSERVED
         Character Of Urine: Not Observed

IV Pump: N    How Many IV Pumps: 0    Feeding Pump: N    Heating Pad: N

SCDs in place at beginning of shift: N  TEDs in place at beginning of shift: N

Maintain Central line:TA/PICC/SGAN/PORT/PD CATHETER/JAK/DVC/BROVIAC? (Y/N): N
                                    Can this be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N: N

*Restraints: N  *Restraint Type:
  Has patient had an adverse drug reaction this shift: N    Type of Reaction:
  if yes, name of Med:

Does the Patient Have any Complaints Or Specific Needs: N
Specific Needs: CALL NURSE FOR ONSET OF FUSSINESS
Specific Needs: FDN PAIN SCALE

Precautions: Y Type of Precautions: Droplet Precaution    Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment                   Environmental Factors: 2
Age: 4                                    (4) History of Fall or Infant-Toddler
     (4) Less than 3 years old                     Placed in Bed
     (3) 3 to less than 7 years old        (3) Patient uses assistive devices or
     (2) 7 to less than 13 year old            Infant-Toddler in Crib or
     (1) 13 years and above                       Furniture/Tubing
Gender: 1                                     (2) Patient Placed in Bed

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Age/Sex: XY OXY F
Unit #: KG00629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Cil, Greg V.M.D.
Account #: K121646629
Location: 5ES
Room/Bed: K.ES614-1

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time | by | Date | Sts Directions Documented Comment | Time | by | From Comment | Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16          Time: 1120   (continued)

1CCb07          Reassessment/Evaluation - Pediatrics (continued)
(1) Male          (1) Outpatient Area
Diagnosis: 3          Response to Surgery/Sedation/Anesthesia 0
(1) Female          (1) Within 24 hours
(3) Neurological Diagnosis          (2) Within 48 hours
(3) Alteration in Oxygenation          (1) More than 48 hours
Respiratory Diagnosis, Dehydration,          Medication usage: 1
Anemia, Anorexia, Syncope,          (3) Multiple usage of: Sedatives, Hypnotics,
Dizziness, etc.          Barbiturates, Phenothiazines, Anti-
(2) Psych/Behavioral Disorders          depressant, Laxatives/Diuretics,
(1) Other Diagnosis          Narcotic
Cognitive Impairment: 2          (2) One of the meds listed above
(3) Not Aware of Limitations          (1) Other Medications/None
(2) Forgets Limitations          Fall Risk Total: 13
(1) Oriented to Own Ability

----- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) -----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRIC/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

| | | |
|---|---|---|
| Sensory Perception: 4 | - No Impairment | |
| Moisture: 3 | - Occasionally Moist | |
| Activity: 3 | - Walks Occasionally | |
| Mobility: 4 | - No Limitation | |
| Nutrition: 3 | - Adequate | |
| Friction/Shear: 4 | - No Apparent Problem | |
| Tissue Perfusion/Oxygenation: 3 | - Adequate | |

Total Braden Scale Score: 24

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal          Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for Each.

| LOCATION | SKIN DESCRIPTION |
|---|---|

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time | by | Date | Sts Directions Documented Comment | Time | by | From Comment | Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16          Time: 1120   (continued)

1CCb07          Reassessment/Evaluation - Pediatrics (continued)
:                :
:                :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
:SKIN CDI.
:
:
:
:

1.D          Patient Education
: Document          05/16/16 1120 AST          05/16/16 1229 AST          A          AS NEEDED          0.0
:                Learner: Mother
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
:If Other, Describe:
:

*Religious or Cultural practices that may affect learning: N
:If YES, describe:
*Physical limitations that may affect learning (Y/N): N
:If YES, describe:
*Communication issues that may affect learning (Y/N): N
:If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
:If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:NOTIFY STAFF OF ANY C/O PAIN, FLACC PAIN SCALE
:

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SR UP X 2, CALL LIGHT WITHIN
:REACH, ADMIT AT BEDSIDE AT ALL TIMES, PEDS SECURITY SHEET

Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS          TEACHING SUMMARY

*Disease (Y/N): Y :BRONCHIOLITIS
*Isolation (Y/N): Y :CONTACT/DROPLET
*Equipment (Y/N): Y :CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :MORPHINE, PREDLONE
*New Medication (Y/N): Y :ROCEPHIN
:
:
:
:
:

CP

HENDERSON

Willis-Knighton South Nursing **LIVE**
H2VS PRINT ALL NURSING INFORMATION

Age/Sex: 4Y C4X F
Unit #: K00C629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: C--, Greg V. M.D.
Account #: K12346629
Location: 5ES
Room/Bed: K.E5514-1

Page: 27 of 41
Printed 10/11/19 at 1352

---

**Problem/Goal/Intervention Description — Activity Date: 05/16/16   Time: 1220 (continued)**

:D   Patient Education (continued)
Education:
:TYLENOL AS NEEDED FOR TEMP
*Follow-up care (Y/N): Y :PER MD
Redm/Resources (Y/N): N :
*Nutrition (Y/N): Y :REGULAR FOR AGE
Other Teaching: ORIENTED TO ROOM, PT. HANDBOOK, PT. EDUCATION CHANNEL 55, : PEDI SECURITY SHEET, ADULT AT BEDSIDE AT ALL TIMES, CALL FOR ASSIST
If applicable, pt has demonstrated competence to self administer medications: N
Med3: NA
Method of Instruction: Explain & Handout
Evidence of Learning Demonstrated By: Expresses Understanding

---

**Activity Date: 05/16/16   Time: 1200**

200008  IV Site #1 Check/Care
- Document   05/16/16 1200 AST   05/16/16 1210 AST     A   Q2H        8.0   PS
IV Site #1:
Peripherally Inserted Central Catheter (Y/N):
Site Description #1:
Rate (cc/cc) #1:
Type of IV Solution #1: (free text): DISCONTINUED
Site Changed #1:
IV Tubing Changed #1:
IVFB Tubing Changed #1:
PSL Limit Settings #1:
PSL Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started:        Time IV (#1) started:

---

**Activity Date: 05/16/16   Time: 1200**

400010  Vital Signs
Vital Signs taken by a RN, are reviewed by an RN.
- Document   05/16/16 1200 AST   05/16/16 1313 AST     A   Q4H       21.4   CP
Blood Pressure:
BP Type:
BP Position:
Temp: 98.6   Type of Temperature: Temporal
Heart Rate: 125   Heart Rate Source: Machine
Resp. Rate: 32
SAO2: 98   O2 Delivery: ROOM AIR

---

**Activity Date: 05/16/16   Time: 1200**

200012  Safety Checks
- Document   05/16/16 1200 AST   05/16/16 1210 AST     A   Q2H        5.3   CP
Family Member At Bedside: Y   Visitation Observed: Y
Call Light/Telephone in Reach: Y   Fall Precautions: Y
Crib Rails (Up / Down): Not Applicable
Number of Bed Rails Up: 2
Are bedrails up because of meds given: N

---

**Problem/Goal/Intervention Description — Activity Date: 05/16/16   Time: 1200 (continued)**

200021  Safety Checks (continued)
Bed Brakes Locked: Y
Bed Hgt: OR Low Position: LOW
All Alarms On and Audible: Y
CPX in Use: N
Pt. Off Unit: N

200023  High: Fall Risk Intervention:        A   Q2H        CP
Pt. and, as needed, their family, are educated on the fall reduction program and any individualized fall reduction strategies, including, but not limited to:

1. MEDICATION REVIEW (vasoactive drugs, antipsychotics, antihistamines, diuretics, etc).
2. USE CORRECTIVE LENSES, if applicable.
3. ASSIST WITH AMBULATION.
4. OFFER BATHROOM ASSISTANCE/LEAVE.
5. USE NON SKID FOOTWEAR.
6. CLOSELY OBSERVE DISORIENTED PATIENTS
7. ENSURE ADEQUATE LIGHTING AT NIGHT
8. USE PROTECTIVE/ASSISTIVE DEVICES (W/C, Geri-chairs, etc).
9. EDUCATE FAMILY TO REINFORCE FALL PREVENTION STRATEGIES.
10. INSTRUCT PATIENT TO ASK FOR ASSISTANCE OUT OF BED.
11. ENSURE PATIENT CARE ITEMS ARE WITHIN REACH.
12. KEEP ROOM FREE OF CLUTTER.

- Document   05/16/16 1200 AST   05/16/16 1220 AST

---

**Activity Date: 05/16/16   Time: 1255**

100552  Discharge Summary 2 Ped                           A   AT TIME OF DISCHARGE   AS
- Create     05/16/16 1255 AST   05/16/16 1303 AST                          0.0
- Document   05/16/16 1255 AST   05/16/16 1303 AST
Pt's Cied Complaint: COLD SYMPTOMS, WHEEZING, COUGHING
*Functional Level Prior to Adm: Assist/Supervision Other
Expected Therapy/Outcome: RELIEF OF SYMPTOMS

Brief Summary of Hospital Stay: RESP TREATMENTS, IV THERAPY, VITALS, MONITOR INTAKE AND OUTPUT

Discharge Diag./Complications: ACUTE ASTHMA EXACERBATION, URI, S/P ACUTE RESP DISTRESS
---DISCHARGE VITAL SIGNS---
Blood Pressure: 133/72   Heart Rate: 105   Resp. Rate: 26
Temp: 97.9   Type of Temperature: Temporal
Heparin Lock Removed: NOT APPLICABLE        Telemetry Removed: NOT APPLICABLE

HENDERSON, L

Page: 36 of 41

Printed 10/01/19 at 1952

Willis-Knighton South Nursing **LIVE**
HEWS PRINT ALL NURSING INFORMATION

Attending: O'I, Greg K M.D.
Account #: K32346629
Location: 5KS
Room/Bed: K.F55514-.

Age/Sex: 4Y 04X F
Unit #: KCCC29604
Admitted: 05/14/16 at 0328
Status: DIS IN

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Directions Comment | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16        Time: 1255 (continued)

1C0552     Discharge Summary 2 Ped (continued)
---DISCHARGE FOLLOW UP---

Appt. With:                                          Pt/Fam Make Appt In:
Appt. With:                                          Pt/Fam Make Appt In:
Appt. With:                                          Pt/Fam Make Appt In:
Appt. With:                                          Pt/Fam Make Appt In:
Appt. With: PRIMARY PEDIATRICIAN IN 1 WEEK           Pt/Fam Make Appt In:
Referral To: *PI:N *OI:N *CR:N Hospice: N*SS:.N *RR:N  *Disc Cost:N *RON:N *ST:N

---DISCHARGE ACTIVITY---
Functional Level On Discharge: Assist/Supervision Other
Resume Normal Activity: Y Restricted Activity: Y    DOC:
    Restricted Activity:
Hygiene Restrictions: REGULAR DIET
    Diet Restrictions: ----TAKE HOME MEDICATIONS------

NAME/DOSE           TIMES     SPECIAL INSTRUCTIONS
: ALBUTEROL 2.5 MG NEB EVERY 4-6 HOURS AS NEEDED FOR WHEEZE
: ORAPRED- GIVE 5 MG BY MOUTH EVERY 12 HOURS FOR 3 DAYS

NAME/DOSE           TIMES     SPECIAL INSTRUCTIONS
: ----TAKE HOME MEDICATIONS CONTINUED----
:
:
:
:
:

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Directions Comment | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16        Time: 1255 (continued)

1C0552     Discharge Summary 2 Ped (continued)
Is Fall Risk Score 12 or higher (Ped) 3 or higher (Adult): Y

Verbalizes Understanding Of Discharge Instructions: Y
Return Demonstration Of Discharge Instructions: Y
Valuables Returned From Business Office: Nevertaken to Bus. office

Records Sent With Patient: N Records:
Dischanged Per: Wheelchair
Discharged To: Parent/Guardian
Mode Of Transportation: Automobile
Accompanied By: STAFF AND FAMILY

---DISCHARGE SKIN ASSESSMENT---
I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temp/Character: Warm & Dry

Pressure Ulcer/Skin Impairment at Discharge: N If YES, list all location(s) and use the Skin
                                              Description Lookup and/or Free Text for EACH.
                                              If >10 locations, document remaining in a Patient Note.

LOCATION                                        SKIN DESCRIPTION
:                            :
:                            :
:                            :
:                            :
:                            :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
:SKIN CDI
:
:
:

-----BRADEN Q SCALE FOR PEDS (LESS THAN 18 YEARS OLD)-----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Walks Frequently |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Probably Inadequate | Adequate | Excellent |

Age/Sex: 47 0MX F :
Unit #: K00262 9604
Admitted: 05/16/16 at 0328
Status: DIS IN

Attending: Ofr, Greg K.M.D.
Account #: K32346629
Location: SSS
Room/Bed: K.E5514-:

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INTERVENTION

Page: 35 of 41
Printed 10/01/19 at 1352

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Comment | Directions Time by Current | Documented Units | From Change |
|---|---|---|---|---|---|---|

**Activity Date: 05/16/16        Time: 1255    (continued)**

10C552    Discharge Summary 2 Fed (continued)
MOISTURE    Constantly Moist    Occasionally Moist    Rarely Moist
FRIC/SHEAR    Problem    Potential Problem    No Apparent Problem
PERF/OXYGEN    Extremely Compromised    Adequate    Excellent

Sensory Perception: 4    - No Impairment
Moisture: 4    - Rarely Moist
Activity: 4    - Walks Frequently
Mobility: 4    - No Limitation
Nutrition: 4    - Excellent
Friction/Shear: 4
Total Braden Scale Score: 24

DISCHARGE MATERIALS AND INFORMATION GIVEN TO PT OR FAMILY
Discharge Material Given: DISCHARGE SUMMARY
Discharge Material Given: FOLLOW UP APPT
Discharge Material Given: PRESCRIPTION X 1 (CRAPED)
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Cardiopulmonary Home Care Instructions Provided: N    Dialysis patient: N

Smoking can be hazardous to your health and those around you. ANYONE that smokes should stop
for their health! Assistance to stop smoking is available by calling WK Quit (212-4650), the
American Lung Association (800-LUNG-USA) or the American Cancer Society (800-ACS-2345).

**REMINDER TO PATIENT AND/OR FAMILY: Discard any previous medication lists and update
your new medication list with any medication providers and/or pharmacies you use.

Heplock removed: Not Applicable    Is there an MD order to leave in place:

Foley Catheter removed: Not Applicable    Is there an MD order to leave in place:
Was catheter inserted on this admit:

PICC line removed: Not Applicable    Is there an MD order to leave in place:
Is Home Health set up to care for PICC line at home:
Was PICC flushed and dressing changed according to policy:
Were PICC line Home Care Instructions given to patient:

If any other devices were left in place, describe:

*** PHYSICAL MEDICINE DISCHARGE NOTE ( when applic.) ***

*** RESPIRATORY THERAPY DISCHARGE NOTE (when applic.) ****

---

## Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Recorded Time by Date | Sts Comment | Directions Time by Current | Documented Units | From Change |
|---|---|---|---|---|---|---|

**Activity Date: 05/16/16        Time: 1255    (continued)**

10C552    Discharge Summary 2 Fed (continued)
:
:

*** OTHER DISCIPLINE DISCHARGE NOTE (when applic.) *** | | | | | | CP

Department:

*E pt. delivered baby while in hospital, enter blood type:
PATIENT BLOOD TYPE :
Baby 1 Type and RH:    Baby 2 Type and RH:

Patient Or Family Signature:

Time Of Discharge:    Nurse Signature: AMBER TAYLOR RN

Date of Birth: 10/C./13 (Automatically defaults; do not change) | | | | | | CP

**Activity Date: 05/16/16        Time: 1313**

250510-A    Bath, Total Bed - Toddler | | A    DAILY    .60.5 | | CP
- Document    05/16/16 1313 AST   05/16/16 1313 AST
Refused due to: DC MOVE
Completed by:
250C.2    Linen Changed | | A    DAILY    C.0 | | CP
- Document    05/16/16 1313 AST   05/16/16 1313 AST
Refused due to: DC MOVE
Completed by:
80C515    Physician Rounds | | A    DAILY    0.0 | | CP
- Document    05/16/16 1313 AST   05/16/16 1313 AST
Physician Visit to Patient By: TRANSN    Tran, Sharon N.M.D.

**Activity Date: 05/16/16        Time: 1315**

450010    Intake | | A    06,18    10.7 | | CP
- Document    05/16/16 1315 AST   05/16/16 1540 AST
ORAL - just H2O (ml):
ORAL (not water) (ml: .460
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml):
IVPB (ml):
TPX (ml):
Lipid (ml):
Blood (ml):

Age/Sex: 4Y 06M F
Unit #: K00682960A
Admitted: 05/24/16 at 0328
Status: DIS IN

Attending: Ott, Greg M.Y.D.
Account #: X32146629
Location: 5P5
Room/Bed: X E551<-1

Wills-Knighton South Nursing **LIVE**
HINS PRINT ALL NURSING INFORMATION

Page: 40 of 4.

Printed 10/01/19 at 1352

## Left Column

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date Time by | Recorded Date Time by | Comment | Sts Directions Documented Units | From Change |
|---|---|---|---|---|---|

**Activity Date: 05/26/16          Time: 1315**

| 45010C | | | | | CP |
| - Document | Output: | | | | |
| | 05/26/16 1315 AST  05/26/16 1540 AST | | | 06.18 | A |
| | Urine voided (ml): | | | 10.7 | |
| | Urine catn. (ml): | | Date Cath Inserted: | | |
| | Color Of Urine: | | | | |
| | Character Of Urine: | | | | |
| | Urine Inct Est (ml): | | | | |
| | Urine Amt: Is Pt. On Dialysis: | | | | |
| | No Output, Is Pt. On Dialysis: | | | | |
| | Void X XX: 3  Last Void Date: 05/16/16  Last Void Time: | | | | |
| | Stool X: 00 | | | Date Of Last BM: 05/16/16 | |
| | Stool, Consistency: | | | | |
| | Color Of Stool: | | | | |
| | Amcunt Of Stool: | | | | |
| | Iecnsurg (ml): | | | | |
| | New Colostomy Output: | | | | |
| Old Colostomy Output (Num. of stool,s): | | | | | |
| | NG (ml): | | | | |
| | Emesis (ml): | | | | |
| | Rectal Tube (ml): | | | | |
| | Est. Big Loss (ml): | | | | |
| | Meas Big Loss (ml): | | | | |

| Chest Tube #: (ml): | | | | | |
| Chest Tube #2 (ml): | | | | | |
| Drain 1: | | | | | |
| Drain 2: | | | | | |
| Drain 3: | | | | | |
| Drain 4: | | | | | |
| | Ieostomy (ml): | | | | |
| | Nephrostomy #: (ml): | | | | |
| | WOUND EVAC. #1 (ml): | | | | |
| Amt. Of Or Asp. Of Misc. Body Fluid (ml): | | | | | |
| Source Of Output Or Asp. Of Misc. Body Fluid: | | | | | |

**Activity Date: 05/26/16          Time: 1540**

| -100522 | Pediatric Admit Assessment | | | | AS |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | ADMIT | A => D |
| 100552 | Discharge Summary 2 Ped | | | AT TIME OF DISCHARGE | AS |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 200038 | Site 4: Code/Nurse | | | 3P5 | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| Problem: Basic Pediatric Nursing Care | | | | | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | D |
| Goal: Basic nursing care will be provided. | | | | | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | 05/17/16 | A => D |
| 100006 | Discharge Assessment/Planning | | | AS NEEDED | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |

## Right Column

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date Time by | Recorded Date Time by | Comment | Sts Directions Documented Units | From Change |
|---|---|---|---|---|---|

**Activity Date: 05/26/16          Time: 1540**

| -100507 | Reassessment/Evaluation - Pediatrics | | | | CP |
| | Direction ->67,.9  Document when done | | | | |
| | 05/16/16 1540 his  05/16/16 1540 his | | | D | |
| 100600 | Critical Value Reporting | | | D | A => D |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 102000 | Emotional Support/Teaching | | | AS NEEDED | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 250510-A | Bath, Social Bed - Toddler | | | D | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | DAILY | A => D |
| 2953 | Weighed | | | DAILY | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 40000.0 | Vital Signs | | | Q4H | CP |
| | Vital Signs taken by a VAI are reviewed | | | | |
| | by an RN. | | | | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | D | A => D |
| 401335 | Weight, Daily, PEDI Or NEW | | | DAILY | A => D |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 45010C | Intake | | | 06.18 | D |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 45C010 | Output | | | 06.18 | D |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 530030-B | Feed With Assistance | | | D | A => D |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | MEAL/TIES | A => D |
| 550040 | Formula Prep | | | D | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | MEAL/TIES | A => D |
| 560790 | Feed Formula Per Family Or Staff | | | Q3H | A => D |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 80051.5 | Physician Rounds | | | DAILY | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| 80C516 | Clergy Visits | | | DAILY | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| Problem: INJURY, POTENTIAL FOR | | | | | |
| Goal: No evidence of injury to patient. | | | | | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | D | A => D |
| 20C221 | Safety Checks | | | Q2H | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| Problem: KNOWLEDGE DEFICIT | | | | | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | D | A => D |
| Goal: Patient/Family Will Verbalize | | | | | |
| | Understanding of Diagnosis and | | | | |
| | Treatment. | | | | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| -D 100571 | Patient Education. | | | AS NEEDED | CP |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | | A => D |
| Problem: PATIENT AT HIGH RISK FOR FALLS | | | | | |
| Goal: NS: Patient risk for falling reduced. | | | | | |
| - Ed Status | 05/16/16 1540 his  05/16/16 1540 his | | | D | A => D |

Age/Sex: 47 04X F
Unit #: R00629604
Admitted: 05/14/16 at 0328
Status: DIS IN

Attending: Ofi, Greg V.M.D.
Account #: K12346629
Location: 5E5
Room/Bed: K.E5514-1

HENDERSON

Wills-Knighton South Nursing **LIVE**
HSWS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 05/16/16     Time: 1540

2FC023   High Fall Risk Intervention.                                                      D   QGH                                              GF
         Pt and, as needed, their family, are
         educated on the fall reduction program
         and any individualized fall reduction
         strategies, including, but not limited
         to:

         1. MEDICATION REVIEW (vasoactive drugs,
            antipsychotics anticholinergics,
            diuretics, etc).
         2. USE CORRECTIVE LENSES, if applicable.
         3. ASSIST WITH AMBULATION.
         4. OFFER BATHROOM ASSISTANCE.
         5. USE NON-SKID FOOTWEAR.
         6. CLOSELY OBSERVE DISORIENTED PATIENTS
         7. ENSURE ADEQUATE LIGHTING AT NIGHT
         8. USE PROTECTIVE/ASSISTIVE DEVICES
            (W/C, Geri-chairs, etc)
         9. EDUCATE FAMILY TO REINFORCE FALL
            PREVENTION STRATEGIES.
         10. INSTRUCT PATIENT TO ASK FOR
             ASSISTANCE OUT OF BED.
         11. ENSURE PATIENT CARE ITEMS ARE
             WITHIN REACH.
         12. KEEP ROOM FREE OF CLUTTER.

- Ed Status         05/16/16 1540 his  05/16/16 1540 his                          A => D

| Monogram Initials | Name | Nurse Type |
|---|---|---|
| AST | TAYLOR.NS | TAYLOR,AMBER S | RN |
| BG | GEORGE.NS | GEORGE,BECKY | RN |
| CT | THOMAC7.NS | THOMAS,CALVIN D | RN |
| MH | REDMAN.NS | HODSON,MARY | RNC |
| TDS | STOREY.NS | STOREY,TAMMY D | RN |
| his | | automatic by program | |

# Willis-Knighton South and the Center for Women's Health

2510 Bert Kouns Industrial Loop  Shreveport, LA 71118

Phone:      Fax:

## Medication Administration Record

### 5/13/2016 thru 5/15/2016

K32346629    Room:K.E5514

| Date/Time | Medication/Dosage | Route of Delivery | | Practitioner |
|---|---|---|---|---|
| 05/14/16 04:30 | 1/2 Unit Dose Duoneb | Inhalation | | Miles, Cindy RRT |
| 05/14/16 07:40 | 1/2 Unit Dose Duoneb | Inhalation | | Behan, Brandi RRT |
| 05/14/16 10:00 | 1/2 Unit Dose Duoneb | Inhalation | | Behan, Brandi RRT |
| 05/14/16 13:30 | Duoneb (Ipratropium Bromide 0.5mg/ Albuterol 3.0 mg) | Inhalation | 1 | Behan, Brandi RRT |
| 05/14/16 16:20 | Albuterol 0.083% (2.5 mg/ 3 ml) | Inhalation | 1 | Behan, Brandi RRT |
| 05/14/16 19:25 | Duoneb (Ipratropium Bromide 0.5mg/ Albuterol 3.0 mg) | Inhalation | 1 | Miles, Cindy RRT |
| 05/14/16 22:35 | Albuterol 0.083% (2.5 mg/ 3 ml) | Inhalation | 1 | Miles, Cindy RRT |
| 05/15/16 02:00 | Duoneb (Ipratropium Bromide 0.5mg/ Albuterol 3.0 mg) | Inhalation | 1 | Miles, Cindy RRT |
| 05/15/16 05:00 | Albuterol 0.083% (2.5 mg/ 3 ml) | Inhalation | 1 | Miles, Cindy RRT |
| 05/15/16 08:45 | Duoneb (Ipratropium Bromide 0.5mg/ Albuterol 3.0 mg) | Inhalation | 1 | Behan, Brandi RRT |
| 05/15/16 11:00 | Albuterol 0.083% (2.5 mg/ 3 ml) | Inhalation | 1 | Behan, Brandi RRT |
| 05/15/16 15:35 | Albuterol 0.083% (2.5 mg/ 3 ml) | Inhalation | 1 | Behan, Brandi RRT |
| 05/15/16 19:52 | Albuterol 0.083% (2.5 mg/ 3 ml) | Inhalation | 1 | Miles, Cindy RRT |
| 05/15/16 23:40 | Albuterol 0.083% (2.5 mg/ 3 ml) | Inhalation | 1 | Rizzo, Jim RRT |

MEDICATION ADMINISTRATION RECORD
⬤ IN PERIOD: 05/16/16 ⬤ 1 to 05/17/16-0700 ⬤          ⬤ ROBERSP.DP
                                                                        05/15/16-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|-------|------|----------------|-------------------|------------------|

******* ROUTINE MEDS *******

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|-------|------|----------------|-------------------|------------------|
| K005535688 | ALBUTEROL SOLUTION 0.083% 3 ML UD  (None)<br>(PROVENTIL U/D)<br>ORD DR: Oji, Greg M M.D.<br>DOSE: (UNIT DOSE(S)) INH  .Q3H  SCH<br>DOSE INSTR: AS DIRECTED<br>COMMENTS:     (USE VIA INHALATION NEBULIZATION ONLY!) | 1400<br>05/14/16 | | — | RT | — |
| K005535730 | METHYLPREDNISOLONE 40 MG/ML 1MLVIAL   (None)<br>(SOLU MEDROL)<br>ORD DR: Oji, Greg M M.D.<br>DOSE: (1ML VIAL(S)) IVP  Q12H  SCH<br>DOSE INSTR: 15 MG (0.375 ML) | 0400<br>05/15/16 | *one time Prelone given 15mgm 0400* | | 1600 | 0400 |
| K005535731 | KCL 20 MEQ / D5W-0.45%NS 1000mL PREMIX BAG  (None)<br>(KCL / D5W-0.45%NS)<br>ORD DR: Oji, Greg M M.D.<br>DOSE: (BAG(S)) IV  .CONTINUOUS INFUSION  SCH<br>DOSE INSTR: 55 ML/HR | 1530<br>05/14/16 | | | | |

LEGEND:
| RD | Rt Deltoid | RUQ | Rt Upper Outer Quadrant | RLT | Rt Lateral Thigh | RDT | Rt Dorsal Thigh | RA | Rt Abd | RVG | Rt VentroGluteal |
| LD | Lt Deltoid | LUQ | Lt Upper Outer Quadrant | LLT | Lt Lateral Thigh | LDT | Lt Dorsal Thigh | LA | Lt Abd | LVG | Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| MEDICATION ADMINISTRATION RECORD (2946)<br>WILLIS-KNIGHTON SOUTH<br>2510 BERT KOUNS INDUSTRIAL LOOP<br>SHREVEPORT, LOUISIANA  71118 | Acct#: K32346629    Med Rec#: K000629604<br>Name:  HENDERSON████ L<br>Phys:  Oji, Greg M M.D.<br>Age: 2Y 07M   Sex: F  Wgt: 29 lb 15.73 oz = 13.6 kg<br>Marital Status: SIN   BSA: 0.55 m2 | Room/Bed: K.E5514-1<br>Adm Date: 05/14/16<br>Location: 5ES<br>Service: PED<br>D.O.B.: 10/01/13 |

Allergies: .. see ALLERGY SOURCE DOCUMENT ..                    PAGE 1

MEDICATION ADMINISTRATION RECORD
⬤N PERIOD: 05/16/16-⬤⬤1 to 05/17/16-0700

ROBERSP.DP
05/15/16-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|-------|------|---------------|-------------------|-----------------|
| | ******** IV'S ******** | | | | | |
| K005535732 | CEFTRIAXONE 1 GM VIAL  (0.7 GM)  (ROCEPHIN)  IN: D5W 50 ML BAG  (50 ML)  (D5W)  ORD DR: Oji, Greg M M.D.  RATE: 100 MLS/HR      DUR:        FREQ: Q24H  COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 1600 05/14/16 | | | 1600 | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32346629      Med Rec#: K000629604
Name: ████████████ L
Phys: Oji, Greg M M.D.
Age: 2Y 07M   Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN    BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 2

Page 1332 of 1758

MEDICATION ADMINISTRATION RECORD
⬤N PERIOD:  05/16/16-⬤⬤K to 05/17/16-0700

ROBERSP.DP
05/15/16-2030

| RX # | MEDICATION | | START | STOP |
|---|---|---|---|---|

****** PRN MEDS ******

| K005535511 | ACETAMINOPHEN 325 MG/10.15 ML UDC  (None) |
|---|---|

(TYLENOL)
ORD DR: Denham, Sean C M.D.
DOSE: (UD CUP(S)  PO  .Q6H  PRN
DOSE INSTR: 200 MG (6.25 ML)
COMMENTS: FOR TEMP > 100.4-F

(DO NOT EXCEED 4,000 MG/24HRS!)

0500
05/14/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
| RD Rt Deltoid | RUQ Rt Upper Outer Quadrant | RLT Rt Lateral Thigh | RDT Rt Dorsal Thigh | RA Rt Abd | RVG Rt VentroGluteal |
|---|---|---|---|---|---|
| LD Lt Deltoid | LUQ Lt Upper Outer Quadrant | LLT Lt Lateral Thigh | LDT Lt Dorsal Thigh | LA Lt Abd | LVG Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32346629    Med Rec#: K000629604
Name: ⬤⬤⬤⬤⬤⬤⬤⬤ L
Phys: Oji, Greg M M.D.
Age: 2Y 07M    Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN   BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 3

MEDICATION ADMINISTRATION RECORD
PERIOD: 05/16/16-____1 to 05/17/16-0700

ROBERSP.DP
05/15/16-2030

| RX # | MEDICATION | | | | START | STOP | | | | |
|------|-----------|--|--|--|-------|------|--|--|--|--|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|-------------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|-------------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| LEGEND: | | | | |
|---------|--|--|--|--|
| RD   Rt Deltoid | RUQ   Rt Upper Outer Quadrant | RLT   Rt Lateral Thigh | RDT Rt Dorsal Thigh | RA   Rt Abd   RVG  Rt VentroGluteal |
| LD   Lt Deltoid | LUQ   Lt Upper Outer Quadrant | LLT   Lt Lateral Thigh | LDT Lt Dorsal Thigh | LA   Lt Abd   LVG  Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118



Acct#: K32346629      Med Rec#: K000629604
Name: ████████ALIYAH L
Phys:  Oji, Greg M M.D.
Age: 2Y 07M     Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN   BSA: 0.55 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

PAGE 4

```
RUN DATE: 05/15/16        Willis Knighton South  **ADMISSIONS**                    PAGE 1
RUN TIME: 2146          INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP
```

Name: ████████████ L                    DOB: 10/01/13   Age: 2Y 07M
Rm/Bd: K.E5514        Serv/Locn: PED      Status: IN      Sex: F
Unit#: K000629604     Account#: K32346629  EPI#: 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

    Allergy1-Med/Contact:                                05/14/16 - 0436
    NKDA

    Allergy2-Med/Contact:                                05/14/16 - 0436
    NKDA

    Food Allergies-Intol:                                05/14/16 - 0436
    NKFA

    Latex Allergy (Y/N):                                 05/14/16 - 0436
    N

**Pharmacy Allergy List (Coded Allergies), historical data:**          05/15/16
  (Duplicate names represent coding within (3) categories:
  Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

Page 1335 of 1758

MEDICATION ADMINISTRATION RECORD
MAIN PERIOD: 05/15/16-0701 to 05/16/16-0700

ROBERSP.DP
05/14/16-2030

| RX # | MEDICATION | 14 | | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|-----|---|-------|------|----------------|-------------------|------------------|
| | ****** ROUTINE MEDS ****** | | | | | | | |
| K005535688 | ALBUTEROL SOLUTION 0.083% 3 ML UD  (None) (PROVENTIL U/D) ORD DR: Oji, Greg M M.D. DOSE: (UNIT DOSE(S)) INH .Q3H SCH DOSE INSTR: AS DIRECTED COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | | | 1400 05/14/16 | | R.T. | R.T. | R.T. |
| K005535689 | ATROVENT 0.02% - 0.2 MG/ML UD INH.SOLN  (None) (ATROVENT 0.02%) ORD DR: Oji, Greg M M.D. DOSE: (INHAL SOLN(S)) INH .Q6H X 1 DAY SCH DOSE INSTR: 2.5 ML UNIT DOSE COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | | | 1400 05/14/16 | 1600 05/15/16 | R.T. | R.T. | R.T. |
| K005535730 | METHYLPREDNISOLONE 40 MG/ML 1MLVIAL  (None) (SOLU MEDROL) ORD DR: Oji, Greg M M.D. DOSE: (1ML VIAL(S)) IVP Q12H SCH DOSE INSTR: 15 MG (0.375 ML) | | | 0400 05/15/16 | | | 1600 BP/SP | 0400 IV OUt |
| K005535731 | KCL 20 MEQ / D5W-0.45%NS 1000mL PREMIX BAG  (None) (KCL / D5W-0.45%NS) ORD DR: Oji, Greg M M.D. DOSE: (BAG(S)) IV .CONTINUOUS INFUSION SCH DOSE INSTR: 55 ML/HR  10 | | | 1530 05/14/16 | | 1200 BP | | |

Prelone 15mg PO X 1                                        0345
                                                             TS

LEGEND:
RD  Rt.Deltoid      RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh   RDT Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh   LDT Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| Becky George | | | | Salmi Patterson | | Tammy Stacy | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32346629    Med Rec#: K000629604
Name: _____ L
Phys:  Oji, Greg M M.D.
Age: 2Y 07M    Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN    BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..          PAGE 1

514

MEDICATION ADMINISTRATION RECORD
MAIN PERIOD: 05/15/16-0701 to 05/16/16-0700

ROBERSP.DP
05/14/16-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|------|-----------|-------|------|---------------|-------------------|-----------------|
| | | | | | | |
| ******* IV'S ******* | | | | | | |
| K005535732 | CEFTRIAXONE 1 GM VIAL (0.7 GM) (ROCEPHIN) IN: D5W 50 ML BAG (50 ML) (D5W) ORD DR: Oji, Greg M M.D. RATE: 100 MLS/HR   DUR:   FREQ: Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 1600 05/14/16 | | | | 1600 1700 1600 M |

LEGEND:
RD Rt Deltoid    RUQ Rt Upper Outer Quadrant    RLT Rt Lateral Thigh    RDT Rt Dorsal Thigh    RA Rt Abd    RVG Rt VentroGluteal
LD Lt Deltoid    LUQ Lt Upper Outer Quadrant    LLT Lt Lateral Thigh    LDT Lt Dorsal Thigh    LA Lt Abd    LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| Becky George | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32346629    Med Rec#: K000629604
Name: _____ L
Phys: Oji, Greg M M.D.
Age: 2Y 07M    Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN    BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..          PAGE 2

MEDICATION ADMINISTRATION RECORD
IN PERIOD: 05/15/16- 1 to 05/16/16-0700

ROBERSP.DP
05/14/16-2030

| RX # | MEDICATION | START | STOP | | |
|------|------------|-------|------|---|---|

******* PRN MEDS *******

K005535511   ACETAMINOPHEN 325 MG/10.15 ML UDC   (None)
         (TYLENOL)
   ORD DR: Denham, Sean C M.D.
      DOSE:   (UD CUP(S))  PO  .Q6H  PRN
DOSE INSTR: 200 MG (6.25 ML)
   COMMENTS: FOR TEMP > 100.4-F

      (DO NOT EXCEED 4,000 MG/24HRS!)

0500
05/14/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|------------------|------------------------|--------------------|--------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|------------------|------------------------|--------------------|--------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid      RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh   RDT Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid      LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh   LDT Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118



Acct#: K32346629   Med Rec#: K000629604
Name:        ALIYAH L
Phys: Oji, Greg M M.D.
Age: 2Y 07M   Sex: F  Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN   BSA: 0.55 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

PAGE 3

MEDICATION ADMINISTRATION RECORD
MAIN PERIOD: 05/15/16-0701 to 05/16/16-0700

ROBERSP.DP
05/14/16-2030

| RX # | MEDICATION | | START | STOP | | |
|------|-----------|--|-------|------|--|--|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|-----------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|-----------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid   RUQ  Rt Upper Outer Quadrant   RLT  Rt Lateral Thigh   RDT  Rt Dorsal Thigh   RA  Rt Abd   RVG  Rt VentroGluteal
LD  Lt Deltoid   LUQ  Lt Upper Outer Quadrant   LLT  Lt Lateral Thigh   LDT  Lt Dorsal Thigh   LA  Lt Abd   LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32346629    Med Rec#: K000629604
Name: ████████████████ L
Phys: Oji, Greg M M.D.
Age: 2Y 07M    Sex: F  Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN    BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 4

```
RUN DATE: 05/14/16                 Willis Knighton South  **ADMISSIONS**                    PAGE 1
RUN TIME: 2145                  INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP
```

Name: ██████████ L                    DOB: 10/01/13   Age: 2Y 07M
Rm/Bd: K.E5514     Serv/Locn: PED      Status: IN      Sex: F
Unit#: K000629604   Account#: K32346629  EPI#: 000000001116206


                                                         Last Update/
                                                         Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

    Allergy1-Med/Contact:                                05/14/16 - 0436
    NKDA

    Allergy2-Med/Contact:                                05/14/16 - 0436
    NKDA

    Food Allergies-Intol:                                05/14/16 - 0436
    NKFA

    Latex Allergy (Y/N):                                 05/14/16 - 0436
    N


**Pharmacy Allergy List (Coded Allergies), historical data:**       05/14/16
    (Duplicate names represent coding within (3) categories:
    Ingredient, Generic and Class allergy codes.)

    NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

MEDICATION ADMINISTRATION RECORD
IN PERIOD: 05/14/16-____ to 05/15/16-0700

GEORGB.NS
05/14/16-1407

| RX # | MEDICATION | 14 | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|---|

******* ROUTINE MEDS *******

| K005535688 | ALBUTEROL SOLUTION 0.083% 3 ML UD  (None) | | 1400 05/14/16 | | | | |
| | (PROVENTIL U/D) | | | | | | |
| | ORD DR: Oji, Greg M.M.D. | | | | | | |
| | DOSE:  (UNIT DOSE(S))  INH  .Q3H  SCH | | | | | | |
| DOSE INSTR: AS DIRECTED | | | | | | | |
| COMMENTS: | | | | | | | |
| | (USE VIA INHALATION NEBULIZATION ONLY!) | | | | | | |

| K005535689 | ATROVENT 0.02% - 0.2 MG/ML UD INH.SOLN  (None) | | 1400 05/14/16 | 1600 05/15/16 | | | |
| | (ATROVENT 0.02%) | | | | | | |
| | ORD DR: Oji, Greg M M.D. | | | | | | |
| | DOSE:  (INHAL SOLN(S))  INH  .Q6H X 1 DAY  SCH | | | | | | |
| DOSE INSTR: 2.5 ML UNIT DOSE | | | | | | | |
| COMMENTS: | | | | | | | |
| | (USE VIA INHALATION NEBULIZATION ONLY!) | | | | | | |

| K005535690 | PREDNISOLONE 15 MG/5 ML 5MLUDC  (15 MG) | | 1430 05/14/16 | | 1430 *BM* | D/C'd | 0230 |
| | (ORAPRED U/D) | | | | | | |
| | ORD DR: Oji, Greg M M.D. | | | | | | |
| | DOSE: 15 MG=  (1 5ML UNIT DOSE CUP(S))  PO  Q12H  SCH | | | | | | |
| COMMENTS: (REFRIGERATE!) | | | | | | | |

| Solu Medrol  30mg IV X 1  Now | 5/14/16 | | | 1615 *BM* | |
| Solu Medrol  15mg IV Q 12° | 5/14/16 | | | | 0400 D.F/KK |
| Rocephin 700mg IV Q 24° | 5/14/16 | | | 1700 *BM* | |
| Mag Sulphate 650mg IV x 1 dose | 5/14/16 | | | 2000 D.T/KK | |

PIV: D5½ NS c̄ 20mEq KCl @ 55 cc/hr        1615 BM

LEGEND:
| RD  Rt Deltoid | RUQ  Rt Upper Outer Quadrant | RLT  Rt Lateral Thigh | RDT  Rt Dorsal Thigh | RA  Rt Abd | RVG  Rt VentroGluteal |
| LD  Lt Deltoid | LUQ  Lt Upper Outer Quadrant | LLT  Lt Lateral Thigh | LDT  Lt Dorsal Thigh | LA  Lt Abd | LVG  Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Becky George RN | BM | Kay Kelley RN KK | | Danni Thomas RN DT | | | |
| | | Kay Kelley RN | | Danni Thomas | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32346629    Med Rec#: K000629604
Name: _____ L
Phys:  Oji, Greg M.M.D.
Age: 2Y 07M    Sex: F  Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN    BSA: 0.55 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

PAGE 1



MEDICATION ADMINISTRATION RECORD
...N PERIOD: 05/14/16-...1 to 05/15/16-0700

THOMAC7.NS
05/14/16-0550

| RX # | MEDICATION | | | START | STOP | | | | |
|------|------------|---|---|-------|------|---|---|---|---|

####### ****** PRN MEDS ****** #######

K005535511  ACETAMINOPHEN 325 MG/10.15 ML UDC  (None)
          (TYLENOL)
   ORD DR: Denham, Sean C M.D.
     DOSE:  (UD CUP(S))  PO  .Q6H  PRN
DOSE INSTR: 200 MG (6.25 ML)
  COMMENTS: FOR TEMP > 100.4-F

          (DO NOT EXCEED 4,000 MG/24HRS!)

0500
05/14/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT. |
|------|------------------------------|-----------------|-----------------------|--------------------|--------------------------|------|-------|
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |

K005535513   DUONEB 3 ML UD INH.SOLN  (1.5 ML)
          (DUONEB)
   ORD DR: Denham, Sean C M.D.
     DOSE: 1.5 ML=   (0.5 UNIT DOSE(S))  INH  .Q1H  PRN
  COMMENTS: FOR WHEEZE
          (USE VIA INHALATION NEBULIZATION ONLY!)

0515
05/14/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT. |
|------|------------------------------|-----------------|-----------------------|--------------------|--------------------------|------|-------|
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |
|      |                              |                 |                       |                    |                          |      |       |

LEGEND:
RD  Rt Deltoid     RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid     LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
|           |       |           |       |           |       |           |       |
|           |       |           |       |           |       |           |       |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32346629   Med Rec#: K000629604
Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮ L
Phys: Oji, Greg M.D.
Age: 2Y 07M   Sex: F  Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN   BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 1



MEDICATION ADMINISTRATION RECORD

THOMAC7.NS

MAIN PERIOD: 05/14/16-0701 to 05/15/16-0700

⬤ 05/14/16-0550

| RX # | MEDICATION | | START | STOP | | |
|------|------------|--|-------|------|--|--|
| | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
| RD Rt Deltoid | RUQ Rt Upper Outer Quadrant | RLT Rt Lateral Thigh | RDT Rt Dorsal Thigh | RA Rt Abd | RVG Rt VentroGluteal |
| LD Lt Deltoid | LUQ Lt Upper Outer Quadrant | LLT Lt Lateral Thigh | LDT Lt Dorsal Thigh | LA Lt Abd | LVG Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|------|------|------|------|------|------|------|------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32346629   Med Rec#: K000629604
Name: ████████████L
Phys: Oji, Greg M M.D.
Age: 2Y 07M   Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN   BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 2

MEDICATION ADMINISTRATION RECORD
ADMIN PERIOD:  05/14/16-0701 to 05/15/16-0700

THOMAC7.NS
ADT 05/14/16-0550

| RX # | MEDICATION | | START | STOP | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid    RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT Rt Dorsal Thigh    RA Rt Abd    RVG  Rt VentroGluteal
LD Lt Deltoid    LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT Lt Dorsal Thigh    LA Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32346629    Med Rec#: K000629604
Name: ████████████ L
Phys: Oji, Greg M M.D.
Age: 2Y 07M    Sex: F    Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN    BSA: 0.55 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

PAGE 3



RUN DATE: 05/14/16  Willis Knighton South **ADMISSIONS**   PAGE 1
RUN TIME: 0430   INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: THOMAC7.NS

Name: ███████████ L    DOB: 10/01/13 Age: 2Y 07M
Rm/Bd: K.E5514  Serv/Locn: PED  Status: IN  Sex: F
Unit#: K000629604 Account#: K32346629 EPI#: 000000001116206

                      Last Update/
                      Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

 Allergy1-Med/Contact:          03/10/16 - 1338
 NKA

 Allergy2-Med/Contact:          03/10/16 - 1338
 NKA

 Food Allergies-Intol:          03/10/16 - 1338
 NKFA

 Latex Allergy (Y/N):          03/10/16 - 1338
 N

**Pharmacy Allergy List (Coded Allergies), historical data:**  05/14/16
 (Duplicate names represent coding within (3) categories:
 Ingredient, Generic and Class allergy codes.)

  NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

MEDICATION ADMINISTRATION RECORD
MAIN PERIOD: 05/13/16-0700 to 05/14/16-0700

THOMAC7.NS
05/14/16-0550

| RX # | MEDICATION | 14 | START | STOP | | | |
|------|-----------|-----|-------|------|--|--|--|

******* PRN MEDS *******

K005535511   ACETAMINOPHEN 325 MG/10.15 ML UDC  (None)
            (TYLENOL)
   ORD DR: Denham, Sean C M.D.
      DOSE:  (UD CUP(S)) PO .Q6H PRN
DOSE INSTR: 200 MG (6.25 ML)
   COMMENTS: FOR TEMP > 100.4-F

            (DO NOT EXCEED 4,000 MG/24HRS!)

START: 0500 05/14/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|----------------------|--------------------|-----------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K005535513   DUONEB 3 ML UD INH.SOLN  (1.5 ML)
            (DUONEB)
   ORD DR: Denham, Sean C M.D.
      DOSE: 1.5 ML=  (0.5 UNIT DOSE(S)) INH .Q1H PRN
COMMENTS: FOR WHEEZE
         (USE VIA INHALATION NEBULIZATION ONLY!)

START: 0515 05/14/16

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|----------------------|--------------------|-----------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid    RUQ Rt Upper Outer Quadrant   RLT Rt Lateral Thigh   RDT Rt Dorsal Thigh   RA Rt Abd   RVG Rt VentroGluteal
LD Lt Deltoid    LUQ Lt Upper Outer Quadrant   LLT Lt Lateral Thigh   LDT Lt Dorsal Thigh   LA Lt Abd   LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: X32346629   Med Rec#: K000629604
Name: ████████████ L
Phys: Oji, Greg M M.D.
Age: 2Y 07M   Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN   BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 1

14

MEDICATION ADMINISTRATION RECORD
GIVEN PERIOD: 05/13/16-0701 to 05/14/16-0700

THOMAC7.NS
05/14/16-0550

| RX # | MEDICATION | | | | START | STOP | | | | |
|------|------------|--|--|--|-------|------|--|--|--|--|
| | | | | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|------------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|------------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid        RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT  Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid        LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT  Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32346629    Med Rec#: K000629604
Name: _____ L
Phys: Oji, Greg M M.D.
Age: 2Y 07M    Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN   BSA: 0.55 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

PAGE 2

MEDICATION ADMINISTRATION RECORD
ADMIN PERIOD:  05/13/16-0701 to 05/14/16-0700

THOMAC7.NS
ADM 05/14/16-0550

| RX # | MEDICATION | | | START | STOP | | | | |
|------|------------|--|--|-------|------|--|--|--|--|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|------|------------------------------|-----------------|-----------------------|--------------------|-------------------------|------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD  Rt Deltoid       RUQ  Rt Upper Outer Quadrant    RLT  Rt Lateral Thigh    RDT Rt Dorsal Thigh    RA  Rt Abd    RVG  Rt VentroGluteal
LD  Lt Deltoid       LUQ  Lt Upper Outer Quadrant    LLT  Lt Lateral Thigh    LDT Lt Dorsal Thigh    LA  Lt Abd    LVG  Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA  71118

Acct#: K32346629    Med Rec#: K000629604
Name: ████████████ L
Phys:  Oji, Greg M M.D.
Age: 2Y 07M    Sex: F   Wgt: 29 lb 15.73 oz = 13.6 kg
Marital Status: SIN    BSA: 0.55 m2

Room/Bed: K.E5514-1
Adm Date: 05/14/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 3

RUN DATE: 05/14/16
RUN TIME: 0430            Willis Knighton South   **ADMISSIONS**                    PAGE 1
RUN USER: THOMAC7.NS      INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

Name: ██████████████ L              DOB: 10/01/13    Age: 2Y 07M
Rm/Bd: K.E5514      Serv/Locn: PED   Status: IN       Sex: F
Unit#: K000629604   Account#: K32346629   EPI#: 000000001116206

                                                              Last Update/
                                                              Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

   Allergy1-Med/Contact:                                03/10/16 - 1338
   NKA

   Allergy2-Med/Contact:                                03/10/16 - 1338
   NKA

   Food Allergies-Intol:                                03/10/16 - 1338
   NKFA

   Latex Allergy (Y/N):                                 03/10/16 - 1338
   N

**Pharmacy Allergy List (Coded Allergies), historical data:**              05/14/16
   (Duplicate names represent coding within (3) categories:
   Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record**

 

```
RUN DATE: 05/15/16          Willis Knighton South  **ADMISSIONS**                    PAGE 1
RUN TIME: 2341              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP
```

Name: ███████████ L              DOB: 10/01/13    Age: 2Y 07M
Rm/Bd: K.E5514      Serv/Locn: PED      Status: IN      Sex: F
Unit#: K000629604   Account#: K32346629  EPI#: 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

Allergy1-Med/Contact:                                    05/14/16 - 0436
NKDA

Allergy2-Med/Contact:                                    05/14/16 - 0436
NKDA

Food Allergies-Intol:                                    05/14/16 - 0436
NKFA

Latex Allergy (Y/N):                                     05/14/16 - 0436
N


**Pharmacy Allergy List (Coded Allergies), historical data:**       05/15/16
  (Duplicate names represent coding within (3) categories:
   Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record

```
RUN DATE: 05/14/16        Willis-Knighton South Nursing **LIVE**              PAGE 1
RUN TIME: 0450              Home Medications NOT An Order
RUN USER: 0
```

**Home Medications NOT An Order**
**For Information/Comparison Only**

| ALBUTEROL | .5 UD | HHN | Q 4-6 HR PRN |

NOT AN ORDER

---

Name: ███████████ L
Acct#: K32346629
Room/Bed: K.E5514-1
DOB: 10/01/13    Age: 2Y 07M   Sex: F  Weight: 29

```
RUN DATE: 05/16/16        Willis-Knighton South Nursing **LIVE**                PAGE 1
RUN TIME: 1303                   PATIENT ASSESSMENT
RUN USER: TAYLOA1.NS
                            INTERDISC DISCHARGE - WKB/P/S
```

| | |
|---|---|
| Patient: ██████████ L | Age/Sex: 2Y 07M F |
| Account #: K32346629 | Unit #: K000629604 |
| Admit Date: 05/14/16 | Location: 5ES |
| Status: ADM IN | Room/Bed: K.E5514-1 |
| Attending: Oji, Greg M M.D. | |

Pt's Chief Complaint: COLD SYMPTOMS, WHEEZING, COUGHING
*Functional Level Prior To Admit: Assist/Supervision Other
        Expected Therapy/Outcome: RELIEF OF SYMPTOMS

Brief Summary Of Hospital Stay: RESP TREATMENTS, IV THERAPY, VITALS, MONITOR INTAKE AND
             : OUTPUT
             :
  Discharge Diag./Complications: ACUTE ASTHMA EXACERBATION, URI, S/P ACUTE RESP DISTRESS
                            ---DISCHARGE VITAL SIGNS---
Blood Pressure: 133/72   Heart Rate: 105 Resp. Rate: 26
Temp: 97.9   Type Of Temperature: Temporal
Heparin Lock Removed: NOT APPLICABLE              Telemetry Removed: NOT APPLICABLE

                            ---DISCHARGE FOLLOW UP---
Appt. With:                              Pt/Fam Make Appt In:
Appt. With:                              Pt/Fam Make Appt In:
Appt. With:                              Pt/Fam Make Appt In:
Appt. With:                              Pt/Fam Make Appt In:
Appt. With: PRIMARY PEDIATRICIAN IN 1 WEEK   Pt/Fam Make Appt In:
Referral To: *PT:N *OT:N *CR:N Hospice: N*SS: N *HH:N   *Diet Cnst:N *RT:N *ST:N

                            ---DISCHARGE ACTIVITY---
Functional Level On Discharge: Assist/Supervision Other
Resume Normal Activity: Y  Restricted Activity For:
   Restricted Activity:                              DOC:
   Hygiene Restrictions:
      Diet Restrictions: REGULAR DIET
                   ---TAKE HOME MEDICATIONS -----
     NAME/DOSE        |     TIMES    | SPECIAL INSTRUCTIONS
: ALBUTEROL 2.5 MG NEB EVERY 4-6 HOURS AS NEEDED FOR WHEEZE
: ORAPRED- GIVE 5 ML BY MOUTH EVERY 12 HOURS FOR 3 DAYS
:
:
:
:
:
:
:
:
:
:
:

                   ---TAKE HOME MEDICATIONS CONTINUED-----
     NAME/DOSE        |     TIMES    | SPECIAL INSTRUCTIONS
:
:
:
:
```

```
RUN DATE: 05/16/16          Willis-Knighton South Nursing **LIVE**              PAGE 2
RUN TIME: 1303                   PATIENT ASSESSMENT
RUN USER: TAYLOA1.NS

                           INTERDISC DISCHARGE - WKB/P/S
```

Patient: ████████████ L                         Age/Sex: 2Y 07M F
Account #: K32346629                             Unit #: K000629604
Admit Date: 05/14/16                             Location: 5ES
Status: ADM IN                                   Room/Bed: K.E5514-1
Attending: Oji, Greg M M.D.

Is Fall Risk Score 12 or higher (Ped) 3 or higher (Adult): Y

Verbalizes Understanding Of Discharge Instructions: Y
       Return Demonstration Of Discharge Instructions: Y
                Valuables Returned From Business Office: Nevertaken to Bus. office

Records Sent With Patient: N Records:
        Discharged Per: Wheelchair
         Discharged To: Parent/Guardian
Mode Of Transportation: Automobile
       Accompanied By: STAFF AND FAMILY

                     ---DISCHARGE SKIN ASSESSMENT---
I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temp/Character: Warm & Dry

Pressure Ulcer/Skin Impairment at Discharge: N If YES, list all location(s) and use the Skin
                                Description lookup and/or Free Text for EACH.
                            If >10 locations, document remaining in a Patient Note.

            LOCATION                    SKIN DESCRIPTION

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
            :SKIN CDI.
            :

```
RUN DATE: 05/16/16        Willis-Knighton South Nursing **LIVE**            PAGE 3
RUN TIME: 1303                   PATIENT ASSESSMENT
RUN USER: TAYLOA1.NS
                           INTERDISC DISCHARGE - WKB/P/S
```

```
Patient: ████████████████ L               Age/Sex: 2Y 07M F
Account #: K32346629                       Unit #: K000629604
Admit Date: 05/14/16                       Location: 5ES
Status: ADM IN                             Room/Bed: K.E5514-1
Attending: Oji, Greg M M.D.
```

-----BRADEN Q SCALE FOR PEDS (LESS THAN 18 YEARS OLD)-----

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Walks Frequently |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Probably Inadequate | Adequate | Excellent |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| FRICT/SHEAR | Problem | Potential Problem | No Apparent Problem |  |
| PERF/OXYGEN | Extremely Compromised | Compromised O2<95% cap>2sec | Adequate cap=2sec | Excellent O2>95% cap<2sec |

```
Sensory Perception: 4        - No Impairment
          Moisture: 4        - Rarely Moist
          Activity: 4        - Walks Frequently
          Mobility: 4        - No Limitation
         Nutrition: 4        - Excellent
     Friction/Shear: 4       -
 Total Braden Scale Score: 24
```

DISCHARGE MATERIALS AND INFORMATION GIVEN TO PT OR FAMILY

```
Discharge Material Given: DISCHARGE SUMMARY
Discharge Material Given: FOLLOW UP APPT
Discharge Material Given: PRESCRIPTION X 1 (ORAPRED)
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Cardiopulmonary Home Care Instructions Provided: N      Dialysis patient: N
```

Smoking can be hazardous to your health and those around you. ANYONE that smokes should stop for their health! Assistance to stop smoking is available by calling WK Quit (212-4450), the American Lung Association (800-LUNG-USA) or the American Cancer Society (800-QUIT-NOW).

**REMINDER TO PATIENT AND/OR FAMILY: Discard any previous medication lists and update your new medication list with any medication providers and/or pharmacies you use.

Heplock removed: Not Applicable            Is there an MD order to leave in place:

```
RUN DATE: 05/16/16        Willis-Knighton South Nursing **LIVE**           PAGE 4
RUN TIME: 1303                   PATIENT ASSESSMENT
RUN USER: TAYLOA1.NS         INTERDISC DISCHARGE - WKB/P/S
```

Patient: ██████████ L                          Age/Sex: 2Y 07M F
Account #: K32346629                            Unit #: K000629604
Admit Date: 05/14/16                            Location: 5ES
Status: ADM IN                                  Room/Bed: K.E5514-1
Attending: Oji, Greg M M.D.

Foley Catheter removed: Not Applicable          Is there an MD order to leave in place:
                                                Was catheter inserted on this admit:

PICC line removed: Not Applicable          Is there an MD order to leave in place:
  Is Home Health set up to care for PICC Line at home:
  Was PICC flushed and dressing changed according to policy:
  Were PICC Line Home Care Instructions given to patient:

If any other devices were left in place, describe:
               :

    *** PHYSICAL MEDICINE DISCHARGE NOTE ( when applic.) ***
:
:
:
    *** RESPIRATORY THERAPY DISCHARGE NOTE (when applic.) ***
:
:
    *** OTHER DISCIPLINE DISCHARGE NOTE (when applic.) ***
Department:
:
:

If pt. delivered baby while in hospital, enter Blood types:
PATIENT BLOOD TYPE :
Baby 1 Type and RH:                    Baby 2 Type and RH:

Patient Or Family Signature:

Time Of Discharge:              Nurse Signature: AMBER TAYLOR RN

Date of Birth: 10/01/13 (Automatically defaults; do not change)

Occurred Date: 05/16/16                    Occurred Time: 1255
Monogram: AST   Initials: TAYLOA1.NS   Name: TAYLOR,AMBER S   Nurse Type: RN

## CRIB WAIVER

I, X _Jennifer Alexander_ , the parent of ████████ L██████ refuse to have my child in a crib. I understand that the purpose is to assure the safety of my child. I will not hold the hospital responsible for my decision to have my child placed in an adult bed.

I accept responsibility for my child's safety.

Time: _0XXX_

Date: _5/16/16_

Parent's Signature: X _Benjalih_

Witness: _Tammy Street RN_

| CRIB WAIVER (4016) | Acct.#: K32346629 | Room/Bed: K.E5514-1 |
|---|---|---|
| WILLIS-KNIGHTON SOUTH | Name: ████████ L | Adm.Date: 05/14/16 |
| 2510 BERT KOUNS INDUSTRIAL LOOP | Adm Phys: Oji, Greg M M.D. | Service: PED |
| SHREVEPORT, LOUISIANA  71118 | Age: 2Y 07M    Sex: F | Locn: 5ES |
| A NOT FOR PROFIT HOSPITAL | Marital Status: SINGLE | Fin Class: MA |
| SERVING THE ARK-LA-TEX SINCE 1925 | Allergies: NKA | |
| | NKA | |

Page 1 of 1

    

WILLIS-KNIGHTON HEALTH SYSTEM

## PEDIATRIC SECURITY INFORMATION SHEET

Dear Parent,

Welcome to Willis–Knighton Health System. Your child's safety is a priority at Willis–Knighton. You can help ensure your child's safety by following these important steps:

1. A responsible adult should be with a child 12 years or younger at all times.

2. Become familiar with hospital personnel. Employees handling your child wear galaxy blue scrubs, lab coat/pediatric theme jacket and a hospital badge with their picture on it. Please take time to notice whether the photo on the badge and the staff member's face are the same. If they are not, notify the nurse's station immediately!

3. Pediatric patients must have an identification band on the wrist or foot at all times.

4. All Pediatric Nursing staff wear:
   a. galaxy blue scrubs and lab jacket with pediatric theme
   b. a WKHS ID badge with their picture on it.

5. **Never leave your child alone or unsupervised in your room.** Also, keep your door to your room closed at all times.

6. Feel free to question anyone who comes into your room. Alert the nurse's station immediately, even if the person is dressed in hospital clothing or seems to have a good reason for being there.

7. Never allow your child to leave their room with a staff member unless your nurse introduces that staff member to you. We want you to accompany your child to special procedures that are done off the unit. The nurse will inform you of what procedures that you will not be allowed to be in with your child. Example: You may accompany your child to the outside doors of surgery but will not be allowed in surgery.

Willis–Knighton Health System is dedicated to keeping your child safe and secure. If you have any questions or concerns about our Pediatric Security Policy, please contact your nurse.

SIGNATURE: _____

WITNESS: _____

DATE/TIME: _____

IN981 Revised 12/08

Printed: 05/14/2016

10/01/2013     002Y 07M     F
Greg Oji
K32346629   05/14/2016   K.E5514 1

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

**1. Hospital Care Consent:** I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

**2. Authorizations for Release of Information:** The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

**3. Valuables:** I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

**4. Safety Code for Hospital:** Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

**5. Payment Guaranty and Assignment of Insurance Benefits:** I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date:  05/14/16
Admission Time: 0208

AM3349_1
Page 1 of 2


AM0005


L
10/01/13        2Y        F
Denham, Sean C M.D.
K32346629   05/14/16

   

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.
**I acknowledge that I have been informed of my rights and obligations as a patient.**

  

| _____ | _____ | _____ | _____ | _____ | _____ |
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |

Jennifer Alexander
Print Name _____   Print Name _____   Print Name

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority.

| _____ | _____ | _____ | _____ | _____ |
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date:  05/14/16
Admission Time:  0208
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13    2Y        F
Denham, Sean C M.D.
K32346629   05/14/16

    

# WILLIS-KNIGHTON MEDICAL CENTER
## SHREVEPORT, LA
### EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ██████████L          ACCT. NO:  K32302531

GUARANTOR: ALEXANDER,JENNIFER          NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS:  2247 LEGARDY STREET          ADDRESS:  2247 LEGARDY STREET
          SHREVEPORT,LA 71107                    SHREVEPORT,LA 71107

PHONE:   (318)210-3821          PHONE: (318)210-3821     RELATION: M

GUAR EMPLOYER:CHILD
ADDRESS:                       ARRIVED FROM:  C
                               ATTENDING PHYS:  Willis Jr, Fred Spence M.D.
                               ADMIT/OTHER PHYS:
PHONE:                         PRIM CARE PHYS: UNKNOWN

|  | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ██████████L | MEDICAID |
| SECONDARY INS: |  |  |  |  |
| TERTIARY INS: |  |  |  |  |
| FOURTH INS: |  |  |  |  |

ACCT NO: K32302531          DATE:  05/01/16          UNIT#: K000629604
ROOM:                       TIME:  1105             F/C:  MA
STATUS:  REG ER             SERV/LOC: ERS           SS#:  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

PATIENT: ██████████          BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET          AGE:   2Y
         SHREVEPORT,LA 71107          SEX:   F
                                      RACE     BLACK OR AFRICAN A
PHONE:  (318)210-3821                 RELIGION:  NO RELIGION
                                      MARITAL STAT:  SINGLE
COUNTY:  CADDO PARISH

EMPLOYER: JOHNSON'S CARE          PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS:  4038 MARRON PLACE        ADDRESS:  2247 LEGARDY STREET
          SHREVEPORT,LA 71109                SHREVEPORT,LA 71107
          (318)631-7714           PHONE: (318)210-3821     RELATION: M

COMMENTS:
REASON FOR VISIT: BREATHING DIFFICULTY          ADMIT CLERK: MONETT.AM
KNOWN DRUG ALLERGIES: NKDA



K32302531

*Physician Documentation*                                    *Willis Knighton South*

**Name: Aaliyah**⬛⬛⬛⬛⬛⬛
Age: 2 yrs Sex: Female DOB: 10/01/2013                MRN: 1116206
Arrival Date: 05/01/2016 Time: 11:05                 Account#: K32302531
**Bed 12**                                            Private MD: Allen, Scott

**HPI:**

05/01 This 2 years old African Am/Black Female presents to ED via Carried with complaints of **Breathing**    cs9
11:47 **Difficulty**.

11:47 The patient presents to the emergency department with rhinorrhea, wheezing. Onset: The    cs9
symptoms/episode began/occurred this morning. Associated signs and symptoms: Pertinent positives:
wheezing, Pertinent negatives: congestion, constipation, cough, diarrhea, fever, nasal discharge, seizure,
shortness of breath, vomiting. Modifying factors: The patient symptoms are alleviated by nothing, the patient
symptoms are aggravated by nothing. Treatment prior to arrival: albuterol nebulizer. The patient has
experienced a previous episode. The patient has not recently seen a physician.

**Historical:**
- **Allergies:** No known Allergies: No known drug Allergies;
- **Home Meds:**
   1. Albuterol Nebulizer Unknown as needed for Asthma
- **PMHx:** Asthma; Bronchitis; Ear infections
- **PSHx:** None

**Historical:**

11:33 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations    wb1
up to date, Last flu immunization: up to date. Social history: The patient lives at home with father the patient
is a minor.

11:47 History obtained from mother. The history from nurses notes was reviewed and confirmed.    cs9

**ROS:**

11:47 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned    cs9
below. **Constitutional:** Negative for coughing, fever, poor PO intake, SOB, vomiting **Eyes:** Negative for
injury, pain, redness, discharge, swelling, vision changes, vision loss **Neck:** Negative for injury, pain, and
swelling, **Cardiovascular:** Negative for chest pain and edema, **Abdomen/GI:** Negative for abdominal pain,
nausea, vomiting, diarrhea, constipation, hematochezia, hematemesis, melena, anorexia, dysphagia, injury,
and distension **Back:** Negative for injury, pain, deformity, and decreased ROM **GU:** Negative for injury,
bleeding, and swelling, **MS/Extremity:** Negative for injury, pain, swelling, and decreased ROM **Skin:**
Negative for injury, rash, discoloration, swelling, and lesions **Neuro:** Negative for seizure, and altered
mental status **Psych:** Behavior and affect appropriate for age. **ENT:** Positive for rhinorrhea, Negative for
difficulty handling secretions, difficulty swallowing, hoarseness, nasal discharge, nose bleed, sinus
congestion. **Respiratory:** Positive for wheezing, Negative for cough, hemoptysis, sputum production.

**Exam:**

11:47                                                        cs9

   **Head/Face:** Normocephalic, atraumatic.
   **Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
   Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no
   swelling, redness, or edema.
   **ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
   and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or
   evidence of obstruction, uvula midline. Mucous membranes moist, pink, and intact.
   **Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full
   range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
   abnormal lymphadenopathy noted by palpation in the neck or axilla
   **Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
   **Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal
   PMI, no JVD. No pulse deficits.
   **Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding,

*Physician Documentation Con't.*

rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, or rash. No evidence of cellulitis.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes and responses to physical exam, good muscle tone, easily consolable
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-toxic, afebrile.
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, symetrical, no use of accessory muscles, no grunting, no evidence of nasal flaring, no retractions, no shallow respirations, no splinting, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated. wheezing, that is mild, is heard diffusely, bronchial sounds, are not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 11:10 | | 153 | 32 | 97.8 | 96% | 13.15 kg / 28 lbs 16 oz | 38 in. (97 cm) | 0/10 | lmm |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 11:10 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | lmm |

**MDM:**

11:36 Patient medically screened.                                                                    sw2

11:48                                                                                                 cs9
   **Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient.
   **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

14:04 Differential Diagnosis viral infection, bacterial infection. URI, bronchitis, pneumonia, UTI, gastroenteritis,   sw2
   meningitis. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.
   **Data interpreted:** Pulse oximetry: normal.
   **Response to treatment:** the patient's symptoms have markedly improved after treatment.

| Order | | Status | Time | By | For |
|-------|---|--------|------|-----|-----|
| Rocephin 500 mg IM once | | Ordered | 05/01/16 11:48 | sw2 | sw2 |
| | | Administered | 05/01/16 12:05 | wb1 | |
| **Notes:** | | **Order Method:** Electronic | | | |
| | | | | | |
| 05/01/16 12:05 | **Administered:** Rocephin 500 mg IM in left vastus lateralis | | | | wb1 |
| 05/01/16 12:15 | **Follow Up:** Response: Tolerated well | | | | wb1 |

| Order | | Status | Time | By | For |
|-------|---|--------|------|-----|-----|
| DuoNeb 1 unit dose Inhalation once | | Ordered | 05/01/16 11:48 | sw2 | sw2 |
| | | Administered | 05/01/16 12:06 | wb1 | |

## *Physician Documentation Con't.*

| Notes: | | Order Method: Electronic | | | |
|---|---|---|---|---|---|
| 05/01/16 12:06 | **Administered:** DuoNeb 1 unit dose Inhalation | | | | wb1 |
| 05/01/16 13:16 | **Follow Up:** Response: Tolerated well | | | | wb1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| PrElone Liquid 0.5 tsp PO once | Ordered | 05/01/16 11:48 | sw2 | sw2 |
| | Administered | 05/01/16 12:06 | wb1 | |

| Notes: | | Order Method: Electronic | | | |
|---|---|---|---|---|---|
| 05/01/16 12:06 | **Administered:** PrElone Liquid 0.5 tsp PO | | | | wb1 |
| 05/01/16 12:15 | **Follow Up:** Response: Tolerated well | | | | wb1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 05/01/16 12:01 | sw2 | sw2 |
| | Completed | 05/01/16 12:11 | Sharon Beckham | |

| Notes: | | Order Method: Electronic | | |
|---|---|---|---|---|

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 05/01/16 12:01 | sw2 | sw2 |
| | Reviewed | 05/01/16 12:37 | Fred Willis | |

| Notes: Bed Name: 12 | Order Method: Electronic |
|---|---|
| | |

| **Interpretation:** Normal Except: NEGATIVE ACUTE. |
|---|
| **ER EXAM ROOM/BED: (OERDERRMBD):**   12 |
| **MODE OF TRANSPORTATION : (OERDTRANS):**   STRETCHER |
| **O2: (OEADO2):**   No |
| **REASON FOR EXAM: (OERDEXAM):**   Breathing Difficulty |

**Order Signatures:**

Willis, Fred. MD                          MD    sw2

**Disposition:**

11:48 This chart was scribed by Scott, Christian, Scribe. in the presence of Fred Willis MD.          cs9

14:04 Electronically signed by: FRED WILLIS JR MD. Disposition.          sw2

**Disposition:**

**05/01/16 12:37 Discharged to Home/Self Care. Impression: Bronchitis Acute, Bronchitis Asthmatic.**
- Condition is Stable.
- Discharge Instructions: Asthma, Childhood, Bronchitis.
- Prescriptions for
    Zithromax 100 mg/ 5 ml Oral Suspension for Reconstitution
      - take 7 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3.5 milliliters by oral route days 2,3,4,5;
21 milliliter.
    Prelone 15mg/5ml Oral Solution
      - take 0.5 teaspoonful by ORAL route once daily for 5 days; 1 QS.
- Follow up: Scott Allen; When: Tomorrow.

## *Physician Documentation Con't.*

- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | |
|---|---|---|---|
| Willis, Fred, MD | MD   sw2 | Beckham. Sharon, ED Tech | ED Tech   srb1 |
| Scott, Christian, Scribe | Scribe cs9 | Bright. Whitney. RN | RN   wb1 |

*Nurse's Notes*                                                                                   *Willis Knighton South*

**Name:** Aaliyah ▮▮▮▮▮▮▮▮▮                                       MRN: 1116206
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013                       **Account#:** K32302531
**Arrival Date:** 05/01 2016 **Time:** 11:05                              **Private MD:** Allen, Scott
**Bed** 12

## Presentation:

| 05/01 11:10 | Method of Arrival: Carried. | lmm |

11:10  Preferred language for medical communication is English. Presenting complaint: Mother states: pt has been  lmm
        wheezing and having breathing difficulty this am; reports no relief with nebulizer. Person Transporting:
        Parent. Transition of care: patient was not received from another setting of care.

11:12  Acuity: 3 - Urgent.                                                                                 lmm

## Triage Assessment:

11:10  **General:** Appears in no apparent distress, Behavior is cooperative. appropriate for age. **Pain:** level that is  lmm
        acceptable is 0 out of 10 on a pain scale. Faces, Legs. Activity. Cry, Consolability scale score is 0 out of 10.

**Historical:**                                                      **Screening:**
● **Allergies:** No known Allergies; No known drug        11:10 **Abuse screen:**                         lmm
Allergies;                                                           Denies threats or abuse. Denies injuries from
● **Home Meds:**                                                     another.
  1. Albuterol Nebulizer Unknown as needed for Asthma              **Patient fall risk assessment;**
                                                                    risks identified; is of toddler age, Intervention
● **PMHx:** Asthma; Bronchitis; Ear infections                      for positive screen: parent/caregiver holding
● **PSHx:** None                                                    child, teaching provided regarding fall risk,
**Historical:**                                                     with verbalized understanding.
                                                                    **Learning Barriers:**
11:33  Family history: No immediate family members  wb1             age barrier identified, caregiver ready and
        are acutely ill. Immunization history:                      willing to learn.
        Childhood immunizations up to date, Last flu                **Pedi Fall Risk**
        immunization: up to date. Social history: The               None Identified.
        patient lives at home with father the patient is            **Exposure risk/Travel Screening:**
        a minor.                                                    None identified.

11:47  History obtained from mother. The history  cs9
        from nurses notes was reviewed and
        confirmed.

## Assessment:

11:33  **Pain:** currently is 0 out of 10 on a pain scale. level that is acceptable is 0 out of 10 on a pain scale. Faces,  wb1
        Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well
        developed, well nourished, Behavior is cooperative, appropriate for age. mobility; ambulates without
        assistance. **Neuro:** Level of Consciousness is alert, awake. Oriented to person. **Cardiovascular:** Capillary
        refill < 3 seconds Heart tones S1 S2. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern
        is regular, symmetrical, Breath sounds are coarse bilaterally. **Gastrointestinal:** Bowel sounds present X 4
        quads. Reports normal bowel habits. **Genitourinary:** Reports normal urinary habits. **Dermatologic:** Skin is
        intact, is healthy with good turgor, Skin is dry, Skin is normal. **Musculoskeletal:** No deficits noted.

11:47  **General:** Pts mother reports cold symptoms and wheezing started this morning. Mom reports pt temp"it was  wb1
        100.1 this morning..

11:48  **EENT:** Nares with drainage noted bilaterally.                                                     sd4

## Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 11:10 | | 153 | 32 | 97.8 | 96% | 13.15 kg / 28 lbs 16 oz | 38 in. (97 cm) | 0/10 | lmm |

## Vitals:

*Nurse's Notes Con't*

11:10 Acuity: 3 - Urgent.                                                lmm
11:33 Body Mass Index = 13.98.                                          wb1

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 11:10 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | lmm |

**ED Course:**

11:05 Patient arrived in ED.                                            ms2
11:05 Patient moved to KIOSK.                                           ms2
11:10 Allen, Scott is Private Physician.                                lmm
11:10 Triage completed.                                                 lmm
11:13 Patient moved to Waiting.                                         lmm
11:30 Patient moved to 12.                                              sd4
11:33 Bright, Whitney, RN is Primary Nurse.                             wb1
11:33 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in   wb1
      reach. Patient has correct armband on for positive identification. Child being held by parent.
11:36 Willis, Fred, MD is Attending Physician.                          sw2
12:06 Critical Med Co-Sign: prelone 1/2 tsp, dosage verified by S.David, RN.   sd4
12:13 Patient moved to Radiology.                                       kn
12:13 Patient moved to 12.                                              kn
12:13 Chest 2 View *routine* Sent.                                      kn
12:37 Allen, Scott is Referral Physician.                               sw2

**Administered Medications:**

| Time | Drug & Dose *Dispen.ith & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|------------------------------------|--------|-------|------|--------------|------|----------|-------|
| 12:05 | Rocephin 500 mg | | IM | | | left vastus lateralis | | wb1 |
| 12:15 | Follow up: Response: Tolerated well | | | | | | | wb1 |
| 12:06 | DuoNeb 1 unit dose | | Inhalation | | | | | wb1 |
| 13:16 | Follow up: Response: Tolerated well | | | | | | | wb1 |
| 12:06 | PrElone Liquid 0.5 tsp | | PO | | | | | wb1 |
| 12:15 | Follow up: Response: Tolerated well | | | | | | | wb1 |

**Outcome:**

12:37 Discharge ordered by MD.                                         sw2
13:17 Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge   wb1
      instructions, follow up and referral plans, medication usage. Demonstrated understanding of instructions,
      medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge. No belongings
      were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of
      administered medications were addressed. **Oxygen use:** Oxygen use not applicable.
13:18 Electronic medical record closed.                                wb1

*Nurse's Notes Con't*

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Willis, Fred, MD | MD | sw2 | Scriptuser, MEDHOST | ms2 |
| David, Syndee, RN | RN | sd4 | Norris, Katie | kn |
| Scott, Christian, Scribe | Scribe cs9 | | Morrow, Latarsha, RN | RN  lmm |
| Bright, Whitney, RN | RN | wb1 | | |

```
WILLIS-KNIGHTON SOUTH                      EPI: 000000001116206
Account:  K32302531                        XR REPORT
Patient: ███████████████ L                 REG ER
Order Dr: Willis Jr, Fred Spence M.D.      DOB: 10/01/13
```

Final Report
Admitting Diagnosis: BREATHING DIFFICULTY
Reason For Exam: Breathing Difficulty Interpretive Location:   WKN
Procedure Date:  05/01/2016   Accession Number:  3172112
Procedure:  SXR - XR, chest 2 view CPT Code:  71020

IMPRESSION: No Acute Cardiopulmonary Disease.

RESULT:   PA AND LATERAL CHEST

Clinical Information: Breathing Difficulty

Comparison: 12/31/2015

Findings: Heart size and contour are within normal limits. The lungs are
clear of infiltrate, mass lesion, or effusion. No significant skeletal
abnormality is seen.

Electronically Signed by: JOSE MIGUEL ALBA M.D. on May  1 2016 12:25P

Willis Knighton PCI   **LIVE** (PCI: OE Database WKS)

                                                          1 of 1

```
RUN DATE: 0█/█1/16          ███llis Knighton █uth *ADMISSION█              PAGE 1
RUN TIME: 1117            INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: MONETT.AM
```

```
Name: █████████████████ L         DOB: 10/01/13    Age: 2Y 07M
Rm/Bd:                  Serv/Locn: ERS          Status: ER       Sex: F
Unit#: K000629604       Account#: K32302531     EPI#: 000000001116206
```

Last Update/
Acknowledgement:

### Interdisciplinary Assessment (Free Text), historical data:

Allergy1-Med/Contact:                                      03/10/16 - 1338
NKA

Allergy2-Med/Contact:                                      03/10/16 - 1338
NKA

Food Allergies-Intol:                                      03/10/16 - 1338
NKFA

Latex Allergy (Y/N):                                       03/10/16 - 1338
N

### Pharmacy Allergy List (Coded Allergies), historical data:          03/12/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

   NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record

```
                                          L
10/01/13   2Y 07M
Willis Jr, Fred Spe
K32302531              05/01/16
```



Willis Knighton South and Center for Women's Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

```
10/01/13   2Y 07M
Willis Jr, Fred Spe
K32302531              05/01/16
```

| Discharge Instructions for: | ███████████ L |
| Arrival Date: | 05/01/16 11:05 |
| Care Complete Time: | 05/01/16 12:37 |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Willis, Fred, MD
**Diagnosis:** Bronchitis Acute; Bronchitis Asthmatic

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Asthma, Childhood<br>Bronchitis | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Allen, Scott**<br>When: Tomorrow | Zithromax<br>Prelone |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

X _Aaliyah Henderson_ signature
**Aaliyah Henderson**
MRN # K000629604

_signature_
**ED Physician or Nurse**
_W BRIGHT_

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

## FOLLOW UP INSTRUCTIONS

Allen, Scott
When: Tomorrow

AALIYAH L
10/01/13    2Y 07M
Willis Jr, Fred Spe
K32302531              05/01/16

## PRESCRIPTIONS

Zithromax 100 mg/ 5 ml Oral Suspension for Reconstitution
Take 7 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3.5 milliliters by oral route days 2,3,4,5;
21 milliliter

Prelone 15mg/5ml Oral Solution
Take 0.5 teaspoonful by ORAL route once daily for 5 days; 1 QS

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

    

## ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 05/01/16
Admission Time: 1105

AM3349_1
Page 1 of 2

10/01/13    2Y    F
Willis Jr, Fred Spence M.D.
K32302531   05/01/16

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

I acknowledge that I have been informed of my rights and obligations as a patient.

| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |

Print Name: Jennifer Alexander          Print Name          Print Name

If Patient/Guarantor is unable to sign, I, _____ , do hereby state that I have been given the authority to sign for

_____ , either expressed or implied and that he or she is fully aware of this authority

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date:   05/01/16
Admission Time:   1105
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13      2Y      F
Willis Jr, Fred Spence M.D.
K32302531   05/01/16

   

Page 1373 of 1758

Printed 03/10/2016

**WILLIS-KNIGHTON HEALTH SYSTEM**

**FACESHEET**

| WILLIS-KNIGHTON SOUTH | | SHREVEPORT, LA |
|---|---|---|

| ADMITTING DIAGNOSIS: | Code |
|---|---|
| | |
| | |

| PRINCIPAL DIAGNOSIS: | |
|---|---|

| OTHER DIAGNOSES: | |
|---|---|
| | |
| | |
| | |
| | |

| OPERATIONS/OTHER PROCEDURES: | Date |
|---|---|
| | |
| | |

| DISCHARGE STATUS: | ☒ Routine  ☐ AMA  ☐ SNF/HRF  ☐ HHA  ☐ Expired  ☐ Autopsy  ☐ OTHER | LENGTH OF STAY 2 DAYS | Physician's Signature | Date |
|---|---|---|---|---|

| Account No. | K32120206 | Admission Date | 03/10/16 | PR | MEDITECH Unit Number | K000629604 |
|---|---|---|---|---|---|---|
| Room/Bed | K.E5509/1 | Admission Time | 1132 | ER | Subscriber Name | |
| Type | ADM IN | Location/Service | PED | | Subscriber DOB | |
| Last INP DATE | | Last Discharge Date | 11/05/15 | | Social Security Number | 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 |

3-19

| Name | [redacted] L | Date of Birth | 10/01/13 | Age | 2Y | Sex F |
|---|---|---|---|---|---|---|
| Street | 2247 LEGARDY STREET | Race | BLACK OR AFRICAN A | | | |
| City/State/Zip | SHREVEPORT,LA 71107 | Marital Status | SINGLE | | | |
| Home Phone | (318)210-3821 | Religion | NO RELIGION | | | |
| County | CADDO PARISH | | | | | |

| Name | CHILD | | Name | ALEXANDER,JENNIFER | |
|---|---|---|---|---|---|
| Street | | | Street | 2247 LEGARDY STREET | |
| City/State/Zip | | | City/State/Zip | SHREVEPORT,LA 71107 | |
| Phone | Occupation CHILD | | Phone | (318)210-3821 | Relationship: M |

| Name | ALEXANDER,JENNIFER | | Name | ALEXANDER,JENNIFER | |
|---|---|---|---|---|---|
| Street | 2247 LEGARDY STREET | | Street | 2247 LEGARDY STREET | |
| City/State/Zip | SHREVEPORT,LA 71107 | | City/State/Zip | SHREVEPORT,LA 71107 | |
| Phone | (318)210-3821 | SSN 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 | Phone | (318)210-3821 | Relationship: M |

| Name | JOHNSON'S CARE | | Accident Date | | Arrival Mode C |
|---|---|---|---|---|---|
| Street | 4038 MARRON PLACE | | Prim Care Phy | UNKNOWN | |
| City/State/Zip | SHREVEPORT,LA 71109 | | Attend. Phy | Tran, Sharon N M.D. | |
| Phone | (318)631-7714 | | Other Phys. | Tran, Sharon N M.D. | |

| LA HLTHCARE CONN LA ME | 1997286459512 | [redacted] L | MEDICAID |
|---|---|---|---|

Is this Patient Here for Pre-Op Testing:

Comment: **NONINJURY**

[redacted] Notice Given: **Y**    Date Notice Given: **09/23/14**

Reason for Visit: **ASTHMA EXACERBATION; URI**

Preferred Language: **ENGLISH**

Known Drug Allergies: **NKDA**

Admit Clerk: **SANDEH.AM**

MEDB Eligible:

Ethnicity: **NHILAT**

Patient Survey: **N**

 

**WK** WILLIS-KNIGHTON HEALTH SYSTEM

**Pediatric Hospitalist Progress Note** / *D/C Summary*

Date: 3/12/14   Time: _____   Name: _____

**Interval History:** Resting in ☐ bed ☐ chair ☑ crib   ☑ No new problems/complaints
☐ Other _feeding well_ _____ m RA

**Meds:** ☑ Reviewed   Remarks _____
☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone
**ROS:** ☐ 10 systems reviewed otherwise Negative   Positive: _____

**Interval Physical Exam:**
**Vitals:** temp 98.4  HR 117  RR 28  O2 sat 97 RA
**General:** ☑ Well-hydrated ☑ WN ☑ NAD ☑ Nontoxic ☐ Remarks _____
**HEENT:** ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat  ☐ PERRL  ☑ Conjunctiva clear
☑ No rhinorrhea/congestion ☐ Nasal flaring ☑ Tempanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal
☐ Remarks _____
**Neck:** ☑ Normal ☑ Supple ☑ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks _____
**Heart:** ☐ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks _____
**Lungs:** ☑ Normal ☑ CTA bil ☐ Unlabored   Air movement: ☑ Good ☐ Fair ☐ Poor ☐ Unlabored ☐ Rales ☐ Rhonchi
☐ Wheeze (end expiratory/inspiratory) ☐ Crackles ☐ Retractions ☐ Stridor ☐ Remarks _____
**Abdomen:** ☑ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____
**Extremities:** ☐ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ _____ Pulses
☐ Remarks _____
**Musculoskelatal:** ☐ Normal ☑ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____
**Skin:** ☐ Normal ☑ Warm/dry ☐ Rash ☐ Remarks _____
**Neuro:** ☑ Normal/nonfocal ☐ Warm/dry ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks _____

**Lab:** ☐ Reviewed ☐ Abnormals
Ca 9
Alb ___ AstAlt ___
Alk/Phos ___
T/Dbili ___

140 | 108 | 7
5.3 | 22 | 0.3 \ 105

Segs _____
Bands _____
Lymphs _____

Other: _CXR: none   viral resp panel: @ rhino/ent virus   Mycoplasma IgM @_

**Impression:** _2 y/o female c̄ viral illness,_
_URI, status asthmaticus – Resolved,_
_Resp Failure – Resolved. Doing well._
_Pt was placed in PICU Ar/night & required_
_Mag Sulfate × 3 doses & Vancomycin. She also_
_recvd IVF, IV steroids, Albuterol, Atrovent. She_
_improved quickly & was weaned off Vapo & titrate in C2NC. D/C home on PO steroids × 3d,_
_Vancomycin × 2d, Albuterol prn._
_Flu & PLIR. Discussed App & D/C & when to return_
_to ER p̄ plan c̄ grandmother at lepn._

**Plan:** ☑ See orders ☐ Continue medical management
☐ Recommendations per consultant/s: _____
☐ Follow labs ☑ O2, Respiratory Therapy
☑ Continue antibiotics, Day #3 _Vancomycin_
☐ Continue therapy/Rehab ☑ Nutrition support

_3/12/14  3pm_   _Spent >80 min on D/C_

**Physician Signature**   **Date/Time**
☑ Sharon Tran, M.D. (2944)   ☐ Greg Oji, M.D. (2977)

_D/C Dx: Resp Failure – resolved_
_Status Asthmaticus_
_Viral illness_

PN650_1
Devised 05/01/2015
Committee Approved 05/11/2015
Page 1 of 1

PN0005

10/01/13   2Y 05M
Tran, Sharon N M.D. K.E5514
K32120206          03/10/16

WILLIS-KNIGHTON HEALTH SYSTEM

## Pediatric Hospitalist History and Physical

**Patient Name:** _____  **Date:** 3/10/16  **Time:** _____

**PCP:** LSU  **Source of Information:** Mom

**Chief Complaint:** Wheezing, labored breathing

**History of Present Illness:**

2 y/o female c̄ PMH sig for asthma presented to WKS ER c̄ ▓▓▓▓▓, fever, labored breathing. Mom reports pt developed cough, runny nose, fever Tmax 100.3 at home yesterday. This morning, she began wheezing which was mildly alleviated by Alb nebs initially. However, symptoms/wheezing progressed, worsened & pt taken to ER then she developed labored breathing. In ER, pt tachypneic RR: 90s c̄ moderate retractions. She was admitted for further care.    øU/d ⊖↓ appetite, pū urine output

**Past Medical/Birth History:** ☐ Unremarkable ☐ Other Asthma, 1 preinie NICU stay 2x 27 weeks, stayed 100 days in LSU NICU.  c̄ intubation in NICU

**Past Surgical History:** ∅

**Allergies:** ☑ NKDA ☐ Other _____

**Immunizations:** ☑ UTD ☐ Other _____

**Family History:** ☑ Noncontributory ☐ Other _____

**Social History:** ☑ Lives at home with parents ☐ Attends school _____

☐ Other





Home meds: Albuterol prn

HP652 _ 1
Devised 05/04/2015
Page 1 of 3

HENDERSON, AALIYAH L
10/01/13   2Y 05M L
Tran, Sharon N M.D.   K.E5509
K32120206              03/10/16

WILLIS-KNIGHTON HEALTH SYSTEM

## Pediatric Hospitalist History and Physical continued

**General:** ☐ None ☑ Fever ☑ Decreased appetite/oral intake ☐ Decreased activity ☐ Fussy ☐ Other _____

**HEENT:** ☐ None ☐ Head injury ☐ Red/Swollen eyes ☐ Eye d/c ☑ Runny nose ☐ Congestion ☐ Earache ☐ Ear d/c
☐ Sore throat ☐ Other _____

**Cardiovascular:** ☑ None ☐ Cyanosis ☐ Chest pain _____

**Respiratory:** ☐ None ☑ Cough ☑ SOB ☑ Wheeze ☐ Other _____

**GI:** ☑ None ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ Abd pain ☐ Bloody stools ☐ Other _____

**Hematology:** ☑ None ☐ Easy bruising ☐ Epistaxis ☐ Other _____

**Neuro:** ☑ None ☐ Headache ☐ Syncope ☐ Seizures ☐ LOC ☐ Other _____

**GU:** ☑ None ☐ Decreased urine ☐ Dysuria ☐ Discharge ☐ Other _____

**Physical Exam:** 10 systems reviewed + otrwise ⊖

**Vitals:** Temp 98.4  HR 162  RR 92  O2 sat 96 m  Wt 12.7 kg

**General:** ☐ Well-hydrated ☐ WN ☐ NAD ☑ Nontoxic  Remarks 2Lpm NC
Mod - fever Resp distress

**HEENT:** ☑ Normocephalic atraumatic  ☐ Anterior fontanelle open & flat  ☑ PERRL  ☑ Conjunctiva clear
☐ No rhinorrhea/congestion ☐ Nasal flaring ☑ Tempanic membranes normal bil ☑ Nasal mucosa moist ☐ Pharynx normal
☑ Remarks Clear _____

**Neck:** ☑ Normal  ☑ Supple  ☐ No rigidity  ☐ Adenopathy  ☐ Masses  ☐ Jugular vein distention
☐ Remarks _____

**Heart:** ☐ Normal  ☑ S1S2  ☐ RRR  ☐ Murmur  ☐ Remarks  ⊕ subcostal retractions ⊕ tachypnea

**Lungs:** ☐ Normal ☐ CTA bil ☐ Unlabored  Air movement: ☐ good ☐ fair ☑ poor ☑ Wheeze (end expiratory/inspiratory) Diffuse

**Abdomen:** ☐ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____

**Extremities:** ☐ Normal  ☐ Cyanosis ☑ Capillary refill less than 2 seconds  ☐ Edema  ☐ _____ Pulses
☐ Remarks _____

**Musculoskeletal:** ☐ Normal ☑ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____

**Skin:** ☑ Normal  ☐ Rash  ☐ Remarks _____

**Neuro:** ☑ Normal/nonfocal ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks _____

**GU:** ☐ Normal male/female genitalia    Testes descended: ☐ Right ☐ Left
☐ Remarks _____

HP652 _ 2
Devised 05/04/2015
Page 2 of 3



HP0005

HENDERSON, AALIYAH L
10/01/13    2Y 05M    K.E5509
Tran, Sharon N M.D.   03/10/16
K32120206

WILLIS-KNIGHTON HEALTH SYSTEM

**Pediatric Hospitalist History and Physical continued**

**LAB:** ☐ Reviewed   ☐ Abnormals

Ca _9.2_
Alb _____ AstAlt _____
Alk/Phos _____
T/Dbili _____

143 | 112 | 8
4.9 | 22 | 0.50 < 14

P.V
10.5
39.6   8.6

Segs _84_
Bands _____
Lymphs _6_

☑ CXR _⊕ xxxxxxx infiltrate_     ☑ Cultures _Blood_

Other: _Flu/RSV ⊝        Mycoplasma IgM ⊕_

**Plan:**
☑ See orders   ☑ Continue medical management   ☑ Follow labs   ☑ O2 Respiratory Therapy
☑ IV Fluids   Discussed assessment & plan with ☐ Patient   ☑ Family
☑ IV antibiotics: _Rocephin, Zithromax_
☐ Consults: _____
☐ Remarks: _2 y/o female c̄ status asthmaticus, resp distress, URI/pneumonia,_
_Monitor closely. Will give_
_a continuos dose of Alb neb & then_
_scheduled nebs, Atrovent, IV steroids,_
_Mag sulfate x1, IVF & IV ABX._
_Monitor closely; Consider PICU transfer_
_if ⬛⬛⬛⬛ or no improvement._

Physician Signature        Date/Time   3/10/16  2 pm
☑ Sharon Tran, M.D.(2944)   ☐ Greg Oji, M.D. (2977)

HP0005



HENDERSON                    L
10/01/13   2Y 05M   K.E5509
Tran, Sharon N M.D.   03/10/16
K32120206

## Physician Documentation

**Willis Knighton South**

**Name:** Aaliyah ███████
**Age:** 2 years **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 03/10/2016 **Time:** 06:48
**Bed 8**

**MRN:** K000629604
**Account#:** K32130206
**Private MD:** Allen, Scott

### HPI:

03/10
07:29 This 2 years old African Am/Black Female presents to ED via Carried with complaints of **Wheezing > 1 Year**.    cs9

07:29 The patient presents to the emergency department with congestion, fever, with an emergency department    cs9
temperature of 99.0 degrees Fahrenheit, rhinorrhea, wheezing. Onset: The symptoms/episode
began/occurred yesterday. Associated signs and symptoms: Pertinent positives: congestion, fever, nasal
discharge, wheezing, Pertinent negatives: constipation, diarrhea, seizure, shortness of breath, vomiting.
Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by
nothing. Treatment prior to arrival: Motrin. The patient has experienced a previous episode. The patient has
not recently seen a physician.

### Historical:
- **Allergies:** No known drug Allergies;
- **Home Meds:**
    1. Albuterol Nebulizer as needed
    2. Albuterol Inhl as needed
- **PMHx:** Asthma
- **PSHx:** None

### Historical:

07:24 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations    dwp
up to date. Social history: The patient lives with mother.

07:37 History obtained from mother. The history from nurses notes was reviewed and confirmed.    cs9

### ROS:

07:37 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned    cs9
below. **Eyes:** Negative for injury, pain, redness, discharge, swelling, vision changes, vision loss **Neck:**
Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain and edema. **Abdomen/GI:**
Negative for abdominal pain, nausea, vomiting, diarrhea, constipation, hematochezia, hematemesis,
melena, anorexia, dysphagia, injury, and distension **Back:** Negative for injury, pain, deformity, and
decreased ROM **GU:** Negative for injury, bleeding, and swelling, **MS/Extremity:** Negative for injury, pain,
swelling, and decreased ROM **Skin:** Negative for injury, rash, discoloration, swelling, and lesions **Neuro:**
Negative for seizure, and altered mental status **Psych:** Behavior and affect appropriate for age.
**Constitutional:** Positive for fever, Negative for coughing, fatigue, fussiness, poor PO intake, shortness of
breath, vomiting. **ENT:** Positive for nasal discharge, rhinorrhea, sinus congestion, Negative for difficulty
handling secretions, difficulty swallowing, hoarseness, nose bleed, pulling at ears. **Respiratory:** Positive for
wheezing, Negative for cough, hemoptysis, shortness of breath.

### Exam:

07:37    cs9

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no
swelling, redness, or edema.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full
range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal
PMI, no JVD. No pulse deficits.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding,
rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.



## Physician Documentation Con't.

**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, or rash. No evidence of cellulitis.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes and responses to physical exam, good muscle tone, easily consolable
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-toxic, afebrile.
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: asymmetrical chest movement, is not seen, accessory muscle usage, is absent, grunting, is not present, nasal flaring, is not appreciated, intercostal retractions, that is moderate, shallow respirations, are not present, splinting, is not noted, tachypnea, that is mild, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, that are mild, are scattered, wheezing, that is mild, is heard diffusely, expiratory, bronchial sounds. are not appreciated.

11:07          cs9
**ENT:** External ear(s): are unremarkable, no erythema, no swelling, no pain with movement, Ear canal(s): are normal, clear, no cerumen impaction, no erythema, no purulent discharge, no swelling, TM's: bulging, is not appreciated, decreased mobility, is not appreciated, dullness, is not appreciated, erythema, that is mild, bilaterally, Nose: is normal, no drainage, no edema, no erythema, no septal hematoma, no swelling, Mouth: is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling.

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| 07:05 | | 174 | 38 | 99.0 | 96% on R/A | 12.7 kg / 28 lbs 0 oz (M) | | eb1 |
| 08:30 | | 188 | | | 98% on R/A | | | dwp |
| 08:44 | | | | | 94% | | | rbp |
| 08:59 | | | 36 Spontaneous | 99.4(T) | 94% on R/A | | | dwp |
| 08:59 | | | | | 93% | | | rbp |
| 09:11 | | | | 100.3(R) | | | | dwp |
| 09:14 | | | | | 99% on R/A | | | rbp |
| 09:29 | | | | | 94% on R/A | | | rbp |
| 09:35 | | 167 | | | 96% on R/A | | | rbp |
| 09:46 | | 171 | 38 | | 95% on R/A | | | rbp |
| 09:49 | | 184 | 42 | | | | | rbp |
| 09:59 | | | | | 100% | | | rbp |
| 09:59 | | 178 | 41 | | 95% on R/A | | | rbp |
| 10:28 | | 180 | 40 | | 96% on R/A | | | rbp |
| 10:30 | | | | 99.7(R) | | | | rbp |
| 10:59 | | 172 | | | 93% | | | rbp |
| 12:00 | | 174 | 39 | 99.4 | 95% on R/A | | | rbp |

### Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 06:56 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | eb1 |

**Name:** Aaliyah ⬛⬛⬛⬛⬛

MRN: K000629601
Account#: K32120206

Print Time: 3/10/2016 12:24:21          Page 2 of 9

## *Physician Documentation Con't.*

**MDM:**

07:33 Patient medically screened.                                                          ah

07:39                                                                                       cs9
   **Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient, order radiologic study(s), order laboratory test(s).
   **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for further work-up and treatment in the hospital.

10:28 I personally performed the services described in this documentation as scribed in my presence, and it is         ah
   both accurate and complete.
   **Physician consultation:** Dr. Sharon Tran MD regarding admission, patient's condition.
   **ED course:** Pt improved but continues to have increase wob. Will admit for continued care and further eval.

10:29                                                                                       ah
   **Data interpreted:** Pulse oximetry: Interpretation: acceptable.

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation every 15 minutes x2 | Ordered | 03/10/16 07:35 | dwp | ah |
| | Administered | 03/10/16 07:35 | dwp | |
| | Administered | 03/10/16 08:00 | dwp | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | Sign off: Haynes, Andrew, MD 03/10/16 07:36 | | | |

| | | | |
|---|---|---|---|
| 03/10/16 07:35 | **Administration:** DuoNeb 1 unit dose Inhalation | | dwp |
| 03/10/16 07:50 | Follow Up: Response: No Adverse Reaction; No audible wheezing noted | | dwp |
| 03/10/16 08:00 | **Administration:** DuoNeb 1 unit dose Inhalation | | dwp |
| 03/10/16 08:31 | Follow Up: Response: No Adverse Reaction; No nasal flaring and abdominal retractions noted at this time | | dwp |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Orapred 2 tsp PO once | Ordered | 03/10/16 07:36 | ah | ah |
| | Administered | 03/10/16 08:00 | dwp | |
| **Notes:** | **Order Method:** Electronic | | | |

| | | | |
|---|---|---|---|
| 03/10/16 08:00 | **Administration:** Orapred 2 tsp PO | | dwp |
| 03/10/16 08:31 | Follow Up: Response: No Adverse Reaction | | dwp |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 03/10/16 07:36 | ah | ah |
| | Completed | 03/10/16 08:05 | Pearson, David, RN | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest Xray Portable 1 View | Ordered | 03/10/16 07:36 | ah | ah |
| | Reviewed | 03/10/16 08:39 | Haynes, Andrew, MD | |
| **Notes:** Bed Name: 8 | **Order Method:** Electronic | | | |

  

## *Physician Documentation Con't.*

Interpretation: no acute process.

**SPECIFIC TIME TO BE DONE: (OERDSPECTI):** STAT

**ER EXAM ROOM/BED: (OERDERRMBD):** 8

**Is the patient able to bear weight? (OERDBEARWT):**

**Is the patient at risk for falls? (OERDFALLS):**

**MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER

**O2: (OEADO2):** No

**REASON FOR EXAM: (OERDEXAM):** Wheezing > 1 Year

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 03/10/16 09:03 | ah | ah |
| | Reviewed | 03/10/16 09:39 | Haynes, Andrew, MD | |
| Notes: | Order Method: Electronic | | | |

Interpretation: White Blood Cel 17.1; Hemoglobin 10.5; Hematocrit 34.6.

**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No

**Comments: (OEMICCOM):**

**Ordering Location:** ERNPC1.1

**Quantity 1:** 1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Blood Culture, Bacteria | Ordered | 03/10/16 09:03 | ah | ah |
| | In Process Unspecified | 03/10/16 09:03 | Dispatcher MedHost | |
| Notes: | Order Method: Electronic | | | |

**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No

**Source (OEMICbld):** Venipuncture

**Is patient allergic to Iodine/Betadine? (LBIODINE1); UI=Boolean; Shared=F; Required=T; Visible=T:**

**Quantity or Number of Units:** 1 unit

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chem 8 | Ordered | 03/10/16 09:03 | ah | ah |
| | Reviewed | 03/10/16 09:54 | Haynes, Andrew, MD | |
| Notes: | Order Method: Electronic | | | |

Interpretation: Glucose 114; Chloride 112; BUN 6.

**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No

**Comments: (OEMICCOM):**

**Ordering Location:** ERNPC1.1

**Quantity 1:** 1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Tylenol - Acetaminophen Suppository 180 mg PR once | Ordered | 03/10/16 09:10 | dwp | ah |
| | Administered | 03/10/16 09:10 | dwp | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Haynes, Andrew, MD 03/10/16 09:19 | | | |

# Physician Documentation Con't.

| 03/10/16 09:10 | Administration: Tylenol - Acetaminophen Suppository 180 mg PR | | dwp |

| 03/10/16 10:31 | Follow Up: Response: Temperature is decreased | | rbp |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| DuoNeb 1 unit dose Inhalation once | Ordered | 03/10/16 09:39 | ah | ah |
| | Administered | 03/10/16 09:52 | rbp | |
| Notes: | Order Method: Electronic | | | |

| 03/10/16 09:52 | Administration: DuoNeb 1 unit dose Inhalation | | rbp |

| 03/10/16 10:37 | Follow Up: Response: still retracting | | rbp |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| COLLECT SWAB | Ordered | 03/10/16 09:39 | ah | ah |
| | Completed | 03/10/16 09:52 | Pabalan, Renaida RN | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Influenza and RSV Panel by PCR | Ordered | 03/10/16 09:39 | ah | ah |
| | In Process Unspecified | 03/10/16 09:40 | Dispatcher MedHost | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Mycoplasma Rapid | Ordered | 03/10/16 10:43 | ah | ah |
| | In Process Unspecified | 03/10/16 10:43 | Dispatcher MedHost | |
| Notes: | Order Method: Electronic | | | |

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Rocephin 500 mg IVPB once | Ordered | 03/10/16 10:43 | ah | ah |
| | Administered | 03/10/16 11:58 | rbp | |
| Notes: | Order Method: Electronic | | | |

| 03/10/16 11:58 | Administration: Rocephin 500 mg IVPB in left hand over 60 mins | | rbp |

**Order Signatures:**

Haynes, Andrew, MD          MD    ah          Pearson, David, RN          RN    dwp

**Disposition:**
07:39 This chart was scribed by Scott, Christian, Scribe. In the presence of Andrew Haynes MD.          cs9
10:28 Electronically signed by: Andrew Haynes M.D. Disposition.          ah

**Disposition:**

**03/10/16 10:29 Admit ordered for Tran, Sharon. Preliminary diagnosis are Asthma with Acute Exacerbation,**

Name: Aaliyah[redacted]

MRN: K000629604
Account#: K32120206



## *Physician Documentation Con't.*

**Upper Respiratory Infection (URI).**
- Bed requested for Specific Bed.
- Condition is Good.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | | Pearson, David, RN | RN | dwp |
| Haynes, Andrew, MD | MD | ah | | Bentrup, Edward, RN | RN | eb1 |
| Pabalan, Renaida, RN | RN | rbp | | Dickson, Angela, ED Tech | ED Tech | ajd |
| Scott, Christian, Scribe | | Scribe | cs9 | | | |

**Corrections:**

10:35 07:39 ~~Data reviewed: vital signs, nurses notes, and as a result, I will continue to observe the patient, order radiologic study(s).~~ cs9  cs9

10:35 07:39 ~~Counseling: I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.~~ cs9  cs9

11:08 07:37 ~~Head/Face: Normocephalic, atraumatic. Eyes: Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema. ENT: Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction, uvula midline. Mucous membranes moist, pink, and intact. Neck: Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla Chest/axilla: Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness. Cardiovascular: Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits. Abdomen/GI: Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. Back: No spinal tenderness. No costovertebral tenderness. Full range of motion. Skin: Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, or rash. No evidence of cellulitis. MS/ Extremity: Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion. Neuro: Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes and responses to physical exam, good muscle tone, easily consolable Psych: Behavior, mood, response, and affect are appropriate for age.~~ cs9  cs9

## Nurse's Notes

**Willis Knighton South**

Name: Aaliyah ▓▓▓▓▓▓▓▓
Age: 2 years Sex: Female DOB: 10/01/2013
Arrival Date: 03/10/2016 Time: 06:48
Bed 8

MRN: K000629604
Account#: K32120206
Private MD: Allen, Scott

### Presentation:

03/10
06:56 Method of Arrival: Carried.                                                         eb1

06:56 Preferred language for medical communication is English. Presenting complaint: Mother states: child is    eb1
congested and wheezing. sx started yesterday. Fever yesterday. Person Transporting: Parent. Transition of
care: patient was not received from another setting of care. Care prior to arrival: Medications: Advil.

07:00 Acuity: 3 - Urgent.                                                                 eb1

### Triage Assessment:

06:56 **General:** Appears well developed, well nourished, slender, Behavior is cooperative, appropriate for age,    eb1
quiet, mobility; ambulates without assistance Reports fever for 12-24 hours, feeling ill for 12-24 hours. **Pain:**
currently is 10 out of 10 on a pain scale. at worst was 10 out of 10 on a pain scale. level that is acceptable is
0 out of 10 on a pain scale. Pain began 1 day ago Alleviated by medications, Noted to be crying, grimacing,
moaning, Also complains of Current management is partially effective.

### Historical:
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
  2. Albuterol Inhl as needed
- **PMHx:** Asthma
- **PSHx:** None

### Historical:

07:24 Family history: No immediate family members dwp
are acutely ill. Immunization history:
Childhood immunizations up to date. Social
history: The patient lives with mother.

07:37 History obtained from mother. The history    cs9
from nurses notes was reviewed and
confirmed.

### Screening:

06:56 **Abuse screen:**                          eb1
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention
for positive screen: parent/caregiver holding
child, teaching provided regarding fall risk,
with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and
willing to learn, prefers oral and written
instructions.
**Pedi Fall Risk**
None Identified Total Pediatric Fall Risk
Score: 0 - 1 points = Low Risk for Falls.
**Exposure risk/Travel Screening:**
None Identified. Has not been out of the
country.

### Assessment:

07:24 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale    dwp
score is 5 out of 10. **General:** Appears well developed, well nourished, well groomed, uncomfortable,
Behavior is cooperative. **Neuro:** Level of Consciousness is lethargic. **Respiratory:** Respiratory effort is
even, unlabored, with nasal flaring, with retractions, Respiratory pattern is symmetrical, tachypnea audible
wheezing heard Breath sounds with wheezes upon inhalation, upon exhalation, bilaterally.
**Gastrointestinal:** other retractions noted. **Musculoskeletal:** Range of motion intact in all extremities.

08:48 **Neuro:** Pt appears lethargic, ERMD notified.                                      dwp

08:49 **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, no audible    dwp
wheezing noted at this time.

09:51 **Respiratory:** Respiratory effort is with nasal flaring, with retractions, Respiratory pattern is tachypnea    rbp
patient keeps on sneezing while awake.

10:27 **Respiratory:** Breath sounds with rhonchi in left posterior lower lobe and right posterior lower lobe.    rbp

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
|      |     |       |      |      |          |        |      |       |

Print Time: 3/10/2016 12:24:20          **\*\*\* CHART COMPLETE \*\*\***          Page 1 of 1

*Nurse's Notes Con't*

| Time | | | | | | | | Staff |
|------|---|---|---|---|---|---|---|------|
| 07:05 | | 174 | 38 | 99.0 | 96% on R/A | 12.7 kg / 28 lbs 0 oz (M) | | eb1 |
| 08:30 | | 188 | | | 98% on R/A | | | dwp |
| 08:44 | | | | | 94% | | | rbp |
| 08:59 | | | 36 Spontaneous | 99.4(T) | 94% on R/A | | | dwp |
| 08:59 | | | | | 93% | | | rbp |
| 09:11 | | | | 100.3(R) | | | | dwp |
| 09:14 | | | | | 99% on R/A | | | rbp |
| 09:29 | | | | | 94% on R/A | | | rbp |
| 09:35 | | 167 | | | 96% on R/A | | | rbp |
| 09:46 | | 171 | 38 | | 95% on R/A | | | rbp |
| 09:49 | | 184 | 42 | | | | | rbp |
| 09:59 | | | | | 100% | | | rbp |
| 09:59 | | 178 | 41 | | 95% on R/A | | | rbp |
| 10:28 | | 180 | 40 | | 96% on R/A | | | rbp |
| 10:30 | | | | 99.7(R) | | | | rbp |
| 10:59 | | 172 | | | 93% | | | rbp |
| 12:00 | | 174 | 39 | 99.4 | 95% on R/A | | | rbp |

**Vitals:**
06:56 Acuity: 3 - Urgent.                                                            eb1
07:24 Body Mass Index =                                                               dwp

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 06:56 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | eb1 |

**ED Course:**
06:48 Patient arrived in ED.                                                          ms2
06:48 Patient moved to KIOSK.                                                         ms2
06:56 Allen, Scott is Private Physician.                                              eb1
06:56 Triage completed.                                                              eb1
07:06 Patient moved to Waiting.                                                       eb1
07:11 Patient moved to 7.                                                             dwp
07:15 Patient moved to 8.                                                             dwp
07:17 Haynes, Andrew, MD is Attending Physician.                                      ah
07:24 Side rails up X 1. Bed in low position. Patient has correct armband on for positive identification. Adult with   dwp
       patient.
07:51 Patient moved to Radiology.                                                    mh4
07:51 Patient moved to 8.                                                             mh4
07:51 Chest Xray Portable 1 View Sent.                                               mh4
09:50 uncomfortable. ER nurse to see patient. ED physician to see patient, Andrew Haynes MD.   rbp
09:51 Pulse ox on. Non invasive blood pressure on. Bedside monitor alarms on and audible.      rbp
09:51 Influenza culture sent to lab.                                                 rbp

Name: Aaliyah████████

MRN: K000629604
Account#: K32120206

Print Time: 3/10/2016 12:24:20                                                       Page 2 of 4

## *Nurse's Notes Con't*

| | |
|---|---|
| 10:25 DR TRAN IS PAGED. | ajd |
| 10:27 Pabalan, Renaida, RN is Primary Nurse. | rbp |
| 10:29 Tran, Sharon, MD is Admitting Physician. | ah |
| 10:29 Waiting for Bed Assignment. | ah |
| 10:42 DR TRAN RETURNED CALL. | ajd |
| 11:13 Inserted saline lock IV, 22 gauge in left hand. | rbp |
| 11:51 Waiting for Bed Assignment. | ajd |
| 12:22 No procedures done that require assistance. | rbp |

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|
| 07:35 | DuoNeb 1 unit dose | Inhalation | | | | | dwp |
| 07:50 | Follow up: Response: No Adverse Reaction; No audible wheezing noted | | | | | | dwp |
| 08:00 | DuoNeb 1 unit dose | Inhalation | | | | | dwp |
| 08:31 | Follow up: Response: No Adverse Reaction; No nasal flaring and abdominal retractions noted at this time | | | | | | dwp |
| 08:00 | Orapred 2 tsp | PO | | | | | dwp |
| 08:31 | Follow up: Response: No Adverse Reaction | | | | | | dwp |
| 09:10 | Tylenol - Acetaminophen Suppository 180 mg | PR | | | | | dwp |
| 10:31 | Follow up: Response: Temperature is decreased | | | | | | rbp |
| 09:52 | DuoNeb 1 unit dose | Inhalation | | | | | rbp |
| 10:37 | Follow up: Response: still retracting | | | | | | rbp |
| 11:58 | Rocephin 500 mg | IVPB | | 60 mins | left hand | | rbp |

**Intake:**

**Outcome:**

| | |
|---|---|
| 10:29 Admit ordered by MD. | ah |
| 12:20 Moved to Floor Room # 502, accompanied by tech, via wheelchair, with chart, Report called to Valerie,RN, using the SBAR communication method. Instructed on admit to floor admission process Demonstrated understanding of instructions. No belongings were removed by WK staff. **Medication reconciliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | rbp |

**Signatures:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Pearson, David, RN | RN | dwp | Haynes, Andrew, MD | MD | ah |
| Bentrup, Edward, RN | RN | eb1 | Pabalan, Renaida, RN | RN | rbp |
| Scriptuser, MEDHOST | | ms2 | Dickson, Angela, ED Tech | ED Tech | ajd |
| Scott, Christian, Scribe | Scribe | cs9 | Harris, Mary | | mh4 |

**Corrections:**

| | |
|---|---|
| 08:48 ~~07:24 Neuro: Level of Consciousness is alert, awake, obeys commands, Oriented to person, place, time;~~ | ~~dwp~~ dwp |




**Willis Knighton South**

Name: Aaliyah █████████                              MRN: K000629604
Age: 2 years Sex: Female DOB: 10/01/2013              Account#: K32120206
Arrival Date: 03/10/2016 Arrival Time: 06:48

# EMERGENCY DEPARTMENT
## HOME MEDICATION RECONCILIATION

**Allergies:** No known drug Allergies

| | Home Medication | Route | Dose | Frequency | Last Dose |
|---|---|---|---|---|---|
| 1 | Albuterol | Nebulizer | | as needed | |
| 2 | Albuterol | Inhl | | as needed | |

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|
| 03/10 07:35 | DuoNeb 1 unit dose | Inhalation | | | | | dwp |
| 07:50 | Follow up: Response: No Adverse Reaction; No audible wheezing noted | | | | | | dwp |
| 08:00 | DuoNeb 1 unit dose | Inhalation | | | | | dwp |
| 08:31 | Follow up: Response: No Adverse Reaction; No nasal flaring and abdominal retractions noted at this time | | | | | | dwp |
| 08:00 | Orapred 2 tsp | PO | | | | | dwp |
| 08:31 | Follow up: Response: No Adverse Reaction | | | | | | dwp |
| 09:10 | Tylenol - Acetaminophen Suppository 180 mg | PR | | | | | dwp |
| 10:31 | Follow up: Response: Temperature is decreased | | | | | | rbp |
| 09:52 | DuoNeb 1 unit dose | Inhalation | | | | | rbp |
| 10:37 | Follow up: Response: still retracting | | | | | | rbp |
| 11:58 | Rocephin 500 mg | IVPB | | 60 mins | left hand | | rbp |

**Prescriptions:**

| Prescription | Custom Text |
|---|---|
| (Nothing entered) | |

**DISCHARGE INSTRUCTIONS**
Change Home Meds as Follows

_____

_____

ALL ORDERED MEDICATIONS MUST
BE WRITTEN ON HOSPITAL ORDER
SHEET.
THIS DOCUMENT *IS NOT*
A PHYSICIAN ORDER SHEET

```
RUN DATE: 03/12/16                Willis Knighton South *ADMISSIONS*                    PAGE 1
RUN TIME: 1011           Discharge Orders/Discharge Medication Reconciliation
RUN USER: COOKC4.NS
```

**WKHS PNEUMOCOCCAL Vaccine Protocol**
**PREVNAR 13 (Pneumococcal 13 Valent Vaccine)**
**Administer Year Round**

### Contraindications (Do NOT administer)
#### (Check all that apply)

☑ Patient does not meet vaccine indications below

☐ Patient has received Pneumovax (Pneumococcal 23 Valent) vaccine within the last year

☐ Patient has received Prevnar-13 (Pneumococcal) 13 Valent Vaccine

☐ Patient refused vaccine

☐ Known sensitivity to previous dose of pneumococcal vaccine

☐ Known sensitivity to Diptheria Toxoid containing vaccines

### Indications (Check all that apply)

☐ 65 years of age or older AND none of the contraindications above

☐ 65 years of age or older, pneumococcal vaccination status unknown AND none of the contraindications above

### If NO Contraindications
Administer Prevnar-13 (Pneumococcal 13 Valent Vaccine)

☐ 0.5 mL IM

Lot Number: _____     Manufacturer: _____

Date on vaccine information sheet: _____  Vaccine Information Sheet (VIS) given to patient: YES   NO

Patient vaccine consent: _____
                              Patient Signature

**\*Document administration of vaccine on patient's MAR**

Cassandra Polland _____ 3/12/16 @ 1542     Cassandra Polland RN
Assessment completed by:        Date / Time                    Printed Name

Clarification (by Pharmacy) of Prevnar-13 (Pneumococcal 13 Valent Vaccine order);
☐ The patient has received Pneumovax (Pneumococcal 23 Valent) in the last year. Do NOT administer
☐ The patient has previously received Prevnar-13 (Pneumococcal 13 Valent). Do NOT administer

_____  _____        _____
Assessment clarification completed by:  Date / Time              Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore
does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and
Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

**THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD**



```
Name: ████████████ L
Acct#: K32120206
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F  Weight: 27
```

```
RUN DATE: 03/12/16                    Willis Knighton South *ADMISSIONS*                        PAGE 2
RUN TIME: 1011                   Discharge Orders/Discharge Medication Reconciliation
RUN USER: COOKC4.NS
```

WKHS Adult Influenza Vaccine Protocol
INFLUENZA Vaccine [Quadrivalent Inactivated (killed)]
Administer September - March
**Contraindications (Do NOT administer)**
(Check all that apply)

☑ Patient under age 18 years of age

☐ Vaccine not required (April - August)

☐ Patient previously immunized this flu season

☐ Patient refused vaccine

☐ History of serious reaction to vaccine

☐ History of allergy to eggs

☐ History of Guillain-Barre Syndrome

---

**Indications**
(Check all that apply)

☐ 18 years of age or older AND none of the contraindications above

---

**If NO Contraindications**
Administer Influenza (Quadrivalent) Vaccine

☐ 0.5 mL IM

Influenza vaccine given

Lot number: _____       Manufacturer: _____

Date on vaccine information sheet: _____   Vaccine Information Sheet (VIS) given to patient:  YES   NO

Patient vaccine consent: _____
                                        Patient's Signature

*Document administration of vaccine on patient's MAR



Casandra Polland RN        3/12/16 @ 1542        Casandra Polland RN
Assessment completed by:            Date / Time              Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore
does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and
Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

**THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD**

---

Name: ███████ L
Acct#: K32120206
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27

```
RUN DATE: 03/12/16                 Willis Knighton South *ADMISSIONS*                    PAGE 3
RUN TIME: 1011               Discharge Orders/Discharge Medication Reconciliation
RUN USER: COOKC4.NS
```

Date of Discharge: _3/12/16_

Discharge patient to: _home_

     ☒ Home Health    ☐ Physical Therapy

Diagnosis: _Status Asthmaticus, viral illness, Resp Failure - Resolved_

Allergies: NKA
        NKA

Follow-up: _ē PUP in 1 week_

Diet: _Reg_

**Vaccine Protocol:**
☒ Follow Flu/Pneumonia Vaccine Protocol

**Activity:**
☐ Resume normal activity       ☐ Per physician instruction sheet
☐ No driving                ☐ No climbing stairs
☐ Other: _____    ☐ No lifting

**Hygiene Restrictions:**
☐ No restrictions          ☐ Sponge bath only
☐ Shower only             ☐ Other: _____
☐ Tub bath only

**IV Therapy:**
☐ discharge with saline lock in place
☐ discharge with PICC line in place
☐ discharge with central line in place
☐ discharge with port access needle in place

**Drainage devices:**
☐ discharge with urinary catheter in place

☐ discharge with _____ drain in place

☐ discharge with (other) _____ in place

OR     ☐ Complete NIHSS on discharge (WKP only)

2     ☐ See physician discharge sheet (attached)

_Noted C. Poland RN   3/12/16 @ 1559_

Name: HENDERSON ▮▮▮▮YAH L
Acct#: K32120206
Room/Bed: K.E5514-1
DOB: 10/01/13  Age: 2Y 05M  Sex: F  Weight: 27

```
RUN DATE: 03/12/16                    Willis Knighton South *ADMISSIONS*                         PAGE 4
RUN TIME: 1011              Discharge Orders/Discharge Medication Reconciliation
RUN USER: COOKC4.NS
```

**DISCHARGE MEDICATION RECONCILIATION**

Continue at home?                    ████████████████     HOSPITAL MEDICATIONS   ████████████████
Please circle

| | | | |
|---|---|---|---|
| (Yes)  No | ORAPRED U/D  (PREDNISOLONE) | PO | Q12H |
| | | 12mg (4ml) | (REFRIGERATE!) |

Change:  **X 3 days**

| Yes  (No) | XOPENEX 1.25  (LEVALBUTEROL) | INH | .Q4H |
|---|---|---|---|
| | | 0.63 MG | (USE VIA INHALATION NEBULIZATION ONLY!) |

Change:  **Albuterol 2.5 mg Nebs Q4-6 prn wheeze**

| (Yes)  No | ZITHROMAX  (AZITHROMYCIN) | PO | Q24H |
|---|---|---|---|
| | | 65 MG (3.25 ML) | GIVE 3.25 ML (65 MG) ONCE A DAY FOR 4 DAYS. |
| | | | (SHAKE WELL!)  (STORE AT ROOM TEMPERATURE!) |

Change:  **X 2 days    label for home use**

Continue at home?                    ████████████████     PRN MEDICATIONS   ████████████████
Please circle

| (Yes)  No | TYLENOL  (ACETAMINOPHEN) | PO | PRN .Q4H |
|---|---|---|---|
| | | 180MG (5.62ML) | PRN TEMP >/= 101 DEGRESS F. |
| | | | (DO NOT EXCEED 4,000 MG/24HRS!) |

Change:

| Yes  (No) | ZOFRAN (EQUIV)  (ONDANSETRON) | IV | PRN .Q4H |
|---|---|---|---|
| | | 2 MG | PRN NAUSEA, VOMITING |

Change:

**Noted C. Boland RN    3/12/16 @ 1558**

ADDITIONAL MEDICATONS (NEW MEDICATIONS)

| Name: ████████████ L |
|---|
| Acct#: K32120206 |
| Room/Bed: K.E5514-1 |
| DOB: 10/01/13  Age: 2Y 05M  Sex: F  Weight: 27 |

```
RUN DATE: 03/12/16                    Willis Knighton South *ADMISSIONS*                          PAGE 5
RUN TIME: 1011               Discharge Orders/Discharge Medication Reconciliation
RUN USER: COOKC4.NS
```

Physician Signature: _____   Date: 3/12/16   Time: 3pm
Signature certifies the above discharge order and discharge medications

Clarifications, if necessary

Noted C. Forward RN  3/12/16 @ 1559

Physician Signature: _____   Date: _____   Time: _____
    (Signature only needed if clarifications are noted)

Name: HENDERSON,AALIYAH L
Acct#: K32120206
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F  Weight: 27

```
RUN DATE: 03/12/16                Willis Knighton South *ADMISSIONS*              PAGE 6
RUN TIME: 1011              Discharge Orders/Discharge Medication Reconciliation
RUN USER: COOKC4.NS

                              Home Medications NOT An Order

████████████████████████  For Information/Comparison Only  ██████████████████████

ALBUTEROL                                                  ████████████████████

████████████████████████████████████  NOT AN ORDER  ████████████████████████████
```

Name: ████████████████ L
Acct#: K32120206
Room/Bed: K.E5514-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27

**WK** **WILLIS-KNIGHTON HEALTH SYSTEM**

| Date Ordered | Time Ordered | Orders | |
|---|---|---|---|
| 3/4/15 | 430 pm | A  D  Xygenox  Attached  to  Q4  Sctn 2444 | noted K Gilman 3/11/16 1800 |
| | | Noted C Pollard RN    3/11/16 @ 1632 | |
| 3/11/16 | 1800 | Discontinue  O/D Attrovent HHN.  Centrocera  T.O.V. Dr. Tran / K.Ell, RRT  3/11/16 1900 | |
| 3-11-16 | 2000 | S.Tran (2444)  3/11/16 2pm  Noted  Jessica Watson RN  (Jessica Watson RN) | |
| 3-11-16 | 2800 | 24° Chart Check  Jennie Watson RN | |

**Prohibited Abbreviation:**
IU
MgSO4
MS
MSO4
QD or qd

**Please Use:**
international unit
magnesium sulfate
morphine sulfate
morphine sulfate
daily

**Prohibited Abbreviation**
q.o.d. or QOD
U or u
Trailing zero (x.0 mg)
Lack of leading zero (.x mg)

**Please Use:**
every other day
unit
Never write a decimal point (X mg)
Always use a zero before a decimal point (O.x mg)

**Committee Approved Blank Order Form – Must be Hand Written**

PO193_1
Revised 07/25/2013
Committee Approved 07/31/2013
Page 1 of 1

PO0005



HENDERSON, AALIYAH L
10/01/13    2Y 05M    K.E5509
Tran, Sharon N M.D.    03/10/16
K32120206

2016

RUN DATE: 03/11/16                    Willis Knighton South *ADMISSIONS*                    PAGE 1
RUN TIME: 0926                  Transfer Orders/Transfer Medication Reconciliation
RUN USER: EVEREC.NS

Transfer To:   ☒ Medicine      ☐ Telemetry      ☐ Stepdown      ☒ ICU      ☐ Postpartum   *Peds Floor*

Diet: _____ *Reg* _____

Vital Signs: _____ *floor protocol* _____

Xrays (reason for exam) : _____

Labs : _____

Activity:   ☐ Ad lib   ☒ Bedrest with Bathroom Privileges   ☒ Up with Assist   ☒ Strict Bedrest

IV Therapy:

☒ Discontinue Central Line Device and Obtain PIV access prior to transfer
☒ Maintain Central Line Access

Continue:

☐ SCD's                          ☒ Urinary Catheter    or   ☐ Follow Houdini Protocol
☐ TEDS                                                           for catheter removal
☐ Foot pump

Additional Orders:

_____ *Keep SaTs ≥90 while awake, ≥88 while sleeping* _____
_____
_____
_____

                        TRANSFER MEDICATION RECONCILIATION

Continue on transfer ████████████████ **** HOSPITAL MEDICAT███████████████████ ***
Please circle

⊙ Yes   No   | ATROVENT 0.02%  (IPRATROPIUM BROMIDE 0.02%)        INH        .Q6H
            |                  2.5 ML UNIT DOSE
            |                                (USE VIA INHALATION NEBULIZATION ONLY))
Change:

Yes   ⊙ No  | KCL / D5W-0.45%NS  (KCL / D5W-0.45%NS)              IV        .CONTINUOUS INFUSION
            |                  45 ML/HR
Change:

Name: ████████████████ L          *FAXED*
Acct#: K32120206
Room/Bed: K.PICU1-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27





| | | | |
|---|---|---|---|
| RUN DATE: 03/11/16 | | | PAGE 2 |
| RUN TIME: 0926 | Willis Knighton South *ADMISSIONS* | | |
| RUN USER: EVEREC.NS | Transfer Orders/Transfer Medication Reconciliation | | |

| Yes **No** | SOLU MEDROL   (METHYLPREDNISOLONE) 15 MG (0.375 ML) | IVP | Q8H |
|---|---|---|---|

Change: _Orapred 12 mg PO Q12_

| Yes   No | XOPENEX 1.25   (LEVALBUTEROL) 0.63 MG (USE VIA INHALATION NEBULIZATION ONLY!) | INH | .Q2H |
|---|---|---|---|

Change: _Q3_      _noted 3/11/16_ _2055 3/11/16_

| **Yes**   No | ZITHROMAX   (AZITHROMYCIN) 65 MG (3.25 ML)   GIVE 3.25 ML (65 MG) ONCE A DAY FOR 4 DAYS. (SHAKE WELL!)   (STORE AT ROOM TEMPERATURE!) | PO | Q24H |
|---|---|---|---|

Change:

**Continue on transfer** ████████████ **** IV MEDICATI** ████████████ ****
**Please circle**

| Yes   **No** | MAGNESIUM SULFATE 50% 500 MG/ML 10MLVIAL   (650 MG)   RATE: 105.2 MLS/HR      FREQ: Q6H (MAGNESIUM SULFATE 50%) IN: D5W 25 ML BAG   (25 ML) (D5W) |
|---|---|

Change:

| Yes   **No** | CEFTRIAXONE 1 GM VIAL   (0.6 GM)      RATE: 50 MLS/HR      FREQ: Q24H (ROCEPHIN) IN: D5W 50 ML BAG   (50 ML) (D5W) |
|---|---|

Change:

**Continue on transfer** ████████████ **** PRN MEDICATI** ████████████ ****
**Please circle**

| **Yes**   No | TYLENOL   (ACETAMINOPHEN) 180MG (5.62ML)   PRN TEMP >/= 101 DEGREES F. (DO NOT EXCEED 4,000 MG/24HRS!) | PO | PRN .Q4H |
|---|---|---|---|

Change:

| Yes   **No** | TYLENOL   (ACETAMINOPHEN) 180MG   PRN TEMP >/= 101 DEGREES F. | R | PRN .Q4H |
|---|---|---|---|

Change:

| **Yes**   No | ZOFRAN (EQUIV)   (ONDANSETRON) 2 MG   PRN NAUSEA, VOMITING | IV | PRN .Q4H |
|---|---|---|---|

Name: HENDERSON ████████ L
Acct#: K32120206
Room/Bed: K_PICU1-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27

~~FAXED~~

_C. Everett RN 3/11/16 1040_

```
RUN DATE: 03/11/16              Willis Knighton South *ADMISSIONS*                    PAGE 3
RUN TIME: 0926           Transfer Orders/Transfer Medication Reconciliation
RUN USER: EVEREC.NS
```

Change:

ADDITIONAL MEDICATONS (NEW MEDICATIONS)

**FAXED**

Physician Signature: _____ SR  2944 _____   Date: 3/11/1× Time: 1·5 PM
Signature certifies the above transfer orders and transfer medications

Clarifications, If necessary

_____

_____

_____                Rivenux Rd 3/11/10 1040

Physician Signature: _____   Date: _____ Time: _____
        (Signature only needed if clarifications are noted)



```
Name: HENDERSON/_____ L
Acct#: K32120206
Room/Bed: K.PICU1-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27
```

**WILLIS-KNIGHTON HEALTH SYSTEM**

| Date Ordered | Time Ordered | Orders |
|---|---|---|
| 3/10/16 | 1815 | Reg diet if no significant resp. distress<br>TOV Dr Tran / DFauman, RN<br>S Freeman, RN |
| 3/10/16 | | DFauman, RN 1815<br>SFreeman, RN<br>S.T. NYY 3/11/16 10AM |
| 3/10/16 | 1920 | 24° Chart MMofy, RN |
| 3/10/16 | 2035 | Zofran 2mg IV Q4° PRN Nausea/Vomiting<br>Tylenol 180mg PO/PR Q4° PRN T≥101<br>TOV Read back Dr Tran / MMofy, RN<br>Note: MMofy, RN 3/10/16 2035 10AM<br>S.T. NYY 3/11/16<br>FAXED |
| 3/11/16 | 0920 | D/C Solumedrol , D/C IV fluids<br>D/C Rocephin<br>Omnicef 12 mg po Q 12 hrs<br>TOV Dr Tran / C. Crowel, RN<br>S.T. NYY  C Crowel, RN  3/11/16 0920<br>3/11/16 10AM<br>FAXED |

**Prohibited Abbreviation:**
IU
MgS04
MS
MS04
QD or qd

**Please Use:**
International unit
magnesium sulfate
morphine sulfate
morphine sulfate
daily

**Prohibited Abbreviation**
q.o.d. or QOD
U or u
Trailing zero (x.0 mg)
Lack of leading zero (.x mg)

**Please Use:**
every other day
unit
Never write a decimal point (X mg)
Always use a zero before a decimal point (O.x mg)

**Committee Approved Blank Order Form – Must be Hand Written**

 

HENDERSON, L
10/01/13   2Y 05M
Tran, Sharon N M.D. K.E5509
K32120206        03/10/16

Printed: 03/10/2016


WILLIS-KNIGHTON HEALTH SYSTEM

| Date Ordered | Time Ordered | Orders |
|---|---|---|
| 3/10/16 | 1250 | ✓ Albuterol 2.5 mg HHN Q2⁰ 1st Dose Now ⟩ _____ 3/10/16 1300 |
|  |  | Atrovent 1 unit Dose HHN Q6⁰ |
|  |  | ✓ Solumedrol 15 mg IV Q12⁰ |
|  |  | ✓ Zithromax 130 mg IV X 1 Dose Now , then, |
|  |  | 65 mg PO Q24⁰ X 4 days |
|  |  | • ✓ Keep O2 sAt >90% _____ 3/10/16 1300 |
|  |  | Tov Dr Tran \ Valarie Vann RN _____ 2/4/16 ✗ED |
|  |  | APR 06 2016 |
|  |  | Noted Valarie Vann RN 3/10/16 1415 |
| 3/10/16 | 2pm | Cor monitor |
|  |  | Magnesium sulfate 650 mg IV over 15 min STAT |
|  |  | Solumedrol 15 mg IV 68 _____ 2944 |
|  |  | Home Resp panel |
|  |  | ✓ Albuterol 5mg neb continue __ atc / hour X 1 _____ 1410 |
|  |  | Noted Valarie Vann RN 3/10/16 1415 |
| 3/10/16 | 1800 | 1.25 mg xopenex Q2H |
|  |  | Tov. Dr. Tran / Kittinger |
| 3/10/16 | 1800 | Brademan, RN 1800 |
|  |  | S. Frdeman, RN _____ 2944 3/11/16 |

| Prohibited Abbreviation: | Please Use: | Prohibited Abbreviation | Please Use: |
|---|---|---|---|
| IU | International unit | q.o.d. or QOD | every other day |
| MgSO4 | magnesium sulfate | U or u | unit |
| MS | morphine sulfate | Trailing zero (x.0 mg) | Never write a decimal point (X mg) |
| MS04 | morphine sulfate | Lack of leading zero (.x mg) | Always write a zero before a decimal point (O.x mg) |
| QD or qd | daily |  |  |

**Committee Approved Blank Order Form – Must be Hand Written**



10/01/13   2Y 05M    L
Tran, Sharon N M.D. K.E5509
K32120206          03/10/16

PO0005

Printed: 03/10/2016

PO193_1
Revised 07/25/2013
Committee Approved 07/31/2013
Page 1 of 1

RUN DATE: 03/10/16                Willis Knighton South *ADMISSIONS*                        PAGE 1
RUN TIME: 1550            Transfer Orders/Transfer Medication Reconciliation
RUN USER: FRAZIR.NS

Transfer To: ☐ Medicine   ☒ Telemetry   ☐ Stepdown   ☒ ICU _PICU_   ☐ Postpartum

Diet: _____

Vital Signs: _PICU protcl_

Xrays (reason for exam): ✓ _CXR~~for app~~ upon arrival to PICU IC_

Labs: _BMP, Mag, Phos in am IC_

Activity: ☐ Ad lib   ☒ Bedrest with Bathroom Privileges   ☒ Up with Assist   ☒ Strict Bedrest

IV Therapy:
☒ Discontinue Central Line Device and Obtain PIV access prior to transfer
☒ Maintain Central Line Access

**FAXED**

Continue:
☒ SCD's              ☒ Urinary Catheter   or   ☒ Follow Houdini Protocol
☒ TEDS                                           for catheter removal
☒ Foot pump

Additional Orders:
_____
_____
_____
_____
_____

TRANSFER MEDICATION RECONCILIATION

Continue on transfer ███████████████ ***  HOSPITAL MEDICATI███  ***
Please circle

(Yes)  No    ATROVENT 0.02%  (IPRATROPIUM BROMIDE 0.02%)            INH          .Q6H
                           2.5 ML UNIT DOSE
                                           (USE VIA INHALATION NEBULIZATION ONLY!)
Change:

(Yes)  No    KCL / D5W-0.45%NS  (KCL / D5W-0.45%NS)                IV          .CONTINUOUS INFUSION
                           45 ML/HR
Change:

Name: ████████████████ L
Acct#: K32120206
Room/Bed: K.E5502-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27

3/10/16 DFreeman, RN 1800
SFreeman, RN

RUN DATE: 03/10/16                         Willis Knighton South *ADMISSIONS*                                PAGE 2
RUN TIME: 1550                     Transfer Orders/Transfer Medication Reconciliation
RUN USER: FRAZIR.NS

| Yes | No | | | | | |
|-----|----|--|--|--|--|--|
| | (No) | PROVENTIL U/D   (ALBUTEROL SOLUTION 0.083%) | AS DIRECTED | INH | .Q2H | |
| | | | | (USE VIA INHALATION NEBULIZATION ONLY!) | | |

Change:  ✓ Xopenex  0.63 mg neb Q2 10

| (Yes) | No | SOLU MEDROL   (METHYLPREDNISOLONE) | 15 MG (0.375 ML) | IVP | Q8H |

Change:

| (Yes) | No | ZITHROMAX   (AZITHROMYCIN) | 65 MG (3.25 ML) | GIVE 3.25 ML (65 MG) ONCE A DAY FOR 4 DAYS. | PO | Q24H |
| | | | | (SHAKE WELL!)  (STORE AT ROOM TEMPERATURE!) | | |

Change:

Continue on transfer ▓▓▓▓▓▓▓▓▓▓▓   **** IV MEDICATI ▓▓▓▓▓▓▓▓▓▓▓▓ ****
Please circle

| (Yes) | No | MAGNESIUM SULFATE 50% 500 MG/ML 10MLVIAL   (650 MG)   RATE: 105.2 MLS/HR   FREQ: .NOW STAT |
| | | (MAGNESIUM SULFATE 50%) |
| | | IN: D5W 25 ML BAG   (25 ML) |
| | | (D5W) |

Change:   Q6  x 3 doses   give over 15 min
Pt just Received dose, next dose 6hr from that dose

| (Yes) | No | CEFTRIAXONE 500 MG VIAL   (500 MG)   RATE: 50 MLS/HR   FREQ: Q24H |
| | | (ROCEPHIN) |
| | | IN: D5W (BAX) 50 ML MINIBAG   (50 ML) |
| | | (D5W (BAX)) |

Change:   600 mg  IV Q day  24°

ADDITIONAL MEDICATONS (NEW MEDICATIONS)

Place on vapotherm  10 Lpm  titrate & wean accordingly
Maintain O2 sat ≥90% while awake,  ≥88 while sleeping

▐▌▐▌▐▌▐▌▐▌▐▌▐▌  Name: ▓▓▓▓▓▓▓ L
Acct#: K32120206
Room/Bed: K.ES502-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27

3/10 ___ Freeman, RNR 1800
S Freeman, RN

FAXED

RUN DATE: 03/10/16
RUN TIME: 1550
RUN USER: FRAZIR.NS

Willis Knighton South *ADMISSIONS*
Transfer Orders/Transfer Medication Reconciliation

PAGE 3

Physician Signature: _____  Date: 3/10/16  Time: 4pm
Signature certifies the above transfer orders and transfer medications

Clarfications, If necessary

3/10/16 *Freeman*, RN
SFreeman, RN 1800

Physician Signature: _____  Date: _____  Time: _____
(Signature only needed if clarifications are noted)

Name: _____ L
Acct#: K32120206
Room/Bed: K.E5502-1
DOB: 10/01/13   Age: 2Y 05M   Sex: F   Weight: 27



*Admit DR Tran*

# Pediatrics Asthma Hospital Order

## Patient Information
Patient Name  *A. Henderson*

Date of birth _____

## Level of Service/Diagnosis
☒ Inpatient admission – d⨯ *Asthma Exacerbation ⊗ Wheezing*
☐ Observation

## Allergies
☒ No known allergies
☐ Known allergies (including food)_____

## Activity
☒ Ambulate
☐ Other _____

## Diet
☐ Diet, breast milk q 2-4 hr on demand ★
☐ Diet, infant/pediatric formula_____ q 3-4 hr
☐ Diet, regular
☐ NPO
✓ ☒ Other  *Regular* ✓

## Nursing
☐ Elevate HOB
☒ Measure intake and output q 12 hr (floor routine)
☐ Measure weight daily in Kg
☒ Pain Management Protocol, Infant
☐ Peripheral IV
☒ VS upon arrival, then q 4 hr (floor routine)
☐ Notify provider for_____
☐ Notify provider for_____
☐ Notify provider for_____
☐ Other_____

## Patient/Caregiver Education
☐ Education, nebulizer
☐ Education, upper airway suctioning
☐ Other_____

## Respiratory
### Asthma and Recurrent Wheezing Protocol
☐ albuterol (PROVENTIL)
☐ levalbuterol (XOPENEX) 0.31 milligram by nebulizer
✓ ☒ levalbuterol (XOPENEX) 0.63 milligram by nebulizer  *P Dadhania 3/10/16 12:15*
☐ levalbuterol (XOPENEX) 1.25 milligram by nebulizer
☐ Other_____

FAXED   *Nota Valarie Vann RN 3/10/15 1415*

PO3912_1
Revised 02/02/2015
Page 1 of 4

10/01/13   2Y 05M   L   *502*
Tran, Sharon N M.D.   K 23309
K32120206   03/10/16

HENDERSON_____L
10/01/13   2Y   F

K32120206   000000001116206

*502*

**WK** WELLS-KNIGHTON HEALTH SYSTEM

## Pediatrics Asthma Hospital Order cont.

### Patient Information

Patient Name _____

Date of birth _____

**IV Fluids** *DS ½ NS C̄ 45 cc/hr  c̄ 20 mg KCl/litre*

### Fever Protocol

**Antipyretics**

For any temperature greater than or equal to 101° Fahrenheit, start with:

Acetaminophen (Tylenol Elixir) (160 milligrams per teaspoon)

12–17 lbs or 5.5 – 7.9 kilograms, give 1/2 teaspoon PO every 4 hours PRN

18–23 lbs or 8 – 10.9 kilograms, give 3/4 teaspoon PO every 4 hours PRN

24–35 lbs or 11 – 15.9 kilograms, give 1 teaspoon PO every 4 hours PRN

36–47 lbs or 16 – 21.9 kilograms, give 1 1/2 teaspoon PO every 4 hours PRN

Greater than or equal to 48 lbs or 22 kilograms, give 2 teaspoon PO every 4 hours PRN

If unable to tolerate PO medication, give same dose as a suppository, rectally

For any temperature greater than 102.5° Fahrenheit **NOT RELIEVED BY TYLENOL**, start Ibuprofen

**Do NOT give to infants under 6 months of age unless specifically ordered by MD**

Ibuprofen (Motrin Elixir) (100 milligrams per teaspoon)

12–17 lbs or 5.5 – 7.9 kilograms, give 1/2 teaspoon PO every 6 hours PRN

18–23 lbs or 8 – 10.9 kilograms, give 3/4 teaspoon PO every 6 hours PRN

24–35 lbs or 11 – 15.9 kilograms, give 1 teaspoon PO every 6 hours PRN

36–47 lbs or 16 – 21.9 kilograms, give 1 1/2 teaspoon PO every 6 hours PRN

48–59 lbs or 22 – 26.9 kilograms, give 2 teaspoon PO every 6 hours PRN

60–71 lbs or 27 – 31.9 kilograms, give 2 1/2 teaspoon PO every 6 hours PRN

Greater than or equal to 72 lbs or 32 kilograms, give 3 teaspoon PO every 6 hours PRN

**If temperature remains greater than 102.5° Fahrenheit, alternate Tylenol with Motrin, giving Motrin 2 hours after the Tylenol.**

**Pharmacy may substitute oral tablets if requested by patient.**

### Medications

**Corticosteroids: inhaler**

☐ budesonide (PULMICORT) 0.25 mg/2 mL neb suspension 2 ml by nebulizer q 12 hr age less than or equal to 4 years

☐ budesonide (PULMICORT) 0.5 mg/2 mL neb suspension 2 ml by nebulizer q 12 hr age less than or equal to 11 years

☐ budesonide (PULMICORT) 1 mg/2 mL neb suspension 2 ml by nebulizer q 12 hr age greater than 11 years

☐ Other _____

**Corticosteroids: Systemic**

☐ prednisoLONE 0.5 mg/Kg PO b.i.d age less than or equal to 12 years; maximum 60 mg/day

☐ prednisone 40 mg PO daily age greater than 12 years

☒ methylPREDNISolone (SOLU–MEDROL) _12_ mg IV q _12_ hr

☐ Other _____

**Cough Preparations**

☐ ROBITUSSIN pediatric cough syrup LA _____ ml PO q 6 hr prn for cough

☐ ROBITUSSIN pediatric cough and cold syrup LA _____ ml PO q 6 hr prn for cough

☐ Other _____

*Noted Valerie Tanner RN 3/10/16 1415*



10/01/13   2Y  05M
Tran, Sharon N M.D.  K.E5509
K32120206          03/10/16

10/01/13   2Y   F

K32120206        000000001116206



**WILLIS-KNIGHTON HEALTH SYSTEM**

## Pediatrics Asthma Hospital Order cont.
## Patient Information
Patient Name _____
Date of birth _____

## Medications cont
### Leukotriene Receptor Antagonists
☐ montelukast (SINGULAIR) 4 mg PO daily, in the evening age 6 months to 5 years
☐ montelukast (SINGULAIR) 5 mg PO daily, in the evening age 6 to 14 years
☐ montelukast (SINGULAIR) 10 mg PO daily, in the evening age greater than or equal to 15 years
☐ Other _____

### Other Medications
○ Rocephin 500 mg IV q 24°   ✓ 1/85 hs Sam
NE EL

## Laboratory
### Chemistry
☐ Blood gas, capillary now
☐ Blood gas, venous now
☐ Blood urea nitrogen now
☐ Creatinine, serum now
☐ Glucose now

### Hematology
Bilirubin, total   ☐ now   ☐ in am
CBC w automated WBC differential   ☐ now   ☐ in am
☐ C-reactive protein now
☐ Other _____

### Microbiology
☐ Culture, blood now
☐ Culture, stool now
☐ Culture, urine now
☐ Influenza virus A and B, EIA now, by nasal swab
☐ RSV antigen now
☐ Rotavirus antigen now
☐ Other _____

### Panels
Basic metabolic panel   ☐ now   ☐ in am
Comprehensive metabolic panel   ☐ now   ☐ in am
Renal function panel   ☐ now   ☐ in am
☐ Other _____

### Urine Studies
Urinalysis screen w reflex microscopic now
☐ catheterized
☐ clean catch midstream
☐ pediatric urine collector
☐ Other _____

Noted Valerie Vann RN 3/10/16 1415

FAXED

HENDERSON,                    L
10/01/13    2Y 05M
Tran, Sharon N M.D. K.E5509
K32120206            03/10/16

10/01/13    2Y    F
K32120206            000000001116206

**WK** WILLIS-KNIGHTON HEALTH SYSTEM

## Pediatrics Asthma Hospital Order cont.

**Patient Information**

Patient Name_____

Date of birth_____

### Radiology
*X-ray*

☐ XR, chest 1 view now–reason for exam _____

☐ XR, chest 2 view now –reason for exam _____

☐ XR, kidney–ureter–bladder now –reason for exam _____

☐ Other _____

### Diagnostic Tests
*Pulmonology*

☐ Pulmonary Function Test, now

### Consults

☐ Care management consult

☐ Consult to_____

☐ Consult to_____

## Other

_____

_____

_____

_____

Physician signature                    Date/Time  3/10/16

Printed Name or Dictation #  Haynes MD            1030

 

Noted Valerie Vann RN 3/10/15 1415

FAXED

PO3912_4
Revised 02/02/2015
Committee Approved 02/10/2015
Page 4 of 4

HENDERSON, AALIYAH L
10/01/13     2Y 05M
Tran, Sharon N M.D. K.E5509
K32120206          03/10/16

**WK** WILLIS-KNIGHTON HEALTH SYSTEM          **Pediatric Hospitalist Progress Note**

Date: 3/11/16          Time: _____          Name: _____

**Interval History:** Resting in ☐ bed ☐ chair ☐ crib        ☑ No new problems/complaints
☐ Other _Doing better today_ _weaned off Vaponephrinn Nebulizer. labored breathing_
_Resolved_ _bronchitis improving_ _Tmax 101.4_

**Meds:** ☑ Reviewed   Remarks _____
☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☐ bedside ☐ per phone
**ROS:** ☐ 10 systems reviewed otherwise Negative          Positive: _____

**Interval Physical Exam:**
**Vitals:** temp 98.8  HR 148  RR 34  O2 sat 95 RA
**General:** ☑ Well-hydrated ☐ WN ☐ NAD ☑ Nontoxic ☐ Remarks _____
**HEENT:** ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat   ☑ PERRL   ☑ Conjunctiva clear
☐ No rhinorrhea/congestion ☐ Nasal flaring ☑ Tampanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal
☐ Remarks _Clr rhinorr_
**Neck:** ☑ Normal ☐ Supple ☑ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks _____
**Heart:** ☐ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks _____
**Lungs:** ☐ Normal ☐ CTA bil ☑ Unlabored   Air movement: ☑ Good ☐ Fair ☐ Poor ☐ Unlabored ☐ Rales ☐ Rhonchi _scattered_
☐ Wheeze (end expiratory/inspiratory) ☐ Crackles ☐ Retractions ☐ Stridor ☐ Remarks _____
**Abdomen:** ☑ Normal ☐ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks _____
**Extremities:** ☐ Normal   ☐ Cyanosis ☑ Capillary refill less than 2 seconds   ☐ Edema ☐ _____ Pulses
☐ Remarks _____
**Musculoskelatal:** ☐ Normal ☑ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks _____
**Skin:** ☐ Normal ☑ Warm/dry ☐ Rash ☐ Remarks _____
**Neuro:** ☑ Normal/nonfocal ☐ Warm/dry ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks _____

**Lab:** ☐ Reviewed ☐ Abnormals          Ca _____          Segs _____
                                          Alb _____ AstAlt _____   Bands _____
    |       |       <       Alk/Phos _____   >       Lymphs _____
                                          T/Dbili _____

Other: _CXR: L perihilar infiltrate_

**Impression:** _2 y/o female c status_
_asthmaticus, s/p Resp Failure,_
_pneumonia._

_Improving clinically. Doing_
_much better today_

_[signature]_          3/11/16
**Physician Signature**          **Date/Time**
☑ Sharon Tran, M.D. (2944)   ☐ Greg Oji, M.D.(2977)

_[signature]_ 2944          APR 06 2016  20:24
_[barcode]_ PN0005

**Plan:** ☑ See orders   ☑ Continue medical management
☐ Recommendations per consultant/s: _____

☐ Follow labs ☑ O2, Respiratory Therapy
☑ Continue antibiotics, Day # 2  Zithromax
☐ Continue therapy/Rehab ☑ Nutrition support
_Advance Alb to Q3, Atrovent_
_Δ Steroids to PO, wean._
_May be Δ to Floor status._

PN650_1
Devised 05/01/2015
Committee Approved 05/11/2015
Page 1 of 1

_[barcode]_
HENDERSON, AALIYAH L
10/01/13   2Y 05M
Tran, Sharon N M.D. K.PICU1
K32120206          03/10/16

514

**WILLIS KNIGHT HEALTH SYSTEMS**
**RESPIRATORY THERAPY DEPARTMENT**
**PROGRESS REPORT**

DATE 3/11/16   TIME 2347   THERAPY HHN
HHN CHANGED _____   OBJ STICKER _____   REORDER STICKER _____
MEDS 1.25mg XOPENEX   HR PRE/POST 127 / 126   RR PRE/POST 26 / 24
BREATH SOUNDS PRE/POST Slightly coarse /Same   SpO2 99/99
SPUTUM AMT _____   COLOR _____   EFFECTIVENESS _____
                                    THERAPIST C. Patrick RRT

DATE 3/12/16   TIME 0360   THERAPY HHN
HHN CHANGED _____   OBJ STICKER _____   REORDER STICKER _____
MEDS 1.25mg XOPENEX   HR PRE/POST 135 / 128   RR PRE/POST 22 / 24
BREATH SOUNDS PRE/POST slightly coarse /Same   SpO2 96/98
SPUTUM AMT _____   COLOR _____   EFFECTIVENESS _____
                                    THERAPIST C. Patrick RRT

DATE _____   TIME _____   THERAPY _____
HHN CHANGED _____   OBJ STICKER _____   REORDER STICKER _____
MEDS _____   HR PRE/POST _____ / _____   RR PRE/POST _____ / _____
BREATH SOUNDS PRE/POST _____
SPUTUM AMT _____   COLOR _____   EFFECTIVENESS _____
                                    THERAPIST _____

DATE _____   TIME _____   THERAPY _____
HHN CHANGED _____   OBJ STICKER _____   REORDER STICKER _____
MEDS _____   HR PRE/POST _____ / _____   RR PRE/POST _____ / _____
BREATH SOUNDS PRE/POST _____
SPUTUM AMT _____   COLOR _____   EFFECTIVENESS _____
                                    THERAPIST _____

DATE _____   TIME _____   THERAPY _____
HHN CHANGED _____   OBJ STICKER _____   REORDER STICKER _____
MEDS _____   HR PRE/POST _____ / _____   RR PRE/POST _____ / _____
BREATH SOUNDS PRE/POST _____
SPUTUM AMT _____   COLOR _____   EFFECTIVENESS _____
                                    THERAPIST _____

DATE _____   TIME _____   THERAPY _____
HHN CHANGED _____   OBJ STICKER _____   REORDER STICKER _____
MEDS _____   HR PRE/POST _____ / _____   RR PRE/POST _____ / _____
BREATH SOUNDS PRE/POST _____
SPUTUM AMT _____   COLOR _____   EFFECTIVENESS _____
                                    THERAPIST _____

DATE _____   TIME _____   THERAPY _____
HHN CHANGED _____   OBJ STICKER _____   REORDER STICKER _____
MEDS _____   HR PRE/POST _____ / _____   RR PRE/POST _____ / _____
BREATH SOUNDS PRE/POST _____
SPUTUM AMT _____   COLOR _____   EFFECTIVENESS _____
                                    THERAPIST _____

Room Air



H                                       L
10/01/13   2Y 05M
Tran, Sharon N M.D. K.E5514
K32120206            03/10/16

487

514



## 2 to 20 years: Girls
## Stature-for-age and Weight-for-age percentiles

NAME Henderson, Aaliyah

RECORD # _____





SAFER · HEALTHIER · PEOPLE™

MANUAL RECORDING



PICO1
07:35 11MAR2016
SPEED=25.00 MM/S

⊡ II MON H   S VE/MIN=0
RESP=35   SPO2=96%   NIBP=04:00 NO READING   mmHg







HENDERSON           L
10/01/13    2Y 05M
Tran, Sharon N M.D. K.PICU1
K32120206                03/10/16

MANUAL RECORDING

Page 1



① II MON HR=122 VE/MIN=0 *ALARM HIGH LIMIT=150
RESP=37  SPO2=100%  NIBP=18:06 123/ 92( 98) mmHg

PICO1
18:11 10MAR2016
SPEED=25.00 MM/S

4.0 MV



4.0 MV



4.0 MV



```
                    Willis-Knighton South Nursing **LIVE**                    Page: 1
                    Vital Signs / I&O / Diabetic Flowsheet

HENDERSON,AALIYAH L (K000629604)                              96 hours
Age/Sex: 2Y 05M F                           from Mar 8, 2016 0701 to Mar 12, 2016 0700
Room: t 5E5 K.E5514 1 (Admitted 03/10/16)          Printed 03/12/16 at 0506 by WATSOJ1.NS
```

### Vital Signs

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2: |
|-----------|-----|--------|-------|-----|--------|------|----------|-------------|-------------|-------|
| 03/10/16 1115 |  |  |  |  |  |  |  | 27 | 15.979312 |  |
| 03/10/16 1245 |  |  | 169 | 40 |  |  |  |  |  |  |
| 03/10/16 1309 |  |  | 177 | 42 | Machine | 98.4 | Axillary |  |  | 96 |
| 03/10/16 1338 |  | Lying | 177 | 42 | Machine | 98.4 | Axillary |  |  |  |
| 03/10/16 1710 |  |  | 189 | 42 | Machine | 99 | Axillary |  |  | 100 |
| 03/11/16 1435 | 112/64 | Lying | 79 | 30 | Machine | 98.8 | Axillary |  |  | 98 |
| 03/11/16 1600 |  |  | 161 | 30 | Machine | 99.5 | Axillary |  |  | 98 |
| 03/11/16 2000 |  |  | 148 | 60 | Machine | 98.0 | Axillary |  |  | 96 |
| 03/11/16 2120 |  |  |  |  |  | 99.5 | Rectal |  |  |  |
| 03/12/16 0000 |  |  | 12 | 24 | Machine | 98.1 | Axillary |  |  | 97 |
| 03/12/16 0430 |  |  | 125 | 22 | Machine | 97.7 | Temporal |  |  | 95 |

### Intake & Output

| Period: 12.00 | 03/10/16 | 03/11/16 | | 03/11/16 | 03/12/16 | |
|---------------|----------|----------|--------|----------|----------|--------|
| Hrs Ending | 1900 | 0700 | *24 hr* | 1900 | 0700 | *24 hr* |
| **Intake (ml)** |  |  |  | 476 | 480 | 956 |
| ORAL; Not H2O | 90 |  | 90 |  |  |  |
| IV: | 75 |  | 75 |  |  |  |
| IVPB: |  |  |  |  |  |  |
| Total Intake | 165 |  | 165 | 476 | 480 | 956 |
| **Output (ml)** |  |  |  |  |  |  |
| Void X AM: | 1 |  |  | 2 |  | 3 |
| Stool X: | 1 |  |  | 1 |  |  |
| Fluid Balance | 165 |  | 165 | 476 | 480 | 956 |

Δ T/Tympanic   • R/Rectal/No Response   o O/Orally   | A/Axillary   X /   • Resp. Rate:   ▽ Heart Rate:
           ↓↑ Off graph



```
RUN DATE: 10/01/19                    Laboratory System *Live*                      PAGE 1
RUN TIME: 1347                    WKS Discharge Summary Report
RUN USER: PARRM.HM
```

LOCATION

| PATIENT: | L | ACCT #: K32120206 | LOC: 5ES | U #: K000629604 |
|---|---|---|---|---|
| | | AGE/SX: 2Y 05M/F | ROOM: K.E5514 | REG: 03/10/16 |
| REG DR: Tran, Sharon N M.D. | | STATUS: DIS IN | BED: 1 | DIS: 03/12/16 |

CHEMISTRY
GENERAL CHEMISTRY

| | Day | 2 | 1 | | |
|---|---|---|---|---|---|
| | Date | MAR 11 | MAR 10 | Reference | Units |
| | Time | 0520 | 0910 | | |
| => | Glucose | (a) | (c) H | (70-109) | mg/dL |
| => | Potassium | 5.3 H | 4.4 | (3.5-5.1) | mmol/L |
| => | Sodium | 140 | 143 | (136-145) | mmol/L |
| => | Chloride | 108 H | 112 H | (98-107) | mmol/L |
| => | CO2 | 22 | 22 | (21-32) | mmol/L |
| => | BUN | 7 | 6 L | (7-18) | mg/dL |
| => | Creatinine | 0.31 | 0.38 | | mg/dL |
| => | Calcium | 9.1 | 9.2 | (8.5-10.1) | mg/dL |
| => | Phosphorus | 4.5 | | (4.3-5.4) | mg/dL |
| => | Magnesium | 2.8 H | | (1.8-2.4) | mg/dL |
| => | Anion Gap | 10.0 | 9.0 | (5.0-15.0) | mmol/L |

```
NOTES:  (a)    105
               See also (b)
        (b)    Glucose Reference Ranges:

               Fasting Glucose Level:     70-109 mg/dL
               Impaired Fasting Glucose: 110-125 mg/dL
                   Defined by the ADA as a category at risk for future
                   diabetes and cardiovascular disease.

               The American Diabetes Association (ADA) recommends the
               following criteria for the diagnosis of diabetes:
                         Abnormal Fasting Glucose: >=126 mg/dL
               Symptoms of diabetes and a random glucose: >=200 mg/dL

        (c)    114 H
               See also (b)
```

| Patient: | L | Age/Sex: 2Y 05M/F | Acct#K32120206 | Unit#K000629604 |
|---|---|---|---|---|

```
RUN DATE: 10/01/19                  Laboratory System *Live*                    PAGE 2
RUN TIME: 1347                   WKS Discharge Summary Report
RUN USER: PARRM.HM
```

LOCATION

| Patient: ████████████ L | #K32120206 | (Continued) |

### HEMATOLOGY

|  | Day | 1 | Reference | Units |
|---|---|---|---|---|
|  | Date | MAR 10 |  |  |
|  | Time | 0910 |  |  |
| => | White Blood Cel | 17.1 H | (5.0-12.0) | 10^9/L |
| => | Red Blood Cell | 5.02 | (4.1-5.1) | 10^6/uL |
| => | Hemoglobin | 10.5 L | (11.0-14.0) | g/dL |
| => | Hematocrit | 34.6 | (33.0-42.0) | % |
| => | MCV | 68.9 L | (74.0-89.0) | fL |
| => | MCH | 20.8 L | (27.1-34.2) | pg |
| => | MCHC | 30.2 L | (33.0-35.6) | g/dL |
| => | RDW | 19.4 H | (12.0-14.5) | % |
| => | Platelet Count | 286 | (130-351) | 10^3/uL |
| => | Mean Plt Volume | 7.2 | (6.6-10.2) | fL |
| => | Neutrophils | 84.3 | (Not Estab.) | % |
| => | Lymphocytes | 6.6 | (Not Estab.) | % |
| => | Monocytes | 7.1 | (3-10) | % |
| => | Eosinophils | 1.7 | (0.0-8.0) | % |
| => | Basophils | 0.3 | (0.0-3.0) | % |
| => | Neutrophils # | 14.4 | (Not Estab.) | 10^3/uL |
| => | Lymphocytes # | 1.1 | (Not Estab.) | 10^9/L |
| => | Monocytes # | 1.2 | (Not Estab.) | 10^3/uL |
| => | Eosinophils # | 0.3 | (Not Estab.) | 10^3/uL |
| => | Basophils # | 0.1 | (Not Estab.) | 10^3/uL |

### Viral Respiratory Panel

|  | Day | 1 | Reference | Units |
|---|---|---|---|---|
|  | Date | MAR 10 |  |  |
|  | Time | 1427 |  |  |
| => | Adenovirus PCR | (d) |  |  |
| => | Coronaviru 229E | (e) |  |  |
| => | Coronaviru HKU1 | (f) |  |  |
| => | Coronaviru NL63 | (g) |  |  |
| => | Coronaviru OC43 | (h) |  |  |
| => | Human Metapneum | (i) |  |  |

```
NOTES:  (d)  Not Detected
        (e)  Not Detected
        (f)  Not Detected
        (g)  Not Detected
        (h)  Not Detected
        (i)  Not Detected
```

| Patient: ████████████ L | Age/Sex: 2Y 05M/F   Acct#K32120206   Unit#K000629604 |

```
RUN DATE: 10/01/19                    Laboratory System *Live*                      PAGE 3
RUN TIME: 1347                     WKS Discharge Summary Report
RUN USER: PARRM.HM


                                          LOCATION


 ┌─────────────────────────────────────────────────────────────────────────────────┐
 │ Patient: ████████████L          #K32120206          (Continued)                  │
 ├─────────────────────────────────────────────────────────────────────────────────┤
 │▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒Viral Respiratory Panel Continued▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒│
```

```
     Day              1
     Date             MAR 10
     Time             1427                          Reference      Units

=> Human Rhino/Ent   (j)
=> Influenza A PCR   (l)
=> Influenza B PCR   (m)
=> Parainfluenza 1   (n)
=> Parainfluenza 2   (o)
=> Parainfluenza 3   (p)
=> Parainfluenza 4   (q)
=> RSV               (r)
=> Bordetella pert   (s)
=> Chlamyd pneumon   (t)
=> Mycoplas pneumo   (u)                             (Not Detect)

NOTES:  (j)   Detected
              See also (k)
        (k)
              A positive Human Rhinovirus/Enterovirus result should be
              followed up using an alternate method to differentiate these
              two viruses if clinically necessary.
        (l)   Not Detected
        (m)   Not Detected
        (n)   Not Detected
        (o)   Not Detected
        (p)   Not Detected
        (q)   Not Detected
        (r)   Not Detected
        (s)   Not Detected
        (t)   Not Detected
        (u)   Not Detected
              See also (v)
        (v)   Note:  Methodology:  FDA approved multiplex nested real time
                     PCR

              Performed by:  University Health Shreveport Virology Lab
                             1541 Kings Hwy.
                             Shreveport, LA 71103-3932
```

```
 ┌─────────────────────────────────────────────────────────────────────────────────┐
 │ Patient: ████████████L        Age/Sex: 2Y 05M/F   Acct#K32120206   Unit#K000629604│
 └─────────────────────────────────────────────────────────────────────────────────┘
```

```
RUN DATE: 10/01/19                    Laboratory System *Live*                      PAGE 4
RUN TIME: 1347                      WKS Discharge Summary Report
RUN USER: PARRM.HM


                                          LOCATION


 ┌─────────────────────────────────────────────────────────────────────────────────┐
 │ Patient: ███████████████ L          #K32120206        (Continued)                │
 ├─────────────────────────────────────────────────────────────────────────────────┤
 │░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░ PCR TESTS ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░│
 │                                                                                   │
 │      Day            1                                                             │
 │      Date           MAR 10                                                        │
 │      Time           0950                               Reference      Units       │
 │                                                                                   │
 │  => Flu A by PCR    (w)                                (Negative)                 │
 │  => Flu B by PCR    (x)                                (Negative)                 │
 │  => Flu Comments    (y)                                                           │
 │  => RSV by PCR      (aa)                               (Negative)                 │
 │  => FLU RSV comment (ac)                                                          │
 │                                                                                   │
 │                                                                                   │
 │                                                                                   │
 │      Test          Day  Date   Time    Result     Reference     Units            │
 │                                                                                   │
 │  => Precautions:     1  MAR 10 0920      (ae) H                                   │
 │  => M pneumo IgM     1  MAR 10 0920    POSITIVE H  (Negative)                     │
 │                                                                                   │
 │  NOTES:  (w)  Negative                                                            │
 │          (x)  Negative                                                            │
 │          (y)  Comments                                                            │
 │               See also (z)                                                        │
 │          (z)  NEGATIVE influenza test results do not preclude influenza          │
 │               virus infection and should not be used as the sole basis for       │
 │               treatment or other patient management decisions.  False            │
 │               negative results may occur if virus is present at levels           │
 │               below the analytical limit of detection or the virus mutates       │
 │               in the target region.                                              │
 │          (aa) Negative                                                           │
 │               See also (ab)                                                       │
 │          (ab) NEGATIVE test results do not preclude RSV infection and            │
 │               should not be used as the sole basis for treatment or other        │
 │               patient management decisions.  False negative results may          │
 │               occur if virus is present at levels below the analytical           │
 │               limit of detection or the virus mutates in the target              │
 │               region.                                                             │
 │          (ac) See Below                                                           │
 │               See also (ad)                                                       │
 │          (ad) New method in use 11/16/15.                                         │
 │                                                                                   │
 │               The results of this assay should be interpreted in                 │
 │               conjunction with other laboratory and clinical data.               │
 │          (ae) DROPLET H                                                           │
 │               See also (af)                                                       │
 │          (af)         ****  Droplet Precautions Indicated  ****                   │
 │                                                                                   │
 ├─────────────────────────────────────────────────────────────────────────────────┤
 │ Patient: ███████████████ L        Age/Sex: 2Y 05M/F  Acct#K32120206  Unit#K000629604│
 └─────────────────────────────────────────────────────────────────────────────────┘
```

```
RUN DATE: 10/01/19                Laboratory System *Live*              PAGE 5
RUN TIME: 1347                  WKS Discharge Summary Report
RUN USER: PARRM.HM
```

<u>LOCATION</u>

---

| Patient: ███████████ L | #K32120206 | (Continued) |

Source: Blood

> **Culture, Blood**                Final 03/20/16
                                     NO GROWTH AT 5 DAYS

---

| Patient: ███████████ L | Age/Sex: 2Y 05M/F   Acct#K32120206 | Unit#K000629604 |

```
Age/Sex: 4Y 04M F          Attending: Tran, Sharon X M.D.        ┌─────────────────────┐
Unit #: XG00629604         Account #: K32120206                  │ HENDERSON, AALIYAH L │
Admitted: 03/10/16 at 1132 Location: 5ES                         └─────────────────────┘
Status: DIS IN             Room/Bed: K.E5514-1         Willis-Knighton South Nursing **LIVE**
                                                       Patient's Plan Of Care - PEDIATRIC BASIC PLAN OF CARE
```

| | STS INIT BY | TRGT | COMP BY | INTERVENTIONS | INIT BY | COMP BY |
|---|---|---|---|---|---|---|
| Basic Pediatric Nursing Care | D 03/10/16 ERF | | | | | |
| * Basic nursing care will be provided. | D 03/10/16 ERF | 02/13/16 | | | | |
| | | | | * Reassessment/Evaluation - Pediatrics | 03/10/16 ERF | |
| | | | |    Direction ->07.19 Document when done | | |
| | | | | * Intake | 03/10/16 ERF | |
| | | | |   - PROTOCOL: I&O | | |
| | | | | * Output | 03/10/16 ERF | |
| | | | |   - PROTOCOL: I&O | | |
| | | | | * Vital Signs | 03/10/16 ERF | |
| | | | |   Vital Signs taken by a NAI are reviewed | | |
| | | | |   by an RN. | | |
| | | | |   - PROTOCOL: VITALSIGNS | | |
| | | | | * Feed With Assistance | 03/10/16 ERF | |
| | | | |   - PROTOCOL: FEEDMEAL | | |
| | | | | * Formula Prep | 03/10/16 ERF | |
| | | | | * Feed Formula Per Family Or Staff | 03/10/16 ERF | |
| | | | | * Bath, Total Bed - Toddler | 03/10/16 ERF | |
| | | | |   - PROTOCOL: BATHCOMP | | |
| | | | | * Linen Changed | 02/10/16 ERF | |
| | | | | * Emotional Support/Teaching | 03/10/16 ERF | |
| | | | | * Clergy Visits | 03/10/16 ERF | |
| | | | | * Physician Rounds | 03/10/16 ERF | |
| | | | | * Discharge Assessment/Planning | 03/10/16 ERF | |
| | | | | * Weight, Daily, PEDI Or NSY | 03/10/16 ERF | |
| | | | | * Pain, Infant Scale | 03/10/16 ERF | |
| | | | |   Also perform PRN for painful procedures | | |
| | | | | * Critical Value Reporting | 03/10/16 ERF | |
| INJURY, POTENTIAL FOR | D 03/10/16 ERF | | | | | |
| * No evidence of injury to patient. | D 03/10/16 ERF | 03/13/16 | | | | |
| | | | | * Safety Checks | 03/10/16 ERF | |
| KNOWLEDGE DEFICIT | D 03/10/16 ERF | | | | | |
| * Patient/Family Will Verbalize Understanding of Diagnosis and Treatment. | D 03/10/16 ERF | 03/13/16 | | * Patient Education | 03/10/16 ERF | |
| RT- HYPOXEMIA OR HYPOXIA, ACTUAL AND/OR POTENTIAL TO DEVELOP | C 03/10/16 PAD | | 03/11/16 KER | | | |
| * RT: Improve oxygenation, correct hypoxemia, prevent hypoxia. | C 03/10/16 PAD | 03/20/16 | 03/11/16 KER | * RT - Oxygen Therapy | 03/10/16 PAD | 03/11/16 KER |
| RT- WHEEZING AND/OR ALTERED RESPIRATORY FUNCTION, ACTUAL AND/OR POTENTIAL TO DEVELOP | D 03/10/16 PAD | | | | | |
| * RT: Correct or prevent bronchospasm, improve breath sounds. | D 03/10/16 PAD | 03/20/16 | | * RT - Aerosol Therapy | 03/10/16 PAD | |
| | | | | * RT - Aerosol Therapy - Continuous | 03/10/16 PAD | 03/11/16 KER |
| | | | | * RT - Asthma Severity | 03/10/16 PAD | 03/10/16 PAD |

| ADDITIONAL INTERVENTIONS | INIT BY | COMP BY | DATE & TIME | DIRECTIONS | STS SRC |
|---|---|---|---|---|---|
| * IV Site #1 Check/Care | 03/10/16 ERF | | 03/10/16 1308 | Q2H | D CP |
| * O2 Delivery | 03/10/16 ERF | | 03/10/16 1308 | Q2H | D CP |
| * Telemetry Monitoring | 03/10/16 CS | | 03/10/16 1330 | BID8 | D PS |
| * Pediatric Admit Assessment | 03/10/16 ERF | | 03/10/16 1338 | ADMIT | D AS |
| * RT - Initial Assessment | 03/10/16 PAD | | | | D PS |
| * Braden Pediatric Risk Assessment | 03/10/16 SLF | | 03/10/16 1855 | QSHIFT | D PS |
|   - PROTOCOL: BRADEN | | | | | |
| * Fall Risk - Pediatric | 03/10/16 SLF | | 03/10/16 1855 | ADMIT | D PS |
| * PAIN Assessment / Management - PEDI | 03/10/16 SLF | | 03/10/16 1855 | PRN | D PS |
|   Use to document the effectiveness | | | | | |

Page 2
Printed
10/07/19
at 1352

HENDERSON, VAN L

Willis-Knighton South Nursing **LIVE**
Patient's Plan Of Care - PEDIATRIC BASIC PLAN OF CARE

Age/Sex: 4Y 06X F          Attending: Tran, Sharon N M.D.
Unit #: K000629604         Account #: K2212206
Admitted: 03/10/16 at 1132  Location: 5ES
Status: DIS IN             Room/Bed: K-5ES4-1

Status: Discharged
Initiated: 03/10/16
Completed:
Protocol:

| ADDITIONAL INTERVENTIONS | INIT BY | COMP BY | DATE & TIME | DIRECTIONS | SYS SRC |
|---|---|---|---|---|---|
| of medications given specifically for the control of pain. | | | | | |
| Ask patient to be specific regarding location, severity, and type of pain. | | | | | |
| * Care Mgmt Pediatric Initial Reassessment: | 03/11/16 FTX | | | | D AS |
| * Discharge Summary 2 Peg | 03/12/16 CJP | | 03/12/16 1541 AT TIME OF DISCHARGE | | D AS |

| Program | Initials | Name | Nurse Type |
|---|---|---|---|
| CJP | CO290X.NS | POLARO, CASSANDRA J | RN |
| CS | SMYTH.C12.NS | SMYTH, CYNTHIA | RC-TT |
| FKF | FOX0.NS | FOX, ELAINA ROSE | RN |
| FTX | MORRIF.SS | MORRIS, FREDERICA | SS |
| KER | ECLX.RC | RHODES, KATHRYN E.L | RC |
| PAD | ANDRIP.RC | DESHA, PAM A | RGI |
| SLF | FREEVN.NS | FREEMAN, SANDY L | RNC |

Page 1420 of 1758

HENDERSON

Willis-Knighton South Nursing **LIVE**
RWS PRINT ALL NURSING INFORMATION

Page: 1 of 35

Printed 03/01/19 at .352

Age/Sex: 4Y 04X F
Unit #: KCTC629604
Admitted: 03/10/16 at :132
Status: DIS CX

Attending: Tran, Sharon M.D.
Account #: K32120206
Location: 5ES
Room/Bed: X-ES514-_

**Problem/Goal/Intervention Description:**

| Activity Type | Occurred Date | Time | Recorded by Date | Time | Sts Directions by Comment | Documented Units | From Change |
|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16          Time: 0000

| 990004-B | RT - Oxygen Therapy | | | | | | CP |
| - Create | 03/10/16 0000 PAD | 03/10/16 :558 PAD | | A | DAILY | | |
| 990008-A | RT - Aerosol Therapy | | | | | | CP |
| - Create | 03/10/16 0000 PAD | 03/10/16 :558 PAD | | A | Q2H | | |

Activity Date: 03/10/16          Time: 1245

| 990001-B | RT - Initial Assessment | | | | | | PS |
| - Document | 03/10/16 1245 PAD 03/10/16 1557 PAD | | | A | | | |

Reason for RT Intervention: Pneumonia
Allergy/Contact: NKA
Allergy/Med/Contact: NKA
Does this patient have any food allergies/intolerance: N
Food Allergies/Intol.:

Does Patient Use Tobacco: N    Type of Tobacco Used:
How Much Tobacco Used:                    How Long Tobacco Used:
If Ex-Smoker # Packs Per Day:    When Did Patient Quit:
Bronchodilators Used at home or now ordered: NON
Home O2 used or now ordered: Y DEVICE: NC    FiO2:    LPM: : 0    SaO2: 99

Exhibiting Increased Signs of Work of Breathing: Y If yes: Accessory Muscle Usage
Are the Breath Sounds Equal And Clear: N
: TIGHT WHEEZES WITH DECREASED AIR ENTRY
The Skin/Mucous Membranes Are: Pink    Heart Rate: 169    Resp. Rate: 40
Mental Status: Irritable

Discharge Needs: Y Patient Education: Y  Pulmonary Rehab: N
Comments:

| 990008-B | Patient Education | | | | | | CP |
| - Document | 03/10/16 1245 PAD 03/10/16 1554 PAD | | | A | AS NEEDED | 0.0 | |

Learner's Preferred Method: One-on-One Teaching
Language Spoken (OG2): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
  If YES, describe:
*Physical limitations that may affect learning (Y/N): N
  If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
  If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
  If YES, describe:
  If Patient has pain, what issues have been discussed with patient regarding this:
  NA

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: TWO IDENTIFIERS

---

**Problem/Goal/Intervention Description:**

| Activity Type | Occurred Date | Time | Recorded by Date | Time | Sts Directions by Comment | Documented Units | From Change |
|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16          Time: 1245 (continued)

| 1-D | Patient Education (continued) | | | | | | |

*Is patient/family motivated to learn (Y/N): Y
  If NO, explain:

                              TEACHING SUMMARY

**LEARNING NEEDS**

*Disease (Y/N) : N          : N
*Isolation (Y/N) : Y : MYCOPLASMA
*Equipment (Y/N) : Y :HFNC, NC
*Procedure (Y/N) : Y : EXPLAINED TX PRIOR TO PERFORMING AND NASAL CANULA EXPLAINED
*Medication (Y/N) : Y : EXPLAINED MEDICATIONS AND O2 BENEFITS AND HAZARDS
*New Medication (Y/N) : N
  Education:

*Follow-up care (Y/N) : N          : N
Rehab/Resources (Y/N) : N          : N
*Nutrition (Y/N) : N          : N
  Other Teaching:

If applicable, pt has demonstrated competence to self administer medications: N
  Ved:                         Ved:

              Method of Instruction: Explain:
Evidence of Learning Demonstrated By: Expresses Understanding
| 990004-B | RT - Oxygen Therapy | | | | | | CP |
| - Document | 03/10/16 1245 PAD 03/10/16 1601 PAD | | | A | DAILY | | |
*Is This a New Start: Y    Protocol, N
Oxygen Device    FiO2    LPM    SaO2: 60

Alert Value: Corrected per Protocol    Time Reported:

Has Potential For Hypoxemia Due To: Pneumonia

Is Patient Progressing Toward Goal:            Goal Note:

Hours Used    Transfer/Discharged/Discontinued    Recorded

Comments: DID BREATHING TX AND PLACED ON NC AT 1LPM, SaO2 99%  Pt IRRITABLE,
RETRACTING, ACCESSORY MUSCLE USAGE NOTED IN NECK, TACHYPNEIC
| 990008-A | RT - Aerosol Therapy | | | | | | CP |
| - Document | 03/10/16 1245 PAD 03/10/16 1609 PAD | | | A | Q2H | | |
*Is This a New Start: Y    Therapy Given: Y  If NO, WCy:    2.5
  Therapy Frequency Q2
  Meds/Dosage: 0.63mg XOPENEX

Vitals:    PRE                         POST
HR 169                HR :72

Age/Sex: 47 OLY F    Attending: Tran, Staton, N.M.2.    Page: 2 of 35
Unit #: KC00629604    Account #: X3Z2J0206
Admitted: 03/10/16 at :132    Location: 5ES    Printed 10/01/19 at :352
Status: DIS IN    Room/Med: K.25514-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description:

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Chance |
|---|---|---|---|---|---|

**Activity Date: 03/10/16    Time: 1245 (continued)**

990C08-A   RT - Aerosol Therapy (continued)
RR 40    RR 40
BBS TIGHT EXPIRATORY WHEEZES WITH    BBS EASE
: DECREASED AIR ENTRY
PF    PF

Effective cough Y    Sputum Amount: None
Increase Secretions    Sputum Color:
   Sputum Consistency:

?s Patient Progressing Toward Goal:    Goal:

Comments/Plan: PT IS VERY IRRITABLE, TOL DG CX WITH MASK WITH NO ADVERSE REACTIONS
: NOTED PT IS RETRACTING, ACCESSORY MUSCLE USAGE IN NECK NOTED.

950077   RT - Asthma Severity    A PRN
- Document   03/10/16 1245 PAD 03/10/16 1720 PAD    0.5
SCORE: 8    Frequency: Q2    SaO2 / O2: 60   / 21
PEFR:   50% Predicted:   75% Predicted:
Comments: PLACED ON Q2 AT 1PM. DR. NOTIFIED AND PROTOCOL DISCONTINUED.

**Activity Date: 03/10/16    Time: 1308**

20C008   IV Site #1 Check/Care    A Q2H
- Create   03/10/16 1308 ERF 03/10/16 1306 ERF
402170   O2 Delivery    A Q2H
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
Problem: Basic Pediatric Nursing Care    A
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
Goal: Basic nursing care will be provided.    03/23/16
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
100006   Discharge Assessment/Planning    A AS NEEDED
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
100507   Reassessment/Evaluation - Pediatrics    A
   Direction ->07.19 Document when done
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
10C6C0   Critical Value Reporting    A
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
102000   Emotional Support/Teaching    A AS NEEDED
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
102011   Pain - Patient Scale    A
   Also perform PRN for painful procedures
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
25C510-A   Bath, Total Bed - Toddler    A DAILY
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
250512   Linen Changed    A DAILY
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
40C010   Vital Signs    A Q4H
   Vital Signs taken by a RN are reviewed
   by an RN.
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF

Problem/Goal/Intervention Description:

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Chance |
|---|---|---|---|---|---|

**Activity Date: 03/10/16    Time: 1308**

4CC335   Weight, Daily, PEDI Or NSY    A DAILY
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
450010   Intake    A Q6.:8
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
450100   Output    A Q6.:8
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
550030-B   Feed With Assistance    A XDAILYXES
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
55C9A0   Formula Prep    A XDAILYXES
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
55C900   Feeding Formula Per Family Or Staff    A Q3H
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
6C055.5   Physician Wounds    A DAILY
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
8C0516   C&cny Visits    A
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
Problem: INJURY, POTENTIAL FOR    A
Goal: No evidence of injury to patient.    03/23/16
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
20002Z   Safety Checks    A Q2H
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
Problem: KNOWLEDGE DEFICIT    A
Goal: Patient/Family Will Verbalize    A
   Understanding of Diagnosis and
   Treatment.
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF
1-D   Patient Education    A AS NEEDED
- Create   03/10/16 1308 ERF 03/10/16 1308 ERF

**Activity Date: 03/10/16    Time: 1309**

200008   IV Site #: Check/Care    A Q2H
- Document   03/10/16 1309 ERF 03/10/16 1312 ERF    8.0
   IV Site #1: Left Hand
   Peripherally Inserted Central Catheter (Y/N): N
   Site Description #1: Normal
   Rate (cc/=1) #: 45
   Type of IV Solution #: (free text): D5 1/2 WITH 20 KCL
   IV Tubing Changed #:
   IVPB Tubing Changed #:
   PSI Limit Settings #1:
   PSI Actual Reading #1:
   IV Dressing Changed Site #:
   IV Dressing Changed Time #1:
   Date IV (#1) started: 03/10/16   Time IV (#1) started:

HENDERSON - YAH -

Willis-Knighton South Nursing **LIVE**
HCMS PRINT ALL NURSING INFORMATION

Age/Sex: 4Y OxX F
Unit #: 3C00629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Trax, Sharon N.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514 -

## Problem/Goal/Intervention Description

### Activity Date: 03/10/16    Time: 1309

O2 Delivery
- Document    03/10/16 1309 ERF 03/10/16 1315 ERF    A    Q2H    0.0
  O2 Delivery: 1 LPM/NC

Oxygen Delivery Frequency: continuous
- Document    Discharge Assessment/Planning
  03/10/16 1309 ERF 03/10/16 1312 ERF    A    AS NEEDED

Discharge Problems/Needs Identified: Y
  :RESPIRATIONS
  :ACTIVITY
  :NUTRITION
  :SAFETY

Arrangements Made to Meet Need(s): Y
  :ONGOING

Emotional Support/Teaching
- Document    03/10/16 1309 ERF 03/10/16 1312 ERF    A    AS NEEDED    80.2
  Vital Signs
  Vital Signs taken by a RAI are reviewed
  by an RN.

Blood Pressure:    03/10/16 1309 ERF 03/10/16 1315 ERF    A    Q4H    21.4
  BP Type:         BP Position:
  Temp: 98.4    Type Of Temperature: Axillary
  Heart Rate: 177    Heart Rate Source: Machine
  Resp. Rate: 42
  SPO2: 96    O2 Delivery: 1 LPM/NC
  Safety Checks    03/10/16 1309 ERF 03/10/16 1314 ERF    A    Q2H    5.3
  Family Member At Bedside: Y    Respiration Observed: Y
  Call Light/Telephone in Reach: Y    Fall Precautions: Y

  Crib Rails (Up / Down): Down
  Number Of Bed Rails Up: 2
  Are bedrails up because of meds given: Y
  Bed Brakes Locked: Y
  Bed High OR Low Position: Low
  All Alarms On and Audible: Y
  CPM in use: N
  Pt. Off Unit: N

Patient Education
- Document    03/10/16 1309 ERF 03/10/16 1312 ERF    A    AS NEEDED    0.0
  Learner: Mother
  Learner's Preferred Method: Teaching/Demonstration
  Language Spoken (GGZ): English

### Activity Date: 03/10/16    Time: 1309    (continued)

1-D    Patient Education (continued)
  If Other, Describe:

*Religious or Cultural practices that may affect learning: N
  If YES, describe:
*Physical limitations that may affect learning (Y/N): N
  If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
  If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
  If YES, describe:
  If patient has pain, what issues have been discussed with patient regarding this:
  :WHEN TO CALL NURSE, MEDICATIONS NEEDED, CALL BELL

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: BED RAILS, CALL BELL, EMPLOYEE
  :SAFETY, PEDIATRIC safety

*Is patient/family motivated to learn (Y/N): Y
  If NO, explain:

#### LEARNING NEEDS    TEACHING SUMMARY

*Disease (Y/N): Y    :ASTHMA, URI
  :Isolation (Y/N): Y    :DROPLET
*Equipment (Y/N): Y    :IV POLE
*Procedure (Y/N): Y    :ADMIT ASSESSMENT
*Medication (Y/N): Y    :ROCEPHIN, SOLUMEDROL, ZITHROMAX, ATROVENT
*New Medication (Y/N): Y    :ROCEPHIN, SOLUMEDROL, ZITHROMAX, ATROVENT
  Education    :MEDICATION USES, DOSAGE, S/S REACTION

*Follow-up care (Y/N): Y :PER DR ORDERS UPON DISCHARGE
  Rehab/resources (Y/N): N :
  *Nutrition (Y/N): Y :REGULAR DIET
  Other Teaching: ONGOING

If applicable, pt has demonstrated competence to self administer medications: N
  Med1: NA    Med2: NA    Med3: NA
  Method of Instruction: Explain & Handout
  Evidence of Learning Demonstrated By: Expresses Understanding

### Activity Date: 03/10/16    Time: 1330

401050    Telemetry Monitoring    03/10/16 1330 CS 03/10/16 1330 CS    A    B1D8
- Create

Page: 4 of 35

Printed 10/01/19 at 1352

```
Age/Sex: 6Y 04M F                Attending: Tran, Sister N.V.D.
Unit #: K00062960A              Account #: K31220206
Admitted: 03/10/16 at 1132      Location: 505
Status: DIS CX                  Room/Bed: K.E554-5
```

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Time by Comment | Documented Units | From Change |
|---|---|---|---|---|---|

**Activity Date: 03/10/16        Time: 1338**

| :00522 | Pediatric Admit Assessment ----- | | A | AKNCT | | AS |
| - Create | 03/10/16 1338 ERF 03/10/16 1349 ERF | | | | | |
| - Document | 03/10/16 1338 ERF 03/10/16 1349 ERF | | | | | |

TRAVEL QUESTIONS - MANDATORY----------------

For patients presenting with the following symptoms:
Fever> or = 100.4 deg F, Headache, Muscle Pain, Vomiting
Diarrhea, Abdominal Pain, or Unexplained hemorrhage.

Have you or a close contact traveled outside of the
continental US or come into contact with an Ebola patient
in the past 30 days? N

If the answer is YES, ask where the patient or close
contact has traveled.

Traveled to Where?
If they say Africa, please ask them where in Africa
If travel to Guinea, Liberia, Nigeria, or Sierra Leone
is identified, isolate the patient IMMEDIATELY and contact
the MD, contact the Nursing House Supervisor, and
Infection Prevention and Control.

---- GENERAL DATA -----

Information Obtained from: Mother
Mode Of Admission: Parent's Arms
*Admitted From: Physician Office
I.D. Band Applied: Yes ID Band Applied
Do you have a Barrier to Communication (Y/N)? N
    WK Interpretive Services Needed?
    Interpretive Services Provided:
    --------- Interpreter ID Number:
Language Preference for Medical Communication: ENGLISH
    If other, please specify: NA
    --------- Patient Advocate Support Person -------
    Barrier to Communication (Y/N): N
Language Preference for Medical Communication: ENGLISH
    If other, please specify: NA
Do you want anyone notified of your admission? No
    Name and number of person to notify:
                        Was contact made?

What HEALTH PROBLEM Brought You To The Hospital: ASTHMA
*Repeat Hospital Admit Within 30 Days: N
If yes, When, and for what:
DX #1: ASTHMA
DX #2: URI

---- VITAL SIGNS -----

Blood Pressure:
        BP Position: lying
        Temp: 98.4         Type of Temperature: Axillary
        Heart Rate: 177    Heart Rate Source: Machine

## Problem/Goal/Intervention Description:                Recorded Date: 1338

| Activity Type | Occurred Date | Time by Date | Recorded Time by Comment | Sts Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|

**Activity Date: 03/10/16        Time: 1338 (continued)**

| :00522 | Pediatric Admit Assessment (continued) | | | | | |

Resp. Rate:                              SAO2: 90
        Ht (FT): 42        Weight Source:
        Ht (IN):           Wt. (KG): 12.7
        Wt. (CM):
        Wt. (OZ):
Head Circ (cm):

---- ALLERGIES -----

Allergy-Med/Contact: NKA
Allergy2-Med/Contact: NKA
Latex Allergy (Y/N): No, Latex Allergy
Does this patient have any food allergies/intolerance: N
Food Allergies-Indic: NKFA

---- PAIN -----
Are You Having PAIN / DISCOMFORT Now: N
Location of Pain:                  Duration of Pain:
Pain Frequency:                    Character of Pain:
Onset of Pain:                     Pain Relieved By:
Pain Made Worse By:                Cause of Pain:

                        Fear most about pain:
                        Problems caused by pain:
Who else have you consulted about pain:
        What treatments might help the pain:
                Pain scale used to assess pain:
Pain Scale Explained; Understanding Voiced:
        Patient's Acceptable Level of Pain:
                                        Pain score:

---- IMMUNIZATIONS -----
Immunizations Current: Y    Comment: NA
Flu Vaccine this flu season (Sep 1 - Mar 31): No

---- MEDICATION LIST & ALLERGIES -----
Current Meds or Herbals Being Taken: Y   ALL Medication Information Unobtainable: N

| MEDICATION | DOSE | ROUTE | FREQUENCY | LAST TAKEN DATE | TIME |
|---|---|---|---|---|---|
| :ALBUTEROL | : | : | : | : | : |
|  | : | : | : | : | : |
|  | : | : | : | : | : |
|  | : | : | : | : | : |
|  | : | : | : | : | : |

Age/Sex: 4Y 0XX F
Unit #: K000629604
Admitted: 03/10/16 at :132
Status: DIS IN

Attending: Trec, Sharon N.D.
Account #: K32120206
Location: 5E5
Room/Bed: K.55514-:

HENDERSON WYN I.

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 5 of 35
Printed 10/01/16 at 1352

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 03/10/16    Time: 1338 (continued)

100522    Pediatric Admit Assessment (continued)
Parent Informed Of Policy Regarding Outside Medications: Y
Mother's Prenatal History: PRENATAL INTERVENTION

--- MEDICAL HISTORY ---

Does the PATIENT ONLY Have a History of:
  Birth Defects: N        Prematurity: Y      GI Problems: N
  GU Problems: N          Seizures: N         *Heart Disease: X
  Hypertension: N Sickle Cell Trait: N        Resp. Problems: Y
Psychiatric Disorder(s): N      Cancer: N

------ DIABETIC HISTORY ------
Diabetes Treatment:
  Diabetes Treatment: None

Does home blood sugars? (Y/N)
Have you ever received education about your diet:

Have you ever received education about managing diabetes:
Was your last HgbA1C less than 8%:

FAMILY HISTORY Of: Asthma: Y     Cancer:           Diabetes:
High Blood Pressure:      Kidney Problems:          Seizures:
                                                  Heart Disease:
                                                  Psych. Disease:

Other Significant History of: NA

--- PREVIOUS SURGICAL HISTORY ---

Previous Surgeries: NA

Is the Patient having surgery? N   Last Food or Drink Intake:    Time:
Have you or any of your relatives had any problem with anesthesia/sedation (high fever,
difficulty awakening, etc):
If YES, explain:

--- MUSCULOSKELETAL ---
Musculoskeletal / Functional Limitations: None
  Site Of Abnormality/Limitation 1: Not Applicable
  Site Of Abnormality/Limitation 2: Not Applicable
  Gait: Unsteady: N Difficulty Walking: N

--- GASTROINTESTINAL ---
Nutritional Problems: No Problem Stated    GI Problems: Not Applicable
Current Problem: Not Applicable            Abdomen: Normal
                                           Abd. Girth (cm):
Bowel Sounds: Normal                       Tubes: NA
Ostomy: Not Applicable                     Diet: REGULAR
Date Of Last Bowel Movement: 03/09/16      Receiving -TPN: N  Tube Feeding: N

--- GENITOURINARY ---

---

**Problem/Goal/Intervention Description**

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|

Activity Date: 03/10/16    Time: 1338 (continued)

100522    Pediatric Admit Assessment (continued)
Urogenital Tract Female: No abnormalities
Urogenital Tract Male: No Abnormalities
Urination: Normal voiding pattern:
  Tubes: NA                    Color Of Urine: NOT OBSERVED
                               Foley: N Ostomy: Not Applicable

--- RESPIRATORY ---

Resp. Effort: Using Accessory Muscles  Respiratory Comment: Using Accessory Muscles
Breath Sounds: Wheezing                  Other Comments: DIMINISHED
                                        Secretion Amount: Not Observed
Secretion Color: Not Observed           Secretion Consistency: Not Applicable
  Tracheostomy: N

--- CIRCULATORY ---

Heart Sounds: Regular
Edema: None                             Edema Location: NA
Pulse Quality: Normal Pulsation         Abnormal Pulse Location(s): NA

Identification: N Reaction:   If Yes, Explain:
Capillary Refill greater than 3 seconds: N  Location:

--- SKIN ---

Is this a PRE-ADMIT Assessment: Y
I verify that: I have performed a complete skin assessment and documented all findings below.
Skin Temperature/Character: Warm & Moist          Skin Color: Normal

Pressure Ulcer/Skin Impairment on Admit: N   If YES, list all location(s) and use the Skin
                                             Description lookup and/or Free Text for EACH.
                                             If >10 locations, document remaining in a Patient Note.

|  | LOCATION | SKIN DESCRIPTION |
|---|---|---|
| : | : | : |
| : | : | : |
| : | : | : |
| : | : | : |
| : | : | : |
| : | : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
  :SKIN INTACT NO BREAKDOWN NOTED
  :
  :
  :
  :
  :
  :

Age/Sex: 4Y 06M F
Unit #: X000629604
Admitted: 03/10/16 at 1332
Status: DIS IN

Attending: Irar, Sharon V M.D.
Account #: X32120206
Location: SES
Room/Bed: K.ES54-2

HENDERSON

Willis-Knighton South Nursing **LIVE**
H2ES PRINT ALL NURSING INFORMATION

---

**Problem/Goal/Intervention Descrip:**

| Activity Type | Occurred Date | Time by | Recorded Date | Time by Comment | Sts | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16       Time: 1338    (continued)

:00522    Pediatric Admit Assessment:    (continued)
  :
  :

Unable to Assess Incision; Dressing Induct.:
  Location:
  Drain:
  Drainage:

---- NEURO/PAIN ----

Level Of Alertness: Oriented                    Eyes: Opens spontaneously
  Speech: Normal speech pattern     Dominant Side Weak: NO WEAKNESS FOUND
Best Motor Response: Moves All Extremities                 V P L Shift: N

*Developmentally Delayed: Not Applicable

Oriented To: Person/Family:
  Location:
  Time:

Answer Y/N to appropriate category.  Review abnormal results with MD at next rounds.

--- DEVELOPMENTAL ASSESSMENT ---
0-3 Months:
  Does Your Baby Smile Or Coo:
  Does Your Baby Have A Tendency To 'Root' When Hungry:
  Does Your Baby Turn His/Her Head Toward Sound Of Voices:
  Do Baby's Eyes Move In Same Direction He/She Moves Head:
  Does Your Baby Grasp Objects That Touches Palm Of His/Her Hand:

3 Months:
Is Baby Able To Hold Its Head Steady When In Sitting Pos.:
  Does Your Baby Follow Moving Objects With Its Eyes:
  Does Your Baby Make Any Sounds Besides Crying And Cooing:
  Does Your Baby Watch Its Own Hands:

6 Months:
  Does Your Baby Reach For Objects Out Of Its Reach:
  Does Your Baby See Small Objects, Such As Raisins:
  Does Baby Respond To Sound By Turning Head In Dir. Of Sound:
  Does Your Baby Initiate Speech Sounds:

9 Months:
  Does Your Baby Wave Bye-Bye:
  Does Baby Transfer An Object, Ex. Rattle, From Hand To Hand:
  Does Your Baby Make Dada And Mama Sounds:
  Does Baby Stand Up Holding Onto Someone Or Something:

12 Months:
  Does Your Child Play Patty-Cake:
  Does Child Hold An Object In Each Hand & Bang Them Together:

---

**Problem/Goal/Intervention Description:**

| Activity Type | Occurred Date | Time by | Recorded Date | Time by Comment | Sts | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16       Time: 1338    (continued)

:00522    Pediatric Admit Assessment:    (continued)
When Child Says Mama/Dada, Is It Said To The Approp Person:
  Is Child Able To Stand Alone For At Least Two (2) Seconds:

18 Months:
  Does Child Drink From A Regular Cup Without Spilling:
  Does Your Child Scribble When Given Crayons And Paper:
  Does Your Child Say Three (3) Words:
  Can Child Walk All The Way Across A Lg. Rm. W/O Falling:

24 Months: Y
  Is Your Child Able To Remove All His/Her Clothes: Yes
Is Child Able To Stack 4 Objects, Blocks,Or Top Of Ea Other: Yes
  Does Your Child Combine Words: Yes
  Is Your Child Able To Kick A Ball Forward: Yes

3 Years:
  Is Your Child Able To Wash And Dry His/Her Hands:
  Is Your Child Able To Name At Least Four Items In A Book:
Does Child Comprehend At Least 2 Action Words, ie Dog Barks:
  Is Your Child Able To Throw A Ball Overhand:

4 Years:
  Does Your Child Dress Hir/Herself Without Help:
  Is Your Child Able To Draw A Circle By Copying:
  Does Child See At Least Four Diff Action Words (Verbs):
  Does Your Child Hop On One Foot:

5 Years:
  Does Child Play Board/Card Games With You / Other Children:
  Is Child Able To Draw The Head & 2 Other Parts Of A Person:
  Is Your Child Able To Name Four Different Colors:
  Can Your Child Broad Jump:

6 Years:
  Can Your Child Copy A Square:
  Can Your Child Repeat Five Numbers In Proper Sequence:
  Is Your Child Able To Define Words, ie Banana As A Fruit:
  Can Your Child Skip:

7-10 Years:
  Is Your Child In The Grade Appropriate For His/Her Age:
  Has A Friend He/She Plays W\ Or A Reg Basis Outside School:

11-13 Years:
  Is Your Child In The Grade Appropriate For His/Her Age:
  Does Child Initiate And Complete Tasks Or School Projects: