Page: 7 of 35

Printed 10/01/19 at 1352

HENDERSON, **████** 304 1

Willis-Knighton South Nursing **\*LIVE\***
HX5 PRINT ALL NURSING INFORMATION

Age/Sex: 4Y 0CY F
Unit #: K000629604
Admitted: 03/30/16 at 1132
Status: DIS IN

Attending: Frar, Sharon N.M.D.
Account #: K327-20206
Location: 5E5
Room/Bed: K.E5514-1

---

| Problem/Goal/Intervention Description | Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Documented Time by Comment Units | From Change |
|---|---|---|---|---|---|

Activity Date: 03/30/16          Time: 1338

100522     Pediatric Admit Assessment (continued)
Child Has a Group of Peers Wt Whom Much Free Time is Spent:

14-18 YEARS:
  With Whom Do You Live:
Tell Me About Your Family:
  Do You Have Any Brothers:          How Many Brothers:
  Do You Have Any Sisters:          How Many Sisters:

Are You Able To Talk To Your Parents:  Some Things?   Most Things?   All Things?   Nothing?
Able Talk To Parents:

What Grade Are You In School:
What is Your Favorite Subject:
What Kind of grades do you make (Good/Fair/Poor):
What Kind Of Hobbies Do You Have:
Do You Belong To Any Clubs, Groups, or Gangs: Which Ones:

Are You Allowed To Date Yet:
Have You Had Sex Education At School:
If Not, Refer To Monthly Program Growing Up Girls/Boys: Interested In Program:
                                              Not Interested In Program:

Females:        Have you had your first period:
  If Yes, what age (yrs) did you have your first period:
  If Yes, When Was Your Last Period:

----- SOCIAL HISTORY -----
Birth Wt (Lbs): 1        Birth Wt (0z): 9        Birth Length (in):
Place of Birth (City and Hospital): SHREVEPORT
Complications at Birth: Y If yes, what: PREMATURITY

Does Patient Use Tobacco:                Type Of Tobacco Used:
  How Much Tobacco Used:                How Long Tobacco Used:

  Does Caregiver Smoke: N

Does Patient Drink LIQUOR/BEER/WINE: N       Type Of Alcohol Consumed:
  If Yes, How Much:                          How Long:

Do You Have a RELIGIOUS AND/OR CULTURAL TRADITION We Need To Consider: N
  If Yes, What:
Actual Support Request:

Potential Barrier to Learning:

Social/Psychiatric Assessment: Pediatric/ Quiets easily
Are Anyone Else Be Included in Your Teaching: N If Yes, Who:
  Have Thoughts of Harming Yourself: No
  Feel Abused Or Neglected in Anyway: No

---

| Problem/Goal/Intervention Description | Activity Type | Occurred Date | Recorded Time by Date | Sts Directions Documented Time by Comment Units | From Change |
|---|---|---|---|---|---|

Activity Date: 03/30/16          Time: 1338

100522     Pediatric Admit Assessment (continued)
Are You In a Situation Which Causes You Fear, Pain or Injury:

Emergency Contact, Name:
          Home Number:
          Other Number:

PATIENT IS AN INFANT: N   --- VALUABLES/ASSISTIVE DEVICES ---
  Glasses: Not Applicable          Contacts: Not Applicable
  Hearing Aid(s): Not Applicable   Dentures: Not Applicable/None
  Clothes: Not Applicable          Cast: Not Applicable
  Credit Cards: Not Applicable     Wallet: Not Applicable
  Jewelry: Not Applicable          Watch: Not Applicable
  Other: NA                        Disposition: Not Applicable
  Glasses: Not Applicable          Disposition: Not Applicable
  Cane: Y   Walker: N  W/C: N      Disposition: Not Applicable
Advised To Keep Glasses, Contacts, Dentures, Etc In Drawer: Y
Have You Signed An ORGAN DONATION CARD: N

----- SAFETY -----
Recent History of: Falls: N Bed Rails: Y   *Family Or Sitter Constantly
                   *Restraints: N          *Restraint Type:

Patient/Family Oriented To: Call Light: Y       Telephone: Y
  Nursing Bedside Hand(s): Y                     Smoking Policy: Y
                           TV: Y  TV Pumps/Other Equip: Y  Highchair: Y
                           Crib: Y    Rocker: Y             Supplies: Y

Pediatric Fall Risk Assessment          Environmental Factors: 4
Age: Less than 3 years old              (4) History of Fall or Infant-Toddler
  (4) Placed in Crib                        Placed in Crib or Infant-Toddler
  (3) 3 to less than 7 years old        (3) Patient uses assistive devices or
  (2) 7 to less than 13 year old            Infant-Toddler in Crib or
  (1) 13 years and above                    Furniture/Lighting
Gender: 1                               (2) Patient Placed in Bed
  (2) Male    (1) Female               (1) Outpatient Area
Diagnosis: 3                           Response to Surgery/Sedation/Anesthesia: 6
  (4) Neurologic Diagnosis              (4) Within 24 hours
  (3) Alteration in Oxygenation         (2) Within 48 hours
      Respiratory Diagnosis, Dehydration, (1) More than 48 hours
      Anemia, Anorexia, Syncope,       Medication Usage: 0
      Dizziness, etc.                   (3) Multiple usage of: Sedatives, Hypnotics,
  (2) Psych/Behavioral Disorders            Barbiturates, Phenothiazines, Anti-
  (1) Other Diagnosis                       depressants, Laxatives/Diuretics,
Cognitive Impairments: 3                    Narcotics
  (3) Not Aware of Limitations         (2) One of the meds listed above
  (2) Forgets Limitations              (1) Other Medications/None
  (1) Oriented to Own Ability          Fall Risk Total: 15

Fall Precaution #:          FALL PRECAUTIONS

EXHIBIT

1-C

Page 1427 of 1758

Age/Sex: 4Y 04M F  Attending: Tran, Sharon N M.D.
Unit #: K000629604  Account #: K32120206
Admitted: 03/10/16 at 1132  Location: 5ES
Status: DIS IN  Room/Bed: K.E5514-1

HENDERSON,[redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 8 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16 Time: 1338 (continued)

100522 Pediatric Admit Assessment (continued)
Fall Precaution #2:
Fall Precaution #3:
Other Precautions: CALL BELL, BED RAILS

-----BRADEN Q SCALE FOR PEDS (LESS THAN 18 YEARS OLD)-----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist LinenChg8hrs | Occasionally Moist LinenChg12hrs | Rarely Moist RoutDiapChg |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate Eats1/2 | Adequate Eats>1/2 | Excellent |
| FRICT/SHEAR | Significant Problem | Problem Moderate Assist | Potential Problem Minimal Assist | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised O2<95% cap>2sec | Adequate cap=2sec | Excellent O2>95% cap<2sec |

Sensory Perception: 4 - No Impairment
Moisture: 4 - Rarely Moist
Activity: 4 - Age Appropriate
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 3 - Adequate
Total Braden Scale Score: 26

Pt. Safety Information Booklet given to pt/family: Y

LPN Who Assisted In Data Collection:
RN Signature: VALARIE VANN RN

Activity Date: 03/10/16 Time: 1345

990004-B RT - Oxygen Therapy A DAILY CP
- Document 03/10/16 1345 PAD 03/10/16 1601 PAD
Is This a New Start: N Protocol N

Oxygen Device NC FiO2 LPM 1.00 SaO2: 95

Alert Value: No Time Reported:

Has Potential For Hypoxemia Due To:

Is Patient Progressing Toward Goal: No Goal Note: N

Hours Used Transfer/Discharged/Discontinued Reordered

Comments: INCREASED O2 TO 2LPM, Pt IN ALOT OF DISTRESS DR. NOTIFIED.
:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16 Time: 1345

990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/10/16 1345 PAD 03/10/16 1609 PAD 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q6
Meds/Dosage: UD ATROVENT

| Vitals: PRE | POST |
|---|---|
| HR 172 | HR 173 |
| RR 40 | RR 44 |
| BBS TIGHT EXPIRATORY WHEEZES WITH : DECREASED AIR ENTRY | BBS SAME : |
| PF | PF |

Effective cough Y  Sputum Amount: None
Increase Secretions  Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: No Goal Note: N

Comments/Plan: TOL Tx OK WITH MASK WITH NO ADVERSE REACTIONS NOTED. SHE IS VERY IRRITABLE
: WITH RETRACTIONS AND ACCESSORY MUSCLE USAGE NOTED. SaO2 99% ON 2LPM.

Activity Date: 03/10/16 Time: 1420

990023-A RT - Aerosol Therapy - Continuous A QD CP
- Document 03/10/16 1420 PAD 03/10/16 1611 PAD 1.3
Is This a New Start: Y

Therapy Given: Y If no, why:

Meds/Dosage: 5mg PROVENTIL AND 25 ml OF NORMAL SALINE X 1 HOUR

Vitals: HR 194 RR 34 BBS TIGHT EXPIRATORY WHEEZES

Length of Treatment 1 HOUR  Effective cough Y Increase Secretions

Sputum Amount: None  Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal:  Goal Note:

Comments/Plan: Pt STILL RETRACTING WITH ACCESSORY MUSCLE USAGE IN NECK. SLEEPING
THERAPY
1) 2) 3) 4) 5) 6)

Activity Date: 03/10/16 Time: 1533

200008 IV Site #1 Check/Care A Q2H CP
- Document 03/10/16 1533 VV 03/10/16 1533 VV 8.0
IV Site #1: Left Wrist

Page 1428 of 1758

Age/Sex: 4Y 04M F
Unit #: KC00629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 9 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16 Time: 1533 (continued)

200008 IV Site #1 Check/Care (continued)
Peripherally Inserted Central Catheter (Y/N):
Site Description #1:
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 WITH 20 KCL
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 03/10/16 Time IV (#1) started:

402170 O2 Delivery A Q2H CP
- Document 03/10/16 1533 VV 03/10/16 1533 VV 0.0
O2 Delivery: 1 LMP/NC
Oxygen Delivery Frequency: continuous

200021 Safety Checks A Q2H CP
- Document 03/10/16 1533 VV 03/10/16 1533 VV 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/10/16 Time: 1548

990023-A RT - Aerosol Therapy - Continuous A QD CP
- Document 03/10/16 1548 SC 03/10/16 1839 SC 1.3
Is This a New Start: N

Therapy Given: Y If no, why:

Meds/Dosage: 1.25mg XOPENEX

Vitals: HR 186 RR 42 BBS COARSE EXPIRATORY WHEEZES

Length of Treatment 1 HR Effective cough Y Increase Secretions

Sputum Amount: None Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note:

Comments/Plan: TOOK Pt OFF 1 HR LONG....VITALS POST TREATMENT

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16 Time: 1548 (continued)

990023-A RT - Aerosol Therapy - Continuous (continued)

THERAPY
1) 2) 3) 4) 5) 6)

Activity Date: 03/10/16 Time: 1551

990001-B RT - Initial Assessment A PS
- Create 03/10/16 1551 PAD 03/10/16 1551 PAD

Activity Date: 03/10/16 Time: 1558

Problem: RT- HYPOXEMIA OR HYPOXIA, ACTUAL AND/OR POTENTIAL TO DEVELOP A
- Create 03/10/16 1558 PAD 03/10/16 1558 PAD
Goal: RT: Improve oxygenation, correct hypoxemia, prevent hypoxia. A 03/20/16
- Create 03/10/16 1558 PAD 03/10/16 1558 PAD
- Ed Target 03/10/16 1558 PAD 03/10/16 1558 PAD None => 03/20/16
Problem: RT- WHEEZING AND/OR ALTERED RESPIRATORY FUNCTION, ACTUAL AND/OR POTENTIAL TO DEVELOP A
- Create 03/10/16 1558 PAD 03/10/16 1558 PAD
- Ed Status 03/10/16 1558 PAD 03/10/16 1558 PAD A => A
Goal: RT: Correct or prevent bronchospasm, improve breath sounds. A 03/20/16
- Create 03/10/16 1558 PAD 03/10/16 1558 PAD
- Ed Status 03/10/16 1558 PAD 03/10/16 1558 PAD A => A
- Ed Target 03/10/16 1558 PAD 03/10/16 1558 PAD None => 03/20/16
990023-A RT - Aerosol Therapy - Continuous A QD CP
- Create 03/10/16 1558 PAD 03/10/16 1558 PAD
- Ed Directs 03/10/16 1558 PAD 03/10/16 1558 PAD 03/10 1557 QD => 03/10 1557 Q1H

Activity Date: 03/10/16 Time: 1710

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 03/10/16 1710 VV 03/10/16 1710 VV 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 99 Type Of Temperature: Axillary
Heart Rate: 189 Heart Rate Source: Machine
Resp. Rate: 42
SAO2: 100 O2 Delivery: VAPOTHERM

450010 Intake A 06,18 CP
- Document 03/10/16 1710 VV 03/10/16 1711 VV 10.7

ORAL - just H2O (ml):
ORAL (not water) ml:
Tube Feed (ml):

Page 1429 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON[redacted]L Page: 10 of 35
Unit #: X000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/10/16 Time: 1710 (continued)

450010 Intake (continued)
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml): 90
IVPB (ml): 75
TPN (ml):
Lipid (ml):
Blood (ml):
450100 Output A 06,18 CP
- Document 03/10/16 1710 VV 03/10/16 1711 VV 10.7
Urine voided (ml):
Urine cath. (ml): Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 1 Last Void Date: 03/10/16 Last Void Time:
Stool X: 1 Stool Weight cc's Date Of Last BM: 03/10/16
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:
Urostomy (ml):
Nephrostomy (ml):
WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:

Activity Date: 03/10/16 Time: 1719

990077 RT - Asthma Severity A PRN CP
- Create 03/10/16 1719 PAD 03/10/16 1719 PAD
- Ed Directs 03/10/16 1719 PAD 03/10/16 1719 PAD 03/10 1719 PRN => 03/10 1719 Q2H

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/10/16 Time: 1720

990077 RT - Asthma Severity C Q2H CP
- Ed Status 03/10/16 1720 PAD 03/10/16 1720 PAD A => C

Activity Date: 03/10/16 Time: 1725

990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/10/16 1725 SC 03/10/16 1840 SC 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q2H Q2H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE POST
HR 187 HR 178
RR 55 RR 55
BBS FAINT WHEEZES/COARSE CRACKLES BBS NO CHANGE
: :
PF PF

Effective cough Y Sputum Amount: None
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Comments/Plan: HHN TOL WELL. NARN
:

Activity Date: 03/10/16 Time: 1800

990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/10/16 1800 BBH 03/10/16 1824 BBH 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q2H Q2H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE POST
HR 192 HR 194
RR 42 RR 34
BBS FAINT WHEEZES/COARSE CRACKLES BBS SAME
: :
PF PF

Effective cough Y Sputum Amount: None
Increase Secretions Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: No Goal Note: Y

Comments/Plan: TOLERATED Tx WELL WITH NO ADVERSE REACTIONS
:

Page 1430 of 1758

Age/Sex: 4Y 04M F  Attending: Tran, Sharon N M.D.  HENDERSON,[redacted] L  Page: 11 of 35
Unit #: K000629604  Account #: K32120206
Admitted: 03/10/16 at 1132  Location: 5ES  Willis-Knighton South Nursing **LIVE**  Printed 10/01/19 at 1352
Status: DIS IN  Room/Bed: K.E5514-1  HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts | Directions Comment | Documented Units | From Change

Activity Date: 03/10/16  Time: 1815

100542  Fall Risk - Pediatric  A  ADMIT  PS
- Document  03/10/16 1815 SLF  03/10/16 1858 SLF
Pediatric Fall Risk Assessment
Age: 4
 (4) Less than 3 years old
 (3) 3 to less than 7 years old
 (2) 7 to less than 13 year old
 (1) 13 years and above
Gender: 1
 (2) Male  (1) Female
Diagnosis: 3
 (4) Neurological Diagnosis
 (3) Alteration in Oxygenation
  Respiratory Diagnosis, Dehydration,
  Anemia, Anorexia, Syncope,
  Diziness, etc.
 (2) Psych/Behavioral Disorders
 (1) Other Diagnosis
Cognitive Impairment: 3
 (3) Not Aware of Limitations
 (2) Forgets Limitations
 (1) Oriented to Own Ability
Environmental Factors: 3
 (4) History of Fall or Infant-Toddler Placed in Bed
 (3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
 (2) Patient Placed in Bed
 (1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
 (3) Within 24 hours
 (2) Within 48 hours
 (1) More than 48 hours
Medication Usage: 1
 (3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
 (2) One of the meds listed above
 (1) Other Medications/None
Fall Risk Total: 15

102012  PAIN Assessment / Management - PEDI  A  PRN  PS
 Use to document the effectiveness of medications given specifically for the control of pain.
 Ask patient to be specific regarding location, severity, and type of pain.
- Document  03/10/16 1815 SLF  03/10/16 1858 SLF  0.0
Are You Having PAIN / DISCOMFORT Now: N
 Is this a new episode of pain:
 Location Of Pain:
 Duration Of Pain:
 Pain Frequency:
 Character of Pain:
 Onset of Pain:
 Pain Relieved By:
 Pain Made Worse By:
 Cause of pain:
 Pain scale used to assess pain: FLACC
 Pain score: 0
-----Pain Interventions-----
 Pharmacologic (see MAR): N
Non-Pharmacologic:
 Emotional support: Y

 Comfort measures: Y
Cognitive techniques: N

Activity Date: 03/10/16  Time: 1815

990560  Braden Pediatric Risk Assessment  A  QSHIFT  PS
- Document  03/10/16 1815 SLF  03/10/16 1858 SLF  50.0
---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 3 - Slightly Limited
Nutrition: 3 - Adequate
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 3 - Adequate

Total Braden Scale Score: 23
1-D  Patient Education  A  AS NEEDED  CP
- Document  03/10/16 1815 SLF  03/10/16 1857 SLF  0.0
 Learner: Family
Learner's Preferred Method: One-on-One Teaching
 Language Spoken (002): English
 If Other, Describe:

*Religious or Cultural practices that may affect learning: N
 If YES, describe:
*Physical limitations that may affect learning (Y/N): N
 If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
 If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
 If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
 :WILL MONITOR FOR PAIN USING FLACC SCALE AND TREAT ACCORDINGLY
 :COMFORT MEASURES

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SIDERAILS, CR/POX MONITOR ALARMS
 :2PT ID, CAMERA MONITORING, NOTIFY NURSE UPON LEAVING UNIT

*Is patient/family motivated to learn (Y/N): Y
 If NO, explain:

LEARNING NEEDS  TEACHING SUMMARY

*Disease (Y/N): Y :RESP DISTRESS, +MYCOPLASMA

Page 1431 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON, [redacted]YAH L Page: 12 of 35
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

Activity Date: 03/10/16 Time: 1815 (continued)

1-D Patient Education (continued)
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): Y :CR/POX MONITOR, IVAC, VAPOTHERM, SUCTION
*Procedure (Y/N): Y :FLOOR P&P
*Medication (Y/N): Y :EXPLAIN AS GIVEN
*New Medication (Y/N): N :NO NEW MEDS
Education :PLAN OF CARE, FLOOR P&P
:.
*Follow-up care (Y/N): Y :PER DR ORDERS UPON DISCHARGE
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :REGULAR DIET AS TOL
Other Teaching: PLAN OF CARE
: .

If applicable, pt has demonstrated competence to self administer medications: N
Med1: Med2: Med3:

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

Activity Date: 03/10/16 Time: 1855

100542 Fall Risk - Pediatric A ADMIT PS
- Create 03/10/16 1855 SLF 03/10/16 1855 SLF
102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness
of medications given specifically
for the control of pain.
Ask patient to be specific
regarding location, severity, and
type of pain.
- Create 03/10/16 1855 SLF 03/10/16 1855 SLF
990560 Braden Pediatric Risk Assessment A QSHIFT PS
- Create 03/10/16 1855 SLF 03/10/16 1855 SLF

Activity Date: 03/10/16 Time: 1920

100542 Fall Risk - Pediatric A ADMIT PS
- Document 03/10/16 1920 EM 03/10/16 2052 EM
Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation

Environmental Factors: 3
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours

Activity Date: 03/10/16 Time: 1920 (continued)

100542 Fall Risk - Pediatric (continued)
Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 15

102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness
of medications given specifically
for the control of pain.
Ask patient to be specific
regarding location, severity, and
type of pain.
- Document 03/10/16 1920 EM 03/10/16 2052 EM 0.0
Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain:
Location Of Pain:
Duration Of Pain:
Pain Frequency:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Cause of pain:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR): N
Non-Pharmacologic:
Emotional support: Y
Comfort measures: Y
Cognitive techniques: N
990560 Braden Pediatric Risk Assessment A QSHIFT PS
- Document 03/10/16 1920 EM 03/10/16 2052 EM 50.0
---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment

Page 1432 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON, [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 13 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16 Time: 1920 (continued)

990560 Braden Pediatric Risk Assessment (continued)
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 3 - Slightly Limited
Nutrition: 3 - Adequate
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 3 - Adequate

Total Braden Scale Score: 23
1-D Patient Education A AS NEEDED CP
- Document 03/10/16 1920 EM 03/10/16 2052 EM 0.0
Learner: Family
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:WILL MONITOR FOR PAIN USING FLACC SCALE AND TREAT ACCORDINGLY
:COMFORT MEASURES

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SIDERAILS, CR/POX MONITOR ALARMS
:2PT ID, CAMERA MONITORING, NOTIFY NURSE UPON LEAVING UNIT

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS — TEACHING SUMMARY

*Disease (Y/N): Y :RESP DISTRESS, +MYCOPLASMA
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): Y :CR/POX MONITOR, IVAC, VAPOTHERM, SUCTION
*Procedure (Y/N): Y :ASSESSMENT
*Medication (Y/N): Y :EXPLAIN AS GIVEN
*New Medication (Y/N): N :NO NEW MEDS
Education :PLAN OF CARE
:.
*Follow-up care (Y/N): Y :PER DR ORDERS UPON DISCHARGE
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :REGULAR DIET AS TOL
Other Teaching: PLAN OF CARE
:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/10/16 Time: 1920 (continued)

1-D Patient Education (continued)

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

Activity Date: 03/10/16 Time: 2010

990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/10/16 2010 SDT 03/10/16 2112 SDT 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q2H Q2H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE — POST
HR 160 — HR 160
RR 47 — RR 48
BBS FAINT WHEEZES/COARSE CRACKLES — BBS SAME
: — :
PF — PF

Effective cough Y — Sputum Amount: None
Increase Secretions N — Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Comments/Plan: Pt TOL Tx WELL
:

Activity Date: 03/10/16 Time: 2155

990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/10/16 2155 SDT 03/10/16 2303 SDT 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q2H Q2H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE — POST
HR 168 — HR 172
RR 28 — RR 30
BBS FAINT WHEEZES/COARSE CRACKLES — BBS SAME
: — :
PF — PF

Effective cough Y — Sputum Amount:
Increase Secretions N — Sputum Color:
Sputum Consistency:

Page 1433 of 1758

Age/Sex: 4Y 04M F  Attending: Tran, Sharon N M.D.
Unit #: K000629604  Account #: K32120206
Admitted: 03/10/16 at 1132  Location: 5ES
Status: DIS IN  Room/Bed: K.E5514-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 14 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

Activity Date: 03/10/16  Time: 2155 (continued)

990008-A  RT - Aerosol Therapy (continued)
Is Patient Progressing Toward Goal: Unchanged  Goal Note:

Comments/Plan: Pt TOL Tx WELL
:

Activity Date: 03/10/16  Time: 2351

990008-A  RT - Aerosol Therapy  A  Q2H  CP
- Document  03/10/16 2351 KM 03/11/16 0642 KM  2.5
Is This a New Start: N  Protocol Y  Therapy Given: Y If no, why:
Therapy Frequency Q2H  Q2H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE  POST
HR 132  HR 131
RR 42  RR 45
BBS FINE CRACKLES  BBS FINE CRACKLES
:  :
PF  PF

Effective cough N  Sputum Amount: None
Increase Secretions N  Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes  Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:
- Edit Results 03/10/16 2351 KM 03/11/16 0649 KM
Comments/Plan: TOLERATED TREATMENT WELL; VAPOTHERM FIO2 WEANED FROM 40 TO 38% FIO2.
[TOLERATED TREATMENT WELL]

Activity Date: 03/11/16  Time: 0158

990008-A  RT - Aerosol Therapy  A  Q2H  CP
- Document  03/11/16 0158 KM 03/11/16 0642 KM  2.5
Is This a New Start: N  Protocol N  Therapy Given: Y If no, why:
Therapy Frequency Q2H  Q2H
Meds/Dosage: 1.25mg XOPENEX/UD ATROVENT

Vitals: PRE  POST
HR 134  HR 139
RR 36  RR 32
BBS COARSE CRACKLES  BBS COARSE CRACKLES
:  :
PF  PF

Effective cough N  Sputum Amount: None
Increase Secretions N  Sputum Color:
Sputum Consistency:

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

Activity Date: 03/11/16  Time: 0158 (continued)

990008-A  RT - Aerosol Therapy (continued)

Is Patient Progressing Toward Goal: Yes  Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:
- Edit Results 03/11/16 0158 KM 03/11/16 0648 KM
Comments/Plan: TOLERATED TREATMENT WELL; VAPOTHERM FIO2 WEANED FROM 40% TO 35%.
[TOLERATED TREATMENT WELL]

Activity Date: 03/11/16  Time: 0359

990008-A  RT - Aerosol Therapy  A  Q2H  CP
- Document  03/11/16 0359 KM 03/11/16 0642 KM  2.5
Is This a New Start: N  Protocol N  Therapy Given: Y If no, why:
Therapy Frequency Q2H  Q2H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE  POST
HR 136  HR 138
RR 42  RR 45
BBS COARSE CRACKLES  BBS COARSE CRACKLES
:  :
PF  PF

Effective cough N  Sputum Amount: None
Increase Secretions N  Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes  Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:
- Edit Results 03/11/16 0359 KM 03/11/16 0647 KM
Comments/Plan: TOLERATED TREATMENT WELL; VAPOTHERM FIO2 WEANED FROM 35-30%.
[TOLERATED TREATMENT WELL]

Activity Date: 03/11/16  Time: 0553

990008-A  RT - Aerosol Therapy  A  Q2H  CP
- Document  03/11/16 0553 KM 03/11/16 0642 KM  2.5
Is This a New Start: N  Protocol Y  Therapy Given: Y If no, why:
Therapy Frequency Q2H  Q2H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE  POST
HR 139  HR 141
RR 28  RR 30
BBS COARSE CRACKLES  BBS COARSE CRACKLES
:  :
PF  PF

Page 1434 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. [redacted]AH L Page: 15 of 35
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description — Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

Activity Date: 03/11/16 Time: 0553 (continued)

990008-A RT - Aerosol Therapy (continued)

Effective cough N Sputum Amount: None
Increase Secretions Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:

\- Edit Results 03/11/16 0553 KM 03/11/16 0646 KM
Comments/Plan: TOLERATED TREATMENT WELL; VAPOTHERM ON STANDBY- ROOM AIR SPO2 98%.
[TOLERATED TREATMENT WELL]

Activity Date: 03/11/16 Time: 0558

990004-B RT - Oxygen Therapy A DAILY CP
\- Document 03/11/16 0558 KM 03/11/16 0645 KM
Is This a New Start: N Protocol

Oxygen Device FiO2 LPM SaO2: 98

Alert Value: No Time Reported:

Has Potential For Hypoxemia Due To:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Hours Used Transfer/Discharged/Discontinued Reordered

Comments: VAPOTHERM IS ON STBY- RN NOTIFIED ME THAT VAPO WAS OFF B/C PATIENT HAD
: PULLED NC OFF FACE AND DOING WELL, SO WANTED TO TRY TO SEE HOW PT DID OFF.

Activity Date: 03/11/16 Time: 0800

990004-B RT - Oxygen Therapy A DAILY CP
\- Document 03/11/16 0800 KER 03/11/16 1000 KER
Is This a New Start: N Protocol N

Oxygen Device FiO2 LPM SaO2: 98

Alert Value: No Time Reported:

Has Potential For Hypoxemia Due To:

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Hours Used 17 Transfer/Discharged/Discontinued DC Reordered

Comments: FOUND PATIENT OFF OF O2. O2 NOT INDICATED AT THIS TIME.
:

Activity Date: 03/11/16 Time: 0800

990008-A RT - Aerosol Therapy A Q2H 2.5 CP
\- Document 03/11/16 0800 KER 03/11/16 0958 KER
Is This a New Start: N Protocol Y Therapy Given: Y If no, why:
Therapy Frequency Q2H/Q6H
Meds/Dosage: 1.25mg XOPENEX/ UD ATROVENT

Vitals: PRE / POST
HR 131 / HR 139
RR 30 / RR 30
BBS CRACKLES / BBS SAME
: / :
PF / PF

Effective cough Y Sputum Amount:
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL.
:

Activity Date: 03/11/16 Time: 0937

100542 Fall Risk - Pediatric A ADMIT PS
\- Document 03/11/16 0937 CAE 03/11/16 0940 CAE

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Dizziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 3
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 1
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 16

102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness of medications given specifically for the control of pain.
Ask patient to be specific

Page 1435 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: SES
Room/Bed: K.E5514-1

Willis Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 16 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

102012 PAIN Assessment / Management - PEDI (continued)
regarding location,severity, and
type of pain.
- Document 03/11/16 0937 CAE 03/11/16 0941 CAE 0.0
Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain:
Location Of Pain:
Duration Of Pain:
Pain Frequency:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Cause of pain:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR): N
Non-Pharmacologic:
Emotional support: Y

Comfort measures: Y
Cognitive techniques: N
990560 Braden Pediatric Risk Assessment A QSHIFT FS
- Document 03/11/16 0937 CAE 03/11/16 0941 CAE 50.0
---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 3 - Slightly Limited
Nutrition: 3 - Adequate
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 4 - Excellent

Total Braden Scale Score: 24
1-D Patient Education A AS NEEDED CP
- Document 03/11/16 0937 CAE 03/11/16 0940 CAE 0.0
Learner: Family
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 0937 (continued)

1-D Patient Education (continued)
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:WILL MONITOR FOR PAIN USING FLACC SCALE AND TREAT ACCORDINGLY. NO PAIN
:NOTED AT THIS TIME. COMFORT MEASURES

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SIDERAILS, CR/POX MONITOR ALARMS
:2PT ID, CAMERA IN USE, NOTIFY NURSE UPON LEAVING UNIT, CALL BELL FOR FAMILY

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :RESP DISTRESS, -MYCOPLASMA
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): Y :CR/POX MONITOR, CALL BELL, CRIB CONTROLS
*Procedure (Y/N): Y :ASSESSMENT, IV START ATTEMPTED X 2
*Medication (Y/N): Y :EXPLAIN AS GIVEN
*New Medication (Y/N): Y :ORAPRED
Education :USE, DOSAGE, FREQUENCY
:.
*Follow-up care (Y/N): Y :PER DR ORDERS UPON DISCHARGE
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :REGULAR DIET AS TOL
Other Teaching: PLAN OF CARE, SAFETY/COMFORT; CHANNEL 95; FALL PRECAUTIONS; NOTIFY
: STAFF OF NEEDS, CONCERNS, WHEN LEAVING PT UNATTENDED.

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

Activity Date: 03/11/16 Time: 1000

Problem: RT- HYPOXEMIA OR HYPOXIA, ACTUAL AND/OR C
POTENTIAL TO DEVELOP
- Ed Status 03/11/16 1000 KER 03/11/16 1000 KER A => C
Goal: RT: Improve oxygenation, correct C 03/20/16
hypoxemia, prevent hypoxia.
- Ed Status 03/11/16 1000 KER 03/11/16 1000 KER A => C

Page 1436 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 17 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/11/16 Time: 1000

990004-B RT - Oxygen Therapy C DAILY CP
- Ed Status 03/11/16 1000 KER 03/11/16 1000 KER A => C
990023-A RT - Aerosol Therapy - Continuous C Q1H CP
- Ed Status 03/11/16 1000 KER 03/11/16 1000 KER A => C

Activity Date: 03/11/16 Time: 1055

990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/11/16 1055 KER 03/11/16 1426 KER 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q3H Q3H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE POST
HR 121 HR 128
RR 30 RR 32
BBS CLEAR BBS CLEAR
: :
PF PF

Effective cough Y Sputum Amount:
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: N

Comments/Plan: TOLERATED TREATMENT WELL.
:

Activity Date: 03/11/16 Time: 1415

990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/11/16 1415 KER 03/11/16 1427 KER 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q3H/Q6H
Meds/Dosage: 1.25mg XOPENEX/ UD ATROVENT

Vitals: PRE POST
HR 148 HR 150
RR 30 RR 30
BBS CLEAR BBS CLEAR
: :
PF PF

Effective cough Y Sputum Amount:
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: N

Comments/Plan: TOLERATED TREATMENT WELL.

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/11/16 Time: 1415 (continued)

990008-A RT - Aerosol Therapy (continued)
:

Activity Date: 03/11/16 Time: 1435

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 03/11/16 1435 CJP 03/11/16 1449 CJP 21.4
Blood Pressure: 112/64 BP Position: Lying
BP Type:
Temp: 98.8 Type Of Temperature: Axillary
Heart Rate: 79 Heart Rate Source: Machine
Resp. Rate: 30
SAO2: 98 O2 Delivery: ROOM AIR
200021 Safety Checks A Q2H CP
- Document 03/11/16 1435 CJP 03/11/16 1457 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/11/16 Time: 1440

100006 Discharge Assessment/Planning A AS NEEDED CP
- Document 03/11/16 1440 CJP 03/11/16 1452 CJP

Discharge Problems/Needs Identified: Y
:RESPIRATIONS
:ACTIVITY
:NUTRITION
:SAFETY
:

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:

Page 1437 of 1758

Age/Sex: 4Y 04M F
Unit #: KC00629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON,[redacted]

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 18 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 1440

100507 Reassessment/Evaluation - Pediatrics A CP
Direction ->07,19 Document when done
- Document 03/11/16 1440 CJP 03/11/16 1456 CJP 0.C
Date: 03/11/16 Shift: 7A - 7P

Focus / Plan For The Day: COMFORT, SAFETY, DIET, MONITOR O2 SAT
Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 03/11/16

Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N

Level Of Alertness: Responds to parent Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Pediactric/ quiets easily Responds: Spontaneously
Ventilator N
Respirations: Regular and Effortless *Breath Sounds: Coarse
Cough: Dry Cough Amount Expectorated: Not Applicable
Expectorant Color: Not Applicable Consistency: Not Applicable
O2: O2 Delivery: ROOM AIR @ % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None Homan's Sign: Not Indicated
Abdomen: Soft/Active Bowel Sounds Bowel Sounds: Present

Bowel Movement This Shift: N Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N: N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

IV Pump: N How Many IV Pumps: 0 Feeding Pump: N Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 1440 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Maintain Peripheral IV or PRN Adapter Y/N: N

*Restraints: N *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med: Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: MONITOR RESPIRATIONS
Specific Needs: MONITOR O2 SAT

Precautions: Y Type of Precautions: Droplet Precaution Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation
Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 3
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 1
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 16

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 3 - Slightly Limited

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 19 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 1440 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Nutrition: 3 - Adequate
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 4 - Excellent

Total Braden Scale Score: 24

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
:SKIN INTACT NO BREAKDOWN NOTED
:
:
:
:
:
:
:
:
:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 102000 | Emotional Support/Teaching | | | | A | AS NEEDED | | CP |
| - Document | 03/11/16 1440 CJP | 03/11/16 1456 CJP | | | | | 80.2 | |
| 1-D | Patient Education | | | | A | AS NEEDED | | CP |
| - Document | 03/11/16 1440 CJP | 03/11/16 1452 CJP | | | | | 0.0 | |

Learner: Family
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 1440 (continued)

1-D Patient Education (continued)
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:WILL MONITOR FOR PAIN USING FLACC SCALE AND TREAT ACCORDINGLY. NO PAIN
:NOTED AT THIS TIME. COMFORT MEASURES

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: SIDERAILS, CALL LIGHT
:2PT ID, ADULT SUPERVISION CONSTANTLY, NURSING ROUNDS

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

| LEARNING NEEDS | | TEACHING SUMMARY |
|---|---|---|
| *Disease (Y/N) | Y | :RESP DISTRESS, +MYCOPLASMA |
| Isolation (Y/N) | Y | :DROPLET |
| *Equipment (Y/N) | Y | :CRIB CONTROLS, CALL LIGHT, NURSING ROUNDS |
| *Procedure (Y/N) | Y | :REASSESSMENT |
| *Medication (Y/N) | Y | :ZITHROMAX, ORAPRED |
| *New Medication (Y/N) | N | :NO NEW MEDS ORDERED |
| Education | | :USE, DOSAGE, FREQUENCY |
| | | :. |
| *Follow-up care (Y/N) | Y | :PER DR ORDERS UPON DISCHARGE |
| Rehab/Resources (Y/N) | N | : |
| *Nutrition (Y/N) | Y | :REGULAR DIET AS TOL |
| Other Teaching | | : PLAN OF CARE, SAFETY/COMFORT; CHANNEL 95; FALL PRECAUTIONS; NOTIFY |
| | | : STAFF OF NEEDS, CONCERNS, WHEN LEAVING PT UNATTENDED. |

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

Activity Date: 03/11/16 Time: 1449

| | | | | |
|---|---|---|---|---|
| Goal: Basic nursing care will be provided. | | A | 03/13/16 | |
| - Ed Target | 03/11/16 1449 CJP 03/11/16 1449 CJP | | | None => 03/13/16 |
| Goal: No evidence of injury to patient. | | A | 03/13/16 | |
| - Ed Target | 03/11/16 1449 CJP 03/11/16 1449 CJP | | | None => 03/13/16 |
| Goal: Patient/Family Will Verbalize Understanding of Diagnosis and Treatment. | | A | 03/13/16 | |
| - Ed Target | 03/11/16 1449 CJP 03/11/16 1449 CJP | | | None => 03/13/16 |

Page 1438 of 1758

Page 1439 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 20 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

**Activity Date: 03/11/16 Time: 1450**

990518-A Care Mgmt Pediatric Initial Reassessment A AS
- Create 03/11/16 1450 FDM 03/11/16 1455 FDM
- Document 03/11/16 1450 FDM 03/11/16 1455 FDM

CARE MANAGEMENT PEDIATRIC/ADOLESCENT/NEWBORN REASSESSMENT

DISCHARGE PLANNING

1) Prior Living Arrangements: Parents
Name: JENNIFER ALEXANDER
Phone #: 318 210-3821
Additional Phone #: 318 347-0227 GM

2) Resources Presently Utilized:
Home Health Agency: NONE Phone #:
DME: NEBULIZER Company's Name:

WIC: Y AFDC: Salary: Food Stamps: Y Retirement:
SSI: Y OCDD: Shriners: Early Steps: Unemployment:
Other: Y :LA. HLTHCARE CONNECT

3) Does the family have a problem with transportation: N

4) Physical and Emotional History: 2 YEAR OLD FEMALE ADMITTED FOR ASTHMA EXACERBATION;URI
:
:

5) Family problems/needs that affect the child's condition: NONE IDENTIFIED
:
:

6) Does caregiver use tobacco: N Interested in quiting:
Smoking cessation literature provided: Other:

7) Church Affiliation: NON DENOMINATIONAL

8) Spiritual Needs:

9) School: N/A Grade: Name:
Teacher: Phone #: Any educational needs:

Notes/Interventions: THE PT. WILL RETURN HOME WITH MTR. AT D/C. THE PTS. IS FOLLOWED AT
:UNIVERSITY HEALTH. THE PT. ALSO RECEIVED SPEECH THERAPY. SOCIAL SERVICE
:WILL FOLLOW.
:
:

**Activity Date: 03/11/16 Time: 1455**

1-D Patient Education A AS NEEDED CP
- Document 03/11/16 1455 FDM 03/11/16 1456 FDM 0.0
Learner: Grandparent(s)
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

**Activity Date: 03/11/16 Time: 1455 (continued)**

1-D Patient Education (continued)
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:
:

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient:
:

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): N :
Isolation (Y/N): N :N
*Equipment (Y/N): N :
*Procedure (Y/N): N :
*Medication (Y/N): N :
*New Medication (Y/N): N :
Education :
:
*Follow-up care (Y/N): N :
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): N :
Other Teaching: Y SOCIAL SERVICE TEACHING ROLE OF SOCIAL WORKER UPON ADMIT/DISCHARGE
: AND HOW TO CONTACT THE SW

If applicable, pt has demonstrated competence to self administer medications:
Med1: Med2: Med3:

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

**Activity Date: 03/11/16 Time: 1530**

800515 Physician Rounds A DAILY CP
- Document 03/11/16 1530 CJP 03/11/16 1656 CJP 0.0
Physician Visit To Patient By: TRANSN Tran, Sharon N M.D.

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. Page: 21 of 35
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions | Documented Units | Change | From

Activity Date: 03/11/16 Time: 1600

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 03/11/16 1600 CJP 03/11/16 1654 CJP 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 99.5 Type Of Temperature: Axillary
Heart Rate: 161 Heart Rate Source: Machine
Resp. Rate: 30
SAO2: 98 O2 Delivery: ROOM AIR
200021 Safety Checks A Q2H CP
- Document 03/11/16 1600 CJP 03/11/16 1618 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/11/16 Time: 1800

450010 Intake A 06,18 CP
- Document 03/11/16 1800 CJP 03/11/16 1849 CJP 10.7

ORAL - just H2O (ml):
ORAL (not water) ml: 476
Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml):
IVPB (ml):
TPN (ml):
Lipid (ml):
Blood (ml):
450100 Output A 06,18 CP
- Document 03/11/16 1800 CJP 03/11/16 1849 CJP 10.7
Urine voided (ml):
Urine cath. (ml): Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 2 Last Void Date: 03/11/16 Last Void Time:
Stool X: 1 Stool Weight cc's Date Of Last BM: 03/11/16
Stool Consistency:
Color Of Stool:

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions | Documented Units | Change | From

Activity Date: 03/11/16 Time: 1800 (continued)

450100 Output (continued)
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:
Urostomy (ml):
Nephrostomy (ml):
WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:
200021 Safety Checks A Q2H CP
- Document 03/11/16 1800 CJP 03/11/16 1841 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N
990008-A RT - Aerosol Therapy A Q2H CP
- Document 03/11/16 1800 KER 03/11/16 1823 KER 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE POST
HR 125 HR 120
RR 22 RR 22
BBS CLEAR BBS CLEAR
: :
PF PF

Effective cough Y Sputum Amount:
Increase Secretions N Sputum Color:
Sputum Consistency:

Page 1441 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON,[redacted]

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 22 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/11/16 Time: 1800 (continued)

990008-A RT - Aerosol Therapy (continued)

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL.
:

Activity Date: 03/11/16 Time: 1822

990008-A RT - Aerosol Therapy A Q4H CP
- Ed Directs 03/11/16 1822 KER 03/11/16 1822 KER 03/10 0000 Q2H => 03/10 0000 Q2H
03/11 1400 Q4H

Activity Date: 03/11/16 Time: 2000

100542 Fall Risk - Pediatric A ADMIT PS
- Document 03/11/16 2000 JW 03/11/16 2150 JW

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Dizziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 3
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 1
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 16

102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness of medications given specifically for the control of pain. Ask patient to be specific regarding location, severity, and type of pain.
- Document 03/11/16 2000 JW 03/11/16 2150 JW 0.0
Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Pain Frequency:
Character of Pain:

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/11/16 Time: 2000 (continued)

102012 PAIN Assessment / Management - PEDI (continued)
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Cause of pain:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR): N
Non-Pharmacologic:
Emotional support: Y
Comfort measures: Y
Cognitive techniques: N

402170 O2 Delivery A Q2H CP
- Document 03/11/16 2000 JW 03/11/16 2151 JW 0.0
O2 Delivery: ROOM AIR
Oxygen Delivery Frequency:

990560 Braden Pediatric Risk Assessment A QSHIFT PS
- Document 03/11/16 2000 JW 03/11/16 2151 JW 50.0
---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 4 - Excellent

Total Braden Scale Score: 26

100006 Discharge Assessment/Planning A AS NEEDED CP
- Document 03/11/16 2000 JW 03/11/16 2138 JW

Discharge Problems/Needs Identified: Y
:RESPIRATIONS
:ACTIVITY
:NUTRITION
:SAFETY
:MEDS

Page 1442 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON, [redacted] L Page: 23 of 35
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/11/16 Time: 2000 (continued)

100006 Discharge Assessment/Planning (continued)

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:

100507 Reassessment/Evaluation - Pediatrics A CP
Direction ->07,19 Document when done
- Document 03/11/16 2000 JW 03/11/16 2150 JW 0.0
Date: 03/11/16 Shift: 7P - 7A

Focus / Plan For The Day: MONITOR OXYGENATION, RESP TXS, VITALS, SAFETY
Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 03/11/16

Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N

Level Of Alertness: Responds to parent Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Pediactric/ quiets easily Responds: Spontaneously
Ventilator N
Respirations: Regular and Effortless *Breath Sounds: Coarse
Cough: Dry Cough Amount Expectorated: Not Applicable
Expectorant Color: Not Applicable Consistency: Not Applicable
O2: Y O2 Delivery: ROOM AIR @ % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None Homan's Sign: Not Indicated
Abdomen: Soft/Active Bowel Sounds Bowel Sounds: Present

Bowel Movement This Shift: N Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N: N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/11/16 Time: 2000 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
IV Pump: N How Many IV Pumps: 0 Feeding Pump: N Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N: N

*Restraints: N *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med: Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: MONITOR RESPIRATIONS
Specific Needs: MONITOR O2 SAT

Precautions: Y Type of Precautions: Droplet Precaution Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 3
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 1
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 16

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |

Page 1443 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 24 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 2000 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)

| | | | | |
|---|---|---|---|---|
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 4 - Excellent

Total Braden Scale Score: 26

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
:SKIN INTACT NO BREAKDOWN NOTED
:
:
:
:
:
:
:
:

- Edit Results 03/11/16 2000 JW 03/12/16 0007 JW
*Breath Sounds: Clear [Coarse]
102000 Emotional Support/Teaching A AS NEEDED CP
- Document 03/11/16 2000 JW 03/11/16 2150 JW 80.2

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 2000

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 03/11/16 2000 JW 03/12/16 0044 JW 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 98.0 Type Of Temperature: Axillary
Heart Rate: 148 Heart Rate Source: Machine
Resp. Rate: 60
SAO2: 96 O2 Delivery: ROOM AIR

200021 Safety Checks A Q2H CP
- Document 03/11/16 2000 JW 03/11/16 2151 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

1-D Patient Education A AS NEEDED CP
- Document 03/11/16 2000 JW 03/11/16 2138 JW 0.0
Learner: Grandparent(s)
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:WILL MONITOR FOR PAIN USING FLACC SCALE AND TREAT ACCORDINGLY. NO PAIN
:NOTED AT THIS TIME. COMFORT MEASURES

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED
:LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

Page 1444 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON, [redacted]

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 25 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/11/16 Time: 2000 (continued)

I-D Patient Education (continued)
*Disease (Y/N): Y :RESP DISTRESS, +MYCOPLASMA
Isolation (Y/N): N :
*Equipment (Y/N): Y :CRIB RAILS, CALL BELL
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :ORAPRED, RESP TXS
*New Medication (Y/N): N :
Education :
:
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER DIET
Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND
: LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
- Edit Results 03/11/16 2000 JW 03/12/16 0527 JW
Isolation (Y/N): Y [N]
: DROPLET, CONTACT []

Activity Date: 03/11/16 Time: 2120

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed
by an RN.
- Document 03/11/16 2120 JW 03/12/16 0114 JW 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 99.5 Type Of Temperature: Rectal
Heart Rate: Heart Rate Source:
Resp. Rate:
SAO2: O2 Delivery:

Activity Date: 03/11/16 Time: 2200

200008 IV Site #1 Check/Care A Q2H CP
- Document 03/11/16 2200 JW 03/12/16 0252 JW 8.0
IV Site #1: Left Wrist
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 WITH 20 KCL
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:

Activity Date: 03/11/16 Time: 2200 (continued)

200008 IV Site #1 Check/Care (continued)
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 03/10/16 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 03/11/16 2200 JW 03/12/16 0252 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/12/16 Time: 0000

200008 IV Site #1 Check/Care A Q2H CP
- Document 03/12/16 0000 JW 03/12/16 0252 JW 8.0
IV Site #1: Left Wrist
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 WITH 20 KCL
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 03/10/16 Time IV (#1) started:
400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed
by an RN.
- Document 03/12/16 0000 JW 03/12/16 0043 JW 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 98.1 Type Of Temperature: Axillary
Heart Rate: 12 Heart Rate Source: Machine
Resp. Rate: 24
SAO2: 97 O2 Delivery: ROOM AIR
200021 Safety Checks A Q2H CP
- Document 03/12/16 0000 JW 03/12/16 0252 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Page 1445 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON, [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING [redacted]

Page: 26 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 0000 (continued)

200021 Safety Checks (continued)
Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/12/16 Time: 0200

200008 IV Site #1 Check/Care A Q2H CP
- Document 03/12/16 0200 JW 03/12/16 0252 JW 8.0
IV Site #1: Left Wrist
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 WITH 20 KCL
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 03/10/16 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 03/12/16 0200 JW 03/12/16 0252 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/12/16 Time: 0430

200008 IV Site #1 Check/Care A Q2H CP
- Document 03/12/16 0430 JW 03/12/16 0504 JW 8.0
IV Site #1: Left Wrist
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 WITH 20 KCL
Site Changed #1:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 0430 (continued)

200008 IV Site #1 Check/Care (continued)
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 03/10/16 Time IV (#1) started:
400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 03/12/16 0430 JW 03/12/16 0501 JW 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 97.7 Type Of Temperature: Temporal
Heart Rate: 125 Heart Rate Source: Machine
Resp. Rate: 22
SAO2: 95 O2 Delivery: ROOM AIR
450010 Intake A 06,18 CP
- Document 03/12/16 0430 JW 03/12/16 0502 JW 10.7

ORAL - just H2O (ml):
ORAL (not water) ml: 480
Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml):
IVPB (ml):
TPN (ml):
Lipid (ml):
Blood (ml):
450100 Output A 06,18 CP
- Document 03/12/16 0430 JW 03/12/16 0502 JW 10.7
Urine voided (ml):
Urine cath. (ml): Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 3 Last Void Date: Last Void Time:
Stool X: Stool Weight cc's Date Of Last BM:
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):

Page 1446 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. Page: 27 of 35
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 03/12/16 Time: 0430 (continued)**

```
450100      Output (continued)
                 Meas Bld Loss (ml):

       Chest Tube #1 (ml):
       Chest Tube #2 (ml):
       Drain 1:
       Drain 2:
       Drain 3:
       Drain 4:
            Urostomy (ml):
         Nephrostomy (ml):
       WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:
200021      Safety Checks                          A   Q2H                 CP
- Document    03/12/16 0430  JW  03/12/16 0504  JW           5.3
    Family Member At Bedside: Y     Respiration Observed: Y
Call Light/Telephone In Reach: Y       Fall Precautions: Y

           Crib Rails (Up / Down): Down
           Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
                 Bed Brakes Locked: Y
           Bed High OR Low Position: LOW
          All Alarms On and Audible: Y
                        CPM in use: N
                       Pt. Off Unit: N
```

**Activity Date: 03/12/16 Time: 0600**

```
200008      IV Site #1 Check/Care                  A   Q2H                 CP
- Document    03/12/16 0600  JW  03/12/16 0650  JW           8.0
          IV Site #1: Left Wrist
  Peripherally Inserted Central Catheter (Y/N): N
   Site Description #1: Normal
       Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text):  D5 1/2 WITH 20 KCL
       Site Changed #1:
   IV Tubing Changed #1:
IVPB Tubing Changed #1:
  PSI Limit Settings #1:
  PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
  Date IV (#1) started: 03/10/16  Time IV (#1) started:
200021      Safety Checks                          A   Q2H                 CP
- Document    03/12/16 0600  JW  03/12/16 0651  JW           5.3
    Family Member At Bedside: Y     Respiration Observed: Y
Call Light/Telephone In Reach: Y       Fall Precautions: Y

           Crib Rails (Up / Down): Down
```

**Activity Date: 03/12/16 Time: 0600 (continued)**

```
200021      Safety Checks (continued)
             Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
                  Bed Brakes Locked: Y
           Bed High OR Low Position: LOW
          All Alarms On and Audible: Y
                         CPM in use: N
                       Pt. Off Unit: N
```

**Activity Date: 03/12/16 Time: 0800**

```
402170      O2 Delivery                              A   Q2H                 CP
- Document    03/12/16 0800 CJP  03/12/16 1002 CJP         0.0
            O2 Delivery: ROOM AIR
Oxygen Delivery Frequency: continuous
400010      Vital Signs                              A   Q4H                 CP
            Vital Signs taken by a NAI are reviewed
            by an RN.
- Document    03/12/16 0800 CJP  03/12/16 0822 CJP         21.4
 Blood Pressure:                   BP Position:
       BP Type:
          Temp: 98.4   Type Of Temperature: Axillary
    Heart Rate: 117     Heart Rate Source: Machine
    Resp. Rate: 28
         SAO2: 97          O2 Delivery: ROOM AIR
200021      Safety Checks                            A   Q2H                 CP
- Document    03/12/16 0800 CJP  03/12/16 0821 CJP         5.3
    Family Member At Bedside: Y     Respiration Observed: Y
Call Light/Telephone In Reach: Y       Fall Precautions: Y

           Crib Rails (Up / Down): Down
           Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
                 Bed Brakes Locked: Y
           Bed High OR Low Position: LOW
          All Alarms On and Audible: Y
                        CPM in use: N
                       Pt. Off Unit: N
```

**Activity Date: 03/12/16 Time: 0820**

```
990008-A    RT - Aerosol Therapy                     A   Q4H                 CP
- Document    03/12/16 0820 ABH  03/12/16 1430 ABH         2.5
Is This a New Start: N   Protocol N  Therapy Given: Y If no, why:
Therapy Frequency Q4H                  Q4H
   Meds/Dosage: 1.25mg XOPENEX

Vitals:     PRE                                 POST
HR 125                                 HR 125
RR 27                                  RR 27
BBS TIGHT EXPIRATORY WHEEZE            BBS SAME
```

Page 1447 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON, [redacted]

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 28 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 0820 (continued)

990008-A RT - Aerosol Therapy (continued)
: :
PP PP

Effective cough Y
Increase Secretions N

Sputum Amount: None
Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Comments/Plan: PATIENT TOL Tx WELL
:

Activity Date: 03/12/16 Time: 0900

100006 Discharge Assessment/Planning A AS NEEDED CP
- Document 03/12/16 0900 CJP 03/12/16 0911 CJP

Discharge Problems/Needs Identified: Y
:RESPIRATIONS
:ACTIVITY
:NUTRITION
:SAFETY
:MEDS

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:

100507 Reassessment/Evaluation - Pediatrics A CP
Direction ->07,19 Document when done
- Document 03/12/16 0900 CJP 03/12/16 0911 CJP 0.0
Date: 03/12/16 Shift: 7A - 7P

Focus / Plan For The Day: MONITOR OXYGENATION, RESP TXS, VITALS, SAFETY
Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 03/12/16

Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N

Level Of Alertness: Responds to parent Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Pediactric/ quiets easily Responds: Spontaneously
Ventilator N
Respirations: Regular and Effortless *Breath Sounds: Clear
Cough: Dry Cough Amount Expectorated: Not Applicable
Expectorant Color: Not Applicable Consistency: Not Applicable
O2: Y O2 Delivery: ROOM AIR @ % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None Homan's Sign: Not Indicated

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 0900 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Abdomen: Soft/Active Bowel Sounds Bowel Sounds: Present

Bowel Movement This Shift: N Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N: N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

IV Pump: N How Many IV Pumps: 0 Feeding Pump: N Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N: N

*Restraints: N *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med: Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: MONITOR RESPIRATIONS
Specific Needs: MONITOR O2 SAT

Precautions: Y Type of Precautions: Droplet Precaution Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old

Environmental Factors: 3
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or

Page 1448 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: SES
Room/Bed: K.E5514-1

HENDERSON [redacted]

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 29 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/12/16 Time: 0900 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation
Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability
Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 1
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 16

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 4 - Excellent

Total Braden Scale Score: 26

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

LOCATION SKIN DESCRIPTION
: :
: :
: :

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/12/16 Time: 0900 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
: :
: :
: :
: :
: :
: :
: :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT NO BREAKDOWN NOTED
:
:
:
:
:
:
:
:
:

| Activity Type | Description / Occurred / Recorded | Sts | Directions | Documented Units | From Change |
|---|---|---|---|---|---|
| 102000 | Emotional Support/Teaching | A | AS NEEDED | | CP |
| - Document | 03/12/16 0900 CJP 03/12/16 0911 CJP | | | 60.2 | |
| 1-D | Patient Education | A | AS NEEDED | | CP |
| - Document | 03/12/16 0900 CJP 03/12/16 0911 CJP | | | 0.0 | |

Learner: Both Parents
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:WILL MONITOR FOR PAIN USING FLACC SCALE AND TREAT ACCORDINGLY. NO PAIN
:NOTED AT THIS TIME. COMFORT MEASURES

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED
:LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :RESP DISTRESS, -MYCOPLASMA

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: SES
Room/Bed: K.E5514-1

HENDERSON, [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Printed 10/01/19 at 1352

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/12/16 Time: 0900 (continued)

I-D Patient Education (continued)
Isolation (Y/N): Y :DROPLET, CONTACT
*Equipment (Y/N): Y :CRIB RAILS, CALL BELL
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :ORAPRED, RESP TXS
*New Medication (Y/N): N :NO NEW MEDS ORDERED
Education :USE, DOSAGE, FREQUENCY
:.
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER DIET
Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND
: LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

Activity Date: 03/12/16 Time: 1000

402170 O2 Delivery A Q2H CP
- Document 03/12/16 1000 CJP 03/12/16 1001 CJP 0.0
O2 Delivery: ROOM AIR
Oxygen Delivery Frequency: continuous
200021 Safety Checks A Q2H CP
- Document 03/12/16 1000 CJP 03/12/16 1001 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/12/16 Time: 1200

200021 Safety Checks A Q2H CP
- Document 03/12/16 1200 CJP 03/12/16 1246 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 03/12/16 Time: 1200 (continued)

200021 Safety Checks (continued)
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 03/12/16 Time: 1220

990008-A RT - Aerosol Therapy A Q4H CP
- Document 03/12/16 1220 ABH 03/12/16 1430 ABH 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE POST
HR 145 HR 145
RR 28 RR 28
BBS COARSE EXPIRATORY WHEEZE BBS SAME
: :
PF PF

Effective cough Y Sputum Amount: None
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note:

Comments/Plan: PATIENT TOL Tx WELL
:

Activity Date: 03/12/16 Time: 1400

200021 Safety Checks A Q2H CP
- Document 03/12/16 1400 CJP 03/12/16 1405 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Down
Number Of Bed Rails Up: 2
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Page 1450 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON, [redacted] Page: 31 of 35
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | Change | From

Activity Date: 03/12/16 Time: 1500

100542 Fall Risk - Pediatric A ADMIT PS
- Document 03/12/16 1500 CJP 03/12/16 1615 CJP

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation
Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 3
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 1
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 16

102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness of medications given specifically for the control of pain.
Ask patient to be specific regarding location, severity, and type of pain.
- Document 03/12/16 1500 CJP 03/12/16 1614 CJP 0.0

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Pain Frequency:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Cause of pain:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR): N
Non-Pharmacologic:
Emotional support: Y

Comfort measures: Y
Cognitive techniques: N

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | Change | From

Activity Date: 03/12/16 Time: 1500

990560 Braden Pediatric Risk Assessment A QSHIFT PS
- Document 03/12/16 1500 CJP 03/12/16 1614 CJP 50.0
---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Age Appropriate
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 3 - Potential Problem
Tissue Perfusion/Oxygenation: 4 - Excellent

Total Braden Scale Score: 26

Activity Date: 03/12/16 Time: 1530

800515 Physician Rounds A DAILY CP
- Document 03/12/16 1530 CJP 03/12/16 1614 CJP 0.0
Physician Visit To Patient By: TRANSN Tran, Sharon N M.D.

Activity Date: 03/12/16 Time: 1537

990008-A RT - Aerosol Therapy A Q4H CP
- Document 03/12/16 1537 KER 03/12/16 1632 KER 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: 1.25mg XOPENEX

Vitals: PRE POST
HR 136 HR 136
RR 25 RR 25
BBS CLEAR BBS CLEAR
: :
PF PF

Effective cough Y Sputum Amount:
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Comments/Plan: PATIENT TOLERATED TREATMENT WELL.

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON [redacted] Page: 32 of 35
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1352
Status: DIS IN Room/Bed: K.E5514-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 1537 (continued)

990008-A RT - Aerosol Therapy (continued)

Activity Date: 03/12/16 Time: 1544

100552 Discharge Summary 2 Ped A AT TIME OF DISCHARGE AS
- Create 03/12/16 1544 CJP 03/12/16 1557 CJP
Document 03/12/16 1544 CJP 03/12/16 1557 CJP 0.0

Pt's Chief Complaint: TROUBLE BREATHING
*Functional Level Prior To Admit.: Dependent
Expected Therapy/Outcome: FREE FROM SYMPTOMS

Brief Summary Of Hospital Stay: IV ANTIBIOTICS, IV FLUIDS, SOLUMEDROL, DIET, COMFORT,
: SAFETY, BREATHING TREATMENTS, CR MONITOR, LAB WORK, XRAY

Discharge Diag./Complications: STATUS ASTHMATICUS, VIRAL ILLNESS, RESP FAILURE (RESOLVED)

---DISCHARGE VITAL SIGNS---
Blood Pressure: 112/64 Heart Rate: 117 Resp. Rate: 28
Temp: 98.4 Type Of Temperature: Axillary
Heparin Lock Removed: YES Telemetry Removed: YES

---DISCHARGE FOLLOW UP---
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: PRIMARY CARE PHYSICIAN Pt/Fam Make Appt In: 1 WEEK
Referral To: *PT:N *OT:N *CR:N Hospice: N*SS: N *HH:N *Diet Cnst:N *RT:N *ST:N

---DISCHARGE ACTIVITY---
Functional Level On Discharge: Dependent
Resume Normal Activity: Y Restricted Activity For:
Restricted Activity: Not Applicable DOC:
Hygiene Restrictions: Not Applicable
Diet Restrictions: REGULAR

---TAKE HOME MEDICATIONS -----

NAME/DOSE | TIMES | SPECIAL INSTRUCTIONS
: ORAPRED 15MG/5ML GIVE 4ML BY MOUTH TWICE A DAY FOR 3 DAYS.
: ALBUTEROL 2.5/3ML GIVE 3ML VIA NEBULIZER EVERY 4-6 HOURS AS NECESSARY
: FOR WHEEZING.
: ZITHROMAX 65MG (3.25ML) GIVE 3.25ML BY MOUTH EVERY DAY FOR 2 DAYS.
: TYLENOL 160MG (5.62ML) GIVE BY MOUTH EVERY 4 HOURS AS NECESSARY FOR
: TEMPERATURE > 101 DEGREES.

---TAKE HOME MEDICATIONS CONTINUED-----

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 1544 (continued)

100552 Discharge Summary 2 Ped (continued)
NAME/DOSE | TIMES | SPECIAL INSTRUCTIONS

Is Fall Risk Score 12 or higher (Ped) 3 or higher (Adult): Y

Verbalizes Understanding Of Discharge Instructions: Y
Return Demonstration Of Discharge Instructions: Y
Valuables Returned From Business Office: Nevertaken to Bus. office

Records Sent With Patient: N Records:
Discharged Per: Parent Arms
Discharged To: Parent/Guardian
Mode Of Transportation: Automobile
Accompanied By: FAMILY AND STAFF

---DISCHARGE SKIN ASSESSMENT---
I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temp/Character: Warm & Dry

Pressure Ulcer/Skin Impairment at Discharge: N If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.
If >10 locations, document remaining in a Patient Note.

LOCATION SKIN DESCRIPTION

Page 1452 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K32120206
Admitted: 03/10/16 at 1132 Location: 5ES
Status: DIS IN Room/Bed: K.E5514-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 33 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 1544 (continued)

100552 Discharge Summary 2 Ped (continued)
:

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT NO BREAKDOWN NOTED
:
:
:
:
:
:
:
:

-----BRADEN Q SCALE FOR PEDS (LESS THAN 18 YEARS OLD)-----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Walks Frequently |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Probably Inadequate | Adequate | Excellent |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| FRICT/SHEAR | Problem | Potential Problem | No Apparent Problem | |
| PERF/OXYGEN | Extremely Compromised | Compromised O2<95% cap>2sec | Adequate cap=2sec | Excellent O2>95% cap<2sec |

Sensory Perception: 4 - No Impairment
Moisture: 4 - Rarely Moist
Activity: 4 - Walks Frequently
Mobility: 4 - No Limitation
Nutrition: 3 - Adequate
Friction/Shear: 3 - No Apparent Problem
Total Braden Scale Score: 22

DISCHARGE MATERIALS AND INFORMATION GIVEN TO PT OR FAMILY
Discharge Material Given: DISCHARGE INSTRUCTIONS EXPLAINED AND GIVEN
Discharge Material Given: TO MOM.
Discharge Material Given: PRESCRIPTION FOR ALBUTEROL & ORAPRED GIVEN
Discharge Material Given: TO MOM.
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Cardiopulmonary Home Care Instructions Provided: Dialysis patient:

Smoking can be hazardous to your health and those around you. ANYONE that smokes should stop for their health! Assistance to stop smoking is available by calling WK Quit (212-4450), the American Lung Association (800-LUNG-USA) or the American Cancer Society (800-QUIT-NOW).

**REMINDER TO PATIENT AND/OR FAMILY: Discard any previous medication lists and update

Activity Date: 03/12/16 Time: 1544 (continued)

100552 Discharge Summary 2 Ped (continued)
your new medication list with any medication providers and/or pharmacies you use.

Heplock removed: Yes Is there an MD order to leave in place:

Foley Catheter removed: Not Applicable Is there an MD order to leave in place:
Was catheter inserted on this admit:

PICC line removed: Not Applicable Is there an MD order to leave in place: N
Is Home Health set up to care for PICC Line at home:
Was PICC flushed and dressing changed according to policy:
Were PICC Line Home Care Instructions given to patient:

If any other devices were left in place, describe:
:

*** PHYSICAL MEDICINE DISCHARGE NOTE ( when applic.) ***
:
:
:

*** RESPIRATORY THERAPY DISCHARGE NOTE (when applic.) ***
:
:

*** OTHER DISCIPLINE DISCHARGE NOTE (when applic.) ***
Department:
:
:

If pt. delivered baby while in hospital, enter Blood types:
PATIENT BLOOD TYPE :
Baby 1 Type and RH: Baby 2 Type and RH:

Patient Or Family Signature:____ ______________________________

Time Of Discharge: Nurse Signature: CASSANDRA POLLARD, RN

Date of Birth: 10/01/13 (Automatically defaults; do not change)

Activity Date: 03/12/16 Time: 1600

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 03/12/16 1600 CJP 03/12/16 1611 CJP 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 98.1 Type Of Temperature: Axillary
Heart Rate: 121 Heart Rate Source: Machine
Resp. Rate: 32
SAO2: 97 O2 Delivery: ROOM AIR

Page 1453 of 1758

Age/Sex: 4Y 04M F
Unit #: KC00629604
Admitted: 03/10/16 at 1132
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K32120206
Location: 5ES
Room/Bed: K.E5514-1

HENDERSON,[redacted]L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 34 of 35
Printed 10/01/19 at 1352

| Activity Type | Problem/Goal/Intervention Description — Occurred Date Time by / Recorded Date Time by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|
| **Activity Date: 03/12/16** | **Time: 1600** | | | | |
| 200021 | Safety Checks | A | Q2H | | CP |
| - Document | 03/12/16 1600 CJP 03/12/16 1611 CJP | | 5.3 | | |
| | Family Member At Bedside: Y Respiration Observed: Y | | | | |
| | Call Light/Telephone In Reach: Y Fall Precautions: Y | | | | |
| | Crib Rails (Up / Down): Down | | | | |
| | Number Of Bed Rails Up: 2 | | | | |
| | Are bedrails up because of meds given: N | | | | |
| | Bed Brakes Locked: Y | | | | |
| | Bed High OR Low Position: LOW | | | | |
| | All Alarms On and Audible: Y | | | | |
| | CPM in use: N | | | | |
| | Pt. Off Unit: N | | | | |
| **Activity Date: 03/12/16** | **Time: 1616** | | | | |
| 100522 | Pediatric Admit Assessment | D | ADMIT | | AS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 100542 | Fall Risk - Pediatric | D | ADMIT | | PS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 100552 | Discharge Summary 2 Ped | D | AT TIME OF DISCHARGE | | AS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 102012 | PAIN Assessment / Management - PEDI Use to document the effectiveness of medications given specifically for the control of pain. Ask patient to be specific regarding location, severity, and type of pain. | D | PRN | | PS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 200008 | IV Site #1 Check/Care | D | Q2H | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 401050 | Telmetry Monitoring | D | BID8 | | PS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 402170 | O2 Delivery | D | Q2H | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 990001-B | RT - Initial Assessment | D | | | PS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 990518-A | Care Mgmt Pediatric Initial Reassessment | D | | | AS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 990560 | Braden Pediatric Risk Assessment | D | QSHIFT | | PS |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| Problem: | Basic Pediatric Nursing Care | D | | | |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| Goal: | Basic nursing care will be provided. | D | 03/13/16 | | |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 100006 | Discharge Assessment/Planning | D | AS NEEDED | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |

| Activity Type | Problem/Goal/Intervention Description — Occurred Date Time by / Recorded Date Time by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|
| **Activity Date: 03/12/16** | **Time: 1616** | | | | |
| 100507 | Reassessment/Evaluation - Pediatrics Direction ->07,19 Document when done | D | | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 100600 | Critical Value Reporting | D | | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 102000 | Emotional Support/Teaching | D | AS NEEDED | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 102011 | Pain, Infant Scale Also perform PRN for painful procedures | D | | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 250510-A | Bath, Total Bed - Toddler | D | DAILY | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 250512 | Linen Changed | D | DAILY | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 400010 | Vital Signs Vital Signs taken by a NAI are reviewed by an RN. | D | Q4H | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 401335 | Weight, Daily, PEDI Or NSY | D | DAILY | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 450010 | Intake | D | 06,18 | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 450100 | Output | D | 06,18 | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 550030-B | Feed With Assistance | D | MEALTIMES | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 550040 | Formula Prep | D | MEALTIMES | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 550090 | Feed Formula Per Family Or Staff | D | Q3H | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 800515 | Physician Rounds | D | DAILY | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 800516 | Clergy Visits | D | DAILY | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| Problem: | INJURY, POTENTIAL FOR | D | | | |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| Goal: | No evidence of injury to patient. | D | 03/13/16 | | |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 200021 | Safety Checks | D | Q2H | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| Problem: | KNOWLEDGE DEFICIT | D | | | |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| Goal: | Patient/Family Will Verbalize Understanding of Diagnosis and Treatment. | D | 03/13/16 | | |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |
| 1-D | Patient Education | D | AS NEEDED | | CP |
| - Ed Status | 03/12/16 1616 his 03/12/16 1616 his | | | A => D | |

Page 1454 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K32128206
Admitted: 03/10/16 at 1132 Location: 5ES
Status: DIS IN Room/Bed: K.E5514-1

HENDERSON [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 35 of 35
Printed 10/01/19 at 1352

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 03/12/16 Time: 1616

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Problem: RT- WHEEZING AND/OR ALTERED RESPIRATORY FUNCTION, ACTUAL AND/OR POTENTIAL TO DEVELOP | | | | | | | D | | |
| · Ed Status | 03/12/16 | 1616 | his | 03/12/16 | 1616 | his | | | A => D |
| Goal: RT: Correct or prevent bronchospasm, improve breath sounds. | | | | | | | D | 03/20/16 | |
| - Ed Status | 03/12/16 | 1616 | his | 03/12/16 | 1616 | his | | | A => D |
| 990008-A RT - Aerosol Therapy | | | | | | | D | Q4H | CP |
| - Ed Status | 03/12/16 | 1616 | his | 03/12/16 | 1616 | his | | | A => D |

| Monogram | Initials | Name | Nurse Type |
|---|---|---|---|
| ABH | BURDIA.RT | HOLLIS,AMY B | CT |
| BBH | BEHANB.RT | HILL,BRANDI BEHAN | RT |
| CAE | EVEREC.NS | EVEREST,CATHERINE A | RNC |
| CJP | COOKC4.NS | POLLARD,CASSANDRA J | RN |
| CS | SMITC12.NS | SMITH,CYNTHIA | MI-TT |
| EM | MIDDLE.NS | MIDDLEMIST,ELIZABETH | RN |
| ERF | FOXE.NS | FOX,ELAINA ROSE | RN |
| FDM | MORRIF.SS | MORRIS,FREDERICA | SS |
| JW | WATSOJ1.NS | WATSON,JESSICA | RNAPP |
| KER | ELLK.RT | RHODES,KATHRYN ELL | RT |
| KM | CANIZK.RT | MCCULLOUGH,KARLA | RT |
| PAD | ANDREP.RT | DEJNAK,PAM A | RRT |
| SC | CALHOS.RT | COLBERT,SORENA | RRT |
| SDT | PEARSS1.RT | TEUTSCH,SARA DAWN | RRT |
| SLF | FREEMS.NS | FREEMAN,SANDY L | RNC |
| VV | VANNV.NS | VANN,VALARIE | RN |
| his | | automatic by program | |

MEDICATION ADMINISTRATION RECORD
ADMIN PERIOD: 03/12/16-0701 to 03/13/16-0700

ROBERSP.DP
RUN: 03/11/16-2031

514

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* ROUTINE MEDS ******* | | | | | |
| K005476618 | AZITHROMYCIN 100 MG/5 ML 15MLBOT (None) (ZITHROMAX)<br>ORD DR: Tran, Sharon N M.D.<br>DOSE: (15ML BOT(S)) PO Q24H SCH<br>DOSE INSTR: 65 MG (3.25 ML)<br>COMMENTS: GIVE 3.25 ML (65 MG) ONCE A DAY FOR 4 DAYS. (SHAKE WELL!) (STORE AT ROOM TEMPERATURE!) | 1300 03/10/16 | 1301 03/13/16 | ~~1300~~ c/k 0900 #2 | | |
| K005477358 | PREDNISOLONE 15 MG/5 ML 5MLUDC (None) (ORAPRED U/D)<br>ORD DR: Tran, Sharon N M.D.<br>DOSE: (5ML UNIT DOSE CUP(S)) PO Q12H SCH<br>DOSE INSTR: 12mg (4 ml)<br>COMMENTS: (REFRIGERATE!) | 0945 03/11/16 | | ~~0945~~ 0900 c/k | ~~2145~~ 2100 | |
| K005477927 | LEVALBUTEROL 1.25 MG/0.5 ML INH.SOLN (None) (XOPENEX 1.25)<br>ORD DR: Tran, Sharon N M.D.<br>DOSE: (INHAL SOLN(S)) INH .Q4H SCH<br>DOSE INSTR: 0.63 MG<br>COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | 2015 03/11/16 | | —RT— | —RT— | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| [signature] LPN | ck | Comandra Polland RN | cp | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5514-1
Adm Date: 03/10/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

PAGE 1

514

MEDICATION ADMINI[redacted]ON RECORD
ADMIN PERIOD: 03/12/16-0701 to 03/13/16-0700

ROBERSP.DP
Run: 03/11/16-2031

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON,[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Room/Bed: K.K5514-1
Adm Date: 03/10/16
Location: 5KS
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

MEDICATION ADMINI[redacted]ION RECORD ROBERSP.DP
[redacted]N PERIOD: 03/12/16-[redacted] to 03/13/16-0700 [redacted] 03/11/16-2031

| RX # MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|
| ******* PRN MEDS ******* | | | | | |
| K005476964 ONDANSETRON 4 MG/2 ML VIAL (2 MG) (ZOFRAN (EQUIV)) ORD DR: Tran, Sharon N M.D. DOSE: 2 MG= (0.5 VIAL(S)) IV .Q4H PRN COMMENTS: PRN NAUSEA, VOMITING | 2045 03/10/16 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| RX # MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|
| K005476965 ACETAMINOPHEN 325 MG/10.15 ML UDC (None) (TYLENOL) ORD DR: Tran, Sharon N M.D. DOSE: (UD CUP(S)) PO .Q4H PRN DOSE INSTR: 180MG (5.62ML) COMMENTS: PRN TEMP >/= 101 DEGREES F. (DO NOT EXCEED 4,000 MG/24HRS!) | 2045 03/10/16 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Room/Bed: K.E5514-1
Adm Date: 03/10/16
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

MEDICATION ADMINI[redacted]ION RECORD
[redacted] ROBERSP.DP
ADMIN PERIOD: 03/12/16-0701 to 03/13/16-0700
[redacted]: 03/11/16-2031

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: [redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Room/Bed: K.N5514-1
Adm Date: 03/10/16
Location: 5NS
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

MEDICATION ADMINISTRATION RECORD
ADMIN PERIOD: 03/12/16-0701 to 03/13/16-0700

ROBERSP.DP
RUN: 03/11/16-2031

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON, [redacted]
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.K5514-1
Adm Date: 03/10/16
Location: 5KS
Service: PED
D.O.B.: 10/01/13

RUN DATE: 03/11/16 Willis Knighton South **ADMISSIONS** PAGE 1
RUN TIME: 2145 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP

Name: [redacted] L DOB: 10/01/13 Age: 2Y 05M
Rm/Bd: K.E5514 Serv/Locn: PED Status: IN Sex: F
Unit#: K000629604 Account#: K32120206 EPI#: 000000001116206

Last Update/ Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

Allergy1-Med/Contact: 03/10/16 - 1338
NKA

Allergy2-Med/Contact: 03/10/16 - 1338
NKA

Food Allergies-Intol: 03/10/16 - 1338
NKFA

Latex Allergy (Y/N): 03/10/16 - 1338
N

Pharmacy Allergy List (Coded Allergies), historical data: 03/11/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record

Page 1461 of 1758

RUN DATE: 03/11/16 Willis Knighton South **ADMISSIONS** PAGE 1
RUN TIME: 2340 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP

Name: [redacted] L DOB: 10/01/13 Age: 2Y 05M
Rm/Bd: K.E5514 Serv/Locn: PED Status: IN Sex: F
Unit#: K000629604 Account#: K32120206 EPI#: 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

Allergy1-Med/Contact: 03/10/16 - 1338
NKA

Allergy2-Med/Contact: 03/10/16 - 1338
NKA

Food Allergies-Intol: 03/10/16 - 1338
NKFA

Latex Allergy (Y/N): 03/10/16 - 1338
N

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/11/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record



MEDICATION ADMINISTRATION RECORD

PERIOD: 03/11/16 ... to 03/12/16-0700

MURPHM.NS 03/11/16-0249

514

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* ROUTINE MEDS ******* | | | | | |
| K005476606 | KCL 20 MEQ / D5W-0.45%NS 1000mL PREMIX BAG (None) (KCL / D5W-0.45%NS) ORD DR: Haynes, Andrew T M.D. DOSE: (BAG(S)) IV .CONTINUOUS INFUSION SCH DOSE INSTR: 45 ML/HR | 1300 03/10/16 | | D/C | | |
| K005476614 | ATROVENT 0.02% - 0.2 MG/ML UD INH.SOLN (None) (ATROVENT 0.02%) ORD DR: Tran, Sharon N M.D. DOSE: (INHAL SOLN(S)) INH .Q6H SCH DOSE INSTR: 2.5 ML UNIT DOSE COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) RT | 1330 03/10/16 | | D/C | RT med | |
| K005476618 | AZITHROMYCIN 100 MG/5 ML 15MLBOT (None) (ZITHROMAX) x4 days ORD DR: Tran, Sharon N M.D. DOSE: (15ML BOT(S)) PO Q24H SCH DOSE INSTR: 65 MG (3.25 ML) COMMENTS: GIVE 3.25 ML (65 MG) ONCE A DAY FOR 4 DAYS. (SHAKE WELL!) (STORE AT ROOM TEMPERATURE!) | 1300 03/10/16 | 1301 03/13/16 | ~~1300~~ 0900 am #1/4 | | |
| K005476838 | LEVALBUTEROL 1.25 MG/0.5 ML INH.SOLN (None) (XOPENEX 1.25) ORD DR: Tran, Sharon N M.D. DOSE: (INHAL SOLN(S)) INH ~~.Q2H~~ Q4° SCH DOSE INSTR: 0.63 MG COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) RT | 1815 03/10/16 | | | RT | |
| K005476839 | METHYLPREDNISOLONE 40 MG/ML 1MLVIAL (None) (SOLU MEDROL) ORD DR: Tran, Sharon N M.D. DOSE: (1ML VIAL(S)) IVP Q8H SCH DOSE INSTR: 15 MG (0.375 ML) | 1600 03/10/16 | | ~~0800~~ DC | ~~1600~~ | ~~0000~~ |

Orapred 12mg PO Q12hrs. 0950 CP 2100 JG

LEGEND:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RD Rt Deltoid | RUQ Rt Upper Outer Quadrant | RLT Rt Lateral Thigh | RDT Rt Dorsal Thigh | RA Rt Abd | RVG Rt VentroGluteal | | | | |
| LD Lt Deltoid | LUQ Lt Upper Outer Quadrant | LLT Lt Lateral Thigh | LDT Lt Dorsal Thigh | LA Lt Abd | LVG Lt VentroGluteal | | | | |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Cassandra Polland RN | CP | J Griffith, RN | JG | | | [illegible] RN | [illegible] |
| | | | | | | [illegible] RN | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Room/Bed: K.PICU1-1
Adm Date: 03/10/16
Location: PICUS
Service: MED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

PAGE 1

514

MEDICATION ADMINISTRATION RECORD

IN PERIOD: 03/11/1[illegible]1 to 03/12/16-0700

[illegible]: MURPHM.NS

[illegible]: 03/11/16-0249

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* IV'S ******* | | | | | |
| K005476837 | MAGNESIUM SULFATE 50% 500 MG/ML 10MLVIAL (650 MG) (MAGNESIUM SULFATE 50%) IN: D5W 25 ML BAG (25 ML) (D5W) ORD DR: Tran, Sharon N M.D. RATE: 105.2 MLS/HR DUR: FREQ: Q6H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 1800 03/10/16 | 1215 03/11/16 | ~~1200~~ | | |
| K005476841 | CEFTRIAXONE 1 GM VIAL (0.6 GM) (ROCEPHIN) IN: D5W 50 ML BAG (50 ML) (D5W) ORD DR: Tran, Sharon N M.D. RATE: 50 MLS/HR DUR: 1 FREQ: Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 1200 03/10/16 | | ~~1200~~ D/C | | |

LEGEND:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RD | Rt Deltoid | RUQ | Rt Upper Outer Quadrant | RLT | Rt Lateral Thigh | RDT | Rt Dorsal Thigh | RA | Rt Abd | RVG | Rt VentroGluteal |
| LD | Lt Deltoid | LUQ | Lt Upper Outer Quadrant | LLT | Lt Lateral Thigh | LDT | Lt Dorsal Thigh | LA | Lt Abd | LVG | Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | C. C[illegible] RN | CC |
| | | | | | | [illegible] RN | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Room/Bed: K.PICU1-1
Adm Date: 03/10/16
Location: PICUS
Service: MED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

MEDICATION ADM[redacted]ATION RECORD
[redacted]IN PERIOD: 03/11/[redacted]1 to 03/12/16-0700
[redacted]: MURPHM.NS
[redacted]: 03/11/16-0249

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON,[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Room/Bed: K.PICU1-1
Adm Date: 03/10/16
Location: PICUS
Service: MED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

MEDICATION ADMINISTRATION RECORD
PERIOD: 03/11/1[illegible]1 to 03/12/16-0700
[illegible]: MURPHM,NS
[illegible]: 03/11/16-0249

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | ******* PRN MEDS ******* | | | | | |
| X005476964 | ONDANSETRON 4 MG/2 ML VIAL (2 MG) (ZOFRAN (EQUIV)) ORD DR: Tran, Sharon N M.D. DOSE: 2 MG= (0.5 VIAL(S)) IV .Q4H PRN COMMENTS: PRN NAUSEA, VOMITING | 2045 03/10/16 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| X005476965 | ACETAMINOPHEN 325 MG/10.15 ML UDC (None) (TYLENOL) ORD DR: Tran, Sharon N M.D. DOSE: (UD CUP(S)) PO .Q4H PRN DOSE INSTR: 180MG (5.62ML) COMMENTS: PRN TEMP >/= 101 DEGREES F. (DO NOT EXCEED 4,000 MG/24HRS!) | 2045 03/10/16 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| 2120 | temp 99.5 Rectal / Fussy | 5.62ml po [illegible] | [illegible] | effective | [illegible] | 2220 | JW |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid — RUQ Rt Upper Outer Quadrant — RLT Rt Lateral Thigh — RDT Rt Dorsal Thigh — RA Rt Abd — RVG Rt VentroGluteal
LD Lt Deltoid — LUQ Lt Upper Outer Quadrant — LLT Lt Lateral Thigh — LDT Lt Dorsal Thigh — LA Lt Abd — LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Meghan Wallace RN | MW | | | Jessica Watson RN | JW | | |
| Meghan Wallace | | | | Jessica Watson RN | JW | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: X32120206 Med Rec#: K000629604
Name: HENDERSON,[redacted]L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.PICU1-1
Adm Date: 03/10/16
Location: PICUS
Service: MED
D.O.B.: 10/01/13

MEDICATION ADMINISTRATION RECORD
IN PERIOD: 03/11/1[illegible]1 to 03/12/16-0700
[illegible]R: MURPHM.NS
[illegible]: 03/11/16-0249

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | ******* PRN MEDS ******* | | | | | |
| K005476966 | ACETAMINOPHEN 120 MG SUP (None) (TYLENOL) ORD DR: Tran, Sharon N M.D. DOSE: (SUPP(S)) R .Q4H PRN DOSE INSTR: 180MG COMMENTS: PRN TEMP >/= 101 DEGREES F. | 2100 03/10/16 | D/C | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON,[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.PICU1-1
Adm Date: 03/10/16
Location: PICUS
Service: MED
D.O.B.: 10/01/13

MEDICATION ADMINI[redacted]ATION RECORD

[redacted]N PERIOD: 03/11/1[redacted]1 to 03/12/16-0700[redacted]

[redacted]: MURPHM.NS

[redacted]: 03/11/16-0249

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON,[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:

Room/Bed: K.PICU1-1
Adm Date: 03/10/16
Location: PICUS
Service: MED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Page 1408 of 1738

RUN DATE: 0[redacted]0/16 W[redacted]is Knighton S[redacted]n **ADMISSION[redacted] PAGE 1
RUN TIME: 2145 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP

Name: HENDERSON[redacted] L DOB: 10/01/13 Age: 2Y 05M
Rm/Bd: K.PICU1 Serv/Locn: MED Status: IN Sex: F
Unit#: K000629604 Account#: K32120206 EPI#: 000000001116206

Last Update/ Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

| | Last Update/ Acknowledgement |
|---|---|
| **Allergy1-Med/Contact:** NKA | 03/10/16 - 1338 |
| **Allergy2-Med/Contact:** NKA | 03/10/16 - 1338 |
| **Food Allergies-Intol:** NKFA | 03/10/16 - 1338 |
| **Latex Allergy (Y/N):** N | 03/10/16 - 1338 |

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/10/16
**(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

Page 1469 of 1758

RUN DATE: 03/10/16 Willis Knighton South **ADMISSIONS** PAGE 1
RUN TIME: 1316 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: FOXE.NS

Name: [redacted] L DOB: 10/01/13 Age: 2Y 05M
Rm/Bd: K.E5502 Serv/Locn: PED Status: IN Sex: F
Unit#: K000629604 Account#: K32120206 EPI#: 000000001116206

Last Update/ Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

Allergy1-Med/Contact: 11/03/15 - 1358
NKDA

Allergy2-Med/Contact: 11/03/15 - 1358
NKDA

Food Allergies-Intol: 11/03/15 - 1358
NONE

Latex Allergy (Y/N): 11/03/15 - 1358
N

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/10/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record

RUN DATE: 03/[redacted]/16 [redacted]lis Knighton [redacted]th *ADMISSIONS[redacted] PAGE 1
RUN TIME: 0709 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: BELLE.AM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | [redacted] L | | | **DOB:** | 10/01/13 | **Age:** | 2Y 05M |
| **Rm/Bd:** | | **Serv/Locn:** | ERS | **Status:** | ER | **Sex:** | F |
| **Unit#:** | K000629604 | **Account#:** | K32120206 | **EPI#:** | 000000001116206 | | |

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

| | Last Update/ Acknowledgement: |
|---|---|
| **Allergy1-Med/Contact:**<br>NKDA | 11/03/15 - 1358 |
| **Allergy2-Med/Contact:**<br>NKDA | 11/03/15 - 1358 |
| **Food Allergies-Intol:**<br>NONE | 11/03/15 - 1358 |
| **Latex Allergy (Y/N):**<br>N | 11/03/15 - 1358 |

**Pharmacy Allergy List (Coded Allergies), historical data:** 11/05/15
**(Duplicate names represent coding within (3) categories:**
**Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 03/[illegible]/16
RUN TIME: 0709
RUN USER: BELLE.AM

Willis Knighton South *ADMISSIONS*
INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

**Name:** [redacted]YAH L
**Rm/Bd:**
**Unit#:** K000629604
**Serv/Locn:** ERS
**Account#:** K32120206
**DOB:** 10/01/13
**Status:** ER
**EPI#:** 000000001116206
**Age:** 2Y 05M
**Sex:** F

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Allergy1-Med/Contact:** 11/03/15 - 1358
NKDA

**Allergy2-Med/Contact:** 11/03/15 - 1358
NKDA

**Food Allergies-Intol:** 11/03/15 - 1358
NONE

**Latex Allergy (Y/N):** 11/03/15 - 1358
N

**Pharmacy Allergy List (Coded Allergies), historical data:** 11/05/15
**(Duplicate names represent coding within (3) categories:**
**Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**



MEDICATION ADMINISTRATION RECORD
ADMIN PERIOD: 03/10/16-0701 to 03/11/16-0700

FOXE.NS
03/10/16-1316

| RX # | MEDICATION 502 | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* ROUTINE MEDS ******* | | | | | |
| K005476606 | KCL 20 MEQ / D5W-0.45%NS 1000mL PREMIX BAG (None) (KCL / D5W-0.45%NS) ORD DR: Haynes, Andrew T M.D. DOSE: (BAG(S)) IV CONTINUOUS INFUSION SCH DOSE INSTR: 45 ML/HR | 1300 03/10/16 | | 1300 VV | | |
| K005476607 | METHYLPREDNISOLONE 40 MG/ML 1MLVIAL (None) (SOLU MEDROL) ORD DR: Haynes, Andrew T M.D. Q8 DOSE: (1ML VIAL(S)) IVP ~~Q12H~~ SCH DOSE INSTR: ~~12 MG (0.3 ML)~~ 15mg last in ER @ 0800 | 1400 03/10/16 | | ~~1400~~ 1600 VV EF | | ~~0200~~ 0000 MM |

Albuterol 2.5mg Q2° RT

Atrovent UD Q6° RT

Xopenex 0.63mg per RT protocol RT

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* IV'S ******* | | | | | |
| K005476608 | CEFTRIAXONE 500 MG VIAL (500 MG) (ROCEPHIN) IN: D5W (BAX) 50 ML MINIBAG (50 ML) (D5W (BAX)) ORD DR: Haynes, Andrew T M.D. RATE: 50 MLS/HR DUR: 1 FREQ: Q24H COMMENTS: TO MIX: SNAP BLUE TUBE TO BREAK SEAL, THEN SQUEEZE CONTENTS BETWEEN VIAL/BAG TIL MIXED! | 1200 03/10/16 | | 1200 given in ER | | |
| | Zithromax 130mg IV Then 65mg PO Daily x4days | | | VV 1600 | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Valerie Vann RN | VV | Elaine Fox RN | EF | [signature] | MM | | |
| Valerie Vann RN | VV | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: [redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5502-1
Adm Date: 03/10/16
Location: 5NS
Service: PED
D.O.B.: 10/01/13

MEDICATION ADMINI[illegible]ION RECORD
[illegible]N PERIOD: 03/10/16-[illegible] to 03/11/16-0700

FOXX.NS
[illegible] 03/10/16-1316

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|

Magnesium Sulfate 650mg IV over 15min stat then Q6° total 3 doses ~~then~~ 1st dose #1 1500 WRF #2 2100 MM #3 0300 MM

~~Albuterol 5mg Neb continuous 1 hour X1~~ RT

~~Mag Sulfate 650mg~~

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Valerie Vann RN | VV | Rhonda Fo[illegible] | RF | [illegible] RN | MM | | |
| Valerie Vann RN | VV | | | Michael Murphy RN | MM | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K32120206 Med Rec#: K000629604
Name: HENDERSON,[redacted]
Phys: Tran, Sharon N M.D.
Age: 2Y 05M Sex: F Wgt: 27 lb 15.98 oz = 12.7 kg
Marital Status: SIN BSA:
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.K5502-1
Adm Date: 03/10/16
Location: 5KS
Service: PED
D.O.B.: 10/01/13
PAGE 2

   

WILLIS-KNIGHTON HEALTH SYSTEM

# Medication Administration Record

**DATE STARTED:** 3/10/16

ADMINISTER PERIOD: 7:00 AM to 6:59 AM

***** PRN meds *****

| MEDICATION | START | STOP |
|---|---|---|
| Tylenol 180mg po/PR Q4° PRN T ≥ 101 | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INITIAL | PAIN SCALE | RESPONSE/OUTCOME | PAIN SCALE REASSESS | TIME | Initials |
|---|---|---|---|---|---|---|---|
| 2050 | Temp 101.4 Ax | 180mg supp PR mm | NA | Temp ↓ 99.2 Ax | NA | 2130 | mm |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| MEDICATION | START | STOP |
|---|---|---|
| Zofran | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INITIAL | PAIN SCALE | RESPONSE/OUTCOME | PAIN SCALE REASSESS | TIME | Initials |
|---|---|---|---|---|---|---|---|
| 2050 | vomited | 2mg IV mm | NA | Asleep No further Vomiting | NA | 2130 | mm |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| MEDICATION | START | STOP |
|---|---|---|
| | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INITIAL | PAIN SCALE | RESPONSE/OUTCOME | PAIN SCALE REASSESS | TIME | Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | [signature] | MM | | |
| | | Michael [signature] RN | MM | | |
| | | | | | |
| | | | | | |

*See allergy source document

Allergies: NKDA

MA0005

Printed: 03/10/2016

MA563 _ 1
Revised 08/05/2013
Committee Approved 12/13/2013
Page 1 of 1

[redacted] L
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

RUN DATE: 03/10/16 Willis Knighton South **ADMISSIONS** PAGE 1
RUN TIME: 1316 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: FOXE.NS

Name: [redacted] L DOB: 10/01/13 Age: 2Y 05M
Rm/Bd: K.E5502 Serv/Locn: PED Status: IN Sex: F
Unit#: K000629604 Account#: K32120206 EPI#: 000000001116206

| Interdisciplinary Assessment (Free Text), historical data: | Last Update/ Acknowledgement: |
| --- | --- |
| Allergy1-Med/Contact: NKDA | 11/03/15 - 1358 |
| Allergy2-Med/Contact: NKDA | 11/03/15 - 1358 |
| Food Allergies-Intol: NONE | 11/03/15 - 1358 |
| Latex Allergy (Y/N): N | 11/03/15 - 1358 |

Pharmacy Allergy List (Coded Allergies), historical data: 03/10/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record

RUN DATE: 0[redacted]0/16 W[redacted]is Knighton S[redacted]n **ADMISSIO[redacted] PAGE 1
RUN TIME: 2340 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP

Name: [redacted] L DOB: 10/01/13 Age: 2Y 05M
Rm/Bd: K.PICU1 Serv/Locn: MED Status: IN Sex: F
Unit#: K000629604 Account#: K32120206 EPI#: 000000001116206

Last Update/ Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

| | Last Update/ Acknowledgement |
|---|---|
| **Allergy1-Med/Contact:** NKA | 03/10/16 - 1338 |
| **Allergy2-Med/Contact:** NKA | 03/10/16 - 1338 |
| **Food Allergies-Intol:** NKFA | 03/10/16 - 1338 |
| **Latex Allergy (Y/N):** N | 03/10/16 - 1338 |

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/10/16
**(Duplicate names represent coding within (3) categories: Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 03/[redacted]/16 W[redacted]lis Knighton S[redacted]h *ADMISSIONS* PAGE 1
RUN TIME: 1423 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: WASHBG.AM

| | | | |
|---|---|---|---|
| **Name:** [redacted] L | | **DOB:** 10/01/13 | **Age:** 2Y 05M |
| **Rm/Bd:** K.E5514 | **Serv/Locn:** PED | **Status:** IN | **Sex:** F |
| **Unit#:** K000629604 | **Account#:** K32120206 | **EPI#:** 000000001116206 | |

Last Update/ Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Allergy1-Med/Contact:** 03/10/16 - 1338
NKA

**Allergy2-Med/Contact:** 03/10/16 - 1338
NKA

**Food Allergies-Intol:** 03/10/16 - 1338
NKFA

**Latex Allergy (Y/N):** 03/10/16 - 1338
N

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/11/16
**(Duplicate names represent coding within (3) categories: Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 03/11/16 Willis Knighton South *ADMISSIONS* PAGE 1
RUN TIME: 1423 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: WASHBG.AM

**Name:** [redacted] L **DOB:** 10/01/13 **Age:** 2Y 05M
**Rm/Bd:** K.E5514 **Serv/Locn:** PED **Status:** IN **Sex:** F
**Unit#:** K000629604 **Account#:** K32120206 **EPI#:** 000000001116206

| | Last Update/ Acknowledgement: |
|---|---|
| **Interdisciplinary Assessment (Free Text), historical data:** | |
| **Allergy1-Med/Contact:** NKA | 03/10/16 - 1338 |
| **Allergy2-Med/Contact:** NKA | 03/10/16 - 1338 |
| **Food Allergies-Intol:** NKFA | 03/10/16 - 1338 |
| **Latex Allergy (Y/N):** N | 03/10/16 - 1338 |

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/11/16
**(Duplicate names represent coding within (3) categories: Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 03/[redacted]/16 [redacted]llis Knighton [redacted]th *ADMISSIONS PAGE 1
RUN TIME: 1154 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: BELLE.AM

Name: HENDERSON [redacted] L DOB: 10/01/13 Age: 2Y 05M
Rm/Bd: K.E5509 Serv/Locn: PED Status: IN Sex: F
Unit#: K000629604 Account#: K32120206 EPI#: 000000001116206

Last Update/ Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

| | Last Update/Acknowledgement |
|---|---|
| **Allergy1-Med/Contact:** NKDA | 11/03/15 - 1358 |
| **Allergy2-Med/Contact:** NKDA | 11/03/15 - 1358 |
| **Food Allergies-Intol:** NONE | 11/03/15 - 1358 |
| **Latex Allergy (Y/N):** N | 11/03/15 - 1358 |

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/10/16
**(Duplicate names represent coding within (3) categories: Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 03[redacted]/16 [redacted]llis Knighton [redacted]th *ADMISSIONS[redacted] PAGE 1
RUN TIME: 1154 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: BELLE.AM

| | | | | | |
|---|---|---|---|---|---|
| **Name:** [redacted] L | | | **DOB:** 10/01/13 | **Age:** 2Y 05M | |
| **Rm/Bd:** K.E5509 | **Serv/Locn:** PED | | **Status:** IN | **Sex:** F | |
| **Unit#:** K000629604 | **Account#:** K32120206 | | **EPI#:** 000000001116206 | | |

| **Interdisciplinary Assessment (Free Text), historical data:** | Last Update/ Acknowledgement: |
|---|---|
| **Allergy1-Med/Contact:** NKDA | 11/03/15 - 1358 |
| **Allergy2-Med/Contact:** NKDA | 11/03/15 - 1358 |
| **Food Allergies-Intol:** NONE | 11/03/15 - 1358 |
| **Latex Allergy (Y/N):** N | 11/03/15 - 1358 |

**Pharmacy Allergy List (Coded Allergies), historical data:** 03/10/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 03/10/16 Willis-Knighton South Nursing **LIVE** PAGE 1
RUN TIME: 1349 Home Medications NOT An Order
RUN USER: 0

[redacted] **Home Medications NOT An Order**
**For Information/Comparison Only** [redacted]

ALBUTEROL

[redacted] **NOT AN ORDER** [redacted]

Name: [redacted] L
Acct#: K32120206
Room/Bed: K.E5502-1
DOB: 10/01/13 Age: 2Y 05M Sex: F Weight: 27

  

WILLIS-KNIGHTON HEALTH SYSTEM

## AM VITAL SIGNS
Critical Care Record

Date: 3-11-2016

Richmond Agitation – Sedation Scale
+4 COMBATIVE: Immediate danger to staff, violent
+3 VERY AGITATED: pulls on/removes catheters or tubes; aggressive towards staff
+2 AGITATED: frequent non-purposeful movement or patient/ventilator dyssynchrony
+1 RESTLESS: anxious or apprehensive but movements not aggressive or vigorous
0 ALERT AND CALM
–1 DROWSY: not fully alert, sustains >10 seconds awakening, with eye contact, to voice
–2 LIGHT SEDATION: briefly, <10 seconds, awakens with eye contact to voice
–3 MODERATE SEDATION: any movement (but no eye contact) to voice
–4 DEEP SEDATION: no response to voice, but any movement to physical stimulation
–5 UNAROUSABLE: no response to voice or physical stimulation

PERIPHERAL PULSE: 1 plus 2 plus

PAIN SCALE:
D = DOPPLER (0–4) CHILD
O = ABSENT (1–10) ADULT

| TIME | 7AM | 8AM | 9AM | 10AM | 11AM | 12PM | 1PM | 2PM | 3PM | 4PM | 5PM | 6PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 250 | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | |
| 230 | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | |
| 190 | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | |
| 170 | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | |
| 150 | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | |
| 130 | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| BP: C=Cuff A=Arterial | | | | | | | | | | | | |

| TIME | 7AM | 8AM | 9AM | 10AM | 11AM | 12PM | 1PM | 2PM | 3PM | 4PM | 5PM | 6PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | 140 | | 146 | | 151 | 136 | | | | | | |
| BP | | | | | | 112/63 | | | | | | |
| MAP | | | | | | 76 | | | | | | |
| Total Resp Rate | 34 | | 32 | | 30 | 34 | | | | | | |
| Temperature | 98.4 | | | | 98.4 | | | | | | | |
| PA SD | | | | | | | | | | | | |
| PCW | | | | | | | | | | | | |
| CVP | | | | | | | | | | | | |
| CO/SVR | | | | | | | | | | | | |
| Pulse OX | 95% | | 95% | | 99% | 97% | | | | | | |
| Peripheral Pulse | 2/2 2/2 | | | | 2/2 2/2 | | | | | | | |
| Serum Blood Glucose | | | | | | | | | | | | |
| Pain Scale | 0/10 | | | | 0/10 | asleep | | | | | | |
| RASS Scale | | | | | | | | | | | | |

SIGNATURE [illegible] RN INIT [illegible] SIGNATURE INIT SIGNATURE INIT

AS599
Rev 01/11

NS0060

Printed: 03/11/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

   

WILLIS-KNIGHTON HEALTH SYSTEM

## PM VITAL SIGNS
Critical Care Record

Date: 3-11-2016

Richmond Agitation – Sedation Scale
+4 COMBATIVE: immediate danger to staff, violent
+3 VERY AGITATED: pulls on/removes catheters or tubes; aggressive towards staff
+2 AGITATED: frequent non-purposeful movement or patient/ventilator dyssynchrony
+1 RESTLESS: anxious or apprehensive but movements not aggressive or vigorous
0 ALERT AND CALM
−1 DROWSY: not fully alert, sustains >10 seconds awakening, with eye contact, to voice
−2 LIGHT SEDATION: briefly, <10 seconds, awakens with eye contact to voice
−3 MODERATE SEDATION: any movement (but no eye contact) to voice
−4 DEEP SEDATION: no response to voice, but any movement to physical stimulation
−5 UNAROUSABLE: no response to voice or physical stimulation

PERIPHERAL PULSE: 1 plus 2 plus

PAIN SCALE:
D = DOPPLER (0–4) CHILD
O = ABSENT (1–10) ADULT

| TIME | 7PM | 8PM | 9PM | 10PM | 11PM | 12AM | 1AM | 2AM | 3AM | 4AM | 5AM | 6AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 250 | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | |
| 230 | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | |
| 190 | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | |
| 170 | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | |
| 150 | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | |
| 130 | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| BP: C=Cuff A=Arterial | | | | | | | | | | | | |

| TIME | 7PM | 8PM | 9PM | 10PM | 11PM | 12AM | 1AM | 2AM | 3AM | 4AM | 5AM | 6AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | | | | | | | | | | | | |
| BP | | | | | | | | | | | | |
| MAP | | | | | | | | | | | | |
| Total Resp Rate | | | | | | | | | | | | |
| Temperature | | | | | | | | | | | | |
| PA SD | | | | | | | | | | | | |
| PCW | | | | | | | | | | | | |
| CVP | | | | | | | | | | | | |
| CO/SVR | | | | | | | | | | | | |
| Pulse OX | | | | | | | | | | | | |
| Peripheral Pulse | | | | | | | | | | | | |
| Serum Blood Glucose | | | | | | | | | | | | |
| Pain Scale | | | | | | | | | | | | |
| RASS Scale | | | | | | | | | | | | |

| SIGNATURE | INIT | SIGNATURE | INIT | SIGNATURE | INIT |
|---|---|---|---|---|---|
| | | | | | |

NS0060

Printed: 03/11/2016

[redacted] L
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

AS600
Rev 01/11

    

WILLIS-KNIGHTON HEALTH SYSTEM

# INTAKE & OUTPUT

*Critical Care Record*

Date: 3-11-2016

| Yesterday's Intake | Yesterday's Output | Yesterday's Weight | Today's Weight |
|---|---|---|---|
| | | 12.7kg | 12.7kg |

| INTAKE | 7a | 8a | 9a | 10a | 11a | 12 | 1p | 2p | 3p | 4p | 5p | 6p | | 7p | 8p | 9p | 10p | 11p | 12 | 1a | 2a | 3a | 4a | 5a | 6a | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO | | 120 | 120 | | 240 | | | | | | | | 480 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INTAKE TOTALS | | | | | | | | | | | | 7A – 7P INTAKE | 480 | | | | | | | | | | | | 7P – 7A INTAKE | |
| OUTPUT | 7a | 8a | 9a | 10a | 11a | 12 | 1p | 2p | 3p | 4p | 5p | 6p | | 7p | 8p | 9p | 10p | 11p | 12 | 1a | 2a | 3a | 4a | 5a | 6a | |
| URINE | | | 240 | | | 240 | | | | | | | 480 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NG | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOOLS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHEST TUBE | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OUTPUT TOTALS | | | | | | | | | | | | 7A – 7P OUTPUT | 480 | | | | | | | | | | | | 7P – 7A OUTPUT | |

| GRAND TOTAL | INTAKE TOTAL | OUTPUT TOTAL | BALANCE |
|---|---|---|---|
| SIGNATURE | [signature] INIT [initials] | SIGNATURE INIT | SIGNATURE INIT |

NS0060

Printed: 03/11/2016

AS601
Rev 01/11

L
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

WILLIS-KNIGHTON HEALTH SYSTEM

# RESPIRATORY / LABORATORY
*Critical Care Record*

Date: 3-11-2016

| RESPIRATORY TIME | 0740 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L/MIN | RA | | | | | | | | | | |
| APPARATUS | | | | | | | | | | | |
| VENT | | | | | | | | | | | |
| FIO2 | | | | | | | | | | | |
| MODE | | | | | | | | | | | |
| RATE | | | | | | | | | | | |
| TV | | | | | | | | | | | |
| PEEP/EPAP | | | | | | | | | | | |
| P.S./IPAP | | | | | | | | | | | |
| ABG pH | | | | | | | | | | | |
| PCO2 | | | | | | | | | | | |
| PO2 | | | | | | | | | | | |
| BE | | | | | | | | | | | |
| HCO3 | | | | | | | | | | | |
| TCO2 | | | | | | | | | | | |
| PULSE OX | 95% | | | | | | | | | | |
| **LABORATORY TIME** | | | | | | | | | | | |
| PLAT CT | | | | | | | | | | | |
| WBC | | | | | | | | | | | |
| HGB/HCT | | | | | | | | | | | |
| Ca/Phos | | | | | | | | | | | |
| GLU | | | | | | | | | | | |
| K+ | | | | | | | | | | | |
| NA+ | | | | | | | | | | | |
| CL– | | | | | | | | | | | |
| CO2 | | | | | | | | | | | |
| BUN/CREAT | | | | | | | | | | | |
| MG++ | | | | | | | | | | | |
| PT/INR | | | | | | | | | | | |
| PTT | | | | | | | | | | | |
| Ionized Calcium | | | | | | | | | | | |
| MYOGLOBIN | | | | | | | | | | | |
| TROPONIN–I | | | | | | | | | | | |
| ACT | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| SIGNATURE | INIT | SIGNATURE | INIT | SIGNATURE | INIT |
|---|---|---|---|---|---|
| [signature] RN | [initials] | | | | |

Printed: 03/11/2016

L

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

AS602 _ 1
Revised 07/12/2012
Committee Approved 08/22/2012

NS0060

    

WILLIS-KNIGHTON HEALTH SYSTEM

# STANDARDS OF CARE CHECKLIST

Critical Care Record

Date: 3-11-2016

**LEGEND: Initial = Yes R = Refused Blank = Not Implemented**

| | 7a | 8a | 9a | 10a | 11a | 12p | 1p | 2p | 3p | 4p | 5p | 6p | 7p | 8p | 9p | 10p | 11p | 12a | 1a | 2a | 3a | 4a | 5a | 6a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HYGIENE (every day / PRN)** | | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL CARE | | | | | | | | | | | | | | | | | | | | | | | | |
| EYE CARE | | | | | | | | | | | | | | | | | | | | | | | | |
| FOLEY CARE | | | | | | | | | | | | | | | | | | | | | | | | |
| LINEN CHANGED | | | | | | | | | | | | | | | | | | | | | | | | |
| BATH (chlorhexidine gluconate/other) | | | | | | | | | | | | | | | | | | | | | | | | |
| **MOVEMENT** | | | | | | | | | | | | | | | | | | | | | | | | |
| ROM (every 2 hr) | [illegible] | | [illegible] | | [illegible] | | [illegible] | | | | | | | | | | | | | | | | | |
| TURNED (every 2 hr) [illegible] | [illegible] | | [illegible] | | [illegible] | | [illegible] | | | | | | | | | | | | | | | | | |
| DANGLE (as ordered / PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| OOB (as ordered/ PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| AMBULATED (as ordered / PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| **TREATMENT** | | | | | | | | | | | | | | | | | | | | | | | | |
| SKIN RISK ASSESSMENT (every 4 hr) | [illegible] | | | | [illegible] | | | | | | | | | | | | | | | | | | | |
| DRESSING–LIST: | | | | | | | | | | | | | | | | | | | | | | | | |
| **RESPIRATORY** | | | | | | | | | | | | | | | | | | | | | | | | |
| TCDB/INSPIROMETER (IS per Rx) | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCTIONED (PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| ET/TRACH CARE (every shift) | | | | | | | | | | | | | | | | | | | | | | | | |
| **GI** | | | | | | | | | | | | | | | | | | | | | | | | |
| NG Tube PLACEMENT (every shift) | | | | | | | | | | | | | | | | | | | | | | | | |
| DIET (Amount Eaten–1/4, 1/2, 3/4, All) | | NPO | | | Ø | | | | | | | | | | | | | | | | | | | |
| **EQUIPMENT** (Upon Initiation and Every 1 hr) | | | | | | | | | | | | | | | | | | | | | | | | |
| FEEDING PUMP | | | | | | | | | | | | | | | | | | | | | | | | |
| WARMING / COOLING UNIT | | | | | | | | | | | | | | | | | | | | | | | | |
| TED HOSE | | | | | | | | | | | | | | | | | | | | | | | | |
| SCDS | | | | | | | | | | | | | | | | | | | | | | | | |
| **FALL PRECAUTIONS (every 12 hours) – (If fall scale indicates high risk)** | | | | | | | | | | | | | | | | | | | | | | | | |
| FALL ALARMS | | | | | | | | | | | | | | | | | | | | | | | | |
| YELLOW WRISTBAND pt<3yo | | | | | | | | | | | | | | | | | | | | | | | | |
| **IV** | | | | | | | | | | | | | | | | | | | | | | | | |
| IV SITE CHECK (every 2 hr) | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | |
| IV TUBING CHANGED | | | | | | | | | | | | | | | | | | | | | | | | |
| IV DSG CHANGED | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESSURE SETUP CHANGED | | | | | | | | | | | | | | | | | | | | | | | | |
| LEVELED & SQUARE WAVE TEST (every shift & PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| ZEROED (PRN) | | | | | | | | | | | | | | | | | | | | | | | | |

| SIGNATURE/PRINTED NAME | Initial | SIGNATURE/PRINTED NAME | Initial | SIGNATURE/PRINTED NAME | Initial |
|---|---|---|---|---|---|
| [illegible] RN | [illegible] | | | | |

Printed: 03/11/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

AS603_1
Revised 09/14/2015
Page 1 of 2

WILLIS-KNIGHTON HEALTH SYSTEM

# STANDARDS OF CARE CHECKLIST

Critical Care Record

Date: 3-11-2016

**Legend: Initial = Yes R = Refused Blank = Not Implemented**

| | 7a | 8a | 9a | 10a | 11a | 12p | 1p | 2p | 3p | 4p | 5p | 6p | 7p | 8p | 9p | 10p | 11p | 12a | 1a | 2a | 3a | 4a | 5a | 6a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SAFETY (every 1 hour)** | | | | | | | | | | | | | | | | | | | | | | | | |
| PATIENT ALARMS ON & AUDIBLE | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | |
| BED GROUNDED/LOW POSITION | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | |
| SIDE RAIL UP | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | |
| CALL LIGHT IN REACH | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | |
| HOB POSITION _______ degrees | | | | | | | | | | | | | | | | | | | | | | | | |
| **ISOLATION** | | | | | | | | | | | | | | | | | | | | | | | | |
| CONTACT | | | | | | | | | | | | | | | | | | | | | | | | |
| DROPLET | [illegible] | | | | | | | | | | | | | | | | | | | | | | | |
| AIRBORNE – Negative Pressure confirmed every shift | | | | | | | | | | | | | | | | | | | | | | | | |
| **ALARM LIMITS (Numeric value every 12 hours and if changed)** | | | | | | | | | | | | | | | | | | | | | | | | |
| EKG HIGH | 105 | | | | | | | | | | | | | | | | | | | | | | | |
| EKG LOW | 70 | | | | | | | | | | | | | | | | | | | | | | | |
| SYSTOLIC BP HIGH | | | | | | | | | | | | | | | | | | | | | | | | |
| SYSTOLIC BP LOW | | | | | | | | | | | | | | | | | | | | | | | | |
| MAP HIGH | | | | | | | | | | | | | | | | | | | | | | | | |
| MAP LOW | | | | | | | | | | | | | | | | | | | | | | | | |
| DIASTOLIC BP HIGH | | | | | | | | | | | | | | | | | | | | | | | | |
| DIASTOLIC BP LOW | | | | | | | | | | | | | | | | | | | | | | | | |
| O2 SAT LOW | 98 | | | | | | | | | | | | | | | | | | | | | | | |
| IABP Augmentation | | | | | | | | | | | | | | | | | | | | | | | | |
| **HOUDINI Step One – (Assess for qualifying criteria for indwelling urinary catheter now and every shift)** | | | | | | | | | | | | | | | | | | | | | | | | |
| Hematuria, gross | | | | | | | | | | | | | | | | | | | | | | | | |
| Obstruction, urinary | | | | | | | | | | | | | | | | | | | | | | | | |
| Urologic surgery, genitourinary surgery, peri-rectal surgery, urinary catheter placed by urologist, chronic indwelling urinary catheter on admission (present greater than 30 days) | | | | | | | | | | | | | | | | | | | | | | | | |
| Decubitus ulcer – open sacral or perineal wounds for incontinent patients | | | | | | | | | | | | | | | | | | | | | | | | |
| Intake & Output monitoring – accurate measurement of urine output for critically ill patients deemed hemodynamicallly unstable, for patients unable to reliably collect urine for strict measurements, for patients receiving large volumes of fluid an/or diuretics | | | | | | | | | | | | | | | | | | | | | | | | |
| No code – comfort care, hospice care, or palliative care | | | | | | | | | | | | | | | | | | | | | | | | |
| Immobility – physical immobilization required (e.g.spine instability, multiple traumatic injuries, pelvic fracture) | | | | | | | | | | | | | | | | | | | | | | | | |

| SIGNATURE/PRINTED NAME | Initial | SIGNATURE/PRINTED NAME | Initial | SIGNATURE/PRINTED NAME | Initial |
|---|---|---|---|---|---|
| [illegible] RN | [illegible] | | | | |

Printed: 03/11/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

AS603_2
Revised 09/14/2015
Committee Approved 09/22/2015



WILLIS-KNIGHTON HEALTH SYSTEM

**AM ASSESSMENT**
CRITICAL CARE RECORD

Date: 3-11-2016

| TIME | NURSING GOALS FOR THE DAY ☐ see Clinical Guidelines ☐ Pt teaching documented in computer | PLANNED NURSING INTERVENTIONS | EVALUATION |
|---|---|---|---|
| 3/11/16 0710 | Adequate oxygenation Safety, Comfort | Maintain contact airway, ensure safety, comfort. Monitor VS, I&O | VSS. Room air, no IV. Transferred to Peds floor. |

DISCHARGE PLANNING NEEDS: Transfer to lower level of care when medically stable.

May Central Venous Catheter be removed Y or N or (NA) — May Urinary Catheter be removed Y or N or (NA)

| PERIPHERAL SITE | START DATE | CENTRAL SITES | R START DATE | L START DATE |
|---|---|---|---|---|
| 1) (R) hand - D5 1/2NS + 20 mEq KCl | 3/10/16 | Internal Jugular | | |
| 2) @ 45 IV fluids discontinued | | Subclavian | | |
| 3) per pt. See notes. | | Femoral | | |
| 4) | | Arterial Radial | | |
| 5) | | Arterial Femoral | | |

**SKIN**
1. COLOR: ☑ Pink ☐ Pale ☐ Cyanotic ☐ Jaundice ☐ Flushed
2. TEMP: ☐ Hot ☑ Warm ☐ Cool ☐ Cold
3. CHARACTER: ☐ Moist ☑ Dry
4. TURGOR: ☑ Normal ☐ Loose ☐ Tight ☐ Shiny
5. MUCOUS MEMBRANE: ☑ Pink moist ☐ Pale ☐ Cyanotic ☐ Jaundice
6. BREAKDOWN: ☑ Absent ☐ Present; Location ____ Describe ____; Current Braden 23

**CARDIAC**
1. CAPILLARY REFILL: ☑ Brisk less than 3 sec ☐ Sluggish greater than 3 sec
2. NECK VEINS: ☑ Flat ☐ Supine ☐ Distended ☐ 45 Degree
3. HEART TONES: ☑ Regular ☐ Irregular ☐ Muffled ☐ Gallop ☐ Clear; ☐ Absent ☑ S1 ☑ S2 ☐ S3 ☐ S4 ☐ Rub
4. MURMUR: ☐ Systolic ☐ Diastolic
5. EDEMA: ☐ Present ☑ Absent; Describe ____

Monitor ST sinus

**RESPIRATORY**
1. CHEST EXCURSION: ☑ Symmetrical ☐ Asymmetrical
2. AIRWAY: ☐ Oral ETT ☐ Trach ☐ Nasal / Oral Airway
3. STATUS: ☐ SOB ☑ No distress ☐ Labored ☐ Access Muscles ☐ Ventilated
4. BREATH SOUND ASSESSMENT:

| LEFT | RIGHT | |
|---|---|---|
| ☐ | ☐ | Wheeze |
| ☐ | ☐ | Rhonchi |
| ☐ | ☐ | Rales |
| ☐ | ☐ | Diminished |
| ☑ | ☑ | Clear |

5. COUGH: ☐ Absent ☐ Productive ☐ Non-Productive
6. SPUTUM: Color ____ Consistency ____
7. CHEST TUBE: ☐ Fluctuates ☐ Clamped ☐ Air Leak; TYPE ____ Suction ____ Color ____

**GASTROINTESTINAL**
1. ABDOMEN: ☑ Soft ☐ Firm ☐ Hard ☐ Tender ☑ Non-tender; Distended ____ cm girth
2. BOWEL SOUNDS: ☑ Present ☐ Absent ☐ Hypoactive ☐ Hyperactive
3. NG TUBE: ☐ R Nare ☐ L Nare ☐ Clamped ☐ Tube Feeding ☐ Suction (suction type: ___ L ___ M ___ H ___ Constant ___ Inter)
4. DRAINAGE: Color ____ Character ____ ☐ Emesis ☐ Nausea

**GU**
1. VOIDING: Diaper ☐ Continent ☑ Incontinent ☐ Catheter – Date Inserted: ____ ☐ Securement device in place
2. URINE Color: Not observed; Character ____

Is Houdini Protocol ordered? Yes ☐ No ☐ — If Houdini ordered, document on Standard of Care checklist

| EYES | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE | PUPILS | LIMB MOVEMENT |
|---|---|---|---|---|
| ☑ Spontaneously (4) | ☑ Oriented (5) per age appropriate | ☑ Obey Commands (6) | LEFT 3 1/2, RIGHT 3 1/2 Size | A RUE |
| ☐ To Speech (3) | ☐ Confused (4) | ☐ Purposeful movement to Pain (5) | + + Reaction | A LUE |
| ☐ To Pain (2) | ☐ Inappropriate Word (3) | ☐ Withdrawal to Pain (4) | (Brisk/Sluggish/Fixed) | A RLE |
| ☐ None (1) | ☐ Incomprehensible Sounds (2) | ☐ Flexion to Pain (3) | | A LLE |
| | ☐ None (1) | ☐ Extension to Pain (2) | | A = Normal, B = Slight Weak, C = Severe Weak, D = None |
| | | ☐ No Response (1) | | |

EYES 4 + VERBAL 5 + MOTOR 6 = ____ TOTAL GLASCOW COMA SCALE (GCS)

Confusion Assessment Method (CAM) – ICU
☐ Positive ☐ Negative ☑ Unable to assess pt < 5 y/o

RN SIGNATURE: C. Everett RN TIME: 0740
NURSE PRINTED NAME: Catherine Everett RN

Printed: 03/11/2016

[redacted] L
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

AS604 _1
Revised 09/14/2015
Committee Approved 09/22/2015
Page 1 of 1

NS0060

   

WILLIS-KNIGHTON HEALTH SYSTEM

**PM ASSESSMENT**
CRITICAL CARE RECORD

Date: 3-11-2016

| TIME | NURSING GOALS FOR THE DAY<br>☐ see Clinical Guidelines<br>☐ Pt teaching documented in computer | PLANNED NURSING INTERVENTIONS | EVALUATION |
|---|---|---|---|
| | | | |
| | | | |

**DISCHARGE PLANNING NEEDS**

May Central Venous Catheter be removed Y or N or NA    May Urinary Catheter be removed Y or N or NA

| PERIPHERAL SITE | START DATE | CENTRAL SITES | R START DATE | L START DATE |
|---|---|---|---|---|
| 1) | | Internal Jugular | | |
| 2) | | Subclavian | | |
| 3) | | Femoral | | |
| 4) | | Arterial Radial | | |
| 5) | | Arterial Femoral | | |

**SKIN**
- 1. COLOR: ☐ Pink ☐ Pale ☐ Cyanotic ☐ Jaundice ☐ Flushed
- 2. TEMP: ☐ Hot ☐ Warm ☐ Cool ☐ Cold
- 3. CHARACTER: ☐ Moist ☐ Dry
- 4. TURGOR: ☐ Normal ☐ Loose ☐ Tight ☐ Shiny
- 5. MUCOUS MEMBRANE: ☐ Pink ☐ Pale ☐ Cyanotic ☐ Jaundice
- 6. BREAKDOWN: ☐ Absent ☐ Present Location ______ Describe ______

Current Braden ______

**CARDIAC**
- 1. CAPILLARY REFILL: ☐ Brisk less than 3 sec ☐ Sluggish greater than 3 sec
- 2. NECK VEINS: ☐ Flat ☐ Supine ☐ Distended ☐ 45 Degree
- 3. HEART TONES: ☐ Regular ☐ Irregular ☐ Muffled ☐ Gallop ☐ Clear ☐ Absent ☐ S1 ☐ S2 ☐ S3 ☐ S4 ☐ Rub
- 4. MURMUR: ☐ Systolic ☐ Diastolic
- 5. EDEMA: ☐ Present ☐ Absent Describe ______

Monitor ______

**RESPIRATORY**
- 1. CHEST EXCURSION: ☐ Symmetrical ☐ Asymmetrical
- 2. AIRWAY: ☐ Oral ETT ☐ Trach ☐ Nasal / Oral Airway
- 3. STATUS: ☐ SOB ☐ No distress ☐ Labored ☐ Access Muscles ☐ Ventilated
- 4. BREATH SOUND ASSESSMENT

| LEFT | RIGHT | |
|---|---|---|
| ☐ | ☐ | Wheeze |
| ☐ | ☐ | Rhonchi |
| ☐ | ☐ | Rales |
| ☐ | ☐ | Diminished |
| ☐ | ☐ | Clear |

- 5. COUGH: ☐ Absent ☐ Productive ☐ Non-Productive
- 6. SPUTUM: Color ______ Consistency ______
- 7. CHEST TUBE: ☐ Fluctuates ☐ Clamped ☐ Air Leak TYPE ______ Suction ______ Color ______

**GASTROINTESTINAL**
- 1. ABDOMEN: ☐ Soft ☐ Firm ☐ Hard ☐ Tender ☐ Non-tender
- 2. BOWEL SOUNDS: ☐ Present ☐ Absent ☐ Hypoactive ☐ Hyperactive
- 3. NG TUBE: ☐ R Nare ☐ L Nare ☐ Clamped ☐ Tube Feeding ☐ Suction
- 4. DRAINAGE: Color ______ Character ______ ☐ Emesis ☐ Nausea

Distended ______ cm girth (suction type: ___ L ___ M ___ H ___ Constant ___ Inter)

**GU**
- 1. VOIDING: ☐ Continent ☐ Incontinent ☐ Catheter – Date Inserted: ______ ☐ Securement device in place
- 2. URINE: Color ______ Character ______

Is Houdini Protocol ordered? Yes ☐ No ☐ If Houdini ordered, document on Standard of Care checklist

| EYES | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE | PUPILS | LIMB MOVEMENT |
|---|---|---|---|---|
| ☐ Spontaneously (4)<br>☐ To Speech (3)<br>☐ To Pain (2)<br>☐ None (1) | ☐ Oriented (5)<br>☐ Confused (4)<br>☐ Inappropriate Word (3)<br>☐ Incomprehensible Sounds (2)<br>☐ None (1) | ☐ Obey Commands (6)<br>☐ Purposeful movement to Pain (5)<br>☐ Withdrawal to Pain (4)<br>☐ Flexion to Pain (3)<br>☐ Extension to Pain (2)<br>☐ No Response (1) | LEFT RIGHT<br>___ ___ Size<br>___ ___ Reaction<br>(Brisk/Sluggish/Fixed) | ___ RUE ___ LUE ___ RLE ___ LLE<br>A = Normal<br>B = Slight Weak<br>C = Severe Weak<br>D = None |

EYES ____ + VERBAL ____ + MOTOR ____ = ______ TOTAL GLASCOW COMA SCALE (GCS)

**Confusion Assessment Method (CAM) – ICU**
☐ Positive ☐ Negative ☐ Unable to assess

RN SIGNATURE: ______ TIME: ______

NURSE PRINTED NAME: ______

Printed: 03/11/2016

[redacted] L
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

NS0060



WILLIS-KNIGHTON HEALTH SYSTEM

DATE: 3-11-2016

| DATE/TIME | NURSES NOTES |
|---|---|
| 3/11/16 0645 | SBAR handoff received from [illegible] RN — [signature] RN |
| 0710 | [illegible] in Mom's arms on sofa, resting quietly [illegible] [illegible] [illegible], not labored. Monitoring on, [illegible] alarms audible. [illegible] in use, call bell in reach for Mom. IV tubing disconnected, [illegible] over the crib rail. [illegible] [illegible] in crib for assessment. VSS, NAD. [illegible] [illegible] [illegible] [illegible] IV does not flush. Dressing [illegible] [illegible] [illegible] – catheter [illegible] does not flush. D/C IV, catheter intact. [illegible] [illegible] [illegible] [illegible] full assessment [illegible] IV attempted x2 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] at bedside. Will [illegible] [illegible]. [illegible] care received. Meal offered [illegible] [illegible] — [signature] RN |
| 0805 | PT at bedside for [illegible] — [signature] RN |
| 0920 | [illegible] [illegible] [illegible] [illegible] [illegible]. Order rec'd. — [signature] RN |
| 0930 | [illegible] 12 mg po, Zithromax 105 mg po [illegible]. Family [illegible] she ate [illegible] for breakfast, drank some juice & milk. Not cooperative [illegible], but did take meds. Questions answered. — [signature] RN |
| 1000 | Dr. [illegible] on unit. To bedside for pt [illegible]. — [signature] RN |
| 1025 | Transfer orders to the floor noted. No room is available at this time. Family notified. — [signature] RN |
| 1050 | PT at bedside for [illegible] — [signature] RN |
| 1200 | Meal offered. Family to assist. All [illegible] [illegible]. — [signature] RN |
| 1240 | Resting quietly in crib, [illegible] [illegible] [illegible]. [illegible] states she ate nothing, but drank milk. Side rails [illegible] on crib. Call bell in reach. [illegible] [illegible]. — [signature] RN |
| 1300 | [illegible] [illegible] social service at bedside. — [signature] RN |
| 1410 | SBAR handoff called to C. Ballard RN — [signature] RN |
| 1415 | PT at bedside for [illegible] — [signature] RN |
| 1430 | Transferred to [illegible] floor RM 5514 in grandma's arms [illegible] all belongings. Care assumed by C. Ballard, RN — [signature] RN |

NS0005

Printed: 03/11/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

 

Willis-Knighton Health System

# AM VITAL SIGNS
## Critical Care Record

Date: 3-10-2016

Richmond Agitation – Sedation Scale
+4 COMBATIVE: immediate danger to staff, violent
+3 VERY AGITATED: pulls on/removes catheters or tubes; aggressive towards staff
+2 AGITATED: frequent non-purposeful movement or patient/ventilator dyssynchrony
+1 RESTLESS: anxious or apprehensive but movements not aggressive or vigorous
0 ALERT AND CALM
–1 DROWSY: not fully alert, sustains >10 seconds awakening, with eye contact, to voice
–2 LIGHT SEDATION: briefly, <10 seconds, awakens with eye contact to voice
–3 MODERATE SEDATION: any movement (but no eye contact) to voice
–4 DEEP SEDATION: no response to voice, but any movement to physical stimulation
–5 UNAROUSABLE: no response to voice or physical stimulation

PERIPHERAL PULSE: 1 plus 2 plus

PAIN SCALE:
D = DOPPLER (0–4) CHILD
O = ABSENT (1–10) ADULT

| TIME | 7AM | 8AM | 9AM | 10AM | 11AM | 12PM | 1PM | 2PM | 3PM | 4PM | 5PM | 6PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 250 | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | |
| 230 | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | |
| 190 | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | |
| 170 | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | |
| 150 | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | |
| 130 | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | |
| BP: C=Cuff A=Arterial | | | | | | | | | | | | c |

| TIME | 7AM | 8AM | 9AM | 10AM | 11AM | 12PM | 1PM | 2PM | 3PM | 4PM | 5PM | 6PM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | | | | | | | | | | | crying | 184 |
| BP | | | | | | | | | | | | 123/92 |
| MAP | | | | | | | | | | | | 98 |
| Total Resp Rate | | | | | | | | | | | | 44 |
| Temperature | | | | | | | | | | | | 99.9 AX |
| PA S/D | | | | | | | | | | | | |
| PCW | | | | | | | | | | | | |
| CVP | | | | | | | | | | | | |
| CO/SVR | | | | | | | | | | | | |
| Pulse OX | | | | | | | | | | | | 100% |
| Peripheral Pulse | | | | | | | | | | | | 2 2 / 2 2 |
| Serum Blood Glucose | | | | | | | | | | | | |
| Pain Scale | | | | | | | | | | | | 0/10 |
| RASS Scale | | | | | | | | | | | | NA |

admit

| SIGNATURE | INIT | SIGNATURE | INIT | SIGNATURE | INIT |
|---|---|---|---|---|---|
| S. Freeman, RN | SF | | | | |

S Freeman, RN

AS599
Rev 01/11

NB0060

Printed: 03/10/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1



WILLIS-KNIGHTON HEALTH SYSTEM

# PM VITAL SIGNS
Critical Care Record

Date: 3-10-2016

PERIPHERAL PULSE: 1 plus 2 plus

PAIN SCALE:
D = DOPPLER (0-4) CHILD
O = ABSENT (1-10) ADULT

Richmond Agitation – Sedation Scale
+4 COMBATIVE: immediate danger to staff, violent
+3 VERY AGITATED: pulls on/removes catheters or tubes; aggressive towards staff
+2 AGITATED: frequent non-purposeful movement or patient/ventilator dyssynchrony
+1 RESTLESS: anxious or apprehensive but movements not aggressive or vigorous
0 ALERT AND CALM
-1 DROWSY: not fully alert, sustains >10 seconds awakening, with eye contact, to voice
-2 LIGHT SEDATION: briefly, <10 seconds, awakens with eye contact to voice
-3 MODERATE SEDATION: any movement (but no eye contact) to voice
-4 DEEP SEDATION: no response to voice, but any movement to physical stimulation
-5 UNAROUSABLE: no response to voice or physical stimulation

| TIME | 7PM | 8PM | 9PM | 10PM | 11PM | 12AM | 1AM | 2AM | 3AM | 4AM | 5AM | 6AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 250 | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | |
| 230 | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | |
| 190 | | | | | | | | | | | | |
| 180 | • | | | | | | | | | | | |
| 170 | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | |
| 150 | | | • | | | | | | | | | |
| 140 | | | | | • | | | | | | • | |
| 130 | | | | | | | • | | • | | | |
| 120 | | | | | | | | | | | | |
| 110 | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | |
| 90 | V | | | | | | | | | | | |
| 80 | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | |
| 40 | Λ | | | | | | | | | | | |
| BP: C=Cuff A=Arterial | C | | | | | | | | | | | |

| TIME | 7PM | 8PM | 9PM | 10PM | 11PM | 12AM | 1AM | 2AM | 3AM | 4AM | 5AM | 6AM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | 180 | | 156 | | 146 | | 136 | | 134 | | 140 | |
| BP | 95/43 | | | | | | | | | | | |
| MAP | 66 | | | | | | | | | | | |
| Total Resp Rate | 40 | | 42 | | 36 | | 38 | | 40 | | 42 | |
| Temperature | 100.2 Ax | 101.4 Ax | | 99.3 Ax | 98.9 Ax | | 97.9 Ax | | 98.3 Ax | | 99 Ax | |
| PA SD | | | | | | | | | | | | |
| PCW | | | | | | | | | | | | |
| CVP | | | | | | | | | | | | |
| CO/SVR | | | | | | | | | | | | |
| Pulse OX | 100% | | 100% | | 100% | | 98% | | 98% | | 100% | |
| Peripheral Pulse | 2/2 2/2 | | 2/2 2/2 | | 2/2 2/2 | | 2/2 2/2 | | 2/2 2/2 | | 2/2 2/2 | |
| Serum Blood Glucose | | | | | | | | | | | | |
| Pain Scale | 0/10 | | Asleep | | Asleep | | Asleep | | 0/10 | | Asleep | |
| RASS Scale | NA | | NA | | NA | | NA | | NA | | NA | |

SIGNATURE [signature] MM Michael [illegible] MM | SIGNATURE | INIT | SIGNATURE | INIT

NS0060

Printed: 03/10/2016

AS600
Rev 01/11

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1



WILLIS-KNIGHTON HEALTH SYSTEM

# INTAKE & OUTPUT

*Critical Care Record*

Date: 3-10-2016

| Yesterday's Intake | Yesterday's Output | Yesterday's Weight | Today's Weight |
|---|---|---|---|
| — | — | — | 12.7kg |

| INTAKE | 7a | 8a | 9a | 10a | 11a | 12 | 1p | 2p | 3p | 4p | 5p | 6p | | 7p | 8p | 9p | 10p | 11p | 12 | 1a | 2a | 3a | 4a | 5a | 6a | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IV-D5½NS+20KCl | | | | | | | | | | | | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 540 |
| IV meds | | | | | | | | | | | | | | | | 1/25 | | | 0.4 | | | 25 | | | | 51.4 |
| PO | | | | | | | | | | | | | | 30 | | | | | 30 | | | | | | | 60 |
| INTAKE TOTALS | | | | | | | | | | | | 7A – 7P INTAKE | 45 | | | | | | | | | | | | 7P – 7A INTAKE | 651 |

| OUTPUT | 7a | 8a | 9a | 10a | 11a | 12 | 1p | 2p | 3p | 4p | 5p | 6p | | 7p | 8p | 9p | 10p | 11p | 12 | 1a | 2a | 3a | 4a | 5a | 6a | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| URINE | | | | | | | | | | | | | — | 130 | | | | | | | 351 | | | | | 481 |
| NG | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOOLS | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHEST TUBE | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Emesis | | | | | | | | | | | | | | | x1 | | | | | | | | | | | x1 |
| OUTPUT TOTALS | | | | | | | | | | | | 7A – 7P OUTPUT | — | | | | | | | | | | | | 7P – 7A OUTPUT | 481 |

| GRAND TOTAL | INTAKE TOTAL 696 | OUTPUT TOTAL 481 | BALANCE +215 |
|---|---|---|---|
| SIGNATURE | INIT SIGNATURE [signature] | INIT MM SIGNATURE | INIT |

Michael [illegible] RN MM

NS0050

Printed: 03/10/2016

AS601
Rev 01/11

[redacted]
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

WILLIS-KNIGHTON HEALTH SYSTEM

**RESPIRATORY / LABORATORY**
*Critical Care Record*

Date: 3-10-2016

| RESPIRATORY TIME | 1800 | 1835 | 1900 | 2100 | 2000 | 0200 | 0400 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L/MIN | 10L | | 10LPM | | | | | | | | |
| APPARATUS | Vapotherm | | Vapotherm | | | | | | | | |
| VENT | | | | | | | | | | | |
| FiO2 | 60% | ↓50% | 50% | ↓40% | ↓38% | ↓35% | ↓30% | | | | |
| MODE | | | | | | | | | | | |
| RATE | | | | | | | | | | | |
| TV | | | | | | | | | | | |
| PEEP/EPAP | | | | | | | | | | | |
| P.S./IPAP | | | | | | | | | | | |
| ABG pH | | | | | | | | | | | |
| PCO2 | | | | | | | | | | | |
| PO2 | | | | | | | | | | | |
| BE | | | | | | | | | | | |
| HCO3 | | | | | | | | | | | |
| TCO2 | | | | | | | | | | | |
| PULSE OX | 100% | 100% | 100% | 100% | 100% | 98% | 98% | | | | |
| LABORATORY TIME | | | | | | | | | | | |
| PLAT CT | | | | | | | | | | | |
| WBC | | | | | | | | | | | |
| HGB/HCT | | | | | | | | | | | |
| Ca/Phos | | | | | | | | | | | |
| GLU | | | | | | | | | | | |
| K+ | | | | | | | | | | | |
| NA+ | | | | | | | | | | | |
| CL- | | | | | | | | | | | |
| CO2 | | | | | | | | | | | |
| BUN/CREAT | | | | | | | | | | | |
| MG++ | | | | | | | | | | | |
| PT/INR | | | | | | | | | | | |
| PTT | | | | | | | | | | | |
| Ionized Calcium | | | | | | | | | | | |
| MYOGLOBIN | | | | | | | | | | | |
| TROPONIN-I | | | | | | | | | | | |
| ACT | | | | | | | | | | | |
| | | | | | | | | | | | |

| SIGNATURE | INIT | SIGNATURE | INIT | SIGNATURE | INIT |
|---|---|---|---|---|---|
| S. Freeman, RN | F | Michael Mugler RN | MM | | |

S. Freeman, RN    Michael Mugler RN MM

Printed: 03/10/2016

AS602 _1
Revised 07/12/12
Committee Approved 08/22/2012
Page 1 of 1

NS0060

L
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

    

WILLIS-KNIGHTON HEALTH SYSTEM

**STANDARDS OF CARE CHECKLIST**

Critical Care Record

Date: 3-10-2016

**LEGEND: Initial = Yes R = Refused Blank = Not Implemented**

| | 7a | 8a | 9a | 10a | 11a | 12p | 1p | 2p | 3p | 4p | 5p | 6p | 7p | 8p | 9p | 10p | 11p | 12a | 1a | 2a | 3a | 4a | 5a | 6a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HYGIENE (every day / PRN)** | | | | | | | | | | | | | | | | | | | | | | | | |
| ORAL CARE | | | | | | | | | | | | | | | | | | | | | | | | |
| EYE CARE | | | | | | | | | | | | | | | | | | | | | | | | |
| FOLEY CARE | | | | | | | | | | | | | | | | | | | | | | | | |
| LINEN CHANGED | | | New Admit | | | | | | | | | | MM | | | | | | | | | | | |
| BATH (chlorhexidine gluconate/other) | | | | | | | | | | | | | MM | | | | | | | | | | | |
| **MOVEMENT** | | | | | | | | | | | | | | | | | | | | | | | | |
| ROM (every 2 hr) | | | | | | | | | | | | [initials] | MM | | MM | | MM | | MM | | MM | | MM | |
| TURNED (every 2 hr) | | | | | | | | | | | | [initials] | MM | | MM | | MM | | MM | | MM | | MM | |
| DANGLE (as ordered / PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| OOB (as ordered/ PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| AMBULATED (as ordered / PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| **TREATMENT** | | | | | | | | | | | | | | | | | | | | | | | | |
| SKIN RISK ASSESSMENT (every 4 hr) | | | | | | | | | | | | [initials] | MM | | | | MM | | | | MM | | | |
| DRESSING-LIST: | | | | | | | | | | | | | | | | | | | | | | | | |
| **RESPIRATORY** | | | | | | | | | | | | | | | | | | | | | | | | |
| TCDB/INSPIROMETER (IS per Rx) | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCTIONED | | | | | | | | | | | | | | | | | | | | | | | | |
| ET/T... (every shift) | | | | | | | | | | | | | | | | | | | | | | | | |
| **GI** | | | | | | | | | | | | | | | | | | | | | | | | |
| NG Tube PLACEMENT (every shift) | | | | | | | | | | | | | | | | | | | | | | | | |
| DIET (Amount Eaten–1/4, 1/2, 3/4, All) | | | | | | | | | | | | | | | | | | | | | | | | |
| **EQUIPMENT (Upon Initiation and Every 4 hr)** | | | | | | | | | | | | | | | | | | | | | | | | |
| FEEDING PUMP | | | | | | | | | | | | | | | | | | | | | | | | |
| WARMING/COOLING UNIT | | | | | | | | | | | | | | | | | | | | | | | | |
| TED HOSE | | | | | | | | | | | | | | | | | | | | | | | | |
| SCD | | | | | | | | | | | | | | | | | | | | | | | | |
| **FALL PRECAUTIONS (every 12 hours) – (If fall scale indicates high risk)** | | | | | | | | | | | | | | | | | | | | | | | | |
| FALL ... Fall risk = 15 | | | | | | | | | | | | | | | | | | | | | | | | |
| YELLOW ... NA<3yrs | | | | | | | | | | | | | | | | | | | | | | | | |
| **IV** | | | | | | | | | | | | | | | | | | | | | | | | |
| IV SITE CHECK (every 2 hr) | | | | | | | | | | | | [initials] | MM | | MM | | MM | | MM | | MM | | MM | |
| IV TUBING CHANGED | | | | | | | | | | | | | MM | | | | | | | | | | | |
| IV DSG CHANGED | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESSURE ... TUBING CHANGED | | | | | | | | | | | | | | | | | | | | | | | | |
| LEVELED ... SQUARE WAVE TEST (every shift/PRN) | | | | | | | | | | | | | | | | | | | | | | | | |
| ZEROED (PRN) | | | | | | | | | | | | | | | | | | | | | | | | |

| SIGNATURE/PRINTED NAME | Initial | SIGNATURE/PRINTED NAME | Initial | SIGNATURE/PRINTED NAME | Initial |
|---|---|---|---|---|---|
| S. Freeman, RN / S. Freeman, RN | [initials] | Michael Murphy, RN / Michael Murphy RN | MM / MM | | |

Printed: 03/10/2016

L
10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

AS60... 1
Revised ... 2015
Page 1 of 2

  

ITON HEALTH SYSTEM

# STANDARDS OF CARE CHECKLIST

## Critical Care Record

Date: 3-10-2016

Legend: Initial = Yes R = Refused Blank = Not Implemented

| | 7a | 8a | 9a | 10a | 11a | 12p | 1p | 2p | 3p | 4p | 5p | 6p | 7p | 8p | 9p | 10p | 11p | 12a | 1a | 2a | 3a | 4a | 5a | 6a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SAFE** ho ) | | | | | | | | | | | | | | | | | | | | | | | | |
| PATIE ON AUDIBLE | | | | | | | | | | | | [illegible] | [illegible] | [redacted] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| BED G OW POSITION | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| SIDE R L U | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CALL L ACH | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| HOB POSIT ___ degrees | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **ISOLATION** | | | | | | | | | | | | | | | | | | | | | | | | |
| C T | | | | | | | | | | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | [illegible] | [illegible] | | | | | | | | | | | |
| AIRBO ative Pressure confirm t | | | | | | | | | | | | | | | | | | | | | | | | |
| **ALAR** (Numeric value every 12 hours and if changed) | | | | | | | | | | | | | | | | | | | | | | | | |
| EKG H 190 | | | | | | | | | | | | 190 | | | | | | | | | | | | |
| EKG L 70 | | | | | | | | | | | | | | | | | | | | | | | | |
| SYST 135 | | | | | | | | | | | | | | | | | | | | | | | | |
| SYSTO V 75 | | | | | | | | | | | | | | | | | | | | | | | | |
| MAP H 95 | | | | | | | | | | | | | | | | | | | | | | | | |
| MAP L 55 | | | | | | | | | | | | | | | | | | | | | | | | |
| DIAST GH 75 | | | | | | | | | | | | | | | | | | | | | | | | |
| D W 45 | | | | | | | | | | | | | | | | | | | | | | | | |
| O V 92 | | | | | | | | | | | | 0 | | | | | | | | | | | | |
| IA | | | | | | | | | | | | | | | | | | | | | | | | |
| **HOUD** ne – (Assess for qualifying criteria for indwelling urinary catheter now and every shift) | | | | | | | | | | | | | | | | | | | | | | | | |
| Hematu | | | | | | | | | | | | | | | | | | | | | | | | |
| Obstruc | | | | | | | | | | | | | | | | | | | | | | | | |
| Urologi ary surgery urinary cathete st, chronic indwell theter on admiss greater than 30 days) | | | | | | | | | | N/A | | | | | | | | | | | | | | |
| Decub on sacral or peri incontinent pat | | | | | | | | | | | | | | | | | | | | | | | | |
| Int ing – accurate m out for cri d h for p llect urine for stric patients receivin luid and/or diuretic | | | | | | | | | | | | | | | | | | | | | | | | |
| N cod spice care, c | | | | | | | | | | | | | | | | | | | | | | | | |
| Immob immob e.g.spine instabil natic injuries | | | | | | | | | | | | | | | | | | | | | | | | |

| SIGNA ED NAME | Initial | SIGNATURE/PRINTED NAME | Initial | SIGNATURE/PRINTED NAME | Initial |
|---|---|---|---|---|---|
| S Freeman, RN<br>S Freeman, RN | [illegible] | Michael [illegible] RN<br>Michael [illegible] RN | MM<br>MM | | |

Printed: 03/10/2016

[redacted] L

10/01/2013 002Y 05M F

Sharon Tran

K32120206 03/10/2016 K.PICU1 1

AS60

Revis 5

Comm 09/22/2015

Page

TH SYSTEM

## AM ASSESSMENT
CRITICAL CARE RECORD

Date: 3-10-2016

| | NURSING GOALS FOR THE DAY / Clinical Guidelines / Pt teaching documented in computer | PLANNED NURSING INTERVENTIONS | EVALUATION |
|---|---|---|---|
| 1800 | Oxygenation | Monitor VS, Vapotherm, PT, meds | RR-40's SpO2 100% on |
| | Safety | alarms, VS, 2pt ID, siderails | Vapotherm |

DISCHARGE PLANNING NEEDS

Transfer to lower level of care or D/C home when medically stable

May C... Catheter be removed Y or N or NA — May Urinary Catheter be removed Y or N or NA

| PERIPHERAL | START DATE | CENTRAL SITES | R START DATE | L START DATE |
|---|---|---|---|---|
| 1) (R) hand | 3/10/16 | Internal Jugular | | |
| 2) | | Subclavian | | |
| 3) | | Femoral | | |
| 4) | | Arterial Radial | | |
| | | Arterial Femoral | | |

**SKIN** — 1. COLOR: ...otic, ...dice, ...ed
2. TEMP: ☐ Hot ☑ Warm ☐ Cool ☐ Cold
3. CHARACTER: ☐ Moist ☑ Dry
4. TURGOR: ☑ Normal ☐ Loose ☐ Tight ☐ Shiny
5. MUCOUS MEMBRANE: ☑ Pink ☐ Pale ☐ Cyanotic ☐ Jaundice
6. BREAKDOWN: ☑ Absent ☐ Present; Location ____; Describe ____; Current Braden 23

**CARDIAC** — 1. CAPILLARY REFILL: less than 3 sec / greater than 3 sec
2. NECK VEINS: ☑ Flat ☐ Supine ☐ Distended ☐ 45 Degree
3. HEART TONES: ☑ Regular ☐ Irregular ☐ Muffled ☐ Gallop ☐ Clear; ☐ Absent ☑ S1 ☑ S2 ☐ S3 ☐ S4 ☐ Rub
4. MURMUR: ☐ Systolic ☐ Diastolic
5. EDEMA: ☐ Present ☑ Absent; Describe ____

**RESPIRATORY** — 3. STATUS: ☐ SOB ☐ No distress ☐ Labored ☑ Access Muscles ☐ Ventilated
4. BREATH SOUND ASSESSMENT (LEFT / RIGHT): ☑ ☑ Wheeze; ☐ ☐ Rhonchi; ☐ ☐ Rales; ☐ ☐ Diminished; ☐ ☐ Clear
5. COUGH: ☑ Absent ☐ Productive ☑ Non-Productive
6. SPUTUM: Color ____ Consistency ____
7. CHEST TUBE: ☐ Fluctuates ☐ Clamped ☐ Air Leak; TYPE ____ Suction ____ Color ____
Airway

**GASTROINTESTINAL** — 1. ABDOMEN
2. BOWEL SOUNDS: ☑ Present ☐ Absent ☐ Hypoactive ☐ Hyperactive; ____cm girth
3. NG TUBE: ☐ R Nare ☐ L Nare ☐ Clamped ☐ Tube Feeding ☐ Suction; (suction type: __ L __ M __ H __ Constant __ Intermittent)
4. DRAINAGE: Color ____ Character ____ ☐ Emesis ☐ Nausea

**GU** — 1. VOIDING: ☐ Continent ☑ Incontinent (diaper) ☐ Catheter – Date Inserted: ____ ☐ Securement device in place
2. URINE: Color NA; Character NA

...ordered? Yes ☐ No ☐ If Houdini ordered, document on Standard of Care checklist

| BEST VERBAL RESPONSE | BEST MOTOR RESPONSE | PUPILS | LIMB MOVEMENT |
|---|---|---|---|
| ☑ Oriented (5) | ☑ Obey Commands (6) | LEFT 3.5 / RIGHT 3.5 Size | A RUE; A LUE; A RLE; A LLE |
| ☐ Confused (4) | ☐ Purposeful movement to Pain (5) | B / B Reaction | A = Normal |
| ☐ Inappropriate Word (3) | ☐ Withdrawal to Pain (4) | (Brisk/Sluggish/Fixed) | B = Slight Weak |
| ☐ Incomprehensible Sounds (2) | ☐ Flexion to Pain (3) | | C = Severe Weak |
| ☐ None (1) | ☐ Extension to Pain (2) | | D = None |
| | ☐ No Response (1) | | |

EYE ____ + VERBAL ____ + MOTOR ____ = ____ TOTAL GLASGOW COMA SCALE (GCS)

Consciousness ... Method (CAM – ICU) ☐ Unable to assess — NAC SyB

RN SIGNATURE: SFreeman, RN TIME: 1800

NURSE PRINTED NAME: S Freeman, RN

Printed: 03/10/2016

HENDERSON, AALIYAH L
10/01/20.. 002Y 05M F
Sharon T...
K321202 03/10/2016 K.PICU1 1

AS... Revis... Comm... Page ... ed 09/22/2015

NS0060



WK
WILLIS-KNIGHTON HEALTH SYSTEM

## PM ASSESSMENT
CRITICAL CARE RECORD

Date: 3-10-2016

| TIME | NURSING GOALS FOR THE DAY | PLANNED NURSING INTERVENTIONS | EVALUATION |
|---|---|---|---|
| | ☐ see Clinical Guidelines ☑ Pt teaching documented in computer | Monitor VS I+O O2 Infu+ | Febrile x1 Vomited x1 |
| 1900 | Adequate Oxygenation | meds. Provide safe | Safety + Comfort |
| | Safety + comfort | Environment | maintained. |

**DISCHARGE PLANNING NEEDS**

To lower level of care when medically stable

May Central Venous Catheter be removed Y or N or (NA) — May Urinary Catheter be removed Y or N or (NA)

| PERIPHERAL SITE | START DATE | CENTRAL SITES | R START DATE | L START DATE |
|---|---|---|---|---|
| 1) (L) hand | 3/10/16 | Internal Jugular | | |
| 2) | | Subclavian | | |
| 3) | | Femoral | | |
| 4) | | Arterial Radial | | |
| 5) | | Arterial Femoral | | |

**SKIN**
1. COLOR: ☑ Pink ☐ Pale ☐ Cyanotic ☐ Jaundice ☐ Flushed
2. TEMP: ☐ Hot ☑ Warm ☐ Cool ☐ Cold
3. CHARACTER: ☐ Moist ☑ Dry
4. TURGOR: ☑ Normal ☐ Loose ☐ Tight ☐ Shiny
5. MUCOUS MEMBRANE: ☑ Pink / Moist ☐ Pale ☐ Cyanotic ☐ Jaundice
6. BREAKDOWN: ☑ Absent ☐ Present; Location N/A; Describe ____; Current Braden ____

**CARDIAC**
1. CAPILLARY REFILL: ☑ Brisk less than 3 sec ☐ Sluggish greater than 3 sec
2. NECK VEINS: ☑ Flat ☐ Supine ☐ Distended ☐ 45 Degree
3. HEART TONES: ☑ Regular ☐ Irregular ☐ Muffled ☐ Gallop ☑ Clear; ☐ Absent ☑ S1 ☑ S2 ☐ S3 ☐ S4 ☐ Rub
4. MURMUR: ☐ Systolic ☐ Diastolic (crossed out)
5. EDEMA: ☐ Present ☑ Absent; Describe N/A

Monitor ST Ecctopy

**RESPIRATORY**
1. CHEST EXCURSION: ☑ Symmetrical ☐ Asymmetrical
2. AIRWAY: ☐ Oral ETT ☐ Trach ☐ Nasal / Oral Airway
3. STATUS: ☐ SOB ☐ No distress ☐ Labored ☑ Access Muscles ☐ Ventilated — Tachypnea; Vapotherm 10Lpm 50% FIO2
4. BREATH SOUND ASSESSMENT (LEFT / RIGHT): Wheeze, Rhonchi, Rales, Diminished, Clear
5. COUGH: ☐ Absent ☐ Productive ☑ Non-Productive
6. SPUTUM: Color N/A; Consistency ____
7. CHEST TUBE: ☐ Fluctuates ☐ Clamped ☑ Air Leak; TYPE N/A; Suction ____; Color ____

**GASTROINTESTINAL**
1. ABDOMEN: ☑ Soft ☐ Firm ☐ Hard ☐ Tender ☑ Non-tender; Distended ____ cm girth
2. BOWEL SOUNDS: ☑ Present ☐ Absent ☐ Hypoactive ☐ Hyperactive
3. NG TUBE: ☐ R Nare ☐ L Nare ☐ Clamped ☑ Tube Feeding ☐ Suction (suction type: L ___ M ___ H ___ Constant ___ Inter) — N/A
4. DRAINAGE: Color ____ Character ____ ☐ Emesis ☐ Nausea

**GU**
1. VOIDING: ☐ Continent ☑ Incontinent ☐ Catheter – Date Inserted: ____ ☐ Securement device in place
2. URINE: Color Diapers; Character ____

Is Houdini Protocol ordered? Yes ☐ No ☑ — If Houdini ordered, document on Standard of Care checklist

| EYES | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE | PUPILS | LIMB MOVEMENT |
|---|---|---|---|---|
| ☑ Spontaneously (4) | ☑ Oriented (5) | ☑ Obey Commands (6) | LEFT 3 RIGHT 3 Size | A RUE — A = Normal |
| ☐ To Speech (3) | ☐ Confused (4) | ☐ Purposeful movement to Pain (5) | LEFT B RIGHT B Reaction | A LUE — B = Slight Weak |
| ☐ To Pain (2) | ☐ Inappropriate Word (3) | ☐ Withdrawal to Pain (4) | (Brisk/Sluggish/Fixed) | A RLE — C = Severe Weak |
| ☐ None (1) | ☐ Incomprehensible Sounds (2) | ☐ Flexion to Pain (3) | | A LLE — D = None |
| | ☐ None (1) | ☐ Extension to Pain (2) | | MAE |
| | | ☐ No Response (1) | | |

EYES 4 + VERBAL 5 + MOTOR 5 = 14 TOTAL GLASCOW COMA SCALE (GCS)

Confusion Assessment Method (CAM) – ICU: ☐ Positive ☐ Negative ☑ Unable to assess
<3yr yold
ID band secure

RN SIGNATURE: [signature] RN TIME: 1900
NURSE PRINTED NAME: Michael [illegible] RN 1900

Printed: 03/10/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

NS0060

DATE: 3-10-2016

## NURSES NOTES

| DATE | TIME | |
|---|---|---|
| 3/10/16 | 1755 | Admitted to PICU I from PEDs floor. Placed in crib + CR/Pox monitor placed. Crying steadily. Resp. slightly tachypneic. Bil wheezing. Abdominal muscle use. No nasal flaring. PIV site to (L) hand s̄ redness or edema c̄ D5 1/2NS + 20KCl @ 45c/hr. PPP x 4 and strong c̄ good perfusion. Mom + Aunt @ bedside. Vapotherm in use (see RT flowsheet). VSS — S. Freeman, RN |
| | 1900 | Rec'd Aalliyah awake & fussy in pedicrib c̄ SRS. Color pink. Pupil 3mm = RTL. Tachypneic. O2 10LPM 50% FiO2 per Vapotherm secure. BBS c̄ wheezing throughout. Mild substernal retractions noted. Cap refill <3sec. PPP x 4. MAE. Perfusion good. ST s̄ ectopy. Heart tones strong & regular. Abdomen soft/nondistended. BS ⊕. Skin w/d to touch. Skin turgor elastic. Oral mucosa moist & pink. PIV (L) hand secure c̄ D5 1/2NS + 20meq KCL @ 45cc/hr infusing s̄ redness or edema to site. Family @ bedside. Plan of care discussed. No needs @ present. CR monitor & POx secure c̄ alarms on. O2 sat 100%. Resp therapy @ bedside giving aerosol tx. — [signature] RN |
| | 2050 | Spoke c̄ Dr. Tran. New orders noted. Temp 101 [illegible]. Vomited x1, mostly mucous. Zofran 2mg IV given. Tylenol 180mg PR given. — [signature] RN |
| | 2100 | Mag Sulfate 650 mg IV infusing over 15 minutes per prp. Resp therapy @ bedside giving tx. [signature] RN |
| | 2300 | Asleep. Resp even & unlabored. VSS. O2 secure. IV infusing s̄ redness or edema to site. Alarms on. Mom asleep @ bedside. O2 sat 100%. — [signature] RN |
| | 2355 | Resp therapist @ bedside giving aerosol tx — [signature] RN |
| | 0000 | Solumedrol 15mg IV given — [signature] RN |
| | 0200 | Resp therapist @ bedside giving aerosol tx — [signature] RN |

Printed: 03/10/2016

HENDERSON, AALIYAH L
10/01/[illegible]3 002Y 05M F
Sharon Tran
K321[illegible]6 03/10/2016 K.PICU1 1

NN71[illegible]

   

WILLIS-KNIGHTON HEALTH SYSTEM

DATE: 3-10-2016

| DATE/TIME | NURSES NOTES |
|---|---|
| 0300 | Mag sulfate 650 mg I.V. infusing over 15 minutes per pump [signature] RN |
| 0400 | Resp therapy @ bedside giving aerosol tx —— [signature] RN |
| 0530 | Phlebotomist here to draw lab O2 off. O2 sat 98% on |
| | Room air —— [signature] RN |
| 0645 | SBAR to oncoming shift —— [signature] RN |

NS0005

Printed: 03/10/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1

NN714

 # Nursing Care Plan

Plan of Care **Bronchitis**

Related Health Problems: **SOB** Status asthmaticus

| Discharge Criteria/Goals: | Met (Date & Sign) | Compensation/Response |
|---|---|---|
| 1. Will have no signs/Sx of bronchitis<br>2. Will return to normal ADL<br>3. No further SOB | 1.<br>2.<br>3. Met 3/11/16 1430 | Transferred to Peds |
| **Teaching Needs/Goals:**<br>1. Medication side effects/rationale/dosage<br>2. When to seek medication assistance<br>3. Recognize signs/symptoms of bronchitis | 1.<br>2.<br>3. | RN |

**(Actual, Potential, Resolved)**

| A/P/R (date & sign) | Nursing Diagnosis | Nursing Interventions | Charting/ Evaluation Frequency | Goals | Target Date |
|---|---|---|---|---|---|
| A 3/10/16 | Ineffective gas exchange related to disease process | Monitor VS/O2 SAT<br>Sputum texture<br>Lab values<br>Respiratory treatment<br>Notify MD prn<br>Administer meds O2 | q 4 hr<br>prn<br>q day<br>prn<br>prn<br>prn | Adequate ventilation | 3/15/16 |
| P 3/10/16 | Ineffective airway clearance related to ineffective coughing | Encourage coughing, turning, deep breathing<br>Encourage incentive<br>Spirometer use<br>Adequate hydration<br>Administer meds | q 2 hr<br>prn<br>q 2 hr<br>prn<br>prn | Adequate clearance of sputum from airways | 3/15/16 |
| A 3/10/16 | Activity intolerance related to disease process | Bedrest/up c/assist<br>Monitor for fatigue<br>Encourage nutrition<br>Administer meds prn | prn<br>prn<br>prn<br>prn | Assist until able to return to ADL | 3/15/16 |
| P 3/10/16 | Potential for injury related to fall | 1. bed in low position<br>2. Call light in reach<br>3. Side rail up<br>4. Bed alarms/magnetic alarms on and audible<br>5. Assess for confusion | q 1-2 hours & prn | patient will be free from injury | 3/15/16 |

CP930
Rev 08/06

CP0005

Printed: 03/10/2016

10/01/2013 002Y 05M F
Sharon Tran
K32120206 03/10/2016 K.PICU1 1



WILLIS-KNIGHTON HEALTH SYSTEM

# PEDIATRIC SECURITY INFORMATION SHEET

Dear Parent,

Welcome to Willis–Knighton Health System. Your child's safety is a priority at Willis–Knighton. You can help ensure your child's safety by following these important steps:

1. A responsible adult should be with a child 12 years or younger at all times.
2. Become familiar with hospital personnel. Employees handling your child wear galaxy blue scrubs, lab coat/pediatric theme jacket and a hospital badge with their picture on it. Please take time to notice whether the photo on the badge and the staff member's face are the same. If they are not, notify the nurse's station immediately!
3. Pediatric patients must have an identification band on the wrist or foot at all times.
4. All Pediatric Nursing staff wear:
   a. galaxy blue scrubs and lab jacket with pediatric theme
   b. a WKHS ID badge with their picture on it.
5. **Never leave your child alone or unsupervised in your room.** Also, keep your door to your room closed at all times.
6. Feel free to question anyone who comes into your room. Alert the nurse's station immediately, even if the person is dressed in hospital clothing or seems to have a good reason for being there.
7. Never allow your child to leave their room with a staff member unless your nurse introduces that staff member to you. We want you to accompany your child to special procedures that are done off the unit. The nurse will inform you of what procedures that you will not be allowed to be in with your child. Example: You may accompany your child to the outside doors of surgery but will not be allowed in surgery.

Willis–Knighton Health System is dedicated to keeping your child safe and secure. If you have any questions or concerns about our Pediatric Security Policy, please contact your nurse.

SIGNATURE: [illegible]

WITNESS: [illegible] RN

DATE/TIME: 3/10/16 1500

Printed: 03/10/2016

IN981 Revised 12/08

RUN DATE: 03/12/16 Willis-Knighton South Nursing **LIVE** PAGE 1
RUN TIME: 1557 PATIENT ASSESSMENT
RUN USER: COOKC4.NS

INTERDISC DISCHARGE - WKB/P/S

Patient: HENDERSON,AALIYAH L Age/Sex: 2Y 05M F
Account #: K32120206 Unit #: K000629604
Admit Date: 03/10/16 Location: 5ES
Status: ADM IN Room/Bed: K.E5514-1
Attending: Tran, Sharon N M.D.

Pt's Chief Complaint: TROUBLE BREATHING
*Functional Level Prior To Admit: Dependent
Expected Therapy/Outcome: FREE FROM SYMPTOMS

Brief Summary Of Hospital Stay: IV ANTIBIOTICS, IV FLUIDS, SOLUMEDROL, DIET, COMFORT,
: SAFETY, BREATHING TREATMENTS, CR MONITOR, LAB WORK, XRAY
:
Discharge Diag./Complications: STATUS ASTHMATICUS, VIRAL ILLNESS, RESP FAILURE (RESOLVED)

---DISCHARGE VITAL SIGNS---

Blood Pressure: 112/64 Heart Rate: 117 Resp. Rate: 28
Temp: 98.4 Type Of Temperature: Axillary
Heparin Lock Removed: YES Telemetry Removed: YES

---DISCHARGE FOLLOW UP---

Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: PRIMARY CARE PHYSICIAN Pt/Fam Make Appt In: 1 WEEK
Referral To: *PT:N *OT:N *CR:N Hospice: N*SS: N *HH:N *Diet Cnst:N *RT:N *ST:N

---DISCHARGE ACTIVITY---

Functional Level On Discharge: Dependent
Resume Normal Activity: Y Restricted Activity For:
Restricted Activity: Not Applicable DOC:
Hygiene Restrictions: Not Applicable
Diet Restrictions: REGULAR

---TAKE HOME MEDICATIONS -----

NAME/DOSE | TIMES | SPECIAL INSTRUCTIONS
: ORAPRED 15MG/5ML GIVE 4ML BY MOUTH TWICE A DAY FOR 3 DAYS.
: ALBUTEROL 2.5/3ML GIVE 3ML VIA NEBULIZER EVERY 4-6 HOURS AS NECESSARY
: FOR WHEEZING.
: ZITHROMAX 65MG (3.25ML) GIVE 3.25ML BY MOUTH EVERY DAY FOR 2 DAYS.
: TYLENOL 180MG (5.62ML) GIVE BY MOUTH EVERY 4 HOURS AS NECESSARY FOR
: TEMPERATURE > 101 DEGREES.
:
:
:
:
:
:

---TAKE HOME MEDICATIONS CONTINUED-----

NAME/DOSE | TIMES | SPECIAL INSTRUCTIONS
:
:
:
:
:

INTERDISC DISCHARGE - WKB/P/S

Patient: HENDERSON,AALIYAH L Age/Sex: 2Y 05M F
Account #: K32120206 Unit #: K000629604
Admit Date: 03/10/16 Location: 5ES
Status: ADM IN Room/Bed: K.E5514-1
Attending: Tran, Sharon N M.D.

:
:
:
:
:
:
:
:
:
:
:
:
:

Is Fall Risk Score 12 or higher (Adult) 3 or higher (Ped): Y

Verbalizes Understanding Of Discharge Instructions: Y
Return Demonstration Of Discharge Instructions: Y
Valuables Returned From Business Office: Nevertaken to Bus. office

Records Sent With Patient: N Records:
Discharged Per: Parent Arms
Discharged To: Parent/Guardian
Mode Of Transportation: Automobile
Accompanied By: FAMILY AND STAFF

---DISCHARGE SKIN ASSESSMENT---

I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temp/Character: Warm & Dry

Pressure Ulcer/Skin Impairment at Discharge: N If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH. If >10 locations, document remaining in a Patient Note.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT NO BREAKDOWN NOTED
:

RUN DATE: 03/12/16 Willis-Knighton South Nursing **LIVE** PAGE 3
RUN TIME: 1557 PATIENT ASSESSMENT
RUN USER: COOKC4.NS

INTERDISC DISCHARGE - WKB/P/S

Patient: HENDERSON,AALIYAH L Age/Sex: 2Y 05M F
Account #: K32120206 Unit #: K000629604
Admit Date: 03/10/16 Location: 5ES
Status: ADM IN Room/Bed: K.E5514-1
Attending: Tran, Sharon N M.D.

:
:
:
:
:
:
:
:

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Walks Frequently |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Probably Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Problem | Potential Problem | No Apparent Problem | |

Sensory Perception: 4 - No Impairment
Moisture: 4 - Rarely Moist
Activity: 4 - Walks Frequently
Mobility: 4 - No Limitation
Nutrition: 3 - Adequate
Friction/Shear: 3 - No Apparent Problem
Total Braden Scale Score: 22

DISCHARGE MATERIALS AND INFORMATION GIVEN TO PT OR FAMILY
Discharge Material Given: DISCHARGE INSTRUCTIONS EXPLAINED AND GIVEN
Discharge Material Given: TO MOM.
Discharge Material Given: PRESCRIPTION FOR ALBUTEROL & ORAPRED GIVEN
Discharge Material Given: TO MOM.
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Cardiopulmonary Home Care Instructions Provided: Dialysis patient:

Smoking can be hazardous to your health and those around you. ANYONE that smokes should stop for their health! Assistance to stop smoking is available by calling WK Quit (212-4450), the American Lung Association (800-LUNG-USA) or the American Cancer Society (800-QUIT-NOW).

**REMINDER TO PATIENT AND/OR FAMILY: Discard any previous medication lists and update your new medication list with any medication providers and/or pharmacies you use.

Heplock removed: Yes Is there an MD order to leave in place:

Foley Catheter removed: Not Applicable Is there an MD order to leave in place:
Was catheter inserted on this admit:

Willis-Knighton South Nursing **LIVE**
PATIENT ASSESSMENT

INTERDISC DISCHARGE - WKB/P/S

Patient: [redacted] L
Account #: K32120206
Admit Date: 03/10/16
Status: ADM IN
Attending: Tran, Sharon N M.D.

Age/Sex: 2Y 05M F
Unit #: K000629604
Location: 5ES
Room/Bed: K.ES514-1

PICC line removed: Not Applicable Is there an MD order to leave in place: N
Is Home Health set up to care for PICC Line at home:
Was PICC flushed and dressing changed according to policy:
Were PICC Line Home Care Instructions given to patient:

If any other devices were left in place, describe:
:

*** PHYSICAL MEDICINE DISCHARGE NOTE ( when applic.) ***
:
:
:

*** RESPIRATORY THERAPY DISCHARGE NOTE (when applic.) ***
:
:

*** OTHER DISCIPLINE DISCHARGE NOTE (when applic.) ***
Department:
:
:

If pt. delivered baby while in hospital, enter Blood types:
PATIENT BLOOD TYPE :
Baby 1 Type and RH: Baby 2 Type and RH:

Patient Or Family Signature: [signature]

Time Of Discharge: Nurse Signature: CASSANDRA POLLARD, RN

Date of Birth: 10/01/13 (Automatically defaults; do not change)

Occurred Date: 03/12/16 Occurred Time: 1544
Monogram: CJP Initials: COOKC4.NS Name: POLLARD,CASSANDRA J Nurse Type: RN



**WILLIS-KNIGHTON HEALTH SYSTEM**
**Fall Prevention Guidelines for Pediatric Patient and Family**

Accidental falls may occur in the hospital. These accidents are as distressing to hospital personnel as they are to the patient. Our health care team of nurses, doctors, physical therapists, and assistants are here to assist you and your child in a safe and speedy recovery. Your participation and cooperation with this program will help you to prevent unnecessary injury.

* Adult supervision is required for all children age 12 and under
* Keep ID band on child
* Notify nursing staff when assistance is needed for toileting or other needs
* Keep bed in low position and keep side rails up to the top of the crib when child is in crib
* Have child wear anti-slip footwear when ambulating
* Keep restroom light or night light on during the night
* Keep room as clutter free as possible, allowing for clear pathways for your child to ambulate

L
10/01/13 2Y 05M K.E5502-1
Tran, Sharon N M.D.
K32120206 03/10/16

    

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 03/10/16
Admission Time: 0648

AM0005

10/01/13 2Y F
Haynes, Andrew T M.D.
K32120206 03/10/16



WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | 3·10·16 0648 | [signature] | 3·10·16 0648 | [signature] | 3·10·16 0648 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| [signature] | | | | BDell | |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ______________________, do hereby state that I have been given the authority to sign for

______________________, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|
| | | | | |

Admission Date: 03/10/16
Admission Time: 0648
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

HENDERSON[redacted]L
10/01/13 2Y F
Haynes, Andrew T M.D.
K32120206 03/10/16



WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted] L
ACCT. NO: K31877657

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Aycock II, Richard A M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted] L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K31877657
ROOM:
STATUS: REG ER

DATE: 12/31/15
TIME: 2036
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted] L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 2Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS WHEEZING >1YEAR
KNOWN DRUG ALLERGIES: NKDA
ADMIT CLERK: PETERS.AM

K31877657

3004

*Physician Documentation* *Willis Knighton South*

**Name:** Aaliyah[redacted]
**Age:** 2 yrs **Sex:** Female **DOB:** 10.01 2013
**Arrival Date:** 12/31/2015 **Time:** 20:36
**Bed** 16-B

**MRN:** 1116206
**Account#:** K31877657
**Private MD:** Allen, Scott

**HPI:**

12/31 21:03 The patient presents to the emergency department with congestion, with nasal discharge, that is clear, cough, that is intermittent, with no sputum, wheezing, described as moderate. Onset: The symptoms/episode began/occurred today. Associated signs and symptoms: Pertinent positives: congestion, cough, fever, shortness of breath, wheezing, Pertinent negatives: seizure, vomiting. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: albuterol nebulizer. The patient has experienced similar episodes in the past, several times. The patient has been recently seen by a physician: The patient has been recently seen at a Willis Knighton Emergency Department, last week, for similar complaints was given a prescription for antibiotics. raa

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** .None
- **PSHx:** None

**Historical:**

20:55 Family history: Pertinent for; recent upper respiratory infection symptoms, mother and grandmother. Immunization history: Childhood immunizations up to date. jaw1

21:03 The history from nurses notes was reviewed and confirmed. raa

**ROS:**

21:03 **Constitutional:** Positive for fever, Negative for body aches, chills. fussiness. **ENT:** Positive for nasal discharge. Negative for ear pain. **Neck:** Negative for stiffness, swollen nodes. **Respiratory:** Positive for cough, shortness of breath, wheezing. **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea. **GU:** Negative for bladder incontinence, burning with urination, difficulty urinating, dysuria flank pain, foul smelling urine. **Skin:** Negative for rash. **Neuro:** Negative for altered mental status, dizziness, gait disturbance, headache, numbness, tingling, weakness. ROS as in the HPI. and all other systems were reviewed negative, or noncontributory. raa

**Exam:**

21:03 raa

**Constitutional:** Well developed, well nourished child who is awake, alert and cooperative with no acute distress.
**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light. extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction. uvula midline. Mucous membrane
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.

## *Physician Documentation Con't.*

**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal gait.
**Respiratory:** Respirations: labored breathing, that is moderate. accessory muscle usage, that is moderate, Breath sounds: wheezing, that is moderate, is scattered.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 20:38 | | 170 | [illegible] | 97.3(TE) | [illegible] | 11.48 kg / 25 lbs 5 oz | 34 in. (86 cm) | | hp1 |
| 21:03 | | | | | 94% on R/A | | | | jaw1 |
| 21:04 | | 110 | | | | | | | jaw1 |
| 21:13 | | | | | 100% on 2% Mask: Aerosol Mask | | | | jaw1 |
| 21:35 | | | | | 94% on R/A | | | | jaw1 |
| 23:02 | | | | | 95% on R/A | | | | jaw1 |
| 23:06 | | | | | [illegible] on R/A | | | | jaw1 |
| 23:16 | | | | | 8[illegible]% on R/A | | | | jaw1 |
| 23:21 | | | | | [illegible]% on R/A | | | | jaw1 |
| 23:25 | | | | | [illegible] on R/A | | | | jaw1 |
| 23:26 | | | | | 94% on R/A | | | | jaw1 |
| 23:31 | | | | | 88% on R/A | | | | jaw1 |
| 23:36 | | | | | 84% on R/A | | | | jaw1 |
| 23:41 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 23:46 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 23:51 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 23:56 | | | | | 96% on 10% Aerosol Mask | | | | jaw1 |
| 01/01 00:06 | | | | | 99% on 10% Aerosol Mask | | | | jaw1 |
| 00:16 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 00:39 | | | | | 100% on 10% Mask: Aerosol Mask | | | | jaw1 |
| 00:43 | | | 46 Spontaneous | | | | | | jaw1 |
| 00:46 | | | | | 99% on 10% Aerosol Mask | | | | jaw1 |
| 00:51 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 01:32 | | 170 | | | 95% on 10% Aerosol Mask | | | | jaw1 |

12/31 20:38 Patient crying and screaming in triage. Unable to get BP, difficulty with other vitals. hp1

## *Physician Documentation Con't.*

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 20:38 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | hp1 |

**MDM:**

21:00 Patient medically screened. raa

21:03 raa

**Differential diagnosis:** bacterial infection, bronchitis, pneumonia URI, viral Infection, reactive airway.
**Data reviewed:** vital signs, nurses notes, lab test result(s), CBC, radiologic studies, plain films.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.
**ED course:** MDM-.

01/01 raa
00:01 **Data interpreted:** Pulse oximetry: Interpretation: hypoxia.
**Medication response:** albuterol nebulizer treatment(s) partially relieved the patient's wheezing.
**Response to treatment:** the patient's symptoms have mildly improved after treatment.
**Physician consultation:** Dr. Steven Conrad MD regarding admission, patient's condition, after a discussion of the case, a recommendation for transfer for higher level of care is made.
**Admission orders:** after a detailed discussion of the patient's condition and case, the admit orders are written by me.
**ED course:** MDM-CRITICAL CARE ACTIONS include repeated neb txs, po steroids, and admission. no picu beds at wks so will transfer to university hospital. accepted by dr conrad.

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 12/31/15 20:59 | raa | raa |
| | Reviewed | 12/31/15 21:43 | Richard Aycock II | |
| **Notes:** | **Order Method:** Electronic | | | |
| **Interpretation:** Normal Except: White Blood Cel 19.0. | | | | |
| **COLLECTED BY NURSE? (Y/N) (OELBCBN):** No | | | | |
| **Ordering Location:** ERNPC1.1 | | | | |
| **Quantity 1:** 1 | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 12/31/15 20:59 | raa | raa |
| | Completed | 12/31/15 21:03 | Kristen Gray | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 12/31/15 20:59 | raa | raa |
| | Reviewed | 12/31/15 23:26 | Richard Aycock II | |
| **Notes:** Bed Name: 16-B | **Order Method:** Electronic | | | |
| **Interpretation:** normal., normal., no acute changes, normal, no acute changes, normal. | | | | |
| **ER EXAM ROOM/BED: (OERDERRMBD):** 16-B | | | | |

## *Physician Documentation Con't.*

MODE OF TRANSPORTATION : (OERDTRANS): STRETCHER

O2: (OEADO2): No

REASON FOR EXAM: (OERDEXAM): Cold Symptoms

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Xopenex 0.31 mg Inhalation once; (pediatric dose) | Ordered | 12/31/15 20:59 | raa | raa |
| | Administered | 12/31/15 21:03 | jaw1 | |
| **Notes:** | **Order Method:** Electronic | | | |

| | | |
|---|---|---|
| 12/31/15 21:03 | **Administered:** Xopenex 0.31 mg Inhalation | jaw1 |
| 12/31/15 21:13 | **Follow Up:** Pulse Ox 100% 2% Mask: Aerosol Mask: Response: No Adverse Reaction; Tolerated well | jaw1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Xopenex 0.31 mg Inhalation once; (pediatric dose) | Ordered | 12/31/15 20:59 | raa | raa |
| | Administered | 12/31/15 21:19 | jaw1 | |
| **Notes:** | **Order Method:** Electronic | | | |

| | | |
|---|---|---|
| 12/31/15 21:19 | **Administered:** Xopenex 0.31 mg Inhalation | jaw1 |
| 12/31/15 21:35 | **Follow Up:** Pulse Ox 94% RA; Response: No Adverse Reaction; Respiratory status unchanged; Tolerated well | jaw1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Orapred 1.5 tsp PO once | Ordered | 12/31/15 20:59 | raa | raa |
| | Administered | 12/31/15 21:19 | jaw1 | |
| **Notes:** | **Order Method:** Electronic | | | |

| | | |
|---|---|---|
| 12/31/15 21:19 | **Administered:** Orapred 1.5 tsp PO | jaw1 |
| 12/31/15 22:15 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | jaw1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Xopenex 0.31 mg Inhalation once; (pediatric dose) | Ordered | 12/31/15 21:48 | raa | raa |
| | Administered | 12/31/15 21:56 | jaw1 | |
| **Notes:** | **Order Method:** Electronic | | | |

| | | |
|---|---|---|
| 12/31/15 21:56 | **Administered:** Xopenex 0.31 mg Inhalation | jaw1 |
| 12/31/15 23:02 | **Follow Up:** Pulse Ox 95% RA; Response: No Adverse Reaction; Respiratory status unchanged; Tolerated well | jaw1 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 12/31/15 21:48 | raa | raa |
| | Completed | 12/31/15 22:01 | Jennifer Wright | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Influenza and RSV Panel by PCR | Ordered | 12/31/15 21:48 | raa | raa |

*Physician Documentation Con't.*

| | Status | Time | By | For |
|---|---|---|---|---|
| | Reviewed | 12/31/15 23:26 | Richard Aycock II | |
| **Notes:** | **Order Method:** Electronic | | | |
| **Interpretation:** Normal. | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol 0.5 unit dose Inhalation once | Ordered | 12/31/15 23:39 | jaw1 | raa |
| | Administered | 12/31/15 23:58 | jaw1 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Aycock II, Richard 12/31/15 23:38 | | | |
| 12/31/15 23:58 | **Administered:** Albuterol 0.5 unit dose Inhalation | | jaw1 | |
| 01/01/16 00:39 | **Follow Up:** Pulse Ox 100% 10% Mask: Aerosol Mask: Response: No Adverse Reaction; Tolerated well | | jaw1 | |

**Order Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Aycock II, Richard, MD | MD | raa | Wright, Jennifer, RN | RN | jaw1 |

**Disposition:**

00:01 Electronically signed by: R Aycock MD. Electronically signed by: R Aycock MD. raa

**Disposition:**

**01/01/16 00:04 Transfer ordered to LSU/Ochsner Shreveport. Diagnosis is Reactive Airway.**

- Accepting physician is conrad.
- Condition is Stable.
- Problem is new.
- Symptoms have improved.

**Critical Care Time Excluding Procedures:**

00:03 Critical care time: Consultation: 5 minutes, Family Intervention: 10 minutes, Patient Care: 45 minutes, Documentation: 5 minutes. Total time: 65 minutes raa

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Aycock II, Richard, MD | MD | raa | Gray, Kristen, ED Tech | ED Tech | kg1 |
| Pitarro, Holly, RN | RN | hp1 | Wright, Jennifer, RN | RN | jaw1 |

*Nurse's Notes*
**Name:** Aaliyah [redacted]
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 12/31/2015 **Time:** 20:36
**Bed** 16-B

*Willis Knighton South*
**MRN:** 1116206
**Account#:** K31877657
**Private MD:** Allen, Scott

**Presentation:**

12/31 20:37 Method of Arrival: Carried. hp1

20:38 Preferred language for medical communication is English. Presenting complaint: Mother states: She's got cough, cold, congestion, wheezing, and fever. It started today, but she was here on the 24th for an URI. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Care prior to arrival: Medications: Tylenol, 1 hour PTA, albuterol 1 hour PTA. hp1

20:40 Acuity: 3 - Urgent. hp1

**Triage Assessment:**

20:38 **General:** Appears in no apparent distress, well developed, well nourished, well groomed, uncomfortable, Behavior is appropriate for age, crying, fussy. mobility; ambulates without assistance Reports fever for 0-12 hours. **Pain:** Denies pain. hp1

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** .None
- **PSHx:** None

**Historical:**

20:55 Family history: Pertinent for; recent upper respiratory infection symptoms, mother and grandmother. Immunization history: Childhood immunizations up to date. jaw1

21:03 The history from nurses notes was reviewed and confirmed. raa

**Screening:**

20:38 **Abuse screen:** hp1
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
No barriers to teaching and learning identified. caregiver ready and willing to learn, prefers oral and written instructions.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

20:55 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 3 out of 10. jaw1

20:58 **General:** Appears well developed, well nourished, Behavior is crying, Reports fever for 0-12 hours. **Neuro:** Level of Consciousness is alert, appropriate to pain. Oriented to person. **EENT:** Eyes are tearing on inner aspect of conjuctiva of right eye and inner aspect of conjunctiva of left eye Sclera/Cornea are clear in outer aspect of conjuctiva of right eye, inner aspect of conjuctiva of right eye, outer aspect of conjuctiva of left eye and inner aspect of conjunctiva of left eye Oral mucosa is moist. Parent/caregiver reports the patient having nasal discharge that is watery for 2 day(s). **Respiratory:** Respiratory effort is with nasal flaring, with retractions, Respiratory pattern is symmetrical, Airway is patent Trachea midline Breath sounds with wheezes upon exhalation, bilaterally, in left posterior upper lobe and right posterior upper lobe Parent/caregiver reports the patient having cough that is persistent for 2 day(s). **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is dry. Skin is normal, Skin temperature is warm. jaw1

21:20 **Respiratory:** Reassessment: No changes from previously documented assessment. Patient states symptoms have not improved. jaw1

22:02 **Respiratory:** Reassessment: No changes from previously documented assessment. Patient states symptoms have not improved. jaw1

23:23 **General:** Behavior is crying, being held by grandmother. **Respiratory:** Breath sounds with wheezes upon exhalation, bilaterally, in left posterior upper lobe, right posterior upper lobe, left posterior lower lobe and jaw1

*Nurse's Notes Con't*

right posterior lower lobe Reassessment: No changes from previously documented assessment. Patient states symptoms have not improved.

23:31 **Cardiovascular:** Heart tones S1 S2 present. **Respiratory:** Respiratory effort is labored, with nasal flaring, with retractions, grunting, Respiratory pattern is symmetrical, tachypnea Airway is patent Breath sounds with wheezes upon exhalation, bilaterally, in left posterior upper lobe, right posterior upper lobe, left posterior lower lobe and right posterior lower lobe. jaw1

01/01 01:27 **General:** Behavior is crying. **General:** ED MD Aycock in room to assess patient.. **Respiratory:** Respiratory effort is labored, with nasal flaring, with retractions, grunting, Respiratory pattern is symmetrical, tachypnea Airway is patent Trachea midline Reassessment: No changes from previously documented assessment. Patient states symptoms have not improved. jaw1

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 12/31 20:38 | | [illegible] | [illegible] | 97.3(TE) | [illegible] | 11.48 kg / 25 lbs 5 oz | 34 in. (86 cm) | | hp1 |
| 21:03 | | | | | 94% on R/A | | | | jaw1 |
| 21:04 | | 110 | | | | | | | jaw1 |
| 21:13 | | | | | 100% on 2% Mask: Aerosol Mask | | | | jaw1 |
| 21:35 | | | | | 94% on R/A | | | | jaw1 |
| 23:02 | | | | | 95% on R/A | | | | jaw1 |
| 23:06 | | | | | [illegible] | | | | jaw1 |
| 23:16 | | | | | 85% on R/A | | | | jaw1 |
| 23:21 | | | | | 87% on R/A | | | | jaw1 |
| 23:25 | | | | | [illegible] | | | | jaw1 |
| 23:26 | | | | | 94% on R/A | | | | jaw1 |
| 23:31 | | | | | [illegible] on R/A | | | | jaw1 |
| 23:36 | | | | | [illegible] on R/A | | | | jaw1 |
| 23:41 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 23:46 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 23:51 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 23:56 | | | | | 96% on 10% Aerosol Mask | | | | jaw1 |
| 01/01 00:06 | | | | | 99% on 10% Aerosol Mask | | | | jaw1 |
| 00:16 | | | | | 100% on 10% Aerosol Mask | | | | jaw1 |
| 00:39 | | | | | 100% on 10% Mask: Aerosol Mask | | | | jaw1 |
| 00:43 | | | 46 Spontaneous | | | | | | jaw1 |
| 00:46 | | | | | 99% on 10% Aerosol Mask | | | | jaw1 |

*Nurse's Notes Con't*

| 00:51 | | | | 100% on 10% Aerosol Mask | | | jaw1 |
|---|---|---|---|---|---|---|---|
| 01:32 | | 170 | | 95% on 10% Aerosol Mask | | | jaw1 |

| 12/31 20:38 | Patient crying and screaming in triage. Unable to get BP. difficulty with other vitals. | hp1 |
|---|---|---|

**Vitals:**

20:38 Acuity: 3 - Urgent.                                                                hp1

21:03 Body Mass Index = 15.52.                                                           jaw1

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 20:38 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | hp1 |

**ED Course:**

20:36 Patient arrived in ED.                                                             ms2

20:36 Patient moved to KIOSK.                                                            ms2

20:37 Allen, Scott is Private Physician.                                                 hp1

20:45 Patient moved to Waiting.                                                          hp1

20:46 Patient moved to 16-B.                                                             jaw1

20:52 Aycock II, Richard, MD is Attending Physician.                                     raa

20:54 Wright, Jennifer, RN is Primary Nurse.                                             jaw1

20:54 Pulse ox on. Bedside monitor alarms on and audible.                                jaw1

21:09 Critical Med Co-Sign: Orapred 1.5 teaspoon . dosage verified by Chenoa Hanson RN.  cph

21:10 Blood collected; (by phlebotomist), specimen labeled in the presence of the patient Sent per order to lab. jaw1

21:20 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. Door closed. Noise minimized.   jaw1

21:35 Patient moved to Radiology.                                                        aw7

21:35 Chest 2 View *routine* Sent.                                                       aw7

21:44 Patient moved to 16-B.                                                             aw7

22:01 Influenza culture sent to lab. and RSV. specimen labeled in presence of patient and mother, sent per order.   jaw1

23:58 Critical Med Co-Sign: Albuterol 0.5 unit dose . dosage verified by Chenoa Hanson RN.   cph

01/01 00:00 Missed attempts: 22 gauge X 1 in right antecubital area, Bleeding controlled, band aid applied, catheter tip intact.   jaw1

00:02 Missed attempts: 22 gauge X 1 in left hand. per Chenoa Hanson. RN. Bleeding controlled, band aid applied, catheter tip intact.   jaw1

00:04 Missed attempts: 22 gauge X 1 in left wrist. per Chenoa Hanson. RN. Bleeding controlled, band aid applied, catheter tip intact.   jaw1

00:06 Inserted saline lock IV, 22 gauge in left antecubital area per Chenoa Hanson, RN IV maintenance: IV is patent, is intact, with fluids infusing freely, with good blood return, Flushed w/ 5 ml NS.   jaw1

00:20 Called Transfer Center at University Health, spoke with Suzanne Holst, informed her that we will be sending this patient to University Health because there is not an available bed at this time at Willis Knighton South PICU, patient will be under the care of Dr. Conrad. Suzanne Holst states that she will call the Resident to confirm bed placement at University Health PICU and will call back with confirmation of bed number as soon as possible. Writer instructed per Suzanne Holst to fax patient's face sheet, insurance information, and   jaw1

---

**Name:** Aaliyah███████                                                                 MRN: 1116206

Account#: K31877657

## *Nurse's Notes Con't*

mother's identification.

00:27 Faxed Suzanne Host with the Transfer Center at University Health the patient's face sheet, mother's identification and insurance to 675-6636. jaw1

00:44 Resting quietly. mother to bedside. ER nurse to see patient. jaw1

00:50 Suzanne Holst from University Health Transport Center called with bed assignment for patient. Bed assignment is 5J Bed 7. Suzanne transferred writer to PICU to speak with patient's nurse to give report. jaw1

00:54 Spoke with Pam Murray, RN at University Heath PICU. report was given. jaw1

00:56 Called Willis Knighton Transport, spoke with Michelle, gave her patient's information that is requested. She states that it will be approximately 30 minutes before transports arrival. jaw1

01:34 No procedures done that require assistance. jaw1

**Administered Medications:**

| Time | Drug & Dose<br>Dispensable & Quantity | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 12/31 21:03 | Xopenex 0.31 mg | | Inhalation | | | | | jaw1 |
| 21:13 | Follow up: Pulse Ox 100% 2% Mask: Aerosol Mask; Response: No Adverse Reaction; Tolerated well | | | | | | | jaw1 |
| 21:19 | Xopenex 0.31 mg | | Inhalation | | | | | jaw1 |
| 21:35 | Follow up: Pulse Ox 94% RA; Response: No Adverse Reaction; Respiratory status unchanged; Tolerated well | | | | | | | jaw1 |
| 21:19 | Orapred 1.5 tsp | | PO | | | | | jaw1 |
| 22:15 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | jaw1 |
| 21:56 | Xopenex 0.31 mg | | Inhalation | | | | | jaw1 |
| 23:02 | Follow up: Pulse Ox 95% RA; Response: No Adverse Reaction; Respiratory status unchanged; Tolerated well | | | | | | | jaw1 |
| 23:58 | Albuterol 0.5 unit dose | | Inhalation | | | | | jaw1 |
| 01/01 00:39 | Follow up: Pulse Ox 100% 10% Mask: Aerosol Mask; Response: No Adverse Reaction; Tolerated well | | | | | | | jaw1 |

**Outcome:**

00:04 ER care complete, transfer ordered by MD. raa

01:32 Transferred by WK-transport Note: University Health PICU Bed 7, 5J. Report called to Pam Murray, RN. , using the SBAR communication method. Instructed on admit to floor admission process Demonstrated understanding of instructions. No questions or concerns expressed to me at discharge. All belongings were taken to the room upon admit. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen used on this visit. jaw1

01:47 Electronic medical record closed. jaw1

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Aycock II, Richard, MD | MD | raa | Hanson, Chenoa, RN | RN | cph |
| Scriptuser, MEDHOST | | ms2 | Walker, Ansell, RT | RT | aw7 |
| Pitarro, Holly, RN | RN | hp1 | Wright, Jennifer, RN | RN | jaw1 |

**Name:** Aaliyah [redacted]

**MRN:** 1116206
**Account#:** K31877657

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 1

LOCATION

PATIENT: [redacted] L
ACCT #: K31877657
AGE/SX: 2Y 03M/F
STATUS: DEP ER
LOC: ERS
ROOM:
BED:
U #: K000629604
REG: 12/31/15
DIS:
REG DR: Aycock II, Richard A M.

HEMATOLOGY

| | Day 1 / Date DEC 31 / Time 2115 | Reference | Units |
|---|---|---|---|
| => White Blood Cel | 19.0 H | (5.0-12.0) | 10^9/L |
| => Red Blood Cell | 5.22 H | (4.1-5.1) | 10^6/uL |
| => Hemoglobin | 10.8 L | (11.0-14.0) | g/dL |
| => Hematocrit | 34.6 | (33.0-42.0) | % |
| => MCV | 66.3 L | (74.0-89.0) | fL |
| => MCH | 20.7 L | (27.1-34.2) | pg |
| => MCHC | 31.3 L | (33.0-35.6) | g/dL |
| => RDW | 18.0 H | (12.0-14.5) | % |
| => Platelet Count | 391 H | (130-351) | 10^3/uL |
| => Mean Plt Volume | 7.0 | (6.6-10.2) | fL |
| => Neutrophils | 70.7 | (Not Estab.) | % |
| => Lymphocytes | 14.4 | (Not Estab.) | % |
| => Monocytes | 6.6 | (3-10) | % |
| => Eosinophils | 7.5 | (0.0-8.0) | % |
| => Basophils | 0.8 | (0.0-3.0) | % |
| => Neutrophils # | 13.5 | (Not Estab.) | 10^3/uL |
| => Lymphocytes # | 2.7 | (Not Estab.) | 10^9/L |
| => Monocytes # | 1.3 | (Not Estab.) | 10^3/uL |
| => Eosinophils # | 1.4 | (Not Estab.) | 10^3/uL |
| => Basophils # | 0.1 | (Not Estab.) | 10^3/uL |

Page 1521 of 1758

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 2

LOCATION

Patient: [redacted] L #K31877657 (Continued)

PCR TESTS

| | Day 1 | Reference | Units |
|---|---|---|---|
| | Date DEC 31 | | |
| | Time 2154 | | |
| => Flu A by PCR | (a) | (Negative) | |
| => Flu B by PCR | (b) | (Negative) | |
| => Flu Comments | (c) | | |
| => RSV by PCR | (e) | (Negative) | |
| => FLU RSV comment | (g) | | |

NOTES:
(a) Negative
(b) Negative
(c) Comments
See also (d)
(d) NEGATIVE influenza test results do not preclude influenza virus infection and should not be used as the sole basis for treatment or other patient management decisions. False negative results may occur if virus is present at levels below the analytical limit of detection or the virus mutates in the target region.
(e) Negative
See also (f)
(f) NEGATIVE test results do not preclude RSV infection and should not be used as the sole basis for treatment or other patient management decisions. False negative results may occur if virus is present at levels below the analytical limit of detection or the virus mutates in the target region.
(g) See Below
See also (h)
(h) New method in use 11/16/15.

The results of this assay should be interpreted in conjunction with other laboratory and clinical data.

Patient: [redacted] L Age/Sex: 2Y 03M/F Acct#K31877657 Unit#K000629604

WILLIS-KNIGHTON SOUTH
Account: K31877657
Patient: [redacted] L
Order Dr: Aycock II, Richard A M.D.

EPI: 000000001116206
XR REPORT
DEP ER
DOB: 10/01/13

Final Report
Admitting Diagnosis: COLD SYMPTOMS WHEEZING >1YEAR
Reason For Exam: Cold Symptoms Interpretive Location: ZAMANI
Procedure Date: 12/31/2015 Accession Number: 3023173
Procedure: SXR - XR, chest 2 view CPT Code: 71020

IMPRESSION: Unremarkable 2 views of the chest.

RESULT: XR, chest 2 view

Clinical Information: Cold Symptoms

Comparison: None.

Findings: Lungs are clear. No effusion or pneumothorax is seen. Heart size is normal.

RUN DATE: 1[redacted]/15
RUN TIME: 2047
RUN USER: PETERS.AM

[redacted]llis Knighton [redacted]th *ADMISSION[redacted]
INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

Name: [redacted] L
Rm/Bd:
Unit#: K000629604
Serv/Locn: ERS
Account#: K31877657
DOB: 10/01/13
Status: ER
EPI#: 000000001116206
Age: 2Y 02M
Sex: F

Last Update/ Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

Allergy1-Med/Contact: 11/03/15 - 1358
NKDA

Allergy2-Med/Contact: 11/03/15 - 1358
NKDA

Food Allergies-Intol: 11/03/15 - 1358
NONE

Latex Allergy (Y/N): 11/03/15 - 1358
N

Pharmacy Allergy List (Coded Allergies), historical data: 11/05/15
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

[redacted] L
10/01/13 2Y 02M
Aycock II, Richard
K31877657 12/31/15

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record

    

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 12/31/15

Admission Time: 2036

AM0005

L

10/01/13 2Y F

Aycock II, Richard A M.D.

K31877657 12/31/15

AM3349_1

   

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| X [signature] | 12/31/15 2036 | X [signature] | 12/31/15 | [signature] | 12/31/15 1036 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| X Jennifer Alcarde | | | | [signature] | |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ______________________, do hereby state that I have been given the authority to sign for

______________________, either expressed or implied and that he or she is fully aware of this authority

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|
| | | | | |

Admission Date: 12/31/15
Admission Time: 2036
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

[redacted] L
10/01/13 2Y F
Aycock II, Richard A M.D.
K31877657 12/31/15



WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted]L
ACCT. NO: K31858327

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Sullivan, Michael J M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted]L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K31858327
ROOM:
STATUS: REG ER

DATE: 12/24/15
TIME: 1118
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted]L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 2Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS: NONINJURY
REASON FOR VISIT: COLD SYMPTOMS
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: BELLE.AM

K31858327

*Physician Documentation* | *Willis Knighton South*

**Name:** Aaliyah [redacted]
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 12/24/2015 **Time:** 11:18
Bed 9

**MRN:** 1116206
**Account#:** K31858327
**Private MD:** Allen, scott

**HPI:**

12/24 11:55 This 2 years old African Am/Black Female presents to ED via Carried with complaints of **Cold Symptoms**. klb2

11:55 The patient presents to the emergency department with congestion, with nasal discharge, that is clear, that is mild, cough, described as mild. Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms: Pertinent positives: congestion, cough, nasal discharge, Pertinent negatives: abdominal pain, body aches, constipation, diarrhea, earache, fever, headache, myalgias, seizure, shortness of breath, sore throat, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: albuterol nebulizer. It is unknown whether or not the patient has had similar symptoms in the past. It is unknown whether or not the patient has recently seen a physician. Mother has had similar symptoms . klb2

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** .None
- **PSHx:** None

**Historical:**

11:23 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives with family the patient is a minor. sd4

12:09 The history from nurses notes was reviewed and confirmed. klb2

**ROS:**

12:09 **Constitutional:** Positive for coughing, Negative for chills, chronic foley, fatigue, fever, fussiness, malaise, obvious distress, poor PO intake, shortness of breath, tearful. vomiting, weight loss, klb2

12:09 ROS as in the HPI, and all other systems were reviewed negative. or noncontributory, except as mentioned below. **Eyes:** Negative for redness, swelling, pain, injury, discharge, visual disturbance or loss, FB sensation **Neck:** Negative for injury, pain, welling, stiffness or swollen/tender lymph nodes. **Cardiovascular:** Negative for Chest pain, palaitations, and edema **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, hematochezia, melena, anorexia, dysphagia. **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, pain, swelling, or redness **Skin:** Negative for injury, rash, and discoloration, and lesions **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure, AMS, and syncope **Psych:** Negative for depression, anxiety, suicide ideation, homicidal ideation, and hallucinations. **ENT:** Positive for rhinorrhea, sinus congestion, Negative for difficulty swallowing, hoarseness, nose bleed, pulling at ears, sore throat. **Respiratory:** Positive for cough, Negative for dyspnea on exertion, orthopnea, pleurisy, paroxysmal nocturnal dyspnea, shortness of breath, sputum production. klb2

**Exam:**

12:09 klb2

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** nomal symetrical chest. Non tender. No lesions.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.

## *Physician Documentation Con't.*

**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. No hernia. No splenomegaly. No hepatomegaly
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion. Normal strength and muscle tone. Joints are stable. No acute changes in digits or nails.
**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal.
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Constitutional:** The patient appears Blood pressure. pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well nourished, pleasant, non-toxic, afebrile.
**ENT:** TM's: are normal, no evidence of bulging, no dullness. no erythema, no fluid levels, no hemotympanum, no rupture, Nose: External nose: no obvious acute abnormality, Nasal septum: is midline, bleeding, is not appreciated, nasal drainage, that is moderate. and is seen coming from both nares, that is clear, that is thin, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling, Voice: is normal.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 11:19 | | [illegible] | [illegible] | 99.1(R) | 97% | 12.33 kg / 27 lbs 3 oz | 37 in. (94 cm) | 0/10 | sd4 |
| 12:15 | | 162 | 28 | | 99% on R/A | | | 0/10 | sh1 |
| 12:23 | | 152 | 24 | | 99% on R/A | | | 0/10 | sh1 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 11:19 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sd4 |

**MDM:**

12:09 klb2
**Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient, order radiologic study(s), plain X-ray(s).
**Data interpreted:** Pulse oximetry: normal.

12:16 I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete. mjs
**Data reviewed:** radiologic studies, plain films.

12:18 Patient medically screened. mjs

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 12/24/15 11:32 | sh1 | mjs |
| | Returned | 12/28/15 08:14 | Dispatcher MedHost | |
| **Notes:** Bed Name: 9 | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Sullivan, Michael 12/24/15 12:11 | | | |
| **Interpretation:** no acute processes. | | | | |
| **ER EXAM ROOM/BED: (OERDERRMBD):** 9 | | | | |
| **MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER | | | | |

*Physician Documentation Con't.*

O2: (OEADO2):   No

REASON FOR EXAM: (OERDEXAM):   Cold Symptoms

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 12/24/15 11:32 | sh1 | mjs |
| | Completed | 12/24/15 11:32 | Steven Clinger | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Sullivan, Michael 12/24/15 12:11 | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol 1 unit dose Inhalation once | Ordered | 12/24/15 11:37 | sh1 | mjs |
| | Administered | 12/24/15 11:42 | sh1 | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Sullivan, Michael 12/24/15 12:11 | | | |

| | | | |
|---|---|---|---|
| 12/24/15 11:42 | Administered: Albuterol 1 unit dose Inhalation | | sh1 |
| 12/24/15 12:00 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; wheezing has decreased has improved air movement | | sh1 |

**Order Signatures:**

Sullivan, Michael, MD             MD    mjs          Hovingh, Sue, RN                    RN    sh1

**Disposition:**

12:09 This chart was scribed by Barlow, Kerri, Scribe. in the presence of Michael Sullivan MD.          klb2

12:16 Electronically signed by: Michael Sullivan M.D.                                                              mjs

**Disposition:**

**12/24/15 12:18 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI).**
- Condition is Stable.
- Discharge Instructions: Upper Respiratory Infection (URI), Child.
- Prescriptions for
     Zithromax 100 mg/5 ml Oral Suspension for Reconstitution
        - take 6 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3 milliliters by oral route days 2,3,4,5.;
18 milliliter.
- Follow up: scott allen; When: Next week.
- Problem is new.
- Symptoms have improved.

**Signatures:**

Clinger, Steven, RN              RN    smc          Sullivan, Michael, MD              MD    mjs
Hovingh, Sue, RN                RN    sh1          David, Syndee, RN                  RN    sd4
Barlow, Kerri, Scribe           Scribe klb2

**Name: Aaliyah**████████

MRN: 1116206
Account#: K31858327

*Nurse's Notes* | *Willis Knighton South*

**Name:** Aaliyah [redacted]
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 12/24/2015 **Time:** 11:18
**Bed** 9

**MRN:** 1116206
**Account#:** K31858327
**Private MD:** Allen, scott

**Presentation:**

12/24 11:19 Method of Arrival: Carried. sd4

11:19 Preferred language for medical communication is English. Presenting complaint: Mother states: that daughter has runny nose, cough, sneezing and fever since yesterday. She is also wheezing. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. sd4

11:20 Acuity: 4 - Semi-Urgent. sd4

11:24 Acuity: 3 - Urgent. sd4

**Triage Assessment:**

11:19 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, pleasant, mobility; ambulates without assistance. **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. sd4

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Albuterol Nebulizer as needed
- **PMHx:** .None
- **PSHx:** None

**Historical:**

11:23 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives with family the patient is a minor. sd4

12:09 The history from nurses notes was reviewed and confirmed. klb2

**Screening:**

11:19 **Abuse screen:** sd4
Denies threats or abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified. Has not been out of the country.

**Assessment:**

11:28 **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is cooperative, appropriate for age, mobility; ambulates without assistance. **Neuro:** Level of Consciousness is alert, awake, obeys commands, Oriented to person, place, time, Pupils are PERRLA. **EENT:** No deficits noted. **Cardiovascular:** Capillary refill < 3 seconds is brisk Heart tones S1 S2 present. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds with wheezes upon inhalation, upon exhalation, bilaterally. Parent/caregiver reports the patient having GRANDMOTHER REPORTS PT HAS BEEN WHEEZING SINCE YESTERDAY WITH A COUGH SNEEZING FEVER AND RUNNY NOSE GRANDMOTHER REPORTS " WHEN SHE STAYS WITH ME I GIVE HER BREATHING TREATMENTS EVERY DAY WHEN SHE STAYS WITH HER MOTHER HER MOTHER DOESN'T GIVE HER HER BREATHING TREATMENTS EVERY DAY AND SHE STAYS SICK ALL THE TIME HER LAST BREATHING TREATMENT THAT HER MOTHER GAVE WAS LAST TUESDAY ". **Gastrointestinal:** Abdomen is flat, non- distended Bowel sounds present X 4 quads. **Genitourinary:** Parent/caregiver reports the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is pink, warm & dry. black. **Musculoskeletal:** No deficits noted. Capillary refill < 3 seconds is brisk Range of motion intact in all extremities. Circulation, motion, and sensation intact. **Injury Description:** denies injury. sh1

11:48 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. sh1

**Vital Signs:**

*Nurse's Notes Con't*

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 11:19 | | [illegible] | [illegible] | 99.1(R) | 97% | 12.33 kg / 27 lbs 3 oz | 37 in. (94 cm) | 0/10 | sd4 |
| 12:15 | | 162 | 28 | | 99% on R/A | | | 0/10 | sh1 |
| 12:23 | | 152 | 24 | | 99% on R/A | | | 0/10 | sh1 |

**Vitals:**

11:19 Acuity: 3 - Urgent. sd4

11:28 Body Mass Index = 13.95. sh1

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 11:19 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sd4 |

**ED Course:**

11:18 Patient arrived in ED. ms2

11:18 Patient moved to KIOSK. ms2

11:19 Allen, scott is Private Physician. sd4

11:24 Triage completed. sd4

11:24 Patient moved to Waiting. sd4

11:28 Hovingh, Sue, RN is Primary Nurse. sh1

11:28 Patient moved to 9. sh1

11:28 No apparent distress. Resting quietly. Awaiting ED physician evaluation. sh1

11:36 Sullivan, Michael, MD is Attending Physician. mjs

11:48 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. sh1

12:00 No apparent distress. Resting quietly. resp easy non labored breathing easy. sh1

12:17 Allen, scott is Referral Physician. mjs

12:25 No procedures done that require assistance. sh1

**Administered Medications:**

| Time | Drug & Dose<br>Dispensable & Quantity | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 11:42 | Albuterol 1 unit dose | | Inhalation | | | | | sh1 |
| 12:00 | Follow up: Response: No Adverse Reaction; Respiratory status improved; wheezing has decreased has improved air movement | | | | | | | sh1 |

**Outcome:**

12:18 Discharge ordered by MD. mjs

12:23 Discharged to home, carried, with family. Discharge instructions given to Mother Grandmother Instructed on discharge instructions, follow up and referral plans, medication usage, continue breathing treatments Demonstrated understanding of instructions, medications, to continue breathing treatments Prescriptions given; 1, No questions or concerns expressed to me at discharge. Work excuse given for 0day(s). School sh1

*Nurse's Notes Con't*

excuse given for 0day(s). **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable.

12:25 Electronic medical record closed.                                                    sh1

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Sullivan, Michael, MD | MD | mjs | Hovingh, Sue, RN | RN | sh1 |
| Scriptuser, MEDHOST | | ms2 | David, Syndee, RN | RN | sd4 |
| Barlow, Kerri, Scribe | Scribe | klb2 | | | |

**Name:** Aaliyah███████

**MRN:** 1116206
**Account#:** K31858327
Page 3 of 3

WILLIS-KNIGHTON SOUTH
Account: K31858327
Patient: [redacted] L
Order Dr: Sullivan, Michael J M.D.

EPI: 000000001116206
XR REPORT
REG ER
DOB: 10/01/13

Final Report
Admitting Diagnosis: COLD SYMPTOMS
Reason For Exam: Cold Symptoms Interpretive Location: KBURGIN
Procedure Date: 12/24/2015 Accession Number: 3015025
Procedure: SXR - XR, chest 2 view CPT Code: 71020

IMPRESSION: No acute process

RESULT: XR, chest 2 view

Clinical Information: Cold Symptoms

Comparison: 11/2/2015

Findings: Cardiomediastinal silhouette normal. Trachea midline. No perihilar opacity or confluence consolidation present. No pneumothorax or pleural effusion seen. Osseous structures normal. Visualized upper abdomen normal.

RUN DATE: 1[redacted]4/15 [redacted]llis Knighton [redacted]uth *ADMISSION[redacted] PAGE 1
RUN TIME: 1128 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: BELLE.AM

Name: [redacted] L DOB: 10/01/13 Age: 2Y 02M
Rm/Bd: Serv/Locn: ERS Status: ER Sex: F
Unit#: K000629604 Account#: K31858327 EPI#: 000000001116206

Last Update/
Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

| | |
|---|---|
| Allergy1-Med/Contact:<br>NKDA | 11/03/15 - 1358 |
| Allergy2-Med/Contact:<br>NKDA | 11/03/15 - 1358 |
| Food Allergies-Intol:<br>NONE | 11/03/15 - 1358 |
| Latex Allergy (Y/N):<br>N | 11/03/15 - 1358 |

Pharmacy Allergy List (Coded Allergies), historical data: 11/05/15
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

[redacted] L
10/01/13 2Y 02M
Sullivan, Michael J
K31858327 12/24/15

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record



Willis Knighton South and Center for Women□s Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** [redacted] L

**Arrival Date:** 12/24/15 11:18

**Care Complete Time:** 12/24/15 12:18

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Sullivan, Michael, MD

**Diagnosis:** Upper Respiratory Infection (URI)

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Allen, scott**<br>When: Next week | Zithromax |
| **SPECIAL NOTES** | |
| continue the breathing treaments at home. | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

[signature]
**Aaliyah Henderson**
**MRN # K000629604**

[signature] StbvunghRN
**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

152 24 998 0/10

[redacted] L
10/01/13 2Y 02M
Sullivan, Michael J
K31858327 12/24/15



## FOLLOW UP INSTRUCTIONS

Allen, scott
When: Next week

## PRESCRIPTIONS

Zithromax 100 mg/5 ml Oral Suspension for Reconstitution
Take 6 milliliter by ORAL route one time for 1 day then take (5mg/kg/day) 3 milliliters by oral route days 2,3,4,5.; 18 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

L
10/01/13 2Y 02M
Sullivan, Michael J
K31858327 12/24/15

    

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 12/24/15
Admission Time: 1118

AM0005

L
10/01/13 2Y F
Sullivan, Michael J M.D.
K31858327 12/24/15

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense. I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | 12-24-15 1118 | [signature] | 12-24-15 1118 | [signature] | 12-24-15 1118 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| Jennifer Alexander | | | | B Bell | |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ____________________, do hereby state that I have been given the authority to sign for

____________________, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|
| | | | | |

Admission Date: 12/24/15
Admission Time: 1118
AM3349 .2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

[redacted] L
10/01/13 2Y F
Sullivan, Michael J M.D.
K31858327 12/24/15







WILLIS-KNIGHTON HEALTH SYSTEM

Printed: 11/03/2015

FACESHEET

WILLIS-KNIGHTON SOUTH SHREVEPORT, LA

| ADMITTING DIAGNOSIS: | Code |
|---|---|
| | |
| | |
| PRINCIPAL DIAGNOSIS: | |
| OTHER DIAGNOSES: | |
| | |
| | |
| | |
| | |
| | |
| OPERATIONS/OTHER PROCEDURES: Date | |
| | |
| | |
| | |

DISCHARGE STATUS: [X] Routine [ ] AMA [ ] SNF/HRF [ ] HHA [ ] Expired [ ] Autopsy [ ] OTHER — LENGTH OF STAY 3 DAYS — Physician's Signature — Date

Account No. K31687676 — Admission Date 11/03/15 PR — MEDITECH Unit Number K000629604
Room/Bed K.E5518/1 — Admission Time 0406 ER — Subscriber Name
Type ADM IN — Location/Service PED — Subscriber DOB
Last INP DATE — Last Discharge Date 11-5 — Social Security Number

Name [redacted]L — Date of Birth 10/01/13 — Age 2Y — Sex F
Street 2247 LEGARDY STREET — Race BLACK OR AFRICAN A
City/State/Zip SHREVEPORT,LA 71107 — Marital Status SINGLE
Home Phone (318)210-3821 — Religion NO RELIGION
County CADDO PARISH

Name CHILD — Name ALEXANDER,JENNIFER
Street — Street 2247 LEGARDY STREET
City/State/Zip — City/State/Zip SHREVEPORT,LA 71107
Phone — Occupation CHILD — Phone (318)210-3821 — Relationship: M

Name ALEXANDER,JENNIFER — Name ALEXANDER,JENNIFER
Street 2247 LEGARDY STREET — Street 2247 LEGARDY STREET
City/State/Zip SHREVEPORT,LA 71107 — City/State/Zip SHREVEPORT,LA 71107
Phone (318)210-3821 — SSN 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 — Phone (318)210-3821 — Relationship: M

Name JOHNSON'S CARE — Accident Date — Arrival Mode C
Street 4038 MARRON PLACE — Prim Care Phy Allen, Larry M M.D.
City/State/Zip SHREVEPORT,LA 71109 — Attend. Phy Tran, Sharon N M.D.
Phone (318)631-7714 — Other Phys. Tran, Sharon N M.D.

LA HLTHCARE CONN LA ME 1997286459512 [redacted]L MEDICAID

V144016

Is this Patient Here for Pre-Op Testing:
Comment:
Notice Given: Y — Date Notice Given: 09/23/14
Reason for Visit: FEBRILE ILLNESS-PYREXIA
Preferred Language: ENGLISH
Known Drug Allergies: NKDA

Admit Clerk: SAFFED2.A
MEDB Eligible:
Ethnicity: NHILAT
Patient Survey: N




WK WILLIS-KNIGHTON HEALTH SYSTEM

## Pediatric Hospitalist Progress Note / D/C Summary

Date: 11/5/15 Time: ____ Name: ____

Interval History: Resting in ☑ bed ☐ chair ☐ crib ☑ No new problems/complaints
☐ Other Afebrile, playful, good appetite

Meds: ☑ Reviewed Remarks ____

☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone

ROS: ☐ 10 systems reviewed otherwise Negative Positive: ____

**Interval Physical Exam:**

*Vitals:* temp 97.7 HR 130 RR 24 O2 sat 100 RA

*General:* ☑ Well-hydrated ☑ WN ☑ NAD ☑ Nontoxic ☑ Remarks playful, active

*HEENT:* ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☑ PERRL ☑ Conjunctiva clear ☐ No rhinorrhea/congestion ☐ Nasal flaring ☑ Tempanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal ☑ Remarks clear rhinorrhea

*Neck:* ☐ Normal ☑ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks ____

*Heart:* ☐ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks ____

*Lungs:* ☐ Normal ☑ CTA bil ☑ Unlabored Air movement: ☑ Good ☐ Fair ☐ Poor ☐ Unlabored ☐ Rales ☐ Rhonchi ☐ Wheeze (end expiratory/inspiratory) ☐ Crackles ☐ Retractions ☐ Stridor ☐ Remarks ____

*Abdomen:* ☐ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly ☐ Masses ☐ Remarks ____

*Extremities:* ☐ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ ____ Pulses ☐ Remarks ____

*Musculoskelatal:* ☐ Normal ☑ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks ____

*Skin:* ☑ Normal ☐ Warm/dry ☐ Rash ☐ Remarks ____

*Neuro:* ☑ Normal/nonfocal ☐ Warm/dry ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact ☐ Remarks ____

Lab: ☐ Reviewed ☐ Abnormals

Ca ____ Alb ____ AstAlt ____ Alk/Phos ____ T/Dbili ____

Segs ____ Bands ____ Lymphs ____

Other: Blood cx ⊖ to date

Impression: 2 y/o female admitted for acute reactive airway exacerbation, febrile illness, ROMBIL. WBC 22K on admit. Improved clinically c IV decadron, Alb nebs, PO zithromax. Mycoplasma IgM ND. Afebrile & playful now. D/C home today. CXR ⊖

Plan: ☑ See orders ☑ Continue medical management
☐ Recommendations per consultant/s: ____
Social Svcs: Home nebs provided to family
☑ Follow labs ☑ O2, Respiratory Therapy
☑ Continue antibiotics, Day # 3 Zithromax
☐ Continue therapy/Rehab ☐ Nutrition support
D/C home on Alb nebs Q4, Orapred x 3 days, Zithromax x 2 days. F/u c PCP in next week.

[signature] 11/5/15 3pm
Physician Signature Date/Time
☑ Sharon Tran, M.D. (2944) ☐ Greg Oji, M.D.(2977)

PN0005

PN650_1
Devised 05/01/2015
Committee Approved 05/11/2015
Page 1 of 1

HENDERSON [redacted] L
10/01/13 2Y 01M
Tran, Sharon N M.D. K.E5518
11/03/15
K31687676


WILLIS-KNIGHTON HEALTH SYSTEM

## Pediatric Hospitalist History and Physical

**Patient Name:** ______ **Date:** 11/3/15 **Time:** ______

**PCP:** LSU **Source of Information** Mom & Grandmother

**Chief Complaint:** Labored breathing, fever, cough

***History of Present Illness:***

2 y/o female presented to WKS ER c̄ labored breathing, cough, fever. Grandmother reports pt developed cough & runny nose [redacted] 1 week ago. Yesterday, she developed wheezing, fever (tactile) & labored breathing. She was taken to ER. In ER, pt was O2 sat 85% on RA & tachypneic, wheezing & Tmax: 101. Lab work showed WBC: 22k. Pt was subsequently admitted for further care. ø v/d ⊕↓appetite ø↓wet diapers

***Past Medical/Birth History:*** ☐ Unremarkable ☐ Other RAD? wheezed in the past once or twice per GM.

***Past Surgical History:*** ø

***Allergies:*** ☑ NKDA ☐ Other

***Immunizations:*** ☑ UTD ☐ Other

***Family History:*** ☑ Noncontributory ☐ Other

***Social History:*** ☑ Lives at home with ~~parents~~ Mother ☐ Attends school

☐ Other

Home meds: ø

HP0005

10/01/13 2Y 01M
Tran, Sharon N M.D. K.E5518
K31687676 11/03/15

WILLIS-KNIGHTON HEALTH SYSTEM

# Pediatric Hospitalist History and Physical continued

*General:* ☐ None ☑ Fever ☑ Decreased appetite/oral intake ☐ Decreased activity ☐ Fussy ☐ Other

*HEENT:* ☐ None ☐ Head injury ☐ Red/Swollen eyes ☐ Eye d/c ☑ Runny nose ☐ Congestion ☐ Earache ☐ Ear d/c ☐ Sore throat ☐ Other

*Cardiovascular:* ☑ None ☐ Cyanosis ☐ Chest pain

*Respiratory:* ☐ None ☑ Cough ☑ SOB ☑ Wheeze ☐ Other

*GI:* ☑ None ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ Abd pain ☐ Bloody stools ☐ Other

*Hematology:* ☑ None ☐ Easy bruising ☐ Epistaxis ☐ Other

*Neuro:* ☑ None ☐ Headache ☐ Syncope ☐ Seizures ☐ LOC ☐ Other

*GU:* ☑ None ☐ Decreased urine ☐ Dysuria ☐ Discharge ☐ Other

**Physical Exam:**

*Vitals:* Temp 98.2 HR 159 RR 32 O2 sat 100 RA Wt 11.7 kg

*General:* ☐ Well-hydrated ☐ WN ☑ NAD ☑ Nontoxic ☐ Remarks

*HEENT:* ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☑ PERRL ☑ Conjunctiva clear ☐ No rhinorrhea/congestion ☐ Nasal flaring ☐ Tempanic membranes normal bil ☑ ~~Nasal~~ oral mucosa moist ☑ Pharynx normal ☐ Remarks clear rhinorrhea, B/L erythematous TM & bulging

*Neck:* ☐ Normal ☑ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks

*Heart:* ☐ Normal ☑ S1S2 ☐ RRR ☐ Murmur ☐ Remarks

*Lungs:* ☐ Normal ☑ CTA bil ☑ Unlabored Air movement: ☑ good ☐ fair ☐ poor ☐ Wheeze (end expiratory/inspiratory)

*Abdomen:* ☐ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly ☐ Masses ☐ Remarks

*Extremities:* ☐ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ ______ Pulses ☐ Remarks

*Musculoskeletal:* ☐ Normal ☑ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks

*Skin:* ☑ Normal ☐ Rash ☐ Remarks

*Neuro:* ☑ Normal/nonfocal ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact ☐ Remarks

*GU:* ☑ Normal male/(female) genitalia Testes descended: ☐ Right ☐ Left ☐ Remarks

L
10/01/13 2Y 01M
Tran, Sharon N M.D. K.E5518
K31687676 11/03/15



## Pediatric Hospitalist History and Physical continued

LAB: ☐ Reviewed ☐ Abnormals

141 | 108 | 11 < 152
5.4 | 25 | 0.43

Ca 9.8
Alb ___ AstAlt ___
Alk/Phos ___
T/Dbili ___

22 > 10.9 / 35 < 401

Segs neuts 89
Bands ___
Lymphs 6

☑ CXR increased perihilar markings B/L ☑ Cultures Blood pending

Other: ___

Plan:

☑ See orders ☑ Continue medical management ☑ Follow labs ☑ O2, Respiratory Therapy Alb nebs

☑ IV Fluids Discussed assessment & plan with ☐ Patient ☑ Family

☑ IV antibiotics: Rocephin, Zithromax

☐ Consults: ___

☐ Remarks: 2 y/o female c RAD, febrile illness, B/L AOM, acute hypoxia, s/p acute resp distress.

Physician Signature [signature] Date/Time 11/3/15 330pm

☑ Sharon Tran, M.D.(2944) ☐ Greg Oji, M.D. (2977)

HP0005

L
10/01/13 2Y 01M
Tran, Sharon N M.D. K.E5518
K31687676 11/03/15



***Physician Documentation*** ***Willis Knighton South***

**Name:** Aaliyah
**Age:** 2 years **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 11/02/2015 **Time:** 22:27
**Bed** Holding

**MRN:** K000629604
**Account#:** K31687676
**Private MD:** Allen, dr.

**HPI:**

11/02 22:54 This 2 years old Black Female presents to ED via Ambulatory with complaints of **Cold Symptoms**. et3

22:54 The patient presents to the emergency department with congestion, with nasal discharge, that is moderate, cough, described as moderate, fever, with an emergency department temperature of 101 degrees Fahrenheit, rhinorrhea, wheezing, described as mild. Onset: The symptoms/episode began/occurred today. Associated signs and symptoms: Pertinent positives: congestion, cough, fever, nasal discharge, shortness of breath, wheezing, Pertinent negatives: abdominal pain, constipation, diarrhea, earache, seizure, sore throat, vomiting. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has experienced a previous episode. The patient has not recently seen a physician. et3

**Historical:**

- **Allergies:** No known Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

22:39 Family history: Father has/had no known health problems. Mother has/had no known health problems. Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family the patient is a minor. spf1

22:54 History obtained from mother. The history from nurses notes was reviewed and confirmed. et3

**ROS:**

22:54 **Eyes:** Negative for injury, pain, swelling, redness, and discharge, **Neck:** Negative for injury, pain, stiffness, swelling **Cardiovascular:** Negative for edema **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, hematochezia, melena, anorexia, dysphagia, injury, distention, and constipation, **Back:** Negative for injury, deformity, decreased range of motion, and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury, pain, swelling, decreased range of motion **Skin:** Negative for injury, rash, swelling, lesions, and discoloration, **Neuro:** Negative for altered mental status, weakness, and seizure, **Psych:** negative for acute changes. **Constitutional:** Positive for coughing, fever, shortness of breath, Negative for chills, obvious distress, acute pain, poor PO intake, vomiting, **ENT:** Positive for nasal discharge, rhinorrhea, sinus congestion, Negative for difficulty handling secretions, difficulty swallowing, pulling at ears, sinus pain, sore throat, tinnitus, dental pain, **Respiratory:** Positive for cough, "sounds productive", shortness of breath, wheezing, Negative for hemoptysis, orthopnea, pleurisy, et3

22:56 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. et3

**Exam:**

22:56 et3

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction, uvula midline. Mucous membrane moist and pink
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla

## *Physician Documentation Con't.*

**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. Non-distended, no masses. No organomegaly. No guarding or rebound. No hernia noted
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no clubbing, cyanosis or edema. Neurovascular intact. Full range of motion without pain
**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal gait and speech for age
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-diaphoretic, non-toxic, febrile.
**Cardiovascular:** Rhythm is sinus tachycardia Pulses: equal and symmetrical bilaterally, in the upper extremities, in the lower extremities, Heart sounds: normal, normal S1and S2, no S3 or S4, no murmur, no rub, no gallop, Edema: is not appreciated.
**Respiratory:** moderate respiratory distress is noted,
**Respirations:** labored breathing, is not present, asymmetrical chest movement, is not seen, accessory muscle usage, is absent, grunting, is not present, nasal flaring, is not appreciated, paradoxical chest movement, is absent, prolonged exhalation, is not present, pursed lip breathing, is not present, intercostal retractions, that is moderate, shallow respirations, are not present, splinting, is not noted, tachypnea, is appreciated
**Breath sounds:** rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated, wheezing, that is moderate, is scattered, is heard diffusely, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated,

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 22:34 | | 184 | 34 | | 85% on R/A | 11.79 kg / 25 lbs 16 oz | 34 in. (86 cm) | 6/10 | jmh |
| 22:39 | | | | 101.0(R) | | | | | spf1 |
| 22:43 | | 189 | 52 | | | | | | spf1 |
| 22:47 | | | | | 100% on 5% Aerosol Mask | | | | spf1 |
| 23:09 | | 201 | 40 | | 98% on 1.5 lpm NC | | | | lt3 |
| 23:35 | | 197 | 40 | | 100% on 1.5 lpm NC | | | | lt3 |
| 11/03 00:16 | | 172 | 28 | | 100% on 1.5 lpm NC | | | | spf1 |
| 00:22 | | | | 100.5(R) | | | | | spf1 |
| 01:05 | | | | | 100% on 1.5 lpm NC | | | | spf1 |
| 01:12 | | 161 | | | | | | | spf1 |
| 01:32 | | | | 99.9(R) | | | | | spf1 |
| 02:06 | | 172 | 32 | | 100% on 1.5 lpm NC | | | | lt3 |
| 02:35 | | | | | 100% | | | | lt3 |
| 03:04 | | 154 | 32 | | 100% on 1.5 lpm NC | | | | spf1 |
| 04:45 | | 145 | 32 | | 100% on 1.5 lpm | | | | spf1 |



## Physician Documentation Con't.

| | | | | | NC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06:10 | 132 / 51 | 167 | | | 100% on 12% Aerosol Mask | | | | | mg3 |
| 06:47 | | 161 | 34 | 98.6(R) | 97% | | | | | mg3 |
| 07:00 | | | | | 100% | | | | | jcm |
| 07:15 | | | | | 100% | | | | | jcm |
| 07:30 | | 156 | 32 | | 99% on 2 lpm NC | | | | 0/10 | jcm |
| 07:45 | | | | | 100% | | | | | jcm |
| 08:00 | | | | | 100% | | | | | jcm |
| 08:15 | | | | | 100% | | | | | jcm |
| 08:30 | | | | | 98% | | | | | jcm |
| 08:45 | | | | | 98% | | | | | jcm |
| 09:10 | | | | | 99% | | | | | jcm |
| 09:20 | | | | | 98% | | | | | jcm |
| 09:30 | | | | | 99% | | | | | jcm |
| 09:40 | | | | | 99% | | | | | jcm |
| 10:00 | | | | | 100% | | | | | jcm |
| 10:15 | | | | | 100% | | | | | jcm |
| 10:30 | | | | | 100% | | | | | jcm |
| 10:34 | | 134 | 32 | | 100% on 2 lpm NC | | | | | jcm |
| 12:42 | | 154 | 26 | | 100% on 2 lpm NC | | | | 0/10 | jcm |

07:30 FLACC (infant-toddler)                                                                                jcm
06:10 pt crying during vitals                                                                               mg3

## Glasgow Coma Score:

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 11/02 22:34 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jmh |

**MDM:**

22:59                                                                                                        et3
   **Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient, order
      radiologic study(s).
   **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points,
      exam findings, and any diagnostic results supporting the discharge/admit diagnosis, radiology results, the
      need for further work-up and treatment in the hospital.

11/03                                                                                                        ep
03:28 **Differential diagnosis:** bacterial infection, bronchitis, fever, pneumonia URI, viral infection. I personally
      performed the services described in this documentation as scribed in my presence, and it is both accurate
      and complete.
   **Data reviewed:** lab test result(s), radiologic studies, plain films.
   **Data interpreted:** Pulse oximetry: Interpretation: hypoxia.
   **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: lab results.

03:29 Patient medically screened.                                                                            ep

| Order | Status | Time | By | For |
|---|---|---|---|---|
| | | | | |

Name: Aaliyah█████████

   

## *Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 11/02/15 22:41 | jaw1 | ep |
| | Administered | 11/02/15 22:42 | jaw1 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/02/15 23:10 | | | |
| 11/02/15 22:42 **Administration:** DuoNeb 1 unit dose Inhalation | | | jaw1 | |
| 11/02/15 22:50 **Follow Up:** Response: No Adverse Reaction; Respiratory status unchanged | | | lt3 | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Tylenol - Acetaminophen Suppository 160 mg PR once | Ordered | 11/02/15 22:43 | mg3 | ep |
| | Administered | 11/02/15 22:49 | spf1 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/02/15 23:10 | | | |
| 11/02/15 22:49 **Administration:** Tylenol - Acetaminophen Suppository 160 mg PR | | | spf1 | |
| 11/03/15 00:15 **Follow Up:** Response: Temperature is decreased | | | spf1 | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 11/02/15 22:49 | mg3 | ep |
| | Administered | 11/02/15 22:53 | mg3 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/02/15 23:10 | | | |
| 11/02/15 22:53 **Administration:** DuoNeb 1 unit dose Inhalation | | | mg3 | |
| 11/02/15 23:00 **Follow Up:** Response: No Adverse Reaction; Respiratory status unchanged | | | lt3 | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 11/02/15 22:52 | cc1 | ep |
| | Completed | 11/02/15 23:21 | Griggs, Melissa, RN | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/02/15 23:10 | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest Xray Portable 1 View | Ordered | 11/02/15 22:52 | cc1 | ep |
| | Returned | 11/03/15 00:20 | Cook, Tara, RT | |
| **Notes:** Bed Name: 1 | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/02/15 23:10 | | | |
| **SPECIFIC TIME TO BE DONE: (OERDSPECTI):** STAT | | | | |
| **ER EXAM ROOM/BED: (OERDERRMBD):** 1 | | | | |
| **Is the patient able to bear weight? (OERDBEARWT):** | | | | |
| **Is the patient at risk for falls? (OERDFALLS):** | | | | |
| **MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER | | | | |
| **O2: (OEADO2):** No | | | | |
| **REASON FOR EXAM: (OERDEXAM):** Cold Symptoms | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| SOLU-MEDrol 25 mg IVP once | Ordered | 11/02/15 22:56 | spf1 | ep |
| | Administered | 11/02/15 23:08 | lt3 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |



*Physician Documentation Con't.*

| | |
|---|---|
| | **Sign off:** Paul, Edward, MD 11/02/15 23:10 |

| Time | Entry | By |
|---|---|---|
| 11/02/15 23:08 | **Administration:** SOLU-MEDrol 25 mg IVP in right antecubital | lt3 |
| 11/02/15 23:34 | **Follow Up:** Response: No Adverse Reaction | lt3 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 11/02/15 23:09 | ep | ep |
| | Reviewed | 11/03/15 00:49 | Paul, Edward, MD | |
| **Notes:** | **Order Method:** Electronic | | | |

**Interpretation:** leukocytosis.
**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No
**Comments: (OEMICCOM):**
**Ordering Location:** ERNPC1.1
**Quantity 1:** 1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chem 8 | Ordered | 11/02/15 23:09 | ep | ep |
| | Reviewed | 11/03/15 00:49 | Paul, Edward, MD | |
| **Notes:** | **Order Method:** Electronic | | | |

**Interpretation:** no abnormality of clinical significance.
**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No
**Comments: (OEMICCOM):**
**Ordering Location:** ERNPC1.1
**Quantity 1:** 1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 11/02/15 23:12 | lt3 | ep |
| | Administered | 11/02/15 23:19 | spf1 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/03/15 00:06 | | | |

| Time | Entry | By |
|---|---|---|
| 11/02/15 23:19 | **Administration:** DuoNeb 1 unit dose Inhalation | spf1 |
| 11/02/15 23:34 | **Follow Up:** Response: No Adverse Reaction; Respiratory status improved | lt3 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Neck Soft Tissue | Ordered | 11/03/15 00:06 | ep | ep |
| | In Process Unspecified | 11/03/15 00:21 | Dispatcher MedHost | |
| **Notes:** Bed Name: 1 | **Order Method:** Electronic | | | |

**ER EXAM ROOM/BED: (OERDERRMBD):** 1
**Is the patient able to bear weight? (OERDBEARWT):**
**Is the patient at risk for falls? (OERDFALLS):**
**MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER
**O2: (OEADO2):** No
**REASON FOR EXAM: (OERDEXAM):** Cold Symptoms

Physician Documentation Con't.

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Ibuprofen Suspension 1 dose PO once; Per Pedi Fever Standing Orders | Ordered | 11/03/15 00:25 | spf1 | ep |
| | Administered | 11/03/15 00:30 | lt3 | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/03/15 00:50 | | | |
| 11/03/15 00:30 | **Administration:** Ibuprofen Suspension 1 dose PO | | lt3 | |
| 11/03/15 01:32 | **Follow Up:** Temp 99.9 Rectal; Response: Temperature is decreased; No Adverse Reaction; Tolerated well | | spf1 | |
| **Order** | **Status** | **Time** | **By** | **For** |
| Rocephin 600 mg IVPB once | Ordered | 11/03/15 00:52 | ep | ep |
| | Administered | 11/03/15 01:20 | lt3 | |
| **Notes:** | **Order Method:** Electronic | | | |
| 11/03/15 01:20 | **Administration:** Rocephin 600 mg IVPB in right antecubital | | lt3 | |
| 11/03/15 02:20 | **Follow Up:** Response: No Adverse Reaction; IV Status: Completed infusion; IV converted to saline lock | | spf1 | |
| **Order** | **Status** | **Time** | **By** | **For** |
| Blood Culture, Bacteria | Ordered | 11/03/15 00:54 | lt3 | ep |
| | In Process Unspecified | 11/03/15 00:55 | Dispatcher MedHost | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Paul, Edward, MD 11/03/15 02:58 | | | |
| **COLLECTED BY NURSE? (Y/N) (OELBCBN):** No | | | | |
| **Source (OEMICbid):** Venipuncture | | | | |
| **Is patient allergic to Iodine/Betadine? (LBIODINE1); UI=Boolean; Shared=F; Required=T; Visible=T:** | | | | |
| **Quantity or Number of Units:** 1 unit | | | | |
| **Order** | **Status** | **Time** | **By** | **For** |
| Albuterol 0.5 unit dose Inhalation once | Ordered | 11/03/15 05:45 | mg3 | ep |
| | Administered | 11/03/15 06:09 | mg3 | |
| **Notes:** | **Order Method:** Written | | | |
| 11/03/15 06:09 | **Administration:** Albuterol 0.5 unit dose Inhalation | | mg3 | |
| 11/03/15 06:26 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | | spf1 | |
| **Order** | **Status** | **Time** | **By** | **For** |
| SOLU-MEDrol 20 mg IVP once | Ordered | 11/03/15 05:45 | mg3 | ep |
| | Administered | 11/03/15 06:07 | mg3 | |
| **Notes:** | **Order Method:** Written | | | |
| 11/03/15 06:07 | **Administration:** SOLU-MEDrol 20 mg IVP in left hand | | mg3 | |
| 11/03/15 06:26 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | | spf1 | |
| **Order** | **Status** | **Time** | **By** | **For** |



  

## *Physician Documentation Con't.*

| Zithromax 120 mg IVPB once | Ordered | 11/03/15 05:45 | mg3 | ep |
|---|---|---|---|---|
| | Administered | 11/03/15 06:09 | mg3 | |
| **Notes:** | **Order Method:** Written | | | |
| 11/03/15 06:09 | **Administration:** Zithromax 120 mg IVPB in left hand | | mg3 | |
| 11/03/15 08:52 | **Follow Up:** Response: No Adverse Reaction; IV Status: Completed infusion | | jcm | |

**Order Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Paul, Edward, MD | MD | ep | Wright, Jennifer, RN | RN | jaw1 |
| Colon, Cindy, RN | RN | cc1 | Trickett, Lauren, RN | RN | lt3 |
| Griggs, Melissa, RN | RN | mg3 | Fitzgerald, Stormy, RN | RN | spf1 |

**Disposition:**

| | | |
|---|---|---|
| 11/02 22:59 | This chart was scribed by Turner, Elaina, Scribe. in the presence of Edward Paul MD. | et3 |
| 11/03 03:28 | Electronically signed by: Edward Paul MD. Disposition. Chart complete. | ep |

**Disposition:**

**11/03/15 03:29 Admit ordered for Tran, Sharon. Preliminary diagnosis are Febrile Illness - Pyrexia, Hypoxia, Reactive Airway.**

- Bed requested for Specific Bed.
- Condition is Good.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Paul, Edward, MD | MD | ep |
| Mathews, Janet, RN | RN | jcm | Jennings, Jacqueline | | jc3 |
| Trickett, Lauren, RN | RN | lt3 | Griggs, Melissa, RN | RN | mg3 |
| Colon, Cindy, RN | RN | cc1 | Turner, Elaina, Scribe | Scribe | et3 |
| Wright, Jennifer, RN | RN | jaw1 | Fitzgerald, Stormy, RN | RN | spf1 |

**Corrections:**

| | | | |
|---|---|---|---|
| 11/02 22:56 | ~~22:54~~ ~~The patient presents to the emergency department with congestion, with nasal discharge, that is moderate, cough, described as moderate, fever, with an emergency department temperature of 101 degrees Fahrenheit, rhinorrhea,~~ | ~~et3~~ | et3 |
| 22:57 | ~~22:54~~ ~~Respiratory: Positive for cough, "sounds productive", wheezing, Negative for hemoptysis, orthopnea, pleurisy,~~ | ~~et3~~ | et3 |
| 22:57 | ~~22:54~~ ~~ENT: Positive for nasal discharge, rhinorrhea, sinus congestion, Negative for difficulty handling secretions, difficulty swallowing, pulling at ears, sinus pain, sore throat, tinnitus, dental pain,~~ | ~~et3~~ | et3 |
| 22:57 | ~~22:54~~ ~~Eyes: Negative for injury, pain, swelling, redness, and discharge, Neck: Negative for injury, pain, stiffness, swelling Cardiovascular: Negative for edema Abdomen/GI: Negative for abdominal pain, nausea, vomiting, diarrhea, hematochezia, melena, anorexia, dysphagia, injury, distention, and constipation, Back: Negative for injury, deformity, decreased range of motion, and pain, GU: Negative for injury, bleeding, discharge, and swelling, MS/Extremity: Negative for injury, pain, swelling, decreased range of motion Skin: Negative for injury, rash, swelling, lesions, and discoloration, Neuro: Negative for altered mental status, weakness, and~~ | | |

## *Physician Documentation Con't.*

| | | | | |
|---|---|---|---|---|
| | | ~~seizure, Psych: negative for acute changes~~ | ~~et3~~ | et3 |
| 22:59 | ~~22:54~~ | ~~Associated signs and symptoms: Pertinent positives: congestion, cough, fever, nasal discharge, wheezing, Pertinent negatives: abdominal pain, constipation, diarrhea, earache, seizure, shortness of breath, sore throat, vomiting,~~ | ~~et3~~ | et3 |
| 22:59 | ~~22:54~~ | ~~The patient presents to the emergency department with congestion, with nasal discharge, that is moderate, cough, described as moderate, fever, with an emergency department temperature of 101 degrees Fahrenheit, rhinorrhea, wheezing, described as mild,~~ | ~~et3~~ | et3 |
| 22:59 | ~~22:54~~ | ~~Constitutional: Positive for coughing, fever, Negative for chills, obvious distress, acute pain, poor PO intake, shortness of breath, vomiting,~~ | ~~et3~~ | et3 |
| 22:59 | ~~22:54~~ | ~~Respiratory: Positive for cough, "sounds productive", wheezing, Negative for hemoptysis, orthopnea, pleurisy, shortness of breath,~~ | ~~et3~~ | et3 |
| 23:01 | ~~22:56~~ | ~~Respiratory: moderate respiratory distress is noted, Respirations: labored breathing, is not present, asymmetrical chest movement, is not seen, accessory muscle usage, is absent, grunting, is not present, nasal flaring, is not appreciated, paradoxical chest movement, is absent, prolonged exhalation, is not present, pursed lip breathing, is not present, intercostal retractions, that is moderate, shallow respirations, are not present, splinting, is not noted, tachypnea, is appreciated Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated, wheezing, that is moderate, is scattered, is heard diffusely, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated,~~ | ~~et3~~ | et3 |

   

5

*Nurse's Notes*
**Name:** Aaliyah[redacted]
**Age:** 2 years **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 11/02/2015 **Time:** 22:27
**Bed** Holding

*Willis Knighton South*
**MRN:** K000629604
**Account#:** K31687676
**Private MD:** Allen, dr.

**Presentation:**

11/02 22:31 Method of Arrival: Ambulatory. jmh

22:35 Acuity: 2 - Emergent. jmh

22:35 Preferred language for medical communication is English. Presenting complaint: Mother states: difficulty breathing. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Mechanism of Injury: denies injury. spf1

**Triage Assessment:**

22:35 **General:** Appears well developed, well nourished, well groomed, distressed, Behavior is crying, fussy, mobility; ambulates without assistance Reports fever for 0-12 hours, feeling ill for 0-12 hours. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 4 out of 10. spf1

**Historical:**

- **Allergies:** No known Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** None
- **PSHx:** None

**Historical:**

22:39 Family history: Father has/had no known health problems. Mother has/had no known health problems. Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family the patient is a minor. spf1

22:54 History obtained from mother. The history from nurses notes was reviewed and confirmed. et3

**Screening:**

22:35 **Abuse screen:** spf1
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn, prefers oral and written instructions.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

22:40 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears well developed, well nourished, well groomed, distressed, Behavior is appropriate for age, mobility; ambulates without assistance Reports fever for 0-12 hours. **Neuro:** Level of Consciousness is alert, awake, obeys commands, appropriate to pain. Oriented to person, place. **EENT:** No deficits noted. Parent/caregiver reports the patient having nasal congestion nasal discharge. **Cardiovascular:** Heart tones S1 S2 present. **Respiratory:** Respiratory effort is labored, with retractions, grunting, Respiratory pattern is symmetrical, tachypnea Airway is patent Breath sounds with wheezes upon exhalation, bilaterally. Parent/caregiver reports the patient having cough that is non-productive. **Gastrointestinal:** Denies Pt's mother denies nausea, vomiting Parent/caregiver reports the patient having normal bowel habits. **Genitourinary:** Parent/caregiver reports the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is dry, Skin is pink, warm & dry, normal, Skin temperature is warm. **Musculoskeletal:** No deficits noted. Range of motion intact in all extremities. spf1

23:08 **Gastrointestinal:** Pt is actively vomiting yellow contents. lt3

23:35 **Respiratory:** Reassessment: Patient states symptoms have improved. appears to be sleeping. No longer grunting. Lungs sounds clear bil with slight wheeze auscultated. Mom holding patient in bed.. lt3

11/03 09:00 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, quiet, mobility; ambulates without assistance. **Neuro:** Level of jcm

## *Nurse's Notes Con't*

Consciousness is alert, awake, Oriented to person. **EENT:** No deficits noted. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds are clear bilaterally. **Dermatologic:** Skin is healthy with good turgor. **Musculoskeletal:** No deficits noted. Age appropriate behavior- Toddler (12 months to 4 yrs): autonomy-separate from parent, minimal language skills, fears pain, safety concerns.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 11/02 22:34 | | 184 | 34 | | 85% on R/A | 11.79 kg / 25 lbs 16 oz | 34 in. (86 cm) | 6/10 | jmh |
| 22:39 | | | | 101.0(R) | | | | | spf1 |
| 22:43 | | 189 | 52 | | | | | | spf1 |
| 22:47 | | | | | 100% on 5% Aerosol Mask | | | | spf1 |
| 23:09 | | 201 | 40 | | 98% on 1.5 lpm NC | | | | lt3 |
| 23:35 | | 197 | 40 | | 100% on 1.5 lpm NC | | | | lt3 |
| 11/03 00:16 | | 172 | 28 | | 100% on 1.5 lpm NC | | | | spf1 |
| 00:22 | | | | 100.5(R) | | | | | spf1 |
| 01:05 | | | | | 100% on 1.5 lpm NC | | | | spf1 |
| 01:12 | | 161 | | | | | | | spf1 |
| 01:32 | | | | 99.9(R) | | | | | spf1 |
| 02:06 | | 172 | 32 | | 100% on 1.5 lpm NC | | | | lt3 |
| 02:35 | | | | | 100% | | | | lt3 |
| 03:04 | | 154 | 32 | | 100% on 1.5 lpm NC | | | | spf1 |
| 04:45 | | 145 | 32 | | 100% on 1.5 lpm NC | | | | spf1 |
| 06:10 | 132 / 51 | 167 | | | 100% on 12% Aerosol Mask | | | | mg3 |
| 06:47 | | 161 | 34 | 98.6(R) | 97% | | | | mg3 |
| 07:00 | | | | | 100% | | | | jcm |
| 07:15 | | | | | 100% | | | | jcm |
| 07:30 | | 156 | 32 | | 99% on 2 lpm NC | | | 0/10 | jcm |
| 07:45 | | | | | 100% | | | | jcm |
| 08:00 | | | | | 100% | | | | jcm |
| 08:15 | | | | | 100% | | | | jcm |
| 08:30 | | | | | 98% | | | | jcm |
| 08:45 | | | | | 98% | | | | jcm |
| 09:10 | | | | | 99% | | | | jcm |
| 09:20 | | | | | 98% | | | | jcm |
| 09:30 | | | | | 99% | | | | jcm |
| 09:40 | | | | | 99% | | | | jcm |
| 10:00 | | | | | 100% | | | | jcm |

*Nurse's Notes Con't*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10:15 | | | | | 100% | | | jcm |
| 10:30 | | | | | 100% | | | jcm |
| 10:34 | | 134 | 32 | | 100% on 2 lpm NC | | | jcm |
| 12:42 | | 154 | 26 | | 100% on 2 lpm NC | | 0/10 | jcm |

| | | |
|---|---|---|
| 07:30 | FLACC (infant-toddler) | jcm |
| 06:10 | pt crying during vitals | mg3 |

**Vitals:**

| | | |
|---|---|---|
| 11/02 22:34 | Acuity: 2 - Emergent. | jmh |
| 22:39 | Body Mass Index = 15.94. | spf1 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 22:34 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jmh |

**ED Course:**

| | | |
|---|---|---|
| 22:27 | Patient arrived in ED. | ms2 |
| 22:27 | Patient moved to KIOSK. | ms2 |
| 22:31 | Allen, dr. is Private Physician. | jmh |
| 22:36 | Patient moved to 14. | jmh |
| 22:38 | Patient moved to 1. | mg3 |
| 22:38 | Fitzgerald, Stormy, RN is Primary Nurse. | spf1 |
| 22:40 | Patient/caregiver encouraged to voice any concerns. Side rails up X2. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Pulse ox on. Bedside monitor alarms on and audible. | spf1 |
| 22:47 | Inserted saline lock IV, 24 gauge in right antecubital area and blood collected. Per Lauren, RN. O2 via Pt placed on aerosol mask at 5L/min. | spf1 |
| 22:52 | Paul, Edward, MD is Attending Physician. | ep |
| 23:05 | Patient moved to Radiology. | tmc |
| 23:05 | Patient moved to 1. | tmc |
| 23:05 | Chest Xray Portable 1 View Sent. | tmc |
| 23:08 | O2 via nasal cannula @ 1L/min. | lt3 |
| 23:38 | O2 via nasal cannula 1.5L/min. | spf1 |
| 11/03 00:13 | Patient moved to Radiology. | tmc |
| 00:13 | Chest Xray Portable 1 View Sent. | tmc |
| 00:13 | Neck Soft Tissue Sent. | tmc |
| 00:20 | Patient moved to 1. | tmc |
| 01:24 | No apparent distress. Resting quietly. | spf1 |
| 02:07 | No apparent distress. Resting quietly. playing game on phone. | lt3 |
| 03:06 | No apparent distress. Appears to be sleeping. | spf1 |
| 03:28 | Tran, Sharon, MD is Admitting Physician. | ep |
| 03:29 | Waiting for Bed Assignment. | ep |

Name: Aaliyah████████

Print Time: 11/4/2015 15:08:04

MRN: K000629604
Account#: K31687676
Page 3 of 5

*Nurse's Notes Con't*

| | |
|---|---|
| 04:19 Patient moved to Holding. | srt |
| 04:45 No apparent distress. Appears to be sleeping. Pt's mother at bedside. | spf1 |
| 05:52 Discontinued IV lock intact, bleeding controlled, pressure dressing applied, IV site resistance to flush, redness, swelling, and discomfort noted. IV infiltrated and discontinued. | spf1 |
| 05:58 Inserted saline lock IV, 24 gauge in left hand. | spf1 |
| 06:14 Critical Med Co-Sign: Solu-Medrol 20 mg IV, dosage verified by Stormy, RN. | spf1 |
| 06:14 Critical Med Co-Sign: Albuterol 0.5 unit dose, dosage verified by Stormy, RN. | spf1 |
| 06:15 Crying, fussy. | spf1 |
| 06:21 Diet: diet tray ordered. | spf1 |
| 06:55 Primary Nurse role handed off by Fitzgerald, Stormy, RN. | jcm |
| 06:55 Mathews, Janet, RN is Primary Nurse. | jcm |
| 06:55 Report received from Stormy, RN, using the SBAR communication method. | jcm |
| 07:02 Report given to Janet, RN, using the SBAR communication method. | spf1 |
| 07:08 No apparent distress. Resting quietly. Appears to be sleeping. Awaiting bed assignment. ER nurse to see patient. Pt visited by mother. | jcm |
| 07:08 Admit orders noted, and initiated. | jcm |
| 07:42 No apparent distress. Resting quietly. Appears to be sleeping. Awaiting bed assignment. | jcm |
| 09:00 No apparent distress. Watching TV. Awaiting bed assignment. ER nurse to see patient. Pt visited by family. | jcm |
| 09:00 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Pulse ox on. Bedside monitor alarms on and audible. | jcm |
| 09:00 IV maintenance: IV is patent, is intact, arm board in place and secured. | jcm |
| 09:22 Private physician Dr. Dr Matriano-Lim Called asking about status of patient. Advised there are no beds on Peds at this time. | jcm |
| 10:29 No apparent distress. Resting quietly. Watching TV. Awaiting bed assignment. ER nurse to see patient. Pt visited by family. | jcm |
| 11:32 No apparent distress. Resting quietly. Awaiting bed assignment. ER nurse to see patient. Pt visited by family. | jcm |
| 12:15 Respiratory therapy at the bedside for breathing treatment. | jcm |
| 12:40 Waiting for Bed Assignment. | jc3 |
| 12:42 No procedures done that require assistance. | jcm |

**Administered Medications:**

| Time | Drug & Dose | Route | Rate | Duration | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|
| 11/02 22:42 | DuoNeb 1 unit dose | Inhalation | | | | | jaw1 |
| 22:50 | Follow up: Response: No Adverse Reaction; Respiratory status unchanged | | | | | | lt3 |
| 22:49 | Tylenol - Acetaminophen Suppository 160 mg | PR | | | | | spf1 |
| 11/03 00:15 | Follow up: Response: Temperature is decreased | | | | | | spf1 |
| 11/02 22:53 | DuoNeb 1 unit dose | Inhalation | | | | | mg3 |
| 23:00 | Follow up: Response: No Adverse Reaction; Respiratory status unchanged | | | | | | lt3 |
| 23:08 | SOLU-MEDrol 25 mg | IVP | | | right antecubital | | lt3 |
| | | | | | | | |

Name: Aaliyah ███████

  

*Nurse's Notes Con't*

| Time | Medication | Route | | | Site | | Initials |
|---|---|---|---|---|---|---|---|
| 23:34 | Follow up: Response: No Adverse Reaction | | | | | | lt3 |
| 23:19 | DuoNeb 1 unit dose | Inhalation | | | | | spf1 |
| 23:34 | Follow up: Response: No Adverse Reaction; Respiratory status improved | | | | | | lt3 |
| 11/03 00:30 | Ibuprofen Suspension 1 dose | PO | | | | | lt3 |
| 01:32 | Follow up: Temp 99.9 Rectal; Response: Temperature is decreased; No Adverse Reaction; Tolerated well | | | | | | spf1 |
| 01:20 | Rocephin 600 mg | IVPB | | | right antecubital | | lt3 |
| 02:20 | Follow up: Response: No Adverse Reaction; IV Status: Completed infusion; IV converted to saline lock | | | | | | spf1 |
| 06:07 | SOLU-MEDrol 20 mg | IVP | | | left hand | | mg3 |
| 06:26 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | spf1 |
| 06:09 | Albuterol 0.5 unit dose | Inhalation | | | | | mg3 |
| 06:26 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | spf1 |
| 06:09 | Zithromax 120 mg | IVPB | | | left hand | | mg3 |
| 08:52 | Follow up: Response: No Adverse Reaction; IV Status: Completed infusion | | | | | | jcm |

1 - Note: Per Melissa, RN.

**Outcome:**

03:29 Admit ordered by MD. ep

12:42 Moved to Pediatrics Room # 518, accompanied by tech, family with patient, with oxygen, with chart, Report called to Cassandra, RN on 5E, using the SBAR communication method. Instructed on admit to floor admission process Demonstrated understanding of instructions, medications. All belongings were taken to the room upon admit. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen used on this visit. jcm

12:57 Electronic medical record closed. jcm

**Signatures:**

| Name | | Initials | Name | | Initials |
|---|---|---|---|---|---|
| Taylor, Shirley | | srt | Paul, Edward, MD | MD | ep |
| Mathews, Janet, RN | RN | jcm | Jennings, Jacqueline | | jc3 |
| Cook, Tara, RT | RT | tmc | Hartsell, Michael, RN | RN | jmh |
| Scriptuser, MEDHOST | | ms2 | Trickett, Lauren, RN | RN | lt3 |
| Griggs, Melissa, RN | RN | mg3 | Turner, Elaina, Scribe | Scribe | et3 |
| Wright, Jennifer, RN | RN | jaw1 | Fitzgerald, Stormy, RN | RN | spf1 |

**Corrections:**

11/02 22:49 ~~22:47 Inserted saline lock IV, 22 gauge in right antecubital area and blood collected.~~ ~~spf1~~ spf1

23:21 ~~22:47 Inserted saline lock IV, 22 gauge in right antecubital area and blood collected. Per Lauren, RN~~ ~~spf1~~ spf1

11/03 07:45 ~~07:30 Pulse Ox 96%;~~ ~~jcm~~ jcm

12:44 ~~12:42 Moved to Pediatrics Room # 518, accompanied by tech, family with patient, with oxygen, with chart, Report called to , using the SBAR communication method.~~ ~~jcm~~ jcm

RUN DATE: 11/05/15
RUN TIME: 1514
RUN USER: BROOKT.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 1

**WKHS PNEUMOCOCCAL Vaccine Protocol**
**PREVNAR 13 (Pneumococcal 13 Valent Vaccine)**
**Administer Year Round**

**Contraindications (Do NOT administer)**
**(Check all that apply)**

- ☐ Patient does not meet vaccine indications below
- ☐ Patient has received Pneumovax (Pneumococcal 23 Valent) vaccine within the last year
- ☐ Patient has received Prevnar-13 (Pneumococcal) 13 Valent Vaccine
- ☐ Patient refused vaccine
- ☐ Known sensitivity to previous dose of pneumococcal vaccine
- ☐ Known sensitivity to Diptheria Toxoid containing vaccines

**Indications (Check all that apply)**

- ☐ 65 years of age or older AND none of the contraindications above
- ☐ 65 years of age or older, pneumococcal vaccination status unknown AND none of the contraindications above

**If NO Contraindications**
Administer Prevnar-13 (Pneumococcal 13 Valent Vaccine)

- ☐ 0.5 mL IM

Lot Number: ____________________ Manufacturer: ____________________

Date on vaccine information sheet: __________ Vaccine Information Sheet (VIS) given to patient: YES NO

Patient vaccine consent: ______________________________
Patient Signature

***Document administration of vaccine on patient's MAR**

______________________________ ____________________
Assessment completed by: Date / Time Printed Name

Clarification (by Pharmacy) of Prevnar-13 (Pneumococcal 13 Valent Vaccine order):
- ☐ The patient has received Pneumovax (Pneumococcal 23 Valent) in the last year. Do NOT administer
- ☐ The patient has previously received Prevnar-13 (Pneumococcal 13 Valent). Do NOT administer

______________________________ ____________________
Assessment clarification completed by: Date / Time Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

**THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD**

Name: [redacted] L
Acct#: K31687676
Room/Bed: K.E5518-1
DOB: 10/01/13 Age: 2Y 01M Sex: F Weight: 27

**WKHS Adult Influenza Vaccine Protocol**
**INFLUENZA Vaccine [Quadrivalent Inactivated (killed)]**
**Administer September - March**
**Contraindications (Do NOT administer)**
**(Check all that apply)**

- ☐ Patient under age 18 years of age
- ☐ Vaccine not required (April - August)
- ☐ Patient previously immunized this flu season
- ☐ Patient refused vaccine
- ☐ History of serious reaction to vaccine
- ☐ History of allergy to eggs
- ☐ History of Guillain-Barre Syndrome

**Indications**
**(Check all that apply)**

- ☐ 18 years of age or older AND none of the contraindications above

**If NO Contraindications**
Administer Influenza (Quadrivalent) Vaccine

- ☐ 0.5 mL IM

Influenza vaccine given

Lot number: ____________________ Manufacturer: ____________________

Date on vaccine information sheet: ____________ Vaccine Information Sheet (VIS) given to patient: YES NO

Patient vaccine consent: ______________________________
Patient's Signature

***Document administration of vaccine on patient's MAR**

Assessment completed by: ____________ Date / Time ____________ Printed Name

This is a protocol approved by Medical Staff 9/2006 and revised 9/2007, 12/2010, 4/2012, 09/2013, 08/2015; therefore does not require a physician signature. This is in accordance with the Law Governing the Practice of Nursing and Louisiana State Board of Medical Examiners position statement. (LSBN, Examiner, Winter 2003)

**THIS DOCUMENT IS A PERMANENT PART OF THE MEDICAL RECORD**

Name: HENDERSON,[redacted] L
Acct#: K31687676
Room/Bed: K.E5518-1
DOB: 10/01/13 Age: 2Y 01M Sex: F Weight: 27

RUN DATE: 11/05/15
RUN TIME: 1514
RUN USER: BROOKT.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 3

Date of Discharge: 11/5/15

Discharge patient to: Home

☐ Home Health ☐ Physical Therapy

Diagnosis: Reactive Airway Disease, URI, B/L acute otitis media

Allergies: NKDA

Follow-up: c̄ PCP next week

Diet: Reg

Vaccine Protocol:
☒ Follow Flu/Pneumonia Vaccine Protocol

1

Activity:
☐ Resume normal activity
☐ No driving
☐ Other: ______
☐ Per physician instruction sheet
☐ No climbing stairs
☐ No lifting

Hygiene Restrictions:
☐ No restrictions
☐ Shower only
☐ Tub bath only
☐ Sponge bath only
☐ Other: ______

IV Therapy:
☐ discharge with saline lock in place
☐ discharge with PICC line in place
☐ discharge with central line in place
☐ discharge with port access needle in place

Drainage devices:
☐ discharge with urinary catheter in place
☐ discharge with ______ drain in place
☐ discharge with (other) ______ in place

OR

☐ Complete NIHSS on discharge (WKP only)

2

☐ See physician discharge sheet (attached)

Name: [redacted] L
Acct#: K31687676
Room/Bed: K.E5518-1
DOB: 10/01/13 Age: 2Y 01M Sex: F Weight: 27

Noted JBrooks RN 11-5-15 @ 1635

```
RUN DATE: 11/05/15                    Willis Knighton South *ADMISSIONS*                          PAGE 4
RUN TIME: 1514                  Discharge Orders/Discharge Medication Reconciliation
RUN USER: BROOKT.NS
```

### DISCHARGE MEDICATION RECONCILIATION

**Continue at home?** ▓▓▓▓▓▓▓ HOSPITAL MEDICATIONS ▓▓▓▓▓▓▓
**Please circle**

| (Yes) No | ORAPRED U/D (PREDNISOLONE) | 12 MG (4 ML) | (REFRIGERATE!) | PO | BID |

Change:  _× 3 days_

| (Yes) No | PROVENTIL U/D (ALBUTEROL SOLUTION 0.083%) | AS DIRECTED | (USE VIA INHALATION NEBULIZATION ONLY!) | INH | .Q4H |

Change:  _Q4 × 24° prn  Q4-6 prn nurse_

| (Yes) No | ZITHROMAX (AZITHROMYCIN) | 60 MG (3 ML) | (SHAKE WELL!) (STORE AT ROOM TEMPERATURE!) | PO | DAILY |

Change:  _× 2 days  next dose tomm_

**Continue at home?** ▓▓▓▓▓▓▓ PRN MEDICATIONS ▓▓▓▓▓▓▓
**Please circle**

| (Yes) No | PEDIA PROFEN (IBUPROFEN PED. SUSP) | 120MG (6ML) | AS NEEDED FOR TEMPERATURE >= 101 (SHAKE WELL!)(SAME AS ADVIL/MOTRIN) | PO | PRN .Q6H |

Change:

| (Yes) No | TYLENOL (ACETAMINOPHEN) | 175MG (5.5ML) | AS NEEDED FOR TEMPERATURE >= 100.4 (DO NOT EXCEED 4,000 MG/24HRS!) | PO | PRN .Q4H |

Change:

ADDITIONAL MEDICATONS (NEW MEDICATIONS)

---

Name: ▓▓▓▓▓▓▓ L
Acct#: K31687676
Room/Bed: K.E5518-1
DOB: 10/01/13   Age: 2Y 01M   Sex: F   Weight: 27

_Noted Jprocur PM 11-5-15 @ 1655_

RUN DATE: 11/05/15
RUN TIME: 1514
RUN USER: BROOKT.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 5

Physician Signature: [signature] Date: 11/5/15 Time: 330pm
Signature certifies the above discharge order and discharge medications

Clarfications, If necessary

Noted J Brooks RN 11-5-15 @ 1635

Physician Signature: ______________ Date: ______ Time: ______
(Signature only needed if clarifications are noted)

Name: [redacted] L
Acct#: K31687676
Room/Bed: K.E5518-1
DOB: 10/01/13 Age: 2Y 01M Sex: F Weight: 27



Page 1562 of 1758

RUN DATE: 11/05/15
RUN TIME: 1514
RUN USER: BROOKT.NS

Willis Knighton South *ADMISSIONS*
Discharge Orders/Discharge Medication Reconciliation

PAGE 6

**Home Medications NOT An Order**

[redacted] For Information/Comparison Only [redacted]

[redacted] NOT AN ORDER [redacted]

Name [redacted] L
Acct#: K31687676
Room/Bed: K.E5518-1
DOB: 10/01/13 Age: 2Y 01M Sex: F Weight: 27



WILLIS-KNIGHTON HEALTH SYSTEM

| Date Ordered | Time Ordered | Orders |
|---|---|---|
| 11/4/15 | 10 Am | Social services consult for home nebulizer S.M 2944 |
| 11-4-15, | 1100, | Noted, D. Simpson RN |
| 11/4/15 | 12pm | Atrovent [redacted] neb Q8 x 24hrs D. Williams RT 11/4/15 D/U |
| | | Albuterol 2.5 mg via neb Q4 |
| | | D/C IVF |
| | | D/C Rocephin ; D/C Solumedrol |
| | | Orapred 12mg PO BID |
| | | Δ Azithromycin 60 mg to PO Q day S.M 2944 |
| 11-4-15, | 1230, | Noted, D. Simpson RN |
| | 24° | Chart ✓ Dominic Thomas RN. 11/5/15 0300 |

FAXED

**Prohibited Abbreviation:** IU, MgS04, MS, MS04, QD or qd
**Please Use:** international unit, magnesium sulfate, morphine sulfate, morphine sulfate, daily

**Prohibited Abbreviation** q.o.d. or QOD, U or u, Trailing zero (x.0 mg), Lack of leading zero (.x mg)
**Please Use:** every other day, unit, Never write a decimal point (X mg), Always use a zero before a decimal point (0.x mg)

**Committee Approved Blank Order Form – Must be Hand Written**

PO0005

Printed: 11/03/2015

[redacted]IYAH L
10/01/2013 002Y 01M F
Sharon Tran
K31687676 11/03/2015 K.E5518 1



WILLIS-KNIGHTON HEALTH SYSTEM

| Date Ordered | Time Ordered | Orders |
|---|---|---|
| | | ~~A to Dr. Tran Service~~ |
| | | Albuterol 2.5mg via neb Q6 |
| 11/3/15 | 345 pm | D/C Solumedrol 12mg IV Q12 |
| | | Wt upon admission 12.57kg |
| FAXED | | Tylenol 175 mg PO Q4 prn temp ≥ 100.4 |
| | | Motrin 120 mg PO Q6 prn temp ≥ 101 |
| | | D5 1/2 NS @ 45ml/hr |
| | | Maintain O2 ≥ 90%, wean O2 as tolerated |
| | | Viral resp panel |
| | | Rapid Mycoplasma (+) |
| | | S. Tran 2944 |
| | | Noted C. Pollard RN 11/3/15 @ 1700 |
| 11/3/15 | 540 pm | Albuterol 5mg neb Neo 1 hour x 1 now — Noted K. Lupo RRT @ 1800 11-3-15 |
| | | then Alb[illegible] Q2 D/C MEDICINE |
| | | S. Tran 2944 |
| | | ~~Noted C. Pollard RN 11/3/15 @ 1700~~ error |
| 11-3-15 | 1750 | D/C above albuterol treatment FAXED |
| | | TOV, Dr. Tran / Elaina Fox RN |
| | | S. Tran 2944 11/3/15 630pm |
| 11-3-15 | 1800 | Noted, [redacted] Fox RN — Noted 11/3/15 |
| 11/3/15 | 8pm | Albuterol 2.5mg Q6 S. Tran 2944 — FAXED |

11-3-15 2000 Noted Jamie Watson RN

FAXED

Jessica Watson RN

| Prohibited Abbreviation: | Please Use: | Prohibited Abbreviation | Please Use: |
|---|---|---|---|
| IU | international unit | q.o.d. or QOD | every other day |
| MgS04 | magnesium sulfate | U or u | unit |
| MS | morphine sulfate | Trailing zero (x.0 mg) | Never write a decimal point (X mg) |
| MS04 | morphine sulfate | Lack of leading zero (.x mg) | Always use a zero before a decimal point (O.x mg) |
| QD or qd | daily | | |

**Committee Approved Blank Order Form – Must be Hand Written**

11-3-15 2300 24° Chart check — Jamie Watson RN

Printed: 11/03/2015

P00005

PO193_1
Revised 07/25/2013
Committee Approved 07/31/2013
Page 1 of 1

[redacted]YAH L
10/01/2013 002Y 01M F
Sharon Tran
K31687676 11/03/2015 K.E5518 1

WILLIS-KNIGHTON HEALTH SYSTEM

# EMERGENCY DEPARTMENT TEMPORARY ORDERS

Henderson

**Date/Time** 11/3/15 0348 **Level of service:** ☑ Inpatient admission (expected to stay 2 midnights) ☐ Observation

**1. Attending M.D.** Tran **Level of care:** ☑ Routine ☐ Telemetry ☐ Step-Down ☐ Critical Care ☐ PICU

**2. Diagnosis:** Febrile illness, Hypoxia, Reactive Airway

**3. Allergies (including Food):** NKDA

**4. Condition:** ☐ Good ☑ Fair ☐ Poor

**5. Vitals:** Floor routine with BP every 4 hours ; Weigh on admission and ☐ daily

☐ Urinary catheter/HOUDINI protocol; I & O every ______ hr; ☐ Neurological checks every ______ hr for ______ hr

**6. NPO/Diet:** (circled) Regular dn comp. ✓

**7. Activity:** (Ad lib circled) Bed rest with bathroom privileges / Up with assistance / Complete bed rest

**8. Lab/X-Ray:** ☐ Bedside glucose ______ , do not confirm: call MD if greater than 350 mg/dL or less than 70 mg/dL

☐ EKG & Troponin every 6 hours times 2 – reason for exam:

11-3-15 @ 0919

ER dn comp. ✓ Noted T. [signature]

**9. MEDS:** ☐ Oxygen via Nasal Cannula 2L/min ☑ Oxygen protocol ☐ Other

ER Albuterol 1/2 Unit dose by nebulizer Q 6 hours dn comp. prn

– Solumedrol 20mg IV Q 6 hours ER

– Rocephin 600mg IV Q 24 hours ✓ ED 0120

– Zithromax 120mg IVPB first dose then 60mg IVPB Qd ✓ ED 0609

– Tylenol 180mg PO 4 hours prn temp >100 ER

ER

**10. SALINE LOCK** (circled) **/ IV FLUIDS:**

**11. OTHER:**

**12. CONSULT** Dr

13. Complete care is turned over to Dr Mehrotra-Lim on patient's admission to the hospital.

Notify him/her **STAT** or at ______ of admission/arrival and **STAT** for any problems or concerns.

Spoke to: Mehrotra-Lim [Physician Signature] E. PAUL, MD

Physician Signature — Printed Name or Dictation #

Noted J Matt[signature] 11-3-15 @ 0708

PO2675 _1
Revised 01/07/2015
Committee Approved 03/13/2015
Page 1 of 1

PO0005

FAXED @0408

10/01/13 2Y 01M
Paul, Edward M.D.
K31687676
11/02/15

Rm 518

WILLIS-KNIGHTON HEALTH SYSTEM

# Pediatric Hospitalist Progress Note

Date: 11/4/15 Time: ______ Name: ______

Interval History: Resting in ☐ bed ☑ chair ☐ crib ☑ No new problems/complaints
☐ Other Afebrile. Still c cough. Appetite improving

Meds: ☑ Reviewed Remarks ______

☑ Discussed Assessment/Plan with ☐ patient ☑ family at ☑ bedside ☐ per phone

ROS: ☐ 10 systems reviewed otherwise Negative Positive: ______

**Interval Physical Exam:**

*Vitals:* temp 97.2 HR 114 RR 35 O2 sat 95 RA

*General:* ☑ Well-hydrated ☐ WN ☑ NAD ☑ Nontoxic ☐ Remarks ______

*HEENT:* ☑ Normocephalic atraumatic ☐ Anterior fontanelle open & flat ☑ PERRL ☐ Conjunctiva clear
☐ No rhinorrhea/congestion ☐ Nasal flaring ☐ Tempanic membranes normal bil ☑ Oral mucosa moist ☑ Pharynx normal
☐ Remarks Clear rhinorrhea, TM inflammation B/L, ↓ bulging

*Neck:* ☐ Normal ☑ Supple ☐ No rigidity ☐ Adenopathy ☐ Masses ☐ Jugular vein distention ☐ Remarks ______

*Heart:* ☐ Normal ☑ S1S2 normal ☐ RRR ☐ Murmur ☐ Remarks ______

*Lungs:* ☐ Normal ☐ CTA bil ☑ Unlabored Air movement: ☐ Good ☑ Fair ☐ Poor ☐ Unlabored ☐ Rales ☐ Rhonchi
☑ Wheeze (end expiratory/inspiratory) ☐ Crackles ☐ Retractions ☐ Stridor ☐ Remarks ______

*Abdomen:* ☐ Normal ☑ Soft ☑ Non-tender ☑ Non-distended ☑ Normal active bowel sounds ☐ Hepatosplenomegaly
☐ Masses ☐ Remarks ______

*Extremities:* ☐ Normal ☐ Cyanosis ☑ Capillary refill less than 2 seconds ☐ Edema ☐ ______ Pulses
☐ Remarks ______

*Musculoskeletal:* ☐ Normal ☑ Joints full ROM ☐ Pain ☐ Contractures ☐ Weakness ☐ Remarks ______

*Skin:* ☑ Normal ☐ Warm/dry ☐ Rash ☐ Remarks ______

*Neuro:* ☑ Normal/nonfocal ☐ Warm/dry ☑ Awake ☑ Alert ☐ Oriented ☐ Times 3 ☐ Irritable ☐ Sedated ☐ CN 2-12 intact
☐ Remarks ______

Lab: ☐ Reviewed ☐ Abnormals

Ca ______
Alb ______ AstAlt ______
Alk/Phos ______
T/Dbili ______

Segs ______
Bands ______
Lymphs ______

Other: Mycoplasma IgM ⊕ viral resp panel ⊖
Blood cx pending

Impression: 2y/o female c URI, AOM B/L, Reactive Airway Exacerbation, Febrile illness!
↓ PO intake slightly improving

Plan: ☑ See orders ☑ Continue medical management
☐ Recommendations per consultant/s: ______

☑ Follow labs ☑ O2, Respiratory Therapy
☑ Continue antibiotics, Day #2 Zithromax
☐ Continue therapy/Rehab ☑ Nutrition support
D/C Rocephin. 1/p 2 doses
Δ Alb to Q4°; Δ to PO steroids / Orapred.
F/u Blood cx

Physician Signature [signature] 11/4/15 11:30 AM Date/Time

☑ Sharon Tran, M.D. (2944) ☐ Greg Oji, M.D.(2977)

PN0005

PN650_1
Devised 05/01/2015
Committee Approved 05/11/2015
Page 1 of 1

HENDERSON, AALIYAH L
10/01/13 2Y 01M
Tran, Sharon N M.D. K.E5518
11/03/15
K31687676

Patient Name: [redacted] L
Unit No: K000629604 SS#:
Admitting Diagnosis: FEBRILE ILLNESS, HYPOXIA, REACTIVE AIRWAY

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 001100206 | XR/CHEST XRAY PORTABLE 1 VIEW | |

REASON FOR EXAM: Cold Symptoms

CHEST:

DICTATED TIME: 9:55 AM

INTERPRETIVE LOCATION: WKS

AP CHEST: Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass or effusion. No significant skeletal abnormality is noted.

***IMPRESSION: Normal chest.***

** REPORT ELECTRONICALLY SIGNED 11/04/2015 (0801) **
Reported By: J.M.ALBA,M.D.(ELEC.SIGN)WKS
Signed By: ALBA,JOSE M
11/04/2015 0801

CC: Allen, Larry M M.D.

Transcribed Date/Time: 11/03/2015 (1757)
Transcriptionist: GRIMEC.RD
Printed Date/Time: 11/04/2015 (0802)
Tech: TARA COOK,

WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118
A NOT FOR PROFIT HOSPITAL
SERVING THE ARK-LA-TEX SINCE 1925

Name: [redacted] L
Phys: Paul, Edward M.D.
DOB: 10/01/2013 Age: 2Y 1M Sex: F
Acct No: K31687676 Loc: K.E5518 1
Exam Date: 11/02/2015 Status: ADM IN
Radiology No:

Patient Name: [redacted] L
Unit No: K000629604 SS#:
Admitting Diagnosis: FEBRILE ILLNESS, HYPOXIA, REACTIVE AIRWAY

EXAM# TYPE/EXAM RESULT
001100214 XR/NECK SOFT TISSUE

REASON FOR EXAM: Cold Symptoms

SOFT TISSUE VIEWS OF NECK:

DICTATED TIME: 9:55 AM

INTERPRETIVE LOCATION: WKS

Upper respiratory airways unremarkable. Prevertebral soft tissues are within normal limits.

***IMPRESSION:***
***No definite abnormalities are seen.***

** REPORT ELECTRONICALLY SIGNED 11/04/2015 (0802) **
Reported By: J.M.ALBA,M.D.(ELEC.SIGN)WKS
Signed By: ALBA,JOSE M
11/04/2015 0802

CC: Allen, Larry M M.D.

Transcribed Date/Time: 11/03/2015 (1755)
Transcriptionist: GRIMEC.RD
Printed Date/Time: 11/04/2015 (0802)
Tech: TARA COOK,

WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118
A NOT FOR PROFIT HOSPITAL
SERVING THE ARK-LA-TEX SINCE 1925

Name: [redacted] L
Phys: Paul, Edward M.D.
DOB: 10/01/2013 Age: 2Y 1M Sex: F
Acct No: K31687676 Loc: K.E5518 1
Exam Date: 11/03/2015 Status: ADM IN
Radiology No:



Willis-Knighton South Nursing **LIVE**
Vital Signs / I&O / Diabetic Flowsheet

[redacted] (K000629604)
Age/Sex: 2Y 01M F
Room: 5ES K E5518 1 (Admitted 11/03/15)

96 hours
from Nov 1, 2015 0701 to Nov 5, 2015 0700
Printed 11/05/15 at 0637 by THOMAC7.NS

**Vital Signs**

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2: |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/15 1224 | | | 131 | 24 | | | | | | |
| 11/03/15 1358 | | | 159 | 40 | Machine | 98.2 | Axillary | | | |
| 11/03/15 1500 | | | | | | | | 25 | 12.71 | |
| 11/03/15 1600 | | | 119 | 22 | Machine | 96.8 | Tympanic | | | 96 |
| 11/03/15 2000 | | | 101 | 36 | Machine | 99.2 | Tympanic | | | |
| 11/03/15 2200 | | | | | | | | 27 | 11.4 | |
| 11/04/15 0000 | | | 140 | 28 | Machine | 97.5 | Tympanic | | | 97 |
| 11/04/15 0500 | | | 137 | 32 | Machine | 96.9 | Tympanic | | | 100 |
| 11/04/15 0800 | | | 151 | 36 | Machine | 97.3 | Tympanic | | | 100 |
| 11/04/15 1200 | | | 114 | 35 | Machine | 97.2 | Tympanic | | | 95 |
| 11/04/15 1600 | | | 115 | 35 | Machine | 97.2 | Tympanic | | | 99 |
| 11/04/15 1920 | | | 150 | 26 | Machine | 97.7 | Tympanic | | | 99 |
| 11/04/15 2330 | | | 137 | 28 | Machine | 98.1 | Tympanic | | | 97 |
| 11/05/15 0400 | | | 114 | 24 | Machine | 97.1 | Tympanic | | | 97 |

**Intake & Output**

| Period: 12.00 Hrs Ending | 11/03/15 1900 | 11/04/15 0700 | *24 hr* | 11/04/15 1900 | 11/05/15 0700 | *24 hr* |
|---|---|---|---|---|---|---|
| Intake (ml) | | | | | | |
| ORAL: Not H2O | | 480 | 480 | 620 | 264 | 884 |
| IV: | | 470 | 470 | | | |
| IVPB: | | 125 | 125 | | | |
| Total Intake | | 1075 | 1075 | 620 | 264 | 884 |
| Output (ml) | | | | | | |
| Void X NM: | | 3 | | 3 | 3 | |
| Stool X: | | | | 2 | 1 | |
| Fluid Balance | | 1075 | 1075 | 620 | 264 | 884 |

Temperature
Pulse/Resp
11/01/15 1500
11/01/15 2300
11/02/15 0700
11/02/15 1500
11/02/15 2300
11/03/15 0700
11/03/15 1500
11/03/15 2300
11/04/15 0700
11/04/15 1500
11/04/15 2300
11/05/15 0700

Willis-Knighton South Nursing **LIVE**
Vital Signs / I&O / Diabetic Flowsheet

Page: 1

HENDERSON AALIYAH L (K000629604)
Age/Sex: 2Y 01M F
Room: 5ES K.E5518 1 (Admitted 11/03/15)

96 hours
from Oct 31, 2015 0701 to Nov 4, 2015 0700
Printed 11/04/15 at 0653 by WATSOJ1.NS

Vital Signs

| Date-Time | B/P | BP Pos | Pulse | RR | HR Src | Temp | Temp Src | Weight (LB) | Weight (OZ) | SAO2: |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/15 1224 | | | 131 | 24 | | | | | | |
| 11/03/15 1358 | | | 159 | 40 | Machine | 98.2 | Axillary | | | |
| 11/03/15 1500 | | | | | | | | 25 | 12.71 | |
| 11/03/15 1600 | | | 119 | 22 | Machine | 96.8 | Tympanic | | | 96 |
| 11/03/15 2000 | | | 101 | 36 | Machine | 99.2 | Tympanic | | | |
| 11/03/15 2200 | | | | | | | | 27 | 11.4 | |
| [redacted] | | | | 28 | Machine | 97.5 | Tympanic | | | 97 |
| 11/04/15 0500 | | | 137 | 32 | Machine | 96.9 | Tympanic | | | 100 |

Intake & Output

| Period: 12.00 Hrs Ending | 11/02/15 1900 | 11/03/15 0700 | *24 hr* | 11/03/15 1900 | 11/04/15 0700 | *24 hr* |
|---|---|---|---|---|---|---|
| Intake (ml) | | | | | | |
| ORAL: Not H2O | | | | | 480 | 480 |
| IV: | | | | | 470 | 470 |
| IVPB: | | | | | 125 | 125 |
| Total Intake | | | | | 1075 | 1075 |
| Output (ml) | | | | | | |
| Void X NM: | | | | | 3 | |
| Fluid Balance | | | | | 1075 | 1075 |

Δ T/Tympanic • R/Rectal/No Response o O/Orally | A/Axillary X / • Resp. Rate: ∇ Heart Rate:
↓↑ Off graph



RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 1

LOCATION

**PATIENT:** [redacted] L | **ACCT #:** K31687676 | **LOC:** 5ES | **U #:** K000629604
**AGE/SX:** 2Y 01M/F | **ROOM:** K.E5518 | **REG:** 11/02/15
**REG DR:** Tran, Sharon N M.D. | **STATUS:** DIS IN | **BED:** 1 | **DIS:** 11/05/15

CHEMISTRY
GENERAL CHEMISTRY

| | 1 | | |
|---|---|---|---|
| Day | 1 | | |
| Date | NOV 2 | | |
| Time | 2240 | Reference | Units |
| => Glucose | (a) H | (70-109) | mg/dL |
| => Potassium | 5.4 H | (3.5-5.1) | mmol/L |
| => Sodium | 141 | (136-145) | mmol/L |
| => Chloride | 108 H | (98-107) | mmol/L |
| => CO2 | 25 | (21-32) | mmol/L |
| => BUN | 11 | (7-18) | mg/dL |
| => Creatinine | 0.43 | | mg/dL |
| => Calcium | 9.8 | (8.5-10.1) | mg/dL |
| => Anion Gap | 8.0 | (5.0-15.0) | mmol/L |

NOTES: (a) 152 H
See also (b)
(b) Glucose Reference Ranges:

Fasting Glucose Level: 70-109 mg/dL
Impaired Fasting Glucose: 110-125 mg/dL
Defined by the ADA as a category at risk for future diabetes and cardiovascular disease.

The American Diabetes Association (ADA) recommends the following criteria for the diagnosis of diabetes:
Abnormal Fasting Glucose: >=126 mg/dL
Symptoms of diabetes and a random glucose: >=200 mg/dL

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

LOCATION

Patient: [redacted] L #K31687676 (Continued)

HEMATOLOGY

| | Day 1 | | |
|---|---|---|---|
| | Date NOV 2 | | |
| | Time 2240 | Reference | Units |
| => White Blood Cel | 22.2 H | (5.0-12.0) | 10^9/L |
| => Red Blood Cell | 5.15 H | (4.1-5.1) | 10^6/uL |
| => Hemoglobin | 10.9 L | (11.0-14.0) | g/dL |
| => Hematocrit | 35.2 | (33.0-42.0) | % |
| => MCV | 68.4 L | (74.0-89.0) | fL |
| => MCH | 21.3 L | (27.1-34.2) | pg |
| => MCHC | 31.1 L | (33.0-35.6) | g/dL |
| => RDW | 17.2 H | (12.0-14.5) | % |
| => Platelet Count | 481 H | (130-351) | 10^3/uL |
| => Mean Plt Volume | 7.3 | (6.6-10.2) | fL |
| => Neutrophils | 89.4 | (Not Estab.) | % |
| => Lymphocytes | 6.2 | (Not Estab.) | % |
| => Monocytes | 4.1 | (3-10) | % |
| => Eosinophils | 0.0 | (0.0-8.0) | % |
| => Basophils | 0.3 | (0.0-3.0) | % |
| => Neutrophils # | 19.8 | (Not Estab.) | 10^3/uL |
| => Lymphocytes # | 1.4 | (Not Estab.) | 10^9/L |
| => Monocytes # | 0.9 | (Not Estab.) | 10^3/uL |
| => Eosinophils # | 0.0 | (Not Estab.) | 10^3/uL |
| => Basophils # | 0.1 | (Not Estab.) | 10^3/uL |

Viral Respiratory Panel

| | Day 2 | | |
|---|---|---|---|
| | Date NOV 3 | | |
| | Time 1815 | Reference | Units |
| => Adenovirus PCR | (c) | | |
| => Coronaviru 229E | (d) | | |
| => Coronaviru HKU1 | (e) | | |
| => Coronaviru NL63 | (f) | | |
| => Coronaviru OC43 | (g) | | |
| => Human Metapneum | (h) | | |
| => Human Rhino/Ent | (i) | | |
| => Influenza A PCR | (j) | | |

NOTES:
(c) Not Detected
(d) Not Detected
(e) Not Detected
(f) Not Detected
(g) Not Detected
(h) Not Detected
(i) Not Detected
(j) Not Detected

Patient: [redacted] L Age/Sex: 2Y 01M/F Acct#K31687676 Unit#K000629604

Page 1574 of 1758

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 3

LOCATION

Patient: [redacted] L #K31687676 (Continued)

Viral Respiratory Panel Continued

| | Day 2 | | |
|---|---|---|---|
| | Date NOV 3 | | |
| | Time 1815 | Reference | Units |
| => Influenza B PCR | (k) | | |
| => Parainfluenza 1 | (l) | | |
| => Parainfluenza 2 | (m) | | |
| => Parainfluenza 3 | (n) | | |
| => Parainfluenza 4 | (o) | | |
| => RSV | (p) | | |
| => Bordetella pert | (q) | | |
| => Chlamyd pneumon | (r) | | |
| => Mycoplas pneumo | (s) | (Not Detect) | |

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => M pneumo IgM | 2 | NOV 3 | 1855 | POSITIVE | (NEGATIVE) | |

Source: Blood

> Culture, Blood — Final 11/09/15
NO GROWTH AT 5 DAYS

NOTES: (k) Not Detected
(l) Not Detected
(m) Not Detected
(n) Not Detected
(o) Not Detected
(p) Not Detected
(q) Not Detected
(r) Not Detected
(s) Not Detected
See also (t)
(t) Note: Methodology: FDA approved multiplex nested real time PCR

Performed by: University Health Shreveport Virology Lab
1541 Kings Hwy.
Shreveport, LA 71103-3932

Patient: [redacted] L Age/Sex: 2Y 01M/F Acct#K31687676 Unit#K000629604

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON,[redacted] L

Willis-Knighton South Nursing **LIVE**
Patient's Plan Of Care - PEDIATRIC BASIC PLAN OF CARE

Status: Discharged
Initiated: 11/03/15
Completed:
Protocol:

Page 1
Printed 10/01/19 at 1353

| | STS INIT BY | TRGT | COMP BY | INTERVENTIONS | INIT BY | COMP BY | DATE & TIME | DIRECTIONS | STS |
|---|---|---|---|---|---|---|---|---|---|
| Basic Pediatric Nursing Care | D 11/03/15 CJP | | | | | | | | |
| * Basic nursing care will be provided. | D 11/03/15 CJP | 11/07/15 | | | | | | | |
| | | | | * Reassessment/Evaluation - Pediatrics Direction ->07,19 Document when done | 11/03/15 CJP | | | | D |
| | | | | * Intake - PROTOCOL: I&O | 11/03/15 CJP | | 11/03/15 1354 | 06,18 | D |
| | | | | * Output - PROTOCOL: I&O | 11/03/15 CJP | | 11/03/15 1354 | 06,18 | D |
| | | | | * Vital Signs Vital Signs taken by a NAI are reviewed by an RN. - PROTOCOL: VITALSINGS | 11/03/15 CJP | | 11/03/15 1354 | Q4H | D |
| | | | | * Feed With Assistance - PROTOCOL: FEEDMEAL | 11/03/15 CJP | | 11/03/15 1354 | MEALTIMES | D |
| | | | | * Formula Prep | 11/03/15 CJP | | 11/03/15 1354 | MEALTIMES | D |
| | | | | * Feed Formula Per Family Or Staff | 11/03/15 CJP | | 11/03/15 1354 | Q3H | D |
| | | | | * Bath, Total Bed - Toddler - PROTOCOL: BATHCOMP | 11/03/15 CJP | | 11/03/15 1354 | DAILY | D |
| | | | | * Linen Changed | 11/03/15 CJP | | 11/03/15 1354 | DAILY | D |
| | | | | * Emotional Support/Teaching | 11/03/15 CJP | | 11/03/15 1354 | AS NEEDED | D |
| | | | | * Clergy Visits | 11/03/15 CJP | | 11/03/15 1354 | DAILY | D |
| | | | | * Physician Rounds | 11/03/15 CJP | | 11/03/15 1354 | DAILY | D |
| | | | | * Discharge Assessment/Planning | 11/03/15 CJP | | 11/03/15 1354 | AS NEEDED | D |
| | | | | * Weight, Daily, PEDI Or NSY | 11/03/15 CJP | | 11/03/15 1354 | DAILY | D |
| | | | | * Pain, Infant Scale Also perform PRN for painful procedures | 11/03/15 CJP | | | | D |
| | | | | * Critical Value Reporting | 11/03/15 CJP | | | | D |
| INJURY, POTENTIAL FOR | D 11/03/15 CJP | | | | | | | | |
| * No evidence of injury to patient. | D 11/03/15 CJP | 11/07/15 | | | | | | | |
| | | | | * Safety Checks | 11/03/15 CJP | | 11/03/15 1354 | Q2H | D |
| | | | | * IV Site #1 Check/Care | 11/03/15 CJP | 11/04/15 DSS | 11/03/15 1354 | Q2H | C |
| KNOWLEDGE DEFICIT | D 11/03/15 CJP | | | | | | | | |
| * Patient/Family Will Verbalize Understanding of Diagnosis and Treatment. | D 11/03/15 CJP | 11/07/15 | | * Patient Education | 11/03/15 CJP | | 11/03/15 1354 | AS NEEDED | D |
| RT- WHEEZING AND/OR ALTERED RESPIRATORY FUNCTION, ACTUAL AND/OR POTENTIAL TO DEVELOP | D 11/03/15 TS | | | | | | | | |
| * RT: Correct or prevent bronchospasm, improve breath sounds. | D 11/03/15 TS | 11/13/15 | | * RT - Aerosol Therapy | 11/03/15 TS | | 11/03/15 0000 11/04/15 1200 | Q6H Q4H | D |
| | | | | * RT - Aerosol Therapy | 11/04/15 DRW | | 11/04/15 1210 | Q8H | D |
| RT- HYPOXEMIA OR HYPOXIA, ACTUAL AND/OR POTENTIAL TO DEVELOP | C 11/03/15 TS | | 11/04/15 DRW | | | | | | |
| * RT: Improve oxygenation, correct hypoxemia, prevent hypoxia. | C 11/03/15 TS | 11/13/15 | 11/04/15 DRW | * RT - Oxygen Therapy | 11/03/15 TS | 11/04/15 DRW | 11/03/15 0000 | DAILY | C |
| Breathing Pattern, Ineffective | D 11/04/15 DSS | | | | | | | | |
| * AIRWAY BREATHING EFFECTIVE | D 11/04/15 DSS | 11/07/15 | | | | | | | |
| | | | | * Breathing Pattern, Ineffective | 11/04/15 DSS | | 11/04/15 1729 | QSHIFT | D |
| | | | | * O2 Delivery | 11/04/15 DSS | | 11/04/15 1729 | Q2H | D |

| ADDITIONAL INTERVENTIONS | INIT BY | COMP BY | DATE & TIME | DIRECTIONS | STS | SRC |
|---|---|---|---|---|---|---|
| * RT - Initial Assessment | 11/03/15 TS | | | | D | PS |
| * Patient Education | 11/03/15 TS | | 11/03/15 1337 | AS NEEDED | D | PS |
| * Pediatric Admit Assessment | 11/03/15 CJP | | 11/03/15 1358 | ADMIT | D | AS |
| * PAIN Assessment / Management - PEDI Use to document the effectiveness of medications given specifically | 11/04/15 JW | | 11/04/15 0108 | PRN | D | PS |

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: SES
Room/Bed: K.ES518-1

HENDERSON [redacted] L

Willis-Knighton South Nursing **LIVE**
Patient's Plan Of Care - PEDIATRIC BASIC PLAN OF CARE

Status: Discharged
Initiated: 11/03/15
Completed:
Protocol:

| ADDITIONAL INTERVENTIONS | INIT BY | COMP BY | DATE & TIME | DIRECTIONS | STS | SRC |
|---|---|---|---|---|---|---|
| for the control of pain. Ask patient to be specific regarding location, severity, and type of pain. | | | | | | |
| * Discharge Summary 2 Ped | 11/05/15 TLB | | 11/05/15 1628 | AT TIME OF DISCHARGE | D | AS |

| Monogram | Initials | Name | Nurse Type |
|---|---|---|---|
| CJP | COOKC4.NS | POLLARD, CASSANDRA J | RN |
| DRW | WILLID.RT | WILLIAMS, DEBRA R | RRT |
| DSS | BAYNED.NS | SIMPSON, DIANA S. | RN |
| JW | WATSOJ1.NS | WATSON, JESSICA | RNAPP |
| TLB | BROOKT.NS | BROOKS, TERRI L | RNC |
| TS | JONEST.RT | SIKES, TANYA | CT |

Page 1577 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES
Status: DIS IN Room/Bed: K.E5518-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 1 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 0000

990004-B RT - Oxygen Therapy A DAILY CP
- Create 11/03/15 0000 TS 11/03/15 1338 TS

Activity Date: 11/03/15 Time: 0900

990004-B RT - Oxygen Therapy A DAILY CP
- Document 11/03/15 0900 TS 11/03/15 1345 TS
Is This a New Start: Y Protocol Y

Oxygen Device NC FiO2 28 LPM 2.00 SaO2: 100

Alert Value: No Time Reported:

Has Potential For Hypoxemia Due To: Other

Is Patient Progressing Toward Goal: Goal Note:

Hours Used Transfer/Discharged/Discontinued Reordered

Comments: SET UP 2LPM IN ER HOLDING. WEANED TO 1LPM SAT REMAINS 100%. REASSESS
: PER O2 PROTOCOL DAILY. SAT WAS 93% ON 2LPM WHEN SHE FIRST CAME IN ER.

Activity Date: 11/03/15 Time: 1224

1-D Patient Education A AS NEEDED PS
- Document 11/03/15 1224 TS 11/03/15 1341 TS 0.0
Learner: Guardian
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): Y
If YES, describe: 2 YEAR OLD
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:NA
:NA

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: TWO Pt. IDENTIFIERS CHECKED
:

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1224 (continued)

1-D Patient Education (continued)

*Disease (Y/N): N :
Isolation (Y/N): N :
*Equipment (Y/N): Y :HHN AND PEDIATRIC MASK
*Procedure (Y/N): Y :BRONCHODILATOR TREATMENT
*Medication (Y/N): Y :1/2 UD ALBUTEROL
*New Medication (Y/N): N :
Education :
:
*Follow-up care (Y/N): Y :CONTINUE TREATMENTS Q6H
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): N :
Other Teaching: BENEFTIS, INDICATIONS, MEDICATIONS AND SIDE EFFECTS EXPLAINED TO
: PATIENT'S GRANDMOTHER

If applicable, pt has demonstrated competence to self administer medications: N
Med1: Med2: Med3:

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
990001-B RT - Initial Assessment A PS
- Document 11/03/15 1224 TS 11/03/15 1343 TS
Reason for RT Intervention: Other Is this patient an infant: N
Allergy1-Med/Contact: NKDA
Allergy2-Med/Contact: NKDA
Does this patient have any food allergies/intolerance: N
Food Allergies-Intol:

Does Patient Use Tobacco: N Type of Tobacco Used:
How Much Tobacco Used: How Long Tobacco Used:
If Ex-Smoker # Packs Per Day: When Did Patient Quit:
Bronchodilators used at home or now ordered: HHN
Home O2 used or now ordered: Y DEVICE: NC FiO2: 24 LPM: 1.0 SaO2: 100

Exhibiting Increased Signs of Work of Breathing: Y If yes: Tachycardia
Are The Breath Sounds Equal And Clear: N
: BBS ARE COARSE WITH SCATTERED RHONCHI
The Skin/Mucous Membranes Are: Pink Heart Rate: 131 Resp. Rate: 24
Mental Status:

Discharge Needs: Y Patient Education: N Pulmonary Rehab: N
Comments: PATIENT IN ER AT THIS TIME.
990008-A RT - Aerosol Therapy A Q2H CP
- Document 11/03/15 1224 TS 11/03/15 1344 TS 2.5
Is This a New Start: Y Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q6H Q6H
Meds/Dosage: 1/2 UD ALBUTEROL

Vitals: PRE POST

Page 1578 of 1758

Age/Sex: 4Y 04M F    Attending: Tran, Sharon N M.D.    HENDERSON,[redacted] L    Page: 2 of 39
Unit #: K000629604    Account #: K31687676
Admitted: 11/02/15 at 2235    Location: 5ES    Willis-Knighton South Nursing **LIVE**    Printed 10/01/19 at 1353
Status: DIS IN    Room/Bed: K.E5518-1    HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/03/15    Time: 1224 (continued)

990008-A    RT - Aerosol Therapy (continued)
HR 131    HR 129
RR 24    RR 24
BBS COARSE WITH SCATTERED RHONCHI    BBS SAME
:    :
PF    PF

Effective cough Y    Sputum Amount: None
Increase Secretions    Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal:    Goal Note:

Comments/Plan: Tx GIVEN VIA PEDIATRIC MASK. TOL WELL. Pt.'S FIRST TREATMENT GIVEN BY NURSE : IN ER AT 0600AM

Activity Date: 11/03/15    Time: 1305

200008    IV Site #1 Check/Care    A    Q2H    CP
- Document    11/03/15 1305 CJP    11/03/15 1942 CJP    8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 00
Type Of IV Solution #1 (free text): SALINE LOCKED
Site Changed #1: 11/03/15
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15    Time IV (#1) started:
200021    Safety Checks    A    Q2H    CP
- Document    11/03/15 1305 CJP    11/03/15 1943 CJP    5.3
Family Member At Bedside: Y    Respiration Observed: Y
Call Light/Telephone In Reach: Y    Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/03/15    Time: 1337

1-D    Patient Education    A    AS NEEDED    PS
- Create    11/03/15 1337 TS    11/03/15 1337 TS
990001-B    RT - Initial Assessment    A    PS
- Create    11/03/15 1337 TS    11/03/15 1337 TS

Activity Date: 11/03/15    Time: 1338

Problem: RT- WHEEZING AND/OR ALTERED RESPIRATORY FUNCTION, ACTUAL AND/OR POTENTIAL TO DEVELOP    A
- Create    11/03/15 1338 TS    11/03/15 1338 TS
Goal: RT: Correct or prevent bronchospasm, improve breath sounds.    A    11/13/15
- Create    11/03/15 1338 TS    11/03/15 1338 TS
- Ed Target    11/03/15 1338 TS    11/03/15 1338 TS    None => 11/13/15
990008-A    RT - Aerosol Therapy    A    Q2H    CP
- Create    11/03/15 1338 TS    11/03/15 1338 TS
- Ed Directs    11/03/15 1338 TS    11/03/15 1338 TS    11/03 0000 Q2H => 11/03 0000 Q6H
Problem: RT- HYPOXEMIA OR HYPOXIA, ACTUAL AND/OR POTENTIAL TO DEVELOP    A
- Create    11/03/15 1338 TS    11/03/15 1338 TS
Goal: RT: Improve oxygenation, correct hypoxemia, prevent hypoxia.    A    11/13/15
- Create    11/03/15 1338 TS    11/03/15 1338 TS
- Ed Target    11/03/15 1338 TS    11/03/15 1338 TS    None => 11/13/15

Activity Date: 11/03/15    Time: 1354

Problem: *Basic Pediatric Nursing Care    A
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
- Resequence    11/03/15 1354 CJP    11/03/15 1354 CJP    3 => 1
Goal: Basic nursing care will be provided.    A    11/07/15
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
100006    Discharge Assessment/Planning    A    AS NEEDED    CP
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
100507    Reassessment/Evaluation - Pediatrics    A    CP
Direction ->07,19 Document when done
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
100600    Critical Value Reporting    A    CP
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
102000    Emotional Support/Teaching    A    AS NEEDED    CP
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
102011    Pain, Infant Scale    A    CP
Also perform PRN for painful procedures
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
250510-A    Bath, Total Bed - Toddler    A    DAILY    CP
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP
250512    Linen Changed    A    DAILY    CP
- Create    11/03/15 1354 CJP    11/03/15 1354 CJP

Page 1579 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON,[redacted] L Page: 3 of 39
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1353
Status: DIS IN Room/Bed: K.E5518-1 HIMS PRINT ALL NURSING INFORMATION

```
Problem/Goal/Intervention Description
                                                    Sts  Directions               From
  Activity     Occurred          Recorded                  Documented
  Type         Date    Time by   Date    Time by   Comment      Units             Change

Activity Date: 11/03/15        Time: 1354

400010       Vital Signs                            A    Q4H                       CP
             Vital Signs taken by a NAI are reviewed
             by an RN.
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
401335       Weight, Daily, PEDI Or NSY             A    DAILY                     CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
450010       Intake                                 A    06,18                     CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
450100       Output                                 A    06,18                     CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
550030-B     Feed With Assistance                   A    MEALTIMES                 CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
550040       Formula Prep                           A    MEALTIMES                 CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
550090       Feed Formula Per Family Or Staff       A    Q3H                       CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
800515       Physician Rounds                       A    DAILY                     CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
800516       Clergy Visits                          A    DAILY                     CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
Problem: *INJURY, POTENTIAL FOR                     A
-   Create     11/03/15 1354 CJP  11/03/15 1354 CJP
-   Resequence 11/03/15 1354 CJP  11/03/15 1354 CJP                           4 => 2
Goal: No evidence of injury to patient.             A    11/07/15
-   Create     11/03/15 1354 CJP  11/03/15 1354 CJP
200008       IV Site #1 Check/Care                  A    Q2H                       CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
200021       Safety Checks                          A    Q2H                       CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
Problem: *KNOWLEDGE DEFICIT                         A
-   Create     11/03/15 1354 CJP  11/03/15 1354 CJP
-   Resequence 11/03/15 1354 CJP  11/03/15 1354 CJP                           5 => 3
Goal: Patient/Family Will Verbalize                 A    11/07/15
      Understanding of Diagnosis and
      Treatment.
-   Create     11/03/15 1354 CJP  11/03/15 1354 CJP
1-D          Patient Education                      A    AS NEEDED                 CP
- Create       11/03/15 1354 CJP  11/03/15 1354 CJP
Problem: RT- WHEEZING AND/OR ALTERED RESPIRATORY    A
         FUNCTION, ACTUAL AND/OR POTENTIAL TO
         DEVELOP
-   Resequence 11/03/15 1354 CJP  11/03/15 1354 CJP                           1 => 4
Problem: RT- HYPOXEMIA OR HYPOXIA, ACTUAL AND/OR    A
         POTENTIAL TO DEVELOP
-   Resequence 11/03/15 1354 CJP  11/03/15 1354 CJP                           2 => 5

Activity Date: 11/03/15        Time: 1358

100522       Pediatric Admit Assessment             A    ADMIT                     AS
- Create       11/03/15 1358 CJP  11/03/15 1421 CJP
```

```
Problem/Goal/Intervention Description
                                                    Sts  Directions               From
  Activity     Occurred          Recorded                  Documented
  Type         Date    Time by   Date    Time by   Comment      Units             Change

Activity Date: 11/03/15        Time: 1358

100522       Pediatric Admit Assessment             A    ADMIT                     AS
- Document     11/03/15 1358 CJP  11/03/15 1421 CJP
         -----------------TRAVEL QUESTIONS - MANDATORY-------------
            For patients presenting with the following symptoms:
         Fever> or = 100.4 deg F, Headache, Muscle Pain, Vomiting
            Diarrhea, Abdominal Pain, or Unexplained hemorrhage.

            Have you or a close contact traveled outside of the
         continental US or come into contact with an Ebola patient
                          in the past 30 days? N

            If the answer is YES, ask where the patient or close
                          contact has traveled.
           Traveled to Where?
         If they say Africa, please ask them where in Africa
           If travel to Guinea, Liberia, Nigeria, or Sierra Leone
         is identified, isolate the patient IMMEDIATELY and contact
            the MD, contact the Nursing House Supervisor, and
                 Infection Prevention and Control.

                          ---- GENERAL DATA ----
Information Obtained from: Grandparent
        Mode Of Admission: Parent's Arms
           *Admitted From: Emergency Room
        I.D. Band Applied: Yes ID Band Applied
        ------- Patient Language and Communication Barriers --------
Do you have a Barrier to Communication (Y/N): N
           WK Interpretive Services Needed?
            Interpretive Services Provided:
                     Interpreter ID Number:
Language Preference for Medical Communication: ENGLISH
                     If other, please specify:
          --------- Patient Advocate Support Person ---------
          Barrier to Communication (Y/N): N
Language Preference for Medical Communication: ENGLISH
                     If other, please specify:
Do you want anyone notified of your admission?
         Name and number of person to notify:
                            Was contact made?

What HEALTH PROBLEM Brought You To The Hospital: TROUBLE BREATHING
*Repeat Hospital Admit Within 30 Days: N
If yes, when and for what:
DX #1: NA
DX #2: NA
                    ---- VITAL SIGNS ----
     Blood Pressure:                 BP Position:
               Temp: 98.2     Type Of Temperature: Axillary
         Heart Rate: 159        Heart Rate Source: Machine
         Resp. Rate: 40                     SAO2: 90
```

Page 1580 of 4758

Age/Sex: 4Y 04M F    Attending: Tran, Sharon N M.D.    HENDERSON, [redacted] L    Page: 4 of 39
Unit #: K000629604    Account #: K31687676
Admitted: 11/02/15 at 2235    Location: 5ES    Willis-Knighton South Nursing **LIVE**    Printed 10/01/19 at 1353
Status: DIS IN    Room/Bed: K.E5518-1    HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15    Time: 1358 (continued)

100522    Pediatric Admit Assessment (continued)
HT.(FT):    WT.(LB):    Weight Source: Pediscale
HT.(IN): 31    WT.(OZ):    WT.(KG): 11.7
Head Circ (cm): 46

---- ALLERGIES ----

Allergy1-Med/Contact: NKDA
Allergy2-Med/Contact: NKDA
Latex Allergy (Y/N): No, Latex Allergy
Does this patient have any food allergies/intolerance: N
Food Allergies-Incl: NONE

---- PAIN ----

Are You Having PAIN / DISCOMFORT Now: N
Location Of Pain:    Duration Of Pain:
Pain Frequency:    Character of Pain:
Onset of Pain:    Pain Relieved By:
Pain Made Worse By:    Cause of pain:
Fear most about pain:
Problems caused by pain:
Who else have you consulted about pain:
What treatments might help the pain:
Pain scale used to assess pain:    Pain score:
Pain Scale Explained; Understanding Voiced:
Patient's Acceptable Level of Pain:

---- IMMUNIZATIONS ----

Immunizations Current: Y Comment:
Flu Vaccine this flu season (Sep 1 - Mar 31): No

---- MEDICATION LIST & ALLERGIES ----

Current Meds or Herbals Being Taken: N    ALL Medication Information Unobtainable: N

| MEDICATION | DOSE | ROUTE | FREQUENCY | LAST TAKEN DATE | TIME |
|---|---|---|---|---|---|
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |

Parent Informed Of Policy Regarding Outside Medications: Y

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15    Time: 1358 (continued)

100522    Pediatric Admit Assessment (continued)
Mother's Prenatal History: HIGH BLOOD PRESSURE DURING PREGNANCY, EXCESSIVE PROTEIN
: IN AMNIOTIC FLUID
:

MEDICAL HISTORY ----

Does the PATIENT ONLY Have a History of:
Birth Defects: N    Prematurity: Y    GI Problems: N
GU Problems: N    Seizures: N    *Heart Disease: N
Hypertension: N Sickle Cell Trait: N    Resp. Problem: N
Psychiatric Disorder(s): N    Cancer: N

----- ---- DIABETIC HISTORY ---------

Diabetes: None
Diabetes Treatment:
Does home blood sugars? (Y/N)
Have you ever received education about your diet:
Have you ever received education about managing diabetes:
Was your last HgbA1C less than 8%:

FAMILY HISTORY Of: Asthma: Y    Cancer: Y    Diabetes: Y    Heart Disease: N
High Blood Pressure: Y    Kidney Problems: N    Seizures: N    Psych. Disease: N

Other Significant History of: PATIENT WAS BORN PREMATURELY. PATIENT HAS A HISTORY OF
: ECZEMA.
:

---- PREVIOUS SURGICAL HISTORY ----

Previous Surgeries: NONE
:
:

Is the Patient having surgery? N    Last Food or Drink Intake: Date:    Time:
Have you or any of your relatives had any problem with anesthesia/sedation (high fever, difficulty awakening, etc): N
If YES, explain:

---- MUSCULOSKELETAL ----

Musculoskeletal / Functional Limitations: None
Site Of Abnormality/Limitation 1: Not Applicable
Site Of Abnormality/Limitation 2: Not Applicable
Gait: Unsteady: N Difficulty Walking: N

---- GASTROINTESTINAL ----

Nutritional Problems: No Problem Stated    GI Problems: Not Applicable
Current Problem: Not Applicable    Abdomen: Soft/Active Bowel Sounds
Abd. Girth (cm):
Bowel Sounds: Present    Tubes: NONE
Ostomy: Not Applicable    Diet: REGULAR
Date Of Last Bowel Movement: 11/02/15    Receiving *TPN: N *Tube Feeding: N

---- GENITOURINARY ----

Urogenital Tract Female: No abnormalities

Page 1581 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 5 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1358 (continued)

100522 Pediatric Admit Assessment (continued)

Urogenital Tract Male:
Urination: Normal voiding pattern
Tubes: NONE
Color Of Urine: NOT OBSERVED
Foley: N Ostomy: Not Applicable

---- RESPIRATORY ----

Resp. Effort: Normal
Breath Sounds: Wheezing
Cough: Moist Cough
Secretion Color: Not Applicable
Tracheostomy: N
Respiratory Comment: No Distress
Other Comments: COARSE BREATH SOUNDS
Secretion Amount: Not Applicable
Secretion Consistency: Not Applicable

---- CIRCULATORY ----

Heart Sounds: Regular
Edema: None
Pulse Quality: Normal Pulsation
Edema Location: NONE
Abnormal Pulse Location(s): NONE

Transfusion: N Reaction: If Yes, Explain:
Capillary Refill greater than 3 seconds: N Location:

---- SKIN ----

Is this a PRE-ADMIT Assessment: N
I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temperature/Character: Warm & Dry Skin Color: Normal

Pressure Ulcer/Skin Impairment on Admit: N If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.
If >10 locations, document remaining in a Patient Note.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT
:
:
:
:
:
:
:
:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Charge |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1358 (continued)

100522 Pediatric Admit Assessment (continued)
:

Unable to Assess Incision; Dressing Intact:
Location:
Drain:
Drainage:

---- NEURO/PAIN ----

Level Of Alertness: Responds to parent
Speech: Incomprehensible Sounds
Best Motor Response: Moves All Extremities
Eyes: Opens spontaneously
Dominant Side Weak: NO WEAKNESS FOUND
V P Shunt: N

*Developmentally Delayed: Mentally

Oriented To: Person/Family: Yes
Location: No
Time: No

--- DEVELOPMENTAL ASSESSMENT ---

Answer Y/N to appropriate category. Review abnormal results With MD at next rounds.

0-3 Months: N
Does Your Baby Smile Or Coo:
Does Your Baby Have A Tendency To 'Root' When Hungry:
Does Your Baby Turn His/Her Head Toward Sound Of Voices:
Do Baby's Eyes Move In Same Direction He/She Moves Head:
Does Baby Grasp Objects That Touches Palm Of His/Her Hand:

3 Months: N
Is Baby Able To Hold Its Head Steady When In Sitting Pos.:
Does Your Baby Follow Moving Objects With Its Eyes:
Does Your Baby Make Any Sounds Besides Crying And Cooing:
Does Your Baby Watch Its Own Hands:

6 Months: N
Does Your Baby Reach For Objects Out Of Its Reach:
Does Your Baby See Small Objects, Such As Raisins:
Does Baby Respond To Sound By Turning Head In Dir. Of Sound:
Does Your Baby Imitate Speech Sounds:

9 Months: N
Does Your Baby Wave Bye-Bye:
Does Baby Transfer An Object, Ex. Rattle, From Hand To Hand:
Does Your Baby Make Dada And Mama Sounds:
Does Baby Stand Up Holding Onto Someone Or Something:

12 Months: N
Does Your Child Play Patty-Cake:
Does Child Hold An Object In Each Hand & Bang Them Together:
When Child Says Mama/Dada, Is It Said To The Approp Person:

Page 1582 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN
Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1
Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION
Page: 6 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1358 (continued)

100522 Pediatric Admit Assessment (continued)
Is Child Able To Stand Alone For At Least Two (2) Seconds:

18 Months: N
Does Child Drink From A Regular Cup Without Spilling:
Does Your Child Scribble When Given Crayons And Paper:
Does Your Child Say Three (3) Words:
Can Child Walk All The Way Across A Lg. Rm. W/O Falling:

24 Months: Y
Is Your Child Able To Remove All His/Her Clothes: No
Is Child Able To Stack 4 Objects, Blocks,On Top Of Ea Other: No
Does Your Child Combine Words: No
Is Your Child Able To Kick A Ball Forward: No

3 Years: N
Is Your Child Able To Wash And Dry His/Her Hands:
Is Your Child Able To Name At Least Four Items In A Book:
Does Child Comprehend At Least 2 Action Words, ie Dog Barks:
Is Your Child Able To Throw A Ball Overhand:

4 Years: N
Does Your Child Dress Him/Herself Without Help:
Is Your Child Able To Draw A Circle By Copying:
Does Child Use At Least Four Diff Action Words (Verbs):
Does Your Child Hop On One Foot:

5 Years: N
Does Child Play Board/Card Games With You / Other Children:
Is Child Able To Draw The Head & 2 Other Parts Of A Person:
Is Your Child Able To Name Four Different Colors:
Can Your Child Broad Jump: No

6 Years: N
Can Your Child Copy A Square:
Can Your Child Repeat Five Numbers In Proper Sequence:
Is Your Child Able To Define Words, Ie. Banana Is A Fruit:
Can Your Child Skip:

7-10 Years: N
Is Your Child In The Grade Appropriate For His/Her Age:
Has A Friend He/She Plays W\ On A Reg Basis Outside School:

11-13 Years: N
Is Your Child In The Grade Appropriate For His/Her Age:
Does Child Initiate And Complete Tasks Or School Projects:
Child Has A Group Of Peers W\ Whom Much Free Time Is Spent:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1358 (continued)

100522 Pediatric Admit Assessment (continued)

14-18 YEARS: N
With Whom Do You Live:
Tell Me About Your Family:
Do You Have Any Brothers: How Many Brothers:
Do You Have Any Sisters: How Many Sisters:

Are You Able To Talk To Your Parents: Some Things? Most Things? All Things? Nothing?
Able Talk To Parents:

What Grade Are You In School:
What Is Your Favorite Subject:
What kind of grades do you make (Good/Fair/Poor):
What Kind Of Hobbies Do You Have:
Do You Belong To Any Clubs, Groups, or Gangs: Which Ones:

Are You Allowed To Date Yet:
Have You Had Sex Education At School:
If Not, Refer To Monthly Program Growing Up Girls/Boys: Interested In Program:
Not Interested In Program:

Females: Y Have you had your first period: N
If Yes, what age (yrs) did you have your first period: NA
If Yes, When Was Your Last Period: NA

---- SOCIAL HISTORY ----
Birth Wt (lbs): 1 Birth Wt (Oz): 2 Birth Length (in): 18
Place of Birth (City and Hospital): SHREVEPORT, LOUISIANA
Complications at Birth: Y If yes, what: HAD TO INDUCE LABOR DUE TO PROTEIN IN AMNIOTIC FLUID

Does Patient Use Tobacco: N Type of Tobacco Used:
How Much Tobacco Used: How Long Tobacco Used:
Does Caregiver Smoke: N

Does Patient Drink LIQUOR/BEER/WINE: N Type Of Alcohol Consumed:
If Yes, How Much: How Long:

Do You Have a RELIGIOUS AND/OR CULTURAL TRADITION We Need To Consider: N
If YES, What:
Spiritual Support Request No

Potential Barrier to Learning: None

*Emotional/Psychiatric Assessment: Pediactric/ quiets easily
Should Anyone Else Be Included in Your Teaching: N If Yes, Who:
Do You Have Thoughts Of Harming Yourself: No
Do You Feel Abused Or Neglected In Anyway: No
Are You In a Situation Which Causes You Fear, Pain or Injury: No

Page 1583 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN
Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1
HENDERSON[redacted]L
Willis-Knighton South Nursing **LIVE**
HMS PRINT ALL NURSING INFORMATION
Page: 7 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15  Time: 1358 (continued)

100522  Pediatric Admit Assessment (continued)

Emergency Contact: Name: ELIZABETH ALEXANDER
Home Number: 318-489-0231
Other Number:

--- VALUABLES/ASSISTIVE DEVICES ---
PATIENT IS AN INFANT: N
Glasses: Not Applicable  Contacts: Not Applicable
Hearing Aid(s): Not Applicable  Dentures: Not Applicable/None
Clothes: Retained In Room  Cash: Not Applicable
Credit Cards: Not Applicable  Wallet: Not Applicable
Jewelry: Not Applicable  Watch: Not Applicable
Other:  Disposition:
Other:  Disposition:
Cane: N Walker: N W/C: N  Disposition:
Advised To Keep Glasses, Contacts, Dentures, Etc In Drawer: Y
Have You Signed An ORGAN DONATION CARD: N
--- SAFETY ---
Recent History Of: Falls: N Bed Rails: Y *Family Or Sitter: Constantly
*Restraints: N *Restraint Type:

Patient/Family Oriented To: Call Light: Y  Bed Control: Y  Telephone: Y
Nursing Bedside Rounds: Y  Emergency Light: Y  Smoking Policy: Y
TV: Y IV Pumps/Other Equip: Y  Highchair: N
Crib: N  Rocker: N  Supplies: Y

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation
Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Dizziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 2
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 14

FALL PRECAUTIONS
Fall Precaution #1: Yellow fall wristband
Fall Precaution #2: Personal items in reach

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15  Time: 1358 (continued)

100522  Pediatric Admit Assessment (continued)
Fall Precaution #3:
Other Precautions: ADULT SUPERVISION AT ALL TIMES

-----BRADEN Q SCALE FOR PEDS (LESS THAN 18 YEARS OLD)-----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist LinenChg8hrs | Occasionally Moist LinenChg12hrs | Rarely Moist RoutDiapChg |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate Eats1/2 | Adequate Eats>1/2 | Excellent |
| FRICT/SHEAR | Significant Problem | Problem Moderate Assist | Potential Problem Minimal Assist | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised O2<95% cap>2sec | Adequate cap=2sec | Excellent O2>95% cap<2sec |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 3 - Walks Occasionally
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 4 - No Apparent Problem
Tissue Perfusion/Oxygenation: 2 - Compromised
Total Braden Scale Score: 24

Pt. Safety Information Booklet given to pt/family: Y

LPN Who Assisted In Data Collection:
RN Signature: C POLLARD, RN

Activity Date: 11/03/15  Time: 1400

100006  Discharge Assessment/Planning  A  AS NEEDED  CP
- Document  11/03/15 1400 CJP  11/03/15 1945 CJP

Discharge Problems/Needs Identified: Y
:ACTIVITY
:S/S RESP DISTRESS
:MEDS
:FOLLOW UP
:

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:

Page 1584 of 1758

Age/Sex: 4Y 04M F    Attending: Tran, Sharon N M.D.
Unit #: K000629604    Account #: K31687676
Admitted: 11/02/15 at 2235    Location: 5ES
Status: DIS IN    Room/Bed: K.E5518-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 8 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15    Time: 1400

100507    Reassessment/Evaluation - Pediatrics    A    CP
Direction ->07,19 Document when done
- Document    11/03/15 1400 CJP 11/03/15 1948 CJP    0.0
Date: 11/03/15    Shift: 7A - 7P

Focus / Plan For The Day: BREATHING TX, COMFORT, SAFETY, IV FLUIDS
Plan Of Care Discussed With Patient: Y    Plan Of Care Updated: 11/03/15

Wound: N    Dressing: N    Drain: N    Pain At Present Time: N    Swallowing Difficulty: N

Level Of Alertness: Responds to parent    Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Calm    Responds: Spontaneously
Ventilator N
Respirations: Regular and Effortless    *Breath Sounds: Wheezing
Cough: Moist Cough    Amount Expectorated: Not Applicable
Expectorant Color: Not Applicable    Consistency: Not Applicable
O2: Y  O2 Delivery: 2 LMP/NC    @    % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None    Homan's Sign: Not Indicated
Abdomen: Soft/Active Bowel Sounds    Bowel Sounds: Present

Bowel Movement This Shift: N    Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N:  N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

IV Pump: Y    How Many IV Pumps: 1    Feeding Pump: N    Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15    Time: 1400  (continued)

100507    Reassessment/Evaluation - Pediatrics (continued)
Maintain Peripheral IV or PRN Adapter Y/N:  Y

*Restraints: N  *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med:    Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: S/S RESP DISTRESS
Specific Needs:

Precautions: N Type of Precautions: None    Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male    (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation
Respiratory Diagnosis, Dehydration,
Anemia, Anorexia, Syncope,
Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 2
(4) History of Fall or Infant-Toddler
Placed in Bed
(3) Patient uses assistive devices or
Infant-Toddler in Crib or
Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics,
Barbituates, Phenothiazines, Anti-
depressants, Laxatives/Diuretics,
Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 14

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 4    - No Impairment
Moisture: 3    - Occasionally Moist
Activity: 3    - Walks Occasionally
Mobility: 4    - No Limitation

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES
Status: DIS IN Room/Bed: K.E5518-1

[redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 9 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1400 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Nutrition: 4 - Excellent
Friction/Shear: 4 - No Apparent Problem
Tissue Perfusion/Oxygenation: 2 - Compromised

Total Braden Scale Score: 24

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

LOCATION SKIN DESCRIPTION
: :
: :
: :
: :
: :
: :
: :
: :
: :
: :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT
:
:
:
:
:
:
:
:
:

102000 Emotional Support/Teaching A AS NEEDED CP
- Document 11/03/15 1400 CJP 11/03/15 1948 CJP 80.2
200008 IV Site #1 Check/Care A Q2H CP
- Document 11/03/15 1400 CJP 11/03/15 1942 CJP 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 00
Type Of IV Solution #1 (free text): SALINE LOCKED
Site Changed #1: 11/03/15
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1400 (continued)

200008 IV Site #1 Check/Care (continued)
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 11/03/15 1400 CJP 11/03/15 1943 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N
1-D Patient Education A AS NEEDED CP
- Document 11/03/15 1400 CJP 11/03/15 1945 CJP 0.0
Learner: Guardian
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): Y
If YES, describe: 2 YEAR OLD
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:PEDI PAIN SCALE
:

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: TWO Pt. IDENTIFIERS CHECKED
:ADULT SUPERVISION, CALL LIGHT

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :TROUBLE BREATHING
Isolation (Y/N): N :UNIVERSAL
*Equipment (Y/N): Y :IV PUMP, CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :PER ORDERS

Page 1586 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON, L

Willis-Knighton South Nursing **LIVE**
HMS PRINT ALL NURSING INFORMATION

Page: 10 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1400 (continued)

1-D Patient Education (continued)
*New Medication (Y/N): Y :D5 1/2 NS, SOLUMEDROL
Education :
:
*Follow-up care (Y/N): Y :PER MD
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER
Other Teaching: POC
:

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

Activity Date: 11/03/15 Time: 1500

401335 Weight, Daily, PEDI Or NSY A DAILY CP
- Document 11/03/15 1500 CM 11/03/15 1645 CM 26.7
WT.(LB): WT.(OZ):
WT.(KG): 11.7 WT.(GM):

Activity Date: 11/03/15 Time: 1600

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 11/03/15 1600 CJP 11/03/15 1948 CJP 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 96.8 Type Of Temperature: Tympanic
Heart Rate: 119 Heart Rate Source: Machine
Resp. Rate: 22
SAO2: 96 O2 Delivery: 2 LMP/NC
200008 IV Site #1 Check/Care A Q2H CP
- Document 11/03/15 1600 CJP 11/03/15 1942 CJP 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 00
Type Of IV Solution #1 (free text): SALINE LOCKED
Site Changed #1: 11/03/15
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 1600

200021 Safety Checks A Q2H CP
- Document 11/03/15 1600 CJP 11/03/15 1943 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/03/15 Time: 1800

200008 IV Site #1 Check/Care A Q2H CP
- Document 11/03/15 1800 CJP 11/03/15 1942 CJP 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1: 11/03/15
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 11/03/15 1800 CJP 11/03/15 1943 CJP 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/03/15 Time: 2000

1-D Patient Education A AS NEEDED PS
- Document 11/03/15 2000 JW 11/04/15 0114 JW 0.0
Learner: Mother
Learner's Preferred Method: One-on-One Teaching

Page 1587 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. [redacted]AH L Page: 11 of 39
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1353
Status: DIS IN Room/Bed: K.E5518-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/03/15 Time: 2000 (continued)

I-D Patient Education (continued)
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:PEDI PAIN SCALE
:NA

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED :LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :FEBRILE ILLNESS, HYPOXIA, REACTIVE AIRWAY
Isolation (Y/N): N :
*Equipment (Y/N): Y :IV PUMP, CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :PER ORDERS
*New Medication (Y/N): Y :RESP TXS, SOLUMDEROL, ROCEPHIN, IVFS, ZITHROMAX
Education :
:
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :ONGOING
Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND : LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness of medications given specifically for the control of pain. Ask patient to be specific regarding location, severity, and

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

102012 PAIN Assessment / Management - PEDI (continued)
type of pain.
- Document 11/03/15 2000 JW 11/04/15 0126 JW 0.0
Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Pain Frequency:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Cause of pain:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR): Y
Non-Pharmacologic:
Emotional support: Y

Comfort measures: N
Cognitive techniques: N
100006 Discharge Assessment/Planning A AS NEEDED CP
- Document 11/03/15 2000 JW 11/04/15 0120 JW

Discharge Problems/Needs Identified: Y
:ACTIVITY
:S/S RESP DISTRESS
:MEDS
:FOLLOW UP
:SAFETY

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:
100507 Reassessment/Evaluation - Pediatrics A CP
Direction ->07,19 Document when done
- Document 11/03/15 2000 JW 11/04/15 0125 JW 0.0
Date: 11/03/15 Shift: 7P - 7A

Focus / Plan For The Day: BREATHING TX, IVFS, IV ABX/SOLUMDEROL
Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 11/03/15

Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N

Level Of Alertness: Responds to parent Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Calm Responds: Spontaneously
Ventilator N
Respirations: Regular and Effortless *Breath Sounds: Wheezing
Cough: Moist Cough Amount Expectorated: Not Applicable

Page 1588 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

[redacted]AH L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 12 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 2000 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Expectorant Color: Not Applicable
Consistency: Not Applicable
O2: Y O2 Delivery: ROOM AIR @ % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None
Homan's Sign: Not Indicated
Abdomen: Soft/Active Bowel Sounds
Bowel Sounds: Present

Bowel Movement This Shift: N Date Of Last Bowel Movement: 11/03/15

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N: N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

IV Pump: Y How Many IV Pumps: 1 Feeding Pump: N Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N: Y

*Restraints: N *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med: Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: S/S RESP DISTRESS
Specific Needs:

Precautions: N Type of Precautions: None Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 2000 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation
Respiratory Diagnosis, Dehydration,
Anemia, Anorexia, Syncope,
Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability
Environmental Factors: 2
(4) History of Fall or Infant-Toddler
Placed in Bed
(3) Patient uses assistive devices or
Infant-Toddler in Crib or
Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics,
Barbituates, Phenothiazines, Anti-
depressants, Laxatives/Diuretics,
Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 14

---- BRADEN SCALE FOR PEDS (LESS THAN 16 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 3 - Slightly Limited
Moisture: 3 - Occasionally Moist
Activity: 3 - Walks Occasionally
Mobility: 4 - No Limitation
Nutrition: 3 - Adequate
Friction/Shear: 4 - No Apparent Problem
Tissue Perfusion/Oxygenation: 3 - Adequate

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

Age/Sex: 4Y 04M F
Unit #: KC00629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON, [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 2000 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)

LOCATION SKIN DESCRIPTION
: :
: :
: :
: :
: :
: :
: :
: :
: :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed, drainage, odor, etc):
:SKIN INTACT
:
:
:
:
:
:
:
:
:

102000 Emotional Support/Teaching A AS NEEDED CP
- Document 11/03/15 2000 JW 11/04/15 0125 JW 80.2

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 11/03/15 2000 JWJ 11/04/15 0138 JWJ 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 99.2 Type Of Temperature: Tympanic
Heart Rate: 101 Heart Rate Source: Machine
Resp. Rate: 36
SAO2: O2 Delivery:

200008 IV Site #1 Check/Care A Q2H CP
- Document 11/03/15 2000 JW 11/04/15 0126 JW 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15 Time: 2000

200021 Safety Checks A Q2H CP
- Document 11/03/15 2000 JW 11/04/15 0126 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

1-D Patient Education A AS NEEDED CP
- Document 11/03/15 2000 JW 11/04/15 0118 JW 0.0
Learner: Mother
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:PEDI PAIN SCALE
:NA

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED
:LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :FEBRILE ILLNESS, HYPOXIA, REACTIVE ARIWAY
Isolation (Y/N): N :UNIVERSAL
*Equipment (Y/N): Y :IV PUMP, CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :PER ORDERS
*New Medication (Y/N): Y :RESP TXS, SOLUMDEROL, ROCEPHIN, IVFS, ZITHROMAX
Education :
:
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :

Age/Sex: 4Y 04M F    Attending: Tran, Sharon N M.D.    HENDERSON,[redacted]YAH L    Page: 14 of 39
Unit #: K000629604    Account #: K31687676
Admitted: 11/02/15 at 2235    Location: 5ES    Willis-Knighton South Nursing **LIVE**    Printed 10/01/19 at 1353
Status: DIS IN    Room/Bed: K.E5518-1    HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

**Activity Date: 11/03/15    Time: 2000 (continued)**

1-D    Patient Education (continued)
*Nutrition (Y/N): Y :ONGOING
Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND : LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA    Med2: NA    Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

**Activity Date: 11/03/15    Time: 2022**

990008-A    RT - Aerosol Therapy    A    Q6H    CP
- Document    11/03/15 2022 KHY 11/04/15 0058 KHY    2.5
Is This a New Start: N    Protocol N    Therapy Given: Y If no, why:
Therapy Frequency Q6H    Q6H
Meds/Dosage: ALBUTEROL UD

Vitals:    PRE    POST
HR 176    HR 180
RR 20    RR 20
BBS FINE RALES    BBS SAME
:    :
PF    PF

Effective cough Y    Sputum Amount: None
Increase Secretions N    Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged    Goal Note: Y

Comments/Plan: PATIENT TOLERATED TREATMENT WELL VIA MASK. NO ADVERSE REACTIONS NOTED.
:

**Activity Date: 11/03/15    Time: 2115**

100507    Reassessment/Evaluation - Pediatrics    A    CP
Direction ->07,19 Document when done
- Document    11/03/15 2115 JW 11/04/15 0301 JW    0.0
Date:    Shift:

Focus / Plan For The Day:
Plan Of Care Discussed With Patient:    Plan Of Care Updated:

Wound:    Dressing:    Drain:    Pain At Present Time:    Swallowing Difficulty:

Level Of Alertness:    Pupillary Reaction:
*Emotion/Psych Assmt:    Responds:
Ventilator

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

**Activity Date: 11/03/15    Time: 2115 (continued)**

100507    Reassessment/Evaluation - Pediatrics (continued)
Respirations:    *Breath Sounds:
Cough:    Amount Expectorated:
Expectorant Color:    Consistency:
O2:    O2 Delivery:    @    % (when using Blender)
Pulse Quality:
Edema Of Extremity:    Homan's Sign:
Abdomen:    Bowel Sounds:

Bowel Movement This Shift:    Date Of Last Bowel Movement:

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N:    N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

IV Pump: Y    How Many IV Pumps: 1    Feeding Pump: N    Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N:    Y

*Restraints: N    *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med:    Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs:
Specific Needs:

Precautions: Y Type of Precautions: Droplet Precaution    Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N

Page 1591 of 1758

Age/Sex: 4Y 04M F  Attending: Tran, Sharon N M.D.  HENDERSON[redacted]YAH L  Page: 15 of 39
Unit #: K000629604  Account #: K31667676
Admitted: 11/02/15 at 2235  Location: SES  Willis-Knighton South Nursing **LIVE**  Printed 10/01/19 at 1353
Status: DIS IN  Room/Bed: K.E5518-1  HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15  Time: 2115 (continued)

100507  Reassessment/Evaluation - Pediatrics (continued)
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 2
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 14

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 3 - Slightly Limited
Moisture: 3 - Occasionally Moist
Activity: 3 - Walks Occasionally
Mobility: 4 - No Limitation
Nutrition: 3 - Adequate
Friction/Shear: 4 - No Apparent Problem
Tissue Perfusion/Oxygenation: 3 - Adequate

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal  Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/03/15  Time: 2115 (continued)

100507  Reassessment/Evaluation - Pediatrics (continued)
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:
:
:
:
:
:
:
:
:

1-D  Patient Education  A  AS NEEDED  CP
- Document  11/03/15 2115 JW 11/04/15 0301 JW  0.0
Learner:
Learner's Preferred Method:
Language Spoken (002):
If Other, Describe:

*Religious or Cultural practices that may affect learning:
If YES, describe:
*Physical limitations that may affect learning (Y/N):
If YES, describe:
*Cognitive limitations that may affect learning (Y/N):
If YES, describe:
*Emotional limitations that may affect learning (Y/N):
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:
:

Pt/Family encouraged to report concerns about Pt. safety issues:
What safety issues have been addressed with the patient:
:

*Is patient/family motivated to learn (Y/N):
If NO, explain:

Page 1592 of 1758

Age/Sex: 4Y 04M F    Attending: Tran, Sharon N M.D.    [redacted]YAH I    Page: 16 of 39
Unit #: K000629604    Account #: K31687676
Admitted: 11/02/15 at 2235    Location: 5ES    Willis-Knighton South Nursing **LIVE**    Printed 10/01/19 at 1353
Status: DIS IN    Room/Bed: K.E5518-1    HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/03/15 Time: 2115 (continued)

1-D Patient Education (continued)

LEARNING NEEDS    TEACHING SUMMARY

*Disease (Y/N): Y :FEBRILE ILLNESS, HYPOXIA, REACTIVE AIRWAY, MYCOPLASMA
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): :
*Procedure (Y/N): :
*Medication (Y/N): :
*New Medication (Y/N): :
Education :
:
*Follow-up care (Y/N): :
Rehab/Resources (Y/N): :
*Nutrition (Y/N): :
Other Teaching:
:

If applicable, pt has demonstrated competence to self administer medications:
Med1: Med2: Med3:

Method Of Instruction:
Evidence Of Learning Demonstrated By:

Activity Date: 11/03/15 Time: 2200

401335 Weight, Daily, PEDI Or NSY A DAILY CP
- Document 11/03/15 2200 JW 11/04/15 0423 JW 26.7
WT.(LB): 27 WT.(OZ): 11.4
WT.(KG): 12.5 WT.(GM):
200008 IV Site #1 Check/Care A Q2H CP
- Document 11/03/15 2200 JW 11/04/15 0525 JW 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 11/03/15 2200 JW 11/04/15 0525 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/03/15 Time: 2200 (continued)

200021 Safety Checks (continued)
Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 0000

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAT are reviewed by an RN.
- Document 11/04/15 0000 JWJ 11/04/15 0131 JWJ 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 97.5 Type Of Temperature: Tympanic
Heart Rate: 140 Heart Rate Source: Machine
Resp. Rate: 28
SAO2: 97 O2 Delivery: 2 LMP/NC
200008 IV Site #1 Check/Care A Q2H CP
- Document 11/04/15 0000 JW 11/04/15 0525 JW 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
200021 Safety Checks A Q2H CP
Document 11/04/15 0000 JW 11/04/15 0525 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Age/Sex: 4Y 0XX F
Unit #: K00D629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Shaton N.X.D.
Account #: K31667676
Location: b3S
Room/Bed: K.ES518-1

HENDERSON, ██████ Ani L

Willis-Knighton South Nursing **LIVE**
HTMS PRINT ALL NURSING INFORMATION

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|

**Activity Date: 11/04/15      Time: 0106**

102012    PAIN Assessment / Management - PEDI                                          A    PRN
- Document    Use to document the effectiveness
              of medications given specifically
              for the control of pain.
              Ask patient to be specific
              regarding location, severity, and
              type of pain.
- Create    11/04/15 0108 JW   11/04/15 0108 JW                                                  PS

**Activity Date: 11/04/15      Time: 0135**

990206-A    RT - Aerosol Therapy                                                        A    Q6H
- Document    11/04/15 0135 KNY   11/04/15 C206 KNY                                         2.5   CP
Is this a New Start: N   Protocol: N   Therapy Given: Y   if no, why:
Therapy Frequency Q6H
Meds/Dosage: ALBUTEROL CD

Vitals:              PRE                POST
HR 140               HR 152
RR 36                RR 40
                     BBS FINE RALES
                     PP
Effective cough: Y          Sputum Amount: None
Increase Secretions N       Sputum Color:
                            Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged              Goal Note: Y

Comments/Plan: PATIENT TOLERATED TREATMENT WELL VIA MASK. NO ADVERSE REACTIONS NOTED.

**Activity Date: 11/04/15      Time: 0200**

200006    IV Site #1 Check/Care                                                          A    Q2H
- Document    11/04/15 0525 JW                                                            8.0   CP
          IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
          Site Description #1: Normal
          Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): DS 1/2 NS
          Site Changed #1: 11/03/15
          IV Tubing Changed #1:
          IVPB Tubing Changed #1:
          PSI Limit Settings #1:
          PSI Actual Reading #1:
          IV Dressing Changed Site #1:
          IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15   Time IV (#1) started:

---

## Problem/Goal/Intervention Description:

| Activity Type | Occurred Date | Recorded Time by Date | Sts Comment | Directions | Documented Units | From Change |
|---|---|---|---|---|---|---|

**Activity Date: 11/04/15      Time: 0200**

200021    Safety Checks                                                                  A    Q2H
- Document    11/04/15 0200 JW   11/04/15 0525 JW                                         5.3   CP
          Family Member At Bedside: Y     Respiration: Observed: Y
Call Light/Telephone In Reach: Y          Fall Precautions: Y

          Crib Rails (Up / Down): Not Applicable
          Number Of Bed Rails Up: 3
Are bedrails up because of meds given: Y
          Bed Brakes Locked: Y
          Bed High OR Low Position: LOW
          All Alarms On and Audible: N
              CPM in use: N
              Pt. Off Unit: N

**Activity Date: 11/04/15      Time: 0400**

200008    IV Site #1 Check/Care                                                          A    Q2H
- Document    11/04/15 0400 JW   11/04/15 0525 JW                                         8.0   CP
          IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
          Site Description #1: Normal
          Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): DS 1/2 NS
          Site Changed #1: 11/03/15
          IV Tubing Changed #1:
          IVPB Tubing Changed #1:
          PSI Limit Settings #1:
          PSI Actual Reading #1:
          IV Dressing Changed Site #1:
          IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15   Time IV (#1) started:

**Activity Date: 11/04/15      Time: 0400**

200021    Safety Checks                                                                  A    Q2H
- Document    11/04/15 0400 JW   11/04/15 0525 JW                                         5.3   CP
          Family Member At Bedside: Y     Respiration: Observed: Y
Call Light/Telephone In Reach: Y          Fall Precautions: Y

          Crib Rails (Up / Down): Not Applicable
          Number Of Bed Rails Up: 3
Are bedrails up because of meds given: Y
          Bed Brakes Locked: Y
          Bed High OR Low Position: LOW
          All Alarms On and Audible: Y
              CPM in use: N
              Pt. Off Unit: N

**Activity Date: 11/04/15      Time: 0500**

400010    Vital Signs                                                                    A    Q4H
- Document    11/04/15 0500 JMJ   11/04/15 0542 JMJ                                       21.4  CP
          Vital Signs taken by a RN, are reviewed
          by an RN.

Page 1594 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN
Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1
HENDERSON,[redacted]
Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION
Page: 18 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 0500 (continued)

400010 Vital Signs (continued)
Blood Pressure: BP Position:
BP Type:
Temp: 96.9 Type Of Temperature: Tympanic
Heart Rate: 137 Heart Rate Source: Machine
Resp. Rate: 32
SAO2: 100 O2 Delivery: ROOM AIR

Activity Date: 11/04/15 Time: 0600

450010 Intake A 06,18 CP
- Document 11/04/15 0600 JW 11/04/15 0651 JW 10.7

ORAL - just H2O (ml):
ORAL (not water) ml: 480
Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml): 470
IVPB (ml): 125
TPN (ml):
Lipid (ml):
Blood (ml):

450100 Output A 06,18 CP
- Document 11/04/15 0600 JW 11/04/15 0651 JW 10.7
Urine voided (ml):
Urine cath. (ml): Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 3 Last Void Date: Last Void Time:
Stool X: Stool Weight cc's Date Of Last BM:
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions | Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 0600 (continued)

450100 Output (continued)
Urostomy (ml):
Nephrostomy (ml):
WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:
200008 IV Site #1 Check/Care A Q2H CP
- Document 11/04/15 0600 JW 11/04/15 0650 JW 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1:
IV Tubing Changed #1:
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1:
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 11/04/15 0600 JW 11/04/15 0650 JW 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 0745

990008-A RT - Aerosol Therapy A Q6H CP
- Document 11/04/15 0745 DRW 11/04/15 0955 DRW 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q6H Q6H
Meds/Dosage: ALBUTEROL UD

Vitals: PRE POST
HR 146 HR 140
RR 26 RR 32
BBS COARSE BBS SAME
: :
PF PF

Effective cough Y Sputum Amount: None

Page 1595 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON, [redacted] Page: 19 of 39
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1353
Status: DIS IN Room/Bed: K.E5518-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/04/15 Time: 0745 (continued)

950008-A RT - Aerosol Therapy (continued)
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Comments/Plan: PATIENT TOLERATED TREATMENT WELL VIA MASK. NO ADVERSE REACTIONS NOTED.
:

990004-B RT - Oxygen Therapy A DAILY CP
- Document 11/04/15 0745 DRW 11/04/15 0955 DRW
Is This a New Start: N Protocol Y

Oxygen Device FiO2 21 LPM SaO2: 97

Alert Value: No Time Reported:

Has Potential For Hypoxemia Due To:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Hours Used 24.0 Transfer/Discharged/Discontinued DC Reordered

Comments: O2 DC'D @ THIS TIME.
:

Activity Date: 11/04/15 Time: 0800

1-D Patient Education A AS NEEDED PS
- Document 11/04/15 0800 DSS 11/04/15 0831 DSS 0.0
Learner: Mother
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:CALL FOR ANY PAIN OR DISCOMFORT
:

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED
:LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/04/15 Time: 0800 (continued)

1-D Patient Education (continued)
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :FEBRILE ILLNESS, HYPOXIA, REACTIVE ARIWAY, MYCOPLASMA
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): Y :IV PUMP, CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :PER ORDERS
*New Medication (Y/N): Y :RESP TXS, SOLUMDEROL, ROCEPHIN, IVFS, ZITHROMAX
Education :
:
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER
Other Teaching: POC, SAFETY, CHANNEL 55, 2 PT IDS, CALL BELL IN REACH, BED LOW AND
: LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness
of medications given specifically
for the control of pain.
Ask patient to be specific
regarding location, severity, and
type of pain.
- Document 11/04/15 0800 DSS 11/04/15 0851 DSS 0.0
Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Pain Frequency:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Cause of pain:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR): Y
Non-Pharmacologic:
Emotional support: Y

Comfort measures: Y

Page 1596 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D. HENDERSON[redacted]L Page: 20 of 39
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES Willis-Knighton South Nursing **LIVE** Printed 10/01/19 at 1353
Status: DIS IN Room/Bed: K.E5518-1 HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts | Directions Comment | Documented Units | From Charge

Activity Date: 11/04/15 Time: 0800 (continued)

102012 PAIN Assessment / Management - PEDI (continued)
Cognitive techniques: N
100006 Discharge Assessment/Planning A AS NEEDED CP
- Document 11/04/15 0800 DSS 11/04/15 0831 DSS

Discharge Problems/Needs Identified: Y
:ACTIVITY
:S/S RESP DISTRESS
:MEDS
:FOLLOW UP
:SAFETY

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:

100507 Reassessment/Evaluation - Pediatrics A CP
Direction ->07,19 Document when done
- Document 11/04/15 0800 DSS 11/04/15 0850 DSS 0.0
Date: 11/04/15 Shift: 7A - 7P

Focus / Plan For The Day: BREATHING TX, IVFS, IV ABX/SOLUMEDROL
Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 11/04/15

Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N

Level Of Alertness: Responds to parent Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Calm Responds: Spontaneously
Ventilator N
Respirations: Regular and Effortless *Breath Sounds: Coarse
Cough: Moist Cough Amount Expectorated: Not Observed
Expectorant Color: Not Applicable Consistency: Not Applicable
O2: N O2 Delivery: ROOM AIR @ % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None Homan's Sign: Not Indicated
Abdomen: Soft/Active Bowel Sounds Bowel Sounds: Present

Bowel Movement This Shift: Y Date Of Last Bowel Movement: 11/04/15

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts | Directions Comment | Documented Units | From Charge

Activity Date: 11/04/15 Time: 0800 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N: N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

IV Pump: Y How Many IV Pumps: 1 Feeding Pump: N Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N: Y

*Restraints: N *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med: Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: S/S RESP DISTRESS
Specific Needs:

Precautions: Y Type of Precautions: Droplet Precaution Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3

Environmental Factors: 2
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic

Page 1597 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES
Status: DIS IN Room/Bed: K.E5518-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 21 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/04/15 Time: 0800 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 14

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 3 - Slightly Limited
Moisture: 3 - Occasionally Moist
Activity: 3 - Walks Occasionally
Mobility: 4 - No Limitation
Nutrition: 3 - Adequate
Friction/Shear: 4 - No Apparent Problem
Tissue Perfusion/Oxygenation: 3 - Adequate

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description Lookup and/or Free Text for EACH.

LOCATION SKIN DESCRIPTION
: :
: :
: :
: :
: :
: :
: :
: :
: :
: :

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT
:
:
:

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/04/15 Time: 0800 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
:
:
:
:
:
:
102000 Emotional Support/Teaching A AS NEEDED CP
- Document 11/04/15 0800 DSS 11/04/15 0851 DSS 80.2
250510-A Bath, Total Bed - Toddler A DAILY CP
- Document 11/04/15 0800 DSS 11/04/15 0851 DSS 160.5
Refused due to:
Completed by: MOTHER
250512 Linen Changed A DAILY CP
- Document 11/04/15 0800 DSS 11/04/15 0851 DSS 0.0
Refused due to:
Completed by: NURSE
400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 11/04/15 0800 DSS 11/04/15 0817 DSS 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 97.3 Type Of Temperature: Tympanic
Heart Rate: 151 Heart Rate Source: Machine
Resp. Rate: 36
SAO2: 100 O2 Delivery: ROOM AIR
550030-B Feed With Assistance A MEALTIMES CP
- Document 11/04/15 0800 DSS 11/04/15 0852 DSS 74.9
Current Diet: TODDLER
Add'l Diet Restric:
Meal: Breakfast
Percentage of Meal Eaten: Ate 50%
Supplement:
Percentage of Supplement Consumed:
550040 Formula Prep A MEALTIMES CP
- Document 11/04/15 0800 DSS 11/04/15 0852 DSS 53.5
200008 IV Site #1 Check/Care A Q2H CP
- Document 11/04/15 0800 DSS 11/04/15 0851 DSS 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 50
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1: 11/03/15
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:

Page 1598 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON, [redacted]

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 22 of 39
Printed 10/03/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 0800 (continued)

200008 IV Site #1 Check/Care (continued)
Date IV (#1) started: 11/03/15 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 11/04/15 0800 DSS 11/04/15 0851 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N
1-D Patient Education A AS NEEDED CP
- Document 11/04/15 0800 DSS 11/04/15 0831 DSS 0.0
Learner: Mother
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:CALL FOR ANY PAIN OR DISCOMFORT
:NA

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED :LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :FEBIRLE ILLNESS, HYPOXIA, REACTIVE ARTWAY, MYCOPLASMA
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): Y :IV PUMP, CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :PER ORDERS
*New Medication (Y/N): Y :RESP TXS, SOLUMDEROL, ROCEPHIN, IVFS, ZITHROMAX
Education :
:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 0800 (continued)

1-D Patient Education (continued)
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER
Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND : LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
402170 O2 Delivery A Q2H CP
- Document 11/04/15 0800 DSS 11/04/15 1731 DSS 0.0
O2 Delivery: ROOM AIR
Oxygen Delivery Frequency:

Activity Date: 11/04/15 Time: 0825

Goal: Basic nursing care will be provided. A 11/07/15
- Ed Target 11/04/15 0825 DSS 11/04/15 0825 DSS None => 11/07/15
Goal: No evidence of injury to patient. A 11/07/15
- Ed Target 11/04/15 0825 DSS 11/04/15 0825 DSS None => 11/07/15
Goal: Patient/Family Will Verbalize Understanding of Diagnosis and Treatment. A 11/07/15
- Ed Target 11/04/15 0825 DSS 11/04/15 0825 DSS None => 11/07/15

Activity Date: 11/04/15 Time: 0944

800515 Physician Rounds A DAILY CP
- Document 11/04/15 0944 DSS 11/04/15 0945 DSS 0.0
Physician Visit To Patient By: TRANSN Tran, Sharon N M.D.

Activity Date: 11/04/15 Time: 0956

Problem: RT- HYPOXEMIA OR HYPOXIA, ACTUAL AND/OR POTENTIAL TO DEVELOP C
- Ed Status 11/04/15 0956 DRW 11/04/15 0956 DRW A => C
Goal: RT: Improve oxygenation, correct hypoxemia, prevent hypoxia. C 11/13/15
- Ed Status 11/04/15 0956 DRW 11/04/15 0956 DRW A => C
990004-B RT - Oxygen Therapy C DAILY CP
- Ed Status 11/04/15 0956 DRW 11/04/15 0956 DRW A => C

Activity Date: 11/04/15 Time: 1000

200008 IV Site #1 Check/Care A Q2H CP
- Document 11/04/15 1000 DSS 11/04/15 1039 DSS 8.0
IV Site #1: Left Hand

Page 1599 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN
Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1
HENDERSON,
Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION
Page: 23 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1000 (continued)

200008 IV Site #1 Check/Care (continued)
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1: 11/03/15
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
200021 Safety Checks A Q2H CP
- Document 11/04/15 1000 DSS 11/04/15 1039 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 1200

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 11/04/15 1200 DSS 11/04/15 1209 DSS 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 97.2 Type Of Temperature: Tympanic
Heart Rate: 114 Heart Rate Source: Machine
Resp. Rate: 35
SAO2: 95 O2 Delivery: ROOM AIR
200008 IV Site #1 Check/Care A Q2H CP
- Document 11/04/15 1200 DSS 11/04/15 1209 DSS 8.0
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1: 11/03/15
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1200 (continued)

200008 IV Site #1 Check/Care (continued)
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
- Edit Results 11/04/15 1200 DSS 11/04/15 1720 DSS
Site Description #1: Leaking [Normal]
Type Of IV Solution #1 (free text): D5 1/2 NS-IV D/C'D [D5 1/2 NS]
200021 Safety Checks A Q2H CP
- Document 11/04/15 1200 DSS 11/04/15 1209 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 1210

990008-A RT - Aerosol Therapy A Q6H CP
- Document 11/04/15 1210 DRW 11/04/15 1318 DRW 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: ALBUTEROL UD

Vitals: PRE POST
HR 110 HR 120
RR 24 RR 26
BBS COARSE BBS SAME
: :
PF PF

Effective cough Y Sputum Amount: None
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes Goal Note:

Comments/Plan: PATIENT TOLERATED TREATMENT WELL VIA MASK. NO ADVERSE REACTIONS NOTED.
:
990008-A RT - Aerosol Therapy A Q2H CP
- Document 11/04/15 1210 DRW 11/04/15 1318 DRW 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q8H Q8H
Meds/Dosage: UD ATROVENT

Vitals: PRE POST

Page 1600 of 1758

Age/Sex: 4Y 04M F | Attending: Tran, Sharon N M.D. | HENDERSON, [redacted] L | Page: 24 of 39
Unit #: K000629604 | Account #: K31687676
Admitted: 11/02/15 at 2235 | Location: 5ES | Willis-Knighton South Nursing **LIVE** | Printed 10/01/19 at 1353
Status: DIS IN | Room/Bed: K.E5518-1 | HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description — Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | Change | From

Activity Date: 11/04/15 Time: 1210 (continued)

990008-A RT - Aerosol Therapy (continued)
HR 110 — HR 120
RR 24 — RR 26
BBS COARSE — BBS SAME
: — :
PF — PF

Effective cough Y — Sputum Amount: None
Increase Secretions N — Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes — Goal Note:

Comments/Plan: PATIENT TOLERATED TREATMENT WELL VIA MASK. NO ADVERSE REACTIONS NOTED.
:

Activity Date: 11/04/15 Time: 1317

990008-A RT - Aerosol Therapy A Q4H CP
- Ed Directs 11/04/15 1317 DRW 11/04/15 1317 DRW 11/03 0000 Q6H => 11/03 0000 Q6H
11/04 1200 Q4H

990008-A RT - Aerosol Therapy A Q2H CP
- Create 11/04/15 1317 DRW 11/04/15 1317 DRW
- Ed Directs 11/04/15 1317 DRW 11/04/15 1317 DRW 11/04 1317 Q2H => 11/04 1210 Q8H

Activity Date: 11/04/15 Time: 1400

200008 IV Site #1 Check/Care A Q2H CP
- Document 11/04/15 1400 DSS 11/04/15 1718 DSS
IV Site #1: Left Hand
Peripherally Inserted Central Catheter (Y/N): N
Site Description #1: Normal
Rate (cc/hr) #1: 45
Type Of IV Solution #1 (free text): D5 1/2 NS
Site Changed #1: 11/03/15
IV Tubing Changed #1: 11/03/15
IVPB Tubing Changed #1:
PSI Limit Settings #1:
PSI Actual Reading #1:
IV Dressing Changed Site #1: 11/03/15
IV Dressing Changed Time #1:
Date IV (#1) started: 11/03/15 Time IV (#1) started:
- Undo 11/04/15 1400 DSS 11/04/15 1720 DSS
200021 Safety Checks A Q2H CP
- Document 11/04/15 1400 DSS 11/04/15 1719 DSS 5.3
Family Member At Bedside: Y — Respiration Observed: Y
Call Light/Telephone In Reach: Y — Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N

Activity Date: 11/04/15 Time: 1400 (continued)

200021 Safety Checks (continued)
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 1550

990008-A RT - Aerosol Therapy A Q4H CP
- Document 11/04/15 1550 DRW 11/04/15 1704 DRW 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: UD ALBUTEROL

Vitals: PRE — POST
HR 110 — HR 110
RR 30 — RR 30
BBS COARSE — BBS SAME
: — :
PF — PF

Effective cough Y — Sputum Amount: None
Increase Secretions N — Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes — Goal Note: Y

Comments/Plan: PATIENT TOLERATED TREATMENT WELL VIA MASK. NO ADVERSE REACTIONS NOTED.
:

Activity Date: 11/04/15 Time: 1600

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 11/04/15 1600 DSS 11/04/15 1711 DSS 21.4
Blood Pressure: — BP Position:
BP Type:
Temp: 97.2 — Type Of Temperature: Tympanic
Heart Rate: 115 — Heart Rate Source: Machine
Resp. Rate: 35
SAO2: 99 — O2 Delivery: ROOM AIR
450010 Intake A 06,18 CP
- Document 11/04/15 1600 DSS 11/04/15 1716 DSS 10.7

ORAL - just H2O (ml):
ORAL (not water) ml: 620
Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON,AALIYAH L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts | Directions Comment | Documented Units | Change | From

Activity Date: 11/04/15 Time: 1600 (continued)

450010 Intake (continued)
IV (ml):
IVPB (ml):
TPN (ml):
Lipid (ml):
Blood (ml):
450100 Output A 06,18 CP
- Document 11/04/15 1600 DSS 11/04/15 1716 DSS 10.7
Urine voided (ml):
Urine cath. (ml): Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 3 Last Void Date: Last Void Time:
Stool X: 2 Stool Weight cc's Date Of Last BM:
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:
Urostomy (ml):
Nephrostomy (ml):
WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:
200021 Safety Checks A Q2H CP
- Document 11/04/15 1600 DSS 11/04/15 1719 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts | Directions Comment | Documented Units | Change | From

Activity Date: 11/04/15 Time: 1600 (continued)

200021 Safety Checks (continued)
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 1700

200021 Safety Checks A Q2H CP
- Document 11/04/15 1700 DSS 11/04/15 1719 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 1720

200008 IV Site #1 Check/Care C Q2H CP
- Ed Status 11/04/15 1720 DSS 11/04/15 1720 DSS A => C

Activity Date: 11/04/15 Time: 1729

Problem: *Breathing Pattern, Ineffective A
- Create 11/04/15 1729 DSS 11/04/15 1729 DSS
- Ed Status 11/04/15 1729 DSS 11/04/15 1729 DSS A => A
Goal: AIRWAY BREATHING EFFECTIVE A 11/07/15
- Create 11/04/15 1729 DSS 11/04/15 1729 DSS
- Ed Status 11/04/15 1729 DSS 11/04/15 1729 DSS A => A
3000001 Breathing Pattern, Ineffective A QSHIFT CP
- Create 11/04/15 1729 DSS 11/04/15 1729 DSS
402170 O2 Delivery A Q2H CP
- Create 11/04/15 1729 DSS 11/04/15 1729 DSS

Activity Date: 11/04/15 Time: 1730

Goal: AIRWAY BREATHING EFFECTIVE A 11/07/15
- Ed Target 11/04/15 1730 DSS 11/04/15 1730 DSS None => 11/07/15

Activity Date: 11/04/15 Time: 1920

1-D Patient Education A AS NEEDED PS
- Document 11/04/15 1920 CT 11/05/15 0049 CT 0.0
Learner: Mother
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

Page 1602 of 1758

Age/Sex: 4Y 04M F  Attending: Tran, Sharon N M.D.  HENDERSON,  Page: 26 of 39
Unit #: K000629604  Account #: K31687676
Admitted: 11/02/15 at 2235  Location: 5ES  Willis-Knighton South Nursing **LIVE**  Printed 10/01/19 at 1353
Status: DIS IN  Room/Bed: K.E5516-1  HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1920 (continued)

1-D Patient Education (continued)
*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:CALL FOR ANY PAIN OR DISCOMFORT
:NA

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED :LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

| LEARNING NEEDS | | TEACHING SUMMARY |
|---|---|---|
| *Disease (Y/N): | Y | :FEBIRLE ILLNESS, HYPOXIA, REACTIVE ARIWAY, MYCOPLASMA |
| Isolation (Y/N): | Y | :DROPLET |
| *Equipment (Y/N): | Y | :CALL LIGHT |
| *Procedure (Y/N): | Y | :REASSESSMENT |
| *Medication (Y/N): | Y | :PER ORDERS |
| *New Medication (Y/N): | Y | :RESP TXS, AZITHROMYCIN |
| Education | | : |
| | | : |
| *Follow-up care (Y/N): | Y | :ONGOING |
| Rehab/Resources (Y/N): | N | : |
| *Nutrition (Y/N): | Y | :TODDLER |

Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND : LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
100006 Discharge Assessment/Planning A AS NEEDED CP
- Document 11/04/15 1920 CT 11/05/15 0050 CT

Discharge Problems/Needs Identified: Y
:ACTIVITY
:S/S RESP DISTRESS
:MEDS
:FOLLOW UP

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1920 (continued)

100006 Discharge Assessment/Planning (continued)
:SAFETY

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:
100507 Reassessment/Evaluation - Pediatrics A CP
Direction ->07,19 Document when done
- Document 11/04/15 1920 CT 11/05/15 0052 CT 0.0
Date: 11/04/15 Shift: 7P - 7A

Focus / Plan For The Day: BREATHING TX
Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 11/04/15

Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N

Level Of Alertness: Responds to parent
Pupillary Reaction: Equal/Reactive
Responds: Spontaneously
*Emotion/Psych Assmt: Calm
Ventilator N
Respirations: Regular and Effortless
*Breath Sounds: Coarse
Cough: Moist Cough
Amount Expectorated: Not Observed
Expectorant Color: Not Applicable
Consistency: Not Applicable
O2: N O2 Delivery: ROOM AIR @ % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None
Homan's Sign: Not Indicated
Abdomen: Soft/Active Bowel Sounds
Bowel Sounds: Present

Bowel Movement This Shift: Y Date Of Last Bowel Movement: 11/04/15

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N: N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED

Page 1603 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON,[redacted]YAH L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 27 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1920 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Character Of Urine: Not Observed

IV Pump: N How Many IV Pumps: 0 Feeding Pump: N Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

Maintain Peripheral IV or PRN Adapter Y/N: Y

*Restraints: N *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med: Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: S/S RESP DISTRESS
Specific Needs:

Precautions: Y Type of Precautions: Droplet Precaution Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation Respiratory Diagnosis, Dehydration, Anemia, Anorexia, Syncope, Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 2
(4) History of Fall or Infant-Toddler Placed in Bed
(3) Patient uses assistive devices or Infant-Toddler in Crib or Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics, Barbituates, Phenothiazines, Anti-depressants, Laxatives/Diuretics, Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 14

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1920 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)

| | | | | |
|---|---|---|---|---|
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 3 - Slightly Limited
Moisture: 3 - Occasionally Moist
Activity: 3 - Walks Occasionally
Mobility: 4 - No Limitation
Nutrition: 3 - Adequate
Friction/Shear: 4 - No Apparent Problem
Tissue Perfusion/Oxygenation: 3 - Adequate

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT
:
:
:
:
:
:
:
:
:

102000 Emotional Support/Teaching A AS NEEDED CP
- Document 11/04/15 1920 CT 11/05/15 0052 CT 80.2

Page 1604 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

[redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 28 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1920

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 11/04/15 1920 CT 11/05/15 0052 CT 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 97.7 Type Of Temperature: Tympanic
Heart Rate: 150 Heart Rate Source: Machine
Resp. Rate: 26
SAO2: 99 O2 Delivery: ROOM AIR

200021 Safety Checks A Q2H CP
- Document 11/04/15 1920 CT 11/05/15 0052 CT 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

1-D Patient Education A AS NEEDED CP
- Document 11/04/15 1920 CT 11/05/15 0050 CT 0.0
Learner: Grandparent(s)
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:CALL FOR ANY PAIN OR DISCOMFORT
:NA

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED
:LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 1920 (continued)

1-D Patient Education (continued)
*Disease (Y/N): Y :FEBRILE ILLNESS, HYPOXIA, REACTIVE AIRWAY, MYCOPLASMA
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): Y :CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :PER ORDERS
*New Medication (Y/N): Y :RESP TXS, AZITHROMYCIN
Education :
:
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER
Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND
: LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding

Activity Date: 11/04/15 Time: 2003

990008-A RT - Aerosol Therapy A Q4H CP
- Document 11/04/15 2003 KM 11/05/15 0522 KM 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: UD ALBUTEROL

Vitals: PRE POST
HR 124 HR 120
RR 28 RR 28
BBS CLEAR BBS CLEAR
: :
PF PF

Effective cough N Sputum Amount: None
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:

990008-A RT - Aerosol Therapy A Q8H CP
- Document 11/04/15 2003 KM 11/05/15 0643 KM 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: UD ATROVENT

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON,AALIYAH L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 2003 (continued)

990008-A RT - Aerosol Therapy (continued)
Vitals: PRE POST
HR 114 HR 115
RR 28 RR 28
BBS CLEAR BBS CLEAR
: :
PF PF

Effective cough N
Increase Secretions N
Sputum Amount: None
Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:

Activity Date: 11/04/15 Time: 2130

200021 Safety Checks A Q2H CP
- Document 11/04/15 2130 CT 11/05/15 0055 CT 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 2330

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by |
|---|---|---|---|---|---|---|

Activity Date: 11/04/15 Time: 2330 (contin

200021 Safety Checks (continued)
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/04/15 Time: 2339

990008-A RT - Aerosol Therapy
- Document 11/04/15 2339 KM 11/05/15 0522 KM
Is This a New Start: N Protocol Y Therapy Given:
Therapy Frequency Q4H Q4H
Meds/Dosage: UD ALBUTEROL

Vitals: PRE
HR 122 HR 127
RR 28 RR 28
BBS CLEAR BBS CLE
: :
PF PF

Effective cough N
Increase Secretions N
Sputum Amount:
Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes

Comments/Plan: TOLERATED TREATMENT WELL
:

Activity Date: 11/05/15 Time: 0130

Page 1606 of 1758

Age/Sex: 4Y 04M F  Attending: Tran, Sharon N M.D.  HENDERSON,[redacted] L  Page: 30 of 39
Unit #: K000629604  Account #: K31687676
Admitted: 11/02/15 at 2235  Location: 5ES  Willis-Knighton South Nursing **LIVE**  Printed 10/01/19 at 1353
Status: DIS IN  Room/Bed: K.E5518-1  HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/05/15  Time: 0330

200021  Safety Checks  A  Q2H  CP
- Document  11/05/15 0330  CT  11/05/15 0429  CT  5.3
Family Member At Bedside: Y  Respiration Observed: Y
Call Light/Telephone In Reach: Y  Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/05/15  Time: 0400

400010  Vital Signs  A  Q4H  CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document  11/05/15 0400  CT  11/05/15 0420  CT  20.4
Blood Pressure:  BP Position:
BP Type:
Temp: 97.1  Type Of Temperature: Tympanic
Heart Rate: 114  Heart Rate Source: Machine
Resp. Rate: 24
SAO2: 97  O2 Delivery: ROOM AIR
450010  Intake  A  06,18  CP
- Document  11/05/15 0400  CT  11/05/15 0421  CT  10.7

ORAL - just H2O (ml):
ORAL (not water) ml: 240
Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml):
IVPB (ml):
TPN (ml):
Lipid (ml):
Blood (ml):
450100  Output  A  06,18  CP
- Document  11/05/15 0400  CT  11/05/15 0421  CT  10.7
Urine voided (ml):
Urine cath. (ml):  Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 2  Last Void Date: 11/05/15  Last Void Time:
Stool X: 0  Stool Weight cc's  Date Of Last BM:
Stool Consistency:
Color Of Stool:

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/05/15  Time: 0400  (continued)

450100  Output (continued)
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:
Urostomy (ml):
Nephrostomy (ml):
WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:

Activity Date: 11/05/15  Time: 0404

990008-A  RT - Aerosol Therapy  A  Q4H  CP
- Document  11/05/15 0404  KM  11/05/15 0522  KM  2.5
Is This a New Start: N  Protocol N  Therapy Given: Y If no, why:
Therapy Frequency Q4H  Q4H
Meds/Dosage: UD ALBUTEROL

Vitals:  PRE  POST
HR 114  HR 115
RR 28  RR 28
BBS CLEAR  BBS CLEAR
:  :
PF  PF

Effective cough N  Sputum Amount: None
Increase Secretions N  Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes  Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:
990008-A  RT - Aerosol Therapy  A  Q8H  CP
- Document  11/05/15 0404  KM  11/05/15 0523  KM
Is This a New Start: N  Protocol N  Therapy Given: Y If no, why:
Therapy Frequency Q4H  Q4H
Meds/Dosage: UD ATROVENT

Page 1607 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

[redacted] AH L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 31 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/15 Time: 0404 (continued)

(continued)

Vitals: PRE
HR 114
RR 28
BBS CLEAR
:
PF

POST
HR 115
RR 28
BBS CLEAR
:
PF

Effective cough N
Increase Secretions N
Sputum Amount: None
Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:

- Undo 11/05/15 0404 KM 11/05/15 0641 KM
- Document 11/05/15 0404 KM 11/05/15 0644 KM 2.5

Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: UD ATROVENT

Vitals: PRE
HR 114
RR 28
BBS CLEAR
:
PF

POST
HR 115
RR 28
BBS CLEAR
:
PF

Effective cough N
Increase Secretions N
Sputum Amount: None
Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Yes Goal Note: Y

Comments/Plan: TOLERATED TREATMENT WELL
:

Activity Date: 11/05/15 Time: 0530

200021 Safety Checks A Q2H CP
- Document 11/05/15 0530 CT 11/05/15 0627 CT 5.3

Family Member At Bedside: Y
Call Light/Telephone In Reach: Y
Respiration Observed: Y
Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Charge | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/15 Time: 0530 (continued)

200021 Safety Checks (continued)
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/05/15 Time: 0553

450010 Intake A 06,18 CP
- Document 11/05/15 0553 CT 11/05/15 0553 CT 10.7

ORAL - just H2O (ml):
ORAL (not water) ml: 24
Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml):
IVPB (ml):
TPN (ml):
Lipid (ml):
Blood (ml):

450100 Output A 06,18 CP
- Document 11/05/15 0553 CT 11/05/15 0553 CT 10.7

Urine voided (ml):
Urine cath. (ml): Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 1 Last Void Date: Last Void Time:
Stool X: 1 Stool Weight cc's Date Of Last BM: 11/05/15
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:
Urostomy (ml):
Nephrostomy (ml):
WOUND EVAC. #1 (ml):

Page 1608 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES
Status: DIS IN Room/Bed: K.E5518-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 32 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

Activity Date: 11/05/15 Time: 0553 (continued)

450100 Output (continued)
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of - Misc. Body Fluid:

Activity Date: 11/05/15 Time: 0800

1-D Patient Education A AS NEEDED PS
- Document 11/05/15 0800 DSS 11/05/15 0819 DSS 0.0
Learner: Grandparent(s)
Learner's Preferred Method: One-on-One Teaching
Language Spoken (002): English
If Other, Describe:

*Religious or Cultural practices that may affect learning: N
If YES, describe:
*Physical limitations that may affect learning (Y/N): N
If YES, describe:
*Cognitive limitations that may affect learning (Y/N): N
If YES, describe:
*Emotional limitations that may affect learning (Y/N): N
If YES, describe:
If patient has pain, what issues have been discussed with patient regarding this:
:CALL FOR ANY PAIN OR DISCOMFORT
:

Pt/Family encouraged to report concerns about Pt. safety issues: Y
What safety issues have been addressed with the patient: 2 PT IDS, CALL BELL IN REACH, BED
:LOW AND LOCKED, SIDE RAILS UP, ADULT SUPERVISION

*Is patient/family motivated to learn (Y/N): Y
If NO, explain:

LEARNING NEEDS TEACHING SUMMARY

*Disease (Y/N): Y :FEBRILE ILLNESS, HYPOXIA, REACTIVE AIRWAY, MYCOPLASMA
Isolation (Y/N): Y :DROPLET
*Equipment (Y/N): Y :CALL LIGHT
*Procedure (Y/N): Y :REASSESSMENT
*Medication (Y/N): Y :PER ORDERS
*New Medication (Y/N): Y :RESP TXS, AZITHROMYCIN
Education :
:
*Follow-up care (Y/N): Y :ONGOING
Rehab/Resources (Y/N): N :
*Nutrition (Y/N): Y :TODDLER
Other Teaching: POC, SAFETY, CHANNEL 95, 2 PT IDS, CALL BELL IN REACH, BED LOW AND
: LOCKED, SIDE RAILS UP, ADULT SUPERVISION

If applicable, pt has demonstrated competence to self administer medications: N
Med1: NA Med2: NA Med3: NA

Problem/Goal/Intervention Description

Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Charge

Activity Date: 11/05/15 Time: 0800 (continued)

1-D Patient Education (continued)

Method Of Instruction: Explain
Evidence Of Learning Demonstrated By: Expresses Understanding
102012 PAIN Assessment / Management - PEDI A PRN PS
Use to document the effectiveness
of medications given specifically
for the control of pain.
Ask patient to be specific
regarding location, severity, and
type of pain.
- Document 11/05/15 0800 DSS 11/05/15 0830 DSS 0.0
Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Pain Frequency:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Cause of pain:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR): Y
Non-Pharmacologic:
Emotional support: Y

Comfort measures: Y
Cognitive techniques: N
100006 Discharge Assessment/Planning A AS NEEDED CP
- Document 11/05/15 0800 DSS 11/05/15 0819 DSS

Discharge Problems/Needs Identified: Y
:ACTIVITY
:S/S RESP DISTRESS
:MEDS
:FOLLOW UP
:SAFETY

Arrangements Made to Meet Need(s): Y
:ONGOING
:
:
:

Page 1609 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

[redacted]L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 33 of 39
Printed 10/01/19 at 1353

| Problem/Goal/Intervention Description | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | | From Charge |

Activity Date: 11/05/15 Time: 0800

100507 Reassessment/Evaluation - Pediatrics A CP
Direction ->07,19 Document when done
- Document 11/05/15 0800 DSS 11/05/15 0830 DSS 0.0
Date: 11/05/15 Shift: 7A - 7P

Focus / Plan For The Day: BREATHING TX,meds
Plan Of Care Discussed With Patient: Y Plan Of Care Updated: 11/05/15

Wound: N Dressing: N Drain: N Pain At Present Time: N Swallowing Difficulty: N

Level Of Alertness: Responds to parent Pupillary Reaction: Equal/Reactive
*Emotion/Psych Assmt: Apprehens/Respons to care Responds: Spontaneously
Ventilator N
Respirations: Regular and Effortless *Breath Sounds: Coarse
Cough: Moist Cough Amount Expectorated: Not Observed
Expectorant Color: Not Applicable Consistency: Not Applicable
O2: N O2 Delivery: ROOM AIR @ % (when using Blender)
Pulse Quality: Normal Pulsation
Edema Of Extremity: None Homan's Sign: Not Indicated
Abdomen: Soft/Active Bowel Sounds Bowel Sounds: Present

Bowel Movement This Shift: N Date Of Last Bowel Movement: 11/04/15

Are You Having PAIN / DISCOMFORT Now: N
Is this a new episode of pain: N
Location Of Pain:
Duration Of Pain:
Character of Pain:
Onset of Pain:
Pain Relieved By:
Pain Made Worse By:
Pain scale used to assess pain: FLACC
Pain score: 0
-----Pain Interventions-----
Pharmacologic (see MAR):
Non-Pharmacologic:
Emotional support:
Comfort measures:
Cognitive techniques:

Voiding: Y Indwelling Urinary Catheter Y/N: N Can this catheter be removed? (Y/N): N
Color Of Urine: NOT OBSERVED
Character Of Urine: Not Observed

IV Pump: N How Many IV Pumps: 0 Feeding Pump: N Heating Pad: N

SCDs in place at beginning of shift: N TEDs in place at beginning of shift: N

Maintain Central Line:TLC/PICC/SWAN/PORT/HD CATHETER/UAC/UVC/BROVIAC? (Y/N): N
Can this line be removed? (Y/N): N

| Problem/Goal/Intervention Description | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | | From Charge |

Activity Date: 11/05/15 Time: 0800 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Maintain Peripheral IV or PRN Adapter Y/N: N

*Restraints: N *Restraint Type:
Has patient had an adverse drug reaction this shift: N
If yes, name of Med: Type of Reaction:

Does the Patient Have any Complaints Or Specific Needs: Y
Specific Needs: S/S RESP DISTRESS
Specific Needs:

Precautions: Y Type of Precautions: Droplet Precaution Standard Precautions: Y
Negative Air Pressure Confirmed - Discharge of air Outdoors or HEPA Filtration Unit(Y/N): N
*Is patient DO NOT RESUSCITATE: N

Pediatric Fall Risk Assessment
Age: 4
(4) Less than 3 years old
(3) 3 to less than 7 years old
(2) 7 to less than 13 year old
(1) 13 years and above
Gender: 1
(2) Male (1) Female
Diagnosis: 3
(4) Neurological Diagnosis
(3) Alteration in Oxygenation
Respiratory Diagnosis, Dehydration,
Anemia, Anorexia, Syncope,
Diziness, etc.
(2) Psych/Behavioral Disorders
(1) Other Diagnosis
Cognitive Impairment: 3
(3) Not Aware of Limitations
(2) Forgets Limitations
(1) Oriented to Own Ability

Environmental Factors: 2
(4) History of Fall or Infant-Toddler
Placed in Bed
(3) Patient uses assistive devices or
Infant-Toddler in Crib or
Furniture/Lighting
(2) Patient Placed in Bed
(1) Outpatient Area
Response to Surgery/Sedation/Anesthesia 0
(3) Within 24 hours
(2) Within 48 hours
(1) More than 48 hours
Medication Usage: 1
(3) Multiple usage of: Sedatives, Hypnotics,
Barbituates, Phenothiazines, Anti-
depressants, Laxatives/Diuretics,
Narcotic
(2) One of the meds listed above
(1) Other Medications/None
Fall Risk Total: 14

---- BRADEN SCALE FOR PEDS (LESS THAN 18 YEARS OLD) ----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Age Appropriate |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Significant Problem | Problem | Potential Problem | No Apparent Problem |
| PERF/OXYGEN | Extremely Compromised | Compromised | Adequate | Excellent |

Sensory Perception: 3 - Slightly Limited
Moisture: 3 - Occasionally Moist
Activity: 3 - Walks Occasionally
Mobility: 4 - No Limitation

Page 1610 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 34 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/15 Time: 0800 (continued)

100507 Reassessment/Evaluation - Pediatrics (continued)
Nutrition: 3 - Adequate
Friction/Shear: 4 - No Apparent Problem
Tissue Perfusion/Oxygenation: 3 - Adequate

Total Braden Scale Score: 23

I verify that I have performed a complete skin assessment and documented all findings below.

Skin Color: Normal Skin Temp/Character: Warm & Dry
Skin Hydration: Normal

Pressure Ulcer/Skin Impairment Since Previous Assessment: N
If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT
:
:
:
:
:
:
:
:
:

102000 Emotional Support/Teaching A AS NEEDED CP
- Document 11/05/15 0800 DSS 11/05/15 0830 DSS 80.2
250510-A Bath, Total Bed - Toddler A DAILY CP
- Document 11/05/15 0800 DSS 11/05/15 0830 DSS 160.5
Refused due to:
Completed by: FAMILY
250512 Linen Changed A DAILY CP
- Document 11/05/15 0800 DSS 11/05/15 0830 DSS 0.0
Refused due to:
Completed by: CNA

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/15 Time: 0800

550030-B Feed With Assistance A MEALTIMES CP
- Document 11/05/15 0800 DSS 11/05/15 0831 DSS 74.9
Current Diet: TODDLER
Add'l Diet Restric:
Meal: Breakfast
Percentage of Meal Eaten: Ate 50%
Supplement:
Percentage of Supplement Consumed:
550040 Formula Prep A MEALTIMES CP
- Document 11/05/15 0800 DSS 11/05/15 0831 DSS 53.5
200071 Safety Checks A Q2H CP
- Document 11/05/15 0800 DSS 11/05/15 0830 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N
990008-A RT - Aerosol Therapy A Q4H CP
- Document 11/05/15 0800 BAC 11/05/15 1411 BAC 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4H Q4H
Meds/Dosage: UD ALBUTEROL

| Vitals: | PRE | POST |
|---|---|---|
| | HR 123 | HR 122 |
| | RR 26 | RR 26 |
| | BBS CLEAR | BBS CLEAR |
| | : | : |
| | PF | PF |

Effective cough Y Sputum Amount: None
Increase Secretions N Sputum Color:
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: Y

Comments/Plan: PATIENT TOLERATED TREATMENT WELL
:
3000001 Breathing Pattern, Ineffective A QSHIFT CP
- Document 11/05/15 0800 DSS 11/05/15 0831 DSS
SAO2: 97
Is patient on oxygen? N

Page 1611 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON, [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 35 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/05/15 Time: 0800

402170 O2 Delivery A Q2H CP
- Document 11/05/15 0800 DSS 11/05/15 0831 DSS 0.0
O2 Delivery: ROOM AIR
Oxygen Delivery Frequency:

Activity Date: 11/05/15 Time: 0802

400010 Vital Signs A Q4H CP
Vital Signs taken by a NA1 are reviewed by an RN.
- Document 11/05/15 0802 VV 11/05/15 0805 VV 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 98.4 Type Of Temperature: Tympanic
Heart Rate: 124 Heart Rate Source: Machine
Resp. Rate: 28
SAO2: 97 O2 Delivery: ROOM AIR

Activity Date: 11/05/15 Time: 1000

200021 Safety Checks A Q2H CP
- Document 11/05/15 1000 DSS 11/05/15 1800 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/05/15 Time: 1114

990008-A RT - Aerosol Therapy A Q4H CP
- Document 11/05/15 1114 BAC 11/05/15 1411 BAC 2.5
Is This a New Start: N Protocol N Therapy Given: Y If no, why:
Therapy Frequency Q4/Q8
Meds/Dosage: UD ALBUTEROL/UD ATROVENT

Vitals: PRE | POST
HR 122 | HR 122
RR 26 | RR 26
BBS CLEAR | BBS CLEAR
: | :
PF | PF

Effective cough Y Sputum Amount: None
Increase Secretions N Sputum Color:

Problem/Goal/Intervention Description
Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change

Activity Date: 11/05/15 Time: 1114 (continued)

990008-A RT - Aerosol Therapy (continued)
Sputum Consistency:

Is Patient Progressing Toward Goal: Unchanged Goal Note: N

Comments/Plan: PATIENT TOLERATED TREATMENT WELL
:

Activity Date: 11/05/15 Time: 1200

400010 Vital Signs A Q4H CP
Vital Signs taken by a NA1 are reviewed by an RN.
- Document 11/05/15 1200 DSS 11/05/15 1215 DSS 21.4
Blood Pressure: BP Position:
BP Type:
Temp: 97.7 Type Of Temperature: Tympanic
Heart Rate: 130 Heart Rate Source: Machine
Resp. Rate: 30
SAO2: 98 O2 Delivery: ROOM AIR

200021 Safety Checks A Q2H CP
- Document 11/05/15 1200 DSS 11/05/15 1800 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/05/15 Time: 1400

200021 Safety Checks A Q2H CP
- Document 11/05/15 1400 DSS 11/05/15 1800 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Page 1612 of 1758

Age/Sex: 4Y 04M F
Unit #: K000629604
Admitted: 11/02/15 at 2235
Status: DIS IN

Attending: Tran, Sharon N M.D.
Account #: K31687676
Location: 5ES
Room/Bed: K.E5518-1

HENDERSON,[redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 36 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description — Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | Change | From

Activity Date: 11/05/15 Time: 1600

450010 Intake A 06,18 CP
- Document 11/05/15 1600 DSS 11/05/15 1759 DSS 10.7

ORAL - just H2O (ml):
ORAL (not water) ml: 840
Tube Feed (ml):
NGT Tube Flushes (ml):
PEG Tube Flushes (ml):
IV (ml):
IVPB (ml):
TPN (ml):
Lipid (ml):
Blood (ml):

450100 Output A 06,18 CP
- Document 11/05/15 1600 DSS 11/05/15 1759 DSS 10.7
Urine voided (ml):
Urine cath. (ml): Date Cath Inserted:
Color Of Urine:
Character Of Urine:
Urine Inct Est (ml):
If No Output, Is Pt. On Dialysis:
Void X NM: 4 Last Void Date: Last Void Time:
Stool X: 1 Stool Weight cc's Date Of Last BM:
Stool Consistency:
Color Of Stool:
Amount Of Stool:
Ileostomy (ml):
New Colostomy Output:
Old Colostomy Output (Num. of stools):
NG (ml):
Emesis (ml):
Rectal Tube (ml):
Est. Bld Loss (ml):
Meas Bld Loss (ml):

Chest Tube #1 (ml):
Chest Tube #2 (ml):
Drain 1:
Drain 2:
Drain 3:
Drain 4:
Urostomy (ml):
Nephrostomy (ml):
WOUND EVAC. #1 (ml):
Amt. Of Or Asp. Of Misc. Body Fluid (ml):
Source Of Output Or Asp. Of · Misc. Body Fluid:

200021 Safety Checks A Q2H CP
- Document 11/05/15 1600 DSS 11/05/15 1800 DSS 5.3
Family Member At Bedside: Y Respiration Observed: Y
Call Light/Telephone In Reach: Y Fall Precautions: Y

Problem/Goal/Intervention Description — Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | Change | From

Activity Date: 11/05/15 Time: 1600 (continued)

200021 Safety Checks (continued)
Crib Rails (Up / Down): Not Applicable
Number Of Bed Rails Up: 3
Are bedrails up because of meds given: N
Bed Brakes Locked: Y
Bed High OR Low Position: LOW
All Alarms On and Audible: Y
CPM in use: N
Pt. Off Unit: N

Activity Date: 11/05/15 Time: 1628

100552 Discharge Summary 2 Ped A AT TIME OF DISCHARGE AS
- Create 11/05/15 1628 TLB 11/05/15 1636 TLB
- Document 11/05/15 1628 TLB 11/05/15 1636 TLB 0.0
Pt's Chief Complaint: TROUBLE BREATHING
*Functional Level Prior To Admit: Dependent
Expected Therapy/Outcome: RELIEF OF SYMPTOMS

Brief Summary Of Hospital Stay: IV FLUIDS, ANTIBIOTICS, RESPIRATORY TREATMENTS
:
:
Discharge Diag./Complications: NONE
---DISCHARGE VITAL SIGNS---
Blood Pressure: Heart Rate: 130 Resp. Rate: 30
Temp: 97.7 Type Of Temperature: Tympanic
Heparin Lock Removed: YES Telemetry Removed: NOT APPLICABLE

---DISCHARGE FOLLOW UP---
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: HER PRIMARY CARE PHYSICIAN-CALL FOR APPT. Pt/Fam Make Appt In: NEXT WEEK
Referral To: *PT:N *OT:N *CR:N Hospice: N*SS: N *HH:N *Diet Cnst:N *RT:N *ST:N

---DISCHARGE ACTIVITY---
Functional Level On Discharge: Dependent
Resume Normal Activity: Y Restricted Activity For: NA
Restricted Activity: Not Applicable DOC: NA
Hygiene Restrictions: Not Applicable
Diet Restrictions: REGULAR DIET FOR AGE
---TAKE HOME MEDICATIONS -----
NAME/DOSE TIMES | SPECIAL INSTRUCTIONS
: ORAPRED 15/5 GIVE 5 ML BY MOUTH 2 TIMES A DAY FOR 3 DAYS-NEXT DOSE 9 PM
: AZITHROMYCIN 100/5 GIVE 3 ML BY MOUTH EVERY DAY FOR 2 DAYS-NEXT DOSE
: TOMORROW MORNING
: ALBUTEROL 2.5 MG/3 ML GIVE 3 ML VIA NEBULIZER EVERY 4-6 HOURS AS NEEDED
: FOR WHEEZING
:
:

Page 1613 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES
Status: DIS IN Room/Bed: K.E5518-1

[redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 37 of 39
Printed 10/01/19 at 1353

| Problem/Goal/Intervention Description | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change | |

Activity Date: 11/05/15 Time: 1628 (continued)

100552 Discharge Summary 2 Ped (continued)

---TAKE HOME MEDICATIONS CONTINUED-----

NAME/DOSE : TIMES SPECIAL INSTRUCTIONS

Is Fall Risk Score 12 or higher (Ped) 3 or higher (Adult): Y

Verbalizes Understanding Of Discharge Instructions: Y
Return Demonstration Of Discharge Instructions: N
Valuables Returned From Business Office: Nevertaken to Bus. office

Records Sent With Patient: N Records: NONE
Discharged Per: Parent Arms
Discharged To: Parent/Guardian
Mode Of Transportation: Automobile
Accompanied By: PARENT

---DISCHARGE SKIN ASSESSMENT---

I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temp/Character: Warm & Dry

Pressure Ulcer/Skin Impairment at Discharge: N If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH. If >10 locations, document remaining in a Patient Note.

LOCATION : SKIN DESCRIPTION

| Problem/Goal/Intervention Description | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change | |

Activity Date: 11/05/15 Time: 1628 (continued)

100552 Discharge Summary 2 Ped (continued)

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT

-----BRADEN Q SCALE FOR PEDS (LESS THAN 18 YEARS OLD)-----

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Walks Frequently |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Probably Inadequate | Adequate | Excellent |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| FRICT/SHEAR | Problem | Potential Problem | No Apparent Problem | |
| PERF/OXYGEN | Extremely Compromised | Compromised 02<95% cap>2sec | Adequate cap=2sec | Excellent 02>95% cap<2sec |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Walks Frequently
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 3 - No Apparent Problem
Total Braden Scale Score: 22

DISCHARGE MATERIALS AND INFORMATION GIVEN TO PT OR FAMILY
Discharge Material Given: DISCHARGE SUMMARY
Discharge Material Given: 2 PRESCRIPTION PAPERS WITH 3 MEDICATIONS ON
Discharge Material Given: THEM
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:

Page 1614 of 1758

Age/Sex: 4Y 04M F Attending: Tran, Sharon N M.D.
Unit #: K000629604 Account #: K31687676
Admitted: 11/02/15 at 2235 Location: 5ES
Status: DIS IN Room/Bed: K.E5518-1

HENDERSON, [redacted] L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Page: 38 of 39
Printed 10/01/19 at 1353

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts | Directions Comment | Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/15 Time: 1628 (continued)

100552 Discharge Summary 2 Ped (continued)
Cardiopulmonary Home Care Instructions Provided: N Dialysis patient: N

Smoking can be hazardous to your health and those around you. ANYONE that smokes should stop for their health! Assistance to stop smoking is available by calling WK Quit (212-4450), the American Lung Association (800-LUNG-USA) or the American Cancer Society (800-QUIT-NOW).

**REMINDER TO PATIENT AND/OR FAMILY: Discard any previous medication lists and update your new medication list with any medication providers and/or pharmacies you use.

Heplock removed: Yes Is there an MD order to leave in place:

Foley Catheter removed: Not Applicable Is there an MD order to leave in place:
Was catheter inserted on this admit:

PICC line removed: Not Applicable Is there an MD order to leave in place: N
Is Home Health set up to care for PICC Line at home:
Was PICC flushed and dressing changed according to policy:
Were PICC Line Home Care Instructions given to patient:

If any other devices were left in place, describe: NA
:

*** PHYSICAL MEDICINE DISCHARGE NOTE ( when applic.) ***
: NA
:
:

*** RESPIRATORY THERAPY DISCHARGE NOTE (when applic.) ***
: NA
:

*** OTHER DISCIPLINE DISCHARGE NOTE (when applic.) ***
Department: NA
:
:

If pt. delivered baby while in hospital, enter Blood types:
PATIENT BLOOD TYPE :
Baby 1 Type and RH: Baby 2 Type and RH:

Patient Or Family Signature:________________________________

Time Of Discharge: 1636 Nurse Signature: T. BROOKS, RN

Date of Birth: 10/01/13 (Automatically defaults; do not change)
- Edit Results 11/05/15 1628 TLB 11/05/15 1643 TLB
: PEDIAPROPHEN (IBUPROPHEN) 120 MG GIVE 6 ML BY MOUTH EVERY 6 HOURS AS []
: NEEDED FOR TEMPERATURE MORE THAN OR EQUAL TO 101 DEGREES []
: TYLENOL 175 MG GIVE 5.5 ML BY MOUTH EVERY 4 HOURS AS NEEDED FOR []
: TEMPERATURE MORE THAN OR EQUAL TO 100.4 DEGREES []

Problem/Goal/Intervention Description

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts | Directions Comment | Documented Units | Change | From |
|---|---|---|---|---|---|---|---|---|---|---|---|

Activity Date: 11/05/15 Time: 1636

400010 Vital Signs A Q4H CP
Vital Signs taken by a NAI are reviewed by an RN.
- Document 11/05/15 1636 SEJ 11/05/15 1636 SEJ 21.4
Blood Pressure: BP Position:
BP Type:
Temp: Type Of Temperature:
Heart Rate: 122 Heart Rate Source: Machine
Resp. Rate: 28
SAO2: 98 O2 Delivery: ROOM AIR

Activity Date: 11/05/15 Time: 1801

| Activity Type | Description / Occurred – Recorded | Sts | Directions | Change | From |
|---|---|---|---|---|---|
| 1-D | Patient Education | D | AS NEEDED | | PS |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | AS |
| 100522 | Pediatric Admit Assessment | D | ADMIT | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | AS |
| 100552 | Discharge Summary 2 Ped | D | AT TIME OF DISCHARGE | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | PS |
| 102012 | PAIN Assessment / Management - PEDI Use to document the effectiveness of medications given specifically for the control of pain. Ask patient to be specific regarding location, severity, and type of pain. | D | PRN | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | PS |
| 990001-B | RT - Initial Assessment | D | | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | |
| Problem: | *Basic Pediatric Nursing Care | D | | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | |
| Goal: | Basic nursing care will be provided. | D | 11/07/15 | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | CP |
| 100006 | Discharge Assessment/Planning | D | AS NEEDED | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | CP |
| 100507 | Reassessment/Evaluation - Pediatrics Direction ->07,19 Document when done | D | | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | CP |
| 100600 | Critical Value Reporting | D | | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | CP |
| 102000 | Emotional Support/Teaching | D | AS NEEDED | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | CP |
| 102013 | Pain, Infant Scale Also perform PRN for painful procedures | D | | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | CP |
| 250510-A | Bath, Total Bed - Toddler | D | DAILY | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | CP |
| 250512 | Linen Changed | D | DAILY | | |
| - Ed Status | 11/05/15 1801 his 11/05/15 1801 his | | | A => D | |

**Age/Sex:** 4Y 04M F **Attending:** Tran, Sharon K M.D.
**Unit #:** K000629604 **Account #:** K31687676
**Admitted:** 11/02/15 at 2235 **Location:** 5ES
**Status:** DIS IN **Room/Bed:** K.E5518-1

HENDERSON,AALIYAH L

Willis-Knighton South Nursing **LIVE**
HIMS PRINT ALL NURSING INFORMATION

Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|
| Activity Date: 11/05/15 Time: 1801 | | | | | |
| 400010 | Vital Signs<br>Vital Signs taken by a NAI are reviewed by an RN. | | D | Q4H | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 401335 | Weight, Daily, PEDI Or NSY | | D | DAILY | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 450010 | Intake | | D | 06,18 | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 450100 | Output | | D | 06,18 | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 550030-B | Feed With Assistance | | D | MEALTIMES | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 550040 | Formula Prep | | D | MEALTIMES | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 550090 | Feed Formula Per Family Or Staff | | D | Q3H | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 800515 | Physician Rounds | | D | DAILY | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 800516 | Clergy Visits | | D | DAILY | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| Problem: *INJURY, POTENTIAL FOR | | | D | | |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| Goal: No evidence of injury to patient. | | | D | 11/07/15 | |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 200021 | Safety Checks | | D | Q2H | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| Problem: *KNOWLEDGE DEFICIT | | | D | | |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| Goal: Patient/Family Will Verbalize Understanding of Diagnosis and Treatment. | | | D | 11/07/15 | |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |
| 1-D | Patient Education | | D | AS NEEDED | CP |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his | | | A => D |

Problem/Goal/Intervention Description

| Activity Type | Occurred Date Time by | Recorded Date Time by |
|---|---|---|
| Activity Date: 11/05/15 Time: 1801 | | |
| 3000001 | Breathing Pattern, Ineffective | |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his |
| 402170 | O2 Delivery | |
| - Ed Status | 11/05/15 1801 his | 11/05/15 1801 his |

| Monogram | Initials | Name | Nurse |
|---|---|---|---|
| BAC | CHAMBB.RT | CHAMBERLAIN,BRETT A | RRT |
| CJP | COOKC4.NS | POLLARD,CASSANDRA J | RN |
| CY | MEYERC.NS | MEYER,CINDY | [illegible] |
| CT | THOMAC7.NS | THOMAS,CALVIN D | [illegible] |
| DRW | WILLID.RT | WILLIAMS,DEBRA R | [illegible] |
| DSS | BAYNED.NS | SIMPSON,DIANA S. | [illegible] |
| JW | WATSOJ1.NS | WATSON,JESSICA | RNADP |
| JWJ | WEATHJ.NS | JOHNSTON,JODI W | RNC |
| KHY | YOUNGKH.RT | YOUNG,KATHERINE H | RRT |
| KM | CANIZK.RT | MCCULLOUGH,KARLA | RT |
| SEJ | PATTOS.NS | JOHNSON,SALOME E | RN |
| TLB | BROOKT.NS | BROOKS,TERRI L | RNC |
| TS | JONEST.RT | SIKES,TANYA | CT |
| VV | VANNV.NS | VANN,VALARIE | RN |
| his | | automatic by program | |

MEDICATION ADMINISTRATION RECORD — PERIOD: 11/05/15 to 11/06/15-0700 — ROGERSP.DP 11/04/15-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* ROUTINE MEDS ******* | | | | | |
| K005362123 | ALBUTEROL SOLUTION 0.083% 3 ML UD (None) (PROVENTIL U/D) ORD DR: Tran, Sharon N M.D. DOSE: (UNIT DOSE(S)) INH .Q4H SCH DOSE INSTR: AS DIRECTED COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | 1245 11/04/15 | | RT | | |
| K005362124 | ATROVENT 0.02% - 0.2 MG/ML UD INH.SOLN (None) (ATROVENT 0.02%) ORD DR: Tran, Sharon N M.D. DOSE: (INHAL SOLN(S)) INH .Q8H X 24 HRS SCH DOSE INSTR: 2.5 ML UNIT DOSE COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | 1245 11/04/15 | 1244 11/05/15 | RT | | |
| K005362125 | PREDNISOLONE 15 MG/5 ML 5MLUDC (None) (ORAPRED U/D) ORD DR: Tran, Sharon N M.D. DOSE: (5ML UNIT DOSE CUP(S)) PO BID SCH DOSE INSTR: 12 MG (4 ML) COMMENTS: (REFRIGERATE!) | 0900 11/04/15 | | ~~0900~~ 1100 PS/AT | ~~2100~~ 2300 | |
| K005362126 | AZITHROMYCIN 100 MG/5 ML 15MLBOT (None) (ZITHROMAX) ORD DR: Tran, Sharon N M.D. DOSE: (15ML BOT(S)) PO DAILY SCH DOSE INSTR: 60 MG (3 ML) COMMENTS: (SHAKE WELL!) (STORE AT ROOM TEMPERATURE!) | 0900 11/04/15 | | ~~0900~~ | | 0600 |

LEGEND: RD Rt Deltoid; LD Lt Deltoid; RUQ Rt Upper Outer Quadrant; LUQ Lt Upper Outer Quadrant; RLT Rt Lateral Thigh; LLT Lt Lateral Thigh; RDT Rt Dorsal Thigh; LDT Lt Dorsal Thigh; RA Rt Abd; LA Lt Abd; RVG Rt VentroGluteal; LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Amber Taylor RN | AT | [signature] | | | | | |
| Amber Taylor RN | AT | [signature] | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: [redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 27 lb 8.92 oz = 12.5 kg
Marital Status: SIN BSA: 0.53 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5518-1
Adm Date: 11/03/15
Location: 5ES
Service: PED
D.O.B.: 10/01/13
PAGE 1



MEDICATION ADMINISTRATION RECORD
PERIOD: 11/05/15-0701 to 11/06/15-0700

ROBERSP.DP
11/04/15-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | | | | | | |

LEGEND:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RD | Rt Deltoid | RUQ | Rt Upper Outer Quadrant | RLT | Rt Lateral Thigh | RDT | Rt Dorsal Thigh | RA | Rt Abd | RVG | Rt VentroGluteal |
| LD | Lt Deltoid | LUQ | Lt Upper Outer Quadrant | LLT | Lt Lateral Thigh | LDT | Lt Dorsal Thigh | LA | Lt Abd | LVG | Lt VentroGluteal |

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: [redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 27 lb 8.92 oz = 12.5 kg
Marital Status: SIN BSA: 0.53 m2

Room/Bed: K.K5518-1
Adm Date: 11/03/15
Location: 5KS
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

MEDICATION ADMINISTRATION RECORD
ADMIN PERIOD: 11/05/15-0701 to 11/06/15-0700

ROBERSF.DP
11/04/15-2030

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | ******* PRN MEDS ******* | | | | | |
| K005361343 | ACETAMINOPHEN 325 MG/10.15 ML UDC (None) (TYLENOL)<br>ORD DR: Tran, Sharon N M.D.<br>DOSE: (UD CUP(S)) PO .Q4H PRN<br>DOSE INSTR: 175MG (5.5ML)<br>COMMENTS: AS NEEDED FOR TEMPERATURE >= 100.4 (DO NOT EXCEED 4,000 MG/24HRS!) | 1730 11/03/15 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| K005361344 | IBUPROFEN PED. SUSP 100 MG/5 ML 5MLUDC (None) (PEDIA PROFEN)<br>ORD DR: Tran, Sharon N M.D.<br>DOSE: (5ML UNIT DOSE CUP(S)) PO .Q6H PRN<br>DOSE INSTR: 120MG (6ML)<br>COMMENTS: AS NEEDED FOR TEMPERATURE >= 101 (SHAKE WELL!) (SAME AS ADVIL/MOTRIN) | 1730 11/03/15 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid | RUQ Rt Upper Outer Quadrant | RLT Rt Lateral Thigh | RDT Rt Dorsal Thigh | RA Rt Abd | RVG Rt VentroGluteal
LD Lt Deltoid | LUQ Lt Upper Outer Quadrant | LLT Lt Lateral Thigh | LDT Lt Dorsal Thigh | LA Lt Abd | LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON,[redacted]L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 27 lb 8.92 oz = 12.5 kg
Marital Status: SIN BSA: 0.53 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.K5518-1
Adm Date: 11/03/15
Location: 5KS
Service: PED
D.O.B.: 10/01/13

MEDICATION ADMINI[illegible]TION RECORD ROBERSP,DP

[illegible] PERIOD: 11/05/15-[illegible]1 to 11/06/15-0700 [illegible]: 11/04/15-2030

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: X31687676 Med Rec#: K000629604
Name: HENDERSON,AALIYAH L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 27 lb 8.92 oz = 12.5 kg
Marital Status: SIN BSA: 0.53 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.K5518-1
Adm Date: 11/03/15
Location: 5KS
Service: PED
D.O.B.: 10/01/13

PAGE 4

MEDICATION ADMINI[illegible]TION RECORD ROBERSP.DP
[illegible]N PERIOD: 11/05/15-[illegible]1 to 11/06/15-0700 [illegible] 11/04/15-2030

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687675 Med Rec#: K000629604
Name: HENDERSON,AALIYAH L
Phys: Tran, Sharon M M.D.
Age: 2Y 01M Sex: F Wgt: 27 lb 8.92 oz = 12.5 kg
Marital Status: SIN BSA: 0.53 m2
Allergies: ... see ALLERGY SOURCE DOCUMENT ...

Room/Bed: K.E5518-1
Adm Date: 11/03/15
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Page 1621 of 1758

RUN DATE: 11/04/15 Willis Knighton South **ADMISSIONS** PAGE 1
RUN TIME: 2146 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP

**Name:** [redacted] L **DOB:** 10/01/13 **Age:** 2Y 01M
**Rm/Bd:** K.E5518 **Serv/Locn:** PED **Status:** IN **Sex:** F
**Unit#:** K000629604 **Account#:** K31687676 **EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Allergy1-Med/Contact:** 11/03/15 - 1358
NKDA

**Allergy2-Med/Contact:** 11/03/15 - 1358
NKDA

**Food Allergies-Intol:** 11/03/15 - 1358
NONE

**Latex Allergy (Y/N):** 11/03/15 - 1358
N

**Pharmacy Allergy List (Coded Allergies), historical data:** 11/04/15
**(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 11[redacted]/15 [redacted]llis Knighton [redacted]th *ADMISSION[redacted] [redacted] PAGE 1
RUN TIME: 1254 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: PETERS.AM

**Name:** [redacted] L **DOB:** 10/01/13 **Age:** 2Y 01M
**Rm/Bd:** K.E5518 **Serv/Locn:** PED **Status:** IN **Sex:** F
**Unit#:** K000629604 **Account#:** K31687676 **EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Pharmacy Allergy List (Coded Allergies), historical data:** 11/03/15
**(Duplicate names represent coding within (3) categories:**
**Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 11/03/15
RUN TIME: 1254
RUN USER: PETERS.AM

Willis Knighton South *ADMISSIONS*
INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

**Name:** [redacted] H L
**Rm/Bd:** K.E5518 **Serv/Locn:** PED
**Unit#:** K000629604 **Account#:** K31687676
**DOB:** 10/01/13 **Age:** 2Y 01M
**Status:** IN **Sex:** F
**EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Pharmacy Allergy List (Coded Allergies), historical data:** 11/03/15
**(Duplicate names represent coding within (3) categories:**
**Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**



MEDICATION ADMINISTRATION RECORD
PERIOD: 11/04/15 to 11/05/15-0700

ROBERSP.DP 11/03/15-2030

Rm 518

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* ROUTINE MEDS ******* | | | | | |
| K005361342 | METHYLPREDNISOLONE 40 MG/ML 1ML VIAL (12 MG) (SOLU MEDROL) ORD DR: Tran, Sharon N M.D. DOSE: 12 MG= (0.3 1ML VIAL(S)) IVP Q12H SCH D/C MEDICINE | 2330 11/03/15 | D/C | MEDICINE | | 2330 0800 |
| K005361505 | ALBUTEROL SOLUTION 0.083% 3 ML UD (None) (PROVENTIL U/D) ORD DR: Tran, Sharon N M.D. DOSE: (UNIT DOSE(S)) INH Q6H Q4hR SCH DOSE INSTR: AS DIRECTED COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | 2015 11/03/15 | | RT | | |

ORAPRED 12mg PO bid. — 1300 AT — 2300 DT/KK

Azithromycin 60mg PO Qday. — 0600 D.T./KK

| | ******* IV'S ******* | | | | | |
|---|---|---|---|---|---|---|
| K005360456 | CEFTRIAXONE 1 GM VIAL (0.6 GM) 600mg (ROCEPHIN) IN: D5W 50 ML BAG (50 ML) (D5W) ORD DR: Paul, Edward M.D. RATE: 100 MLS/HR DUR: FREQ: Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** D/C MEDICINE | 0100 11/04/15 | D/C | MEDICINE | | 0100 0200 |

D5½NS @45 ml/hr — D/C MEDICINE

LEGEND: RD Rt Deltoid, LD Lt Deltoid, RUQ Rt Upper Outer Quadrant, LUQ Lt Upper Outer Quadrant, RLT Rt Lateral Thigh, LLT Lt Lateral Thigh, RDT Rt Dorsal Thigh, LDT Lt Dorsal Thigh, RA Rt Abd, LA Lt Abd, RVG Rt VentroGluteal, LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Amber Taylor RN | AT | D. Simpson RN | DS | Kay Kelley RN | KK | Daniel Thomas RN | DT |
| Amber Taylor RN | AT | D. Simpson RN | DS | Kay Kelley RN | | Daniel Thomas | |

MEDICATION [redacted] 2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: X31697676 Med Rec#: K000629604
Name: HENDERSON [redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 25 lb 12.71 oz = 11.7 kg
Marital Status: SIN BSA: 0.51 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ...

Room/Bed: K.S5518-1
Adm Date: 11/03/15
Location: 5KS
Service: PED
D.O.B.: 10/01/13

PAGE 1

518

Over →



MEDICATION ADMINISTRATION RECORD
ADMIN PERIOD: 11/04/15-0701 to 11/05/15-0700
ROBERSP.DF
11/03/15-2030

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* IV'S ******* | | | | | |
| K005360457 | AZITHROMYCIN 500 MG VIAL (60 MG) (ZITHROMAX) IN: SODIUM CHLORIDE 0.9% 100 ML BAG (100 ML) (SODIUM CHLORIDE 0.9%) ORD DR: Paul, Edward M.D. RATE: 100 MLS/HR DUR: 1 FREQ: Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 0500 11/04/15 | D/C MEDICINE Δ to PO | | | ~~0500~~ ~~0600~~ |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON,AALIYAH L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 25 lb 12.71 oz = 11.7 kg
Marital Status: SIN BSA: 0.51 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5518-1
Adm Date: 11/03/15
Location: 5ES
Service: PED
D.O.B.: 10/01/13
PAGE 2

MEDICATION ADMIN[redacted]ION RECORD ROBERSP.DP
[redacted]N PERIOD: 11/04/15[redacted]1 to 11/05/15-0700 [redacted] 11/03/15-2030

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| ******* PRN MEDS ******* | | | | | | |
| K005361343 | ACETAMINOPHEN 325 MG/10.15 ML UDC (None) (TYLENOL)<br>ORD DR: Tran, Sharon N M.D.<br>DOSE: (UD CUP(S)) PO .Q4H PRN<br>DOSE INSTR: 175MG (5.5ML)<br>COMMENTS: AS NEEDED FOR TEMPERATURE >= 100.4 (DO NOT EXCEED 4,000 MG/24HRS!) | 1730 11/03/15 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| K005361344 | IBUPROFEN PED. SUSP 100 MG/5 ML 5MLUDC (None) (PEDIA PROFEN)<br>ORD DR: Tran, Sharon N M.D.<br>DOSE: (5ML UNIT DOSE CUP(S)) PO .Q6H PRN<br>DOSE INSTR: 120MG (6ML)<br>COMMENTS: AS NEEDED FOR TEMPERATURE >= 101 (SHAKE WELL!) (SAME AS ADVIL/MOTRIN) | 1730 11/03/15 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON,[redacted]L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 25 lb 12.71 oz = 11.7 kg
Marital Status: SIN BSA: 0.51 m2
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.E5518-1
Adm Date: 11/03/15
Location: 5ES
Service: PED
D.O.B.: 10/01/13

PAGE 3

MEDICATION ADMIN[redacted]TION RECORD
[redacted]N PERIOD: 11/04/15[redacted]1 to 11/05/15-0700

ROBERSP.DP
[redacted]: 11/03/15-2030

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON,AALIYAH L
Phys: Tran, Sharon M M.D.
Age: 2Y 01M Sex: F Wgt: 25 lb 12.71 oz = 11.7 kg
Marital Status: SIN BSA: 0.51 m2

Room/Bed: K.E5518-1
Adm Date: 11/03/15
Location: 5ES
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

MEDICATION ADMIN[illegible]TION RECORD ROBERSP.DP
[illegible]N PERIOD: 11/04/15[illegible]1 to 11/05/15-0700 [illegible] 11/03/15-2030

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: [redacted]L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: 25 lb 12.71 oz = 11.7 kg
Marital Status: SIN BSA: 0.51 m2

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.N5518-1
Adm Date: 11/03/15
Location: 5NS
Service: PED
D.O.B.: 10/01/13

PAGE 5

RUN DATE: 11/03/15
RUN TIME: 2342
RUN USER: ROBERSP.DP

Willis Knighton South **ADMISSIONS**
INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

**Name:** [redacted] L
**Rm/Bd:** K.E5518 **Serv/Locn:** PED
**Unit#:** K000629604 **Account#:** K31687676

**DOB:** 10/01/13 **Age:** 2Y 01M
**Status:** IN **Sex:** F
**EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Allergy1-Med/Contact:** 11/03/15 - 1358
NKDA

**Allergy2-Med/Contact:** 11/03/15 - 1358
NKDA

**Food Allergies-Intol:** 11/03/15 - 1358
NONE

**Latex Allergy (Y/N):** 11/03/15 - 1358
N

**Pharmacy Allergy List (Coded Allergies), historical data:** 11/03/15
**(Duplicate names represent coding within (3) categories:**
**Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**



MEDICATION ADMINISTRATION RECORD
PERIOD: 11/03/15 to 11/04/15-0700
WALKEM.PH 11/03/15-0631

518

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* ROUTINE MEDS ******* | | | | | |
| K005360454 | ALBUTEROL SOLUTION 0.083% 3 ML UD (None) (PROVENTIL U/D) ORD DR: Paul, Edward M.D. DOSE: (UNIT DOSE(S)) INH Q6H SCH DOSE INSTR: 1/2 UNIT DOSE AS DIRECTED COMMENTS: (USE VIA INHALATION NEBULIZATION ONLY!) | ~~0400~~ 11/03/15 0609 | | 1200 Per RT | 1800 | 2400 0600 |
| K005360455 | METHYLPREDNISOLONE 40 MG/ML 1MLVIAL (20 MG) (SOLU MEDROL) ORD DR: Paul, Edward M.D. DOSE: 20 MG= (0.5 1ML VIAL(S)) IVP Q6H SCH | 0607 ~~0500~~ 11/03/15 | | ~~1100~~ 1200 SH | ~~1700~~ 1800 ~~2300~~ | ~~0500~~ |

Solumedrol 12mg IV Q12° — 0000 GW/WW

******* IV'S *******

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| K005360456 | CEFTRIAXONE 1 GM VIAL (0.6 GM) (ROCEPHIN) IN: D5W 50 ML BAG (50 ML) (D5W) ORD DR: Paul, Edward M.D. RATE: 100 MLS/HR DUR: FREQ: Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 0100 11/04/15 | | | | ~~0100~~ 0200 GW |

D5½ NS @ 45mL/hr — 1830 CP

LEGEND:
RD Rt Deltoid — RUQ Rt Upper Outer Quadrant — RLT Rt Lateral Thigh — RDT Rt Dorsal Thigh — RA Rt Abd — RVG Rt VentroGluteal
LD Lt Deltoid — LUQ Lt Upper Outer Quadrant — LLT Lt Lateral Thigh — LDT Lt Dorsal Thigh — LA Lt Abd — LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| Stormy Fitzgerald, RN | AF | J Milton | JJ | Cassandra Pollard RN | CP | S Harrington RN | SH |
| Amy Jitterly RN | AJ | Ginnie Watson RN | GW | Jessica Watson RN | JW | Whitney Williams RN | WW |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON, [redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: =
Marital Status: SIN BSA:
Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: ~~K-M801-1~~
Adm Date: 11/03/15
Location: HOLDS-ER
Service: PED
D.O.B.: 10/01/13
PAGE 1

518

MEDICATION ADMINI[redacted]ION RECORD
[redacted] PERIOD: 11/03/15[redacted] to 11/04/15-0700

WALKEM,PH
11/03/15-0631

| RX # | MEDICATION | START | STOP | DAY 0701-1500 | EVENING 1501-2300 | NIGHT 2301-0700 |
|---|---|---|---|---|---|---|
| | ******* IV'S ******* | | | | | |
| K005360457 | AZITHROMYCIN 500 MG VIAL (60 MG) (ZITHROMAX) IN: SODIUM CHLORIDE 0.9% 100 ML BAG (100 ML) (SODIUM CHLORIDE 0.9%) ORD DR: Paul, Edward M.D. RATE: 100 MLS/HR DUR: 1 FREQ: Q24H COMMENTS: ** PLEASE REFRIGERATE UNTIL READY TO USE ** | 0500 11/04/15 | | | | ~~0500~~ 0600 GW |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | Gennie Watson RN | GW | | |
| | | | | Jessica Watson RN | JW | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON,[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: =
Marital Status: SIN BSA:

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.ER01-1
Adm Date: 11/03/15
Location: HOLDS-ER
Service: PED
D.O.B.: 10/01/13

MEDICATION ADMINI[redacted]TION RECORD WALKEM.PH
PERIOD: 11/03/15[redacted] to 11/04/15-0700 11/03/15-0631

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|
| | ******* PRN MEDS ******* | | | | | |
| K005360458 | ACETAMINOPHEN 325 MG/10.15 ML UDC (None) (TYLENOL)<br>ORD DR: Paul, Edward M.D.<br>DOSE: (UD CUP(S)) PO .Q4H PRN<br>DOSE INSTR: 180MG (5.6ML)<br>COMMENTS: PRN TEMP > 100 DEGREES F. (DO NOT EXCEED 4,000 MG/24HRS!) | 0430 11/03/15 | | | | |

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Tylenol 175mg po Q4° prn temp ≥ 100.4

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMIN[redacted]RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON,[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: -
Marital Status: SIN BSA:

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

Room/Bed: K.ER01-1
Adm Date: 11/03/15
Location: HOLDS-ER
Service: PED
D.O.B.: 10/01/13

PAGE 3

7 MEDICATION ADMINI[redacted]TION RECORD
[redacted] PERIOD: 11/03/15[redacted] to 11/04/15-0700
WALKEM.PH
11/03/15-0631

| RX # | MEDICATION | START | STOP | | | |
|---|---|---|---|---|---|---|

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

✓ Motrin 120mg po Q6° prn temp ≥ 101

| TIME | INDICATION/ COMPLAINT & SITE | DOSE ROUTE INIT | PAIN SCALE ASSESSMENT | RESPONSE / OUTCOME | PAIN SCALE REASSESSMENT | TIME | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LEGEND:
RD Rt Deltoid RUQ Rt Upper Outer Quadrant RLT Rt Lateral Thigh RDT Rt Dorsal Thigh RA Rt Abd RVG Rt VentroGluteal
LD Lt Deltoid LUQ Lt Upper Outer Quadrant LLT Lt Lateral Thigh LDT Lt Dorsal Thigh LA Lt Abd LVG Lt VentroGluteal

| SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. | SIGNATURE | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

MEDICATION ADMINISTRATION RECORD (2946)
WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118

Acct#: K31687676 Med Rec#: K000629604
Name: HENDERSON,[redacted] L
Phys: Tran, Sharon N M.D.
Age: 2Y 01M Sex: F Wgt: =
Marital Status: SIN BSA:

Room/Bed: K.ER01-1
Adm Date: 11/03/15
Location: HOLDS-ER
Service: PED
D.O.B.: 10/01/13

Allergies: .. see ALLERGY SOURCE DOCUMENT ..

RUN DATE: 11/?2/15
RUN TIME: 2238
RUN USER: DAVISK3.AM

Willis Knighton South *ADMISSIONS*
INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

Name: [redacted] L
Rm/Bd:
Unit#: K000629604
Serv/Locn: ERS
Account#: K31687676
DOB: 10/01/13
Status: ER
EPI#: 000000001116206
Age: 2Y 01M
Sex: F

Last Update/ Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

NKDA

Pharmacy Allergy List (Coded Allergies), historical data:
(Duplicate names represent coding within (3) categories: Ingredient, Generic and Class allergy codes.)

NKDA

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record

Page 1635 of 1758

RUN DATE: 11/03/15 Willis Knighton South **ADMISSIONS** PAGE 1
RUN TIME: 2146 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ROBERSP.DP

Name: [redacted]IYAH L DOB: 10/01/13 Age: 2Y 01M
Rm/Bd: K.E5518 Serv/Locn: PED Status: IN Sex: F
Unit#: K000629604 Account#: K31687676 EPI#: 000000001116206

Last Update/ Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Allergy1-Med/Contact:** 11/03/15 - 1358
NKDA

**Allergy2-Med/Contact:** 11/03/15 - 1358
NKDA

**Food Allergies-Intol:** 11/03/15 - 1358
NONE

**Latex Allergy (Y/N):** 11/03/15 - 1358
N

**Pharmacy Allergy List (Coded Allergies), historical data:** 11/03/15
**(Duplicate names represent coding within (3) categories: Ingredient, Generic and Class allergy codes.)**

NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

RUN DATE: 11/05/15 Willis-Knighton South Nursing **LIVE** PAGE 1
RUN TIME: 1644 PATIENT ASSESSMENT
RUN USER: BROOKT.NS

INTERDISC DISCHARGE - WKB/P/S

Patient: HENDERSON,AALIYAH L Age/Sex: 2Y 01M F
Account #: K31687676 Unit #: K000629604
Admit Date: 11/03/15 Location: 5ES
Status: ADM IN Room/Bed: K.ES518-1
Attending: Tran, Sharon N M.D.

Pt's Chief Complaint: TROUBLE BREATHING
*Functional Level Prior To Admit: Dependent
Expected Therapy/Outcome: RELIEF OF SYMPTOMS

Brief Summary Of Hospital Stay: IV FLUIDS, ANTIBIOTICS, RESPIRATORY TREATMENTS
:
:
Discharge Diag./Complications: NONE

---DISCHARGE VITAL SIGNS---

Blood Pressure: Heart Rate: 130 Resp. Rate: 30
Temp: 97.7 Type Of Temperature: Tympanic
Heparin Lock Removed: YES Telemetry Removed: NOT APPLICABLE

---DISCHARGE FOLLOW UP---

Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: Pt/Fam Make Appt In:
Appt. With: HER PRIMARY CARE PHYSICIAN-CALL FOR APPT. Pt/Fam Make Appt In: NEXT WEEK
Referral To: *PT:N *OT:N *CR:N Hospice: N*SS: N *HH:N *Diet Cnst:N *RT:N *ST:N

---DISCHARGE ACTIVITY---

Functional Level On Discharge: Dependent
Resume Normal Activity: Y Restricted Activity For: NA
Restricted Activity: Not Applicable DOC: NA
Hygiene Restrictions: Not Applicable
Diet Restrictions: REGULAR DIET FOR AGE

---TAKE HOME MEDICATIONS -----

NAME/DOSE | TIMES | SPECIAL INSTRUCTIONS

: ORAPRED 15/5 GIVE 5 ML BY MOUTH 2 TIMES A DAY FOR 3 DAYS-NEXT DOSE 9 PM
: AZITHROMYCIN 100/5 GIVE 3 ML BY MOUTH EVERY DAY FOR 2 DAYS-NEXT DOSE
: TOMORROW MORNING
: ALBUTEROL 2.5 MG/3 ML GIVE 3 ML VIA NEBULIZER EVERY 4-6 HOURS AS NEEDED
: FOR WHEEZING
: PEDIAPROPHEN (IBUPROPHEN) 120 MG GIVE 6 ML BY MOUTH EVERY 6 HOURS AS
: NEEDED FOR TEMPERATURE MORE THAN OR EQUAL TO 101 DEGREES
: TYLENOL 175 MG GIVE 5.5 ML BY MOUTH EVERY 4 HOURS AS NEEDED FOR
: TEMPERATURE MORE THAN OR EQUAL TO 100.4 DEGREES
:
:
:

---TAKE HOME MEDICATIONS CONTINUED-----

NAME/DOSE | TIMES | SPECIAL INSTRUCTIONS

:
:
:
:
:

RUN DATE: 11/05/15 Willis-Knighton South Nursing **LIVE** PAGE 2
RUN TIME: 1644 PATIENT ASSESSMENT
RUN USER: BROOKT.NS

INTERDISC DISCHARGE - WKB/P/S

Patient: HENDERSON,AALIYAH L Age/Sex: 2Y 01M F
Account #: K31687676 Unit #: K000629604
Admit Date: 11/03/15 Location: 5ES
Status: ADM IN Room/Bed: K.E5518-1
Attending: Tran, Sharon N M.D.

:
:
:
:
:
:
:
:
:
:
:
:
:

Is Fall Risk Score 12 or higher (Adult) 3 or higher (Ped): Y

Verbalizes Understanding Of Discharge Instructions: Y
Return Demonstration Of Discharge Instructions: N
Valuables Returned From Business Office: Nevertaken to Bus. office

Records Sent With Patient: N Records: NONE
Discharged Per: Parent Arms
Discharged To: Parent/Guardian
Mode Of Transportation: Automobile
Accompanied By: PARENT

---DISCHARGE SKIN ASSESSMENT---
I verify that I have performed a complete skin assessment and documented all findings below.
Skin Temp/Character: Warm & Dry

Pressure Ulcer/Skin Impairment at Discharge: N If YES, list all location(s) and use the Skin Description lookup and/or Free Text for EACH. If >10 locations, document remaining in a Patient Note.

| LOCATION | SKIN DESCRIPTION |
|---|---|
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |
| : | : |

FREE TEXT DESCRIPTION OF SKIN FINDINGS (size, wound bed,drainage, odor, etc):
:SKIN INTACT
:

INTERDISC DISCHARGE - WKB/P/S

Patient: HENDERSON,AALIYAH L
Account #: K31687676
Admit Date: 11/03/15
Status: ADM IN
Attending: Tran, Sharon N M.D.

Age/Sex: 2Y 01M F
Unit #: K000629604
Location: 5ES
Room/Bed: K.E5518-1

:
:
:
:
:
:
:
:

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| SENS PERCEP | Completely Limited | Very Limited | Slightly Limited | No Impairment |
| MOISTURE | Constantly Moist | Very Moist | Occasionally Moist | Rarely Moist |
| ACTIVITY | Bedfast | Chairfast | Walks Occasionally | Walks Frequently |
| MOBILITY | Completely Immobile | Very Limited | Slightly Limited | No Limitation |
| NUTRITION | Very Poor | Probably Inadequate | Adequate | Excellent |
| FRICT/SHEAR | Problem | Potential Problem | No Apparent Problem | |

Sensory Perception: 4 - No Impairment
Moisture: 3 - Occasionally Moist
Activity: 4 - Walks Frequently
Mobility: 4 - No Limitation
Nutrition: 4 - Excellent
Friction/Shear: 3 - No Apparent Problem
Total Braden Scale Score: 22

DISCHARGE MATERIALS AND INFORMATION GIVEN TO PT OR FAMILY

Discharge Material Given: DISCHARGE SUMMARY
Discharge Material Given: 2 PRESCRIPTION PAPERS WITH 3 MEDICATIONS ON
Discharge Material Given: THEM
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Discharge Material Given:
Cardiopulmonary Home Care Instructions Provided: N Dialysis patient: N

Smoking can be hazardous to your health and those around you. ANYONE that smokes should stop for their health! Assistance to stop smoking is available by calling WK Quit (212-4450), the American Lung Association (800-LUNG-USA) or the American Cancer Society (800-QUIT-NOW).

**REMINDER TO PATIENT AND/OR FAMILY: Discard any previous medication lists and update your new medication list with any medication providers and/or pharmacies you use.

Heplock removed: Yes Is there an MD order to leave in place:

Foley Catheter removed: Not Applicable Is there an MD order to leave in place:
Was catheter inserted on this admit:

RUN DATE: 11/05/15 Willis-Knighton South Nursing **LIVE** PAGE 4
RUN TIME: 1644 PATIENT ASSESSMENT
RUN USER: BROOKT.NS

INTERDISC DISCHARGE - WKB/P/S

Patient: [redacted] L
Account #: K31687676
Admit Date: 11/03/15
Status: ADM IN
Attending: Tran, Sharon N M.D.

Age/Sex: 2Y 01M F
Unit #: K000629604
Location: 5ES
Room/Bed: K.E5518-1

PICC line removed: Not Applicable Is there an MD order to leave in place: N
Is Home Health set up to care for PICC Line at home:
Was PICC flushed and dressing changed according to policy:
Were PICC Line Home Care Instructions given to patient:

If any other devices were left in place, describe: NA
:

*** PHYSICAL MEDICINE DISCHARGE NOTE ( when applic.) ***
: NA
:
:

*** RESPIRATORY THERAPY DISCHARGE NOTE (when applic.) ***
: NA
:

*** OTHER DISCIPLINE DISCHARGE NOTE (when applic.) ***
Department: NA
:
:

If pt. delivered baby while in hospital, enter Blood types:
PATIENT BLOOD TYPE :
Baby 1 Type and RH: Baby 2 Type and RH:

Patient Or Family Signature: X [signature]

Time Of Discharge: 1636 Nurse Signature: T. BROOKS, RN

Date of Birth: 10/01/13 (Automatically defaults; do not change)

Occurred Date: 11/05/15 Occurred Time: 1628
Monogram: TLB Initials: BROOKT.NS Name: BROOKS,TERRI L Nurse Type: RNC

## CRIB WAIVER

I, X _Elizabeth Aleh_ , the parent of _____ L_____

refuse to have my child in a crib. I understand that the purpose is to assure the

safety of my child. I will not hold the hospital responsible for my decision to

have my child placed in an adult bed.


I accept responsibility for my child's safety.



Time: _____1345_____

Date: _____11|3|15_____

Parent's Signature: X _Elizabeth Aleh_

Witness: _Cassandra Pollard RN_

| CRIB WAIVER (4016) | Acct.#: K31687676 | Room/Bed: K.E5518-1 |
|---|---|---|
| WILLIS-KNIGHTON SOUTH | Name: ▓▓▓▓▓▓ L | Adm.Date: 11/03/15 |
| 2510 BERT KOUNS INDUSTRIAL LOOP | Adm Phys: Tran, Sharon N M.D. | Service: PED |
| SHREVEPORT, LOUISIANA 71118 | Age: 2Y 01M   Sex: F | Locn: 5ES |
| A NOT FOR PROFIT HOSPITAL | Marital Status: SINGLE | Fin Class: MA |
| SERVING THE ARK-LA-TEX SINCE 1925 | Allergies: | |

Page 1 of 1



# PEDIATRIC SECURITY INFORMATION SHEET

Dear Parent,

Welcome to Willis-Knighton Health System. Your child's safety is a priority at Willis-Knighton. You can help ensure your child's safety by following these important steps:

1. A responsible adult should be with a child 12 years or younger at all times.
2. Become familiar with hospital personnel. Employees handling your child wear galaxy blue scrubs, lab coat/pediatric theme jacket and a hospital badge with their picture on it. Please take time to notice whether the photo on the badge and the staff member's face are the same. If they are not, notify the nurse's station immediately!
3. Pediatric patients must have an identification band on the wrist or foot at all times.
4. All Pediatric Nursing staff wear:
   a. galaxy blue scrubs and lab jacket with pediatric theme
   b. a WKHS ID badge with their picture on it.
5. **Never leave your child alone or unsupervised in your room.** Also, keep your door to your room closed at all times.
6. Feel free to question anyone who comes into your room. Alert the nurse's station immediately, even if the person is dressed in hospital clothing or seems to have a good reason for being there.
7. Never allow your child to leave their room with a staff member unless your nurse introduces that staff member to you. We want you to accompany your child to special procedures that are done off the unit. The nurse will inform you of what procedures that you will not be allowed to be in with your child. Example: You may accompany your child to the outside doors of surgery but will not be allowed in surgery.

Willis-Knighton Health System is dedicated to keeping your child safe and secure. If you have any questions or concerns about our Pediatric Security Policy, please contact your nurse.

SIGNATURE: X [signature]

WITNESS: Camandra Pollard RN

DATE/TIME: 11/3/15 @ 1345

IN981 Revised 12/08

Printed: 11/03/2015

[redacted]YAH L
10/01/2013 002Y 01M F
Sharon Tran
K31687676 11/03/2015 K.E5518 1



WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

***1. Hospital Care Consent:*** I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

***2. Authorizations for Release of Information:*** The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

***3. Valuables:*** I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

***4. Safety Code for Hospital:*** Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

***5. Payment Guaranty and Assignment of Insurance Benefits:*** I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 11/02/15
Admission Time: 2227

AM0005

L
10/01/13 2Y F
Paul, Edward M.D.
K31687676 11/02/15

   

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | 11/2/15 | [signature] | | [signature] K. Davis | 11/2/15 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| Jennifer Alexander | | | | K. Davis | 2227 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ____________________, do hereby state that I have been given the authority to sign for

____________________, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|

Admission Date: 11/02/15
Admission Time: 2227
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

[redacted] L
10/01/13 2Y F
Paul, Edward M.D.
K31687676 11/02/15

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted] L
ACCT. NO: K31582992

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Paul, Edward M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted] | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K31582992
ROOM:
STATUS: REG ER

DATE: 10/05/15
TIME: 0221
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted] L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 2Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: WHEEZING>1 YEAR
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: SAFFED2.A

K31582992

/ # 0443

## Physician Documentation

## Willis Knighton South

**Name:** Aaliyah [redacted]
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 10/05/2015 **Time:** 02:21
**Bed** 15

**MRN:** 1116206
**Account#:** K31582992
**Private MD:** LSU/Ochsner, KidMed clinic

**HPI:**

10/05 03:02 This 2 years old Black Female presents to ED via Carried with complaints of **Wheezing > 1 Year**. et3

03:02 The patient presents to the emergency department with cough, that is intermittent, fever, that was measured at 102 degrees Fahrenheit, with an emergency department temperature of 99.3 degrees Fahrenheit, wheezing. Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms: Pertinent positives: cough, fever, wheezing. Pertinent negatives: congestion, diarrhea, earache, nasal discharge, seizure, shortness of breath, sore throat, vomiting. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. The patient has not recently seen a physician. et3

**Historical:**

- **Allergies:** No known Allergies;
- **Home Meds:**
  1. Albuterol PO daily, as needed for Respiratory Problems
- **PMHx:** Reactive Airway Disease
- **PSHx:** None

**Historical:**

02:41 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family The patient speaks appropriately for age, the patient is a minor. Code Status: Full code. cc1

03:02 History obtained from mother. The history from nurses notes was reviewed and confirmed. et3

**ROS:**

03:02 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, swelling, redness, and discharge. **ENT:** Negative for ear pain, congestion, nasal discharge, sore throat, bleeding, injury, dysphagia **Neck:** Negative for injury, pain, stiffness, swelling **Cardiovascular:** Negative for edema **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, hematochezia, melena, anorexia, dysphagia, injury, distention, and constipation, **Back:** Negative for injury, deformity, decreased range of motion, and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury, pain, swelling, decreased range of motion **Skin:** Negative for injury, rash, swelling, lesions, and discoloration, **Neuro:** Negative for altered mental status, weakness, and seizure, **Psych:** negative for acute changes. **Constitutional:** Positive for coughing, Negative for chills, fever, obvious distress, acute pain, poor PO intake, shortness of breath, vomiting. **Respiratory:** Positive for cough, "sounds productive", wheezing. Negative for hemoptysis, orthopnea, pleurisy, shortness of breath, et3

**Exam:**

03:10 et3

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction, uvula midline. Mucous membrane moist and pink
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal

*Physician Documentation Con't.*

PMI, no JVD. No pulse deficits.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. Non-distended, no masses. No organomegaly. No guarding or rebound. No hernia noted
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no clubbing, cyanosis or edema. Neurovascular intact. Full range of motion without pain
**Neuro:** Awake and alert, GCS 15, oriented to person, place, time, and situation. Cranial nerves II-XII grossly intact. Motor strength 5/5 in all extremities. Sensory grossly intact. Cerebellar exam normal. Normal gait and speech for age
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, symetrical, no use of accessory muscles, no grunting, no evidence of nasal flaring, no appreciated paradoxical movements, no prolonged exhalations, no pursed lip breathing, no retractions, no shallow respirations, no splinting, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, crackles, are not appreciated, wheezing, that is mild, noted to be difficult to assess because pt was crying during exam, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 02:36 | | 189 | 44 Spontaneous | 99.3(R) | 97% on R/A | 12.25 kg / 27 lbs 0 oz (M) | 8/10 | cc1 |
| 03:52 | | | 32 | | | | | cph |
| 03:52 | | [illegible] | | | | | | cph |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 02:36 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | cc1 |

**MDM:**

03:10 et3
**Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient, order radiologic study(s), order laboratory test(s).
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

03:11 Patient medically screened. ep

04:42 ep
**Differential diagnosis:** acute asthma, URI.
**Antibiotic administration:** The patient is discharged and will get outpatient antibiotics. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.
**Data reviewed:** lab test result(s), radiologic studies, plain films. and as a result, I will discharge patient.
**Data interpreted:** Pulse oximetry: normal.

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 10/05/15 02:58 | cph | ep |

*Physician Documentation Con't.*

| | | Reviewed | 10/05/15 04:08 | Edward Paul |
|---|---|---|---|---|
| Notes: | | Order Method: Verbal - Read back | | |
| | | Sign off: Paul, Edward 10/05/15 04:08 | | |

Interpretation: leukocytosis.

COLLECTED BY NURSE? (Y/N) (OELBCBN):   No

Ordering Location:  ERNPC1.1

Quantity 1:  1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 10/05/15 02:58 | cph | ep |
| | Completed | 10/05/15 03:25 | Shirley Taylor | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Paul, Edward 10/05/15 04:08 | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest Xray Portable 1 View | Ordered | 10/05/15 02:58 | cph | ep |
| | Returned | 10/05/15 13:46 | Dispatcher MedHost | |
| Notes: Bed Name: 15 | Order Method: Verbal - Read back | | | |
| | Sign off: Paul, Edward 10/05/15 04:08 | | | |

Interpretation: no acute cardiopulmonary disease.

SPECIFIC TIME TO BE DONE: (OERDSPECTI)   STAT

ER EXAM ROOM/BED: (OERDERRMBD):  15

MODE OF TRANSPORTATION : (OERDTRANS):   STRETCHER

O2: (OEADO2):  No

REASON FOR EXAM: (OERDEXAM):   Wheezing > 1 Year

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 10/05/15 03:00 | cph | ep |
| | Administered | 10/05/15 03:10 | cph | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Paul, Edward 10/05/15 04:08 | | | |

| 10/05/15 03:10 | Administered: DuoNeb 1 unit dose Inhalation over 5 mins | cph |
|---|---|---|
| 10/05/15 03:52 | Follow Up: Response: No Adverse Reaction; Respiratory status improved; no wheezing at this time | cph |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Rocephin 650 mg IM once | Ordered | 10/05/15 04:12 | ep | ep |
| | Administered | 10/05/15 04:58 | cph | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| 10/05/15 04:58 | Administered: Rocephin 650 mg IM in dose split, 1/2 each gluteus | cph |
|---|---|---|
| 10/05/15 05:28 | Follow Up: Response: No Adverse Reaction; Tolerated well | cph |

**Order Signatures:**

Paul, Edward, MD                    MD    ep        Hanson, Chenoa, RN              RN    cph

**Disposition:**

Name: Aaliyah██████████

MRN: 1116206
Account#: K31582992
Page 3 of 4

## *Physician Documentation Con't.*

03:10 This chart was scribed by Turner, Elaina, Scribe, in the presence of Edward Paul MD. et3
04:42 Electronically signed by: Edward Paul MD. Disposition. Chart complete. ep

**Disposition:**

**10/05/15 04:42 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI), Reactive Airway.**

- Condition is Stable.
- Discharge Instructions: Reactive Airway Disease in Children, Upper Respiratory Infection (URI), Child.
- Prescriptions for
  Cefzil 125 mg/5 mL Oral Suspension for Reconstitution
  - take 7.2 milliliter by ORAL route every 12 hours for 10 days; 150 milliliter.
  Orapred 15mg/5ml Oral Solution
  - take 5.3 milliliter by ORAL route once daily for 5 days; 30 milliliter.
- Follow up: Private Physician; When: 2 days; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Taylor, Shirley | | srt | Paul, Edward, MD | MD | ep |
| Hanson, Chenoa, RN | RN | cph | Colon, Cindy, RN | RN | cc1 |
| Turner, Elaina, Scribe | Scribe | et3 | | | |

*Nurse's Notes*
**Name:** Aaliyah[redacted]
**Age:** 2 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 10/05/2015 **Time:** 02:21

*Willis Knighton South*
**MRN:** 1116206
**Account#:** K31582992
**Private MD:** LSU/Ochsner, KidMed clinic

**Bed** 15
**Presentation:**

10/05 02:33 Method of Arrival: Carried. cc1

02:33 Preferred language for medical communication is English. Presenting complaint: Mother states: She started coughing yesterday afternoon and wheezing real bad this morning. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Care prior to arrival: None. cc1

02:36 Acuity: 3 - Urgent. cc1

**Triage Assessment:**

02:39 **General:** Appears well developed, well nourished, Behavior is crying, fussy, mobility; ambulates without assistance Reports fever for 1-2 days, feeling ill for 2-3 days. **Pain:** Complains of pain in right ear Pain does not radiate. level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 8 out of 10. Quality of pain is described as patient unable to describe Pain began gradually 2-3 days ago Is continuous Alleviated by nothing. Aggravated by nothing. Noted to be crying, Also complains of decreased appetite, sleeplessness. Current management - is no interventions. Goal of pain control is to be pain free, sleep comfortably. cc1

**Historical:**

- **Allergies:** No known Allergies;
- **Home Meds:**
  1. Albuterol PO daily, as needed for Respiratory Problems
- **PMHx:** Reactive Airway Disease
- **PSHx:** None

**Historical:**

02:41 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family The patient speaks appropriately for age, the patient is a minor. Code Status: Full code. cc1

03:02 History obtained from mother. The history from nurses notes was reviewed and confirmed. et3

**Screening:**

02:39 **Abuse screen:** cc1
Denies threats or abuse. there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, needs assistance with ambulation and standing, must have another person for one on one help, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

02:56 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 4 out of 10. Pain began 0200. **General:** Appears well developed, well nourished, well groomed, Behavior is crying, fussy. **Neuro:** Level of Consciousness is alert, awake. **EENT:** Nares with drainage noted bilaterally Oral mucosa is moist. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers Heart tones S1 S2 present. **Respiratory:** Respiratory effort is even, labored, Respiratory pattern is symmetrical, tachypnea Breath sounds with wheezes upon exhalation, bilaterally. in right lower lobe, left lower lobe, left posterior upper lobe, right posterior upper lobe. left posterior lower lobe and right posterior lower lobe. **Gastrointestinal:** Reports diarrhea. vomiting. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is moist, Skin is normal, black, Skin temperature is warm. Age appropriate behavior- Toddler (12 months to 4 yrs): autonomy-separate from parent, minimal language skills, fears pain. cph

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|

*Nurse's Notes Con't*

| 02:36 | | 189 | 44 Spontaneous | 99.3(R) | 97% on R/A | 12.25 kg / 27 lbs 0 oz (M) | 8/10 | cc1 |
|---|---|---|---|---|---|---|---|---|
| 03:52 | | | 32 | | | | | cph |
| 03:52 | | 140 | | | | | | cph |

**Vitals:**

| 02:36 | Emergency Severity Index Calculation; meets ESI level 3 acuity, it is anticipated that multiple resources will be used to determine disposition. | cc1 |
|---|---|---|
| 02:36 | Acuity: 3 - Urgent. | cc1 |
| 03:52 | Body Mass Index = | cph |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 02:36 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | cc1 |

**ED Course:**

| 02:21 | Patient arrived in ED. | ms2 |
|---|---|---|
| 02:21 | Patient moved to KIOSK. | ms2 |
| 02:33 | Allen, Scott is Private Physician. | cc1 |
| 02:33 | LSU, KidMed clinic is Private Physician. | cc1 |
| 02:33 | Triage completed. | cc1 |
| 02:41 | Patient placed in waiting room. Family accompanied patient Family updated on plan of care. | cc1 |
| 02:42 | Patient moved to Waiting. | cc1 |
| 02:49 | Patient moved to 15. | cc1 |
| 02:53 | Hanson, Chenoa, RN is Primary Nurse. | cph |
| 02:55 | Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. | cph |
| 03:11 | Paul, Edward, MD is Attending Physician. | ep |
| 03:11 | Blood collected; (by phlebotomist). | cph |
| 03:16 | Patient moved to Radiology. | tmc |
| 03:16 | Patient moved to 15. | tmc |
| 03:16 | Chest Xray Portable 1 View Sent. | tmc |
| 03:54 | No apparent distress. playing. ER nurse to see patient. | cph |
| 04:52 | Critical Med Co-Sign: Rocephin 650 mg IM. dosage verified by Steven Courtney, RN. | sc7 |
| 05:28 | No procedures done that require assistance. | cph |
| 08:53 | pharmacy called to verify RX. Dr Haynes approved to change dose of Orapred from 5.3ml to 5.0ml, and Cefzil 7.2ml to 7.5ml, pharmacy will change. | cjs |

**Administered Medications:**

| Time | Drug & Dose *Disposable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 03:10 | DuoNeb 1 unit dose | | Inhalation | | 5 mins | | | cph |
| 03:52 | Follow up: Response: No Adverse Reaction; Respiratory status improved: no wheezing at this time | | | | | | | cph |
| 04:58 | Rocephin 650 mg | | IM | | | dose | | cph |

**Name: Aaliyah**████████

## *Nurse's Notes Con't*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | split, 1/2 each gluteus | | |
| 05:28 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | cph |

**Outcome:**

04:42 Discharge ordered by MD. ep

05:29 Discharged to home, carried, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage. fever management, handwashing Demonstrated understanding of instructions, medications, Prescriptions given; 2. No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. cph

05:29 Electronic medical record closed. cph

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Paul, Edward, MD | MD | ep | Bryant, Crystal, RN | RN | cjs |
| Hanson, Chenoa, RN | RN | cph | Cook. Tara, RT | RT | tmc |
| Scriptuser, MEDHOST | | ms2 | Courtney. STEVEN, RN | RN | sc7 |
| Colon, Cindy, RN | RN | cc1 | Turner, Elaina, Scribe | Scribe | et3 |

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

LOCATION

PATIENT: [redacted] L
ACCT #: K31582992
AGE/SX: 2Y 00M/F
STATUS: DEP ER
LOC: ERS
ROOM:
BED:
U #: K000629604
REG: 10/05/15
DIS:
REG DR: Paul, Edward M.D.

HEMATOLOGY

| | Day 1 / Date OCT 5 / Time 0310 | Reference | Units |
|---|---|---|---|
| => White Blood Cel | 16.5 H | (5.0-12.0) | 10^9/L |
| => Red Blood Cell | 5.38 H | (4.1-5.1) | 10^6/uL |
| => Hemoglobin | 11.2 | (11.0-14.0) | g/dL |
| => Hematocrit | 36.2 | (33.0-42.0) | % |
| => MCV | 67.3 L | (74.0-89.0) | fL |
| => MCH | 20.9 L | (27.1-34.2) | pg |
| => MCHC | 31.0 L | (33.0-35.6) | g/dL |
| => RDW | 16.5 H | (12.0-14.5) | % |
| => Platelet Count | (a) | (130-351) | 10^3/uL |
| => Mean Plt Volume | 6.8 | (6.6-10.2) | fL |
| => Neutrophils | 44.8 | (Not Estab.) | % |
| => Lymphocytes | 38.4 | (Not Estab.) | % |
| => Monocytes | 8.8 | (3-10) | % |
| => Eosinophils | 6.9 | (0.0-8.0) | % |
| => Basophils | 1.1 | (0.0-3.0) | % |
| => Neutrophils # | 7.4 | (Not Estab.) | 10^3/uL |
| => Lymphocytes # | 6.3 | (Not Estab.) | 10^9/L |
| => Monocytes # | 1.5 | (Not Estab.) | 10^3/uL |
| => Eosinophils # | 1.1 | (Not Estab.) | 10^3/uL |
| => Basophils # | 0.2 | (Not Estab.) | 10^3/uL |
| => Hypochromic | 2+ H | (NORMAL) | |
| => Microcytosis | 2+ H | (NORMAL) | |
| => Ovalocytes | Few | (NONE SEEN) | |
| => Plt Estimate | (b) | (NORMAL) | |

NOTES:
(a) Test not performed
Unable to perform Platelet Count due to clumping of platelets. If a Platelet Count is desired, please recollect specimen in a BLUE TOP (Citrated) tube and resubmit specimen and request.
(b) Test not performed
Unable to perform Platelet Count due to clumping of platelets. If a Platelet Count is desired, please recollect specimen in a BLUE TOP (Citrated) tube and resubmit specimen and request.

Patient Name: [redacted] L
Unit No: K000629604 SS#: 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
Admitting Diagnosis:

EXAM# TYPE/EXAM RESULT
001094614 XR/CHEST XRAY PORTABLE 1 VIEW
MODE OF TRANSPORTATION : STR - STRETCHER
O2: N
REASON FOR EXAM: Wheezing > 1 Year
Baby ID#:
SPECIFIC TIME TO BE DONE: S

REASON FOR EXAM: Wheezing > 1 Year

DICTATION TIME: 0815

INTERPRETATIVE LOCATION: WKS

PORTABLE CHEST: Heart size and contour are normal for portable technique. The lungs are clear of infiltrate, mass lesion or effusion. No significant skeletal abnormality is noted.

*IMPRESSION: Normal portable chest.*

** REPORT ELECTRONICALLY SIGNED 10/06/2015 (0919) **
Reported By: C.S.COFFMAN,M.D.(ELEC.SIGN)WKS
Signed By: COFFMAN,CLIFF
10/06/2015 0919

CC:

Transcribed Date/Time: 10/05/2015 (1247)
Transcriptionist: PEACOG.HM
Printed Date/Time: 10/03/2019 (1026)
Tech: TARA COOK,

WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118
A NOT FOR PROFIT HOSPITAL
SERVING THE ARK-LA-TEX SINCE 1925

Name: [redacted] L
Phys: Paul, Edward M.D.
DOB: 10/01/2013 Age: 4Y 4M Sex: F
Acct No: K31582992 Loc: UNK
Exam Date: 10/05/2015 Status: UNK
Radiology No:

Willis Knighton South and Center for Women□s Health

## Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

[redacted]
10/01/13
Paul, Edward M.D. 10/05/15
K31582992

**Discharge Instructions for:** [redacted]

**Arrival Date:** **10/05/15 02:21**

**Care Complete Time:** **10/05/15 04:42**

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Paul, Edward, MD

**Diagnosis:** Upper Respiratory Infection (URI); Reactive Airway

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Reactive Airway Disease in Children<br>Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>When: 2 days; Reason: Recheck today's complaints | Cefzil<br>Orapred |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

Aaliyah Henderson
MRN # K000629604

ED Physician or Nurse

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

Chart Copy

[redacted]

## FOLLOW UP INSTRUCTIONS

Private Physician
    When: 2 days
    Reason: Recheck today's complaints

HENDERSON, AALIYAH L
10/01/13    2Y 00M
Paul, Edward M.D.
K31582992                10/05/15

## PRESCRIPTIONS

Cefzil 125 mg/5 mL Oral Suspension for Reconstitution
Take 7.2 milliliter by ORAL route every 12 hours for 10 days; 150 milliliter

Orapred 15mg/5ml Oral Solution
Take 5.3 milliliter by ORAL route once daily for 5 days; 30 milliliter

## TESTS AND PROCEDURES

**Labs**
CBC With Diff

**Rad**
Chest Xray Portable 1 View

**Procedures**
None

**Other**
Call X-Ray Tech



# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 10/05/15
Admission Time: 0221

AM0005

L
10/01/13 2Y F
Paul, Edward M.D.
K31582992 10/05/15

AM3349_1
Page 1 of 2

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

6. ***Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

7. ***Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

8. ***Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

9. Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| X [signature] | | X [signature] | | [signature] | 10/5/15 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| X [handwritten] for Alexander | | | | Danielle [signature] | 0221 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ______________________, do hereby state that I have been given the authority to sign for

______________________, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|
| | | | | |

Admission Date: 10/05/15
Admission Time: 0221
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

[redacted]L
10/01/13 2Y F
Paul, Edward M.D.
K31582992 10/05/15



8

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted] L
ACCT. NO: K31532641

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Paul, Edward M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted] | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K31532641
ROOM:
STATUS: REG ER

DATE: 09/19/15
TIME: 1133
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted] L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 1Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS FEVER
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: MONETT AM

K31532641

*Physician Documentation* *Willis Knighton South*

**Name:** Aaliyah [redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 09/19/2015 **Time:** 11:33
**Bed** 8

**MRN:** 1116206
**Account#:** K31532641
**Private MD:** LSU/Ochsner, KidMed clinic

**HPI:**

09/19 12:29 This 23 months old Black Female presents to ED via Unassigned with complaints of **Cold Symptoms, Fever**. kd2

12:29 The patient presents to the emergency department with congestion, with nasal discharge, fever, with an emergency department temperature of 98.5 degrees Fahrenheit, vomiting, 1 times since the onset of symptoms, pts mother reports pt pulling ears. Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms: Pertinent positives: congestion, fever, nasal discharge, vomiting, Pertinent negatives: cough, diarrhea, seizure, shortness of breath. Treatment prior to arrival: pts mother reports giving pt Tylenol. kd2

12:34 Modifying factors: The patient symptoms are alleviated by nothing. the patient symptoms are aggravated by nothing. The patient has not experienced similar symptoms in the past. The patient has not recently seen a physician. kd2

**Historical:**

- **Allergies:** No known Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

11:41 Family history: Pertinent for; diabetes, hypertension. Immunization history: Childhood immunizations up to date. Social history: The patient lives with mother the patient is a minor. cjs

12:34 History obtained from mother. The history from nurses notes was reviewed and confirmed. kd2

**ROS:**

12:34 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, **Neck:** Negative for injury, pain, and swelling, stiffness **Cardiovascular:** Negative for chest pain and edema **Respiratory:** Negative for shortness of breath, cough, wheezing, and pleuritic chest pain. **Back:** Negative for injury and pain, no deformity **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for pain, injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure, **Psych:** Negative for delusions, awake and oriented. **Constitutional:** Positive for fever, vomiting, Negative for coughing, obvious distress, poor PO intake, shortness of breath. **ENT:** Positive for nasal discharge, pulling at ears, rhinorrhea, sinus congestion. Negative for nose bleed. **Abdomen/GI:** Positive for vomiting, Negative for diarrhea. black/tarry stool. kd2

**Exam:**

12:34 kd2

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal chest wall appearance and motion. Nontender, no deformity. No lesions appreciated. No axillary lymphadenopathy
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Abdomen/GI:** Soft, nontender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted

*Physician Documentation Con't.*

**Back:** Normal inspetion with no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain
**Skin:** Warm, dry with normal turgor. Normal color with no rashes, pallor, or cellulitis
**MS/ Extremity:** Pulses equal. No clubbing, cyanosis. or edema. Neuro vascular intact. Full range of motion without pain
**Neuro:** Awake or easily awakened. alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable
**Psych:** Behavior, mood, response, and affect are appropriate for age. No delusions
**Female GU:** No CVA tenderness, bladder non-distended, non-tender.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.
**ENT:** External ear(s): are unremarkable. no abrasion. no avulsion, no erythema, no laceration, no puncture, no cellulitis, no abscess, no swelling, no contusion. no pain with movement, Ear canal(s): are normal, clear, no abscess, no bleeding, no bloody discharge, no cerumen impaction, no erythema, no foreign body, no purulent discharge, no swelling, TM's: erythema, that is mild, bilaterally. Nose: is normal, no abrasion, no abscess, no bleeding, no clotted blood, no contusion, no drainage, no edema, no erythema, no laceration, no septal hematoma, no swelling, Mouth: is normal, no abscess, no drooling, no injury, no laceration, no lesion(s), no ulcerations, Posterior pharynx: is normal. airway is patent. no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling.
**Respiratory:** the patient does not display signs of respiratory distress. Respirations: intercostal retractions, that is mild, Breath sounds: wheezing, that is mild, expiratory .

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 11:36 | | 173 | 30 | 98.5 | 96% | 12.7 kg / 28 lbs 0 oz | 32 in. (81 cm) | | cjs |
| 11:54 | | 168 | . | | 96% on R/A | | | 2/10 | jmt |
| 15:10 | | 116 | 28 | 98(TE) | 97% on R/A | | | 0/10 | jmt |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 11:36 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | cjs |

**MDM:**

12:34 Patient medically screened.                                                                                  ah
12:34                                                                                                               kd2
**Data reviewed:** vital signs, nurses notes. and as a result. I will continue to observe the patient, order radiologic study(s), order laboratory test(s).
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

13:52 I personally performed the services described in this documentation as scribed in my presence, and it is       ah
both accurate and complete.
**ED course:** pt much improved after meds in ED. Will dc with meds and f/u.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Chest 2 View *routine* | Ordered | 09/19/15 11:53 | jmt | ep |
| | Returned | 09/20/15 10:02 | Dispatcher MedHost | |
| **Notes:** Bed Name: 8 | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Haynes, Andrew 09/19/15 12:26 | | | |

**Name: Aaliyah** ▓▓▓▓▓▓▓▓

## *Physician Documentation Con't.*

**Interpretation:** no acute process.

**ER EXAM ROOM/BED: (OERDERRMBD):** 8

**MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER

**O2: (OEADO2):** No

**REASON FOR EXAM: (OERDEXAM):** Cold Symptoms

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 09/19/15 11:53 | jmt | ep |
| | Completed | 09/19/15 12:17 | Josefina Torres | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Haynes, Andrew 09/19/15 12:26 | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 09/19/15 11:53 | jmt | ep |
| | Reviewed | 09/19/15 12:58 | Andrew Haynes | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Haynes, Andrew 09/19/15 12:26 | | | |

**Interpretation:** White Blood Cel 21.2.

**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No

**Ordering Location:** ERNPC1.1

**Quantity 1:** 1

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DuoNeb 1 unit dose Inhalation once | Ordered | 09/19/15 12:35 | ah | ah |
| | Administered | 09/19/15 12:51 | jmt | |
| **Notes:** | **Order Method:** Electronic | | | |

09/19/15 12:51 **Administered:** DuoNeb 1 unit dose Inhalation over 5 mins jmt

09/19/15 14:01 **Follow Up:** Response: Respiratory status improved jmt

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Orapred 2 tsp PO once | Ordered | 09/19/15 12:35 | ah | ah |
| | Administered | 09/19/15 12:43 | jmt | |
| **Notes:** | **Order Method:** Electronic | | | |

09/19/15 12:43 **Administered:** Orapred 2 tsp PO jmt

09/19/15 14:01 **Follow Up:** Response: No Adverse Reaction jmt

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Blood Culture, Bacteria | Ordered | 09/19/15 12:35 | ah | ah |
| | In Process Unspecified | 09/19/15 12:35 | Dispatcher MedHost | |
| **Notes:** | **Order Method:** Electronic | | | |

**COLLECTED BY NURSE? (Y/N) (OELBCBN):** No

**Source (OEMICbld):** Venipuncture

**Quantity or Number of Units:** 1 unit

## *Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Rocephin 500 mg IM once | Ordered | 09/19/15 13:54 | ah | ah |
| | Administered | 09/19/15 14:19 | jmt | |
| **Notes:** | **Order Method:** Electronic | | | |
| 09/19/15 14:19 **Administered:** Rocephin 500 mg IM in left vastus lateralis | | | jmt | |
| 09/19/15 14:49 **Follow Up:** Response: No Adverse Reaction | | | jmt | |

**Order Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Paul, Edward, MD | MD | ep | Torres, Josefina, RN | RN | jmt |
| Haynes, Andrew, MD | MD | ah | | | |

**Disposition:**

12:34 This chart was scribed by Day, Kalea, Scribe. in the presence of Andrew Haynes MD. kd2

13:52 Electronically signed by: Andrew Haynes M.D. Disposition. ah

**Disposition:**

**09/19/15 13:53 Discharged to Home/Self Care. Impression: Bronchitis Acute, Reactive Airway.**

- Condition is Stable.
- Discharge Instructions: Bronchitis, Reactive Airway Disease in Children.
- Prescriptions for
  Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
  - take 5 milliliter by ORAL route every 12 hours for 10 days; 100 milliliter.
  Albuterol Sulfate 2 mg/5 mL Oral Syrup
  - take 5 milliliter by ORAL route 3 times per day As needed; 150 milliliter.
  Orapred 15 mg/5 mL Oral Solution
  - take 5 milliliter by ORAL route once daily for 5 days; 25 milliliter.
- Follow up: KidMed clinic LSU/Ochsner; When: 2 days; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms have improved.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Haynes, Andrew, MD | MD | ah | Torres, Josefina, RN | RN | jmt |
| Bryant, Crystal, RN | RN | cjs | Day, Kalea, Scribe | Scribe | kd2 |

*Nurse's Notes*
**Name:** Aaliyah [redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 09/19/2015 **Time:** 11:33

*Willis Knighton South*
**MRN:** 1116206
**Account#:** K31532641
**Private MD:** LSU/Ochsner, KidMed clinic

**Bed** 8
**Presentation:**

| | | |
|---|---|---|
| 09/19 11:36 | Preferred language for medical communication is English. Presenting complaint: Mother states: cold and congestion since yesterday. fever this morning, i gave her some tylenol. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Care prior to arrival: Medications: Tylenol, 0800. | cjs |
| 11:39 | Acuity: 4 - Semi-Urgent. | cjs |
| 11:57 | Acuity: 3 - Urgent. | jmt |

**Triage Assessment:**

| | | |
|---|---|---|
| 11:36 | **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is cooperative, pleasant, quiet, Reports fever for 0-12 hours. **Pain:** Denies pain. | cjs |

**Historical:**
- **Allergies:** No known Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

| | | |
|---|---|---|
| 11:41 | Family history: Pertinent for; diabetes, hypertension. Immunization history: Childhood immunizations up to date. Social history: The patient lives with mother the patient is a minor. | cjs |
| 12:34 | History obtained from mother. The history from nurses notes was reviewed and confirmed. | kd2 |

**Screening:**

11:36 **Abuse screen:** cjs
Denies threats or abuse.
**Patient fall risk assessment;**
risks identified; None.
**Learning Barriers:**
No barriers to teaching and learning identified. caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

| | | |
|---|---|---|
| 11:48 | **Pain:** Denies pain. **General:** Appears well developed, well nourished, Behavior is appropriate for age, mobility; ambulates without assistance Reports fever for. **Neuro:** Level of Consciousness is alert, awake, Oriented to person. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is dry, Skin is normal, Skin temperature is warm. Age appropriate behavior- Toddler (12 months to 4 yrs): non-autonomy -clings to parent, minimal language skills, fears pain, safety concerns. | jmt |
| 11:51 | **Respiratory:** Respiratory effort is. **Respiratory: Respiratory:** Respiratory effort is even, with retractions, Respiratory pattern is Airway is patent. | jmt |
| 11:56 | **General:** Appears in no apparent distress. | jmt |
| 11:57 | **Respiratory:** patient breathing fast with retraction,mother states she has temp of 103 this morning. | jmt |
| 11:58 | **Respiratory:** Respiratory effort is mild wheezing and respiratory distress noted. | jmt |
| 13:20 | **Respiratory:** Respiratory effort is even, unlabored. Respiratory pattern is regular, symmetrical. | jmt |
| 13:29 | **General:** Appears uncomfortable. | jmt |
| 15:03 | **Neuro:** Level of Consciousness is alert, awake, Oriented to person. **Respiratory:** Respiratory effort is even, unlabored. Respiratory pattern is regular, symmetrical. Airway is patent. **Genitourinary:** wears diapers. | jmt |
| 15:11 | **Pain:** level that is acceptable is 0 out of 10 on a pain scale. | jmt |

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 11:36 | | 173 | 30 | 98.5 | 96% | 12.7 kg / 28 lbs 0 oz | 32 in. (81 cm) | | cjs |
| | | | | | | | | | |

## *Nurse's Notes Con't*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11:54 | | 168 | | | 96% on R/A | | | 2/10 | jmt |
| 15:10 | | 116 | 28 | 98(TE) | 97% on R/A | | | 0/10 | jmt |

**Vitals:**

11:36 Acuity: 4 - Semi-Urgent. cjs
11:48 Body Mass Index = 19.36. jmt
11:57 Acuity: 3 - Urgent. jmt

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 11:36 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | cjs |

**ED Course:**

11:33 Patient arrived in ED. ms2
11:33 Patient moved to KIOSK. ms2
11:36 LSU, KidMed clinic is Private Physician. cjs
11:41 Patient moved to Waiting. cjs
11:42 Patient moved to 8. jmt
11:43 Torres, Josefina, RN is Primary Nurse. jmt
11:51 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Placed in gown. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Child being held by parent. jmt
11:52 Awaiting ED physician evaluation. jmt
11:58 Blood collected; (by phlebotomist). jmt
12:03 Haynes, Andrew, MD is Attending Physician. ah
12:49 Patient moved to Radiology. drm
12:49 Patient moved to 8. drm
12:49 Chest 2 View *routine* Sent. drm
13:53 LSU, KidMed clinic is Referral Physician. ah
14:20 Special Handling: Hold Discharge. jmt
15:11 No procedures done that require assistance. jmt

**Administered Medications:**

| Time | Drug & Dose<br>[illegible] | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 12:43 | Orapred 2 tsp | | PO | | | | | jmt |
| 14:01 | Follow up: Response: No Adverse Reaction | | | | | | | jmt |
| 12:51 | DuoNeb 1 unit dose | | Inhalation | | 5 mins | | | jmt |
| 14:01 | Follow up: Response: Respiratory status improved | | | | | | | jmt |
| 14:19 | Rocephin 500 mg | | IM | | | left vastus lateralis | | jmt |
| 14:49 | Follow up: Response: No Adverse Reaction | | | | | | | jmt |

*Nurse's Notes Con't*

**Outcome:**

13:53 Discharge ordered by MD.                                                                                          ah

15:10 Discharged to home, carried, with family. Discharge instructions given to family, Instructed on discharge            jmt
      instructions, follow up and referral plans, medication usage. fever management, Demonstrated
      understanding of instructions, medications. Prescriptions given; 3. No questions or concerns expressed to
      me at discharge. **Medication reconcilliation form provided. Med Effects:** Effects of administered
      medications were addressed. **Oxygen use:** Oxygen use not applicable.

15:11 Electronic medical record closed.                                                                                  jmt

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Haynes, Andrew, MD | MD | ah | Torres. Josefina. RN | RN | jmt |
| Martinez, Dianna, RT | RT | drm | Bryant, Crystal, RN | RN | cjs |
| Scriptuser, MEDHOST | | ms2 | Day, Kalea, Scribe | Scribe | kd2 |

Name: Aaliyah███████

MRN: 1116206
Account#: K31532641

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 1

LOCATION

PATIENT: [redacted] L | ACCT #: K31532641 | LOC: ERS | U #: K000629604
AGE/SX: 1Y 11M/F | ROOM: | REG: 09/19/15
REG DR: Haynes, Andrew T M.D. | STATUS: DEP ER | BED: | DIS:

HEMATOLOGY

| | Day 1 | | |
|---|---|---|---|
| | Date SEP 19 | | |
| | Time 1213 | Reference | Units |
| => White Blood Cel | 21.2 H | (6.0-11.0) | 10^9/L |
| => Red Blood Cell | 5.40 | (3.7-6.0) | 10^6/uL |
| => Hemoglobin | 11.0 | (10.5-13.5) | g/dL |
| => Hematocrit | 36.5 | (33.0-40.0) | % |
| => MCV | 67.5 L | (74.0-89.0) | fL |
| => MCH | 20.3 L | (27.1-34.2) | pg |
| => MCHC | 30.0 L | (33.0-35.6) | g/dL |
| => RDW | 16.3 | (Not Estab.) | % |
| => Platelet Count | 272 | (130-351) | 10^3/uL |
| => Mean Plt Volume | 7.0 | (6.6-10.2) | fL |
| => Neutrophils | 69.4 | (Not Estab.) | % |
| => Lymphocytes | 17.9 | (Not Estab.) | % |
| => Monocytes | 8.1 | (3-10) | % |
| => Eosinophils | 4.0 | (0.0-8.0) | % |
| => Basophils | 0.6 | (0.0-3.0) | % |
| => Neutrophils # | 14.7 | (Not Estab.) | 10^3/uL |
| => Lymphocytes # | 3.8 | (Not Estab.) | 10^9/L |
| => Monocytes # | 1.7 | (Not Estab.) | 10^3/uL |
| => Eosinophils # | 0.9 | (Not Estab.) | 10^3/uL |
| => Basophils # | 0.1 | (Not Estab.) | 10^3/uL |
| => Hypochromic | 1+ | (NORMAL) | |
| => Microcytosis | 2+ H | (NORMAL) | |
| => Ovalocytes | Few | (NONE SEEN) | |
| => Plt Estimate | (a) | (NORMAL) | |

Source: Blood

> **Culture, Blood** Final 09/25/15
NO GROWTH AT 5 DAYS

NOTES: (a) NORMAL

Patient Name: [redacted] L
Unit No: K000629604 SS#: 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
Admitting Diagnosis:

EXAM# TYPE/EXAM RESULT
001092008 XR/CHEST 2 VIEW *ROUTINE*
MODE OF TRANSPORTATION : STR - STRETCHER
O2: N
REASON FOR EXAM: Cold Symptoms
Baby ID#:

REASON FOR EXAM: Cold Symptoms

TWO VIEW CHEST

DICTATED TIME: 1305

INTERPRETIVE LOCATION: WKMC

Heart size normal. No infiltrates or effusions. Tracheal air shadow midline.

*IMPRESSION:*

*Chest appears negative for an acute cardiopulmonary process.*

** REPORT ELECTRONICALLY SIGNED 09/22/2015 (0146) **
Reported By: D.MAJESTE,M.D.(ELEC.SIGN)WKS
Signed By: MAJESTE,DONALD
09/22/2015 0146

CC:

Transcribed Date/Time: 09/20/2015 (1002)
Transcriptionist: CREEDB.RD
Printed Date/Time: 10/03/2019 (1028)
Tech: DIANNA MARTINEZ,KATIE N STILES,

WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118
A NOT FOR PROFIT HOSPITAL
SERVING THE ARK-LA-TEX SINCE 1925

Name: [redacted] L
Phys: Paul, Edward M.D.
DOB: 10/01/2013 Age: 4Y 4M Sex: F
Acct No: K31532641 Loc: UNK
Exam Date: 09/19/2015 Status: UNK
Radiology No:

RUN DATE: 09/19/15 Willis Knighton South *ADMISSIONS PAGE .
RUN TIME: 1142 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: MONETT.AM

**Name:** L **DOB:** 10/01/13 **Age:** 1Y 11M
**Rm/Bd:** **Serv/Locn:** ERS **Status:** ER **Sex:** F
**Unit#:** K000629604 **Account#:** K31532641 **EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Pharmacy Allergy List (Coded Allergies), historical data:**
**(Duplicate names represent coding within (3) categories:**
**Ingredient, Generic and Class allergy codes.)**

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

L
10/01/13 1Y 11M
Paul, Edward M.D.
K31532641 09/19/15

Willis Knighton South and Center for Women□s Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

HENDERSON [redacted] L
10/01/13 1Y 11M
Paul, Edward M.D.
K31532641 09/19/15

**Discharge Instructions for:** [redacted] L

**Arrival Date:** 09/19/15 11:33

**Care Complete Time:** 09/19/15 13:53

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Haynes, Andrew, MD

**Diagnosis:** Bronchitis Acute; Reactive Airway

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchitis<br>Reactive Airway Disease in Children | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **LSU, KidMed clinic** (LSU Clinic)<br>When: 2 days; Reason: Recheck today's complaints | Amoxicillin<br>Albuterol Sulfate<br>Orapred |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

Aaliyah [redacted]
**MRN # K000629604**

**ED Physician or Nurse** J. TORRES

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy** 28 116 97%

[redacted]

## FOLLOW UP INSTRUCTIONS

LSU, KidMed clinic (LSU Clinic)
318-675-8607
When: 2 days
Reason: Recheck today's complaints

10/01/13 1Y 11M
Paul, Edward M.D.
K31532641 09/19/15

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 5 milliliter by ORAL route every 12 hours for 10 days; 100 milliliter

Albuterol Sulfate 2 mg/5 mL Oral Syrup
Take 5 milliliter by ORAL route 3 times per day As needed; 150 milliliter

Orapred 15 mg/5 mL Oral Solution
Take 5 milliliter by ORAL route once daily for 5 days; 25 milliliter

## TESTS AND PROCEDURES

**Labs**
Blood Culture, Bacteria, CBC With Diff

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech

    

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness''). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 09/19/15
Admission Time: 1133

AM0005

L
10/01/13 1Y F
Paul, Edward M.D.
K31532641 09/19/15

    

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

6. ***Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

7. ***Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

8. ***Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

9. Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | 9/19 | [signature] | 9/19 | [signature] | [illegible] |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| [signature] for Alexander | | | | [signature] 11:32 | |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ______________________ , do hereby state that I have been given the authority to sign for

______________________ , either expressed or implied and that he or she is fully aware of this authority.

| ______________ | ______________ | | | |
|---|---|---|---|---|
| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |

Admission Date: 09/19/15
Admission Time: 1133
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

[redacted] L
10/01/13 1Y F
Paul, Edward M.D.
K31532641 09/19/15





9

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted] L
ACCT. NO: K31302987

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Haynes, Andrew T M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted] L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K31302987
ROOM:
STATUS: REG ER

DATE: 07/14/15
TIME: 1040
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted] L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 1Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
RELATION: M

COMMENTS:
REASON FOR VISIT: FEVER
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: MONETT.AM

K31302987

*Physician Documentation* *Willis Knighton South*

**Name: Aaliyah**[redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 07/14/2015 **Time:** 10:40
**Bed** 9

**MRN:** 1116206
**Account#:** K31302987
**Private MD:** LSU Ochsner, KidMed clinic

**HPI:**

07/14 11:53 This 21 months old Black Female presents to ED via Carried with complaints of Fever. ac5

11:53 The patient presents to the emergency department with congestion, with nasal discharge, that is clear, that is mild, cough, described as mild, fever, that is subjective, with an emergency department temperature of 101.3 degrees Fahrenheit, rhinorrhea. Onset: The symptoms/episode began/occurred 2 day(s) ago. Associated signs and symptoms: Pertinent positives: congestion, cough, fever, nasal discharge, Pertinent negatives: constipation, diarrhea, seizure, shortness of breath, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. The patient has not experienced similar symptoms in the past. The patient has not recently seen a physician. ac5

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

11:07 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. mg3

11:53 History obtained from mother. The history from nurses notes was reviewed and confirmed. ac5

**ROS:**

11:53 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, swelling, redness, discharge, vision changes, vision loss **Neck:** Negative for injury, pain, swelling, stiffness **Cardiovascular:** Negative for chest pain, palpitations, edema **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, constipation, hematochezia, hematemesis, melena, anorexia, dysphagia, injury, distension **Back:** Negative for injury, pain, deformity, decreased ROM **GU:** Negative for injury, pain, bleeding, discharge, swelling, incontinence **MS/Extremity:** negative for injury, [ain, swelling, decreased ROM **Skin:** Negative for injury, swelling, discoloration, rash, lesions **Neuro:** Negative for altered mental status, headache, weakness, numbness, tingling, seizure **Psych:** Negative for anxiety, depression, auditory hallucinations, visual hallucinations, delusions, suicidal ideation, homicidal ideation. **Constitutional:** Positive for coughing, fever, fussiness, Negative for obvious distress, poor PO intake, shortness of breath, vomiting. **ENT:** Positive for nasal discharge, rhinorrhea, sinus congestion, Negative for difficulty handling secretions, difficulty swallowing, nose bleed, pulling at ears. **Respiratory:** Positive for cough, Negative for dyspnea on exertion, hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea, shortness of breath, wheezing. ac5

**Exam:**

11:53 ac5

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Normal sclera, no evidence of conjunctivitis.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without pain. No nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal chest wall appearance and motion. Nontender, no deformity. No lesions appreciated. No axillary lymphadenopathy.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales,

*Physician Documentation Con't.*

rhonchi or wheezes noted. No increased work of breathing. no retractions or nasal flaring.
**Abdomen/GI:** Soft, nontender, nondistended. no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted.
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal range of motion without pain.
**Skin:** Warm and dry with normal turgor. Normal color with no rashes, pallor, or cellulitis.
**MS/ Extremity:** Pulses equal. No clubbing, cyanosis, or edema. NVI. Full range of motion without pain.
**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable.
**Psych:** Behavior and affect are normal for age. No delusions.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed. well hydrated, well nourished. non-diaphoretic. non-toxic, uncomfortable, febrile.
**ENT:** External ear(s): are unremarkable, no abrasion, no avulsion, no erythema, no laceration, no puncture, no cellulitis, no abscess, no swelling, no contusion, no pain with movement, Ear canal(s): are normal, clear, no abscess, no bleeding, no bloody discharge, no cerumen impaction, no erythema, no foreign body, no purulent discharge, no swelling, TM's: bulging, is not appreciated. decreased mobility, is not appreciated, dullness, is not appreciated, erythema, that is mild, bilaterally. fluid levels, is not appreciated, hemotympanum, is not appreciated, loss of bony landmarks, is not appreciated. rupture, is not appreciated, Nose: External nose: no obvious acute abnormality, Nasal septum: is midline, no septal hematoma appreciated, Nasal mucosa: normal, Turbinates: are normal, abrasion. is not appreciated, bleeding, is not appreciated, clotted blood, is not appreciated. nasal drainage, that is minimal. and is seen coming from both nares, crusted exudate that is clear, a foreign body, is not appreciated, laceration. is not appreciated, cerebral spinal fluid rhinorrhea, is not appreciated, Mouth: is normal, no gum abnormalities, no lip abnormalities, no mucosal abnormalities, no tongue abnormalities. Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 10:48 | | | 28 | | 100% on R/A | 11.42 kg / 25 lbs 3 oz | 28 in. (71 cm) | 0/10 | jcm |
| 12:10 | | | | 99.4(R) | | | | | mg3 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 10:42 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jcm |

**MDM:**

11:47 Patient medically screened.                                    ah

11:53                                                                ac5
**Data reviewed:** vital signs, nurses notes.

12:01 I personally performed the services described in this documentation as scribed in my presence, and it is        ah
both accurate and complete.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| Tylenol 1 dose PO once; Per Pedi Fever Standing Orders | Ordered | 07/14/15 10:53 | jcm | ah |
| | Administered | 07/14/15 10:57 | jcm | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |

**Name:** Aaliyah██████████

## *Physician Documentation Con't.*

| | | |
|---|---|---|
| | **Sign off:** Haynes, Andrew 07/14/15 12:03 | |
| 07/14/15 10:57 | **Administered:** Tylenol 1 dose PO | jcm |
| 07/14/15 12:10 | **Follow Up:** Temp 99.4 Rectal | mg3 |

**Order Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Haynes, Andrew, MD | MD | ah | Mathews, Janet, RN | RN | jcm |

**Disposition:**

11:53 This chart was scribed by Canizares, Andrea. in the presence of Andrew Haynes MD. ac5
12:01 Electronically signed by: Andrew Haynes M.D. Disposition. ah

**Disposition:**

**07/14/15 12:03 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI), Otitis Media.**

- Condition is Stable.
- Discharge Instructions: Ear - Middle, Infection (Otitis Media), Child, Fever, Child (with Dosage Charts), Upper Respiratory Infection (URI), Child.
- Prescriptions for
  Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
  - take 5 milliliter by ORAL route every 12 hours for 10 days; 100 milliliter.
  Benadryl 12.5 mg/5 mL Oral Elixir
  - take 5 milliliter by ORAL route every 6 hours (10 kg); 100 milliliter.
- Follow up: KidMed clinic LSU/Ochsner; When: 3 days.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Haynes, Andrew, MD | MD | ah | Mathews, Janet, RN | RN | jcm |
| Griggs, Melissa, RN | RN | mg3 | Canizares, Andrea | | ac5 |

*Nurse's Notes*
**Name:** Aaliyah
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 07/14/2015 **Time:** 10:40

*Willis Knighton South*
**MRN:** 1116206
**Account#:** K31302987
**Private MD:** LSU/Ochsner, KidMed clinic

**Bed** 9
**Presentation:**

07/14 10:42 Method of Arrival: Carried. jcm

10:42 Preferred language for medical communication is English. Presenting complaint: Mother states: She has a fever, cough, runny nose and digging in her ears since Sunday. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. jcm

10:48 Acuity: 4 - Semi-Urgent. jcm

**Triage Assessment:**

10:42 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, quiet, mobility; ambulates without assistance Reports fever for 2-3 days. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. jcm

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** None
- **PSHx:** None

**Historical:**

11:07 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. mg3

11:53 History obtained from mother. The history from nurses notes was reviewed and confirmed. ac5

**Screening:**

10:42 **Abuse screen:** jcm
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

11:08 **Pain:** Complains of pain in right ear Pain does not radiate. level that is acceptable is 2 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 3 out of 10. Pain began one week ago Is continuous Alleviated by nothing. Aggravated by nothing. Also complains of decreased appetite, Current management - is no interventions. Goal of pain control is to be pain free, sleep comfortably. **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is appropriate for age, mobility; ambulates without assistance Reports chills for fever for feeling ill for fatigue for. **General:** Behavior is fussy. **Neuro:** Level of Consciousness is alert, awake, Moves all extremities. **EENT:** Parent/caregiver reports the patient having nasal congestion nasal discharge pulling on right ear. **Respiratory:** Respiratory effort is even, unlabored. Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds are clear bilaterally. Parent/caregiver reports the patient having cough that is. **Gastrointestinal:** Parent/caregiver reports the patient having decreased appetite. **Genitourinary:** Parent/caregiver reports the patient having normal urinary habits. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is pink, warm & dry. normal. **Musculoskeletal:** No deficits noted. **Injury Description:** denies injury. Age appropriate behavior- Toddler (12 months to 4 yrs): fears pain, safety concerns. **Nursing diagnosis:** Alteration in body temperature: actual related to fever. mg3

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 10:48 | | [illegible] | 28 | [illegible] | 100% on R/A | 11.42 kg / 25 lbs 3 oz | 28 in. (71 cm) | 0/10 | jcm |

*Nurse's Notes Con't*

| 12:10 | | | | 99.4(R) | | | | | mg3 |
|---|---|---|---|---|---|---|---|---|---|

**Vitals:**

10:48 Acuity: 4 - Semi-Urgent. jcm
12:11 Body Mass Index = 22.65. mg3

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 10:42 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jcm |

**ED Course:**

10:40 Patient arrived in ED. ms2
10:40 Patient moved to KIOSK. ms2
10:42 LSU, KidMed clinic is Private Physician. jcm
10:57 Triage completed. jcm
10:57 Patient moved to Waiting. jcm
10:58 Griggs, Melissa, RN is Primary Nurse. mg3
10:58 Patient moved to 9. mg3
11:08 Haynes, Andrew, MD is Attending Physician. ah
11:11 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up. verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. mg3
12:02 LSU, KidMed clinic is Referral Physician. ah
12:10 No procedures done that require assistance. mg3

**Administered Medications:**

| Time | Drug & Dose<br>Dispensable & Quantity | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 10:57 | Tylenol 1 dose | | PO | | | | | jcm |
| 12:10 | Follow up: Temp 99.4 Rectal | | | | | | | mg3 |

**Outcome:**

12:03 Discharge ordered by MD. ah
12:10 Discharged to home, carried, with family. Discharge instructions given to Mother Grandmother Instructed on discharge instructions, follow up and referral plans, medication usage, Diet, fever management, Demonstrated understanding of instructions, medications, Prescriptions given; 2, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. mg3
12:11 Electronic medical record closed. mg3

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Haynes, Andrew, MD | MD | ah | Mathews, Janet, RN | RN | jcm |
| Scriptuser, MEDHOST | | ms2 | Griggs, Melissa, RN | RN | mg3 |
| Canizares, Andrea | | ac5 | | | |

*Nurse's Notes Con't*

RUN DATE: 0[redacted]/15 [redacted]llis Knighton [redacted]th *ADMISSION[redacted] PAGE 1
RUN TIME: 1058 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: MONETT.AM

**Name:** [redacted] L **DOB:** 10/01/13 **Age:** 1Y 09M
**Rm/Bd:** **Serv/Locn:** ERS **Status:** ER **Sex:** F
**Unit#:** K000629604 **Account#:** K31302987 **EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Pharmacy Allergy List (Coded Allergies), historical data:**
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

[redacted] L
10/01/13 1Y 09M
Haynes, Andrew T M.
K31302987 07/14/15

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

Willis Knighton South and Center for Women□s Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** [redacted]L
**Arrival Date:** 07/14/15 10:40
**Care Complete Time:** 07/14/15 12:03

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Haynes, Andrew, MD
**Diagnosis:** Upper Respiratory Infection (URI); Otitis Media

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Ear - Middle, Infection (Otitis Media), Child<br>Fever, Child (with Dosage Charts)<br>Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **LSU, KidMed clinic** (LSU Clinic)<br>When: 3 days | Amoxicillin<br>Benadryl |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

Aaliyah[redacted] **ED Physician or Nurse**
**MRN # K000629604**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

HENDERSON,AALIYAH L
10/01/13 1Y 09M
Haynes, Andrew T M. 07/14/15
K31302987



## FOLLOW UP INSTRUCTIONS

LSU, KidMed clinic (LSU Clinic)
318-675-8607
When: 3 days

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 5 milliliter by ORAL route every 12 hours for 10 days; 100 milliliter

Benadryl 12.5 mg/5 mL Oral Elixir
Take 5 milliliter by ORAL route every 6 hours (10 kg); 100 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

HENDERSON, [redacted] L
10/01/13 1Y 09M
Haynes, Andrew T M.
K31302987
07/14/15

    

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x–ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 07/14/15
Admission Time: 1040

AM0005

L
10/01/13 1Y F
Haynes, Andrew T M.D.
K31302987 07/14/15

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

9. Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] 7/14 | [signature] 7/14 | [signature] 7/14 |
|---|---|---|
| Signature of Patient/Guardian / Date/Time | Guarantor / Date/Time | Witness / Date/Time |
| Jennifer Alexander 10:54 | 10:54 | [signature] 10:54 |
| Print Name | Print Name | Print Name |

If Patient/Guarantor is unable to sign, I, ______________________________, do hereby state that I have been given the authority to sign for

______________________________, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|
| | | | | |

Admission Date: 07/14/15
Admission Time: 1040
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

L
10/01/13 1Y F
Haynes, Andrew T M.D.
K31302987 07/14/15

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted]L

ACCT. NO: K30878219

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Brandhurst, Roy E M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: Springer, Margaret Ann M.D.

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted]L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K30878219
ROOM:
STATUS: REG ER

DATE: 03/11/15
TIME: 1957
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted]L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 1Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: ALVARM.AM

K30878219

*Physician Documentation* *Willis Knighton South*

**Name:** Aaliyah[redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 03/11/2015 **Time:** 19:57
**Bed** .HB4

**MRN:** 1116206
**Account#:** K30878219
**Private MD:** Springer, Margaret, Ann

**HPI:**

03/11 22:43 This 17 months old Black Female presents to ED via Carried with complaints of **Cold Symptoms**. rb

22:43 This 17 months old Black Female presents to ED via Carried with complaints of **Cold Symptoms**. rb

22:43 The patient presents to the emergency department with congestion, with nasal discharge, that is clear, that is moderate, cough, that is intermittent, described as moderate, with no sputum, earache, of both ears, that is moderate, fever, that is subjective, with an emergency department temperature of 99.5 degrees Fahrenheit, rhinorrhea. Onset: The symptoms/episode began/occurred acutely, yesterday. Associated signs and symptoms: Pertinent positives: congestion, cough, earache, fever, nasal discharge, Pertinent negatives: abdominal pain, body aches, constipation, diarrhea, dysuria, shortness of breath, sore throat, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by coughing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. rb

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** premature at 27 weeks; NICU x 3 months
- **PSHx:** None

**Historical:**

22:23 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. cph

22:43 The history from nurses notes was reviewed and confirmed. Family history: Father has/had no known health problems. Mother has/had hypertension. Social history: The patient lives with family the patient is a minor. rb

**ROS:**

22:43 **Eyes:** Negative for injury, pain, redness, and discharge. **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for Chest pain, palaitations, and edema. **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** negative for foul smelling urine, painful urination or blood in urine. **MS/Extremity:** Negative for injury and deformity, or swelling. **Skin:** Negative for injury, rash, and discoloration, petechia or purpura. **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **Constitutional:** Positive for coughing, fever, Negative for body aches, chills, crying, fatigue, fussiness, acute pain. **ENT:** Positive for pulling at ears, rhinorrhea, sinus congestion, Negative for sore throat. **Respiratory:** Positive for cough, Negative for hemoptysis, shortness of breath, sputum production, wheezing. rb

**Exam:**

22:44 rb

**Constitutional:** Well developed, well nourished child who is awake, alert and cooperative with no acute distress. Vitals of heart rate, respiratory rate, temperature, blood pressure and pulse ox reviewed.
**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.

## *Physician Documentation Con't.*

**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension. tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Normal orientation. no altered LOC, no weakness, muscle strength 5/5 throughout, sensation in tact, no signs of meningitis.
**Psych:** Behavior, mood, response, and affect are appropriate for age.
**Female GU:** No CVA tenderness or bladder tenderness or distension.
**ENT:** External ear(s): are unremarkable, Ear canal(s): are normal, TM's: erythema, that is moderate, bilaterally, Nose: is normal, Mouth: is normal, no gum abnomalities. no lip abnormalities, no mucosal abnormalities, no tongue abnormalities, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass, no pooling of secretions, no swelling, Voice: is normal.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 20:13 | | [illegible] | 32 | 99.5(R) | 98% on R/A | 10.89 kg / 24 lbs 0 oz (M) | 0/10 | sd4 |
| 22:56 | | 122 | [illegible] | | | | | cph |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 20:13 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sd4 |

**MDM:**

22:42 Patient medically screened. rb

22:44 rb

**Differential diagnosis:** bacterial infection, bronchitis, fever, pneumonia URI, viral Infection.
**Data reviewed:** vital signs, nurses notes, and as a result, I will discharge patient, Give prescription at discharge.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

**Disposition:**

22:44 Electronically signed by: R. Brandhurst M.D. Disposition rb

**Disposition:**

**03/11/15 22:46 Discharged to Home/Self Care. Impression: Otitis Media, Upper Respiratory Infection (URI).**

- Condition is Stable.
- Discharge Instructions: Bronchitis, Ear - Middle, Infection (Otitis Media), Child, Upper Respiratory Infection (URI), Child.
- Prescriptions for
  Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
  - take 6 milliliter by ORAL route every 12 hours for 10 days: 120 milliliter.
  Benadryl 12.5 mg/5 mL Oral Elixir
  - take 5 milliliter by ORAL route every 6 hours (10 kg): 100 milliliter.
- Follow up: Margaret Springer; When: 3 days; Reason: Recheck today's complaints, Or sooner if you get worse.
- Problem is new.

## *Physician Documentation Con't.*

- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Brandhurst, Roy. MD | MD | rb | Hanson. Chenoa, RN | RN | cph |
| David, Syndee, RN | RN | sd4 | | | |

*Nurse's Notes* — *Willis Knighton South*

**Name:** Aaliyah [redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 03/11/2015 **Time:** 19:57

**MRN:** 1116206
**Account#:** K30878219
**Private MD:** Springer, Margaret, Ann

**Bed** .HB4

**Presentation:**

03/11 20:13 Method of Arrival: Carried. — sd4

20:13 Preferred language for medical communication is English. Presenting complaint: Mother states: fever and cough since yesterday. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. — sd4

20:14 Acuity: 4 - Semi-Urgent. — sd4

**Triage Assessment:**

20:13 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is appropriate for age. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. — sd4

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** premature at 27 weeks; NICU x 3 months
- **PSHx:** None

**Historical:**

22:23 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. — cph

22:43 The history from nurses notes was reviewed and confirmed. Family history: Father has/had no known health problems. Mother has/had hypertension. Social history: The patient lives with family the patient is a minor. — rb

**Screening:**

20:13 **Abuse screen:** — sd4
Denies threats or abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Exposure risk/Travel Screening:**
None identified. Has not been out of the country.

22:56 **Pedi Fall Risk** — cph
None Identified.

**Assessment:**

22:29 **Pain:** Denies pain. currently is 0 out of 10 on a pain scale. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed, well nourished, well groomed, Behavior is cooperative, appropriate for age, pleasant, mobility: ambulates without assistance. **Neuro:** Level of Consciousness is alert, Oriented to person, place. **EENT:** Nares with drainage noted bilaterally Oral mucosa is moist. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers Heart tones S1 S2 present. **Respiratory:** Respiratory effort is even, unlabored, relaxed, Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds with wheezes upon exhalation, in right lower lobe very faint wheezing noted. **GI:** Parent/caregiver reports the patient having normal bowel habits. **Derm:** Skin is intact, is healthy with good turgor, Skin is moist, Skin is normal, black. **Injury Description:** denies injury. — cph

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 20:13 | | 13[illegible] | 32 | 99.5(R) | 98% on R/A | 10.89 kg / 24 lbs 0 oz (M) | 0/10 | sd4 |
| 22:56 | | 122 | | | | | | cph |

**Vitals:**

20:13 Acuity: 4 - Semi-Urgent. — sd4

22:56 Body Mass Index = — cph

*Nurse's Notes Con't*

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 20:13 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sd4 |

**ED Course:**

| | |
|---|---|
| 19:57 Patient arrived in ED. | ms2 |
| 19:57 Patient moved to KIOSK. | ms2 |
| 20:13 Springer, Margaret Ann, MD is Private Physician. | sd4 |
| 20:17 Triage completed. | sd4 |
| 20:17 Patient moved to Waiting. | sd4 |
| 22:10 Patient moved to .HB4. | cph |
| 22:11 Brandhurst, Roy, MD is Attending Physician. | rb |
| 22:29 Patient/caregiver encouraged to voice any concerns. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. | cph |
| 22:45 Springer, Margaret Ann, MD is Referral Physician. | rb |
| 22:56 Hanson, Chenoa, RN is Primary Nurse. | cph |
| 22:56 No procedures done that require assistance. | cph |

**Administered Medications:**
No medications were administered

**Outcome:**

| | |
|---|---|
| 22:46 Discharge ordered by MD. | rb |
| 22:56 Discharged to home, carried, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, fever management, handwashing Demonstrated understanding of instructions, medications, Prescriptions given; 2. No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. | cph |
| 22:57 Electronic medical record closed. | cph |

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Brandhurst, Roy, MD | MD | rb | Hanson, Chenoa, RN | RN | cph |
| Scriptuser, MEDHOST | | ms2 | David, Syndee, RN | RN | sd4 |

RUN DATE: 03 /15 llis Knighton th *ADMISSION  PAGE 1
RUN TIME: 2036 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ALVARM.AM

Name: L DOB: 10/01/13 Age: 1Y 05M
Rm/Bd: Serv/Locn: ERS Status: ER Sex: F
Unit#: K000629604 Account#: K30878219 EPI#: 000000001116206

Last Update/
Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

Pharmacy Allergy List (Coded Allergies), historical data:
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

L
10/01/13 1Y 05M
Brandhurst, Roy E M
K30878219 03/11/15

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record



Willis Knighton South and Center for WomenLJs Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

10/01/13 1Y 05M
Brandhurst, Roy E M
K30878219 03/11/15

**Discharge Instructions for:** L

**Arrival Date:** 03/11/15 19:57

**Care Complete Time:** 03/11/15 22:46

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Brandhurst, Roy, MD

**Diagnosis:** Otitis Media; Upper Respiratory Infection (URI)

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchitis<br>Ear - Middle, Infection (Otitis Media), Child<br>Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Springer, Margaret Ann** (Pediatrics)<br>When: 3 days; Reason: Recheck today's complaints, Or sooner if you get worse | Amoxicillin<br>Benadryl |
| **SPECIAL NOTES** | |
| Meds as prescribed, follow up PCP and ER if any problems. | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

**Aaliyah Henderson**
**MRN # K000629604**

C. Hanson RN
**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

## FOLLOW UP INSTRUCTIONS

Springer, Margaret Ann, MD (Pediatrics)
P.O. BOX 33932
SHREVEPORT 71130
318-675-6082
When: 3 days
Reason: Recheck today's complaints, Or sooner if you get worse

L
10/01/13 1Y 05M
Brandhurst, Roy E M
K30878219 03/11/15

## PRESCRIPTIONS

Amoxicillin 400 mg/5 mL Oral Suspension for Reconstitution
Take 6 milliliter by ORAL route every 12 hours for 10 days; 120 milliliter

Benadryl 12.5 mg/5 mL Oral Elixir
Take 5 milliliter by ORAL route every 6 hours (10 kg); 100 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

    

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 03/11/15
Admission Time: 1957

L
10/01/13 1Y F
Brandhurst, Roy E M.D.
K30878219 03/11/15

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | | [signature] | | [signature] | 3/11/15 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| Jennifer Alexander | | | | M Alvarenga | 1957 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ____________________, do hereby state that I have been given the authority to sign for ____________________, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|

Admission Date: 03/11/15
Admission Time: 1957
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13 1Y F
Brandhurst, Roy E M.D.
K30878219 03/11/15

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted]L
ACCT. NO: K30791164

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Sullivan, Michael J M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted]L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K30791164
ROOM:
STATUS: REG ER

DATE: 02/13/15
TIME: 1119
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted]L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 1Y
SEX: F
RACE: BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: SAFFED2.A

K30791164

*Physician Documentation* *Willis Knighton South*

**Name:** Aaliyah[redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 02/13/2015 **Time:** 11:19
**Bed** 11

**MRN:** 1116206
**Account#:** K30791164
**Private MD:**

**HPI:**

02/13 14:07 This 16 months old Black Female presents to ED via Carried with complaints of Cold Symptoms. ep

14:07 The patient presents to the emergency department with congestion, with nasal discharge. Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms: The patient has no apparent associated signs or symptoms. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. mother reports "wheezing". ep

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

12:39 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with mother the patient is a minor. jcm

14:07 The history from nurses notes was reviewed and confirmed. ep

**ROS:**

14:07 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Constitutional:** Negative for fever, chills, and weight loss, **Eyes:** negative for redness, discharge, vision changes, injury **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Respiratory:** Negative for shortness of breath, cough, wheezing, and pleuritic chest pain, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **ENT:** Negative for nose bleed, pulling at ears. ep

**Exam:**

14:07 ep

**Constitutional:** Well developed, well nourished child who is awake, alert and cooperative with no acute distress.
**Head/Face:** Normocephalic, atraumatic.
**Eyes:** PERRLA, EOMI. Normal conjuctiva with no evidence of injection or discharge. Sclera are non-icteric. No gross corneal defects and anterior chambers appear normal by gross inspection.
**Neck:** Trachea midline, no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. no hepatosplenamegaly
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.

## *Physician Documentation Con't.*

**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.
**MS/ Extremity:** no tenderness along the length of each extremity, FROM. no deformity
**Neuro:** awake, alert and attentive, moves all extremities, normal gait , age appropriate reflexes are normal, cranial nerves III through XII grossly intact.
**ENT:** External ear(s): are unremarkable, Ear canal(s): are normal. TM's: are normal. Nose: nasal drainage, that is moderate. and is seen coming from both nares, Posterior pharynx: is normal.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 11:28 | | | | 98.5(R) | 98% on R/A | 9.98 kg / 22 lbs 0 oz | 30 in. (76 cm) | 0/10 | jcm |

11:28 FLACC (infant-toddler) jcm

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 11:22 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jcm |

**MDM:**

13:55 Patient medically screened. ep

14:07 ep

**Differential diagnosis:** URI, viral Infection, rhinitis.
**Data reviewed:** vital signs. nurses notes. and as a result. I will discharge patient.
**Data interpreted:** Pulse oximetry: normal.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

**Disposition:**

14:07 Electronically signed by: Edward Paul MD. Disposition. Chart complete. ep

**Disposition:**

**02/13/15 14:09 Discharged to Home/Self Care. Impression: Rhinitis, Common Cold.**

- Condition is Stable.
- Discharge Instructions: Cold, Common, Child.
- Follow up: Private Physician; When: Next week; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Paul, Edward, MD | MD | ep | Mathews, Janet, RN | RN | jcm |
| Gardner, Glyn, RN | RN | dgg | | | |

**Name:** Aaliyah [redacted]

**MRN:** 1116206
**Account#:** K30791164

*Nurse's Notes* *Willis Knighton South*

Name: Aaliyah[redacted]
Age: 1 yrs Sex: Female DOB: 10/01/2013
Arrival Date: 02/13/2015 Time: 11:19
Bed 11

MRN: 1116206
Account#: K30791164
Private MD:

**Presentation:**

02/13 11:22 Method of Arrival: Carried. jcm

11:22 Preferred language for medical communication is English. Presenting complaint: Mother states: Coughing and stuffy nose since yesterday. She been wheezing. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. jcm

11:31 Acuity: 4 - Semi-Urgent. jcm

**Triage Assessment:**

11:22 **General:** Appears in no apparent distress, well developed, well nourished. well groomed, Behavior is cooperative, appropriate for age. quiet, mobility; ambulates without assistance Reports fever for 0-12 hours. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. jcm

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

12:39 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with mother the patient is a minor. jcm

14:07 The history from nurses notes was reviewed and confirmed. ep

**Screening:**

11:22 **Abuse screen:** jcm
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

12:40 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well developed. well nourished. Behavior is cooperative, appropriate for age, quiet, mobility; ambulates without assistance Denies fever. **Neuro:** Level of Consciousness is alert, awake, Oriented to person. **EENT:** Parent/caregiver reports the patient having nasal congestion nasal discharge that is watery. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent Trachea midline Breath sounds are clear bilaterally. upper airway slight wheezing sound with inspiration. **GI:** Parent/caregiver reports the patient having normal bowel habits. **GU:** Parent/caregiver report the patient having normal urinary habits. **Derm:** Skin is healthy with good turgor. **Musculoskeletal:** No deficits noted. Age appropriate behavior- Toddler (12 months to 4 yrs): non-autonomy -clings to parent, minimal language skills, fears pain, safety concerns. jcm

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 11:28 | | [illegible] | [illegible] | 98.5(R) | 98% on R/A | 9.98 kg / 22 lbs 0 oz | 30 in. (76 cm) | 0/10 | jcm |

11:28 FLACC (infant-toddler) jcm

**Vitals:**

11:28 Acuity: 4 - Semi-Urgent. jcm

*Nurse's Notes Con't*

12:40 Body Mass Index = 17.28. jcm

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 11:22 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jcm |

**ED Course:**

| | |
|---|---|
| 11:19 Patient arrived in ED. | ms2 |
| 11:19 Patient moved to KIOSK. | ms2 |
| 11:31 Triage completed. | jcm |
| 11:31 Patient moved to Waiting. | jcm |
| 12:37 Patient moved to 11. | smc |
| 12:40 No apparent distress. playing. Awaiting ED physician evaluation. ER nurse to see patient. | jcm |
| 12:40 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up. verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. | jcm |
| 12:40 No procedures done that require assistance. | jcm |
| 13:20 Paul, Edward, MD is Attending Physician. | ep |
| 14:15 Gardner, Glyn, RN is Primary Nurse. | dgg |

**Administered Medications:**
No medications were administered

**Outcome:**

| | |
|---|---|
| 14:09 Discharge ordered by MD. | ep |
| 14:15 Discharged to home, carried. Patient left prior to receiving discharge instructions. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | dgg |
| 14:16 Electronic medical record closed. | dgg |

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Paul, Edward, MD | MD | ep |
| Mathews, Janet, RN | RN | jcm | Gardner, Glyn, RN | RN | dgg |
| Scriptuser, MEDHOST | | ms2 | | | |

RUN DATE: 02/ /15 llis Knighton th *ADMISSION PAGE 1
RUN TIME: 1135 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: SAFFED2.AM

Name: L DOB: 10/01/13 Age: 1Y 04M
Rm/Bd: Serv/Locn: ERS Status: ER Sex: F
Unit#: K000629604 Account#: K30791164 EPI#: 000000001116206

Last Update/
Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

Pharmacy Allergy List (Coded Allergies), historical data:
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record

HENDERSON AALIYAH L
10/01/13
Sullivan, Michael J 02/13/15
K30791164



Willis Knighton South and Center for Women's Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** [redacted]L

**Arrival Date:** 02/13/15 11:19

**Care Complete Time:** 02/13/15 14:09

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Paul, Edward, MD

**Diagnosis:** Rhinitis, Common Cold

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Cold, Common, Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>When: Next week; Reason: Recheck today's complaints | None |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

**Aaliyah** [redacted]
**MRN # K000629604**

**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

Chart Copy

HENDERSON [redacted] L
10/01/13 1Y 04M
Sullivan, Michael J 02/13/15
K30791164

## FOLLOW UP INSTRUCTIONS

Private Physician
When: Next week
Reason: Recheck today's complaints

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

HENDERSON, [redacted] L
10/01/13 1Y 04M
Sullivan, Michael J 02/13/15
K30791164



    

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third–party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third–party payors for the purpose of performing pre–certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis–Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co–insurance, non–covered charges and other items not paid by insurance or other third–party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third–party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third–party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 02/13/15
Admission Time: 1119

10/01/13 1Y F
Sullivan, Michael J M.D.
K30791164 02/13/15

AM3349_1
Page 1 of 2

    

Willis-Knighton Health System

  

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | | [signature] | | [signature] | 2/13/15 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| X Jennifer Alexander | | | | Danielle Saffel | 11:37 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ______________________ , do hereby state that I have been given the authority to sign for

______________________ , either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|

Admission Date: 02/13/15
Admission Time: 1119
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

10/01/13 1Y F
Sullivan, Michael J M.D.
K30791164 02/13/15

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted] L
ACCT. NO: K30642359

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Easterling, David R M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted] L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K30642359
ROOM:
STATUS: REG ER

DATE: 01/02/15
TIME: 1044
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted] L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 1Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: HARTJ.AM

K30642359

*Physician Documentation* *Willis Knighton South*

**Name:** Aaliyah[redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013 **MRN:** 1116206
**Arrival Date:** 01/02/2015 **Time:** 10:44 **Account#:** K30642359
**Bed** 8 **Private MD:** Springer, Margaret, Ann

**HPI:**

01/02 11:53 This 15 months old Black Female presents to ED via Carried with complaints of Cold Symptoms. kd2

11:53 The patient presents to the emergency department with cough, that is constant, fever, with an emergency department temperature of 99.6 degrees Fahrenheit, rhinorrhea, wheezing. Onset: The symptoms/episode began/occurred 2 day(s) ago. Associated signs and symptoms: Pertinent positives: cough, fever, nasal discharge, wheezing, Pertinent negatives: congestion, diarrhea, seizure, shortness of breath, vomiting. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has not experienced similar symptoms in the past. The patient has not recently seen a physician. kd2

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** born at 27 weeks
- **PSHx:** None

**Historical:**

11:45 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family the patient is a minor. Code Status: Full code. smc

11:53 History obtained from mother. The history from nurses notes was reviewed and confirmed. kd2

**ROS:**

12:01 **Eyes:** Negative for injury, pain, redness, and discharge, **Neck:** Negative for injury, pain, and swelling, stiffness **Cardiovascular:** Negative for chest pain and edema **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, distention, and constipation. **Back:** Negative for injury and pain, no deformity **GU:** Negative for injury, bleeding, discharge, and swelling. **MS/Extremity:** Negative for pain, injury and deformity. **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **Psych:** Negative for delusions, awake and oriented. kd2

12:01 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Constitutional:** Positive for coughing, fever. Negative for obvious distress, poor PO intake, shortness of breath, vomiting. **ENT:** Positive for nasal discharge, rhinorrhea, Negative for nose bleed, pulling at ears, **Respiratory:** Positive for cough, "sounds productive", wheezing. kd2

**Exam:**

12:01 kd2

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or evidence of obstruction, uvula midline. Mucous membrane
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal chest wall appearance and motion. Nontender, no deformity. No lesions appreciated. No axillary lymphadenopathy
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.

## Physician Documentation Con't.

**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Abdomen/GI:** Soft, nontender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted
**Back:** Normal inspetion with no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain
**Skin:** Warm, dry with normal turgor. Normal color with no rashes, pallor, or cellulitis
**MS/ Extremity:** Pulses equal. No clubbing, cyanosis, or edema. Neuro vascular intact. Full range of motion without pain
**Neuro:** Awake or easily awakened, alert, makes good eye contact. age appropriate reflexes, good tone, easily consolable
**Psych:** Behavior, mood, response, and affect are appropriate for age. No delusions
**Female GU:** No CVA tenderness, bladder non-distended, non-tender.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 10:55 | | | | 99.6(R) | 97% on R/A | 9.19 kg / 20 lbs 4 oz | 28 in. (71 cm) | | alt1 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 10:55 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | alt1 |

**MDM:**

12:00 Patient medically screened. dre

12:01 kd2

**Data reviewed:** vital signs, nurses notes, and as a result, I will continue to observe the patient.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

12:16 dre

**Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, meningitis, pneumonia URI, UTI, viral Infection. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.

**Disposition:**

12:01 This chart was scribed by Day, Kalea, Scribe. in the presence of David Easterling MD. kd2

12:16 Electronically signed by: David Easterling, M.D. Disposition. dre

**Disposition:**

**01/02/15 12:17 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI).**

- Condition is Stable.
- Discharge Instructions: Upper Respiratory Infection (URI). Child.
- Prescriptions for
  Orapred 15 mg/5 mL Oral Solution
  - take 4 milliliter by ORAL route once daily for 5 days: 20 milliliter.
- Follow up: Margaret Springer; When: First of next week; Reason: Recheck today's complaints.

## *Physician Documentation Con't.*

- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Easterling, David, MD | MD | dre |
| Tomlinson, Amy, RN | RN | alt1 | Day, Kalea, Scribe | Scribe | kd2 |

*Nurse's Notes* — *Willis Knighton South*

**Name:** Aaliyah[redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 01/02/2015 **Time:** 10:44

**MRN:** 1116206
**Account#:** K30642359
**Private MD:** Springer, Margaret, Ann

**Bed** 8
**Presentation:**

01/02 10:55 Method of Arrival: Carried. alt1

10:55 Preferred language for medical communication is English. Presenting complaint: Mother states: "Cold, fever, wheezing, like it sounds like a cold rattling with her breathing". Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Care prior to arrival: None. alt1

11:00 Acuity: 4 - Semi-Urgent. alt1

**Triage Assessment:**

10:55 **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is appropriate for age, quiet. **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. alt1

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** born at 27 weeks
- **PSHx:** None

**Historical:**

11:45 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family the patient is a minor. Code Status: Full code. smc

11:53 History obtained from mother. The history from nurses notes was reviewed and confirmed. kd2

**Screening:**

10:55 **Abuse screen:** alt1
there are no obvious signs of child abuse.
**Patient fall risk assessment;**
risks identified; None.
**Learning Barriers:**
No barriers to teaching and learning identified.

**Pedi Fall Risk**
None Identified.
**Exposure risk/Travel Screening:**
None identified.

**Assessment:**

11:46 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears well developed, well nourished, well groomed, Behavior is appropriate for age. **General:** Reports fever for. **Neuro:** Level of Consciousness is alert, awake. **EENT:** Parent/caregiver reports the patient having nasal congestion nasal discharge that is watery. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent Breath sounds are clear bilaterally. Parent/caregiver reports the patient having cough that is. **GI:** Parent/caregiver reports the patient having normal bowel habits. **GU:** Parent/caregiver report the patient having normal urinary habits. **Derm:** Skin is intact, is healthy with good turgor. **Musculoskeletal:** No deficits noted. Age appropriate behavior-Toddler (12 months to 4 yrs): autonomy-separate from parent, appropriate language skills, fears pain, safety concerns. smc

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 10:55 | | | | 99.6(R) | 97% on R/A | 9.19 kg / 20 lbs 4 oz | 28 in. (71 cm) | | alt1 |

**Vitals:**

10:55 Acuity: 4 - Semi-Urgent. alt1

12:33 Body Mass Index = 18.23. smc

## *Nurse's Notes Con't*

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 10:55 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | alt1 |

**ED Course:**

| | |
|---|---|
| 10:44 Patient arrived in ED. | ms2 |
| 10:44 Patient moved to KIOSK. | ms2 |
| 10:55 Springer, Margaret Ann, MD is Private Physician. | alt1 |
| 11:00 Triage completed. | alt1 |
| 11:00 Patient moved to Waiting. | alt1 |
| 11:41 Patient moved to 8. | smc |
| 11:45 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. | smc |
| 11:47 Easterling, David, MD is Attending Physician. | dre |
| 12:03 Gardner, Glyn, RN is Primary Nurse. | dgg |
| 12:03 No apparent distress. | dgg |
| 12:17 Springer, Margaret Ann, MD is Referral Physician. | dre |
| 12:33 No procedures done that require assistance. | smc |

**Administered Medications:**
No medications were administered

**Outcome:**

| | |
|---|---|
| 12:17 Discharge ordered by MD. | dre |
| 12:32 Discharged to home, carried, with family. Discharge instructions given to family, Instructed on discharge instructions, follow up and referral plans, medication usage. Demonstrated understanding of instructions, medications, Prescriptions given; 1, No questions or concerns expressed to me at discharge. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | smc |
| 12:33 Electronic medical record closed. | smc |

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Easterling, David, MD | MD | dre |
| Gardner, Glyn, RN | RN | dgg | Scriptuser, MEDHOST | | ms2 |
| Tomlinson, Amy, RN | RN | alt1 | Day, Kalea, Scribe | Scribe | kd2 |

**Name:** Aaliyah [redacted]

**MRN:** 1116206
**Account#:** K30642359

Page 1712 of 1758

RUN DATE: 01/_2/15 ...llis Knighton ...th *ADMISSION... PAGE 1
RUN TIME: 1104 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: HARTJ.AM

**Name:** [redacted] L **DOB:** 10/01/13 **Age:** 1Y 03M
**Rm/Bd:** **Serv/Locn:** ERS **Status:** ER **Sex:** F
**Unit#:** K000629604 **Account#:** K30642359 **EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Pharmacy Allergy List (Coded Allergies), historical data:**
**(Duplicate names represent coding within (3) categories:**
**Ingredient, Generic and Class allergy codes.)**

**Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record**

HENDERSON,[redacted] L
10/01/13 1Y 03M
Easterling, David R
K30642359 01/02/15



Willis Knighton South and Center for Women's Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** [redacted]L
**Arrival Date:** 01/02/15 10:44
**Care Complete Time:** 01/02/15 12:17

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Easterling, David, MD
**Diagnosis:** Upper Respiratory Infection (URI)

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Springer, Margaret Ann** (Pediatrics) When: First of next week; Reason: Recheck today's complaints | Orapred |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

Aaliyah Henderson
MRN # K000629604

ED Physician or Nurse

X-RAYS and LAB TESTS:
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

MEDICATIONS:
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

[redacted]YAH L
10/01/13 1Y 03M
Easterling, David R
K30642359 01/02/15

## FOLLOW UP INSTRUCTIONS

Springer, Margaret Ann, MD (Pediatrics)
   P.O. BOX 33932
   SHREVEPORT 71130
   318-675-6082
   When: First of next week
   Reason: Recheck today's complaints

## PRESCRIPTIONS

Orapred 15 mg/5 mL Oral Solution
Take 4 milliliter by ORAL route once daily for 5 days; 20 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
None

**Other**
None

HENDERSON, AALIYAH L
10/01/13    1Y 03M
Easterling, David R    01/02/15
K30642359

   

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 01/02/15
Admission Time: 1044

AM0005

10/01/13 1Y F
Easterling, David R M.D.
K30642359 01/02/15

AM3349_1

    

# ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one–third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

6. ***Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

7. ***Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis–Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

8. ***Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

9. Willis–Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | | [signature] | | [signature] | 1-2-15 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| Jennifer Alexander | | | | [signature] | 1044 |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ______________________, do hereby state that I have been given the authority to sign for ______________________, either expressed or implied and that he or she is fully aware of this authority

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|
| | | | | |

Admission Date: 01/02/15
Admission Time: 1044
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

L
10/01/13 1Y F
Easterling, David R M.D.
K30642359 01/02/15

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted]L
ACCT. NO: K30385629

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Brandhurst, Roy E M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted]L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K30385629
ROOM:
STATUS: REG ER

DATE: 10/16/14
TIME: 1943
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT: [redacted]L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 1Y
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: CROCKL1.A

K30385629

## Physician Documentation

**Willis Knighton South**

**Name:** Aaliyah[redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01 2013
**Arrival Date:** 10/16/2014 **Time:** 19:43
**Bed** 2

**MRN:** 1116206
**Account#:** K30385629
**Private MD:** Springer, Margaret, Ann

**HPI:**

10/16 22:45 This 12 months old Black Female presents to ED via Carried with complaints of **Cold Symptoms**. kg2

22:54 The patient presents to the emergency department with congestion, cough, fever, with an emergency department temperature of 102.2 degrees Fahrenheit. Onset: The symptoms/episode began/occurred gradually, and became worse 2 day(s) ago. Associated signs and symptoms: Pertinent positives: congestion, cough, fever, Pertinent negatives: body aches, chest pain, constipation, diarrhea, dysuria, earache, headache, myalgias, nasal discharge, seizure, shortness of breath, sore throat, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: none. The patient has experienced a previous episode. The patient has been recently seen at a Willis Knighton Emergency Department, a couple of weeks ago, rash and ear infection. kg2

**Historical:**

- **Allergies:** No known Allergies; No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

22:54 History obtained from mother. The history from nurses notes was reviewed and confirmed. kg2

10/17 01:14 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. jr7

**ROS:**

10/16 22:54 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge. **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain, palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation. **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for headache, weakness, numbness, tingling, and seizure. **Constitutional:** Positive for coughing, fever, Negative for body aches, chills, chronic foley, fatigue, fussiness, malaise, acute pain, poor PO intake, shortness of breath, vomiting, weight loss. **ENT:** Positive for sinus congestion. Negative for ear pain, foreign body sensation of the ears, hearing loss, injury or acute deformity, difficulty handling secretions, difficulty swallowing, hoarseness, nasal discharge, nose bleed, pulling at ears, rhinorrhea, sinus pain, sore throat, tinnitus, dental pain. **Respiratory:** Positive for cough, Negative for dyspnea on exertion, hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea, shortness of breath, wheezing. kg2

**Exam:**

22:54 kg2

**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well hydrated, well nourished, non-diaphoretic, non-toxic, febrile. **ENT:** External ear(s): are unremarkable, no abrasion, no avulsion, no erythema, no laceration, no puncture, no cellulitis, no abscess, no swelling, no contusion, no pain with movement, Ear canal(s): are normal, clear, no abscess, no bleeding, no bloody discharge, no cerumen impaction, no erythema, no foreign body, no purulent discharge, no swelling, TM's: are normal, no evidence of bulging, no dullness, no erythema, no fluid levels, no hemotympanum, no rupture, Nose: is normal, no abrasion, no abscess, no bleeding, no clotted blood, no contusion, no drainage, no edema, no erythema, no laceration, no septal hematoma, no swelling, Mouth: is normal, no abscess, no drooling, no injury, no laceration, no lesion(s), no ulcerations, no mucosal abnormalities, Posterior pharynx: is normal, airway is patent, no erythema, no exudate, no peritonsilar mass,

## *Physician Documentation Con't.*

no pooling of secretions, no swelling.
**Neck:** External neck: is nomal, no abrasions, no abscess, no cellulitis, no ecchymosis, no erythema, no laceration. no mass, no rash, no swelling, no tenderness, C-spine: appears grossly normal, no vertebral tenderness, no crepitus, JVD: is not appreciated, Thyroid: appears normal, no enlargement, no nodules, no tenderness, Trachea: is midline with no obvious abnormalities, ROM/movement: is normal, is supple, without pain, no range of motions limitations, no meningismus, no nuchal rigidity, Lymph nodes: no appreciated lymphadsenopathy.

22:56 kg2

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light. extra-ocular motions intact. Normal sclera. No evidence of conjunctivitis. Lids and lashes normal. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal chest wall appearance and motion. Nontender. no deformity. No lesions appreciated. No axillary lymphadenopathy.
**Cardiovascular:** Regular rate and rhythm, normal S1. S2, no murmurs, gallops, or rubs. Normal PMI. No JVD. No pulse deficits.
**Abdomen/GI:** Soft, nontender, nondistended, no mass. no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted.
**Back:** Normal inspection with no obvious deformity. No spinal or CVA tenderness. Normal ROM without pain.
**Skin:** Warm, dry with normal turgor. Normal color with no rashes, pallor, or cellulitis.
**MS/ Extremity:** Pulses equal. No clubbing, cyanosis, or edema. NVI, FROM without pain.
**Neuro:** Awake or easily awakened. alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable.
**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal. no use of accessory muscles, no grunting, no evidence of nasal flaring, no appreciated paradoxical movements, no pursed lip breathing, no retractions, Breath sounds: are normal, clear throughout. no rales, rhonchi, no wheezing.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 20:11 | | [illegible] | 32 | 102.2(R) | 96% on R/A | 8.28 kg / 18 lbs 4 oz (M) | 0/10 | jmh |
| 23:07 | | | | 98.8(R) | | | | jh15 |
| 10/17 01:15 | | | | 97.2(R) | | | | jh15 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 10/16 20:11 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jmh |

**MDM:**

22:56 kg2

**Data reviewed:** vital signs, nurses notes, lab test result(s). radiologic studies, plain films, and as a result, I will continue to observe the patient, order radiologic study(s), plain X-ray(s), order laboratory test(s).
**Data interpreted:** Pulse oximetry: normal. Interpretation: normal. on room air observed by me at the bedside is 96 %.
**Test interpretation:** by ED physician: plain radiologic studies.
**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

## *Physician Documentation Con't.*

23:08 Patient medically screened. dre

10/17 dre

00:46 **Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, meningitis, pneumonia URI, UTI, viral Infection. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Ibuprofen Suspension 10 mg/kg PO once; per weight dosing chart | Ordered | 10/16/14 20:15 | jmh | dre |
| | Administered | 10/16/14 20:17 | jmh | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Easterling, David 10/16/14 22:56 | | | |
| 10/16/14 20:17 **Administered:** Ibuprofen Suspension 10 mg/kg PO | | | jmh | |
| 10/16/14 23:07 **Follow Up:** Temp 98.8 Rectal; Response: Temperature is decreased | | | jh15 | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 10/16/14 22:56 | dre | dre |
| | Reviewed | 10/17/14 00:45 | David Easterling | |
| **Notes:** | **Order Method:** Electronic | | | |
| **Interpretation:** Normal. | | | | |
| **COLLECTED BY NURSE? (Y/N) (OELBCBN):** No | | | | |
| **Ordering Location:** ERNPC1.1 | | | | |
| **Quantity 1:** 1 | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| UA w/mic if indicated | Ordered | 10/16/14 22:56 | dre | dre |
| | Reviewed | 10/17/14 00:45 | David Easterling | |
| **Notes:** | **Order Method:** Electronic | | | |
| **Interpretation:** Appearance Cloudy. | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT URINE | Ordered | 10/16/14 22:56 | dre | dre |
| | Completed | 10/16/14 23:55 | Justin Hall | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Blood Culture, Bacteria | Ordered | 10/16/14 22:56 | dre | dre |
| | In Process Unspecified | 10/16/14 22:57 | Dispatcher MedHost | |
| **Notes:** | **Order Method:** Electronic | | | |
| **COLLECTED BY NURSE? (Y/N) (OELBCBN):** No | | | | |
| **Source (OEMICbld):** Venipuncture | | | | |
| **Quantity or Number of Units:** 1 unit | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| | | | | |

# *Physician Documentation Con't.*

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 10/16/14 22:56 | dre | dre |
| | Completed | 10/17/14 00:45 | Justin Hall | |
| **Notes:** | **Order Method:** Electronic | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 10/16/14 22:56 | dre | dre |
| | Returned | 10/17/14 09:58 | Dispatcher MedHost | |
| **Notes:** Bed Name: 2 | **Order Method:** Electronic | | | |
| **Interpretation:** Normal. | | | | |
| **ER EXAM ROOM/BED: (OERDERRMBD):** 2 | | | | |
| **MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER | | | | |
| **O2: (OEADO2):** No | | | | |
| **REASON FOR EXAM: (OERDEXAM):** Cold Symptoms | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| WBC Differential, Manual | Ordered | 10/16/14 23:16 | EDMS | |
| | Reviewed | 10/17/14 00:45 | David Easterling | |
| **Notes:** | **Order Method:** | | | |
| | **Sign off:** | | | |
| **Interpretation:** Normal Except: Monocytes 16. | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| MICROSCOPIC URINE | Ordered | 10/17/14 00:31 | EDMS | |
| | Reviewed | 10/17/14 00:45 | David Easterling | |
| **Notes:** | **Order Method:** | | | |
| | **Sign off:** | | | |
| **Interpretation:** Normal Except: Mucous 3+; Amorphous Sed 2+; Red Blood Cells 4-10. | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| URINE CLINITEST | Ordered | 10/17/14 00:35 | EDMS | |
| | Reviewed | 10/17/14 00:45 | David Easterling | |
| **Notes:** | **Order Method:** | | | |
| | **Sign off:** | | | |

**Order Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Easterling, David, MD | MD | dre | Hartsell, Michael, RN | RN | jmh |
| MedHost, Dispatcher | | EDMS | | | |

**Disposition:**

| | | |
|---|---|---|
| 10/16 22:56 | This chart was scribed by Glenn, Kirra, in the presence of David Easterling MD. | kg2 |
| 10/17 00:46 | Electronically signed by: David Easterling, M.D. Disposition. | dre |

**Disposition:**

**10/17/14 00:46 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI), Fever.**

- Condition is Stable.

## *Physician Documentation Con't.*

- Discharge Instructions: Upper Respiratory Infection (URI), Child, Fever, Child (with Dosage Charts).
- Prescriptions for
    Orapred 15 mg/5 mL Oral Solution
      - take 4 milliliter by ORAL route once daily for 5 days; 20 milliliter.
- Follow up: Margaret Springer; When: First of next week; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Easterling, David, MD | MD | dre | Hartsell, Michael, RN | RN | jmh |
| Riggs, Jennifer, RN | RN | jr7 | Glenn, Kirra, Scribe | Scribe | kg2 |
| Hall, Justin, RN | RN | jh15 | | | |

*Nurse's Notes*
**Name:** Aaliyah[redacted]
**Age:** 1 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 10/16/2014 **Time:** 19:43

*Willis Knighton South*
**MRN:** 1116206
**Account#:** K30385629
**Private MD:** Springer, Margaret, Ann

**Bed** 2
**Presentation:**

10/16 20:11 Method of Arrival: Carried. jmh

20:11 Preferred language for medical communication is English. Presenting complaint: Mother states: she has been running a fever and shes been coughing with a stuffy nose. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. jmh

20:15 Acuity: 3 - Urgent. jmh

**Triage Assessment:**

20:11 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, pleasant, mobility; ambulates without assistance Reports fever for 2-3 days, feeling ill for 2-3 days. Denies. **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. jmh

**Historical:**

- **Allergies:** No known Allergies; No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

22:54 History obtained from mother. The history from nurses notes was reviewed and confirmed. kg2

10/17 01:14 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. jr7

**Screening:**

10/16 20:11 **Abuse screen:** there are no obvious signs of child abuse. **Patient fall risk assessment;** risks identified; is of toddler age, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding. **Learning Barriers:** age barrier identified, caregiver ready and willing to learn, prefers oral and written instructions. **Pedi Fall Risk** None Identified. **Exposure risk/Travel Screening:** None identified. jmh

**Assessment:**

23:25 **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is cooperative, appropriate for age, quiet, Reports fever for 1-2 days. **Neuro:** Level of Consciousness is alert, awake, Oriented to person. **EENT:** Parent/caregiver reports the patient having nasal congestion since a couple of weeks ago nasal discharge that is watery. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent Denies shortness of breath at rest, labored breathing, air hunger, Parent/caregiver reports the patient having cough that is non-productive. **GI:** Denies constipation, diarrhea, Parent/caregiver reports the patient having normal bowel habits, decreased appetite for a couple of days. **GU:** Parent/caregiver report the patient having normal urinary habits. Age appropriate behavior- Toddler (12 months to 4 yrs): autonomy-separate from parent, minimal language skills, safety concerns. jh15

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 20:11 | | [illegible] | 32 | 102.2(R) | 96% on R/A | 8.28 kg / 18 lbs 4 oz (M) | 0/10 | jmh |
| 23:07 | | | | 98.8(R) | | | | jh15 |
| 10/17 01:15 | | | | 97.2(R) | | | | jh15 |

## *Nurse's Notes Con't*

**Vitals:**

| | | |
|---|---|---|
| 10/16 20:11 | Acuity: 3 - Urgent. | jmh |
| 10/17 01:14 | Body Mass Index = 14.26. | jh15 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 10/16 20:11 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | jmh |

**ED Course:**

| | | |
|---|---|---|
| 19:43 | Patient arrived in ED. | ms2 |
| 19:43 | Patient moved to KIOSK. | ms2 |
| 20:11 | Springer, Margaret Ann, MD is Private Physician. | jmh |
| 20:18 | Patient moved to Waiting. | jmh |
| 22:33 | Hall, Justin, RN is Primary Nurse. | jh15 |
| 22:33 | Patient moved to 2. | jh15 |
| 22:44 | Easterling, David, MD is Attending Physician. | dre |
| 23:00 | Patient moved to Radiology. | ks4 |
| 23:00 | Chest 2 View *routine* Sent. | ks4 |
| 23:20 | Patient moved to 2. | jat |
| 23:30 | Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Call light in reach. Patient has correct armband on for positive identification. Child being held by parent. | jh15 |
| 23:54 | Urine collected; I & O cath specimen. specimen labeled in the presence of the patient Sent per order to lab. Quick cath inserted with aseptic technique 8 French. specimen obtained. Returned clear yellow urine. Patient tolerated poorly. | jr7 |
| 10/17 00:38 | Notified ED physician of lab called to inform that because the urine collected was such a small amount, they used it to run a micro and a clinitest and did not have enough for further testing. the clinitest came back positive, but lab is unable to confirm if this is glucose or not. more urine would be required for further testing. dr easterling informed. | mg3 |
| 00:46 | Springer, Margaret Ann, MD is Referral Physician. | dre |
| 01:16 | No procedures done that require assistance. | jh15 |

**Administered Medications:**

| Time | Drug & Dose<br>Dispensable Quantity | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 10/16 20:17 | Ibuprofen Suspension 10 mg/kg | | PO | | | | | jmh |
| 23:07 | Follow up: Temp 98.8 Rectal; Response: Temperature is decreased | | | | | | | jh15 |

**Outcome:**

| | | |
|---|---|---|
| 10/17 00:46 | Discharge ordered by MD. | dre |
| 01:15 | Discharged to home, carried, with family. Discharge instructions given to family. Instructed on discharge instructions, follow up and referral plans, medication usage. fever management. handwashing Demonstrated | jh15 |

*Nurse's Notes Con't*

understanding of instructions. medications, Prescriptions given: 1. No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided.** **Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable.

01:16 Electronic medical record closed.                                                      jh15

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Easterling, David. MD | MD | dre | Hartsell. Michael, RN | RN | jmh |
| Scriptuser, MEDHOST | | ms2 | Riggs. Jennifer, RN | RN | jr7 |
| Torres, Jose | | jat | Glenn, Kirra, Scribe | Scribe | kg2 |
| Griggs, Melissa, RN | RN | mg3 | Stiles, Katie | | ks4 |
| Hall, Justin, RN | RN | jh15 | | | |

**Name: Aaliyah** ███████████

MRN: 1116206
Account#: K30385629
Page 3 of 3

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

LOCATION

PATIENT: [redacted] L
ACCT #: K30385629 LOC: ERS U #: K000629604
AGE/SX: 1Y 00M/F ROOM: REG: 10/16/14
REG DR: Easterling, David R M.D STATUS: DEP ER BED: DIS:

URINALYSIS

| | Day 1 / Date OCT 16 / Time 2355 | Reference | Units |
|---|---|---|---|
| => Color | (a) | (Yellow) | |
| => Appearance | (b) H | (Clear) | |
| => Sp Gravity | (c) | (1.003-1.035) | |
| => Glucose | (d) | (Negative) | |
| => Bile | (e) | (Negative) | |
| => Urine Clinitest | (f) H | (Negative) | |
| => Urine Ketones | (g) | (Negative) | |
| => Occult Blood | (h) | (Negative) | |
| => Urine pH | (i) | (4.6-8.0) | |
| => Albumin | (j) | (Negative) | |
| => Urobilinogen | (k) | (0.2-1.0) | mg/dL |
| => Nitrite | (l) | (Negative) | |
| => Leuko Esterase | (m) | (Negative) | |
| => Epithelial Cell | Rare | (None Seen) | /lpf |
| => Mucous | 3+ H | (Negative) | |
| => Amorphous Sed | 2+ H | (Negative) | |
| => White Bld Cells | 0-4 | (<5) | /hpf |
| => Red Blood Cells | 4-10 H | (<4) | /hpf |
| => Bacteria | Rare | (None Seen) | /hpf |
| => Crystals | (n) | (None Seen) | /hpf |

NOTES:
(a) Yellow
(b) Cloudy H
(c) Test not performed
QUANTITY NOT SUFFICIENT FOR RELIABLE EXAMINATION
(d) Test not performed
(e) Test not performed
(f) 1/2 H

Patient's Date of Birth (10/01/13) used for confirmation.
Critical Value called by LISH'A BOND at 0037.
Results were read back by MELISSA GRIGGS.

(g) Test not performed
(h) Test not performed
(i) Test not performed
(j) Test not performed
(k) Test not performed
(l) Test not performed
(m) Test not performed
(n) None Seen

Page 1727 of 1758

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 2

LOCATION

Patient: [redacted] L #K30385629 (Continued)

URINALYSIS Continued

| | 1 | Reference | Units |
|---|---|---|---|
| Day | 1 | | |
| Date | OCT 16 | | |
| Time | 2355 | | |
| => Casts | (o) | (None Seen) | /lpf |

NOTES: (o) None Seen

Patient: [redacted] L Age/Sex: 1Y 00M/F Acct#K30385629 Unit#K000629604

LOCATION

Patient: [redacted] L #K30385629 (Continued)

HEMATOLOGY

| | Day 1<br>Date OCT 16<br>Time 2302 | Reference | Units |
|---|---|---|---|
| => White Blood Cel | 9.4 | (6.0-11.0) | 10^9/L |
| => Red Blood Cell | 5.01 | (3.7-6.0) | 10^6/uL |
| => Hemoglobin | 11.9 | (10.5-13.5) | g/dL |
| => Hematocrit | 35.8 | (33.0-40.0) | % |
| => MCV | 71.4 L | (74.0-89.0) | fL |
| => MCH | 23.7 L | (27.1-34.2) | pg |
| => MCHC | 33.2 | (33.0-35.6) | g/dL |
| => RDW | 13.8 | (Not Estab.) | % |
| => Platelet Count | 253 | (130-351) | 10^3/uL |
| => Mean Plt Volume | 7.1 | (6.6-10.2) | fL |
| => Neutrophils | 35.2 | (Not Estab.) | % |
| => Lymphocytes | 42.3 | (Not Estab.) | % |
| => Monocytes | 19.4 H | (3-10) | % |
| => Eosinophils | 2.8 | (0.0-8.0) | % |
| => Basophils | 0.3 | (0.0-3.0) | % |
| => Neutrophils # | 3.3 | (Not Estab.) | 10^3/uL |
| => Lymphocytes # | 4.0 | (Not Estab.) | 10^9/L |
| => Monocytes # | 1.8 | (Not Estab.) | 10^3/uL |
| => Eosinophils # | 0.3 | (Not Estab.) | 10^3/uL |
| => Basophils # | 0.0 | (Not Estab.) | 10^3/uL |
| => Segmented Neut | 31 | (Not Estab.) | % |
| => Lymphocytes | 48 | (Not Estab.) | % |
| => Monocytes | 16 H | (3-10) | % |
| => Eosinophils | 4 | (0-8) | % |
| => Basophils | 1 | (0-3) | % |
| => Hypochromic | 1+ | (NORMAL) | |
| => Microcytosis | 1+ | (NORMAL) | |
| => Spherocytes | (p) | (NONE SEEN) | |
| => Schistocytes | (q) | (NORMAL) | |
| => Plt Estimate | (r) | (NORMAL) | |
| => Diff Comments | (s) | | |

NOTES: (p) Occ/Rare
(q) Occ/Rare
(r) NORMAL
(s) Comments

Few Atypical Lymphs

Patient: [redacted] L Age/Sex: 1Y 00M/F Acct#K30385629 Unit#K000629604

Page 1729 of 1758

RUN DATE: 10/01/19
RUN TIME: 1347
RUN USER: PARRM.HM

Laboratory System *Live*
WKS Discharge Summary Report

PAGE 4

LOCATION

Patient: [redacted] L #K30385629 (Continued)

Source: Blood

> Culture, Blood Final 10/23/14
NO GROWTH AT 5 DAYS

Patient: [redacted] L Age/Sex: 1Y 00M/F Acct#K30385629 Unit#K000629604

Patient Name: [redacted] L
Unit No: K000629604 SS#: 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
Admitting Diagnosis:

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 001032640 | XR/CHEST 2 VIEW *ROUTINE* | |

MODE OF TRANSPORTATION : STR - STRETCHER
O2: N
REASON FOR EXAM: Cold Symptoms
Baby ID#:

REASON FOR EXAM: Cold Symptoms

TWO VIEW CHEST:
DICTATED TIME: 6:19 AM

INTERPRETIVE LOCATION: MAJESTE

Patient not positioned well limiting the study. Heart size appears normal. No obvious infiltrates or effusions.

*IMPRESSION:*

*Grossly unremarkable study.*

** REPORT ELECTRONICALLY SIGNED 10/17/2014 (1531) **
Reported By: D.MAJESTE,M.D.(ELEC.SIGN)WKS
Signed By: MAJESTE,DONALD
10/17/2014 1531

CC:

Transcribed Date/Time: 10/17/2014 (0958)
Transcriptionist: THOMAD.RD
Printed Date/Time: 10/03/2019 (1036)
Tech: JOSE A. TORRES,KATIE N STILES,

WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118
A NOT FOR PROFIT HOSPITAL
SERVING THE ARK-LA-TEX SINCE 1925

Name: [redacted] L
Phys: Easterling, David R M.D.
DOB: 10/01/2013 Age: 4Y 4M Sex: F
Acct No: K30385629 Loc: UNK
Exam Date: 10/16/2014 Status: UNK
Radiology No:

RUN DATE: 10/16/14
RUN TIME: 2027
RUN USER: CROCKL1.AM

Willis Knighton South *ADMISSIONS*
INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT

Name: [redacted] L
Rm/Bd:
Unit#: K000629604

Serv/Locn: ERS
Account#: K30385629

DOB: 10/01/13
Status: ER
EPI#: 000000001116206

Age: 1Y 00M
Sex: F

Last Update/
Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

HENDERSON,AALIYAH L
10/01/13 1Y 00M
Brandhurst, Roy E M 10/16/14
K30385629

Pharmacy Allergy List (Coded Allergies), historical data:
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record



Willis Knighton South and Center for Women□s Health

**Willis Knighton South**
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

L
10/01/13 1Y 00M
Brandhurst, Roy E M
K30385629 10/16/14

**Discharge Instructions for:** L

**Arrival Date:** **10/16/14 19:43**
**Care Complete Time:** **10/17/14 00:46**

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Easterling, David, MD
**Diagnosis:** Upper Respiratory Infection (URI); Fever

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Springer, Margaret Ann** (Pediatrics) When: First of next week; Reason: Recheck today's complaints | Orapred |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

X

**Aaliyah Henderson**
**MRN # K000629604**

**ED Physician or Nurse**

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

## FOLLOW UP INSTRUCTIONS

HENDERSON, AALIYAH L
10/01/13 1Y 00M
Brandhurst, Roy E M 10/16/14
K30385629

Springer, Margaret Ann, MD (Pediatrics)
P.O. BOX 33932
SHREVEPORT 71130
318-675-6082
When: First of next week
Reason: Recheck today's complaints

## PRESCRIPTIONS

Orapred 15 mg/5 mL Oral Solution
Take 4 milliliter by ORAL route once daily for 5 days; 20 milliliter

## TESTS AND PROCEDURES

**Labs**
Blood Culture, Bacteria, CBC With Diff, UA w/mic if indicated, WBC Differential, Manual, MICROSCOPIC URINE, URINE CLINITEST

**Rad**
Chest 2 View *routine*

**Procedures**
Pulse ox interpretation

**Other**
COLLECT URINE, Call X-Ray Tech

   

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 10/16/14
Admission Time: 1943

AM0005

L
10/01/13 1Y F
Brandhurst, Roy E M.D.
K30385629 10/16/14

   

WILLIS-KNIGHTON HEALTH SYSTEM

# ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

*6. Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

*7. Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

*8. Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

*9.* Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

| [signature] | 10/16/14 | [signature] | 10/16/14 | [signature] | 10/16/14 |
|---|---|---|---|---|---|
| Signature of Patient/Guardian | Date/Time | Guarantor | Date/Time | Witness | Date/Time |
| Jennifer Alexander | | | | [signature] 1943pm | |
| Print Name | | Print Name | | Print Name | |

If Patient/Guarantor is unable to sign, I, ______________________, do hereby state that I have been given the authority to sign for ______________________, either expressed or implied and that he or she is fully aware of this authority.

| Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time |
|---|---|---|---|---|

Admission Date: 10/16/14
Admission Time: 1943
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

[redacted]
10/01/13 1Y F
Brandhurst, Roy E M.D.
K30385629 10/16/14



WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted] IYAH L
ACCT NO: K30299689

GUARANTOR: ALEXANDER JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210 3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210 3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:

PHONE:

ARRIVED FROM: C
ATTEN/ER PHYS: Fetty, John J M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: UNKNOWN

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted] L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K30299689
ROOM:
STATUS: REG ER

DATE: 09/23/14
TIME: 0910
SERVICE: EHS

UNIT#: K000629604
FC: MA
BD#:

PATIENT: [redacted] L
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 11M
SEX: F
RACE: BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631 7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
SHREVEPORT,LA 71107
PHONE: (318)210 3821 RELATION: M

COMMENTS: NO CARDS PRESENT
REASON FOR VISIT: RASH
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: ZIMMEC.AM



## *Physician Documentation*

## *Willis Knighton South*

**Name:** Aaliyah [redacted]
**Age:** 0 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 09/23/2014 **Time:** 09:10
**Bed** 8

**MRN:** 1116206
**Account#:** K30299689
**Private MD:** Springer, Margaret, Ann

**HPI:**

09/23 10:29 This 11 months old Black Female presents to ED via Carried with complaints of **Rash**. ssm1

10:29 The patient's rash thought to be caused by an unknown cause. The rash is located on the body diffusely. The rash can be described as "itchy bumpy rash". Onset: The symptoms/episode began/occurred yesterday. Associated signs and symptoms: Pertinent positives: itching, Pertinent negatives: fever, vomiting, wheezing. Severity of symptoms: At their worst the symptoms were moderate in the emergency department the symptoms are unchanged. Treatment given at home: none. The patient has not experienced similar symptoms in the past. Mother states pt was around another child that had a rash on Sunday. ssm1

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

09:44 Family history: A friend's son has/had a rash . Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family the patient is a minor. cm13

10:29 The history from nurses notes was reviewed and confirmed. ssm1

**ROS:**

10:29 **Skin:** Positive for itching, rash. ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, ENT Negative for injury, pain, and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for edema, **Respiratory:** Negative for shortness of breath, and cough. **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling. MS/Extremity Negative for injury and deformity, **Neuro:** Negative for weakness and seizure. **Constitutional:** Negative for body aches, chills, coughing, fatigue, fever, fussiness, acute pain, poor PO intake, shortness of breath, vomiting, weight loss. ssm1

**Exam:**

10:29 ssm1

**Head/Face:** Normocephalic, atraumatic, fontanelle open, soft, and flat.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema.
**Neck:** Trachea midline with no masses and no lymphadenopathy. No nuchal rigidity. No Meningismus. Supple. Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axillae
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. No Hernia.
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion.
**Neuro:** Awake, alert, with age appropriate reflexes and responses to physical exam. Good muscle tone.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well hydrated, non-toxic, afebrile.

*Physician Documentation Con't.*

**ENT:** External ear(s): are unremarkable. Ear canal(s): are normal, clear, TM's: erythema, that is marked, on the right, mild erythema on the left, Nose: nasal drainage, and is seen coming from both nares, crusted exudate Mouth: is normal, Posterior pharynx: is normal. airway is patent, no erythema, no exudate, no swelling.

**Skin:** Appearance: normal except for affected area. Color: pink. Temperature: warm, Moisture: dry, cellulitis, is not appreciated, lesion(s), are not present, rash a mild rash is noted, rash can be described as erythematous, papular, diffusely Turgor: is excellent.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 09:27 | | 177 | 24 | 100.3(R) | 99% on R/A | 7.71 kg / 17 lbs 0 oz | 26 in. (66 cm) | 0/10 | sh1 |
| 09:44 | | | 32 | | | | | | cm13 |
| 10:46 | | 142 | 32 | | | | | | smc |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|-------------|-----------------|----------------|-------------------|-------|-------|
| 09:27 | spontaneous(4) | coos, babbles(5) | spontaneous(6) | | 15 | sh1 |

**MDM:**

10:29                                                                                         ssm1

**Data reviewed:** vital signs, nurses notes, and as a result. I will discharge patient, Give prescription at discharge.

**Data interpreted:** Pulse oximetry: Interpretation: normal. on room air observed by me at the triage is 99 %.

**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that arise at home.

10:39 Patient medically screened.                                                             jjf

21:34 I personally performed the services described in this documentation as scribed in my presence, and it is jjf
both accurate and complete. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete.

**Disposition:**

10:29 This chart was scribed by Matthews, Stephani, Scribe. in the presence of John Felty MD.          ssm1

21:34 Electronically signed by: John Felty MD. Electronically signed by: John Felty MD.              jjf

**Disposition:**

**09/23/14 10:39 Discharged to Home/Self Care. Impression: Otitis Media, Rash.**

- Condition is Stable.
- Discharge Instructions: Ear - Middle, Infection (Otitis Media), Child, Fever, Child (with Dosage Charts), Rash, Generic.
- Prescriptions for
   Zithromax 100 mg/5 ml Oral Suspension for Reconstitution
   - take 3 milligram by ORAL route one time for 1 day then take (5mg/kg/day) 1.5 milliliters by oral route days 2,3,4,5; 9 milliliter.
- Follow up: Margaret Springer; When: First of next week; Reason: Recheck today's complaints, Or sooner if you get worse.
- Problem is new.

**Name:** Aaliyah██████████

MRN: 1116206
Account#: K30299689
Page 2 of 3

## *Physician Documentation Con't.*

- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Felty, John. MD | MD | jjf |
| Hovingh, Sue, RN | RN | sh1 | Matthews, Stephani, Scribe | Scribe | ssm1 |
| McDaniel, Crystal, RN | RN | cm13 | | | |

*Nurse's Notes*

**Name:** Aaliyah[redacted]
**Age:** 0 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 09/23/2014 **Time:** 09:10

*Willis Knighton South*

**MRN:** 1116206
**Account#:** K30299689
**Private MD:** Springer, Margaret, Ann

**Bed** 8

**Presentation:**

09/23 09:27 Method of Arrival: Carried. sh1

09:27 Preferred language for medical communication is English. Presenting complaint: Mother states: she has this bumpy itchy rash all over her body it started yesterday. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. sh1

09:32 Acuity: 4 - Semi-Urgent. sh1

**Triage Assessment:**

09:27 **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age. **Pain:** Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. sh1

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** .None
- **PSHx:** None

**Historical:**

09:44 Family history: A friend's son has/had a rash . Immunization history: Childhood immunizations up to date. Social history: The patient lives at home with family the patient is a minor. cm13

10:29 The history from nurses notes was reviewed and confirmed. ssm1

**Screening:**

09:27 **Abuse screen:** sh1
Denies threats or abuse.
**Patient fall risk assessment;**
risks identified: is an infant, Intervention for positive screen: parent/caregiver holding child, teaching provided regarding fall risk, with verbalized understanding.
**Learning Barriers:**
age barrier identified, caregiver ready and willing to learn.
**Pedi Fall Risk**
None Identified.

**Assessment:**

09:44 **Infant assessment:** Birth complications: emergency C-section. Pregnancy complications: pre-eclampsia. Birth weight: 1 lb 9 oz. Patient is breast fed, bottle fed. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, Behavior is cooperative, appropriate for age, quiet, mobility: carried. **Neuro:** Level of Consciousness is alert, awake. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers. **Respiratory:** Respiratory effort is even, unlabored, Respiratory pattern is regular, symmetrical, Airway is patent. **GI:** Denies diarrhea, vomiting. **Derm:** Rash noted that is red, raised, on face, back, buttocks, chest, abdomen, pelvis, right arm, left arm, right leg and left leg Parent/caregiver reports the patient having Rash since yesterday, "all over her body". **Musculoskeletal:** No deficits noted. cm13

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 09:27 | | 177 | 24 | 100.3(R) | 99% on R/A | 7.71 kg / 17 lbs 0 oz | 26 in. (66 cm) | 0/10 | sh1 |
| 09:44 | | | 32 | | | | | | cm13 |
| 10:46 | | 142 | 32 | | | | | | smc |

**Vitals:**

09:32 Acuity: 4 - Semi-Urgent. sh1

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|

*Nurse's Notes Con't*

| 09:27 | spontaneous(4) | coos. babbles(5) | spontaneous(6) | | 15 | sh1 |
|---|---|---|---|---|---|---|

**ED Course:**

09:10 Patient arrived in ED. ms2
09:10 Patient moved to KIOSK. ms2
09:27 Springer, Margaret Ann, MD is Private Physician. sh1
09:33 Triage completed. sh1
09:41 Patient moved to Waiting. sh1
09:42 McDaniel, Crystal, RN is Primary Nurse. cm13
09:42 Patient moved to 8. cm13
09:48 Patient/caregiver encouraged to voice any concerns. Bed in low position. Call light in reach. Patient has correct armband on for positive identification. Adult with patient. Child being held by parent. Door closed. Noise minimized. cm13
10:16 Felty, John, MD is Attending Physician. jjf
10:39 Springer, Margaret Ann, MD is Referral Physician. jjf
10:46 No procedures done that require assistance. smc

**Administered Medications:**
No medications were administered

**Outcome:**

10:39 Discharge ordered by MD. jjf
10:46 Discharged to home, carried, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, medications, Prescriptions given: 1, No questions or concerns expressed to me at discharge. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. smc
10:47 Electronic medical record closed. smc

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Clinger, Steven, RN | RN | smc | Felty, John, MD | MD | jjf |
| Hovingh, Sue, RN | RN | sh1 | Scriptuser, MEDHOST | | ms2 |
| Matthews, Stephani, Scribe | Scribe | ssm1 | McDaniel, Crystal, RN | RN | cm13 |

RUN DATE: 09/23/14 Willis Knighton South *ADMISSIONS PAGE 1
RUN TIME: 0934 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: ZIMMEC.AM

**Name:** [redacted]YAH L **DOB:** 10/01/13 **Age:** 11M 22D
**Rm/Bd:** **Serv/Locn:** ERS **Status:** ER **Sex:** F
**Unit#:** K000629604 **Account#:** K30299689 **EPI#:** 000000001116206

Last Update/
Acknowledgement:

**Interdisciplinary Assessment (Free Text), historical data:**

**Pharmacy Allergy List (Coded Allergies), historical data:**
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

HENDERSON, [redacted] L
10/01/13 11M 22D
Felty, John J M.D. 09/23/14
K30299689

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record

Willis Knighton South and Center for Women's Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** [redacted] L
**Arrival Date:** 09/23/14 09:10
**Care Complete Time:** 09/23/14 10:39

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Felty, John, MD
**Diagnosis:** Otitis Media; Rash

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Ear - Middle, Infection (Otitis Media), Child<br>Fever, Child (with Dosage Charts)<br>Rash, Generic | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Springer, Margaret Ann** (Pediatrics)<br>When. First of next week; Reason: Recheck today's complaints, Or sooner if you get worse | Zithromax |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

Aaliyah Henderson
MRN # K000629604

ED Physician or Nurse

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today

**Chart Copy**

HENDERSON, AALIYAH L
10/01/13 11M 22D
Felty, John J M.D. 09/23/14
K30299689

## FOLLOW UP INSTRUCTIONS

Springer, Margaret Ann, MD (Pediatrics)
P.O. BOX 33932
SHREVEPORT 71130
318-675-6082
When: First of next week
Reason: Recheck today's complaints, Or sooner if you get worse

## PRESCRIPTIONS

Zithromax 100 mg/5 ml Oral Suspension for Reconstitution
Take 3 milligram by ORAL route one time for 1 day then take (5mg/kg/day) 1.5 milliliters by oral route days 2,3,4,5; 9 milliliter

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
Pulse ox interpretation

**Other**
None



# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located at the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment, WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 09/23/14
Admission Time: 0910

10/01/13 11M F
Felty, John J M D.
K30299689 09/23/14

AM3349_1



## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

***6. Assignment to Physicians:*** I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

***7. Medicare Consent:*** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

***8. Champus/Medicare Notice:*** Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

9. Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

Signature of Patient/Guardian ____ Date/Time ____ Interpreter ____ 9/23/14 1830 Date/Time ____ Witness 9/23/14 1830 Date/Time

Print Name ____ Print Name ____ Print Name

If Patient/Guarantor is unable to sign, ... to the best of my knowledge that I have been given the authority to sign for

... who expressed ... and that he or she is to be aware of this authority

Signature of Authorized Party ____ Authorized Party's Relationship to the Patient ____ Date/Time ____ Witness ____ Date/Time

Admission Date 09/23/14
Admission Time 0910
AM3349 2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

HENDERSON ■ IYAH L
10/01/13 11M F
Felty, John J M.D.
K30299689 09/23/14

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: [redacted]L
ACCT. NO: K29787082

GUARANTOR: 3011 KITTY LANE APT B
ADDRESS: SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 3011 KITTY LANE APT B
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

GUAR EMPLOYER: CHILD
ADDRESS:
PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Felty, John J M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS: Springer, Margaret Ann M.D.

| | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | [redacted]L | MEDICAID |
| SECONDARY INS: | | | | |
| TERTIARY INS: | | | | |
| FOURTH INS: | | | | |

ACCT NO: K29787082
ROOM:
STATUS: REG ER

DATE: 04/21/14
TIME: 1300
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#:

PATIENT [redacted]L
ADDRESS: 3011 KITTY LANE APT B
SHREVEPORT,LA 71107
PHONE: (318)210-3821
COUNTY: CADDO PARISH

BIRTHDATE: 10/01/13
AGE: 06M
SEX: F
RACE BLACK OR AFRICAN A
RELIGION: NO RELIGION
MARITAL STAT: SINGLE

EMPLOYER: JOHNSON'S CARE
ADDRESS: 4038 MARRON PLACE
SHREVEPORT,LA 71109
(318)631-7714

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 3011 KITTY LANE APT B
SHREVEPORT,LA 71107
PHONE: (318)210-3821 RELATION: M

COMMENTS:
REASON FOR VISIT: COLD SYMPTOMS
KNOWN DRUG ALLERGIES: NKDA

ADMIT CLERK: HARTJ.AM

K29787082

***Physician Documentation*** ***Willis Knighton South***

**Name:** Aaliyah[redacted]
**Age:** 0 yrs **Sex:** Female **DOB:** 10/01/2013 **MRN:** 1116206
**Arrival Date:** 04/21/2014 **Time:** 13:00 **Account#:** K29787082
**Bed** 16-A **Private MD:** Springer, Margaret, Ann

**HPI:**

04/21 16:10 This 6 months old Black Female presents to ED via Carried with complaints of Cold Symptoms. klb2

16:10 The patient presents to the emergency department with rhinorrhea, eye drainage . klb2

16:11 Onset: The symptoms/episode began/occurred gradually. Associated signs and symptoms: Pertinent positives: nasal discharge, eye drainage . Pertinent negatives: constipation, cough, diarrhea, fever, seizure, shortness of breath, vomiting, wheezing. Modifying factors: The patient symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. Treatment prior to arrival: acetaminophen. The patient has not experienced similar symptoms in the past. It is unknown whether or not the patient has recently seen a physician. klb2

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** nicu graduate
- **PSHx:** None

**Historical:**

15:54 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. dgg

16:11 The history from nurses notes was reviewed and confirmed. klb2

**ROS:**

16:11 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for edema, **Respiratory:** Negative for shortness of breath, and cough, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and swelling, MS/Extremity Negative for injury and deformity, **Skin:** Negative for injury, rash, and discoloration, **Neuro:** Negative for weakness and seizure. **Constitutional:** Negative for chills, coughing, crying, fever, fussiness, malaise, obvious distress, acute pain, poor PO intake, shortness of breath, vomiting, weight loss. **Eyes:** Positive for discharge, redness, Negative for injury or acute deformity, icterus, photophobia, sunken appearance, swelling, visual disturbance, vision loss. **ENT:** Positive for rhinorrhea, Negative for difficulty swallowing, hoarseness, nose bleed, pulling at ears, sinus congestion. klb2

**Exam:**

16:11 klb2

**Head/Face:** Normocephalic, atraumatic, fontanelle open, soft, and flat.
**Neck:** Trachea midline with no masses and no lymphadenopathy. No nuchal rigidity. No Meningismus.
Lymphatic No abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.
**Cardiovascular:** Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits.
**Respiratory:** Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring.
**Abdomen/GI:** Soft, non-tender with normal bowel sounds. No distension, tympany or bruits. No guarding, rebound or rigidity. No palpable masses or evidence of tenderness with thorough palpation. No hernias noted. No hepatomegaly. No splenomegaly
**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.
**Skin:** Warm and dry with excellent turgor. Capillary refill <2 seconds. No cyanosis, pallor, rash, or edema.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion. Normal muscle tone. No joint abnormailites noted. Nails and digits normal

## *Physician Documentation Con't.*

**Neuro:** Age appropriate reflexes and responses to physical exam. Good muscle tone.
**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed. well nourished, pleasant. non-toxic, afebrile.
**Eyes:** Periorbital structures: appear normal, no abrasion, no cellulitis, no contusion, no ecchymosis, no erythema, Pupils: equal, round, and reactive to light, Extraocular movements: intact throughout. Conjunctiva: injected, in the left eye, Lids and lashes: drainage. from both eyes.
**ENT:** TM's: are normal. no evidence of bulging, no dullness, no erythema, no fluid levels, Nose: External nose: no obvious acute abnormality, nasal drainage, that is moderate, and is seen coming from both nares, that is clear, that is watery, Posterior pharynx: is normal, airway is patent. no erythema, no exudate, no peritonsilar mass.

21:11 jjf

**Head/face:** Fontanelle: is flat and non-distended.
**Neck:** ROM/movement: is normal, no meningismus.
**Respiratory:** Respirations: normal, Breath sounds: are normal.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 13:21 | | 127 | 24 | 99.0 | 100% on R/A | 5.53 kg / 12 lbs 3 oz | 0/10 | dr4 |
| 16:25 | | | | | | | | dgg |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 13:21 | spontaneous(4) | coos, babbles(5) | spontaneous(6) | | 15 | dr4 |

**MDM:**

16:11 klb2

**Data reviewed:** vital signs. nurses notes, and as a result. I will Give prescription at discharge.
**Data interpreted:** Pulse oximetry: observed by me at the triage is 100 %.

16:22 Patient medically screened. jjf

21:11 I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete. I personally performed the services described in this documentation as scribed in my presence, and it is both accurate and complete. jjf

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 04/21/14 15:57 | dgg | rb |
| | Returned | 04/24/14 12:51 | Dispatcher MedHost | |
| **Notes:** Bed Name: 16-A | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Felty, John 04/21/14 16:22 | | | |
| **Interpretation:** No infiltrates, pneumothorax or wide mediastinum. | | | | |
| **ER EXAM ROOM/BED: (OERDERRMBD):** 16-A | | | | |
| **MODE OF TRANSPORTATION : (OERDTRANS):** STRETCHER | | | | |
| **O2: (OEADO2):** No | | | | |
| **REASON FOR EXAM: (OERDEXAM):** Cold Symptoms | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 04/21/14 15:57 | dgg | rb |
| | Completed | 04/21/14 16:02 | Jacqueline Jennings | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Felty, John 04/21/14 16:22 | | | |

*Physician Documentation Con't.*

**Order Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Brandhurst, Roy, MD | MD | rb | Gardner, Glyn. RN | RN | dgg |

**Disposition:**

16:11 This chart was scribed by Barlow, Kerri, Scribe. in the presence of John Felty MD. klb2

21:11 Electronically signed by: John Felty MD. Electronically signed by: John Felty MD. jjf

**Disposition:**

**04/21/14 16:22 Discharged to Home/Self Care. Impression: Upper Respiratory Infection (URI), Bacterial Conjunctivitis.**

- Condition is Stable.
- Discharge Instructions: Eye - Pink Eye (Bacterial Conjunctivitis), Upper Respiratory Infection (URI), Child.
- Prescriptions for
  Gentamicin 0.3 % (3 mg/g) Ophthalmic Ointment
  - apply 1/2 inch ribbon by OPHTHALMIC route 2-3 times daily for 7 days; 3.5 gram.
- Follow up: Margaret Springer; When: 3 days; Reason: Recheck today's complaints.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Felty, John, MD | MD | jjf | Jennings, Jacqueline | | jc3 |
| Gardner, Glyn, RN | RN | dgg | Barlow, Kerri, Scribe | Scribe | klb2 |

*Nurse's Notes*
**Name:** Aaliyah [redacted]
**Age:** 0 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 04/21/2014 **Time:** 13:00

*Willis Knighton South*
**MRN:** 1116206
**Account#:** K29787082
**Private MD:** Springer, Margaret, Ann

**Bed** 16-A
**Presentation:**

04/21 13:21 Preferred language for medical communication is English. Presenting complaint: Mother states: I think she has a cold. She has cold to her eyes and a runny nose. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. dr4

13:23 Acuity: 4 - Semi-Urgent. dr4

13:25 Method of Arrival: Carried. dr4

**Triage Assessment:**

13:21 **General:** Appears in no apparent distress, well developed, well nourished, well groomed, Behavior is appropriate for age. **Pain:** Denies pain. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. dr4

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. No Home Medications
- **PMHx:** nicu graduate
- **PSHx:** None

**Historical:**

15:54 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date. dgg

16:11 The history from nurses notes was reviewed and confirmed. klb2

**Screening:**

13:21 **Abuse screen:** dr4
Denies threats or abuse.
**Patient fall risk assessment;**
risks identified; is an infant.
**Learning Barriers:**
No barriers to teaching and learning identified.
**Pedi Fall Risk**
None Identified.

**Assessment:**

15:55 **Infant assessment:** Fontanels are flat, soft. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. Faces, Legs, Activity, Cry, Consolability scale score is 0 out of 10. **General:** Appears in no apparent distress, well developed, well nourished, well groomed. Behavior is cooperative, appropriate for age, pleasant. **Neuro:** Level of Consciousness is alert, awake. **EENT:** Eyes are tearing on right eye and left eye Sclera/Cornea are reddened in right eye and left eye Parent/caregiver reports the patient having nasal discharge that is yellow. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers. **Respiratory:** Respiratory effort is even, unlabored. Respiratory pattern is regular, symmetrical, Breath sounds are coarse in left lower lobe. **Derm:** Skin is healthy with good turgor, Skin is dry, Skin is normal, Skin temperature is warm. dgg

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| 13:21 | | 127 | 24 | 99.0 | 100% on R/A | 5.53 kg / 12 lbs 3 oz | 0/10 | dr4 |
| 16:25 | | | [illegible] | | | | | dgg |

**Vitals:**

13:21 Acuity: 4 - Semi-Urgent. dr4

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|---|---|---|---|---|---|---|
| 13:21 | spontaneous(4) | coos, babbles(5) | spontaneous(6) | | 15 | dr4 |

**ED Course:**

13:00 Patient arrived in ED. ms2

## *Nurse's Notes Con't*

| | |
|---|---|
| 13:00 Patient moved to KIOSK. | ms2 |
| 13:21 Patient placed in waiting room Patient notified of wait time. | dr4 |
| 13:25 Springer, Margaret Ann, MD is Private Physician. | dr4 |
| 13:25 Triage completed. | dr4 |
| 13:25 Patient moved to Waiting. | dr4 |
| 15:44 Gardner, Glyn, RN is Primary Nurse. | dgg |
| 15:44 Patient moved to 16-A. | dgg |
| 15:56 Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Instructed to call for assist when getting up, verbalized understanding. Patient has correct armband on for positive identification. Adult with patient. | dgg |
| 16:04 Felty, John, MD is Attending Physician. | jjf |
| 16:08 Patient moved to Radiology. | hm2 |
| 16:08 Chest 2 View *routine* Sent. | hm2 |
| 16:12 Patient moved to 16-A. | hm2 |
| 16:21 Springer, Margaret Ann, MD is Referral Physician. | jjf |
| 16:25 No procedures done that require assistance. | dgg |

**Administered Medications:**
No medications were administered

**Outcome:**

| | |
|---|---|
| 16:22 Discharge ordered by MD. | jjf |
| 16:43 Discharged to home, carried. Discharge instructions given to patient, Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, Prescriptions given; 1, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Patient recieved no medications during this visit. **Oxygen use:** Oxygen use not applicable. | dgg |
| 16:44 Electronic medical record closed. | dgg |

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Felty, John, MD | MD | jjf | Gardner, Glyn, RN | RN | dgg |
| Scriptuser, MEDHOST | | ms2 | Roe, David, RN | RN | dr4 |
| Barlow, Kerri, Scribe | Scribe | klb2 | McCain, Haley, RT | RT | hm2 |

Patient Name: [redacted] L
Unit No: K000629604 SS#: 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
Admitting Diagnosis:

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 001004432 | XR/CHEST 2 VIEW *ROUTINE* | |

MODE OF TRANSPORTATION : STR - STRETCHER
O2: N
REASON FOR EXAM: Cold Symptoms
Baby ID#: EMER

REASON FOR EXAM: Cold Symptoms

FRONTAL AND LATERAL VIEWS OF THE CHEST:

REASON FOR EXAM: COLD SYMPTOMS.

DICTATED TIME: 4:26 PM

INTERPRETIVE LOCATION: WKB

The cardiothymic silhouette is normal. There is no focal consolidation or perihilar opacity. No pneumothorax or pleural effusion is seen. Trachea is in appropriate position. The osseous structures appear satisfactory.

*IMPRESSION:*
*No acute intrathoracic abnormality.*

** REPORT ELECTRONICALLY SIGNED 04/24/2014 (1249) **
Reported By: KOREY BURGIN,MD(ELEC.SIGN)WKS
Signed By: BURGIN,KOREY P
04/24/2014 1249

CC: Springer, Margaret Ann M.D.

Transcribed Date/Time: 04/21/2014 (2035)
Transcriptionist: GRIMEC.RD
Printed Date/Time: 10/03/2019 (1039)
Tech: JAIME SEPULVADO RIVERS,

WILLIS-KNIGHTON SOUTH
2510 BERT KOUNS INDUSTRIAL LOOP
SHREVEPORT, LOUISIANA 71118
A NOT FOR PROFIT HOSPITAL
SERVING THE ARK-LA-TEX SINCE 1925

Name: [redacted] L
Phys: Brandhurst, Roy E M.D.
DOB: 10/01/2013 Age: 4Y 4M Sex: F
Acct No: K29787082 Loc: UNK
Exam Date: 04/21/2014 Status: UNK
Radiology No:

RUN DATE: 04/21/14 ...llis Knighton ...th *ADMISSIONS PAGE 1
RUN TIME: 1331 INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: HARTJ.AM

Name: [redacted] L DOB: 10/01/13 Age: 06M 20D
Rm/Bd: Serv/Locn: ERS Status: ER Sex: F
Unit#: K000629604 Account#: K29787082 EPI#: 000000001116206

Last Update/
Acknowledgement:

Interdisciplinary Assessment (Free Text), historical data:

Pharmacy Allergy List (Coded Allergies), historical data:
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

Interdisciplinary Allergy Source Document is a Permanent Part of the Patient's Medical Record

[redacted] L
10/01/13 06M 20D
Felty, John J M.D.
K29787082 04/21/14

Willis Knighton South and Center for Women Is Health

# Willis Knighton South

2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500

**Discharge Instructions for:** [redacted] L
**Arrival Date:** 04/21/14 13:00
**Care Complete Time:** 04/21/14 16:22

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Felty, John, MD
**Diagnosis:** Upper Respiratory Infection (URI); Bacterial Conjunctivitis

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Eye - Pink Eye (Bacterial Conjunctivitis)<br>Upper Respiratory Infection (URI), Child | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Springer, Margaret Ann** (Pediatrics)<br>When: 3 days; Reason: Recheck today's complaints | Gentamicin |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

[signature]
**Aaliyah Henderson**
**MRN # K000629604**

[signature] Glyn Condro RN
**ED Physician or Nurse**

X-RAYS and LAB TESTS:
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

MEDICATIONS:
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

HENDERSON, AALIYAH L
10/01/13 06M 20D
Felty, John J M.D. 04/21/14
K29787082



## FOLLOW UP INSTRUCTIONS

Springer, Margaret Ann, MD (Pediatrics)
   P.O. BOX 33932
   SHREVEPORT 71130
   318-675-6082
   When: 3 days
   Reason: Recheck today's complaints

## PRESCRIPTIONS

Gentamicin 0.3 % (3 mg/g) Ophthalmic Ointment
Apply 1/2 inch ribbon by OPHTHALMIC route 2-3 times daily for 7 days; 3.5 gram

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
Chest 2 View *routine*

**Procedures**
None

**Other**
Call X-Ray Tech



10/01/13   06M 20D
Felty, John J M.D.
K29787082                04/21/14

    

# ASSIGNMENT OF BENEFITS

*1. Hospital Care Consent:* I/we consent to hospital services, treatment and diagnostic procedures by the hospital as may be deemed necessary or advisable by my physician and/or consultants selected by my physician. The consent to hospital care includes permission for x-ray examinations, laboratory procedures, I.V. treatments, hepatitis test administration of blood and blood products, injections, medications, recording, filming or video monitoring for internal purposes only, and hospital services rendered the patient under the general and special instruction of doctors. The patient acknowledges responsibility for any or all of these procedures. It is the hospital policy that the patient has the opportunity to discuss surgery and procedures with the patient's doctor before hand. The patient has the right to consent to surgery and procedures. Except in emergencies or unusual circumstances, the hospital does not allow its facilities to be used without this discussion and patient's consent. I voluntarily give my consent to hospital care and accept the condition of hospitalization listed.

*2. Authorizations for Release of Information:* The employees and agents of this hospital and copy services and electronic claims processing services under contract with this hospital and any third party billing agents for this hospital or any of its staff physicians involved with patient care are given permission to release any and all information relating to the patient, including but not limited to the medical record of the patient's hospitalization, to another healthcare provider if the patient was transferred to that facility from this hospital and to any and all insurance companies or other third-party paying or obligated to pay, in whole or in part, the charges incurred by the patient in this hospital; and they are also given permission to release the above described information to any agent or firm working for or with the above described insurance companies or other third-party payors for the purpose of performing pre-certification, concurrent and/or retrospective review and/or other utilization review of any kind.

*3. Valuables:* I understand and acknowledge that the hospital assumes no responsibility for personal possessions including cash, jewelry, bridgework, eyeglasses or any other personal possession which I choose to keep in my room. I have been advised that such valuables should be placed in the care of my family or deposited in the hospital vault located in the Business Office.

*4. Safety Code for Hospital:* Safety Codes for hospitals issued by the National Fire Protection Association prevent the use in the hospital of any electrical equipment or accessories until they have been safety checked by the hospital's electrical engineer. Exceptions to this rule are hair and blow dryers, curling irons, hot rollers, radios, clocks, electric razors, shavers, contact lens sterilizers, electric toothbrushes and calculators.

*5. Payment Guaranty and Assignment of Insurance Benefits:* I, the undersigned patient, guardian, and/or guarantor (hereinafter "Debtor") hereby promise to pay in full Willis-Knighton Health System (WKHS) customary charges for the goods and services rendered to the patient identified on the reverse side hereof during this period of hospitalization (hereinafter "Indebtedness"). Debtor acknowledges and agrees that, unless waived in full by WKHS as set forth below, the Indebtedness accruing during this hospitalization is due and payable in such amounts and at such times during this hospitalization as WKHS may, in its sole discretion, determine, that the entire Indebtedness is due and payable in full at discharge. I acknowledge that, upon proof of acceptable insurance coverage, WKHS, in its sole discretion, may reduce the amount of indebtedness due and payable during this hospitalizations and the balance due at discharge. In such event, I understand that all deductibles, co-insurance, non-covered charges and other items not paid by insurance or other third-party payors shall be due and payable during this period of hospitalization and upon discharge as set forth hereinabove. I acknowledge and agree that in the event that WKHS, in its sole discretion, accepts proof of insurance coverage, claims for payment for benefits will be filed on behalf of the Debtor and/or the insured and that these benefits will be considered by WKHS in determining the amounts due as set forth hereinabove. I understand and agree that WKHS will accept payments from third-party payors and insurers on behalf of the Debtor and apply such payment to the indebtedness to the extent that they are received. I acknowledge and agree that the filing of such insurance and other third-party claims is performed as a service by WKHS and in no way relieves me of the obligation to pay the Indebtedness as agreed herein above.

Patient hereby appoints WKMC as Patient's authorized representative to file any necessary claim appeal(s) on Patient's behalf. In consideration for this appointment. WKMC agrees only to collect only applicable copayments, deductibles, and coinsurance for covered benefits from the Patient and waives any right to collect any other payments related to those covered benefits from the Patient.

Debtor hereby absolutely assigns to WKHS all insurance benefits on all policies of insurance under which Debtor is an insured, whether hospital, medical, liability or other insurance, and also hereby absolutely assigns to WKHS the proceeds of any judgment or settlement of any claim against any third party and any and all other amounts which may be determined in any manner to be payable to Debtor in connection with any injury suffered by the patient which gives rise to the Indebtedness incurred during this period of treatment. I hereby authorize WKHS to obtain any and all information related to such injuries, including, but not limited to, accident reports and agree to cooperate with WKHS in connection with the procurement of any information or documents WKHS deems in its sole discretion, necessary or appropriate in connection with the assignment made pursuant to this paragraph. I hereby authorize and direct that all such payments and proceeds shall be made directly to WKHS under the terms of this assignment. Any receipts from WKHS shall be applied towards Indebtedness but such application shall not relieve the Debtor from the Debtor's obligation to pay any remaining portion to the Indebtedness. Debtor acknowledges and agrees that, to the extent that the Indebtedness has not been satisfied by such receipts, that portion of the Indebtedness for which payment has been deferred pursuant to the preceding paragraph shall be due and payable in full on the thirtieth day following the date of service. In the event that WKHS receives proceeds and/or payments in excess of the Indebtedness, WKHS may apply such excess payment to any outstanding Indebtedness of Debtor to WKHS arising out of any other period(s) of treatment as well as any attorneys' fees and expenses for which Debtor may be liable hereunder. In the event that all Indebtedness has been paid

Admission Date: 04/21/14
Admission Time: 1300

AM0005

L

10/01/13 06M F
Felty, John J M.D.
K29787082 04/21/14

    

WILLIS-KNIGHTON HEALTH SYSTEM

## ASSIGNMENT OF BENEFITS

in full, then WKHS will refund the Debtor any such excess payment. Notwithstanding anything herein to the contrary, the assignments made hereby shall remain in full force and effect until the entire Indebtedness and any and all attorneys' fees and expenses for which Debtor may be liable have been paid in full. In the event that the Indebtedness is not paid when and as due as determined by WKHS hereunder, and the Indebtedness is placed in the hands of an attorney for purposes of collection, Debtor agrees to pay reasonable attorneys' fees, which are hereby acknowledged to be one-third (1/3) of the amount of the Indebtedness at the time the matter is placed in the hands of an attorney, plus any and all court costs and other expenses incurred in connection with the collection of the Indebtedness.

Financial assistance is available to all patients who meet the requirements of our charity care policy. Patients are encouraged to contact the Business Office if they have any concerns or need assistance in paying their bills. Our charity care policy is limited to hospital charges and does not include physician, anesthesiologist or professional charges that are not billed by the hospital. In addition, financial assistance is not offered for cosmetic, elective, experimental or other treatments and all hospital services must be ordered by your physician.

6. *Assignment to Physicians:* I understand that my physician as well as other physicians who treat me or otherwise involved in my care while a patient at the hospital are not employees or agents of the hospital and the hospital is not responsible for their actions. I further understand that my physician or other physicians will send me a separate bill for their services, in addition to the hospital bill. I hereby assign to all physicians who treat me the benefits due to me for these services covering medical and/or surgical expenses. I agree that should be the amount be insufficient to cover the entire medical/surgical expense, I will be responsible to said physicians for payment of the entire bill.

7. *Medicare Consent:* I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act (SSA) is correct. I authorize Willis-Knighton Health System (WKHS) to provide (SSA) or its intermediaries with access to my medical/hospital record for the purpose of processing the Medicare claim for this or a related Medicare claim. I further request that WKHS provide such copies thereof as may be requested. Copies may be made by WKHS or its agents or contractors providing copy service and electronic claims processing services and said third party billing agents for hospital and staff physicians involved with patient care.

8. *Champus/Medicare Notice:* Champus/Medicare will not pay for private rooms unless medical justified, personal convenience items, diagnostic admissions or test or hospital stays not medically necessary. My signature below acknowledges my receipt of this information regarding Champus/Medicare from the hospital on the date indicated.

9. Willis-Knighton Health System (and our Medical Staff) will use and disclose your personal health information to treat you, to receive payment for the care we provide and for other health care operations. Healthcare operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we will always post the current notice at our facilities, on our website and have copies available for distribution. I acknowledge that I have received a copy of the Notice of Privacy Practices.

This form has been fully explained to me. My signature reflects my understanding of the information contained herein. I further understand and acknowledge that all references to myself as the patient shall be deemed to apply as if rewritten in their entirety to a dependent for whom I am responsible for and/or who is unable to consent on their behalf for reasons indicated below.

**I acknowledge that I have been informed of my rights and obligations as a patient.**

X [signature] Signature of Patient/Guardian | 4-21-14 Date/Time | [signature] Guarantor | Date/Time | [signature] Witness | 4/21/14 @ 1332 Date/Time

X Jennifer Alexander Print Name | Print Name | [signature] Print Name

If Patient/Guarantor is unable to sign, I, ______________________, do hereby state that I have been given the authority to sign for ______________________, either expressed or implied and that he or she is fully aware of this authority.

Signature of Authorized Party | Authorized Party's Relationship to the Patient | Date/Time | Witness | Date/Time

Admission Date: 04/21/14
Admission Time: 1300
AM3349_2
Revised 10/01/2013
Committee Approved 12/13/2013
Page 2 of 2

AM0005

L
10/01/13 06M F
Felty, John J M.D.
K29787082 04/21/14