*Physician Documentation*  *Willis Knighton Bossier Health Center*

**Name:** A▮▮▮ H▮▮▮
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 02/10/2018 **Time:** 07:24
**Bed** .HB1

**MRN:** 1116206
**Account#:** B30036697651
**Private MD:**

### HPI:

02/10 08:29 This 4 yrs old Black/African Am Female presents to ED via EMS Ground with complaints of **CPR**. — jjh

08:29 Preceding the arrest, the patient was dyspneic. The arrest occurred at work. Pre-hospital course: The arrest was witnessed by family. Bystanders at the scene did not perform CPR. EMS care prior to arrival: initiation of ACLS, peripheral IV, oxygen, 5 minutes elapsed prior to ACLS. ACLS has been in progress for 20 minutes. ACLS details: Initial rhythm was PEA. The presenting rhythm is PEA. Medications given by EMS prior to arrival - Epinephrine IV x 3 doses, Response to therapy: return of pulse, however lost on arrival to ED. The patient has not experienced similar symptoms in the past. — jjh

### Historical:
- **Allergies:** Codeine Sulfate; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Nebulizer
  2. dulera
  3. Singulair 5 mg PO chew 1 tabs once daily
- **PMHx:** Asthma

### Historical:

07:37 Family history: Unable to obtain family history due to patient is on ventilator. Immunization history: Childhood immunizations behind by unknown time. — rmp

08:29 The history from nurses notes was reviewed and confirmed. — jjh

### ROS:

08:29 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as mentioned below. **Respiratory:** Positive for cough, dyspnea on exertion, hemoptysis, orthopnea, shortness of breath. **Respiratory:** Positive for information from Mom and Grandmother. ROS as in the HPI, and all other systems were reviewed negative, or noncontributory. — jjh

08:41 **Cardiovascular:** Positive for unknown. — jjh

### Exam:

08:29 — jjh
  **Constitutional:** The patient appears CPR in progress.
  **Head/face:** Exam is negative for battle signs, raccoon eyes, otorrhea, rhinorrhea, obvious evidence of injury or deformity.
  **Eyes:** Periorbital structures: appear normal, Pupils: are fixed and dilated.
  **Neck:** External neck: is nomal, JVD: is not appreciated, Thyroid: appears normal, Trachea: is midline with no obvious abnormalities.
  **Cardiovascular:** Rhythm is PEA Pulses: none, Heart sounds: Edema: is not appreciated.
  **Respiratory:** BVM, Respirations: none, Breath sounds: decreased breath sounds, that are severe.

### Vital Signs:

| Time  | B/P    | Pulse | Resp        | Temp | Pulse Ox         | Weight           | Pain | Staff |
|-------|--------|-------|-------------|------|------------------|------------------|------|-------|
| 07:32 | 86 / 50 | 147  | 14 Assisted |      |                  | 15 kg / 33 lbs 1 oz |      | rmp   |
| 07:33 |        |       |             |      | 98% on 100% BVM  |                  |      | rmp   |
| 07:35 | 86 / 44 | 141  | 14 Assisted |      | 98% on 100% BVM  |                  |      | rmp   |

Print Time: 2/11/2018 12:04:24    *** CHART COMPLETE ***    Page 1 of 6

**EXHIBIT 4**

## *Physician Documentation Con't.*

| Time | BP | HR | RR | | SpO2 | | | Staff |
|------|------|-----|-----------------|--|--------------------------|--|--|------|
| 07:41 | 90 / 46 | 141 | 14 Assisted | | 100% on 100% BVM | | | rmp |
| 07:46 | 85 / 51 | 135 | 14 Assisted | | 100% on 100% BVM | | | rmp |
| 07:55 | | | | | 83% on 15 lpm ETT ambu | | | rmp |
| 08:04 | 115 / 72 | 155 | 14 Assisted | | 100% on 15 lpm ETT ambu | | | rmp |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 07:27 | none(1) | none(1) | none(1) | | 3 | rmp |
| 08:29 | none(1) | none(1) | none(1) | | 3 | jjh |

**Procedures:**
08:29 Endotracheal intubation: Pre procedure oxygenation with 100% O2 with Ambu Bag assisted ventilation.   jjh
  Intubated orally using the GlideScope video laryngoscope, with 5.0 mm ETT. Successful on second attempt. Ventilated post procedure with Ambu bag and ET tube with 100% O2. Placement verified by chest X-ray, CO2 detector w/ + color change, auscultating bilateral breath sounds, O2 saturation after procedure was 100 %. Patient tolerated well. CPR: Initial patient assessment: CPR in progress The presenting cardiac rhythm is PEA. respirations assisted with BVM, Compressions: began prior to arrival. Meds given: See Meds list. regained rhythm. Limited bedside ultrasound performed by me; Cardiac exam: there are findings consistent with wall motion.

**MDM:**
08:29   jjh
  **Differential diagnosis:** arrythmia, cardiac arrest, respiratory arrest.
  **Data reviewed:** vital signs, nurses notes, lab test result(s), radiologic studies, plain films, and as a result, I will administer steroids, administer nebulizer.
  **Data interpreted:** Pulse oximetry:.
  **Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need to transfer to another facility, emergently.
  **Medication response:** The patient's symptoms have improved.
  **Response to treatment:** the patient's symptoms have markedly improved after treatment.
  **Physician consultation:** Dr. Minh Tran MD was called at 07:45, was contacted at 07:50, regarding transfer, accepts patient in transfer consult, patient's condition, and will see patient in unit.
08:43 Patient medically screened.   jjh
09:31   jjh
  **Special discussion:** Nursing staff noted small amount of blood before placing foley. Blood apparently noted in vaginal area.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| EPINEPHrine 1.7 mL Intraosseous in right tibial tuberosity once | Ordered | 02/10/18 07:26 | rmp | jjh |
| | Administered | 02/10/18 07:26 | rmp | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Horan, John, MD 02/10/18 08:43 | | | |

## *Physician Documentation Con't.*

| Drug alert over ride reasons: MD discretion | | | | |
|---|---|---|---|---|
| 02/10/18 07:26 | Administered: EPINEPHrine 1.7 mL Intraosseous in right tibial tuberosity | | | rmp |
| 02/10/18 08:23 | Follow Up: Response: Cardiac Rhythm changed | | | rmp |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DOPamine 3 mcg/kg/min IVPB titrate 1 mcg/kg/min q 10 min; goal SBP >90, Max dose 20 mcg/kg/min | Ordered | 02/10/18 07:32 | rmp | jjh |
| | Canceled | 02/10/18 07:35 | Richard, Pool | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: | | | |
| Reason for Cancellation: Duplicate Order | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| DOPamine 2 mcg/kg/min IVPB titrate 1 mcg/kg/min q 10 min; goal SBP >90, Max dose 20 mcg/kg/min<br>Computed Dose: 30 mcg/min | Ordered | 02/10/18 07:35 | rmp | jjh |
| | Administered | 02/10/18 07:36 | rmp | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |

| 02/10/18 07:36 | Administered: DOPamine 2 mcg/kg/min IVPB in right antecubital | | | rmp |
|---|---|---|---|---|
| 02/10/18 08:23 | Follow Up: Response: Blood pressure is improved; IV Status: Infusion discontinued | | | rmp |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| RT Hand Nebulizer Rx Order | Ordered | 02/10/18 07:40 | rmp | jjh |
| | Completed | 02/10/18 07:40 | Dispatcher MedHost | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| FREQUENCY: (OERTFREQ): X3 | | | | |
| Priority OTH: Stat | | | | |
| DOSAGE/MEDICATION: (OERTDOSMED): Albuterol 1 unit dose | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| CBC With Diff | Ordered | 02/10/18 07:41 | rmp | jjh |
| | Reviewed | 02/10/18 08:28 | John Horan | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| Collected by Nurse? (No - Change to Yes for Nurse Collect): No | | | | |
| Ordering Location: ERBPC100.1 | | | | |
| Priority LAB: Stat | | | | |
| Quantity 1: 1 | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chem 8 | Ordered | 02/10/18 07:41 | rmp | jjh |
| | Reviewed | 02/10/18 08:28 | John Horan | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| Collected by Nurse? (No - Change to Yes for Nurse Collect): No | | | | |
| Ordering Location: ERBPC100.1 | | | | |
| Priority LAB: Stat | | | | |

## Physician Documentation Con't.

| Quantity 1: 1 | | | | |
|---|---|---|---|---|
| Order | Status | Time | By | For |
| ABG | Ordered | 02/10/18 07:41 | rmp | jjh |
| | Reviewed | 02/10/18 08:28 | John Horan | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| Collected by Nurse? (No - Change to Yes for Nurse Collect): No | | | | |
| Ordering Location: ERBPC100.1 | | | | |
| Priority LAB: Stat | | | | |
| Quantity 1: 1 | | | | |
| Order | Status | Time | By | For |
| Chest Xray Portable 1 View | Ordered | 02/10/18 07:41 | rmp | jjh |
| | Reviewed | 02/10/18 09:58 | John Horan | |
| Notes: Bed Name: 3 | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| Is the patient able to bear weight? (OERDBEARWT): | | | | |
| Is the patient at risk for falls? (OERDFALLS): | | | | |
| MODE OF TRANSPORTATION : (OERDTRANS): Stretcher | | | | |
| O2: (OEADO2): No | | | | |
| Priority RAD: Stat | | | | |
| REASON FOR EXAM: (OERDEXAM): CPR | | | | |
| SPECIFIC TIME TO BE DONE: (OERDSPECTI): STAT | | | | |
| WEIGHT? : (OERDWEIGHT): 15 | | | | |
| ER EXAM ROOM/BED: (OERDERRMBD): 3 | | | | |
| Order | Status | Time | By | For |
| Foley to Gravity | Ordered | 02/10/18 07:41 | rmp | jjh |
| | Completed | 02/10/18 08:03 | Richard Pool | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| Order | Status | Time | By | For |
| NG Tube | Ordered | 02/10/18 07:41 | rmp | jjh |
| | Completed | 02/10/18 08:03 | Richard Pool | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| Order | Status | Time | By | For |
| Solu-MEDROL 30 mg IVP once | Ordered | 02/10/18 07:43 | rmp | jjh |
| | Administered | 02/10/18 07:46 | rmp | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Horan, John, MD 02/10/18 08:43 | | | |
| 02/10/18 07:46   Administered: Solu-MEDROL 30 mg IVP in right antecubital | | | | rmp |
| 02/10/18 08:22   Follow Up: Response: Respiratory status improved | | | | rmp |
| Order | Status | Time | By | For |

## *Physician Documentation Con't.*

| Terbutaline 10 mcg/kg Sub-Q in right lower abdomen once; not to exceed 0.4 milligram | Ordered | 02/10/18 08:02 | rmp | jjh |
|---|---|---|---|---|
| | Administered | 02/10/18 08:02 | rmp | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Horan, John, MD 02/10/18 08:43 | | | |
| 02/10/18 08:02   Administered: Terbutaline 10 mcg/kg Sub-Q in right lower abdomen | | | | rmp |
| 02/10/18 08:22   Follow Up: Response: Respiratory status improved | | | | rmp |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| RT Hand Nebulizer Rx Order | Ordered | 02/10/18 08:02 | rmp | jjh |
| | Completed | 02/10/18 08:02 | Dispatcher MedHost | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Horan, John, MD 02/10/18 08:43 | | | |
| **FREQUENCY: (OERTFREQ):** X3 | | | | |
| **Priority OTH:** Stat | | | | |
| **DOSAGE/MEDICATION: (OERTDOSMED):** Racemic EPI | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| NS 0.9% 20 mL/kg IV at Bolus once<br>Computed Dose: 300 mL | Ordered | 02/10/18 08:02 | rmp | jjh |
| | Administered | 02/10/18 08:02 | rmp | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** Horan, John, MD 02/10/18 08:43 | | | |
| 02/10/18 08:02   Administered: NS 0.9% 20 mL/kg IV at Bolus in right antecubital | | | | rmp |
| 02/10/18 08:22   Follow Up: IV Status: Infusion continued upon Admission | | | | rmp |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Sodium Bicarbonate 16.7 mL Intraosseous in right tibial tuberosity once | Ordered | 02/10/18 14:57 | rmp | jjh |
| | Administered | 02/10/18 07:28 | rmp | |
| **Notes:** | **Order Method:** Verbal - Read back | | | |
| | **Sign off:** | | | |
| 02/10/18 07:28   Administered: Sodium Bicarbonate 16.7 mL Intraosseous in right tibial tuberosity | | | | rmp |

**Order Signatures:**
Horan, John, MD           MD   jjh        Pool, Richard, RN              RN   rmp

**ECG:**
09:42 Rate is 143 beats/min. Rhythm is regular, Sinus tachycardia with No ectopy. QRS Axis is Normal. PR   jjh
interval is normal. QRS interval is normal. QT interval is normal. No Q waves. T waves are Normal. No ST
changes noted. Clinical impression: Abnormal EKG without significant change and Sinus tachycardia.
Interpreted by me.

**Disposition:**
08:41 Electronically signed by: John J. Horan MD.                                                                                    jjh

**Disposition:**
**02/10/18 08:43 Transfer ordered to WK-South. Diagnosis are Respiratory arrest, Cardiac arrest.**
- Reason for transfer: Emergency transfer.
- Accepting physician is Tran.

Name: A▬▬ H▬▬

MRN: 1116206
Account#: B30036697651

## *Physician Documentation Con't.*

- Condition is Stable.
- Problem is new.
- Symptoms have improved.

### Critical Care Time Excluding Procedures:

08:41 Critical care time: Consultation: 10 minutes, Family Intervention: 10 minutes, Patient Care: 60 minutes, Documentation: 10 minutes. Total time: 90 minutes     jjh

### Signatures:
Dispatcher MedHost          EDMS    Horan, John, MD                MD    jjh
Pool, Richard, RN       RN  rmp

### Corrections:
07:35 ~~07:32 DOPamine 3 mcg/kg/min IVPB titrate 1 mcg/kg/min q 10 min; goal SBP > 90, Max dose 20 mcg/kg/min ordered.~~     ~~rmp~~    rmp

## Nurse's Notes

**Willis Knighton Bossier Health Center**

Name: A███ H███
MRN: 1116206
Age: 4 yrs  Sex: Female  DOB: 10/01/2013
Account#: B30036697651
Arrival Date: 02/10/2018  Time: 07:24
Private MD:
Bed .HB1

### Presentation:

| | | |
|---|---|---|
| 02/10 07:24 | Method of Arrival: EMS Ground. | rmp |
| 07:24 | Person Transporting: Shreveport FD EMS. CPR Care Prior to arrival: chest compressions provided manually by EMS crew members bag-valve-mask ventilation, Medications: Epinephrine Sodium bicarbonate epi x 3, 1 bicarb. The event was unwitnessed, unknown symptoms. The patient's initial cardiac rhythm was PEA. | rmp |
| 07:27 | Preferred language for medical communication is English. Presenting complaint: EMS states: Pt found down this mon ring, went to WKS last night for breathing difficulty and d/c's home. Transition of care: patient was not received from another setting of care. Mechanism of Injury: denies injury. | rmp |
| 07:28 | Acuity: 1 - Resuscitation. | rmp |
| 08:26 | The event was a witnessed respiratory arrest at or about 06:51. | rmp |

### Triage Assessment:

07:27 **General:** Appears Unresponsive Behavior is Unresponsive. **Pain:** Denies pain. rmp

### Historical:
- **Allergies:** Codeine Sulfate; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Nebulizer
  2. dulera
  3. Singulair 5 mg PO chew 1 tabs once daily
- **PMHx:** Asthma

### Historical:
07:37 Family history: Unable to obtain family history due to patient is on ventilator. Immunization history: Childhood immunizations behind by unknown time.  rmp

08:29 The history from nurses notes was reviewed and confirmed.  jjh

### Screening:
07:27 **Abuse screen:** rmp
Unable to obtain physical abuse screening due to patient is on ventilator.
**Patient fall risk assessment;**
No risks identified.
**Learning Barriers:**
decreased level of consciousness.
**Exposure risk/Travel Screening:**
No exposures identified.

### Assessment:

07:24 **CPR initial assessment:** unresponsive, cardiac monitor rhythm showing bradycardia pupils fixed & dilated, pale. **CPR recorder notes:** CPR Started: 07:25 bag-valve-mask ventilation.  rmp

07:28 **CPR recorder notes:** CPR stopped: 07:28.  rmp

07:28 **CPR initial assessment:** cardiac monitor rhythm showing sinus tach. **CPR recorder notes:** CPR stopped: return of spontaneous circulation, critical care support continued.  rmp

08:27 **Pain:** level that is acceptable is 0 out of 10 on a pain scale.  rmp

### Vital Signs:

| Time  | B/P   | Pulse | Resp         | Temp | Pulse Ox        | Weight            | Pain | Staff |
|-------|-------|-------|--------------|------|-----------------|-------------------|------|-------|
| 07:32 | 86 / 50 | 147   | 14 Assisted  |      |                 | 15 kg / 33 lbs 1 oz |      | rmp   |
| 07:33 |       |       |              |      | 98% on 100% BVM |                   |      | rmp   |
| 07:35 | 86 / 44 | 141   | 14 Assisted  |      | 98% on 100% BVM |                   |      | rmp   |

## Nurse's Notes Con't

| Time | BP | HR | RR | | O2 | | | Staff |
|------|------|------|------|---|------|---|---|------|
| 07:41 | 90 / 46 | 141 | 14 Assisted | | 100% on 100% BVM | | | rmp |
| 07:46 | 85 / 51 | 135 | 14 Assisted | | 100% on 100% BVM | | | rmp |
| 07:55 | | | | | 83% on 15 lpm ETT ambu | | | rmp |
| 08:04 | 115 / 72 | 155 | 14 Assisted | | 100% on 15 lpm ETT ambu | | | rmp |

**Vitals:**
07:27 Emergency Severity Index Calculation; meets ESI level 1 acuity, life saving interventions immediately needed.    rmp
07:27 Acuity: 1 - Resuscitation.    rmp
07:39 ETCO2 23 mmHg.    rmp

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 07:27 | none(1) | none(1) | none(1) | | 3 | rmp |
| 08:29 | none(1) | none(1) | none(1) | | 3 | jjh |

**ED Course:**

07:24 Patient arrived in ED.    rmp
07:24 Patient moved to .    rmp
07:24 Patient moved to 3.    rmp
07:24 IV maintenance: IV/IO access was obtained by EMS prior to arrival in ER, Dressing intact. Gauge & site: right tibial tuberosituy.    rmp
07:24 Cardiac monitor, Pulse oximetry, Non invasive blood pressure, End Tidal CO2, monitor alarms on and audible. Crash cart at the bedside LifePack monitor/defibrillator with defib pads applied.    rmp
07:28 Triage completed.    rmp
07:29 Nasogastric tube inserted successfully, 10 Fr. via right nare. to continuous suction.    rmp
07:33 Insertion site prepared per hospital policy and procedure, Inserted peripheral venous access catheter, 22 gauge, in right antecubital area primed needleless intermittent infusion extension set attached, flushed with 2 ml normal saline.    rmp
07:40 Family updated on plan of care. Family Grandmother stated pt woke up around 7 and was having respiratory distress, attempted to give home neb, pts' lips turned blue then pt went unresponsive and 911 activated.    rmp
07:44 Intubation: Ventilated with 100% NRB prior to procedure. O2 saturation prior to procedure was 100 %. with 5.0 Fr. ETT. placed orally. Performed by John Horan MD Attempts were not successful. Ventilated with Ambu bag.    rmp
07:47 No procedures done that require assistance. Foley cath inserted with sterile technique, 8 Fr. to gravity drainage. Catheter secured with Stat Lock device. urine meter applied. Urine specimen collected. by Stephanie Jaeger, RN returned amber urine. bulb inflated with 5 cc sterile water Patient tolerated well.    rmp
07:50 Intubation: Ventilated with 100% NRB prior to procedure. O2 saturation prior to procedure was 100 %. with 5.0 Fr. ETT. placed orally. Performed by John Horan MD Successful on second attempt. Placement verified by CXR, CO2 detector w/ + color change, auscultating bilateral breath sounds, Ventilated with Ambu bag.    rmp

## Nurse's Notes Con't

| Time | Note | Staff |
|---|---|---|
| 07:51 | bicarb 16.5 ML given IO. | rmp |
| 08:05 | BCFD dispatch notified of 911 transfer. They are sending a trauma unit over now. | ns2 |
| 08:08 | Pool, Richard, RN is Primary Nurse. | rmp |
| 08:11 | Changed ETT pulled back 1 cm. Now 15 cm at the lip. | ns2 |
| 08:11 | Portable x-ray done. | ns2 |
| 08:23 | Transfer consent explained by physician, ordered by John Horan MD signed by two RNs, family unavailable. | rmp |
| 08:25 | Horan, John, MD is Attending Physician. | jjh |
| 08:36 | Patient moved to .HB1. | rmp |

**Administered Medications:**

| Time | Drug & Dose<br>Dispensable & Quantity | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|---|---|---|---|---|---|---|---|---|
| 07:26 | EPINEPHrine 1.7 mL | | Intraosseous | | | right tibial tuberosity | | rmp |
| 08:23 | Follow up: Response: Cardiac Rhythm changed | | | | | | | rmp |
| 07:28 | Sodium Bicarbonate 16.7 mL | | Intraosseous | | | right tibial tuberosity | | rmp |
| 07:35 | CANCELLED (Duplicate Order): DOPamine 3 mcg/kg/min IVPB titrate 1 mcg/kg/min q 10 min; goal SBP >90, Max dose 20 mcg/kg/min | | | | | | | rmp |
| 07:36 | DOPamine 2 mcg/kg/min | | IVPB | | | right antecubital | | rmp |
| 08:23 | Follow up: Response: Blood pressure is improved; IV Status: Infusion discontinued | | | | | | | rmp |
| 07:46 | Solu-MEDROL 30 mg | | IVP | | | right antecubital | | rmp |
| 08:22 | Follow up: Response: Respiratory status improved | | | | | | | rmp |
| 08:02 | Terbutaline 10 mcg/kg | | Sub-Q | | | right lower abdomen | | rmp |
| 08:22 | Follow up: Response: Respiratory status improved | | | | | | | rmp |
| 08:02 | NS 0.9% 20 mL/kg | | IV | Bolus | | right antecubital | | rmp |
| 08:22 | Follow up: IV Status: Infusion continued upon Admission | | | | | | | rmp |

**Outcome:**

| Time | Note | Staff |
|---|---|---|
| 08:08 | Report called to Julie, RN, using the SBAR communication method. | rmp |
| 08:27 | Transferred to WK-South by EMS ground BCFD T-5 Transfer form completed. Note: with Missy, RN. Discharge instructions given to family, Instructed on admit to floor admission process Demonstrated understanding of instructions, No questions or concerns expressed to me at discharge. **Critical Care visit due to respiratiory failure. Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen used on this visit. | rmp |
| 08:43 | ER care complete, transfer ordered by MD. | jjh |
| 10:04 | Electronic medical record closed. | mkg1 |

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Horan, John, MD | | MD | jjh | Pool, Richard, RN | RN | rmp |
| Springfield, Brooke, RN | | RN | ns2 | Golding, Melissa, RN | RN | mkg1 |

## Nurse's Notes Con't

**Corrections:**

| | | | |
|---|---|---|---|
| 07:47 | ~~07:33 Pulse Ox 98% 02 15% BVM;~~ | ~~rmp~~ | rmp |
| 07:47 | ~~07:35 BP 86 / 44; Pulse 141bpm; Resp 14bpm; Assisted; Pulse Ox 98% 02 15% BVM;~~ | ~~rmp~~ | rmp |
| 07:47 | ~~07:41 BP 90 / 46; Pulse 141bpm; Resp 14bpm; Assisted; Pulse Ox 100% 02 15% BVM;~~ | ~~rmp~~ | rmp |
| 07:48 | ~~07:38 Foley cath inserted with sterile technique, silicone, 8 Fr. by tech Stephanie to gravity drainage. Catheter secured with Stat Lock device. urine meter applied. returned bloody urine. bulb inflated with 5 cc sterile water~~ | ~~rmp~~ | rmp |
| 10:02 | ~~08:27 Transferred to WK-South by EMS ground BCFD T-5 Transfer form completed.~~ | ~~rmp~~ | mkg1 |

Name: A█████ H██████

Print Time: 2/11/2018 12:04:22

MRN: 1116206
Account#: B30036697651
Page 4 of 4