_w(BS)_
_Scant blood._

**_EVIDE_ CE AND INFOR_ ATION, AND T_ SCLOSE**
**PROTECTED HEALTH INFORMATION**

Date: _2/10/18_                                                        **2930**

To: _Willis Knighton South_
HOSPITAL or other HEALTH CARE PROVIDER

Re: _[redacted]_                                        _10/1/13_
PATIENT'S NAME, DOB, and Other identifying Information

All information that has been gathered on an individual is personal and private. You are not required to release this information.

I understand that the hospital or health care provider listed above will not condition treatment, payment, enrollment, or eligibility for benefits on whether I sign this authorization. Such information cannot be released without authorized written permission, except as required by law. I understand that my records are personal and private; however, I give my permission for the hospital or health care provider listed above to release **a certified copy** of this information to the investigating agency/agencies that requests copies, including any results of any HIV tests. The above-listed information is to be released for the specific purpose of assisting the District Attorney and other law enforcement agencies in an active criminal investigation in which the records requested are necessary. I understand that my permission to release this information may be cancelled at any time except when information has already been released. My permission to release this information will expire **120 days** from the date listed above. I understand that the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer protected by federal privacy regulations.

If not signed by the patient (due to infirmity, minority, or other mental, physical or legal debilitation), I hereby certify that I am the parent/guardian/representative of the person listed above and have the legal authorization to sign on behalf of the person, whether by court order, or by operation of law.

I further freely consent to allow _Olivia Jones, RN BSN SANE-A_ to conduct a forensic examination to collect evidence concerning a sexual assault. DNA profiles derived from evidence in the kit will go into a DNA Database called CODIS (Combined DNA Index System), whereas my DNA profile will stay in the Local DNA Index System (LDIS), and the DNA profile attributable to the offender will be uploaded to the National DNA Index System (NDIS).

The exam procedure for the collection of a PERK (Physical Evidence Recovery Kit) has been fully explained to me and I agree to the following:

☑Yes ☐ No  I authorize the facility/hospital and its agents to release the laboratory specimens, medical records, and related pertinent information of this incident to appropriate law enforcement officials.

☑Yes ☐ No  I release and hold harmless the facility/hospital and its agents from any and all liability and claims of injury in pursuance of evidence collection.

☑Yes ☐ No  I authorize the taking of photographs and understand that the photographs will be released **only** to the appropriate law enforcement officials upon written request.

☑Yes ☐ No  I agree to the examination, including examination of the genitalia and anus.

☑Yes ☐ No  I agree to the collection of specimens for medical investigations to diagnose any medical problems related to this incident.

☑Yes ☐ No  I agree to the collection of specimens for criminal investigation.

☑Yes ☐ No  I agree to provide a verbal and/or written statement to police or other investigators. _N/A_

☑Yes ☐ No  I agree to have blood drawn for HIV testing. _Per doctor_

☑Yes ☐ No  Do you give permission for the SANE program and/or the hospital to notify and bill your health insurance for your forensic medical exam.

Initial Copy
Final Draft available after
Peer Review

X _[signature]_ _CVP_
(PATIENT SIGNATURE or Parent / Guardian / Representative)
_( Mother )_

X _Julie Bolding RN_
WITNESS SIGNATURE

X _Julie Bolding RN_
WITNESS PRINTED NAME

Address: _3011 Kittylane Apt B Sport, LA. 71107_

Phone: _(318) 210-3821_

White (Hospital/Physician Records)    Yellow (Kit Box)    Pink (Police Department)

**EXHIBIT**
_5_
tabbies®

WILLIS-KNIGHTON MEDICAL CENTER
SHREVEPORT, LA
EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: H█████████ ███████             ACCT. NO: **B30036697651**

GUARANTOR: ALEXANDER,JENNIFER          NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET           ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71107                    SHREVEPORT,LA 71107

PHONE:      (318)210-3821              PHONE: (318)210-3821     RELATION: PARENT

GUAR EMPLOYER: CHILD
ADDRESS:                               ARRIVED FROM: A
                                       ATTENDING PHYS: Horan, John J M.D.
                                       ADMIT/OTHER PHYS:
PHONE:                                 PRIM CARE PHYS:

|  | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | H████████,A█████ | MEDICAID |
| SECONDARY INS: |  |  |  |  |
| TERTIARY INS: |  |  |  |  |
| FOURTH INS: |  |  |  |  |

ACCT NO: B30036697651                  DATE:  02/10/18        UNIT#: C000382302
ROOM:                                  TIME:  0724           F/C:  MA
STATUS:  REG ER                        SERV/LOC: ERB         SS#:  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

PATIENT: H████████,A█████              BIRTHDATE: 10/01/13
ADDRESS: 2247 LEGARDY STREET           AGE:  4Y
         SHREVEPORT,LA 71107           SEX:  F
                                       RACE   BLACK OR AFRICAN AME
PHONE:   (318)210-3821                 RELIGION: Other
                                       MARITAL STAT:  SINGLE
COUNTY:  CADDO PARISH

EMPLOYER: GOD'S GIFT                    PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2305 MARIAN PL                 ADDRESS: 2247 LEGARDY STREET
         SHREVEPORT,LA 71109                     SHREVEPORT,LA 71107
         000-0000                       PHONE: (318)210-3821      RELATION: PARENT

Is the Patient here for Pre-Op Testing: **N**
Comments:                                                        Admit Clerk: JACKSJ1.A
Reason for Visit: **CPR**                                        Baby ID#:
Known Drug Allergies: **U**    HIPPA Notice Given: **Y**    Date Notice Given: **09/23/14**    Device Id: **AMBPC6**
Interpreter ID Number:         Patient Survey: **N**    Preferred Language: **ENGLISH**    Ethnicity: **NHILAT**
Do you have an advaced directive that you would like to present to us today? **N**



B30036697651

## *FOLLOW UP INSTRUCTIONS*

_____ GYN follow-up or call _____ for test results

_____ Private Physician

___✓___ Counseling when ready

___✓___ CARA Center (appt. will be made by the police department)

___✓___ Gingerbread House (appt. will be made by the police department)

**An appointment is not required for the University Health Women's Clinic if you arrive between 7:30-8:30 am, Monday-Friday.**

*An appointment can be made by calling the Women's Clinic at 626-0018 or by calling 626-0000 and ask to speak with the Women's Clinic.*

If it is recommended that you be tested for HIV follow-up at:

6 weeks_____, 12 weeks _____, & 24 weeks _____ post exam.

If you have not been vaccinated against hepatitis you will need to get your first dose after your initial exam. The next doses will be due in 1-2 months & 4-6 months. You will need to complete a series of 3 vaccines.

STI Prophylaxis recommended at this exam:

Will flu ō
Plan MD.

☐ Azithromycin (Zithromax) 1 gram—single dose—by mouth

labs pending σ GC/Chl

☐ Metronidazole (Flagyl) 2 grams—single dose—by mouth
**Contraindicated if in first trimester of pregnancy; UPT should be verified prior to administration**

☐ Ceftriaxone (Rocephin) 250 mg—single dose—IM

***Do NOT drink alcohol for 48 hours if you were given Metronidazole (Flagyl)**

Emergency Contraception recommended at this exam:

N/A ☐ Plan B, My Way, Take Action, My Way, Aftera, Ella, etc.

☐ _____ emergency contraception given at this exam

# APPLICATION FOR CRIME VICTIMS REPARATIONS

**CRIME VICTIMS REPARATIONS BOARD**
1885 Wooddale Boulevard, Room #1230
Baton Rouge, LA 70806
(225) 925-4437 or (888) 6-VICTIM (Nationwide Toll-Free)  www.lcle.state.la.us/cvr

---

**THIS BOX IS TO BE COMPLETED BY THE SHERIFF'S CLAIM INVESTIGATOR**

Date Application Received _____      Parish Code _____      CVR# _____

---

In order for your application to be processed, you must complete all information on this application form. You have one year from the date of the crime to file this application. If you are filing later than one year, you must attach a letter of explanation. Please remember, the Crime Victims Reparations Board is NOT responsible for your bills.

You do not need an attorney to complete this form. If you need assistance, contact the Sheriff's claim investigator or Crime Victims Reparations office at the above-listed telephone numbers. If you choose to hire an attorney to assist you, those fees CANNOT be repaid to you by this program.

When completed, return this application to the Sheriff's office in the parish where the crime occurred. You will be notified by mail when your application reaches the Louisiana Crime Victims Reparations Board office.

---

## VICTIM INFORMATION       ☐ Primary   ☐ Secondary

Name _____      Social Security # _____

Address _____      City _____

State _____      Zip Code _____

Date of Birth _____      Contact Phone #1 ( ) _____      Unlisted

Contact Phone #2 ( ) _____      Cell Phone ( ) _____

Is victim deceased? _____ Yes _____ No      Does victim have children/other dependents? _____ Yes _____ No

Did the victim miss work as a result of crime related injuries? _____ Yes _____ No

---

**Answering questions about the victim's race/ethnic background is voluntary. It will remain confidential.**

| SEX<br>☐ MALE<br>☐ FEMALE | AGE of VICTIM<br>WHEN CRIME<br>OCCURRED<br><br>_____ | ETHNIC BACKGROUND:<br>☐ Black  ☐ American Indian  ☐ Asian<br><br>☐ White  ☐ Hispanic  ☐ Alaskan Native | Did victim have disability BEFORE the<br>date of the crime?<br><br>_____ Yes      _____ No |
|---|---|---|---|

---

## CLAIMANT INFORMATION (Complete only if you are responsible for some/all expenses)
### LIST ONLY ONE CLAIMANT PER APPLICATION!

Name _____      Social Security # _____

Address _____      City _____

State _____      Zip Code _____

Contact Phone #1 ( ) _____      Relationship to Victim: _____

Contact Phone #2 ( ) _____      Cell Phone ( ) _____

## What about services beyond the forensic medical exam?

You may be billed per the provider's standard billing procedures for any services beyond the forensic medical exam. However, you may be eligible to seek reimbursement for those costs from the Crime Victims Reparations Board.

For information regarding what expenses are covered, other specifics and to apply for reimbursement from the Crime Victims Reparations Board, you can visit their website at www.lcle.state.la.us/programs/cvr.asp or call their office directly at (888) 6-VICTIM (842846).

*Louisiana Department of Health and Hospitals*
628 North 4th Street, Baton Rouge, Louisiana 70802
(225) 342-9500 - press option 7



# A Survivor's Guide



**DEPARTMENT OF HEALTH** AND HOSPITALS

**Guidance**

**A Survivor's Guide**
to Sexual Assault Medical Claims

 

## FORENSIC MEDICAL EXAM

**2930**

### COLLECTION CHECKLIST



The following swabs were collected from

H████████, A████████
10/01/13    4Y 04M
Do, Giao N M.D.          S404
K20034595213    02/10/18

— 2/10/18
Date of exam

- ☐ KNOWN ORAL
- ☐ KNOWN BLOOD
- ☐ ORAL
- ☐ FINGERNAILS (LEFT HAND)
- ☐ FINGERNAILS (RIGHT HAND)
- ☑ BITEMARK/BREAST (R) breast/nipple
- ☑ BITEMARK/BREAST (L) breast/nipple
- ☐ BITEMARK/BREAST_____
- ☑ ADDITIONAL (L) neck
- ☑ ADDITIONAL (R) neck
- ☑ ADDITIONAL perioral area (around lips)
- ☐ ADDITIONAL_____

- ☐ PUBIC HAIR COMBINGS
- ☐ EXTERNAL GENITALIA
- ☐ PERINEAL
- ☐ VAGINAL
- ☐ CERICAL
- ☐ VAGINAL WASHINGS
- ☐ ANAL

Swabs collected by _____ Cill Jones RN, BSN, SANE-A
SANE's signature

 

## EXAMINATION REQUEST & AUTHORIZATION TO COLLECT

I, __JEFF ALLDAY #213__ representative of the __SPD__

Sex Crimes Investigator printed name & badge number          Law Enforcement Agency

hereby request and authorize:

**2930**

● Physical Evidence Recovery Kit (PERK)

○ Swabs Only

○ Forensic Photography Only

*Responding to*
*Mills SPD*

*PICU Room #4*

*Lashunda*
*Prin*
*1205*

[barcode]

H█████, A█████
10/01/13    4Y 04M
Do, Giao N M.D.          S404
K20034595213            02/10/18

Examiner's Printed Name          10/1/13
                                 Date of birth

                                 2/10/18
                                 Date of exam

Sex Crimes Investigator's Signature

## EVIDENCE TRANSFER & CHAIN OF CUSTODY

18 - 023139
Case Number

2/10/18
Date PERK collected

**Kit collected and maintained by SANE** ___Olivia Jones, BSN, SANE-A___

**Kit/clothing/swabs transferred and accepted by** __J. ALLDAY__ **with** __SPD__

Sex Crimes Investigator/LE name          Police department/Sheriff's office

**Date & Time of Transfer** __2/10/18 @ 1330__

# FORENSIC SEXUAL ASSAULT EVALUATION FORM

Page 1 of 9

2930

## PERTINENT MEDICAL HISTORY

Patient Name: A_____ H_____

Sex: Fe          Race: Black          Age: 4          DOB: 10/1/13

Current Medications: Delara (steroid puffs) singulair, albuterol pump

Allergies: Fish, seafood, codeine

Date of LMP: N/A          Currently pregnant? ☐ Yes ☐ No ☐ Unsure

Last consensual intercourse (date/time): _____          Body cavity: _____

Contraceptive use: ☐ Yes ☐ No          Contraceptive type: _____

Was shower, douche, or bath taken between assault and last consensual intercourse? ☐ Yes ☐ No

If yes, date and time: _____

Tubal ligation/hysterectomy: _____

Past medical history, surgeries and/or pre-existing physical injuries:

*unable to answer*

Any recent (60 days) anal or genital injuries, surgeries, diagnostic procedures, or medical treatment which may affect physical findings? no

Physical disabilities? ☐ Yes ☑ No          Mental disabilities? ☑ Yes ☐ No

If yes, describe: mental - autistic

Physical injuries and/or pain described by patient: unable to access - pt is intubated

## PATIENT'S DEMEANOR (check all that apply):

☐ Quiet            ☐ Tense            ☐ Tearful               ☐ Sobbing            ☐ Trembling

☐ Agitated         ☐ Anxious          ☐ Smiling               ☐ Angry

☐ Good Eye Contact ☐ Poor Eye Contact ☐ Responsive to Questions   ☑ Intubated c̄ sedation off for 1 hour c̄ th start of exam

Any voluntary alcohol use within 12 hours prior to assault? ☐ Yes ☐ No ☐ Unsure

Any voluntary substance use within 96 hours prior to assault? ☐ Yes ☐ No ☐ Unsure

If yes, name of substance: _____

Involuntary ingestion of alcohol/substance? ☐ Yes ☐ No ☐ Unsure

If yes, name of substance: _____          *unable to answer*

Loss of memory? ☐ Yes ☐ No ☐ Unsure

Toxicology kit completed? ☐ Yes ☐ No ☐ Unsure

If yes, toxicology kit number: _____

---

FOR FORENSIC LAB USE ONLY

Case # _____

Item # _____

Forensic Examiner's Name _____, BSN, SANE-A

Agency Case Number 18-023139

NLACL100:EVAL-1.1 12/14

# FORENSIC SEXUAL ASSAULT EVALUATION FORM

Page 2 of 9

2930

Responding Officer: _Mills_         Agency: _SPD_

Responding Detective: _Allday_         Agency: _SPD_

## ASSAULT INFORMATION (More detailed information will be asked on pages 4–5.)

Date/Time of Examination: _2/10/18 1205_   Location of Exam: _WKS-PICU_

Date/Time of Assault: _?_         Location of Assault: _____

Was a condom used? ☐ Yes ☐ No      Did cunnilingus occur? ☐ Yes ☐ No

Did ejaculation occur? ☐ Yes ☐ No ☐ Unsure   Specify: _____

Did the patient injure the assailant(s) in any way (i.e., bite, kick, scratch, etc.)?

☐ Yes ☐ No   Describe: _____

Did assailant injure patient in any way (i.e. bite, kick, scratch, etc.)?

☐ Yes ☐ No ☐ Bleeding ☐ Describe: _____

Was a weapon used or threatened during assault?

☐ Yes ☐ No   Type: _____ Specify: _____

Any injuries to assailant resulting in bleeding?

☐ Yes ☐ No   Specify: _____

Total number of assailants: _____ Witnesses? ☐ Yes ☐ No   If yes, how many? _____

Assailant's Age(s): _____ Assailant's Gender: ☐ Male ☐ Female

Assailant's Race: ☐ White (non-Hisp) ☐ Hispanic ☐ Black (non-Hisp) ☐ Asian ☐ Other: _____

Other Information: _____

Assailant(s) relationship to patient (if more than one assailant, designate relationship of each):

☐ Parent/Step-Parent     ☐ Spouse/Live-in Partner   ☐ Ex-Spouse/Live-in Partner   ☐ Other Relative

☐ Parent's Live-in Partner   ☐ Boyfriend/Girlfriend   ☐ Ex-Boyfriend/Girlfriend   ☐ Date

☐ Acquaintance       ☐ Friend          ☐ Stranger          ☐ Unknown

☐ Other (specify): _____

Were clothes/underwear, worn at the time of the assault, changed prior to exam? ☒ Yes ☐ No   If yes, available?: _in PICU trash can and cut up from EMS_

Was douche, shower, or bath taken between assault and this examination? ☐ Yes ☐ No

Has patient urinated since the assault? ☒ Yes ☐ No   DATE/TIME _has cont. foley_

Has patient defecated since the assault? ☐ Yes ☐ No   DATE/TIME _unknown_

Has patient vomited since the assault? ☐ Yes ☐ No   DATE/TIME _unknown_

Has patient brushed teeth/used mouthwash since assault? ☐ Yes ☐ No   DATE/TIME _Oral care Ø by PICU yet_

Has patient ate or drank fluids since assault? ☒ Yes ☐ No   DATE/TIME _earlier evening oral swab obtain 2/9/18_

Has patient removed tampon/pad/sponge/diaphragm? ☐ Yes ☒ No   If yes, available?: _____

Note all that apply: _____

| FOR FORENSIC LAB USE ONLY | |
|---|---|
| Case # _____ | Forensic Examiner's Name _Crawford, PICU, SANE-A_ |
| Item # _____ | Agency Case Number _18-02357_ |

NLACL100:EVAL-2.1 12/14

FC NSIC SEXU ASSAULT E UATION FO
Page 3 of 9

2930

**PATIENT DESCRIPTION OF ASSAULT:**

Rec'd care of 4y/o BF lying in picu bed & orally intubated. C/R monitor in place. Per mother pt was in grandmother's custody during episode where she turned blue and 911 was called. Per mother pt was awake & wheezing when grandmother called 911. Consent obtained from mother prior to SANE exam.

Continued on back?  ☐ Yes  ☒ No

FOR FORENSIC LAB USE ONLY

Case # _____

Item # _____

Forensic Examiner's Name _____ , BSN, SANE-A

Agency Case Number 18-023139

NLACL100:EVAL-3.1 12/14

# FORENSIC SEXUAL ASSAULT EVALUATION FORM

2930

## ACTS DESCRIBED BY PATIENT

Penetration of female sexual organs?    ☐ Yes   ☐ No   ☑ Unsure
    Used:   ☐ Penis   ☐ Finger   ☐ Mouth   ☐ Foreign Object
     Ejaculation:                 ☐ Yes   ☐ No   ☐ Unsure

Oral copulation of genitals?          ☐ Yes   ☐ No   ☐ Unsure
    Offender to patient:          ☐ Yes   ☐ No   ☐ Unsure
      Ejaculation:               ☐ Yes   ☐ No   ☐ Unsure
    Patient to offender:          ☐ Yes   ☐ No   ☐ Unsure
      Ejaculation:               ☐ Yes   ☐ No   ☐ Unsure

Oral copulation of anus?             ☐ Yes   ☐ No   ☑ Unsure
    Offender to patient:          ☐ Yes   ☐ No   ☐ Unsure
      Ejaculation:               ☐ Yes   ☐ No   ☐ Unsure
    Patient to offender:          ☐ Yes   ☐ No   ☐ Unsure
      Ejaculation:               ☐ Yes   ☐ No   ☐ Unsure

Penetration of anus?                ☐ Yes   ☐ No   ☑ Unsure
    Used:   ☐ Penis   ☐ Finger   ☐ Mouth   ☐ Foreign Object
     Ejaculation:                 ☐ Yes   ☐ No   ☐ Unsure

Masturbation?                    ☐ Yes   ☐ No   ☑ Unsure
    Offender to patient:          ☐ Yes   ☐ No   ☐ Unsure
      Ejaculation:               ☐ Yes   ☐ No   ☐ Unsure
    Patient to offender:          ☐ Yes   ☐ No   ☐ Unsure
      Ejaculation:               ☐ Yes   ☐ No   ☐ Unsure
    Offender to self:            ☐ Yes   ☐ No   ☐ Unsure
      Ejaculation:               ☐ Yes   ☐ No   ☐ Unsure

Fondling of patient?              ☐ Yes   ☐ No   ☑ Unsure
    Location:                   

Offender licked/kissed patient?      ☐ Yes   ☐ No   ☑ Unsure
    Location:                   

*(handwritten across left column: Pt Intubated)*

## PHYSICAL EXAM

Temperature __96.3__ (ax)   Pulse __114__   Respiration __40__   Blood Pressure __135 / 81__

HEENT

Neck

Lungs

Chest/Heart

Abdomen       *exam deferred so FME could*

Muscle/Skeletal    *be completed so pt could go to*

Neurological     *CT.*

Skin

Body surface injuries?            ☐ Yes   ☑ No   ☐ Unsure
    If yes, see body surface diagram (page 5 of 9).    *Checked Body for injuries.*

---

FOR FORENSIC LAB USE ONLY

Case # _____

Item # _____

Forensic Examiner's Name __Orr_____, BSN, SANE-A__

Agency Case Number __18-023139__

NLACL100:EVAL-4.1 12/14

FORENSIC SEXUAL ASSAULT EVALUATION FORM
Page 5 of 9

2930

## SEXUAL ASSAULT EXAMINATION AND OBSERVATIONS
## (FEMALE PEDIATRIC BODY)



# abrasion
+ bitemark
x bruise
0 burn
• hematoma
/ laceration
^ puncture
* scratch



See Photolog

| ER – erythema (redness) | AB – abrasion | BI – bite | DS – dry secretion | PE – petechiae | SI – suction injury |
|---|---|---|---|---|---|
| EC – ecchymosis (bruise) | LA – laceration | MS – moist secretion | TB – toluidine blue | DF – deformity | |

| Location Number | Type of Injury (Abbreviation)/Description | Location Number | Type of Injury (Abbreviation)/Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FOR FORENSIC LAB USE ONLY

Case # _____

Item # _____

Forensic Examiner's Name _____ Cindy Ammons, BSN, SANE-A

Agency Case Number _____ 18-023139

NLACL100:EVAL-5B.1 12/14

FORENSIC SEXUAL ASSAULT EVALUATION FORM

2930

## SEXUAL ASSAULT EXAMINATION AND OBSERVATIONS (FEMALE BODY)



| | |
|---|---|
| ER – erythema (redness) | AB – abrasion |
| EC – ecchymosis (bruise) | LA – laceration |

| | |
|---|---|
| BI – bite | DS – dry secretion |
| MS – moist secretion | TB – toluidine blue |

| | |
|---|---|
| PE – petechiae | SI – suction injury |
| DF – deformity | |

| Location Number | Type of Injury (Abbreviation)/Description | Location Number | Type of Injury (Abbreviation)/Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| FOR FORENSIC LAB USE ONLY | |
|---|---|
| Case # _____ | Forensic Examiner's Name _____ |
| Item # _____ | Agency Case Number   18-02339 |

NLACL100:EVAL-5D.1 12/14

# FORENSIC SEXUAL ASSAULT EVALUATION FORM

Page 5 of 9

2930

## SEXUAL ASSAULT EXAMINATION AND OBSERVATIONS (FEMALE GENITALIA)




| | | | |
|---|---|---|---|
| ER – erythema (redness) | AB – abrasion | BI – bite | DS – dry secretion | PE – petechiae | SI – suction injury |
| EC – ecchymosis (bruise) | LA – laceration | MS – moist secretion | TB – toluidine blue | DF – deformity | |

| Location Number | Type of Injury (Abbreviation)/Description | Location Number | Type of Injury (Abbreviation)/Description |
|---|---|---|---|
| #1 | LA c̄ red liquid oozing from site | | |
| #2 | AB | | |
| #3 | AB | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| FOR FORENSIC LAB USE ONLY | |
|---|---|
| Case # _____ | Forensic Examiner's Name _____, BSN, SANE-A |
| Item # _____ | Agency Case Number  18-023139 |

NLACL100:EVAL-6B.1 12/14

**FORENSIC SEXUAL ASSAULT EVALUATION FORM**

Page . of 9

2930

## GENITAL / ANAL EXAMINATION

Position of patient for exam:   ☐ Lithotomy   ☒ Other (specify) _Frogleg_

**Anal Examination**

Buttocks: _Small amt of stool on outer buttock cheeks_

Anus: _Ø TEARS_

Anal tone: _Ø brisk wink._

Additional comments: _____

## Colposcopy/Photography

ALS/UV light reaction?     ☐ Yes   ☒ No reaction   ☐ Not indicated

Toluidine dye uptake?      ☒ Yes   ☐ Negative uptake   ☐ Not indicated

## CARE PLAN

☒ Powerless related to sexual assault

☐ High risk for post trauma response related to sexual assault

☐ High risk for self-harm related to post-trauma syndrome

☐ High risk for ineffective family coping related to sexual assault/domestic abuse

Plan: _Flu C PICU MD & RN. Will give pts information to Project Celebration to follow-up with in the future. Nurse is talking c mother._

REPORT GIVEN TO: _Dr Tran – PICU MD_

## LAB STUDIES

HIV?         ☐ Yes   ☐ No    } _will refer all testing to PICU MD._

RPR/VDRL?    ☐ Yes   ☐ No

Indicate tests performed below:

GC/Chlamydia:  Probe _GC/chly_   Urine _per picu_ /UPT _____   UDS _per picu_ BAC _____

Other lab studies: _____

Radiology studies: _CT of head after SANE exam per picu MD_

## CLOTHING

Appearance of clothing (at examination): _In hospital gown upon SANE's arrival_

Underwear collected?   ☐ Yes   ☒ No   If no, explain: _____

List additional clothing collected: _____

| FOR FORENSIC LAB USE ONLY | |
|---|---|
| Case # _____ | Forensic Examiner's Name _Christine, BSN, SANE-A_ |
| Item # _____ | Agency Case Number _18-03139_ |

# FORENSIC SEXUAL ASSAULT EVALUATION FORM

Page 7 of 9

2930

## AGENCY NOTIFICATION

Notification of advocacy center? ☑Yes ☐ No    If no, explain: *unable to decide if SA occurred*

DCFS notified? ☑Yes ☐ No    Name of Advocate: *N/A*

Elder Abuse Report? ☐ Yes ☑No    Representative Name: *LaShonda Prim-present @ BS*

Disabled Persons Report? ☐ Yes ☑No    Representative Name: _____

Interpreter used? ☐ Yes ☑No    Representative Name: _____

Language: _____

Name of Interpreter: _____

## EVIDENCE RELEASED

Clothing ☐ Yes ☑No    Officer: _____

Date/Time: _____    Agency: _____

Forensic Specimens (PERK) ☑Yes ☐ No    Officer: *Albany*

Date/Time: *2/10/18 @ 1330*    Agency: *SPD*

Forensic Toxicology Kit ☐ Yes ☑No    Officer: _____

Date/Time: _____    Agency: _____

Other: _____

_____

_____

## TREATMENT

Was patient an admit to hospital? ☐ Yes ☑No *Already admitted to PICU*

HIV Prophylaxis? ☐ Yes ☐ No    Recommended *will talk to PICU MD*

Emergency contraception? ☐ Yes ☐ No    Recommended *N/A*

Written and verbal discharge instructions? ☑Yes ☐ No *given to mother*

Discharged with (check all that apply): ☐ Family ☐ Friends ☐ Police ☑Other *remains in PICU*

## ADDITIONAL INFORMATION:

*DHH + SANE discharge paperwork given to mother*

Crime Victim's Reparation Information given to patient (CVR): ☑Yes ☐ No

Physician/Sexual Assault Nurse Examiner _____, BSN, SANE-A

Date _2/10/18_

| FOR FORENSIC LAB USE ONLY | |
|---|---|
| Case # _____ | Forensic Examiner's Name _____, BSN, SANE-A |
| Item # _____ | Agency Case Number _18-023139_ |

NLACL100:EVAL-8.1 12/14

# FORENSIC SEXUAL ASSAULT EVALUATION FORM
Page 9 of 9

2930

Forensic photographs were taken during this examination. Photos will be provided to the prosecuting authority upon written request.

PHOTOGRAPH LIST:  DIGITAL: _X_  Collected to retain   COLPOSCOPY: _____ Collected to retain

| Photo # | Description |
|---|---|
| 1 | PERK |
| 2 | Pt c̄ ETT & bubbles out of (R) nare |
| 3 | Frontal shot of pt in the bed. |
| 4 | View of IV pumps connected to pt. |
| 5 | (L) view of pt connected to pt. |
| 6 | (R) forearm - IV in place, nurse on (R) wrist. |
| 7 | Gauze to (R) leg - post IO placement. CVL in (R) groin. Foley & connector on (L) inner thigh. |
| 8 | Foley & connector on (L) inner thigh. |
| 9 | Healed scar to (L) lower outer q'tad |
| 10 | " " c̄ ruler |
| 11 | Supine, frog-legged c̄ foley in place. Dried red secretions on bilateral outer labia. |
| 12 | Supine frog-legged c̄ foley - lac to posterior commissure (edge of labia) c̄ 6 o'clock on a 12 o'clock. small amt of red secretions draining from site. |
| 13 | " " " " " " |
| 14 | Dye application |
| 15 | Post dye application c̄ (+) dye uptake from 5 o'clock - 7 o'clock on a 6 o'clock. |
| 16 | (+) dye uptake from 5 o'clock - 7 o'clock of the posterior commissure. c̄ separation |
| 17 | " " " " (R) side c̄ traction |
| 18 | " " " (L) side c̄ traction |
| 19 | (L) side-lying - scant stool on buttocks. Bottom of laceration extending into upper perineum. |
| 20 | " " " " , c̄ anus & TEARS. |
| 21 | PERK |
| 22 | Abdomen of pt - (L) injury |
| 23 | lower abdomen of pt. (L) injury |

Continued on back?  ☐ Yes  ☐ No

Initial Copy
Final Draft available after Peer Review

FOR FORENSIC LAB USE ONLY
Case # _____
Item # _____

Forensic Examiner's Name _____, BSN, SANE-A
Agency Case Number 18-02339

NLACL100:EVAL-9.1 12/14