

OFFICE OF THE CORONER
PARISH OF CADDO
STATE OF LOUISIANA
2900 HEARNE AVENUE, SHREVEPORT LA 71103

PAGE 1

# INVESTIGATION INFORMATION

## Notification

| 02/16/2018 10:51 | Paula Anderson | WKS PICU |
|---|---|---|
| Date / Time | Received By | Decedent Location |
| Willis Knighton South | Tiffany | 212-5663 |
| Notifying Agency | Agency Representative | Phone Number |
| Caddo | Hospital - Inpatient | ✓ |
| Jurisdiction / Parish | Place of Death | Location Within City Limits |

## Coroner Investigators

| 02/16/2018 | Mary Whitehorn | Katrina Wright |
|---|---|---|
| Date of Investigation | Primary Investigator | Investigator 2 |
| 667894 | | City |
| Report Number | Investigator 3 | Invoicing Code |

## DEMOGRAPHICS

| A▇▇▇ | | H▇▇▇ | | |
|---|---|---|---|---|
| First | Middle | Last | SSN | Marital Status |
| 2247 Legardy Street | | Shreveport | LA | 71107 |
| Address | | City | State | Zip |
| Black | Female | 10/01/2013 | 02/16/2018 10:10 | 4 | |
| Race | Sex | Date of Birth | Date/Time of Death | Age | Occupation |

## LE / EMS INFORMATION

LE Personnel

| | | |
|---|---|---|
| Reporting Officer | LE Agency | Phone |
| Elie | SPD | 470-0514 |
| Lead Detective | LE Agency | Phone |
| | | 18-23139 |
| Additional Personnel | | Law Enforcement Number |

EMS

☐ Yes ☐ No

| EMS Agency | EMS Unit | EMS Intervention |



EXHIBIT 7

OFFICE OF THE CORONER
PARISH OF CADDO
STATE OF LOUISIANA
2900 HEARNE AVENUE, SHREVEPORT LA 71103

PAGE 2

## INFORMANT INFORMATION

Found Dead By:

| Name | Relationship | Address | Phone | Date |

Last Seen Alive By:

| Name | Relationship | Address | Phone | Date |

Witness to Injury / Illness / Death

| Name | Relationship | Address | Phone | Date |

## INJURY DETAILS

☐ Yes ☐ No

Place of Injury                             Injured At Work

Location of Injury
☐ Same As Decedent Location     ☐ Location Within City Limits

| Injury Address | City | Parish | State | Zip |

Date of Injury                              Time of Injury

Injury Description

## MEDICAL CARE INFORMATION

| Willis Knighton South | 2510 Bert Kouns Ind 71118 | 212-5000 |
| Hospital / Care Facility / Hospice | Address | Phone |

| 02/10/2018 | John Horan | |
| Admission / SOC Date | Attending Physician | Phone |

Admitting Diagnosis

Cardiac Arrest

OFFICE OF THE CORONER
PARISH OF CADDO
STATE OF LOUISIANA
2900 HEARNE AVENUE, SHREVEPORT LA 71103

PAGE 3

## MEDICAL HISTORY

**Do**

| Death Pronounced By | Primary Care Physician | Physician Address | Physician Phone |
|---|---|---|---|

| Past Medical History | Past Surgical History |
|---|---|
| Asthma<br>Autism | |

**Drugs**: ☐ Yes ☑ No  
**Alcohol**: ☐ Yes ☑ No  
**Tobacco**: ☐ Yes ☑ No  
**Other**: ☐ _____

**Communicable Diseases**: ☐ Yes ☐ No ☑ Unknown

Communicable Diseases List: _____

**Medication Collected**: ☐ Yes ☑ No

Current Medication List

| Medication | Dosage | Quantity | Interval |
|---|---|---|---|

## SCENE DESCRIPTION

| Physical Location of Body | Ambient Temp (F) | Date / Time Taken | Weather Conditions |
|---|---|---|---|
| Forced Entry ☐ Yes ☐ No | Doors State ☐ Locked ☐ Unlocked | | Windows State ☐ Locked ☐ Unlocked |

| Who Forced Entry | Doors Condition | Windows Condition |
|---|---|---|

☐ Yes ☐ No    ☐ Weapon Found

| Illegal Drugs / Alcohol | Weapon | Surface Type Where The Body Was Found |
|---|---|---|

Scene Description

OFFICE OF THE CORONER
PARISH OF CADDO
STATE OF LOUISIANA
2900 HEARNE AVENUE, SHREVEPORT LA 71103

PAGE 4

## MOTOR VEHICLE COLLISION (MVC) INVESTIGATION

Decedent Position _____  Restraints Used _____

Helmet Used ☐ Yes ☐ No    No. of Vehicles _____  No. of Fatalities _____

Year / Make / Model of Vehicle of Decedent _____

Illegal Drugs/Alcohol Present ☐ Yes ☐ No ☐ Unknown

Were Air Bags Present ☐ Yes ☐ No    Did Air Bags Deploy ☐ Yes ☐ No

Road Type _____    Road Surface _____

Road Conditions _____    Posted Speed Limit _____

☐ Divided Roadway    ☐ Undivided Roadway    Mile Post Marker _____

Traffic Control _____    Functioning ☐ Yes ☐ No

OFFICE OF THE CORONER
PARISH OF CADDO
STATE OF LOUISIANA
2900 HEARNE AVENUE, SHREVEPORT LA 71103

PAGE 5

## BODY VIEW

| | | | |
|---|---|---|---|
| **Mary Johnson** | **02/16/2018 15:36** | | **Hospital** |
| Viewed By | Viewed On | | View Location |

| | | | | |
|---|---|---|---|---|
| **Black** | **Medium** | **Straight** | **N/A** | **N/A** |
| Hair Color | Hair Length | Hair Texture | Beard | Mustache |

| | | | |
|---|---|---|---|
| **Brown** | **Full** | **3 1/2** | **40** |
| Eye Color | Dentition | Length | Weight |

Toenail Polish: ☐ Yes ☑ No
Eyeglasses Present: ☐ Yes ☑ No
Circumcised: ☐ Yes ☐ No
Fingernail Polish: ☐ Yes ☑ No
Fingernails Broken: ☐ Yes ☑ No

**Short**
Fingernails Length

Rigor Mortis: **None**
Rigor Description

Body Temperature
Date Time | Method Taken | Temperature (F)

☐ Livor Fixed   ☑ Livor Not Fixed
Livor Description

☐ Clothed   ☐ Unclothed   ☑ Partially Clothed
**hospital gown, diaper**
Clothing Description

Blood Present: ☐ Yes ☑ No
Blood Description

Jewelry Present: ☐ Yes ☑ No
Jewelry Removed: ☐ Yes ☑ No
Jewelry Description

### Identifying Features

Tattoos: ☐ Yes ☑ No
Wounds: ☑ Yes ☐ No
Fractures: ☐ Yes ☑ No
Other: ☐ Yes ☑ No

Scars: ☐ Yes ☑ No
Deformities: ☐ Yes ☑ No
Signs of Medical Intervention: ☑ Yes ☐ No

Personal Effects Present: ☐ Yes ☑ No
Personal Effects Removed: ☐ Yes ☑ No

Photos Taken During Body View: ☑ Yes ☐ No

OFFICE OF THE CORONER
PARISH OF CADDO
STATE OF LOUISIANA
2900 HEARNE AVENUE, SHREVEPORT LA 71103

PAGE 7

## NEXT OF KIN

| Jennifer Alexandia | Mother | 210-3821 |
|---|---|---|
| Name | Relationship | Phone |

| Address | City | State | Zip |
|---|---|---|---|

Notified
☐ Yes ☐ No    Notified By    Date & Time Notified

## DISPOSITION OF CASE

☑ Released To Funeral Home   Benevolent                  1624 Milam  71103         221-1627
                              Funeral Home               Address                   Phone

☑ Autopsy Authorized By Coroner   Dr. James Traylor – LSUHSC        Pathologist Notified
                                  Pathologist                        ☑ Yes ☐ No

☐ Out Of Jurisdiction

☐ Body On Hold At Morgue    Case Transferred To        Date / Time of Transfer

☐ Toxicology Without Autopsy   ☐ Private Autopsy Ordered   ☐ Not A Coroner's Case

☐ Cremation Authorized   ☐ Pauper's Case    Transportation of Body Arranged By

## CAUSE / MANNER OF DEATH

☑ Natural   ☐ Accident   ☐ Suicide   ☐ Homicide   ☐ Undetermined   ☐ Pending

Primary Cause of Death                                                Onset to Time of Death Interval

**Bronchiolitis**                                                     Hours
**Pneumonia**                                                         Hours

Other Significant Conditions Contributing to Death   ☐ Tobacco   ☑ Other    Pregnant During Last 90 days
**Autistic**                                                                ☐ Yes ☑ No ☐ Unknown
**Asthma**
                                                                            Autopsy Performed
                                                                            ☑ Yes ☐ No

## TYPE OF DEATH

| ☐ Hospice | ☐ Under 24hr Admit | ☐ Cremation Only |
| ☑ Suspicious, Unusual or Unnatural | ☐ Reported Out of Parish | ☐ NACC |
| ☐ Found Dead | ☐ Custody of Law Enforcement | ☐ Under 1 YOA |
| ☐ Suspected Poisoning | ☐ Communicable Disease | ☐ Nursing Home |
| ☐ Injury/Trauma | ☐ SUIDI | ☐ Suspected Homicide / Suicide |

## CASE NARRATIVE



Deceased was a 4yo b/f reported by WKS PICU. Deceased was transferred from WKB to WKS where deceased was admitted for Respiratory Arrest. Deceased had a history of Asthma and was Autistic. Deceased's grandmother found deceased unresponsive and called 911. When deceased arrived at WKS a catheter was inserted and it was reported that blood was in and around the valine area. At that time our SANE nurse, Olivia Jones, was called out to do a sexual assault exam. Olivia Jones found bruising and tears in the vagina wall. Dr. Thoma was notified of the death and authorized an autopsy. Dr. Traylor was notified. Body can be released to Benevolent following autopsy.

OFFICE OF THE CORONER
PARISH OF CADDO
STATE OF LOUISIANA
2900 HEARNE AVENUE, SHREVEPORT LA 71103

PAGE 9

ADDITIONAL NOTES

