# Bossier City Fire Department
## Patient Care Record

Name: H———, A———   Incident #: 180001348   Date: 02/10/2018   Patient 1 of 1

### Patient Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last | H——— | Address | 2247 LEGARDY ST |
| First | A——— | Address 2 | |
| Middle | | City | Shreveport |
| Gender | Female | State | LA |
| DOB | 10/01/2013 | Zip | 71107 |
| Age | 4 Yrs, 4 Months, 9 Days | Country | US |
| Weight | | Tel | |
| Pedi Color | | Physician | |
| SSN | | Ethnicity | Not Hispanic or Latino |
| Race | Black or African American | | |
| Advance Directive | | | |
| Resident Status | Non Resident | | |

### Clinical Impression

| Field | Value |
|---|---|
| Primary Impression | Respiratory Arrest |
| Secondary Impression | |
| Protocol Used | |
| Anatomic Position | |
| Chief Complaint | RESPIRATORY ARREST |
| Duration | Units |
| Secondary Complaint | |
| Duration | Units |
| Patient's Level of Distress | None |
| Signs & Symptoms | Respiratory - Apnea |
| Injury | -- |
| Medical/Trauma | Medical |
| Barriers of Care | Unconscious |
| Alcohol/Drugs | None Reported |
| Pregnancy | |
| Initial Patient Acuity | Critical (Red) |
| Final Patient Acuity | Critical (Red) |
| Patient Activity | |

### Medication/Allergies/History

| | |
|---|---|
| Medications | Albuterol |
| Allergies | Codeine |
| History | Asthma |

### Vital Signs

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifier | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:30 | Unresponsive | L | Lay | 152/90 A | 120 R | 12 | 100 Ox | | | | | | 15=4+5+6 | 12 | |
| 08:31 | | | | / | 117 | | 100 | | | | | | | | |
| 08:35 | | | | 205/179 A | 119 | | 100 | | | | | | | | |
| 08:40 | Unresponsive | L | Lay | 160/92 A | 113 R | 12 | 100 | | | | | | 3=1+1+1 | 8 | |
| 08:45 | | | | 191/133 A | 109 | | 100 | | | | | | | | |
| 08:50 | Unresponsive | L | Lay | 142/84 A | 107 R | 12 | 100 | | | | | | 3=1+1+1 | 8 | |

### ECG

| Time | Type | Rhythm | Notes |
|---|---|---|---|
| 08:30 | 4-Lead | Sinus Tachycardia | |
| 08:40 | 4-Lead | Sinus Tachycardia | |
| 08:50 | 4-Lead | Sinus Tachycardia | |

### Flow Chart

| Time | Treatment | Description | Provider |
|---|---|---|---|
| PTA | Epinephrine 1:10 | Milligrams (mg); Intravenous (IV); Patient Response: Improved; | |
| PTA | Epinephrine 1:10 | Milligrams (mg); Intravenous (IV); Patient Response: Improved; | |
| PTA | Epinephrine 1:10 | Milligrams (mg); Intravenous (IV); Patient Response: Improved; | |
| PTA | Intraosseous | EZ-IO (Pedi); IO-Tibia-Right Proximal; Normal Saline; Patient Response: Unchanged; Successful; | |
| PTA | IV Therapy | 22 ga; Antecubital-Left; Normal Saline; Patient Response: Unchanged; Successful; | |
| PTA | Sodium Bicarb 4.2% | Milliequivalents (mEq); Intravenous (IV); Patient Response: Improved; | |
| PTA | Oxygen | Bag Valve Mask (BVM); Flow Rate 15 lpm; Patient Response: Improved; Successful; | |

### Initial Assessment

| Category | Comments | Abnormalities | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | + | Unresponsive |
| Skin | | Skin | | No Abnormalities |

Run Number: 180001348   Page 1 of 4   02/10/2018 14:24:20
Template Version: PCR-WEB-1.1.11
Data Version: 00328-000000001B0414D



EXHIBIT 8

**Bossier City Fire Department**
Patient Care Record

Name: H████████, A█████   Incident #: 180001348   Date: 02/10/2018   Patient 1 of 1

### Initial Assessment

| Category | Comments | Abnormalities | | |
|---|---|---|---|---|
| HEENT | | Head/Face | | No Abnormalities |
| | | Eyes | + | Left: Dilated, Left: Non-Reactive, Right: Dilated, Right: Non-Reactive |
| | | Neck/Airway | | No Abnormalities |
| Chest | | Chest | | No Abnormalities |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | + | LL: Clear, LU: Clear, RL: Clear, RU: Clear |
| | | | − | LL: Absent, LL: Decreased, LL: Rales, LL: Rhonchi, LL: Wheezing, LU: Absent, LU: Decreased, LU: Rales, LU: Rhonchi, LU: Wheezing, RL: Absent, RL: Decreased, RL: Rales, RL: Rhonchi, RL: Wheezing, RU: Absent, RU: Decreased, RU: Rales, RU: Wheezing, RU:Rhonchi |
| Abdomen | | General | | No Abnormalities |
| | | Left Upper | | No Abnormalities |
| | | Right Upper | | No Abnormalities |
| | | Left Lower | | No Abnormalities |
| | | Right Lower | | No Abnormalities |
| Back | | Cervical | | No Abnormalities |
| | | Thoracic | | No Abnormalities |
| | | Lumbar/Sacral | | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | | No Abnormalities |
| Extremities | | Left Arm | | No Abnormalities |
| | | Right Arm | | No Abnormalities |
| | | Left Leg | | No Abnormalities |
| | | Right Leg | | No Abnormalities |
| | | Pulse | + | Brachial: 2+ Normal |
| | | Capillary Refill | | Not Assessed |
| Neurological | | Neurological | | No Abnormalities |

Assessment Time:

### Ongoing Assessment

| Category | Comments | Abnormalities | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | + | Unresponsive |
| Skin | | Skin | | No Abnormalities |
| HEENT | | Head/Face | | No Abnormalities |
| | | Eyes | + | Left: Dilated, Left: Non-Reactive, Right: Dilated, Right: Non-Reactive |
| | | Neck/Airway | | No Abnormalities |
| Chest | | Chest | | No Abnormalities |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | + | LL: Rhonchi, LU: Rhonchi, RL: Rhonchi, RU:Rhonchi |
| Abdomen | | General | | No Abnormalities |
| | | Left Upper | | No Abnormalities |
| | | Right Upper | | No Abnormalities |
| | | Left Lower | | No Abnormalities |
| | | Right Lower | | No Abnormalities |
| Back | | Cervical | | No Abnormalities |
| | | Thoracic | | No Abnormalities |
| | | Lumbar/Sacral | | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | | No Abnormalities |
| Extremities | | Left Arm | | No Abnormalities |
| | | Right Arm | | No Abnormalities |
| | | Left Leg | | No Abnormalities |
| | | Right Leg | | No Abnormalities |
| | | Pulse | + | Brachial: 2+ Normal |
| | | Capillary Refill | | Not Assessed |
| Neurological | | Neurological | | No Abnormalities |

Assessment Time:

### Narrative

CHIEF COMPLAINT- REPIRATORY ARREST



## Bossier City Fire Department
### Patient Care Record

**Name:** H[redacted], A[redacted]  **Incident #:** 180001348  **Date:** 02/10/2018  **Patient 1 of 1**

### Narrative

HISTORY- PT BROUGHT INTO WKB ER BY SFD AMBULANCE. WKB NURSING STAFF ADVISED PT WAS SENT HOME AFTER BEING SEEN AT WKS APPROX. 4 HOURS AGO AFTER BEING SEEN FOR ASTHMA. PT FOUND BY FAMILY MEMBER PULSLESS/APNEIC. SFD FOUND PT UNRESPONSIVE, PULSELESS/APNEIC WITH INITIAL RHYTHM OF PEA. CPR PERFORMED BY SFD. PEDI EZ-IO ESTABLISHED IN RIGHT PROXIMAL TIBIA. EPI X3, SODIUM BICARB X1 VIA IO. PT HAD ROSC UPON ARRIVAL AT WKB BY SFD. PT INTUBATED WITH SIZE 5 ETT BY WKB ER. BCFD CALLED FOR EMERGENCY TRANSPORT TO WKS PICU. DR. HORAN IS SENDING PHYSICIAN. DR HORAN STATES PT HAD CARDIAC ARREST VIA RESPIRATORY ARREST. PT STABLE AT THIS TIME. PT GIVEN SOLU-MEDROL AND ALBUTEROL TREATMENT PTA.

ASSESSMENT/TREATMENT- UPON ARRIVAL PT FOUND LYING SUPINE IN WKB ER BED UNRESPONSIVE BEING ASSISTED VENTILATION WITH 15LPM O2 VIA BVM AND SIZE 5 ETT. STRONG BRACHIAL PULSE NOTED. GCS-3. SKIN PINK WARM AND DRY. LUNG SOUNDS CLEAR AND EQUAL IN ALL FIELDS. ABDOMEN SOFT IN ALL QUADRANTS. PT PUPILS ARE FIXED AND DIALATED. PT PLACED ON STERTCHER AND SECURED. LOADED INTO AMBULANCE. WKB NURSE TRANSPORTED WITH PT TO WKS PER PHYSICIAN REQUEST CODE 3. PT PLACED ON PADDLES AND VITALS MONITORED WHILE EN ROUTE. PT CONDITION UNCHANGED UPON ARRIVAL AT HOSPITAL. PT TAKEN TO WKS PICU ROOM 4 VIA BCFD. PT REPORT GIVEN TO RECEIVING RN. PT CARE TRANSFERRED TO WKS PICU NURSING STAFF WITH PT CHART.

### Incident Details

| Field | Value |
|---|---|
| Location Type | Hospital |
| Location | WILLIS KNIGHTON HOSPITAL |
| Address | 2400 HOSPITAL DR |
| Address 2 | |
| Mile Marker | |
| City | Bossier City |
| County | Bossier |
| State | LA |
| Zip | 71111 |
| Medic Unit | T5 |
| Medic Vehicle | T5 |
| Run Type | 911 Response |
| Priority Scene | Emergent |
| Shift | C-SHIFT |
| Zone | STATION 9 |
| Level of Service | Advanced Life Support |
| EMD Complaint | |
| EMD Card Number | |

### Destination Details

| Field | Value |
|---|---|
| Disposition | Transported Lights/Siren |
| Transport Due To | Protocol |
| Transported To | Willis Knighton South |
| Requested By | Physician |
| Destination | Hospital |
| Department | |
| Address | 2510 Burt Kouns |
| Address 2 | |
| City | Shreveport |
| County | Caddo |
| State | Louisiana |
| Zip | 71118 |
| Zone | |
| Condition at Destination | Unchanged |
| Destination Record # | |
| Trauma Registry ID | |
| STEMI Registry ID | |
| Stroke Registry ID | |

### Incident Times

| Field | Value |
|---|---|
| PSAP Call | 08:03:21 |
| Dispatch Notified | |
| Call Received | 08:03:21 |
| Dispatched | 08:04:27 |
| En Route | 08:06:16 |
| Resp on Scene | |
| On Scene | 08:14:27 |
| At Patient | 08:14:27 |
| Care Transferred | |
| Depart Scene | 08:26:31 |
| At Destination | 08:46:07 |
| Pt. Transferred | |
| Call Closed | 09:41:36 |
| In District | |
| At Landing Area | |

### Crew Members

| Personnel | Role | Certification Level |
|---|---|---|
| CLARK, RYAN | Lead | NREMT-Paramedic (NREMT-P) - M5026428 |
| FRAZIER, JAMES | Driver | NREMT-Basic (NREMT-B) - E1301441 |

### Insurance Details

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Insured's Name | | Primary Payer | | Dispatch Nature | |
| Relationship | | Medicare | | Response Urgency | |
| Insured SSN | | Medicaid | | Job Related Injury | |
| Insured DOB | | Primary Insurance | Other Insurance - LA HEALTH CARE CONN LA ME | Employer | |
| Address1 | | Policy # | 1997286459512 | Contact | |
| Address2 | | Group # | | Phone | |
| Address3 | | Secondary Ins | | | |
| City | | Policy # | | | |
| State | | Group # | | | |
| Zip | | | | | |
| Country | | | | | |

### Mileage

| Field | Value |
|---|---|
| Scene | 0.0 |
| Destination | 16.8 |
| Loaded Miles | 16.8 |
| Start | |
| End | |
| Total Miles | |

### Delays

| Category | Delays |
|---|---|
| | |

### Additional Agencies

| | |
|---|---|

### Personal Items

| Item | Given To | Comment |
|---|---|---|
| No Belongings | | |


**Bossier City Fire Department**
Patient Care Record

Name: H██████ A██████    Incident #: 180001348    Date: 02/10/2018    Patient 1 of 1

### Patient Transport Details

| How was Patient Moved to Ambulance | Stretcher | How was Patient Moved From Ambulance | |
|---|---|---|---|
| Patient Position During Transport | | Condition of Patient at Destination | Unchanged |