JACQUELYN WHITE
2/12/2020

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

AKEEM HENDERSON and JENNIFER
ALEXANDER, INDIVIDUALLY AND
AS ADMINISTRATRIX OF THE
SUCCESSION OF A.H.

                                      CIVIL ACTION NO. 5:19-CV-00163

VERSUS                             JUDGE ELIZABETH E. FOOTE

                                      MAGISTRATE JUDGE MARK L. HORNSBY

WILLIS-KNIGHTON MEDICAL
CENTER d/b/a WILLIS KNIGHTON
SOUTH HOSPITAL

* * * * * * * * * * * * * * *

DEPOSITION OF

JACQUELYN WHITE, M.D.

February 12, 2020

* * * * * * * * * * * * * * *

Taken at:

Health Hut
310 West Mississippi Avenue
Ruston, Louisiana

* * * * * * * * * * * * * * *

Reported by:  Janet McBride
                 Certified Court Reporter
                 Certificate No. 27006

EXHIBIT 9

1  Q. Well, tell me how or if at all the discharge figured
2  into what you looked at.
3  A. So when I evaluated this case, I evaluated was the
4  patient appropriate--were they given a medical screening
5  exam, did they have an emergency medical condition, were
6  they given an exam, were they given appropriate treatment,
7  and were they inappropriately or appropriately discharged.
8  And so that's how I looked at the chart.
9  Q. And did you find that there was an emergency medical
10 condition?
11 A. There was an emergency medical condition. Yes, sir.
12 Q. And what was that condition?
13 A. Respiratory distress, an asthma exacerbation.
14 Q. Would it be fair to say that the primary focus and
15 goal of an emergency room physician treating such a patient
16 with respiratory distress, would that main focus be on
17 keeping that respiratory distress from becoming respiratory
18 failure?
19 A. I wouldn't say that's-- The primary goal is to
20 treat the patient and to stabilize them.
21 Q. To stabilize them.
22 A. Yes, sir.
23 Q. How would you know if a patient is stable?
24 A. Well, what's your definition of stable?
25 Q. That's what I don't know.

```
 1    treatments were administered before the vital signs or
 2    after the vital signs?
 3        A.   Well, it looks like--  Going by the chart, the
 4    breathing treatment is documented as starting
 5    administration at 2:04.  A breathing treatment takes
 6    approximately ten to fifteen minutes, sometimes twenty
 7    minutes, to be given.  So it says at 2:04, the first set of
 8    vital signs are put in at 2:05.  But it looks like they
 9    signed in at 1:54.  So within ten to fifteen minutes.  Now,
10    you have the nursing--the nursing vital signs that are done
11    at 2:05.  So it looks like they were kind of in a
12    combination together.
13        Q.   Do you feel like there was a sense of urgency in the
14    emergency room that night?
15        A.   Yes, sir.
16        Q.   And what was the emergency?
17        A.   The emergency was that the child was wheezing and
18    having some difficulty breathing.
19        Q.   Okay.  The vital signs that were taken upon the
20    initial--the initial vital signs, were they normal or
21    abnormal?
22        A.   The breathing was slightly increased.  The
23    respiratory rate, the heart rate could be perceived as
24    normal.  There's variable normals in a four-year-old child.
25    The pulse ox was a little low and the temperature was at
```

```
 1   the emergency room, the physicians really didn't know what
 2   was causing the high respiratory rate.  Is that right?
 3       A.   I wouldn't say that they didn't know because I think
 4   the parent presented as an asthma exacerbation.  And when a
 5   nurse does the initial part of the vital signs is listening
 6   to the lungs.  So I think they knew or had a good idea of
 7   where it was coming from being the fact that they gave them
 8   a treatment within ten to fifteen minutes.
 9       Q.   Is it fair to say that the Albuterol relaxes the
10   airways but it has no affect at all upon the inflammation?
11       A.   Yes, sir.  That is fair to say.  It's a muscle--it's
12   a relaxant--it's an anti-inflammatory--kind of a little bit
13   of both, but it does relax the airways to open them up.
14       Q.   Right.
15       A.   Asthma causes inflammation and swelling of the lower
16   airways and so Albuterol helps to open that up.  Yes, sir.
17       Q.   Okay.  With the initial treatment, did it involve
18   treating the inflammation?
19       A.   The initial treatment did the inflammation mostly.
20   That is how you treat it initially.  The child had a DuoNeb
21   which is a combination of Albuterol and ipratropium, which
22   both, in different ways, relax smooth muscle in the lungs
23   and then the second treatment was just Albuterol by itself.
24       Q.   Okay.  I think--
25       A.   Yes, sir.
```

Page 22

```
 1   prescription of some oral steroids.
 2       Q.   And would it be fair to say that the Decadron was
 3   administered mainly for inflation?
 4       A.   For inflammation?  Yes, sir.
 5       Q.   How long does it take for that steroid to take
 6   effect?
 7       A.   It can be six to eight hours.  It's long-term.  It's
 8   not an acute treatment.
 9       Q.   Okay.  Tell me why you would not want to wait six to
10   eight hours to find out if the inflammation is going to be
11   controlled by the steroid before you discharge the child.
12       A.   Because he felt the child was stable enough to be
13   discharged home to do nebulizer treatments at home.  It is
14   documented that the patient has a nebulizer machine at
15   home.
16       Q.   That's the Albuterol?
17       A.   Yes, sir.  Yes, sir.
18       Q.   I thought we talked earlier, maybe I missed it but
19   to make sure that we're on the same page here.  I thought
20   we talked about Albuterol not treating inflammation, just
21   simply opening the airways.
22       A.   It does.  And that's how you treat--treat asthma.
23   That's considered a rescue medicine as well as some type--
24   Some people put them on a low-dose of a maintenance.  Her
25   maintenance medicine is Dulera that she was doing twice a
```

1   day which was a combination steroid inhaler and a long-
2   acting Albuterol.
3       Q.   Tell us, if you will, how the inflammation effects
4   the breathing.
5       A.   It only effects the breathing if the inflammation's
6   preventing--it's causing congestion and prevention of
7   oxygen exchange.  So sometimes they may have a little bit
8   of wheezing.  They may have no wheezing.  They may have a
9   little bit of tachynpea or breathing a little fast.  But
10  that is the primary treatment of asthma.
11      Q.   So the Albuterol is going to open the airway.  The
12  steroid Decadron is going to treat the inflammation--
13      A.   Uh-huh (yes).
14      Q.   --but we really haven't determined whether this
15  steroid is going to work or not to reduce that inflammation
16  until six or eight hours after it's administered.  Is that
17  right?
18      A.   The steroid kicks in six or eight hours later.  Yes,
19  sir.
20      Q.   What happens if the steroid doesn't work?
21      A.   Well, they're given--they have Albuterol medicine at
22  home.  Sometimes mild asthmatics are not even given
23  steroids.  They're given an Albuterol treatment or two and
24  given their medication.
25      Q.   Doctor, would you agree with me that the Albuterol

1  very--in much distress. Even if you're not hearing it,
2  they're not sitting here like you and I. They're going to
3  be very uncomfortable.
4  Q. Did you notice that the family, as noted in the
5  records, observed respiratory failure.
6  A. I don't understand what you're saying. They
7  observed it when?
8  Q. When they called the ambulance?
9  A. I did not see the run sheet of the call. I'm
10 reading the ER chart and I don't--I don't know what they
11 said when they called. Do you have the run sheet of when
12 the patient was picked up by the ambulance?
13 Q. I don't know if we have that, Doctor. I'm not sure.
14 A. Okay. Well, I will say that on the ER note that the
15 doctor wrote that CPR was not being done by the bystander,
16 so I'm assuming that the patient did not code in front of
17 the parents or they didn't recognize it and that the
18 ambulance guys recognized or it occurred in front of the
19 ambulance guys.
20 Q. Okay. You think also, Doctor, coming back to what
21 we talked about early-- Well, before we leave that. Do
22 you think a four-year-old can explain to a doctor that "I'm
23 feeling better, Doctor. I'm okay."
24 A. They can say, they can show it, they can act it. I
25 think you can say, "Do you feel better?" and they can smile

```
 1     A.   Okay.  Abnormal doesn't have to mean unstable.  So
 2  you can have an abnormal vital sign, which is out of the
 3  norm of what is--  It's like a bell curve.  It can be out
 4  of the abnormal, but not necessarily mean the patient is
 5  unstable.
 6     Q.   What would you tell the jury an unstable vital sign
 7  is?
 8     A.   I would say that abnormal and unstable are
 9  different, and do I think she had any unstable?  No.  Do I
10  think it could've been abnormal on certain perimeters?  It
11  could be--  Which if you look at different books, such as
12  if you want to look at Harriet Lane or a different
13  pediatric book, they can have different norms for a four-
14  year-old.
15     Q.   Okay.  Did you ask for any documents in this case
16  that you didn't get?
17     A.   I asked for all the old ER records and the run
18  sheet, and I didn't get the run sheet.  I think--
19          **WITNESS TO MR. ROBISON:**  Did I ask for that?  I
20          didn't ask for it?
21          **MR. ROBISON:**  You asked for it.
22     A.   I did ask for it.  I asked for the run sheet when
23  they did go pick up the patient, and I didn't get that.
24  And the old ER records.  Those were the two I asked for.
25  Yes, sir.
```

JACQUELYN WHITE
2/12/2020

1  Q. Okay. Do you know what the very first thing he sees
2  at 10:00 on this patient that's coded?
3  A. Is what?
4  Q. Tears to the vagina wall that looked fresh.
5  A. The first thing he documented?
6  Q. One of the first.
7  A. I didn't see the--I haven't seen that chart.
8  Q. Okay. Is a size twelve French catheter too large
9  for a four-year-old female?
10 A. It is large for the--according to this, yes, sir.
11 Q. Well, if the family committed the abuse, it had to
12 happen after the child was discharged from Willis-Knighton
13 South and taken to grandma's house. Would you agree with
14 that?
15 A. Then or they didn't do a good physical initially and
16 it was done sometime during the night prior to the other
17 visit. I mean, it could've happened at any time. You have
18 a normal thing, but you're going to have to ask the
19 provider when he wrote it, how well did you look-- I mean,
20 he's--he's not going to spread her labia and look down
21 there on a child with asthma.
22 Q. Unless he wants to have that particularly noted in
23 the medical records. Right?
24 A. It's not particularly noted. It just says GU,
25 normal, no edema-- You can see no bleeding without

JACQUELYN WHITE
2/12/2020

1   Q.   I don't know.
2   A.   Okay. I mean, really, all this negates anything if
3   you have a SANE evaluation. And I guess in the inpatient
4   side of that chart, it may say whether they decided to
5   pursue it or did not or I don't know. But whether there's
6   inconsistencies there, if a SANE has an evaluation, that's
7   going to tell you if they think there's any trauma or could
8   it have been from the foley catheter insertion from the--
9   the craziness in the ER of putting it in? That skin's very
10  friable. It could've easily, you know, could it have
11  happened? Absolutely.
12  Q.   On February the 12th--
13  A.   Yes, sir.
14  Q.   --two days later--
15  A.   Yes, sir.
16  Q.   --the size twelve French catheter is in place.
17  Again, I'll ask you the same question that we've talked
18  about. Do you know how we go from the eight size to the
19  six size to the twelve size?
20  A.   No, sir.
21  Q.   On February the 13th, I think we're talking about a
22  brain-dead child at this point. Are we, Doc?
23  A.   I did not review that chart.
24  Q.   Okay.
25  A.   I'm sorry.

| | |
|---|---|
| 1 | Q. No. No problem. On February the 13th, at 5:50 |
| 2 | p.m., it's noted a large area of swelling is noted to the |
| 3 | pubic mound region in the labia, more so the pubic mound. |
| 4 | A. Okay. |
| 5 | Q. How long would it take for that swelling to appear? |
| 6 | A. From trauma? |
| 7 | Q. Right. |
| 8 | A. From abuse? |
| 9 | Q. Right. |
| 10 | A. From a couple of minutes to a couple of hours. Was |
| 11 | there bruising with it? Was there just swelling? I think |
| 12 | without a SANE exam or a SANE thing, I don't think it's |
| 13 | really worrisome about any of this. If the child's been on |
| 14 | fluids and all that, they could be having swelling |
| 15 | anywhere. Because the swelling from the trauma of putting |
| 16 | a catheter in very rapidly, is it from sexual abuse? |
| 17 | Q. Well, it's very concerning to me, Doc, that swelling |
| 18 | would happen in a couple of hours. |
| 19 | A. Uh-huh (yes). |
| 20 | Q. Do I have that right? |
| 21 | A. That it can happen in a couple of hours? Sure. |
| 22 | Q. I mean, well, do it this way. More likely than not, |
| 23 | how long is it going to take for that swelling to appear on |
| 24 | the pubic mound? |
| 25 | A. It can be within a couple of minutes to a couple of |