# Shreveport Police Department
# OFFENSE REPORT

EXHIBIT 11

Report Received By
1 ☐ Phone 4 ☐ Mail
2 ☐ 911 5 ☑ Person
3 ☐ Teletype 6 ☐ Other

CAD # 18023139

OFFENSE # 2018004183 ☐ Felony ☐ Misdemeanor ☐ Incident

OFFICER'S NAME Mills, M S BADGE # 544 SUPERVISOR'S NAME Presley, M S BADGE # 216

DATE REPORTED 02/10/2018 TIME REPORTED 09:42 OCCURRENCE DATE 02/10/2018

OCCURRENCE TIME ____ DAY SATURDAY OFFENSE AS REPORTED ____ (Narrative) ____ (LRS#)

LOCATION OF INCIDENT 2247 LEGARDY ST SHREVEPORT, LA (Numerical / Street Name) DISTRICT 01

DID VICTIM RECEIVE VINE INFO ☐ WAS AFFIDAVIT SUBMITTED ☐ WAS DOMESTIC VIOLENCE INVOLVED ☐

(RECORDS USE ONLY) REVIEWERS BADGE # 413

## OFFENSE

| OFFENSE | LRS# | UCR | ATT/COM | LOCATION ENTER CODE | WEAPON ENTER CODE | ENTER 'A' AUTOMATIC | CRIMINAL ACTIVITY ENTER UP TO 3 CODES | | |
|---|---|---|---|---|---|---|---|---|---|
| RAPE AGGRAVATED | 14:42 | RA | ☐ ATT ☑ COM | 20 | 95 | , | | | |
| | | | ☐ ATT ☐ COM | | | | | | |
| | | | ☐ ATT ☐ COM | | | | | | |
| | | | ☐ ATT ☐ COM | | | | | | |
| | | | ☐ ATT ☐ COM | | | | | | |

INCIDENT STATUS:
- ☐ UNFOUNDED
- ☐ CLEARED BY ARREST
- ☑ PENDING
- ☐ CLEARED EXCEPTIONALLY
- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DECLINED
- C ☐ EXTRADITION DECLINED
- D ☐ REFUSED TO COOPERATE
- E ☐ JUVENILE NO CUSTODY
- O ☐ OTHER
- N ☐ NOT APPLICABLE

### LOCATION OF OFFENSE

01 AIR/BUS/TRAIN TERMINAL
02 BANK/SAVINGS & LOAN
03 BAR/NIGHT CLUB
04 CHURCH/SYNAGOGUE/TEMPLE
05 COMMERCIAL/OFFICE BUILDING
06 CONSTRUCTION SITE
07 CONVENIENCE STORE
08 DEPARTMENT/DISCOUNT STORE
09 DRUG STORE/DR'S OFFICE/HOSPITAL
10 FIELD/WOODS
11 GOVERNMENT/PUBLIC BUILDINGS
12 GROCERY/SUPERMARKET
13 HIGHWAY/ROAD/ALLEY
14 HOTEL/MOTEL/ETC.
15 JAIL/PRISON
16 LAKE/WATERWAY
17 LIQUOR STORE
18 PARKING LOT/GARAGE
19 RENTAL STORAGE/FACILITY
20 RESIDENCE/HOME
21 RESTAURANT
22 SCHOOL/COLLEGE
23 SERVICE/GAS STATION
24 SPECIALTY STORE (TV,FUR,ETC)
25 OTHER/UNKNOWN
40 CASINO LAND BASED
41 CASINO RIVER BOAT

### TYPE OF WEAPON/FORCE INVOLVED:

11 FIREARM (type not stated)
12 HANDGUN
13 RIFLE
14 SHOTGUN
15 OTHER FIREARM
20 KNIFE/CUTTING INSTRUMENT
30 BLUNT OBJECT
35 MOTOR VEHICLE
40 PERSONAL WEAPONS
50 POISON
60 EXPLOSIVES
65 FIRE/INCENDIARY
70 NARCOTICS/DRUGS
85 ASPHYXIATION
90 OTHER
95 UNKNOWN
99 NONE

### TYPE CRIMINAL ACTIVITY:

B BUYING/RECEIVING
C CULTIVATION/ MANUFACTURING/PUBLISHING
D DISTRIBUTION/SELLING
E EXPLOITING CHILDREN
O OPERATING/PROMOTING/ ASSISTING
P POSSESSING/CONCEALING
T TRANSPORTING/TRANSMITTING IMPORTING
U USING/CONSUMING
I POSSESSION W/ INTENT TO DIST.
X OTHER

## BRIEF NARRATIVE

VICTIM TAKEN TO HOSPITAL DUE TO NOT BREATHING. VICTIM (JUVENILE) HAD INJURY THAT IS UNEXPLAINED. DET CONTACTED DUE TO POSSIBLE RAPE.

(For Burglary Only) POINT OF ENTRY: ____
TOOL/EVIDENCE USED: ____
NUMBER OF PREMISES ENTERED: ____
METHOD OF ENTRY: ☐ FORCIBLE ☐ NO FORCE

### INVESTIGATIVE FACTORS

| Info Element | Wgt | Info Element | Wgt |
|---|---|---|---|
| Est. time lapse between crime and the initial investigation | | On view report of offense | 1 ☑ |
| | | Usable fingerprints | 7 ☐ |
| Less than 1 hour | 5 ☐ | Suspect name | 9 ☑ |
| 1 to 12 hours | 1 ☑ | Suspect description | 5 ☑ |
| More than 12 hours | 0 ☐ | Vehicle description | 2 ☐ |
| Witness report of offense | 7 ☐ | Vehicle license number | 5 ☐ |
| | | Total Score: | 11 |

REPORTING PERSON CLASS CODE: JUVENILE ☐ WITNESS ☐ INTERVIEWED ☐

REPORTING PERSON:

Boyter, Denise (Last / First / Middle) SEX F RACE W DOB 04/05/1967

ADDRESS 2510 BERT KOUNS INDUSTRIAL LOOP SHREVEPORT, LA (Numerical / Street Name / City/Town / State / Zip)

HOME PHONE (318) 212-5000 BUSINESS PHONE (318) 212-7337

# VICTIM

VICTIM # 1 (Last, First, Middle): H[redacted], A[redacted] | D.L. | Phone: (Home) | Phone: (Bus.)

ADDRESS: (Street, City, State, Zip): 3011 KITTY LN APT. B SHREVEPORT, LA | ADDRESS: (Bus.)

VICTIM CONNECTED TO OFFENSE: 1☑ 2☐ 3☐ 4☐ 5☐

NEGLIGENT HOMICIDE
- 30 ☐ Child Playing w/ Weapon:
- 31 ☐ Gun Cleaning Accident
- 32 ☐ Hunting Accident
- 33 ☐ Other Negligent Weapons Handling
- 34 ☐ Other Negligent Killing
- 40 ☐ Child Abuse

TYPE OF VICTIM: (Check Only One)
- I ☐ INDIVIDUAL
- B ☐ BUSINESS
- F ☐ FINANCIAL
- G ☐ GOVERNMENT
- R ☐ RELIGIOUS
- S ☐ SOCIETY/PUBLIC
- O ☐ OTHER
- U ☐ UNKNOWN
- J ☑ JUVENILE
- L ☐ L.E. OFFICER

RACE: W ☐ WHITE; B ☑ BLACK; I ☐ INDIAN; A ☐ ASIAN; U ☐ UNKNOWN

SEX: M ☐ MALE; F ☑ FEMALE; U ☐ UNKNOWN

AGE: 00

DOB:

RESIDENT STATUS FOR VICTIM: R ☐ RESIDENT; N ☐ NONRESIDENT; U ☐ UNKNOWN

ETHNICITY: H ☐ HISPANIC; N ☐ NON-HISPANIC; U ☐ UNKNOWN

AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES: (Check up to Two)
- 01 ☐ ARGUMENT
- 02 ☐ ASSAULT ON OFFICER
- 03 ☐ DRUG DEALING
- 04 ☐ GANGLAND
- 05 ☐ JUVENILE GANG
- 06 ☐ LOVER'S QUARREL
- 07 ☐ MERCY KILLING
- 08 ☐ OTHER FELONY INVOLVED
- 09 ☐ OTHER CIRCUMSTANCES
- 10 ☐ UNKNOWN CIRCUMSTANCES
- 40 ☐ CHILD ABUSE

*If law enforcement officer assaulted, mark box 2. If law enforcement officer is killed, mark any box except 2*

ADDITIONAL JUSTIFIED HOMICIDE CIRCUMSTANCES (Check only one code)
- A ☐ Criminal Attacked Officer, Officer Killed Criminal
- B ☐ Criminal Attacked Officer, Other Officer Killed Crimina
- C ☐ Criminal Attacked by Civilian
- D ☐ Criminal Attempted Flight from a Crime
- E ☐ Criminal Killed in the Commission of a Crime
- F ☐ Criminal Resisted Arrest
- G ☐ Unable to Determine/Not Enough Information

This Section Is Filled Out If Victim Is Law Enforcement Officer

LEOKA in line of duty. Type of Assignment (Mark one box)
- 12 ☐ TWO-OFFICER VEHICLE
- 13 ☐ ONE-OFFICER VEHICLE
- 14 ☐ ONE-OFFICER VEHICLE ASSISTED
- 15 ☐ DETECTIVE OR SPECIAL ASSIGNMENT ALONE
- 16 ☐ DETECTIVE OR SPECIAL ASSIGNMENT ASSISTED
- 17 ☐ OTHER ALONE
- 18 ☐ OTHER ASSISTED

RELATIONSHIP OF VICTIM TO OFFENDER: (For multiple offender relationships enter offender number(s) in space)

| Code | Relationship | Code | Relationship | Code | Relationship |
|---|---|---|---|---|---|
| SE | SPOUSE | SC | STEPCHILD | XS | EX-SPOUSE |
| CS | COMMON-LAW SPOUSE | SS | STEP SIBLING | EE | EMPLOYEE |
| PA | PARENT | OF | OTHER FAMILY | ER | EMPLOYER |
| SB | SIBLING | AQ | AQUAINTANCE | OK | OTHERWISE KNOWN |
| CH | CHILD | FR | FRIEND | ST | STRANGER |
| GP | GRANDPARENT | NE | NEIGHBOR | RU | RELATIONSHIP UNKNOWN |
| GC | GRANDCHILD | BE | BABYSITTEE (baby) | NM | NON-MARRIED LIVE IN |
| IL | IN-LAW | BG | BOY/GIRL FRIEND | VO | VICTIM WAS OFFENDER |
| SP | STEPPARENT | CF | CHILD OF "BG" ABOVE | ES | VICTIM WAS ESTRANGED SPOUSE |
| | | HR | HOMOSEXUAL REL. | XB | EX BOY/GIRL FRIEND |

JUSTIFIABLE HOMICIDE (Check One)
- 20 ☐ Criminal killed by citizen
- 21 ☐ Criminal killed by police

INJURY TYPE (Check all that apply)
- N ☐ NONE
- B ☐ BROKEN BONES
- I ☑ POSS. INTERNAL INJURY
- L ☐ SEVERE LACERATION
- M ☐ MINOR INJURY
- O ☑ MAJOR INJURY
- T ☐ LOSS OF TEETH
- U ☑ UNCONSCIOUSNESS

LEOKA in line of duty: Type of Activity (Mark one box.)
- K ☐ RESPONDING TO "DISTURBANCE CALLS"
- L ☐ BURGLARIES IN PROGRESS OR PURSUING BURGLARY SUSPECTS
- M ☐ ROBBERIES IN PROGRESS OR PURSUING ROBBERY SUSPECTS
- N ☐ ATTEMPTING OTHER ARRESTS
- D ☐ CIVIL DISORDER
- P ☐ HANDLING, TRANSPORTING, CUSTODY OF PRISONERS
- Q ☐ INVESTIGATING SUSPICIOUS PERSONS OR CIRCUMSTANCES
- R ☐ AMBUSH - NO WARNING
- S ☐ MENTALLY DERANGED
- T ☐ TRAFFIC PURSUITS AND STOPS
- U ☐ ALL OTHER

# OFFENDER/ARRESTEE

Class Code: # 1 NAME: | ADDRESS: (Street, City, State, Zip)

ALIAS: | HOME PHONE: | BUS. PHONE: | OFFENDER/ARRESTEE CONNECTED TO OFFENSE 1☐ 2☐ 3☐ 4☐ 5☐ 6☐ 7☐ 8☐ 9☐ 10☐

AGE:

DOB:

SEX: M ☐ MALE; F ☐ FEMALE; U ☐ UNKNOWN

RACE: W ☐ WHITE; B ☐ BLACK; I ☐ INDIAN; A ☐ ASIAN; U ☐ UNKNOWN

OFFENDER USED/MOTIVE: A ALCOHOL; C COMPUTER EQUIPMENT; D DRUGS/NARCOTICS; G GAMING ACTIVITY MOTIVE

HEIGHT:

WEIGHT: 0

EYES:

HAIR:

EHTNICITY: H ☐ HISPANIC; N ☐ NON-HISPANIC; U ☐ UNKNOWN

HATE/BIAS MOTIVATED: (Check One)

ANTI-RACIAL BIAS
- 11 ☐ WHITE
- 12 ☐ BLACK
- 13 ☐ AMERICAN INDIAN OR ALASKAN NATIVE
- 14 ☐ ASIAN/PACIFIC ISLANDER
- 15 ☐ MULTI-RACIAL GROUP

ANTI-RELIGIOUS BIAS
- 21 ☐ JEWISH
- 22 ☐ CATHOLIC
- 23 ☐ PROTESTANT
- 24 ☐ ISLAMIC (MUSLIM)
- 25 ☐ OTHER RELIGION
- 26 ☐ MULTI-RELIGIOUS GROUP
- 27 ☐ ATHEISM/ AGNOSTICISM

ANTI-ETHNICITY/ NATIONAL ORIGIN
- 32 ☐ HISPANIC
- 33 ☐ OTHER ETHNICITY/ NATIONAL ORIGIN

ANTI-SEXUAL
- 41 ☐ MALE HOMOSEXUAL (GAY)
- 42 ☐ FEMALE HOMOSEXUAL (LESBIAN)
- 43 ☐ HOMOSEXUAL (GAY & LESBIAN)
- 44 ☐ HETEROSEXUAL
- 45 ☐ BISEXUAL

OTHER BIAS
- 70 ☐ AGE
- 71 ☐ ANCESTRY
- 72 ☐ CREED
- 73 ☐ GENDER
- 74 ☐ ORGANIZATIONAL AFFILIATION

DISABILITY BIAS
- 51 ☐ ANTI-PHYSICAL DISABILITY
- 52 ☐ ANTI-MENTAL DISABILITY

NON-SPECIFIC
- 88 ☐ NONE
- 99 ☐ UNKNOWN

IF ARRESTED, COMPLETE SHADED AREA

MULTIPLE CLEARANCE INDICATOR: M ☐ MULTIPLE; C ☐ COUNT ARRESTEE; N ☐ NOT APPLICABLE

ARRESTEE WAS ARMED WITH: (Check all that apply) (Enter "A" in box if automatic)
- 01 ☐ UNARMED
- 11 ☐ FIREARM (type not stated)
- 12 ☐ HANDGUN
- 13 ☐ RIFLE
- 14 ☐ SHOTGUN
- 15 ☐ OTHER FIREARM
- 16 ☐ LETHAL CUTTING INSTRUMENT (e.g. Switchblades, Knife, etc)
- 17 ☐ CLUB/BLACK JACK/BRASS KNUCKLES

TYPE OF ARREST
- O ☐ ON-VIEW
- S ☐ SUMMONED/CITIED
- T ☐ TAKEN INTO CUSTODY

DISPOSITION OF ARREST UNDER 17:
- D ☐ HANDLED WITHIN DEPARTMENT
- J ☐ REFERRED TO JUVENILE COURT OR PROBATION DEPARTMENT
- W ☐ REFERRED TO WELFARE AGENCY
- P ☐ REFERRED TO OTHER POLICE AGENCY
- A ☐ REFERRED TO CRIMINAL OR ADULT COURT

LRS #: 1. 2. 3. 4. 5.

Connected to Offense #: 1. 2. 3. 4. 5.

1. ARRESTED 2. MISSING 3. SUSPECT 4. WANTED 5. WITNESS 6. JUVENILE 7. BUSINESS 8. OTHER VICTIM 9. INTERVIEWED 10. HOSPITAL 11. TREAT AND RELEASE 12. MEDICAL ATTENTION REFUSED 13. DECEASED 14. SUMMONS

# WITNESS

| NAME (Last, First, Middle) | DOB | SEX | RACE | ALIAS | HOME ADDRESS (Street, City, State, Zip) | Home Phone | Bus. Phone |
|---|---|---|---|---|---|---|---|
| RESTRICTED | | | | "doctor" | | | |
| RESTRICTED | | | | | | | |

COMPLAINANT'S NAME
Last First Middle
Boyter, Denise
Address
2510 BERT KOUNS INDUSTRIAL LOOP
Type Incident

# Shreveport Police Department
## PROPERTY/VEHICLE SUPPLEMENT

02/10/2018
Date of Occurrence

01
District

18023139
Offense Number

02/10/2018 09:42
Time/Date of Supplement Report

| TYPE PROP LOSS CODE | BRAND | PROPERTY DESCRIPTION | MODEL | QTY. | LIC # | SERIAL NO./VIN | COLOR | SIZE | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 6 | | Cardboard Box W/ 2 Buccal | | 1.00 | | | MUL | | $10.00 |
| 6 | | Sexual Assault Exam | | 1.00 | | | MUL | | $300.00 |
| 6 | | Sheet | | 1.00 | | | | | $1.00 |
| 6 | | Jeans | | 1.00 | | | | | $1.00 |
| 6 | | T-Shirt | | 1.00 | | | GRY | | $1.00 |
| 6 | | Wash Cloth | | 1.00 | | | | | $1.00 |
| 6 | | Swabs From Inside Jeans | | 2.00 | | | | | $1.00 |
| 6 | | Swabs From Inside Jeans | | 2.00 | | | | | $1.00 |
| 5 | | Blood Stain Card | | 1.00 | | | | | $1.00 |
| 5 | | Saliva Sample | | 1.00 | | | | | $1.00 |
| 5 | | Left Fingernail Clippings | | 1.00 | | | | | $1.00 |
| 5 | | Right Fingernail Clippings | | 1.00 | | | | | $1.00 |
| 6 | | I Phone 5 W/ Micky Mouse | | 1.00 | | | MUL | | $300.00 |
| 6 | | I Phone 6 W/ Case | | 1.00 | | | MUL | | $300.00 |

TYPE PROPERTY LOSS/ETC.
(enter number in code column above)

1 NONE
2 BURNED
3 COUNTERFEIT/FORGED
4 DAMAGED/DESTROYED
5 RECOVERED
6 SEIZED
7 STOLEN
8 UNKNOWN
9 UNAUTHORIZED USE
10 USED IN CRIME

OFFICER'S NAME Mills, M S BADGE # 544 DATE 02/10/2018 SUPERVISOR Presley, M S BADGE # 216