## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **Akeem Henderson, et al.** | Case No. 5:19-CV-00163 |
| Plaintiffs; | |
| | Judge Elizabeth E. Foote |
| v. | |
| | Magistrate Judge Mark L. Hornsby |
| **Willis-Knighton Medical Center** | |
| Defendant. | |

## AFFIDAVIT

Before me, the undersigned notary public, came and appeared,

### SUSAN RAINER, RN

who after being duly sworn, did declare that:

1. I am a registered nurse ("RN") licensed in Louisiana and Texas. My curriculum vitae, attached as "Exhibit 1" accurately reflects my qualifications.

2. I have reviewed the medical records of A.H. from Willis-Knighton Medical Center South from the patient's February 10, 2018 emergency room treatment regarding the above-captioned matter, excerpts of which are attached as "Exhibit 2".

3. On February 10, 2018, I was working in the emergency department at Willis-Knighton South. A.H. presented to the emergency department at 1:54 a.m. with complaints of breathing difficulty and asthma exacerbation. I triaged the patient at 2:05 and assigned an Acuity of "2- Emergent." *Exhibit 2, p. 126.*

4. The patient was given a DuoNeb 1 unit dose inhalation immediately upon her arrival to the emergency department. *Exhibit 2, p. 122-123.* A Flu Test was negative. *Exhibit 2, p.*

*131.* At 2:32, the patient showed no adverse reaction to the DuoNeb, and her respiratory status was improving. *Exhibit 2, p. 127.*

5. The patient was seen by Dr. David Easterling, who ordered additional medications. At 3:16, I administered an Albuterol One Unit Dose – 2.5 mg inhalation to the patient. *Exhibit 2, p. 127.* I also administered Decadron – Dexamethasone Sodium Phosphate 4 mg IM once, at 3:44. The patient tolerated both medications well and her respiratory status improved. *Exhibit 2, p. 124-127.*

6. The patient's vital signs and respiratory function were continuously monitored the entire time A.H. was in the emergency department. At 3:23, the patient had the following vital signs: Pulse 145, Respirations 34, Pulse Ox 99%. *Exhibit 2, p. 126.*

7. After the patient was treated and her condition improved, the patient was discharged by Dr. Easterling to home with her family at 3:52 in stable condition. *Exhibit 2, p. 127.* In my opinion, there was no indication that the patient needed to be admitted to the hospital for further treatment.

8. Clear discharge instructions were given to the mother. I recall telling the family to watch the patient closely and return to the emergency department if her symptoms worsened. The patient's mother did not express any concerns at the time of A.H.'s discharge.

9. In my opinion, A.H. was in stable condition when discharged from Willis-Knighton South, and she did not appear to be in any respiratory distress at that time. While in the emergency department, I provided A.H. with breathing treatments, medications to treat asthma and bronchospasm, and monitored her until respiratory status had improved. An influenza test was negative. At the time of her discharge, A.H. was not experiencing respiratory distress and was in stable condition. I certainly did not have any knowledge

that this patient was unstable at the time of her discharge and would not have expected her to get worse after leaving the hospital.

10. I have worked with Dr. Easterling in the emergency department on other occasions. Based on my experience working with Dr. Easterling, I do not believe he would ever discharge a patient that was not stable or healthy enough to go home. If I had thought the patient would deteriorate, I would have said something to the doctor, and if I had thought he was sending home am unstable patient, I would have communicated it to my supervisors. In fact, I remember having a discussion with Dr. Easterling regarding whether the patient was ready for discharge, and we both agreed that she did not need to be admitted to the hospital and could be discharged because her condition had improved and stabilized.

11. I was not involved further in the patient's care following her discharge at 3:52 on February 10, 2018. I subsequently learned that during her treatment at Willis-Knighton Bossier and hospitalization, the patient was examined for signs of possible sexual abuse. At the time I treated the patient in the emergency department at Willis-Knighton South, there was no indication that the patient needed to be screened for abuse. I had prior experience working at a facility where I treated a high rate of abused children, and would have been quick to report suspected abuse and request a SANE examination if one was needed.

12. In the medical records containing my documentation for this patient, there is a section with "Corrections". If a correction is made to the electronic record after an initial entry is made, the record shows that a correction was made. Corrections to my entries made at 2:05 and 2:11 are shown on page 128 of the record, a copy of which is attached. Both

corrections were made to adjust the time. It is not unusual to update vital signs after treating a patient first. It's more important to treat the patient and then go back and make sure the information was entered correctly and that the time was accurate. For the 2:11 correction, I accidently clicked the patient was grunting, but she was not. The correction reflects that I changed my entry to fix that mistake. *Exhibit 2.*

13. I have independent recollection of this patient because I was surprised to hear she was later returned to the hospital in critical condition.

14. The foregoing is based on my personal knowledge, as well as my training, skills, and expertise as a registered nurse.

_____ RN
SUSAN RAINER, RN

**WITNESSES:**

_____
(Signature)

Sherry Benson
(Printed Name)

_____ RN
(Signature)

B. Shields RN
(Printed Name)

**SWORN TO AND SUBSCRIBED** before me, the undersigned Notary, this 22 day of April, 2020, at 1734.

_____
NOTARY PUBLIC

MARCIE ANDERSON
Notary Public, State of Texas
Comm. Expires 07-18-2020
Notary ID 129058375



## CERTIFICATION OF MEDICAL RECORDS

I hereby certify that the attached medical record of:

**A█████████ H██████████████**

Is a true copy of the medical record on file at the WILLIS KNIGHTON SOUTH MEDICAL CENTER, 2510 BERT KOUNS IND LP, SHREVEPORT, LA 71118; that these records were prepared by the medical facility personnel during the course of business at or near the time of the visit; that I am the duly authorized Health Information Management Representative, and I have the authority to certify same.

10/4/19
Date

Patricia Lee, RHIT
Health Information Management Representative

Exhibit 2

# WILLIS-KNIGHTON MEDICAL CENTER
## SHREVEPORT, LA
## EMERGENCY ROOM REGISTRATION INFORMATION (3008)

NAME: ▉▉▉▉▉▉

ACCT. NO: **K20034594943**

GUARANTOR: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
      SHREVEPORT,LA 71107
PHONE: (318)210-3821

NEXT OF KIN: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
      SHREVEPORT,LA 71107
PHONE: (318)210-3821    RELATION: PARENT

GUAR EMPLOYER: CHILD
ADDRESS:

PHONE:

ARRIVED FROM: C
ATTENDING PHYS: Easterling, David R M.D.
ADMIT/OTHER PHYS:
PRIM CARE PHYS:

|  | NAME | POLICY # | GROUP # | BENEFIT PLAN |
|---|---|---|---|---|
| PRIMARY INS: | LA HLTHCARE CONN LA ME | 1997286459512 | ▉▉▉▉▉▉ | MEDICAID |
| SECONDARY INS: |  |  |  |  |
| TERTIARY INS: |  |  |  |  |
| FOURTH INS: |  |  |  |  |

ACCT NO: K20034594943
ROOM:
STATUS: REG ER

DATE: 02/10/18
TIME: 0154
SERV/LOC: ERS

UNIT#: K000629604
F/C: MA
SS#: ▉▉▉▉▉▉

PATIENT: ▉▉▉▉▉▉
ADDRESS: 2247 LEGARDY STREET
      SHREVEPORT,LA 71107
PHONE: (318)210-3821

COUNTY: CADDO PARISH

BIRTHDATE ▉▉▉▉▉▉
AGE: 4Y
SEX: F
RACE BLACK OR AFRICAN AME
RELIGION: Other
MARITAL STAT: SINGLE

EMPLOYER: GOD'S GIFT
ADDRESS: 2305 MARIAN PL
      SHREVEPORT,LA 71109
      000-0000

PERSON TO NOTIFY: ALEXANDER,JENNIFER
ADDRESS: 2247 LEGARDY STREET
      SHREVEPORT,LA 71107
PHONE: (318)210-3821    RELATION: PARENT

Is the Patient here for Pre-Op Testing: N
Comments:
Reason for Visit: **BREATHING DIFFICULTY,ASTHMA EXACERBATION**    Admit Clerk: PATERA.AM
Known Drug Allergies: NKDA    HIPPA Notice Given: Y    Date Notice Given: 08/23/14    Device Id: AMSPC5
Interpreter ID Number:    Patient Survey: N    Preferred Language: ENGLISH    Ethnicity: NHILAT
Do you have an advaced directive that you would like to present to us today? N



K20034594943

*Physician Documentation*                                                      *Willis Knighton South*

**Name:** ▮▮▮▮▮
**Age:** 4 yrs **Sex:** Female **DOB:** ▮▮▮▮▮                    **MRN:** 1116206
**Arrival Date:** 02/10/2018 **Time:** 01:54                              **Account#:** K20034594943
**Bed** 20                                                                         **Private MD:** Allen, Scott

**HPI:**

02/10 This 4 yrs old Black/African Am Female presents to ED via Ambulatory with complaints of **Breathing**   dre/mj2
02:33 **Difficulty, Asthma Exacerbation**.

02:33 The patient presents to the emergency department with cough, wheezing. Onset: The symptoms/episode   dre/mj2
began/occurred at 00:00. Associated signs and symptoms: Pertinent positives: cough, wheezing, Pertinent
negatives: abdominal pain, body aches, chest pain, constipation, diarrhea, dysuria, earache, fever,
headache, myalgias, nasal discharge, seizure, sore throat, vomiting. Modifying factors: The patient
symptoms are alleviated by nothing, the patient symptoms are aggravated by nothing. The patient has
experienced a previous episode. The patient has been recently seen by a physician: SEEN AT QUICK
CARE THURSDAY, DX WITH URI/STREP GIVEN Z PAK. HX AUTISM, ASTHMA, HAS BREATHING
MACHINE AT HOME-ALBUTEROL, ONE TX PTA.

**Historical:**
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
    1. Albuterol Inhl as needed
    2. dulera 2 puffs am and 2 puffs pm
    3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

**Historical:**

02:11 Family history: No immediate family members are acutely ill. Immunization history: Childhood   sr11
immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with
mother The patient attends nursery school the patient is a minor.

02:33 The history from nurses notes was reviewed and confirmed.   dre/mj2

**ROS:**

02:33 ROS as in the HPI, and all other systems were reviewed negative, or noncontributory, except as   dre/mj2
mentioned below. **Eyes:** Negative for injury, pain, redness, and discharge, **ENT:** Negative for injury, pain,
and discharge, **Neck:** Negative for injury, pain, and swelling, **Cardiovascular:** Negative for chest pain,
palpitations, and edema, **Abdomen/GI:** Negative for abdominal pain, nausea, vomiting, diarrhea, and
constipation, **Back:** Negative for injury and pain, **GU:** Negative for injury, bleeding, discharge, and
swelling, **MS/Extremity:** Negative for injury and deformity, **Skin:** Negative for injury, rash, and
discoloration, **Neuro:** Negative for headache; weakness, numbness, tingling, and seizure. **Constitutional:** :
Positive for coughing, shortness of breath, Negative for chills, fatigue, malaise, acute pain, poor PO intake,
vomiting, weight loss. **Respiratory:** Positive for cough, wheezing, Negative for dyspnea on exertion,
hemoptysis, orthopnea, pleurisy, paroxysmal nocturnal dyspnea, sputum production.

**Exam:**

02:33                                                                                                    dre/mj2

**Head/Face:** Normocephalic, atraumatic.
**Eyes:** Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal.
Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with
no swelling, redness, or edema.
**ENT:** Nares patent. No nasal discharge, no septal abnormalities noted. Tympanic membranes are normal
and external auditory canals are clear. Oropharynx with no redness, swelling, or masses, exudates, or
evidence of obstruction, uvula midline. Mucous membrane moist
**Neck:** Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple,
full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Lymphatic No
abnormal lymphadenopathy noted by palpation in the neck or axilla
**Chest/axilla:** Normal symmetrical motion. No tenderness. No crepitus. No axillary masses or tenderness.

## *Physician Documentation Con't.*

**Cardiovascular:** Regular rate and rhythm with normal S1 and S2. no murmurs, rubs or gallops. Pulses intact and symmetrical throughout. No edema or JVD.

**Abdomen/GI:** Soft, non-tender, nondistended, no mass, no hepatosplenomegaly. No rebound or guarding. Bowel sounds present all quadrants. No hernia noted

**Back:** No spinal tenderness. No costovertebral tenderness. Full range of motion.

**Skin:** Warm and dry with excellent turgor. capillary refill <2 seconds. No cyanosis, pallor, rash or edema.

**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Joints show full, normal range of motion. Good muscle tone and strength. No acute changes of nails or digits

**Neuro:** Awake or easily awakened, alert, makes good eye contact, age appropriate reflexes, good tone, easily consolable.

**Constitutional:** The patient appears Blood pressure, pulse, respirations and temperature noted. awake, alert, well developed, well groomed, well hydrated, well nourished, non-diaphoretic, non-toxic, afebrile.

**Respiratory:** the patient does not display signs of respiratory distress, Respirations: normal, symetrical, no use of accessory muscles, no grunting, no evidence of nasal flaring, no appreciated paradoxical movements, no prolonged exhalations, no pursed lip breathing, no retractions, no shallow respirations, no splinting, no tachypnea, Breath sounds: rales, are not appreciated, rhonchi, are not appreciated, wheezing, that is mild, bronchial sounds, are not appreciated, decreased breath sounds, are not appreciated, stridor, is not appreciated.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 02:05 | 156 | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)                                          sr11
02:05 100% breathing treatment                                                              sr11

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

**MDM:**

02:30 Patient medically screened.                                                           dre
02:33                                                                                        dre/mj2

**Data interpreted:** Pulse oximetry: on room air observed by me at the bedside is 91 %.

03:50                                                                                        dre

**Differential diagnosis:** bacterial infection, bronchitis, fever, gastroenteritis, pneumonia URI, UTI, viral Infection.

**Data reviewed:** vital signs, nurses notes, lab test result(s), radiologic studies.

**Counseling:** I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for outpatient follow up.

**Response to treatment:** the patient's symptoms have resolved after treatment, the patient's condition has returned to base line.

| Order | Status | Time | By | For |
|-------|--------|------|-----|-----|
| DuoNeb 1 unit dose Inhalation once | Ordered | 02/10/18 02:04 | sr11 | dre |
| | Administered | 02/10/18 02:04 | sr11 | |
| Notes: | Order Method: Verbal - Read back | | | |
| | Sign off: Easterling, David, MD 02/10/18 02:31 | | | |

**Name:** ▬▬▬▬▬▬

**MRN:** 1116206
**Account#:** K20034594943

Print Time: 2/11/2018 06:00:37

Page 2 of 4

## *Physician Documentation Con't.*

**Drug alert over ride reasons:** Clinically indicated

| 02/10/18 02:04 | **Administered:** DuoNeb 1 unit dose Inhalation | | | | sr11 |
| 02/10/18 02:32 | **Follow Up:** Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | sr11 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Influenza by PCR | Ordered | 02/10/18 02:31 | dre | dre |
| | Reviewed | 02/10/18 03:10 | David Easterling | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

**Interpretation:** negative.

**Ordering Location:**  ERSPC100.1

**Priority LAB:**  Stat

**Collected by Nurse? (Yes - Change to No for Lab Collect):**   Yes

**Specimen Source (LBFLUSPEC):**   Nasopharynx

| Order | Status | Time | By | For |
|---|---|---|---|---|
| COLLECT SWAB | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:32 | Susan Rainer | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Chest 2 View *routine* | Ordered | 02/10/18 02:31 | dre | dre |
| | In Process Unspecified | 02/10/18 03:39 | Dispatcher MedHost | |
| Notes: Bed Name: 20 | Order Method: Electronic | | | |
| | | | | |

**Interpretation:** perihilar infiltrates, otherwise negative .

**Is the patient able to bear weight? (OERDBEARWT):**

**Is the patient at risk for falls? (OERDFALLS):**

**MODE OF TRANSPORTATION : (OERDTRANS):**   Stretcher

**O2: (OEADO2):**   No

**Priority RAD:**  Stat

**REASON FOR EXAM: (OERDEXAM):**   Breathing Difficulty, Asthma Exacerbation

**WEIGHT? : (OERDWEIGHT):**  18.14

**ER EXAM ROOM/BED: (OERDERRMBD):**  20

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Call X-Ray Tech | Ordered | 02/10/18 02:31 | dre | dre |
| | Completed | 02/10/18 02:36 | Susan Rainer | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation once | Ordered | 02/10/18 03:11 | dre | dre |
| | Administered | 02/10/18 03:16 | sr11 | |
| Notes: | Order Method: Electronic | | | |
| | | | | |

**Name:** ▓▓▓▓▓▓▓▓▓▓▓▓▓

Print Time: 2/11/2018 06:00:37

**MRN:** 1116206
**Account#:** K20034594943
Page 3 of 4

## *Physician Documentation Con't.*

| 02/10/18 03:16 | **Administered:** Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg Inhalation | | | | sr11 |

| 02/10/18 03:55 | **Follow Up:** Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | sr11 |

| Order | Status | Time | By | For |
|---|---|---|---|---|
| Decadron - Dexamethasone Sodium Phosphate 4 mg IM once | Ordered | 02/10/18 03:12 | dre | dre |
| | Administered | 02/10/18 03:44 | mh7 | |
| **Notes:** | **Order Method:** Electronic | | | |
| | | | | |

| 02/10/18 03:44 | **Administered:** Decadron - Dexamethasone Sodium Phosphate 4 mg IM in left ventrogluteal | | | | mh7 |

| 02/10/18 04:00 | **Follow Up:** Response: No Adverse Reaction; Tolerated well | | | | sr11 |

**Order Signatures:**

Easterling, David, MD          MD    dre          Rainer, Susan, RN          RN    sr11

**Scribe Statement:**

02/10
02:13 Scribed for **Dr. David R Easterling, MD** by Morgan Jaudon, Scribe          dre/mj2

**Disposition:**

03:50 Electronically signed by: David Easterling, M.D. I personally performed the services described in this          dre
documentation as scribed in my presence and it is both accurate and complete. Disposition.

**Disposition:**

**02/10/18 03:52 Discharged to Home/Self Care. Impression: Acute bronchospasm.**
- Condition is Stable.
- Discharge Instructions: Bronchospasm, Pediatric.
- Prescriptions for
  prednisolone 15 mg/5 mL Oral Solution
  - take 10 milliliter by ORAL route once daily for 5 days with food; 50 milliliter.
- Follow up: Allen, Scott; When: 2 days; Reason: Recheck today's complaints.
- Problem is an acute exacerbation.
- Symptoms are resolved.

**Signatures:**

Dispatcher MedHost                    EDMS          Easterling, David, MD          MD    dre
Jaudon, Morgan, Scribe          Scribe mj2          Harmon, Melissa, RN          RN    mh7
Rainer, Susan, RN          RN    sr11

**Corrections:**

03:52 ~~03:52 02/10/2018 03:52 Discharged to Home/Self Care. Impression: Acute bronchospasm. Condition~~
~~is Stable. Follow up: Scott Allen; When: 2 days; Reason: Recheck today's complaints. Problem~~
~~is an acute exacerbation. Symptoms are resolved.~~          ~~dre~~   dre

---

**Name:** ███████████

Print Time: 2/11/2018 06:00:37

**MRN:** 1116206
**Account#:** K20034594943
Page 4 of 4

## *Nurse's Notes*

**Name:** ▓▓▓▓▓▓▓▓
**Age:** 4 yrs **Sex:** Female **DOB:** ▓▓▓▓▓▓▓▓
**Arrival Date:** 02/10/2018 **Time:** 01:54
**Bed** 20

### *Willis Knighton South*

**MRN:** 1116206
**Account#:** K20034594943
**Private MD:** Allen, Scott

**Presentation:**

| | | |
|---|---|---|
| 02/10 02:05 | Preferred language for medical communication is English. Presenting complaint: Mother states: woke up at midnight wheezing and coughing, i took her to quick care the other day, she has strep throat and URI, shes been taking a z pack, gave breathing treatment at home with no relief, pt currently sitting in tripod position. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Mechanism of Injury: denies injury. Care prior to arrival: Medications: Albuterol Neb. | sr11 |
| 02:11 | Acuity: 2 - Emergent. | sr11 |
| 02:15 | Method of Arrival: Ambulatory. | sr11 |

**Triage Assessment:**

02:05 **General:** Appears well developed, well nourished, well groomed, distressed, uncomfortable, Behavior is       sr11
appropriate for age, anxious, mobility; ambulates without assistance. **Pain:** level that is acceptable is 0 out
of 10 on a pain scale.

**Historical:**
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Inhl as needed
  2. dulera 2 puffs am and 2 puffs pm
  3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

**Historical:**

02:11 Family history: No immediate family       sr11
members are acutely ill. Immunization
history: Childhood immunizations up to
date, Last flu immunization: up to date.
Social history: The patient lives at home
with mother The patient attends nursery
school the patient is a minor.

02:33 The history from nurses notes was       dre/mj2
reviewed and confirmed.

**Screening:**

02:05 **Abuse screen:**       sr11
Denies threats or abuse. Denies injuries from
another. there are no obvious signs of child
abuse.
**Patient fall risk assessment;**
No risks identified.
**Learning Barriers:**
No barriers to teaching and learning
identified.
**Pedi Fall Risk**
No risks identified.
**Exposure risk/Travel Screening:**
No exposures identified.

**Assessment:**

02:11 **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed,       sr11
well nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility;
ambulates without assistance. **Neuro:** Level of Consciousness is alert, awake, obeys commands. **EENT:**
Reports Sore Throat Parent/caregiver reports the patient having nasal congestion nasal discharge.
**Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers Rhythm is sinus tachycardia.
**Respiratory:** Respiratory effort is labored, with retractions, using tripod position, Respiratory pattern is
tachypnea Airway is patent Breath sounds with wheezes bilaterally. **Dermatologic:** Skin is intact, is healthy
with good turgor, Skin is pink, warm & dry. normal.

02:33 **Respiratory:** Reassessment: Patient states symptoms have improved.       sr11

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 02:05 | | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) | | sr11 |
| 03:23 | | 145 | 34 | | 99% | | | | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm)       sr11

## *Nurse's Notes Con't*

| 02:05 100% breathing treatment | sr11 |

**Vitals:**

| 02:05 Acuity: 2 - Emergent. | sr11 |

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 02:05 | spontaneous(4) | oriented(5) | obeys commands(6) | | 15 | sr11 |

**ED Course:**

| 01:54 | Patient arrived in ED. | ms2 |
| 01:54 | Patient moved to KIOSK. | ms2 |
| 02:04 | Patient moved to 20. | sr11 |
| 02:04 | Rainer, Susan, RN is Primary Nurse. | sr11 |
| 02:11 | Triage completed. | sr11 |
| 02:11 | Patient/caregiver encouraged to voice any concerns. Side rails up X 1. Bed in low position. Child being held by parent. Pulse oximetry, Bedside monitor alarms on and audible. | sr11 |
| 02:13 | Easterling, David, MD is Attending Physician. | dre |
| 02:15 | Allen, Scott is Private Physician. | sr11 |
| 02:33 | Influenza culture sent to lab. | sr11 |
| 02:46 | Patient moved to Radiology. | jat |
| 02:46 | Chest 2 View *routine* Sent. | jat |
| 03:29 | Patient moved to 20. | jat |
| 03:51 | Allen, Scott is Referral Physician. | dre |
| 03:59 | No procedures done that require assistance. | sr11 |

**Administered Medications:**

| Time | Drug & Dose *Dispensable & Quantity* | Volume | Route | Rate | Infused Over | Site | Delivery | Staff |
|------|--------------------------------------|--------|-------|------|--------------|------|----------|-------|
| 02:04 | DuoNeb 1 unit dose | | Inhalation | | | | | sr11 |
| 02:32 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:16 | Albuterol One Unit Dose (6kg & up) - Albuterol 2.5 mg | | Inhalation | | | | | sr11 |
| 03:55 | Follow up: Response: No Adverse Reaction; Respiratory status improved; Tolerated well | | | | | | | sr11 |
| 03:44 | Decadron - Dexamethasone Sodium Phosphate 4 mg | | IM | | | left ventrogluteal | | mh7 |
| 04:00 | Follow up: Response: No Adverse Reaction; Tolerated well | | | | | | | sr11 |

**Outcome:**

| 03:52 | Discharge ordered by MD. | dre |
| 03:59 | Discharged to home, ambulatory, with family. Discharge instructions given to Mother Instructed on discharge instructions, follow up and referral plans, medication usage, Demonstrated understanding of instructions, medications, Prescriptions given; 1, No questions or concerns expressed to me at discharge. No belongings were removed by WK staff. **Medication reconcilliation form provided. Med Effects:** Effects of administered medications were addressed. **Oxygen use:** Oxygen use not applicable. | sr11 |

## *Nurse's Notes Con't*

04:00 Electronic medical record closed.                                                                    sr11

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Easterling, David, MD | MD | dre | Scriptuser, MEDHOST | | ms2 |
| Torres, Jose | | jat | Jaudon, Morgan, Scribe | Scribe | mj2 |
| Harmon, Melissa, RN | RN | mh7 | Rainer, Susan, RN | RN | sr11 |

**Corrections:**

02:20 ~~02:05 Pulse 156bpm; Resp 36bpm; Pulse Ox 91% RA; 18.14 kg; Height 3 ft. 2 in.; BMI: 19.4; 100% breathing treatment;~~                                                                 ~~sr11~~  sr11

02:22 ~~02:11 Respiratory: Respiratory effort is labored, with retractions, grunting, using tripod position; Respiratory pattern is tachypnea Airway is patent Breath sounds with wheezes bilaterally.~~                                                                 ~~sr11~~  sr11

---

**Name:** ██████████

Print Time: 2/11/2018 06:00:36

MRN: 1116206
Account#: K20034594943
Page 3 of 3

```
RUN DATE: 02/13/18        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES          PAGE 1
RUN TIME: 0207                    WKHS Summary Discharge Report
WK=2600 Greenwood Rd  WKS=2510 BertKounsIndLoop   WKB=2400 Hospital Dr     WKP=8001 Youree Dr
Shreveport,LA 71103    Shreveport, LA 71118    Bossier City, LA 71112    Shreveport,LA 71115
```

| | | |
|---|---|---|
| PATIENT: ███████ | ACCT #: K20034594943  LOC:  ERS | U #: K000629604 |
| DOB: ███████ | AGE/SX: 4Y 04M/F   ROOM: | REG: 02/10/18 |
| ATT DR:  Easterling, David R M.D | STATUS: DEP ER   BED: | DIS: |

### Point of Care Testing

| Date | ---------------FEB 10--------------- | | | |
|---|---|---|---|---|
| Time | 1636 | 1306 | Reference | Units |
| Bedside Glucose | 280 H | | (70-110) | mg/dL |
| FIO2 | | 50% | (ROOM AIR) | % |
| pH | | 6.91 L | (7.31-7.41) | |
| pCO2 | | 88 H | (41-51) | mmHg |
| pO2 | | 33 | (25-40) | mmHg |
| BE | | -15.0 L | (-2-2) | mmol/L |
| HCO3 | | 18 L | (24-38) | mmol/L |
| TCO2 | | 20 L | (25-29) | mmol/L |
| Ionized Calcium | | 0.87 L | (1.12-1.32) | mmol/L |
| Sodium | | 146 H | (136-145) | mmol/L |
| Potassium | | 6.7(A)HH | (3.5-5.1) | meq/L |

    (A)  Point of Care Critical Value-Communication of critical
        values for Point of Care Testing is the responsibility of
        the device operator.  Documentation will be found in the
        patient's medical record.

| | | | | |
|---|---|---|---|---|
| Glucose | | 250 H | (70-110) | mg/dL |
| Hematocrit | | 30.0 L | (38-51) | % |

| Date | ---------------FEB 10--------------- | | | |
|---|---|---|---|---|
| Time | 1143 | 1101 | Reference | Units |
| Bedside Glucose | 408(B)HH | 43(B)LL | (70-110) | mg/dL |

    (B)  Point of Care Critical Value-Communication of critical
        values for Point of Care Testing is the responsibility of
        the device operator.  Documentation will be found in the
        patient's medical record.

        Laboratory recommends confirmation at the following ranges:

                <60mg/dL - >350mg/dL
    (NICU Only)   <40mg/dL - >350mg/dL

** CONTINUED ON NEXT PAGE **

```
RUN DATE: 02/13/18        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES        PAGE 2
RUN TIME: 0207                    WKHS Summary Discharge Report
WK=2600 Greenwood Rd   WKS=2510 BertKounsIndLoop   WKB=2400 Hospital Dr   WKP=8001 Youree Dr
Shreveport,LA 71103        Shreveport, LA 71118    Bossier City, LA 71112  Shreveport,LA 71115
```

| PATIENT: ██████████████ | ACCT #: K20034594943 | LOC:  ERS | U #: K000629604 |
| DOB: ██████████████ | AGE/SX: 4Y 04M/F | ROOM: | REG: 02/10/18 |
| ATT DR:  Easterling, David R M.D | STATUS: DEP ER | BED: | DIS: |

|  |
| --- |
| PCR TESTS |

| Date | FEB 10 | | |
| Time | 0230 | Reference | Units |

| Flu A | Negative | (Negative) |
| Flu B | Negative | (Negative) |
| Flu Comments | Comments(C) |

(C)  NEGATIVE influenza test results do not preclude influenza
virus infection and should not be used as the sole basis for
treatment or other patient management decisions.  False
negative results may occur if virus is present at levels
below the analytical limit of detection or the virus mutates
in the target region.

Comments          See Below(D)

(D)  The results of this assay should be interpreted in
conjunction with other laboratory and clinical data.


** END OF REPORT **

```
RUN DATE: 02/11/18        WILLIS-KNIGHTON HEALTH SYSTEM LABORATORIES        PAGE 1
RUN TIME: 0206                      WKHS Summary Discharge Report
WK=2600 Greenwood Rd   WKS=2510 BertKounsIndLoop   WKB=2400 Hospital Dr   WKP=8001 Youree Dr
Shreveport,LA 71103      Shreveport, LA 71118      Bossier City, LA 71112  Shreveport,LA 71115
```

| PATIENT: ▮▮▮▮▮▮▮▮▮ | ACCT #: K20034594943 LOC: ERS | U #: K000629604 |
|---|---|---|
| DOB: ▮▮▮▮▮▮▮ | AGE/SX: 4Y 04M/F ROOM: | REG: 02/10/18 |
| ATT DR: Easterling, David R M.D | STATUS: DEP ER BED: | DIS: |

|  PCR TESTS  |
|---|

| Date | FEB 10 |  |  |
|---|---|---|---|
| Time | 0230 | Reference | Units |

| Flu A | Negative | (Negative) |
|---|---|---|
| Flu B | Negative | (Negative) |
| Flu Comments | Comments(A) | |

    (A)   NEGATIVE influenza test results do not preclude influenza
          virus infection and should not be used as the sole basis for
          treatment or other patient management decisions.   False
          negative results may occur if virus is present at levels
          below the analytical limit of detection or the virus mutates
          in the target region.

Comments            See Below(B)

    (B)   The results of this assay should be interpreted in
          conjunction with other laboratory and clinical data.

**  END OF REPORT  **

132 of 1878

**Willis-Knighton South**
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118

Patient Name:
Adm No:     K20034594943
DOB:
Age:        4Y  F
Corp ID:    000001116206

MRN:        1116206
Location:   ER Patient - -
Ord No:     90022
Hospital:   WKS

Ordering Dr:  DAVID RANDALL EASTERLING                    CC:

## Final Report

**Admitting Diagnosis: BREATHING DIFFICULTY,ASTHMA EXACERBATION**
**Reason For Exam:** Breathing Difficulty, Asthma Exacerbation
**Procedure Date:** 02/10/2018
**Procedure:** SXR - XR, chest 2 view

Interpretive Location:  BOS
**Accession Number:** 3960557
**CPT Code:** 71046

**IMPRESSION: No acute cardiopulmonary disease.**

RESULT:

Procedure: XR, chest 2 view

Clinical Information: Breathing Difficulty, Asthma Exacerbation

Comparison: 12/6/2017

Findings:
Heart size and contour are within normal limits. The lungs are clear of infiltrate, mass lesion, or effusion. No significant skeletal abnormality is seen.

Electronically Signed by: CORNELIUS J BOS M.D. on Feb 10 2018 5:30A

**Techs:** Jose A Torres
**Additional Staff:**

**Read by:** CORNELIUS J BOS M.D. on Feb 10 2018 5:30A
Electronically Signed by: CORNELIUS J BOS M.D. on Feb 10 2018 5:30A

Printed: Feb 10 2018 5:34AM

CONFIDENTIALITY NOTICE:  The document accompanying this telecopy transmission contains confidential information, belonging to the sender which is legally privileged.  This information is intended only for the use of the individual for entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after it's stated need has been fulfilled, unless otherwise required by state law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this document is strictly prohibited.  If you have received this telecopy in error, please notify the sender immediately to arrange for return of this document.

**ALLERGY REPORT**

| | | | |
|---|---|---|---|
| **Pt Name:** | ▉▉▉▉▉▉▉▉▉▉ | **MRN:** | 1116206 |
| **Pt ID:** | 0101757329 | **Acct No:** | K20034594943 |
| **DOB:** | ▉▉▉▉▉▉▉▉ | **Age/Sex:** | 4Y/F |
| **Adm DTime:** | 02/10/2018  01:54 | **Atn Dr:** | Easterling, David MD |
| **Nurs Sta:** | Willis-Knighton South | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | codeine, Fish Containing Products, Fish containing products | | |

| Alrg Type | Alrg Name | Onset | Reaction | Severity | Comment |
|---|---|---|---|---|---|
| Drug | codeine | 7/14/2017 | Shortness of Breath | Severe | "Took codeine yesterday. Started wheezing, couldnt breathe like she was having an asthma attack" |
| Drug | Fish Containing Products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |
| Food | Fish containing products | 05/2017 | Anaphylaxis | Severe | Patient severely allergic. Reaction when touches seafood |

© 2004-2018 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2018 Business Objects Software Limited. All rights reserved.

```
RUN DATE: 02/  /18          ●lis Knighton ●th *ADMISSIONS                      ●          PAGE 1
RUN TIME: 0219              INTERDISCIPLINARY ALLERGY SOURCE DOCUMENT
RUN USER: PATERA.AM
```

| | |
|---|---|
| Name: ███████ | DOB: ███████        Age: 4Y 04M |
| Rm/Bd:              Serv/Locn: ERS | Status: ER          Sex: F |
| Unit#: K000629604   Account#:   K20034594943 | EPI#: 000000001116206 |

Last Update/
Acknowledgement:

## Interdisciplinary Assessment (Free Text), historical data:

Allergy1-Med/Contact:                                      11/04/16 - 2201
NKDA

Allergy2-Med/Contact:                                      11/04/16 - 2201
NKDA

Food Allergies-Intol:                                      11/04/16 - 2201
NKFA

Latex Allergy (Y/N):                                       11/04/16 - 2201
N


## Pharmacy Allergy List (Coded Allergies), historical data:          11/06/16
(Duplicate names represent coding within (3) categories:
Ingredient, Generic and Class allergy codes.)

    NO KNOWN DRUG ALLERGIES, NO KNOWN FOOD ALLERGIES, NO KNOWN LATEX ALLERGY


Interdisciplinary Allergy Source Document is a Permanent Part of
the Patient's Medical Record

Easterling, David R
K20034594943      02/10/18

Willis Knighton South and Center for Womens Health

# Willis Knighton South
2510 Bert Kouns Industrial Loop
Shreveport, LA 71118
318-212-5500



**Discharge Instructions for:**

| | |
|---|---|
| **Arrival Date:** | **02/10/2018 01:54** |
| **Care Complete Time:** | **02/10/2018 03:52** |

Thank you for choosing **Willis Knighton South** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**   Easterling, David, MD
**Diagnosis:**   Acute bronchospasm

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Bronchospasm, Pediatric | None |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Allen, Scott**<br>    When: 2 days; Reason: Recheck today's complaints | prednisolone |
| **SPECIAL NOTES** | |
| None | |

**I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).**

_____ Henderson                    _____ RN

MRN # 1116206                                          ED Physician or Nurse

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Chart Copy**

K20034594943            02/10/18
...erling, David R

   

## FOLLOW UP INSTRUCTIONS

Allen, Scott
    When: 2 days
    Reason: Recheck today's complaints

## PRESCRIPTIONS

## TESTS AND PROCEDURES

**Labs**
Influenza by PCR

**Rad**
Chest 2 View *routine*

**Procedures**
Pulse Ox Continuous

**Other**
COLLECT SWAB, Call X-Ray Tech

Easterling, DE      02/10/18
R20034594943