UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| AKEEM HENDERSON | CASE NO. 5:19-CV-00163 |
|---|---|
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WILLIS-KNIGHTON MEDICAL CENTER | MAGISTRATE JUDGE HORNSBY |

**EXHIBIT LIST**
**Daubert hearing, 5/27/20**

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| Rec Doc 26-3 | Plaintiff ED record AH 2/10/18 (Exhibit 1) | 5/27/2020 |
| Rec Doc 26-4 | Plaintiff Protocol (Defendant's exhibit 8 Sobel) | 5/27/2020 |
| Rec Doc 26-5 | Plaintiff Exhibit 3 (Dr. Sobel's report, only first 9 pages) | 5/27/2020 |
| Rec Doc 26-6 | Plaintiff Depo Dr. Sobel (Exhibit 4) 10 pages Pages 124, 128, 131-132, 140-141, 171-173 | 5/27/2020 |
| Rec Doc 26-7 | Plaintiff Autopsy Report (Exhibit 5) | 5/27/2020 |
| Rec Doc 26-8 | Plaintiff Dr. White expert report (Exhibit 6) (introduced as Plaintiff 1) | 5/27/2020 |
| Rec Doc 26-9 | Plaintiff Dr. White depo excerpt (Exhibit 7) | 5/27/2020 |
| Rec Doc 26-10 | Plaintiff Dr. White notes (Exhibit 8) 3 pages | 5/27/2020 |
| Daubert 1 | See Record document 26-8 (Dr. White's expert report) | 5/27/2020 |
| Daubert 2 | Depo of Dr. White | 5/27/2020 |
| Daubert 3 | Notes of Dr. White 15 pages (Exhibit White 5) | 5/27/2020 |
| Daubert 4 | WK records 4 pages nurse's notes, ED temp orders | 5/27/2020 |
| Daubert 5 | WK discovery responses 10 pages | 5/27/2020 |
| Daubert 6 | WK oxygen protocol 1 page | 5/27/2020 |
| Daubert 7 | EMS run sheet, BCFD 2/10/18 | 5/27/2020 |
| | | |
| Rec Doc 28-3 | Defendant Dr. Sobel depo excerpt 7 pages Pages 108-109, 125-126, 169 | 5/27/2020 |
| Rec Doc 41-1 | Defendant Dr. White export report (dated 1/24/2020) | 5/27/2020 |
| Rec Doc 41-2 | Defendant Dr. White depo excerpt (dated 2/12/2020) | 5/27/2020 |
| Rec Doc 41-3 | Defendant Dr. White CV | 5/27/2020 |
| Defendant Exhibit 1 | Expert report of Dr. Sobel and CV | 5/27/2020 |
| Defendant Exhibit 2 | Depo excerpts from depo of Dr. Sobel (11/26/19) 6 pages Pages 60-61, 101 and 107 | 5/27/2020 |
| | | |