UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **Akeem Henderson, et al.** | Case No. 5:19-CV-00163 |
| Plaintiffs; | |
| | Judge Elizabeth E. Foote |
| v. | Magistrate Judge Mark L. Hornsby |
| **Willis-Knighton Medical Center** | |
| Defendant. | Jury Trial Demanded |

## PROPOSED ORDER

Defendant, Willis-Knighton Medical Center, filed a Motion in Limine:

Whereas the Court has considered Defendant's Motion and the arguments of the parties, Defendant's Motion is **GRANTED.** Plaintiffs may not introduce at trial:

(1) any evidence, testimony, argument, or suggestion that any Willis-Knighton health care provider, nurse, staff, or other employee sexually assaulted A.H., and/or that the suspected sexual assault was a "cover up" for the alleged EMTALA violation, or the suggestion that a balloon catheter was used to cause the perception of swelling to "cover up" the alleged EMTALA violation;

(2) any evidence or reference to any alleged oxygen protocol in existence on February 10, 2018 for inpatients at Willis-Knighton South, or any evidence of A.H.'s oxygen saturation levels from prior occasions where A.H. was actually admitted to a Willis-Knighton Health System facility;

(3) any evidence, testimony, argument, or suggestion that the Willis-Knighton medical records pertaining to A.H. were inappropriately "altered;"

(4) any evidence, testimony, or argument that the screening received by A.H. was not appropriate under EMTALA; or

(5) any evidence, testimony, argument, or reference to medical malpractice at any time.

**SO ORDERED**, this _____ day of _____, 2020.

_____
HONORABLE ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE