

O2 PROTOCOL
PATIENTS WHO USE OXYGEN AT HOME ARE NOT CANDIDATE FOR PROTOCOL, OXYGEN ORDER IS TO BE OBTAINED.

CLINICAL SIGNS OF HYPOXEMIA:
TACHYCARDIA, TACHYPNEA, CYANOSIS
DIAPHORESIS, DECREASED SENSORIUM
SOB, SaO2 LESS THAN 92%, PaO2 LESS
THAN 60, CONSIDER LOW HEMOGLOBIN.
SaO2 LESS THAN 95% IN PEDIATRIC
POPULATION

INDICATIONS FOR O2 THERAPY:
COPD, PULMONARY EMBOLUS, ASPIRATION
PNEUMONITIS, NEAR DROWNING, ASTHMA,
PNEUMONIA, HEART CONDITIONS, CHEST
TRAUMA, HEPATIT FAILURE, PANCREATITIS,
SHOCK, CO POISIONING, ACUTE MI, CABG
POST OP, MD ORDER, HYPOXIA/HYPOXEMIA

* WEAN FIO2 DURING MECHANICAL VENTILATION/IMMEDIATE POST EXTUBATION MAINTAINING 92% SAT/PaO2 MORE THAN 60 FOR ADULTS OR 95% FOR PEDIATRIC PATIENTS
* PEDIATRIC POPULATION IS TO HAVE SaO2 MAINTAINED AT 95% OR GREATER PER PROTOCOL.
* NOTIFY MD AND/OR SOCIAL SERVICE OF PATIENTS NEARING DISCHARGE WHO ARE OXYGEN DEPENDENT.
* PHYSICIAN NOTIFICATION REQUIRED FOR ANY INCREASE OF 20% OR GREATER TO MAINTAIN SaO2

WKB634