**WILLIS-KNIGHTON HEALTH SYSTEM**

**EMERGENCY DEPARTMENT TEMPORARY ORDERS**    Henderson

Date/Time __11/4/16__  1755    Level of service: ☐ Inpatient admission (expected to stay 2 midnights) ☑ Observation

1. Attending M.D. __Craig__    Level of care: ☑ Routine ☐ Telemetry ☐ Step-Down ☐ Critical Care ☐ PICU
2. Diagnosis: __Bronchiolitis c̄ Hypoxia__
3. Allergies (including Food): __NKDA__
4. Condition: ☑ Good ☐ Fair ☐ Poor
5. Vitals: Floor routine with BP every _____ ; Weigh on admission and ☐ daily
   ☐ Urinary catheter/HOUDINI protocol; I & O every _____ hr; ☐ Neurological checks every _____ hr for _____ hr
6. NPO/Diet: __Regular__
7. Activity: ☑ Ad lib / Bed rest with bathroom privileges / Up with assistance / Complete bed rest
8. Lab/X-Ray: ☐ Bedside glucose _____ , do not confirm: call MD if greater than 350 mg/dL or less than 70 mg/dL
   ☐ EKG & Troponin every 6 hours times 2 – reason for exam: _____

    FAXED

9. MEDS: ☐ Oxygen via Nasal Cannula 2L/min ☑ Oxygen protocol ☐ Other _____

    *See Bronchiolitis Pathway*

10. SALINE LOCK / IV FLUIDS: __NS @ 50 cc/hr__

11. OTHER: _____
12. CONSULT Dr _____
13. Complete care is turned over to Dr __Craig__ on patient's admission to the hospital.
    Notify him/her STAT or at _____ of admission/arrival and STAT for any problems or concerns.

Spoke to: _____    Physician Signature    Printed Name or Dictation # __Denham__

Noted by Griffith, RN 11-4-16 @ 2200

PO2675_1
Revised 01/07/2015
Committee Approved 03/13/2015
Page 1 of 1

HENDERSON ███  3Y OLD
10/01/13
Easterling, David R    11/04/16
K32957086

**EXHIBIT 3**