## Nurse's Notes

**Name:** Aaliyah
**Age:** 4 yrs **Sex:** Female **DOB:** 10/01/2013
**Arrival Date:** 02/10/2018 **Time:** 01:54
**Bed** 20

*Willis Knighton South*
**MRN:** 1116206
**Account#:** K20034594943
**Private MD:** Allen, Scott

### Presentation:

02/10 02:05 Preferred language for medical communication is English. Presenting complaint: Mother states: woke up at midnight wheezing and coughing, i took her to quick care the other day, she has strep throat and URI, shes been taking a z pack, gave breathing treatment at home with no relief, pt currently sitting in tripod position. Person Transporting: Parent. Transition of care: patient was not received from another setting of care. Mechanism of Injury: denies injury. Care prior to arrival: Medications: Albuterol Neb. — sr11

02:11 Acuity: 2 - Emergent. — sr11

02:15 Method of Arrival: Ambulatory. — sr11

### Triage Assessment:

02:05 **General:** Appears well developed, well nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility; ambulates without assistance. **Pain:** level that is acceptable is 0 out of 10 on a pain scale. — sr11

### Historical:
- **Allergies:** Codeine; FISH PRODUCT DERIVATIVES;
- **Home Meds:**
  1. Albuterol Inhl as needed
  2. dulera 2 puffs am and 2 puffs pm
  3. Singulair PO nightly
- **PMHx:** Asthma; Autism
- **PSHx:** None

### Historical:

02:11 Family history: No immediate family members are acutely ill. Immunization history: Childhood immunizations up to date, Last flu immunization: up to date. Social history: The patient lives at home with mother The patient attends nursery school the patient is a minor. — sr11

02:33 The history from nurses notes was reviewed and confirmed. — dre/mj2

### Screening:

02:05 **Abuse screen:** Denies threats or abuse. Denies injuries from another. there are no obvious signs of child abuse. — sr11
**Patient fall risk assessment:** No risks identified.
**Learning Barriers:** No barriers to teaching and learning identified.
**Pedi Fall Risk** No risks identified.
**Exposure risk/Travel Screening:** No exposures identified.

### Assessment:

02:11 **Pain:** Denies pain. level that is acceptable is 0 out of 10 on a pain scale. **General:** Appears well developed, well nourished, well groomed, distressed, uncomfortable, Behavior is appropriate for age, anxious, mobility; ambulates without assistance. **Neuro:** Level of Consciousness is alert, awake, obeys commands. **EENT:** Reports Sore Throat Parent/caregiver reports the patient having nasal congestion nasal discharge. **Cardiovascular:** Capillary refill < 3 seconds is brisk in bilateral fingers Rhythm is sinus tachycardia. **Respiratory:** Respiratory effort is labored, with retractions, using tripod position, Respiratory pattern is tachypnea Airway is patent Breath sounds with wheezes bilaterally. **Dermatologic:** Skin is intact, is healthy with good turgor, Skin is pink, warm & dry. normal. — sr11

02:33 **Respiratory:** Reassessment: Patient states symptoms have improved. — sr11

### Vital Signs:

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 02:05 |   | 156 | 36 | 99.3 | 91% on R/A | 18.14 kg / 39 lbs 16 oz | 3 ft. 2 in. (96.52 cm) |   | sr11 |
| 03:23 |   | 145 | 34 |   | 99% |   |   |   | sr11 |

02:05 Body Mass Index 19.47 (18.14 kg, 96.52 cm) — sr11

Print Time: 2/11/2018 06:00:36          *** CHART COMPLETE ***          Page 1 of 3

**EXHIBIT 6**