**Willis Knighton South**
Emergency Department

| | |
|---|---|
| Date Range: | 02/10/2018 to 02/10/2018 |
| Group By: | PATIENT |
| Position: | ALL |
| First Name: | AALIYAH |
| Last Name: | HENDERSON |
| Event: | VIEW CHART |

## Patient Events Grouped by Patients

| Event | Event Description | Event Date | Event UTC Date | Workstation | Visit Date |
|---|---|---|---|---|---|
| **Patient Name:** Henderson, Aaliyah L | **MRN:** 1116206 **Account#:** K20034594943 | | | | |
| Crawford, Lauren LANEL1.NS | Position: ED Nurse | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:53:27 AM | 2018-02-10T13:53:27-06:00 | ERSPC31 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 9:10:52 AM | 2018-02-10T15:10:52-06:00 | ERSPC31 | 2/10/2018 1:54:01 AM |
| Easterling, David R EASTD.MD+002159 | Position: ED Physician | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 2:12:45 AM | 2018-02-10T08:12:45-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 2:30:22 AM | 2018-02-10T08:30:22-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:10:53 AM | 2018-02-10T09:10:53-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:12:31 AM | 2018-02-10T09:12:31-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:50:48 AM | 2018-02-10T09:50:48-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:00:45 PM | 2018-02-11T01:00:45-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:03:10 PM | 2018-02-11T01:03:10-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:31:40 PM | 2018-02-11T01:31:40-06:00 | ERSP1PC1 | 2/10/2018 1:54:01 AM |
| Gardner, Glyn GARDND.NS | Position: ED Nurse | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:48:12 AM | 2018-02-10T13:48:12-06:00 | ERSPC117 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:52:52 AM | 2018-02-10T13:52:52-06:00 | ERSPC117 | 2/10/2018 1:54:01 AM |
| Harmon, Melissa HARMOM.NS | Position: ED Nurse | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 2:13:54 AM | 2018-02-10T08:13:54-06:00 | ERSPC117 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 2:35:52 AM | 2018-02-10T08:35:52-06:00 | ERSPC117 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:02:47 AM | 2018-02-10T09:02:47-06:00 | ERSPC117 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:09:38 AM | 2018-02-10T09:09:38-06:00 | ERSPC117 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:14:33 AM | 2018-02-10T09:14:33-06:00 | ERSPC117 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:44:02 AM | 2018-02-10T09:44:02-06:00 | ERSPC104 | 2/10/2018 1:54:01 AM |
| Haynes, Andrew HAYNA.MD+002308 | Position: ED Physician | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 8:31:49 AM | 2018-02-10T14:31:49-06:00 | ERSPC113 | 2/10/2018 1:54:01 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 8:43:31 AM | 2018-02-10T14:43:31-06:00 | ERSPC113 | 2/10/2018 1:54:01 AM |
| Jaudon, Morgan SCHEEM.NS | Position: Scribe | | | | |
| **Patient Name:** Henderson, Aaliyah L | **MRN:** 1116206 **Account#:** K20034594943 | | | | |

**Willis Knighton Bossier Health Center**
*Emergency Department*

| | |
|---|---|
| Date Range: | 02/10/2018 to 02/10/2018 |
| Group By: | PATIENT |
| Position: | ALL |
| First Name: | AALIYAH |
| Last Name: | HENDERSON |
| Event: | VIEW CHART |

## Patient Events Grouped by Patients

| Event | Event Description | Event Date | Event UTC Date | Workstation | Visit Date |
|---|---|---|---|---|---|
| **Patient Name:** Henderson, Aaliyah L | **MRN:** 1116206  **Account#:** B30036697651 | | | | |
| Golding, Missy GOLDIM.NS | Position: Charge Nurse | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 9:42:30 AM | 2018-02-10T15:42:30-06:00 | ERBPC106 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 10:00:09 AM | 2018-02-10T16:00:09-06:00 | ERBPC120 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 10:01:21 AM | 2018-02-10T16:01:21-06:00 | ERBPC120 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 10:01:41 AM | 2018-02-10T16:01:41-06:00 | ERBPC120 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 10:52:28 AM | 2018-02-10T16:52:28-06:00 | ERBPC120 | 2/10/2018 7:24:00 AM |
| Horan, John J HORAJ.MD+000408 | Position: ED Physician | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 8:28:31 AM | 2018-02-10T14:28:31-06:00 | ERBPC26 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 8:28:57 AM | 2018-02-10T14:28:57-06:00 | ERBPC26 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 9:31:56 AM | 2018-02-10T15:31:56-06:00 | ERBPC26 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 9:42:13 AM | 2018-02-10T15:42:13-06:00 | ERBPC26 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 9:58:29 AM | 2018-02-10T15:58:29-06:00 | ERBPC26 | 2/10/2018 7:24:00 AM |
| Lambard, Kelly LAMBK.MD+002898 | Position: ED Physician | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 9:02:30 AM | 2018-02-10T15:02:30-06:00 | ERBPC111 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 3:03:59 PM | 2018-02-10T21:03:59-06:00 | ERBPC111 | 2/10/2018 7:24:00 AM |
| Lowring, Beverly VIERDB.NS | Position: ED Tech | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 2:51:27 PM | 2018-02-10T20:51:27-06:00 | ERBPC105 | 2/10/2018 7:24:00 AM |
| Olson, Tiffany OLSONT1.NS | Position: Charge Nurse | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 11:24:49 PM | 2018-02-11T05:24:49-06:00 | ERBTS111 | 2/10/2018 7:24:00 AM |
| Pool, Richard McLeod POOLR.NS | Position: ED Nurse | | | | |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:24:44 AM | 2018-02-10T13:24:44-06:00 | ERBWC102 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:32:21 AM | 2018-02-10T13:32:21-06:00 | ERBWC102 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:36:09 AM | 2018-02-10T13:36:09-06:00 | ERBWC102 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:41:17 AM | 2018-02-10T13:41:17-06:00 | ERBWC102 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:43:59 AM | 2018-02-10T13:43:59-06:00 | ERBWC102 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 7:46:40 AM | 2018-02-10T13:46:40-06:00 | ERBWC102 | 2/10/2018 7:24:00 AM |
| ViewChart | View Chart: Viewed Chart Patient: Henderson, Aaliyah L | 2/10/2018 8:03:26 AM | 2018-02-10T14:03:26-06:00 | ERBWC102 | 2/10/2018 7:24:00 AM |