UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **Akeem Henderson, et al.**  Plaintiffs;  v.  **Willis-Knighton Medical Center**  Defendant. | Case No. 5:19-CV-00163  Judge Elizabeth E. Foote  Magistrate Judge Mark L. Hornsby  Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO DISMISS

After considering the Joint Motion to Dismiss; IT IS ORDERED that this case be dismissed with prejudice.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 21st day of July, 2021.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE